IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Docket Number: [24-5538]

Originating Case Number: [5:18-cv-07182-EJD]

**Neo4j, Inc., et al.**

**Plaintiffs-Appellees**

vs.

**John Mark Suhy, et al.**

**Defendants-Appellants**

**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED**

TO THE HONORABLE COURT,

Pursuant to Ninth Circuit Rule 10-3.1(c), Defendant-Appellant John Mark Suhy hereby provides notice that no additional transcripts will be ordered for this appeal, as the necessary transcripts are already part of the record.

Additionally, due to the fact that Appellant is awaiting the withdrawal of current counsel from the case, Appellant is presently unable to file this notice in the district court. Once counsel has withdrawn, Appellant will take the necessary steps to file this notice with the district court. In the meantime, Appellant respectfully submits this notice directly to the Court of Appeals.

Respectfully submitted,

Date: September 23rd, 2024

John Mark Suhy Jr

8814 Danewood Dr

Alexandria, VA 22308

jmsuhy@gmail.com

703-862-7780