# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Docket Number: [24-5538]

Originating Case Number: [5:18-cv-07182-EJD]

**Neo4j, Inc., et al.**

**Plaintiffs-Appellees**

vs.

**John Mark Suhy, et al.**

**Defendants-Appellants**

### NOTICE OF ASSIGNMENT OF CLAIMS

To the Honorable Court:

John Mark Suhy Jr., the appellant proceeding pro se in the above-captioned matter, respectfully submits this notice to inform the Court of a development affecting the claims presented in this appeal.

1. Assignment of Rights: PureThink LLC, one of the original defendants in this case, has assigned all its rights and claims related to this litigation, including but not limited to the exclusivity agreement claims, to John Mark Suhy Jr., the appellant. This assignment enables John Mark Suhy Jr. to appeal the exclusivity agreement claims specific to PureThink LLC.

2. Purpose of Notice: This notice is provided to ensure that the Court and all parties are aware of the change in standing regarding the claims being appealed. The undersigned wishes to note that the submission of this notice follows recent awareness of the procedural requirement for such notification.

3. Timing of Notice: The undersigned wishes to note that the submission of this notice follows recent awareness of the procedural requirement for informing the Court of the appellant's changed standing. This clarification is provided to preclude any concerns regarding the timing of this submission.

4. Documentation: The appellant is prepared to submit documentation supporting this assignment upon the Court's request or as necessary to comply with procedural requirements. All supporting documents related to this assignment will also be included in the opening brief.

The appellant requests that the Court take note of this development in preparation for the opening brief and any subsequent proceedings.

Respectfully submitted,

Date: November 12, 2024
/s/ John Mark Suhy Jr
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780

**CERTIFICATE OF SERVICE**

I, John Mark Suhy Jr, hereby certify that on this November 12, 2024, I electronically filed the foregoing NOTICE OF ASSIGNMENT OF CLAIMS with the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr
John Mark Suhy Jr
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780