| | |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |
| CASE NO. 5:18-CV-7182 EJD | Docket Number: [24-5538] |
| NEO4J, INC., et al., | Case Title: Neo4j, Inc., et al. v. Suhy, et al. |
| Plaintiff, | Neo4j, Inc., et al. Plaintiffs-Appellees |
| v. | |
| JOHN MARK SUHY | vs. John Mark Suhy, et al. Defendants-Appellants |
| Defendant. | |

**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED**

TO THE HONORABLE COURT,

Pursuant to Ninth Circuit Rule 10-3.1(c), Defendant-Appellant John Mark Suhy hereby notifies the Court that no additional transcripts will be ordered for this appeal, as the necessary transcripts (Documents 231 and 233, proceedings held on 11/14/2023 and 11/28/2023) are already part of the record.

Due to procedural circumstances involving the withdrawal of counsel, this notice was not filed in the district court. Instead, it was filed directly with the Ninth Circuit Court to comply with the filing deadline.

Respectfully submitted,

| | |
|---|---|
| Date: November 8, 2024 | 8814 Danewood Dr |
| /s/ John Mark Suhy Jr. | Alexandria, VA 22308 |
| John Mark Suhy Jr | jmsuhy@gmail.com \| 703-862-7780 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I electronically filed the foregoing **NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED** with the Clerk of the Court for the United States District Court for the Northern District of California using the PACER system. This filing will send notification of such filing to all counsel of record and registered participants.

Date: November 8, 2024
/s/ John Mark Suhy Jr.
John Mark Suhy Jr.
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780