# Exhibit A

Relevant Pages of Trial Transcript (Pages 192–202)

Trial Court Document 233

(2 of 12), Page 2 of 12     Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 2 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 6 of 204

192

```
09:12AM   1              MR. BEENE:  THAT'S FINE, YOUR HONOR.
09:12AM   2         WE HAVE TWO NEW EXHIBITS THAT THEY'RE OBJECTING TO THAT WE
09:12AM   3    WANT -- THEY'RE LATE EXHIBITS -- CAN I APPROACH THE LECTERN?
09:12AM   4              THE COURT:  YES.  SURE, WHY DON'T YOU COME TO THE
09:12AM   5    LECTERN.
09:13AM   6              MR. BEENE:  LATE EXHIBITS.  AND THE REASON IS THAT
09:13AM   7    THEY ARE RECENT.
09:13AM   8         ONE EXHIBIT IS -- WE'VE NUMBERED IT 1108, AND IT'S AN
09:13AM   9    EXHIBIT THAT WAS DATED NOVEMBER 13TH, 2023, THE DAY BEFORE
09:13AM  10    TRIAL STARTED.  AND THIS IS A CEASE AND DESIST FROM THE
09:13AM  11    FREE SOFTWARE FOUNDATION REGARDING NEO4J'S VIOLATION OF
09:13AM  12    FREE SOFTWARE FOUNDATION'S COPYRIGHTS AND TRADEMARK.
09:13AM  13              THE COURT:  I'M SORRY, WHAT IS IT?  IT'S A LETTER?
09:13AM  14              MR. BEENE:  IT'S A LETTER FROM THE FREE SOFTWARE
09:13AM  15    FOUNDATION WHICH IS A CEASE AND DESIST TO NEO4J, INC., BECAUSE
09:14AM  16    FREE SOFTWARE FOUNDATION STATES THAT THEY'RE VIOLATING THE
09:14AM  17    FREE SOFTWARE FOUNDATION'S COPYRIGHT TRADEMARK WITH RESPECT TO
09:14AM  18    ADDING THE COMMONS CLAUSE TO THE FREE SOFTWARE FOUNDATION'S
09:14AM  19    COPYRIGHTED LICENSE.
09:14AM  20              THE COURT:  SO THIS IS A LETTER FROM THEM TO NEO4J?
09:14AM  21              MR. BEENE:  THAT'S CORRECT.
09:14AM  22              THE COURT:  AND THE DATE OF THE LETTER IS?
09:14AM  23              MR. BEENE:  NOVEMBER 13TH, 2023.
09:14AM  24              THE COURT:  OKAY.
09:14AM  25              MR. RATINOFF:  WELL, YOUR HONOR, THE ONLY WAY THEY
```

(3 of 12), Page 3 of 12    Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 3 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 7 of 204
193

```
09:14AM   1    GOT A HOLD OF THIS LETTER IS THAT THE FREE SOFTWARE FOUNDATION
09:14AM   2    FROM THE EMAIL THAT WAS SENT TO THEM, WHICH IS KIND OF THE
09:14AM   3    COINCIDENCE BEING THE DAY BEFORE TRIAL AND SENDING THE LETTER,
09:14AM   4    AND IT SEEMS LIKE THERE'S SOME COLLUSION GOING ON AND THIS IS
09:14AM   5    JUST MANUFACTURED EVIDENCE.
09:14AM   6         IT'S ALSO IRRELEVANT.  THEY TRIED TO ARGUE, AND AT LEAST
09:14AM   7    IN EMAILS WITH ME, THAT IT WOULD BE GOING TO MR. SUHY'S STATE
09:14AM   8    OF MIND, BUT THIS IS DATED THIS YEAR.
09:14AM   9         MR. SUHY'S STATE OF MIND IN 2018 IS WHAT IS RELEVANT.
09:14AM  10         IT'S ALSO INADMISSIBLE HEARSAY.  FRANKLY, THE
09:15AM  11    FREE SOFTWARE FOUNDATION IS SIMPLY REITERATING DEFENDANTS'
09:15AM  12    PRIOR ARGUMENTS ABOUT WHAT THE LICENSE, WHICH YOUR HONOR HAS
09:15AM  13    ALREADY RULED, MEANS.  SO IT'S NO DIFFERENT.  IT'S THE SAME
09:15AM  14    ARGUMENTS ABOUT SECTION 10, SAME ARGUMENTS ABOUT SECTION 7.
09:15AM  15         THE NINTH CIRCUIT HAS AFFIRMED THAT DECISION.  SO WHETHER
09:15AM  16    THE FREE SOFTWARE FOUNDATION IS REITERATING THE SAME INCORRECT
09:15AM  17    VIEW OF THE LICENSE IS JUST SIMPLY IRRELEVANT.
09:15AM  18         I DON'T KNOW HOW THEY GET THIS IN EITHER BECAUSE THEY
09:15AM  19    DON'T HAVE A WITNESS WHO CAN ACTUALLY TESTIFY TO THE TRUTH OF
09:15AM  20    THIS, AND IF THEY DID IT WOULD BE MR. SUHY REITERATING THE
09:15AM  21    EXACT SAME ARGUMENTS THAT THEY LOST ON.
09:15AM  22         THE OTHER ISSUE WITH THIS IS THAT THEY NEVER DISCLOSED THE
09:15AM  23    FREE SOFTWARE FOUNDATION AS A WITNESS ON THEIR INITIAL
09:15AM  24    DISCLOSURES.  THEY HAD FOUR YEARS TO DEPOSE THE FREE SOFTWARE
09:15AM  25    FOUNDATION TO FIND OUT WHAT THEIR VIEW WAS, AND THEY CHOSE NOT
```

(4 of 12), Page 4 of 12    Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 4 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 8 of 204
194

```
09:15AM   1    DO THAT.  SO THE DOORS ALREADY SHUT ON THAT.
09:15AM   2             SO THIS EXHIBIT, AS WELL AS THE BLOG POST, WHICH IS
09:15AM   3    ESSENTIALLY THE SAME THING, WHICH AGAIN, IT'S NO COINCIDENCE
09:16AM   4    THAT THIS WAS DATED ON NOVEMBER 14TH.
09:16AM   5             NOW, OBVIOUSLY IF DISCOVERY WERE STILL OPEN, WE WOULD WANT
09:16AM   6    TO ASK FOR ALL OF THE COMMUNICATIONS THAT MR. SUHY AND HIS
09:16AM   7    COUNSEL HAD WITH THE FREE SOFTWARE FOUNDATION TO FIND OUT HOW
09:16AM   8    MUCH OF THIS WAS MANUFACTURED.
09:16AM   9             SO I THINK IT'S IMPROPER TO BRING THIS UP NOW.  I THINK
09:16AM  10    IT'S IRRELEVANT.  AND IT WOULD JUST BE INADMISSIBLE BASED ON
09:16AM  11    THE HEARSAY.
09:16AM  12                  THE COURT:  OKAY.  THANK YOU.
09:16AM  13                  MR. BEENE:  YOUR HONOR, THE -- WE CANNOT TELL THEM
09:16AM  14    THAT WE WERE PUTTING IN EVIDENCE TO SUPPORT OUR STATE OF MIND.
09:16AM  15    THAT'S A MANTRA THAT THEY HAVE.
09:16AM  16             AND UNDER THE DMCA, THERE'S AN INNOCENCE SECTION WHICH
09:16AM  17    MR. SUHY CAN PROVE THAT HE WAS NOT AWARE OF AND HE HAD NO
09:16AM  18    INFORMATION THAT WHAT HE DID, REMOVING THE COMMONS CLAUSE, WAS
09:16AM  19    A VIOLATION.
09:16AM  20             THAT STATUTE IS A DAMAGES STATUTE THAT ALLOWS THE COURT TO
09:16AM  21    REDUCE OR REMIT DAMAGES BECAUSE OF INNOCENT INFRINGEMENT.
09:17AM  22             MR. SUHY TALKED TO THE FREE SOFTWARE FOUNDATION, AND THEY
09:17AM  23    TOLD HIM THESE THINGS, AND THERE'S EVIDENCE THAT WE WILL HAVE
09:17AM  24    THAT -- OTHER EFFORTS THAT HE MADE.
09:17AM  25             BUT FREE SOFTWARE FOUNDATION HAS NOW PUT IT IN WRITING
```

(5 of 12), Page 5 of 12    Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 5 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 9 of 204
195

```
09:17AM   1    WHAT THEY TOLD HIM HE COULD DO.  AND MR. -- I CAN'T PRONOUNCE
09:17AM   2    HIS NAME, BUT IT'S EXHIBIT 1107.  I'LL JUST SPELL IT OUT FOR
09:17AM   3    YOU.  K-R-Z-Y-S-Z-T-O-F SPACE S-I-E-W-L-C-Z.  HE'S THE AUTHOR
09:17AM   4    OF THE BLOG WHICH IS PUBLICLY AVAILABLE ON THE INTERNET.  THIS
09:17AM   5    IS A STATEMENT BY THE FREE SOFTWARE FOUNDATION OF THEIR
09:17AM   6    POSITION ON THE SUBJECT OF THE COMMONS CLAUSE AND SECTION 7 OF
09:18AM   7    THE FREE SOFTWARE FOUNDATION'S LICENSE.
09:18AM   8         SO THIS GOES TO THE FACT THAT JOHN WAS -- HAD NO AWARENESS
09:18AM   9    THAT HIS REMOVAL WAS A VIOLATION.  AND I SAY IT OFTEN, THIS WAS
09:18AM  10    DONE BEFORE YOUR RULING.  I THINK THAT'S IMPORTANT THAT HE
09:18AM  11    WASN'T DOING IT IN SPITE OF YOUR RULING, YOUR HONOR.
09:18AM  12         YOUR RULING WAS DOCKET 88 IN THE GRAPH FOUNDATION CASE.
09:18AM  13    THAT'S WHERE YOU FIRST SAID THAT THE -- IT WAS A MOTION TO
09:18AM  14    STRIKE, A PLEADING MOTION.  I THINK IT WAS 12(B)(6) BUT THE
09:18AM  15    SAME STANDARD.
09:18AM  16         AND IN THAT RULING YOU FOUND THAT THE ALLEGATION WHERE THE
09:18AM  17    CONTRACT WAS NEO4J SWEDEN'S CONTRACT, BECAUSE THAT'S WHAT WAS
09:19AM  18    ALLEGED IN THE COMPLAINT.  BUT THE DEFENSE SAID, WELL, IT'S A
09:19AM  19    COPYRIGHT BY THE FREE SOFTWARE FOUNDATION.  AND YOU HELD THERE
09:19AM  20    THAT THE DEFENSE DID NOT HAVE STANDING TO ASSERT THE
09:19AM  21    FREE SOFTWARE FOUNDATION'S COPYRIGHT.  SO THAT'S THE GENESIS OF
09:19AM  22    THE WHOLE STORY.  THAT MORPHED INTO SUMMARY JUDGMENT MOTION OR
09:19AM  23    MOVED INTO SUMMARY JUDGMENT IN THIS CASE.
09:19AM  24         WHAT -- YOU KNOW, THE THING HERE IS, IS THAT THAT WAS AN
09:19AM  25    ALLEGATION THAT IS THEIR LICENSE AND YOU INTERPRETED IT AS
```

(6 of 12), Page 6 of 12   Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 6 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 10 of 204
196

```
09:19AM   1    THEIR LICENSE BECAUSE THAT WAS THE ALLEGATION UNDER THE
09:19AM   2    PLEADING MOTION.
09:19AM   3         THE FREE SOFTWARE FOUNDATION IS ASSERTING ITS COPYRIGHT TO
09:19AM   4    THE AGPL STATING ITS POSITION ON SECTION 7.
09:19AM   5         AND THE FREE SOFTWARE FOUNDATION HAS SENT A CEASE AND
09:20AM   6    DESIST TO NEO4J SO THAT THEY STOP VIOLATING THE COPYRIGHT.
09:20AM   7         THEY ALSO ENCOURAGE THEM TO TELL EVERYBODY THAT THEY CAN
09:20AM   8    REMOVE THE COMMONS CLAUSE FROM THE LICENSE AGREEMENT, WHICH
09:20AM   9    WOULD -- IN EFFECT WHAT THE FREE SOFTWARE FOUNDATION IS ASKING
09:20AM  10    FOR ELIMINATES THEIR DAMAGE CLAIM IN THIS CASE.
09:20AM  11              THE COURT:  OKAY.  I THINK I --
09:20AM  12              MR. BEENE:  SO WE THINK IT'S RELEVANT.
09:20AM  13              THE COURT:  ARE YOU OFFERING -- FIRST OF ALL,
09:20AM  14    EXHIBIT 1108 I THINK IS THE LETTER, THE CEASE AND DESIST
09:20AM  15    LETTER?
09:20AM  16              MR. BEENE:  CORRECT.
09:20AM  17              THE COURT:  AND THEN 1107 IS A BLOG POST BY A THIRD
09:20AM  18    INDIVIDUAL?
09:20AM  19              MR. BEENE:  YES, BY A GENTLEMAN'S NAME I CAN'T
09:20AM  20    PRONOUNCE.
09:20AM  21              THE COURT:  YES.  SO ARE YOU OFFERING 1108 FOR THE
09:20AM  22    TRUTH OF THE MATTER ASSERTED IN THE DOCUMENT?
09:20AM  23              MR. BEENE:  THE -- IT'S FOR -- NO.
09:20AM  24              THE COURT:  THEN WHAT IS THE RELEVANCE, THEN?
09:20AM  25              MR. BEENE:  IT'S OFFERED TO SUPPORT MR. SUHY'S
```

(7 of 12), Page 7 of 12     Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 7 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 11 of 204

197

```
09:21AM   1    POSITION.
09:21AM   2              THE COURT:  OKAY.  SO --
09:21AM   3              MR. BEENE:  IN THE INNOCENCE DEFENSE.  IT'S WHAT
09:21AM   4    THEY ARE PUBLISHING TO THE PUBLIC.
09:21AM   5              THE COURT:  SO IF YOU'RE SUGGESTING THAT THIS GOES
09:21AM   6    TO YOUR CLIENT'S STATE OF MIND, IS THAT WHAT YOU'RE SAYING?
09:21AM   7              MR. BEENE:  NO.
09:21AM   8              THE COURT:  THEN I DON'T SEE THE RELEVANCE.  HELP ME
09:21AM   9    WITH THAT.
09:21AM  10              MR. BEENE:  THE ISSUE IS UNDER INNOCENCE -- ON THE
09:21AM  11    SUMMARY JUDGMENT MOTION --
09:21AM  12              THE COURT:  I'M LOOKING AT THE OBJECTION, THE
09:21AM  13    HEARSAY OBJECTION.
09:21AM  14              MR. BEENE:  RIGHT.
09:21AM  15              THE COURT:  AND IF THERE'S ANY EXCEPTION TO THE
09:21AM  16    HEARSAY OF THIS PARTICULAR DOCUMENT.  IF YOU'RE NOT OFFERING IT
09:21AM  17    FOR THE TRUTH OF THE MATTER ASSERTED, THEN WHY DOES IT COME IN
09:21AM  18    AND FOR WHAT PURPOSE?
09:21AM  19              MR. BEENE:  IT -- THE BLOG POSTING COMES IN BECAUSE
09:21AM  20    IT'S A STATEMENT BY THE FREE SOFTWARE FOUNDATION OF THEIR
09:21AM  21    POSITION ON THEIR LICENSE AGREEMENT WHICH IS CONSISTENT WITH
09:21AM  22    WHAT THEY TOLD MR. SUHY AND WHAT HE DID.
09:22AM  23              THE COURT:  OKAY.  SO LET'S MOVE TO THAT THEN.
09:22AM  24    1107, IT SOUNDS LIKE YOU ARE OFFERING THAT FOR THE TRUTH OF THE
09:22AM  25    MATTER ASSERTED IN THE DOCUMENT, IN THE BLOG?
```

(8 of 12), Page 8 of 12    Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 8 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 12 of 204
198

```
09:22AM   1              MR. BEENE:  WELL, IT'S A STATEMENT THEY MAKE.  AND I
09:22AM   2    TAKE IT THAT THEY PUBLISH IT ON THE INTERNET THAT IT'S TRUE.
09:22AM   3              THE COURT:  SO YOU'RE OFFERING IT FOR THE TRUTH OF
09:22AM   4    THE MATTER ASSERTED?
09:22AM   5              MR. BEENE:  WELL, IT'S JUST NOTICE.  IT'S A NOTICE
09:22AM   6    ISSUE.
09:22AM   7              THE COURT:  SO YOU'RE NOT OFFERING IT FOR THE TRUTH
09:22AM   8    OF THE MATTER ASSERTED?
09:22AM   9              MR. BEENE:  RIGHT.  I'M NOT PUTTING THIS GENTLEMAN
09:22AM  10    ON TO HAVE HIM TESTIFY AND AUTHENTICATE THAT HE WROTE THIS, BUT
09:22AM  11    HE DID.
09:22AM  12              THE COURT:  THEN WHAT IS THE RELEVANCE OF THIS
09:22AM  13    DOCUMENT, THEN?
09:22AM  14              MR. BEENE:  IT SUPPORTS JOHN SUHY'S INNOCENCE
09:22AM  15    DEFENSE AND THE DMCA THAT HE DID WHAT THE FREE SOFTWARE
09:22AM  16    FOUNDATION --
09:22AM  17              THE COURT:  SO IN THAT SENSE -- PARDON ME FOR
09:22AM  18    INTERRUPTING YOU, BUT IN THAT SENSE I THINK THERE HAS TO BE A
09:22AM  19    FOUNDATION LAID THAT THERE IS RELIANCE OR AT LEAST NOTICE OF
09:22AM  20    THE DOCUMENT, AND THAT PROBABLY WOULD COME FROM YOUR CLIENT
09:23AM  21    SHOULD HE DECIDE TO TESTIFY IN THE CASE.
09:23AM  22              MR. BEENE:  WELL, OBVIOUSLY THIS WAS PUBLISHED IN
09:23AM  23    2014 AND HE TOOK IT OFF IN 2018 I THINK.  SO HE'S NOT GOING TO
09:23AM  24    TESTIFY THAT HE RELIED ON THIS DOCUMENT.
09:23AM  25              THE COURT:  OKAY.
```

199

```
09:23AM   1              MR. BEENE:  HE WILL TESTIFY WHAT HE WAS TOLD, WHICH
09:23AM   2    IS CONSISTENT WITH THIS DOCUMENT.
09:23AM   3              THE COURT:  OKAY.  IT SOUNDS LIKE THEN THAT YOU ARE
09:23AM   4    ASKING THE COURT TO RECEIVE THIS FOR THE TRUTH OF THE MATTER
09:23AM   5    ASSERTED BECAUSE IT WILL, AND IT SOUNDS LIKE IN YOUR OPINION IT
09:23AM   6    WILL CORROBORATE YOUR CLIENT'S TESTIMONY THAT IS IN LINE WITH
09:23AM   7    THESE TWO DOCUMENTS?
09:23AM   8              MR. BEENE:  WELL, IT WILL CORROBORATE MY CLIENT'S
09:23AM   9    TESTIMONY.  HE'S CERTAINLY GOING TO RELY ON IT.
09:23AM  10              THE COURT:  WELL, IF THERE'S CORROBORATION THEN I
09:23AM  11    THINK YOU'RE ASKING TO SAY -- AREN'T YOU SAYING THAT THIS IS
09:23AM  12    WHAT MY CLIENT SAID AND YOU SHOULD BELIEVE THEM BECAUSE THERE
09:23AM  13    ARE OTHER DOCUMENTS THAT ASSERT THE SAME THING AND YOU SHOULD
09:24AM  14    BELIEVE THOSE FOR THE TRUTH OF THE MATTER ASSERTED BECAUSE THAT
09:24AM  15    THEN CORROBORATES MY CLIENT'S POSITION?
09:24AM  16              MR. BEENE:  WELL, I THINK THE THING IS THAT WHAT I'M
09:24AM  17    ARGUING IS A BLOG IS A PUBLIC POSTING OF THEIR POSITION.  I'M
09:24AM  18    NOT SO CERTAIN THAT IT'S REQUIRING A TRUTH -- A TOMA, A TRUTH
09:24AM  19    OF THE MATTER ASSERTED, POSITION.  THIS IS WHAT THEY SAY.
09:24AM  20              THE COURT:  OKAY.
09:24AM  21              MR. BEENE:  SO ANYONE READING THIS CAN RELY ON IT.
09:24AM  22              THE COURT:  I THINK YOU NEED TO LAY A FOUNDATION FOR
09:24AM  23    IT AND ABSENT A FOUNDATION, THIS IS BESIDES THE HEARSAY, THERE
09:24AM  24    HAS TO BE SOME FOUNDATION OF WHERE THIS CAME FROM AND WHO
09:24AM  25    POSTED IT AND, YOU KNOW, THOSE TYPES OF THINGS.
```

(10 of 12), Page 10 of 12    Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 10 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 14 of 204

200

```
09:24AM   1             MR. BEENE:  WE HAVE.  WE STIPULATED THAT WEB PAGES
09:24AM   2    THAT COME FROM THE INTERNET ARCHIVE, THE FOUNDATION IS
09:24AM   3    ESTABLISHED.
09:24AM   4             THE COURT:  WELL, I'M HEARING THERE'S AN OBJECTION
09:24AM   5    TO THIS DOCUMENT.
09:24AM   6             MR. RATINOFF:  YOUR HONOR, THE STIPULATION WAS THAT
09:24AM   7    IT WOULDN'T REQUIRE AUTHENTICATION FROM THE INTERNET ARCHIVE
09:25AM   8    THAT THIS IS ACTUALLY FROM THEIR WEBSITE.  IT DIDN'T COVER THE
09:25AM   9    ADMISSIBILITY OF SOMETHING LIKE THIS.
09:25AM  10         SO -- AND I DID WANT TO ADDRESS A FEW POINTS THAT COUNSEL
09:25AM  11    MADE WHICH ARE ACTUALLY INCORRECT.  AND JUST TO BE CLEAR, WHAT
09:25AM  12    THEY'RE REALLY TRYING TO DO HERE, LAST NIGHT AT 1 -- I'M SORRY,
09:25AM  13    YESTERDAY AFTERNOON AT 1:46 P.M. AFTER I RAISED THE SAME
09:25AM  14    OBJECTIONS TO COUNSEL HE WROTE, "THE RECENT FSF BLOG AND CEASE
09:25AM  15    AND DESIST LETTER ESTABLISH MR. SUHY HAD NO REASON TO BELIEVE
09:25AM  16    HIS ACTS CONSTITUTED A VIOLATION OF THE DMCA."
09:25AM  17         I DON'T KNOW HOW THAT DOESN'T GO TO HIS STATE OF MIND AND
09:25AM  18    THE ONLY WAY IT WOULD BE RELEVANT WOULD BE IF THIS BLOG WERE
09:25AM  19    SOMETHING THAT HE CONSIDERED AT THE TIME THAT HE REMOVED THE
09:25AM  20    DMCA CLAIM.
09:25AM  21         WHAT THEY'RE REALLY TRYING TO DO HERE IS TO TRY TO GET IN
09:25AM  22    EVIDENCE SO THEY CAN GO TO THE NINTH CIRCUIT OR ASK YOUR HONOR
09:25AM  23    TO HAVE A NEW TRIAL.  THIS IS ANOTHER INSTANCE OF THEM
09:25AM  24    RE-ARGUING THE SAME POINT, AND THEY'RE JUST TRYING TO, YOU
09:26AM  25    KNOW -- I THINK THIS IS, WHAT, THE FOURTH TIME THAT WE HAVE
```

(11 of 12), Page 11 of 12     Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 11 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 15 of 204
201

```
09:26AM   1    GONE THROUGH WHAT SECTION 7 MEANS, AND IT'S KIND OF GETTING
09:26AM   2    OLD.
09:26AM   3         THE OTHER ISSUE, TOO, IS IN YOUR HONOR'S ORDER, WHICH
09:26AM   4    MR. SUHY DID SEE IN I BELIEVE IT WAS NOVEMBER OF 2020, ALSO
09:26AM   5    SAID THAT NEO4J HAD THE RIGHT TO LICENSE ITS SOFTWARE AS IT
09:26AM   6    SEES FIT.
09:26AM   7         YOUR HONOR ALSO ADDRESSED THIS COPYRIGHT INFRINGEMENT
09:26AM   8    ISSUE IN ITS MOST RECENT MSJ ORDER AND SAID WHETHER OR NOT
09:26AM   9    NEO4J VIOLATED THE FREE SOFTWARE FOUNDATION'S COPYRIGHT IS
09:26AM  10    IRRELEVANT.  THE ISSUE IS WHETHER MR. SUHY INFRINGED OR ALTERED
09:26AM  11    NEO4J SWEDEN'S CMI.
09:26AM  12         FINALLY, THEIR FOCUS ON THIS INNOCENT INFRINGER DEFENSE,
09:26AM  13    THERE IS NO SUCH DEFENSE WITH THE LANHAM ACT.  YOUR HONOR HAS
09:26AM  14    ALREADY FOUND THAT HE MADE INTENTIONAL FALSE STATEMENTS IN
09:26AM  15    REPRESENTING NOT JUST THAT THE SOFTWARE WAS FREE AND OPEN, AND
09:26AM  16    WHICH WAS BASED ON THE AGPL'S PROVISIONS, BUT YOUR HONOR ALSO
09:27AM  17    FOUND THAT HE VIOLATED THE LANHAM ACT AND FALSELY ADVERTISED
09:27AM  18    THAT IT WAS A DROP-IN REPLACEMENT, WHICH HAD NOTHING TO DO WITH
09:27AM  19    THE LICENSE.
09:27AM  20              THE COURT:  WELL, LET ME -- THANK YOU.  THESE TWO
09:27AM  21    DOCUMENTS ARE BEFORE THE COURT AND YOU'RE SEEKING TO ADMIT
09:27AM  22    THESE, AND WE'VE HAD SOME COLLOQUY ABOUT THE HEARSAY NATURE.  I
09:27AM  23    THINK THERE WAS A HEARSAY OBJECTION.
09:27AM  24              MR. RATINOFF:  THAT IS CORRECT, YOUR HONOR.
09:27AM  25              THE COURT:  AND WE'VE HAD SOME COLLOQUY ABOUT THAT.
```

(12 of 12), Page 12 of 12   Case: 24-5538, 12/06/2024, DktEntry: 13.2, Page 12 of 12
Case 5:18-cv-07182-EJD   Document 233   Filed 11/29/23   Page 16 of 204

202

```
09:27AM   1    I'M GOING TO SUSTAIN THE OBJECTION WITHOUT MORE AT THIS POINT,
09:27AM   2    AND I THINK I'VE INDICATED THE REASONS FOR THAT.
09:27AM   3         MY SENSE IS THAT THERE HAS TO BE ADDITIONAL FOUNDATION
09:27AM   4    MADE.  I DON'T SEE THE RELEVANCE IF THEY'RE NOT OFFERED FOR THE
09:27AM   5    TRUTH OF THE MATTER ASSERTED.
09:27AM   6         I UNDERSTAND YOUR POSITION ON THAT, BUT AT THIS POINT I'LL
09:27AM   7    SUSTAIN THE OBJECTIONS ABSENT -- YOU'RE FREE TO INTRODUCE THOSE
09:27AM   8    IF YOU THINK YOU CAN LAY A PROPER FOUNDATION AND/OR OVERCOME
09:27AM   9    ANY HEARSAY AS TO THESE DOCUMENTS.
09:27AM  10              MR. BEENE:  I UNDERSTAND, YOUR HONOR.
09:27AM  11              THE COURT:  OKAY.  THANK YOU.
09:27AM  12              MR. RATINOFF:  THANK YOU, YOUR HONOR.
09:28AM  13              THE COURT:  OKAY.  SO WE HAVE ABOUT 25 MINUTES LEFT.
09:28AM  14       DO YOU HAVE A WITNESS TO CALL?
09:28AM  15              MR. RATINOFF:  YES, YOUR HONOR.  PLAINTIFFS WOULD
09:28AM  16    CALL STEVEN BOYLES AS OUR DAMAGES EXPERT.
09:28AM  17              THE COURT:  OKAY.  IF YOU WOULD COME FORWARD, SIR,
09:28AM  18    AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND,
09:28AM  19    SHE HAS A QUESTION FOR YOU.
09:28AM  20         (PLAINTIFFS' WITNESS, STEVEN BOYLES, WAS SWORN.)
09:28AM  21              THE WITNESS:  I DO.  THANK YOU.
09:28AM  22              THE COURT:  PLEASE HAVE A SEAT UP HERE, SIR, AND
09:28AM  23    MAKE YOURSELF COMFORTABLE.  PLEASE FEEL FREE TO ADJUST THE
09:28AM  24    CHAIR AND MICROPHONE AS YOU NEED.
09:28AM  25         WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME
```