IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>        Plaintiffs-ctr-defendants-Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>        Defendant-ctr-claimant-Appellant.<br>and<br><br>PURETHINK, LLC, a Delaware limited liability company; and IGOV, INC., a Virginia corporation,<br><br>        Defendants. | No. 24-5538<br><br>District No. 5:18-cv-07182-EJD<br>U.S. District Court for the Northern District of California<br><br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' OPPOSITION TO APPELLANT JOHN MARK SUHY'S MOTION FOR LEAVE TO TRANSMIT EXHIBITS FOR THE RECORD ON APPEAL** |

I, Jeffrey M. Ratinoff, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all courts of the State of California and admitted to this Court, and am a partner of Spencer Fane LLP, attorneys of record for Plaintiffs-Appellees Neo4j, Inc. ("Neo4j USA"), and Neo4j Sweden AB ("Neo4j Sweden," collectively "Appellees").  I make this declaration in support of Appellees' Opposition to Motion for Leave to Transmit Exhibits for the Record on Appeal by Appellant John Mark Suhy

2.      The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Appellees' Third Amended Complaint, filed in the trial court proceedings on September 28, 2020.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the trial court's Order Granting Plaintiffs' Motion for Partial Summary Judgment; Denying Defendants' Cross-Motion for Summary Judgment, filed on May 18, 2021.

5.      Attached hereto as **Exhibit 3** is Memorandum Disposition filed by this Court in *Neo4j, Inc. et al. v. PureThink LLC et al.*, Ninth Circuit Case No. 21-16029 (2021) on February 18, 2022.

6.      Attached hereto as **Exhibit 4** is an Order Denying Petition for Panel Hearing and Amending the Memorandum Disposition filed by this Court in *Neo4j, Inc. et al. v. PureThink LLC et al.*, Ninth Circuit Case No. 21-16029 (2021) on March 14, 2022.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the trial court's Order Granting Plaintiffs' Motion for Partial Summary Judgment; Granting Plaintiffs' *Daubert* Motion, filed on October 25, 2023.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Trial Exhibit 147, which was admitted by the trial court during trial and filed on January 26, 2024.

9.      Attached hereto as **Exhibit 7** are true and correct copies of relevant pages from the November 28, 2023 trial transcript.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the Stipulation of Undisputed Facts for Trial, filed with the trial court on November 11, 2023.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the Stipulation to the Amount Of Plaintiffs' Lost Profits and Defendants' Profits, filed with the trial court on December 12, 2023.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the trial court's Findings of Fact and Conclusion of Law, filed on July 22, 2024.

2

13.    Attached hereto as **Exhibit 11** is a true and correct copy of the Judgment entered by the trial court on August 15, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 16th day of December, 2024, at San Jose, California.


 /s/ Jeffrey M. Ratinoff

Jeffrey M. Ratinoff

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on December 16, 2024, I electronically filed the

foregoing DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF

APPELLEES' OPPOSITION TO APPELLANT JOHN MARK SUHY'S

MOTION FOR LEAVE TO TRANSMIT EXHIBITS FOR THE RECORD ON

APPEAL with the Clerk of Court using the CM/ECF system which will send

notification of such filing to the following email addresses:

> **John Mark Suhy**
> jmsuhy@gmail.com


> */s/   Jeffrey M. Ratinoff*
> Jeffrey M. Ratinoff