# EXHIBIT 7

187

```
 1                      UNITED STATES DISTRICT COURT
 2                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                              SAN JOSE DIVISION
 4

 5    NEO4J, INC., A DELAWARE
      CORPORATION, AND NEO4J SWEDEN
 6    AB, A SWEDISH CORPORATION,       CASE CV-18-07182 EJD

 7              PLAINTIFFS,            SAN JOSE, CALIFORNIA

 8       V.                            NOVEMBER 28, 2023

 9    PURETHINK LLC, A DELAWARE        VOLUME 2
      LIMITED LIABILITY COMPANY, IGOV
10    INC., A VIRGINIA CORPORATION,    PAGES 187 - 389
      AND JOHN MARK SUHY, AN
11    INDIVIDUAL,

12              DEFENDANTS.
      _____
13
      AND RELATED COUNTERCLAIMS.
14
                              TRANSCRIPT OF TRIAL
15                  BEFORE THE HONORABLE EDWARD J. DAVILA
                        UNITED STATES DISTRICT JUDGE
16
      A-P-P-E-A-R-A-N-C-E-S
17
      FOR THE PLAINTIFFS:    HOPKINS & CARLEY
18                           BY:  JOHN V. PICONE III
                                  JEFFREY M. RATINOFF
19                                ARTHUR E. ROTHROCK
                             A LAW CORPORATION
20                           THE LETITIA BUILDING
                             70 SOUTH FIRST STREET
21                           SAN JOSE, CA 95113

22          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23
      OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                                CERTIFICATE NUMBER 8074

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
      TRANSCRIPT PRODUCED WITH COMPUTER.
```

UNITED STATES COURT REPORTERS

188

```
 1      A P P E A R A N C E S: (CONT'D)
 2
        FOR THE DEFENDANTS:           LAW OFFICES OF ADRON W. BEENE
 3                                    BY:  ADRON W. BEENE
                                           ADRON GUSTAV BEENE
 4                                    7960 SOQUEL DRIVE, SUITE B #296
                                      APTOS, CALIFORNIA 95003
 5
 6      ALSO PRESENT:                 HOPKINS & CARLEY
                                      BY:  DANNY ZEPEDA, I.T.
 7
                                      NEO4J
 8                                    MERTON THOMPSON, AGC
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

INDEX OF PROCEEDINGS

PLAINTIFFS':

**STEVEN BOYLES**
    DIRECT EXAM BY MR. RATINOFF                P. 204

DEFENDANTS':

**JOHN MARK SUHY**
    DIRECT EXAM BY MR. BEENE                  P. 249
    CROSS-EXAM BY MR. RATINOFF               P. 311

UNITED STATES COURT REPORTERS

```
                    INDEX OF EXHIBITS

                                    MARKED      ADMITTED

    PLAINTIFFS':

    209                                            222
    150                                            245
    34                                             314
    182                                            315
    113                                            333
    130                                            337
    132                                            338
    125                                            342
    58                                             354
    60                                             356
    59                                             358
    66                                             359
    210                                 364        365
    83                                             371
    147                                            377
    211                                            378
    212                                 380        381
    213                                            382


    DEFENDANTS':

    1011                                           260
    1044                                           265
    1043                                 267       267
    1101                                 282       284
    1097                                           290
    1098                                           291
    1002                                           294
    1010                                 294       294
    1012                                 302       303
```

191

```
            1    SAN JOSE, CALIFORNIA                     NOVEMBER 28, 2023
            2                        P R O C E E D I N G S
09:11AM     3          (COURT CONVENED AT 9:11 A.M.)
09:11AM     4              THE COURT:  WE'RE BACK ON THE RECORD IN OUR TRIAL.
09:11AM     5       LET'S JUST HAVE COUNSEL MAKE THEIR APPEARANCE JUST FOR THE
09:11AM     6    RECORD, PLEASE.
09:11AM     7       WHO APPEARS FOR THE PLAINTIFF?
09:11AM     8              MR. PICONE:  JOHN PICONE, HOPKINS & CARLEY, AND
09:11AM     9    JEFF RATINOFF.
09:11AM    10              THE COURT:  THANK YOU.  GOOD MORNING.
09:11AM    11              MR. BEENE:  GOOD MORNING, YOUR HONOR.
09:11AM    12       ANDRON BEENE HERE ON BEHALF OF THE DEFENDANTS PURETHINK,
09:12AM    13    INC., IGOV, INC., AND MR. SUHY.
09:12AM    14              THE COURT:  THANK YOU, GOOD MORNING.
09:12AM    15              MR. BEENE JR.:  ANDRON BEENE, JUNIOR, FOR
09:12AM    16    DEFENDANTS.
09:12AM    17              THE COURT:  THANK YOU.  GOOD MORNING.
09:12AM    18              MR. BEENE:  EXCUSE ME.  ONE OF THE AUDIENCE MEMBERS
09:12AM    19    WOULD LIKE THE HEARING DEVICE IF THAT COULD BE ARRANGED.
09:12AM    20              THE CLERK:  CERTAINLY.
09:12AM    21              THE COURT:  ALL RIGHT.  WE'RE PROCEEDING THIS
09:12AM    22    MORNING CONTINUING WITH THE TRIAL IN THIS MATTER, AND I JUST
09:12AM    23    WANTED TO REMIND FOLKS THAT WE DO HAVE A HARD STOP ABOUT 9:55,
09:12AM    24    SOMETHING LIKE THAT.  I HAVE TO ENGAGE A CONFERENCE FOR ABOUT
09:12AM    25    45 MINUTES, MAYBE AN HOUR, AND THEN WE CAN RESUME.
```

SUHY CROSS BY MR. RATINOFF                                           375

```
05:08PM   1                MR. RATINOFF:  OKAY.
05:08PM   2                THE COURT:  THAT'S THE INCONVENIENCE.
05:08PM   3                MR. RATINOFF:  UNDERSTOOD.
05:08PM   4                THE COURT:  WELL, LET'S DO THIS.  LET ME TAKE A
05:08PM   5    BREAK FOR FIVE MINUTES.  WHY DON'T YOU MEET AND CONFER ABOUT
05:08PM   6    THE LOGISTICS OF HAVING HIM APPEAR REMOTELY, AND THEN I'LL COME
05:08PM   7    BACK.
05:08PM   8                MR. BEENE:  THANK YOU, YOUR HONOR.
05:08PM   9            (RECESS FROM 5:08 P.M. UNTIL 5:18 P.M.)
05:18PM  10                THE COURT:  BACK ON THE RECORD.  ALL PARTIES
05:18PM  11    PREVIOUSLY PRESENT ARE PRESENT AGAIN.
05:18PM  12         MR. SUHY IS BACK ON THE STAND.
05:18PM  13         WE'LL HAVE UNTIL THE BOTTOM OF THE HOUR TO FINISH
05:18PM  14    TESTIMONY.
05:18PM  15                MR. RATINOFF:  THANK YOU, YOUR HONOR, FOR YOUR
05:18PM  16    INDULGENCE, I APPRECIATE THAT, AND TO YOUR STAFF.
05:18PM  17    Q.   MR. SUHY, YOU MENTIONED ESSENTIALLY THE IRS STOPPED USING
05:18PM  18    ONGDB AFTER THE COURT'S RULING ON SUMMARY JUDGMENT; CORRECT?
05:18PM  19    A.   YES.
05:18PM  20    Q.   BUT THAT WASN'T THE FIRST TIME THAT THE COURT DETERMINED
05:18PM  21    THAT SECTION 7 AND 10 DIDN'T ALLOW YOU TO USE THE COMMONS
05:18PM  22    CLAUSE; ISN'T THAT RIGHT?
05:18PM  23    A.   THE COURT, I'M SORRY?  THE COURT SAID?  YES, THE COURT
05:19PM  24    SAID THAT BEFORE.
05:19PM  25    Q.   AND THEN GOING BACK TO -- AS FAR BACK AS IT WAS MENTIONED
```

```
05:19PM   1    IN 2020; ISN'T THAT RIGHT?
05:19PM   2         WELL, LET ME HELP YOU THERE AND STRIKE THAT QUESTION.
05:19PM   3    A.   I DIDN'T KNOW IT WAS A QUESTION.
05:19PM   4    Q.   THAT'S FINE.  LET'S JUST GO TO EXHIBIT 147.
05:19PM   5    A.   OKAY.
05:19PM   6              THE COURT:  147?
05:19PM   7              MR. RATINOFF:  YES, YOUR HONOR.
05:19PM   8    Q.   DO YOU RECOGNIZE EXHIBIT 147?
05:19PM   9    A.   YES.
05:19PM  10    Q.   AND THIS IS AN EMAIL THAT YOU SENT ON NOVEMBER 13TH -- I'M
05:19PM  11    SORRY, ON NOVEMBER 17TH, 2020 TO DONALD@FSF.ORG; IS THAT RIGHT?
05:19PM  12    A.   YES.
05:19PM  13    Q.   AND THEN ATTACHED TO THAT, THIS EMAIL IS AN ORDER FROM THE
05:20PM  14    COURT DATED NOVEMBER 13TH, 2020; IS THAT RIGHT?
05:20PM  15    A.   YES.
05:20PM  16    Q.   AND I BELIEVE YOUR COUNSEL PREVIOUSLY RAISED THIS ORDER;
05:20PM  17    IS THAT RIGHT?
05:20PM  18    A.   CORRECT.
05:20PM  19    Q.   OKAY.  AND THEN YOU'RE SENDING THIS ORDER TO MR. -- I
05:20PM  20    DON'T REMEMBER HIS LAST NAME -- BUT DONALD AT FREE SOFTWARE
05:20PM  21    FOUNDATION, YOU'RE SAYING, ATTACHING AN ORDER -- I ATTACHED THE
05:20PM  22    ORDER I'M REFERENCING TO THIS EMAIL.  IN A NUTSHELL NEO4J
05:20PM  23    ENTERPRISE LICENSED --
05:20PM  24              THE COURT:  YOU'RE ASKING THIS TO BE RECEIVED IN
05:20PM  25    EVIDENCE?
```

05:20PM 1          MR. RATINOFF: YES.
05:20PM 2          THE COURT: ANY OBJECTION?
05:20PM 3          MR. BEENE: NO OBJECTION.
05:20PM 4          THE COURT: IT'S ADMITTED, AND IT MAY BE PUBLISHED.
05:20PM 5      (PLAINTIFFS' EXHIBIT 147 WAS RECEIVED IN EVIDENCE.)
05:20PM 6  BY MR. RATINOFF:
05:20PM 7  Q.   LET ME JUST SKIP THAT AND GO DOWN TO THE COURT AGREES WITH
05:20PM 8  NEO4J IN THAT THEY CAN ADD FURTHER RESTRICTIONS TO THE AGPL AND
05:20PM 9  THAT LICENSES DOWN THE LINE CANNOT -- LICENSEES DOWN THE LINE
05:21PM 10 CANNOT REMOVE THE ADDITIONAL RESTRICTION AS THE AGPL CLEARLY
05:21PM 11 STATES.
05:21PM 12      DO YOU SEE THAT?
05:21PM 13 A.   YES.
05:21PM 14 Q.   AND SO BY THIS TIME YOU ALREADY KNEW THE COURT HAD MADE
05:21PM 15 THAT DETERMINATION; IS THAT CORRECT?
05:21PM 16 A.   YES.
05:21PM 17 Q.   BUT YET YOU CONTINUED TO PROMOTE ONGDB; ISN'T THAT RIGHT?
05:21PM 18 A.   WELL, ONGDB -- THE -- WHEN THE GRAPH FOUNDATION HAD THE --
05:21PM 19 WHAT'S THE NAME OF IT? -- THE INJUNCTION, THEY WENT TO 3.4 AND
05:21PM 20 WITHOUT THE COMMONS CLAUSE THEY WEREN'T ALLOWED TO USE
05:21PM 21 ANYTHING, THEY HAD TO GO BACK TO AN OLDER VERSION.
05:21PM 22 Q.   AND I'M NOT TALKING ABOUT THE INJUNCTION WHICH WAS IN
05:21PM 23 FEBRUARY OF THE FOLLOWING YEAR. I'M TALKING ABOUT AT THAT TIME
05:21PM 24 IN NOVEMBER OF 2020, YOU CONTINUED TO PROMOTE ONGDB UNDER THE
05:21PM 25 AGPL; ISN'T THAT RIGHT?

SUHY CROSS BY MR. RATINOFF                                              378

```
05:21PM   1    A.   I BELIEVE SO.
05:21PM   2    Q.   SO, IN FACT, SINCE YOU MENTIONED THE INJUNCTION, AFTER THE
05:21PM   3    INJUNCTION, YOU CONTINUED TO PROMOTE ONGDB UNDER THE AGPL
05:22PM   4    THROUGH YOUR GRAPH STACK WEBSITE; ISN'T THAT RIGHT?
05:22PM   5    A.   I BELIEVE SO, YES.
05:22PM   6    Q.   I THINK BEFORE THE BREAK WE WERE LOOKING AT -- LET ME FIND
05:22PM   7    IT.  TAB E IN YOUR BINDER, CROSS BINDER.
05:22PM   8    A.   I'M THERE.
05:22PM   9    Q.   AND YOU UNDERSTAND THIS IS A LETTER THAT YOU SENT ON
05:23PM  10    APPROXIMATELY JULY 24TH, 2020 TO THE -- IT LOOKS LIKE SOMEONE
05:23PM  11    AT THE AGO.GOV; IS THAT RIGHT?
05:23PM  12    A.   CORRECT.
05:23PM  13             MR. RATINOFF:  AND I THINK THIS WOULD BE MARKED AS
05:23PM  14    EXHIBIT 211.  I WOULD MOVE IT INTO EVIDENCE.
05:23PM  15             THE COURT:  ANY OBJECTION?
05:23PM  16             MR. BEENE:  NO OBJECTION.
05:23PM  17             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.
05:23PM  18        (PLAINTIFFS' EXHIBIT 211 WAS MARKED AND RECEIVED IN
05:23PM  19    EVIDENCE.)
05:23PM  20    BY MR. RATINOFF:
05:23PM  21    Q.   AND YOU SEE HERE IN THIS DOCUMENT IT SAYS AFFIGENT, YOU'RE
05:23PM  22    PROTESTING ON THE WORD "AFFIGENT"; IS THAT RIGHT?
05:23PM  23    A.   YES.
05:23PM  24    Q.   AND YOU HEARD FROM MR. ZAGALASKY THAT AFFIGENT WAS
05:23PM  25    ACTUALLY A RESELLER OF NEO4J SOFTWARE; ISN'T THAT RIGHT?
```

388

```
05:34PM   1              MR. BEENE:  YES.
05:35PM   2              MR. RATINOFF:  I'VE GOT TRAVEL WITH CHEER
05:35PM   3    COMPETITION WITH MY DAUGHTER.
05:35PM   4              THE COURT:  AND I'M NOT WEDDED TO THOSE DAYS.  I'M
05:35PM   5    OFFERING YOU IN JANUARY ANYTHING THAT LOOKS LIKE IT WILL WORK
05:35PM   6    FOR YOU.  EVEN THE END OF THE MONTH IS FINE WITH ME.  MEET AND
05:35PM   7    CONFER AND MAKE SURE I HAVE AN EXHIBIT, AN APPROPRIATE EXHIBIT
05:35PM   8    LIST, AND EVERYTHING THAT YOU THOUGHT WAS IN WAS IN.  TALK WITH
05:35PM   9    MS. ROBINSON.  I HAVE MY NOTES ABOUT WHAT WAS ADMITTED AND WHAT
05:35PM  10    WAS NOT, AND WE'LL LOOK AND COMPARE THOSE.  AND THEN YOU CAN
05:35PM  11    GET YOUR DOCUMENTS TO ME SOME TIME.
05:35PM  12              MR. RATINOFF:  WILL YOUR HONOR BE SIGNING THE
05:35PM  13    STIPULATION THAT WE FILED BACK ON -- I BELIEVE IT WAS
05:35PM  14    NOVEMBER 21, 2023?
05:35PM  15              THE COURT:  YES.
05:35PM  16              MR. RATINOFF:  SO RIGHT BEFORE THANKSGIVING.
05:35PM  17              THE COURT:  YES.
05:35PM  18              MR. RATINOFF:  I THINK THAT WOULD HELP US FIGURE OUT
05:35PM  19    WHAT IS LEFT.
05:35PM  20              THE COURT:  SURE.  OKAY.  I WILL SIGN THAT.
05:35PM  21         ANYTHING ELSE?
05:35PM  22              MR. BEENE:  THANK YOU AND YOUR STAFF FOR STAYING
05:35PM  23    OVER TIME SO MY CLIENT CAN GET HOME.
05:36PM  24              THE COURT:  SURE.  HE HAS FAMILY, TOO, WE LEARNED.
05:36PM  25         OKAY.
```

389

| | | |
|---|---|---|
| 05:36PM | 1 | MR. RATINOFF: THANK YOU, YOUR HONOR. |
| 05:36PM | 2 | MR. PICONE: THANK YOU, YOUR HONOR. |
| 05:36PM | 3 | MR. BEENE: THANK YOU, YOUR HONOR. |
| 05:36PM | 4 | (COURT CONCLUDED AT 5:36 P.M.) |

UNITED STATES COURT REPORTERS

```
 1
 2
 3                        CERTIFICATE OF REPORTER
 4
 5
 6
 7       I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE
 8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10   HEREBY CERTIFY:
11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15                           _____
16                           IRENE RODRIGUEZ, CSR, RMR, CRR
                             CERTIFICATE NUMBER 8074
17
18
                             DATED:  NOVEMBER 29, 2023
19
20
21
22
23
24
25
```