UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Docket Number: 24-5538

Appeal from the United States District Court for the Northern District of California

Case No.: 5:18-cv-07182-EJD

**Neo4j, Inc., et al.,**
Plaintiffs-Appellee,

v.

**Suhy., et al.,**
Defendants-Appellant.

**REPLY IN SUPPORT OF MOTION TO TRANSMIT EXHIBITS**

**I. INTRODUCTION**

Appellant John Mark Suhy respectfully submits this reply in connection with his Motion for Leave to Transmit Exhibits for the Record on Appeal (DktEntry #13.1). In light of Appellees' opposition (DktEntry #14.1) and their corrected opposition (DktEntry #15.1), Appellant **withdraws the motion in its entirety** to streamline the issues before the Court.

**II. WITHDRAWAL OF MOTION**

1

Upon further consideration, and in response to both Appellees' original and corrected oppositions, Appellant John Mark Suhy hereby withdraws his pending Motion for Leave to Transmit Exhibits for the Record on Appeal (DktEntry #13.1). Appellant respectfully requests that no ruling on the motion be entered, as withdrawal renders it moot.

## III. CONCLUSION

For the foregoing reasons, Appellant respectfully withdraws his Motion for Leave to Transmit Exhibits for the Record on Appeal.

**Respectfully submitted,**

/s/ John Mark Suhy Jr.

Pro Se Defendant-Appellant

8814 Danewood Dr.

Alexandria, VA 22308

Email: jmsuhy@gmail.com

Phone: 703-862-7780

Date: December 19, 2024

**Certificate of Service**

I, John Mark Suhy Jr., hereby certify that on this December 19, 2024, I electronically filed the foregoing **REPLY IN SUPPORT OF MOTION TO TRANSMIT EXHIBITS** with the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr.

John Mark Suhy Jr.

Pro Se Defendant-Appellant

8814 Danewood Dr.

Alexandria, VA 22308

Email: jmsuhy@gmail.com

Phone: 703-862-7780