# Addendum to Appellant's Opening Brief

**Table of Contents for Addendum**

1. **Relevant Statutes and Rules**

   o  17 U.S.C. § 1202(b) (Digital Millennium Copyright Act)

   o  15 U.S.C. § 1114 (Lanham Act)

   o  15 U.S.C. § 1125(a) (False Advertising)

   o  Federal Rule of Civil Procedure 8(c) and 12(c)

2. **Key Rulings and Documents**

   o  District Court's Final Judgment (August 15, 2024)

   o  Free Software Foundation Cease-and-Desist Letter
      (November 13, 2023)

   o  PureThink Exclusivity Agreement (April 11, 2015)

   o  Neo4j Licensing Agreement Excerpts (11-ER-2414:2420)

   o  Excluded Expert Report by Bradley Kuhn (16-ER-2196:3375)

3. **Case Law Referenced**

   o  **Frank Music Corp. v. Metro-Goldwyn-Mayer Inc.**, 772
      F.2d 505 (9th Cir. 1985)

   o  **Chavez v. United States**, 683 F.3d 1102 (9th Cir. 2012)

- **Lexmark Int'l, Inc. v. Static Control Components, Inc.**, 572 U.S. 118 (2014)

**Full Texts**

**1. Relevant Statutes and Rules**

**17 U.S.C. § 1202(b): \***

**15 U.S.C. § 1114: \***

**15 U.S.C. § 1125(a): \***

**Federal Rule of Civil Procedure 8(c): \***

**Federal Rule of Civil Procedure 12(c): \***

**2. Key Rulings and Documents**

**District Court Final Judgment (August 15, 2024): \***

**Free Software Foundation Cease-and-Desist Letter (November 13, 2023):** *

**PureThink Exclusivity Agreement (April 11, 2015):** *

**Neo4j Licensing Agreement Excerpts (11-ER-2414:2420):** *

**Excluded Expert Report by Bradley Kuhn (16-ER-2196:3375):** *

## 3. Case Law Referenced

**Frank Music Corp. v. Metro-Goldwyn-Mayer Inc.**, 772 F.2d 505 (9th Cir. 1985):

**Chavez v. United States**, 683 F.3d 1102 (9th Cir. 2012):

**Lexmark Int'l, Inc. v. Static Control Components, Inc.**, 572 U.S. 118 (2014):