No. 24-5538

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

NEO4J, INC., et al.,

*Plaintiff and Appellee,*

v.

Suhy, et al.;

*Defendant and Appellant.*

---

Appeal From a Judgment of the United States District Court
For the Northern District of California
Hon. Edward J. Davila
United States District Judge
N. D. Cal. No. 5:18-cv-07182 EJD

---

APPELLANTS' EXCERPT OF RECORD

INDEX VOLUME

---

John Mark Suhy Jr (Pro Se)
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
Tel.: (703) 862-7780

# INDEX TO APPENDIX

| FILING DATE | DESCRIPTION | PAGE | VOL |
|---|---|---|---|
| 07/22/2024 | FINDINGS OF FACT AND CONCLUSIONS OF LAW (Pacer Doc #248) | **2893** | **14** |
| 08/15/2024 | JUDGMENT Re: Dkt. Nos. 118, 216, 248 (Pacer Doc #251) | **2926** | **14** |
| 05/18/2021 | ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DENYING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT (Pacer Doc #118) | 1 | 1 |

| FILING DATE | DESCRIPTION | PAGE | VOL |
|---|---|---|---|
| 02/16/2021 | STIPULATED JUDGMENT AND PERMANENT INJUNCTION (Pacer Doc #110) | 040 | 2 |
| 12/11/2020 | DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT (Pacer Doc #98-1) | 065 | 2 |
| 09/28/2020 | THIRD AMENDED COMPLAINT FOR: (1) TRADEMARK INFRINGEMENT; (2) FALSE DESIGNATION OF ORIGIN; (3) FALSE ADVERTISING; (4) DEFAMATION; (5) FEDERAL AND STATE UNFAIR COMPETITION; (6) BREACH OF CONTRACT;(7) INVASION | 40 | 2 |

| | | | |
|---|---|---|---|
| | OF PRIVACY; AND (8) VIOLATIONS OF THE DMCA (Pacer Doc #90) | | |
| 10/19/2020 | DEFENDANTS PURETHINK, LLC, IGOV INC AND JOHN MARK SUHY'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT (Pacer Doc #91) | 87 | 2 |
| 12/11/2020 | PLAINTIFFS' CONSOLIDATED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (Pacer Doc #98) | 114 | 2 |
| |   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF | 126 | 2 |
| |   DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT | 162 | 2 |
| 12/11/2020 | Deposition of Brad Nussbaum and other exhibits including AGPL License edits related to pacer document 98. (Pacer Document #98-1) | 158 | 3 |
| 12/11/2020 | Continued. Deposition of Brad Nussbaum and other exhibits including AGPL License edits related to pacer document 98. (Pacer Document #98-1) | 638 | 4 |
| 12/11/2020 | Continued. Deposition of Brad Nussbaum and other exhibits including AGPL License edits related to pacer document 98. (Pacer Document #98-1) | 937 | 5 |
| 12/11/2020 | Continued: PLAINTIFFS' CONSOLIDATED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (Pacer Doc #98) | | |
| |   DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' | 1365 | 6 |

|  |  |  |  |
|---|---|---|---|
|  | CONSOLIDATED MOTION FOR SUMMARY JUDGMENT |  |  |
|  | DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT | 1447 | 6 |
|  | NEO4J INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS – Exhibit A | 1517 | 6 |
| 01/15/2021 | DEFENDANTS' CONSOLIDATED, COMBINED OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT / NOTICE OF MOTION AND CROSS MOTION; MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OR POINTS AND AUTHORITIES IN SUPPORT (Pacer Doc #100) | 1539 | 7 |
|  | DEFENDANTS' RESPONSE TO NEO4J INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS (Exhibit A) | 1581 | 7 |
|  | DEFENDANTS' CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS (Exhibit B) | 1636 | 7 |
|  | DECLARATION OF JOHN MARK SUHY IN SUPPORT OF DEFENDANTS CONSOLIDATED OPPOSITION AND MOTION FOR SUMMARY JUDGMENT | 1643 | 7 |
|  | DECLARATION OF JOHN D. PERNICK IN SUPPORT OF DEFENDANTS' CONSOLIDATED, COMBINED OPPOSITION TO PLAINTIFF'S MOTION FOR | 1665 | 7 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | SUMMARY JUDGMENT AND CROSSMOTION |  |  |
|  |  | DECLARATION OF ADRON G. BEENE IN SUPPORT OF DEFENDANTS CONSOLIDATED OPPOSITION AND MOTION FOR SUMMARY JUDGMENT | 1685 | 7 |

| 01/19/2021 | NOTICE OF ERRATA FOR EXHIBIT 31 TO THE DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT (Pacer Doc # 103) |  | 1812 | 8 |
|---|---|---|---|---|
| 01/19/2021 | NOTICE OF ERRATA FOR SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANTS' REQUEST TO STRIKE SAME (Pacer Doc #104) |  | 1939 | 8 |
| 02/16/2021 | CONSOLIDATED REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSSMOTION FOR SUMMARY JUDGMENT (Pacer Doc #109) |  | 1963 | 8 |
|  |  | PLAINTIFFS' REPLY SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS | 1996 | 8 |
|  |  | PLAINTIFFS' RESPONSE TO DEFENDANT'S CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS | 2055 | 8 |
|  |  | PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE | 2064 | 8 |

| FILING DATE | DESCRIPTION | PAGE | Vol |
|---|---|---|---|
| | DECLARATION OF JOHN MARK SUHY | | |
| | REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSSMOTION FOR SUMMARY JUDGMENT | 2067 | 8 |
| 03/09/2021 | DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT (Pacer Doc #112) | 2149 | 9 |

| FILING DATE | DESCRIPTION | PAGE | Vol |
|---|---|---|---|
| 06/16/2021 | DEFENDANTS' NOTICE OF APPEAL (with Circuit Rule 3-2 Representation Statement attached) PRELIMINARY INJUNCTION APPEAL (Pacer Doc #121) | 2159 | 9 |
| 08/14/2021 | CIVIL DOCKET FOR CASE #: 5:18-cv-07182-EJD | 2164 | 9 |

**VOLS. 10-11, UNREDACTED VERSIONS**

**OF DOCUMENTS SOUGHT TO BE SEALED**

**PROVISIONALLY FILED UNDER SEAL**
**from 9th circuit case# 21-16029**

| FILING DATE | DESCRIPTION | PAGE | VOL |
|---|---|---|---|
| 12/11/2020 | PLAINTIFFS' CONSOLIDATED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF | 2191 | 10 |
| 12/11/2020 | EX. 12 TO DECLARATION OF JOHN BROAD | 2249 | 10 |
| 12/11/2020 | EX. 13 TO DECLARATION OF JOHN BROAD | 2257 | 10 |
| 12/11/2020 | EX. 3 TO DECLARATION OF JEFFREY RATINOFF | 2260 | 10 |
| 12/11/2020 | EX. 6 TO DECLARATION OF JEFFREY RATINOFF | 2350 | 10 |
| 12/11/2020 | EX. 7 TO DECLARATION OF JEFFREY RATINOFF | 2353 | 10 |
| 12/11/2020 | EX. 27 TO DECLARATION OF JEFFREY RATINOFF | 2358 | 10 |
| 12/11/2020 | EX. 55 TO DECLARATION OF JEFFREY RATINOFF | 2365 | 10 |

| 12/11/2020 | EX. 126 TO DECLARATION OF JEFFREY RATINOFF | **2371** | 10 |
| --- | --- | --- | --- |
| 12/11/2020 | EX. 130 TO DECLARATION OF JEFFREY RATINOFF | **2375** | 10 |

| | | | |
|---|---|---|---|
| 12/11/2020 | EX. 131 TO DECLARATION OF JEFFREY RATINOFF | 2377 | 10 |
| 12/11/2020 | EX. 132 TO DECLARATION OF JEFFREY RATINOFF | 2386 | 10 |
| 12/11/2020 | EX. 133 TO DECLARATION OF JEFFREY RATINOFF | 2397 | 10 |
| 12/11/2020 | EX. 134 TO DECLARATION OF JEFFREY RATINOFF | 2399 | 10 |
| 12/11/2020 | EX. 135 TO DECLARATION OF JEFFREY RATINOFF | 2403 | 10 |
| 12/11/2020 | DECL. PHILIP RATHLE IN SUPPORT OF PLTFS.' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL | 2408 | 10 |
| 1/15/2021 | EX. 1 TO DECLARATION OF ADRON BEENE **ATTORNEY'S EYES ONLY** | 2413 | 11 |
| 1/15/2021 | EX. 2 TO DECLARATION OF ADRON BEENE **ATTORNEY'S EYES ONLY** | 2429 | 11 |
| 1/15/2021 | EX. 7 TO DECLARATION OF ADRON BEENE | 2430 | 11 |

| 2/16/2021 | PLAINTIFFS' REPLY SEPARATE STATEMENT OF UNDISPUTED FACTS | **2431** | **11** |
|---|---|---|---|
| 2/16/2021 | PLAINTIFFS' RESPONSE TO DEFENDANT'S CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS | **2489** | **11** |

## Volumes 12-16 continued

| FILING DATE | DESCRIPTION | PAGE | Vol |
|---|---|---|---|
| 11/29/2023 | TRANSCRIPT OF TRIAL BEFORE THE HONORABLE EDWARD J. DAVILA UNITED STATES DISTRICT JUDGE (Pacer Doc #231) | **2498** | **12** |
| 11/29/2023 | TRANSCRIPT OF TRIAL BEFORE THE HONORABLE EDWARD J. DAVILA UNITED STATES DISTRICT JUDGE (Pacer Doc #233) | **2677** | **13** |
| 01/26/2024 | TRIAL EXHIBIT 1012 (Pacer Doc #242-38) | **2882** | **14** |
| 01/26/2024 | TRIAL EXHIBIT 1101 (Pacer Doc #242-45) | **2885** | **14** |
| 01/26/2024 | TRIAL EXHIBIT 117 (Pacer Doc #241-41) | **2928** | **14** |
| 05/21/2020 | ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS Re: Dkt. No. 60 (Pacer Doc #70) | **2931** | **14** |
| 07/22/2024 | FINDINGS OF FACT AND CONCLUSIONS OF LAW (Pacer Doc #248) | **2893** | **14** |
| 08/15/2024 | JUDGMENT Re: Dkt. Nos. 118, 216, 248 (Pacer Doc #251) | **2926** | **14** |

| | | | |
|---|---|---|---|
| 12/02/2024 | EXHIBIT A Free Software Foundation (FSF) Cease-and-Desist Letter to Neo4j, Inc.<br>Dated: November 13, 2023 (Pacer Doc #263-1) | **2945** | 14 |
| 04/20/2023 | PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON THEIR DMCA CLAIM AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM AND UNCLEAN HANDS DEFENSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (Pacer Doc # 183) | **2950** | 15 |
| 06/01/2023 | DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THEIR DCMA CLAIM AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM AND UNCLEAN HANDS DEFENSE (Pacer Doc #188) | **3000** | 15 |
| 10/25/2023 | ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; GRANTING PLAINTIFFS' *DAUBERT* MOTION (Pacer Doc #216) | **3072** | 15 |
| 06/05/2023 | PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE THE REPORT AND EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT WITNESS BRADLEY M. KUHN (Pacer Doc #189) | **3108** | 15 |
| 06/29/2023 | PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THEIR DMCA CLAIM AND DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIM AND | **3128** | 15 |

|  | UNCLEAN HANDS DEFENSE (Pacer Doc #191) | | |
|---|---|---|---|
| 04/20/2023 | Exhibit 1 EXPERT REPORT OF BRADLEY M. KUHN (Pacer Doc #181-2) | **3195** | **16** |