**No. 24-5538**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**NEO4J, INC., et al.,**

***Plaintiff and Appellee,***

**v.**

**Suhy, et al.**; ***Defendant and***

***Appellant.***

---

Appeal From a Judgment of the United States District Court
For the Northern District of California
Hon. Edward J. Davila
United States District Judge
N. D. Cal. No. 5:18-cv-07182 EJD

---

**APPELLANTS' EXCERPT OF RECORD**

**VOL. 5 OF 16**

**pp. 936-1234**

---

John Mark Suhy Jr (Pro Se)
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
Tel.: (703) 862-7780

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

[ Learn More about Neo4j Enterprise Open Source ]

DEVELOPMENT PACKAGE OVERVIEW    **PRICE COMPARISON**    PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

☐ ## Customer Support
iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

☐

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

### 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |

| | | | |
|---|---|---|---|
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |

Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system.

**YES** for all

*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.
We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 111-B Alexandria, VA 22306

**iGov**

© 2018 iGov Inc. All Rights Reserved.

# EXHIBIT 63



(index.html)



Witness:
John Mark Suhy
**Exhibit 13**
10/22/2020  B Gerald

## Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

> **Request Procurement Document Package (mailto:neo4j@igovsol.com)**

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed



distribution, then simply download ONgDB Enterprise
...hfoundation.org/projects/ongdb/) as a drop in replacement for an existing
...index.html) ...mercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

### NEO4J INC. COMMERCIAL SUBSCRIPTION
## $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

Neo4j Enterprise Software

Available through Neo4j Inc. and all Neo4j Solution Partners

Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license.

Production Email and Phone Support from vendor which is backed by Neo4j Inc.

Commercial License (Most government agencies do not need.)

Cost is based on number of instances and cores. (See below)



(index.html)

## IGOV DEVELOPMENT PACKAGES
# $25K+

☰

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

(14 of 299), Page 14 of 299 Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 14 of 299
Case 5:18-cv-07182-EJD   Document 212-7   Filed 02/26/24   Page 784 of 1198
10/2/2019

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects.

# iGov

(See https://graphstack.io)

(index.html)

☰

## OPEN SOURCE
## **FREE**

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

[ Learn More about Neo4j Enterprise Open Source (downloads.html#neo4j-os-faqs) ]

**DEVELOPMENT PACKAGE OVERVIEW (NEO4J.HTML#NEO4J-DEV-FEATURES)**

**PRICE COMPARISON (NEO4J.HTML#NEO4J-PRICE-COMPARISON)**

**PROCUREMENT COMPARISON (NEO4J.HTML#NEO4J-COMPARISON)**

# Development Package Overview

**WHY IGOV INC (NEO4J.HTML#PROCUREMENT-INFO)**

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

 ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support


(index.html)

provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.

You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment



We understand that many agencies have not adopted the newest technologies and best practices
...ke modern web application development almost impossible. Our development
(index.html)de use of GovCloud resources including EC2, S3,Container Services, and more.

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production
instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the
commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice
that it also has unnecessary production elements which you are paying for as part of the subscription.
Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle    Standard cluster for enterprise applications that are used by more than one
department (or by a larger department), or by customer facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |

| Name & Description | Annual Subscription Price |
|---|---|
| (index.html) up to 8 Cores) | + $52,874 / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.



# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

**iGov** (index.html)

☰

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

|  | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |

| **iGov** | Government Development Package (index.html) w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO *The cost of a commercial support subscription is based on the cores and instances you use.* | YES |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES | YES |
| Does Neo4j Inc. provide official email and phone production support? | No* *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | YES | NO |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |



 (index.html)

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

## (703) 672-1205

✉ info@igovsol.com (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

# EXHIBIT 64

 (index.html)

## Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

> Request Procurement Document Package (mailto:neo4j@igovsol.com)

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) as a drop in replacement for an existing commercial licensed distribution of the same version number.

# Know your options



Witness:
John Mark Suhy

**Exhibit 14**

10/22/2020 B Gerald

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Many people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

## NEO4J INC. COMMERCIAL SUBSCRIPTION
## $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

Neo4j Enterprise Software

Available through Neo4j Inc. and all Neo4j Solution Partners

Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license.

Production Email and Phone Support from vendor which is backed by Neo4j Inc.

Commercial License (Most government agencies do not need.)

Cost is based on number of instances and cores. (See below)

## IGOV DEVELOPMENT PACKAGES
## $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

**Page 958**    N4J_018893

## iGov

≡

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc. (index.html)

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

### IGOV ENTERPRISE SUPPORT PACKAGES
### $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

### OPEN SOURCE
### FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source (downloads.html#neo4j-os-faqs)



# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.



## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.



## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.
You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc) UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform



≡

components needed to get a robust and scalable ETL pipeline in place.

## (index.html) Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3, Container Services, and more.



# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|

| Name & Description | Annual Subscription Price |
|---|---|
|  ...dle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.



# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

(index.html)

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |


(index.html)

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO *The cost of a commercial support subscription is based on the cores and instances you use.* | YES |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES | YES |
| Does Neo4j Inc. provide official email and phone production support? | No* *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | YES | NO |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |



## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

**Page 964**    N4J_018899



**(703) 672-1205**

mailto:info@igovsol.com)   (index.html)

8370 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

# EXHIBIT 65





## Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

**Request Procurement Document Package**

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

### NEO4J INC. COMMERCIAL SUBSCRIPTION
### $29K - $1M+

Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license!

Neo4j Enterprise Software

Available through Neo4j Inc. and all Neo4j Solution Partners

Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license.

Production Email and Phone Support from vendor which is backed by Neo4j Inc.

Commercial License (Most government agencies do not need.)

Cost is based on number of instances and cores. (See below)

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

   N4J_018903

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW        **PRICE COMPARISON**        PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

### Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

### UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

### Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

### Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

### GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

### Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

### GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

---

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
| --- | --- |
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |
| | |

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |

| | | | |
|---|---|---|---|
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

---



---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

**iGov**

© 2019 iGov Inc. All Rights Reserved.

# EXHIBIT 66





**Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.**

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

| NEO4J INC. COMMERCIAL SUBSCRIPTION |
| :--: |
| **$29K - $1M+** |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

  N4J_019951

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

[ Learn More about Neo4j Enterprise Open Source ]

DEVELOPMENT PACKAGE OVERVIEW    **PRICE COMPARISON**    PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

### ☐ Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

---

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |
|  |  |

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

### 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.



# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

|  | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |
| Can I use this with any amount of cores or instances without incurring additional costs? | **YES** | **NO** *\*The cost of a commercial support subscription is based on the cores and instances you use.* | **YES** |

| | | | |
|---|---|---|---|
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |

Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system.

**YES** for all

*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.
We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
**(703) 672-1205**

☐ [email protected]

□ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

**iGov**

© 2020 iGov Inc. All Rights Reserved.

# EXHIBIT 67

(54 of 299) Page 54 of 299
11/11/2020
Case 5:18-cv-07182-EJD   Document 163 Filed 12/23/2024   DktEntry: 18.6, Page 54 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 54 of 299
iGov Initiative Government Solutions   Page 824 of 1198



HOME (INDEX.HTML)     GRAPH PACKAGES (NEO4J.HTML)     ABOUT US (ABOUT.HTML)     SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)     BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)

(index.html)

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://web.archive.org/web/20190705044617/https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://web.archive.org/web/20190705044617/https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://web.archive.org/web/20190705044617/https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |

(55 of 299) Page 55 of 299
11/11/2020
Case: 24-5538 12/23/2024, DktEntry: 18.6, Page 55 of 299
Case 5:18-cv-07182-EJD Document 18-6 Filed 12/23/20 Page 825 of 1198

**iGov**

| Windows | ongdb-enterprise-3.5.5-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Docker (index.html) Image | ONgDB 3.5.5 Enterprise Docker Hub (https://web.archive.org/web/20190705044617/https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.

October 14th, 2018 Neo4j's Release Notes (https://web.archive.org/web/20190705044617/https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://web.archive.org/web/20190705044617/https://neo4j.com/whats-new-in-neo4j/)

| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://web.archive.org/web/20190705044617/https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```

(56 of 299)  Page 56 of 299
11/11/2020

Case 5:18-cv-07182-EJD   Document Initiative Government Solutions   Page 826 of 1198
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 56 of 299



HOME (INDEX.HTML)    GRAPH PACKAGES (NEO4J.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)
(INDEX.HTML)

# Neo4j Enterprise Open Source Frequently Asked Questions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

### Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

### What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

### Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://web.archive.org/web/20190705044617/https://github.com/neo4j).

N4J_019961

(57 of 299)  Page 57 of 299
11/11/2020                    Case: 24-5538  12/23/2024  DktEntry: 18.6  Page 57 of 299
Case 5:18-cv-07182-EJD  Document... Innovative Government Solutions  Page 827 of 1198

Where can I get the sourcecode for Neo4j Enterprise?

**iGov**   HOME (INDEX.HTML)    GRAPH PACKAGES (NEO4J.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)
the Neo4j Enterprise source code at the official Neo4j GitHub Repositories
             DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)
What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to
the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.
If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

Can I use Neo4j Enterprise open source licenses in production?

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open
source and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us
along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation.
View the AGPLv3 License (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to
bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you
can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading
a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download Neo4j**



# Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source
licenses have no other limitations beyond the standard GNU AGPL open source license.

N4J_019962

(58 of 299)  Page 58 of 299
11/11/2020
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 58 of 299
Case 5:18-cv-07182-EJD   Document   iGov : Innovative Government Solutions   Page 828 of 1198

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

**iGov**   HOME (INDEX.HTML)   GRAPH PACKAGES (NEO4J.HTML)   ABOUT US (ABOUT.HTML)   SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)   BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |

Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system.

**YES** for both

*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.
We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**
## (703) 672-1205

☐ info@igovsol.com
(mailto:info@igovsol.com)

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

**iGov**   © 2019 iGov Inc. All Rights Reserved.
(index.html)

**EXHIBIT 68**

 (index.html)

≡

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients : Neo4j open source FAQs (downloads.html#neo4j os faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb enterprise 3.5.5 unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb enterprise 3.5.5 unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb enterprise 3.5.5 windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb enterprise 3.5.5 windows.zip) |

**Page 995**        N4J_018836

Docker    ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/)

**iGov**    (index.html)

```
docker run \
        publish=7474:7474   publish=7687:7687 \
        volume $HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

# ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**

**October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb enterprise 3.4.12 unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb enterprise 3.4.12 unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb enterprise 3.4.12 windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb enterprise 3.4.12 windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
        publish=7474:7474   publish=7687:7687 \
        volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```



# Neo4j Enterprise Open Source **F**requently **A**sked

**iGov** (index.html)

≡

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

### Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl 3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no brainer for US government use cases! It's that simple!

### What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your

### Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j 330 is out but where are

Where can I get the sourcecode for Neo4j Enterprise?

(index.html)
Neo4j Enterprise source code at the official Neo4j GitHub Repositories

☰

**What are the restrictions of AGPLv3 and do I need to worry about them?**

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

**Can I use Neo4j Enterprise open source licenses in production?**

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in

**Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?**

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-

**What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?**

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our



# Neo4j Enterprise Commercial & Open Source Comparisons

**iGov**   (index.html)   ☰

> There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
>
> The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|:---:|:---:|
| Can use in any environment for any purpose? | **YES** | **YES** |
| Can I use this with any amount of cores without incurring additional costs? | **YES** | **NO** |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for both<br>*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

 (index.html)

mailto:info@igovsol.com)

⚲ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 836 of 1198

# EXHIBIT 69

 **(index.html)**

☰

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Docker Image | ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
      --publish=7474:7474 --publish=7687:7687 \
      --volume=$HOME/neo4j/data:/data \
      graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |



| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| | (index.html) db-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```



# Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

### Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

### What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

### Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html)

### Where can I get the sourcecode for Neo4j Enterprise?

You can get all the Neo4j Enterprise source code at the official Neo4j GitHub Repositories (https://github.com/neo4j/neo4j/).

**Page 1003** N4J_018885



What are the restrictions of AGPLv3 and do I need to worry about them?

(index.html)
one that we've ever run into.

≡

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

Can I use Neo4j Enterprise open source licenses in production?

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.

If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed to modify the standard license and still call it the

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download Neo4j Enterprise**



# Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |



(index.html)

| | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|

...to open source your systems that simply use Neo4j Enterprise as a component in your system.

**YES** for both

*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

**(703) 672-1205**

✉ info@igovsol.com (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

# EXHIBIT 70

(72 of 299) Page 72 of 299
11/11/2020
Case: 24-5538 12/23/2024 DktEntry: 18.6 Page 72 of 299
Case 5:18-cv-07182-EJD Document Innovative Government Solutions Page 842 of 1198



**iGov**
(index.html)

HOME (INDEX.HTML)   GRAPH PACKAGES (GRAPH.HTML)   ABOUT US (ABOUT.HTML)   SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)   BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

## Downloads

Please download the Open Native Graph Database (ONgDB) Enterprise distributions directly from the GraphFoundation Website (https://web.archive.org/web/20201022204041/https://www.graphfoundation.org/projects/ongdb/).

You can access the source code via the Graphfoundation GitHub Site (https://web.archive.org/web/20201022204041/https://github.com/graphfoundation/).

Please note that if you a Neo4j reseller, you may be prohibited from using open source neo4j packages, so please read your reseller agreement carefully.

iGov Inc is not a partner or reseller of Neo4j Inc and is not under any open source usage prohibitions that resellers and partners may be under.



## Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at info@igovsol.com (mailto:info@igovsol.com).

Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for

any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government

**iGov** stricted from making closed source software in most situations and do not try to create their own derivative (version) of
HOME (INDEX.HTML)    GRAPH PACKAGES (GRAPH.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)
they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use
cases! It's that simple!
DOWNLOADS (DOWNLOADS.HTML)        BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3
(https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL
v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone
support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production
deployment, and our team is the only one with Neo4j federal past performance at this point in time.

Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from
Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories
(https://web.archive.org/web/20201022204041/https://github.com/neo4j).

See our blog post to learn more (https://web.archive.org/web/20201022204041/https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-

Where can I get the sourcecode for Neo4j Enterprise?

You can get all the Neo4j Enterprise source code at the official Neo4j GitHub Repositories

What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to
the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.
If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

Can I use Neo4j Enterprise open source licenses in production?

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains
open source and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us
along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation.



...3 License (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed

HOME (INDEX.HTML)     GRAPH PACKAGES (GRAPH.HTML)     ABOUT US (ABOUT.HTML)     SUPPORT (SUPPORT.HTML)

What is the difference... DOWNLOADS (DOWNLOADS.HTML)  ...License AGPL... BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download ONgDB Enterprise Open Source Packages Here**



## Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | | |

YES for both
*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.*

N4J_019966

About iGov

**iGov**
(index.html)

iGov is a software development company located in the Washington DC metro area. We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**HOME (INDEX.HTML)**    **GRAPH PACKAGES (GRAPH.HTML)**    **ABOUT US (ABOUT.HTML)**

**DOWNLOADS (DOWNLOADS.HTML)**    **BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)**

CONTACT US

SUPPORT (SUPPORT.HTML)

**(703) 672-1205**

✉ info@igovsol.com
(mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite
101-B Alexandria, VA 22306

**iGov**
(index.html)

© 2020 iGov Inc. All Rights Reserved.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 846 of 1198

# EXHIBIT 71




iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post

About iGov

   N4J_019968

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

## (703) 672-1205

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2019 iGov Inc. All Rights Reserved.

# EXHIBIT 72

 (index.html)

iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_018834

CONTACT US



(index.html)

mailto:info@igovsol.com)

7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 852 of 1198

# EXHIBIT 73





iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post

About iGov

N4J_018890

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
## (703) 672-1205

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2019 iGov Inc. All Rights Reserved.

# EXHIBIT 74





iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# September 2019 News: ONgDB Enterprise 3.5.11 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.11 is Neo4j 3.5.11 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

As iGov Inc is not a Neo4j Inc partner, it is not prohibited from promoting open source Neo4j options such as the ONgDB fork.

Neo4j Enterprise Commercial Prices Blog Post

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.
We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



© 2020 iGov Inc. All Rights Reserved.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 858 of 1198

# EXHIBIT 75

(89 of 299), Page 89 of 299
10/22/2020
Case 5:18-CV-GraphStack 3D- ReEnter OpenGraph Platform for Cloud/Enterprise OpenSource 3.0 minutes
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 89 of 299

# March 2019 : ONgDB Enterprise 3.5.3 (Neo4j Core 3.5.3 + Enterprise Code) is now available.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j managed by the Non profit Graph Foundation. ONgDB is 100% free and open, and there are no limitations on instances in clusters, cores, etc!

It is a drop in replacement for any Neo4j Enterprise (or community) distribution of the same version number.

**ABOUT GRAPHSTACK**      **DOWNLOADS**

## About GraphStack

GraphStack was created and is run by iGov Inc. We have no relationship with Neo4j Inc, the company who created and open sourced Neo4j.

### What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

More information coming soon...

### Who is GraphStack for?

GraphStack is for anyone who had adopted Neo4j and plans on building a large scale graph solution with Neo4j Enterprise / ONgDB Enterprise, Elasticsearch, Microservices, and more.

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site.

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONgDB Enterprise 3.5.3

**Drop in replacement for Neo4j Core and Enterprise 3.5.3. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**March 2019 | Neo4j's Release Notes | Neo4j's Whats New Page**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.3-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.3-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.3-windows.zip |
| Docker Image | ONgDB 3.5.3 Enterprise Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONgDB Enterprise 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**October 14th, 2018 Neo4j's Release Notes | Neo4j's Whats New Page**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```

# About Us

---

iGov Inc is the company behind GraphStack.

iGov Inc offers production support packages for Neo4j / ONgDB Enterprise open source distributions for US government agencies.

[iGov Inc](#)

[GitHub](#)

[Docker Hub](#)



[Facebook](#)



[Twitter](#)

[info@igovsol.com](#)

iGov Inc and GraphStack has no relationship with Neo4j Inc, the innovative software company who created Neo4j.

# EXHIBIT 76

| | |
|---|---|
| **From:** | Jyothi Viswanadham (jyothi.viswanadham@daytonatec.com) |
| **To:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Neo 4j pricing |
| **Attachments:** | |
| **Sent:** | 03/10/2019 10:23:52 PM -0700 (PST) |

Thank you so much for the information. It helped a lot

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Friday, 8 March 2019 5:51 PM
**To:** Jyothi Viswanadham <jyothi.viswanadham@daytonatec.com>
**Subject:** Re: Neo 4j pricing

We only focus on US government agencies, but I can guide you in the right direction.

I don't think the discovery bundle is worth the cost. Your are essentially paying for a limited email and phone support. It is a yearly subscription which also limits you in cores and instances.

I think you are better off using ONgDB, The free and open fork of Neo4j Enterprise, as it does not cost anything. It adds enterprise feature code such as causal clustering back into Neo4j Core. It is a drop in replacement for Neo4j, just ensure the version bumber matches your current version.

See: https://graphfoundation.org/ongdb/

You have no limitations on size of your cluster, number of cores, etc. and you can use it in production and in closed source projects.

We are not a Neo4j Partner because Partners are not allowed to work or promote open source distributions so you won't learn about your true options from any partners.

If you need support for your project using the unrestricted open source enterprise distributions, then check out http://graphgrid.com

I hope this is helpful.

Have a good day,

John Mark Suhy
CTO iGov Inc

On Fri, Mar 8, 2019 at 5:04 AM Jyothi Viswanadham <jyothi.viswanadham@daytonatec.com> wrote:

> Hello,
>
> I am looking at Neo4j pricing. Can you please help me with cost per GB and when we take discovery membership how

 IGOV0001573375.0001

do we install it and other questions

Thanks!
jyothi

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

 IGOV0001573375.0002

# EXHIBIT 77

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 866 of 1198

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Ron.Turner@XpressRules.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | SBIR award with Neo4j |
| **Attachments:** | |
| **Sent:** | 01/25/2019 08:27:41 PM -0800 (PST) |

Hello Ron,

I came across your SBIR award and saw you were using Neo4j.

I wanted to bring to your attention that if you want to use Neo4j Enterprise ( up through the latest 3.4 release ) under it's open source license , you can do so in a closed source project for free.  This is counter to what you probably have been told by Neo based on their last behavior.

As of Neo4j 3.5 , if you want to use enterprise features (causal clustering, etc) for free with no limitations, then you would want to use the Open Native Graph Database (ONgDB) as a drop in replacement (using same version number) - it adds in the enterprise features Neo4j removed from their code base a few weeks ago.

ONgDB is in production at Treasury for example, it is just not well known yet.

https://www.graphfoundation.org/projects/ongdb/

Below is a blog post I wrote about pricing so you understand why this information could really help you with your commercialization strategy.

https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Feel free to reach out to me anytime, I am in the Washington DC metro area.

Have a good weekend,


John Mark

IGOV0001573421

# EXHIBIT 78

Search Neo4j docs...    **Search**

# The Neo4j Developer Manual v3.4

Copyright © 2018 Neo4j, Inc.

License: Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1, *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2, *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3, *Cypher* — Reference for the Cypher query language.
- Chapter 4, *Drivers* — Uniform language driver manual.
- Chapter 5, *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6, *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A, *Reference* — Neo4j status code reference.
- Appendix B, *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 869 of 1198

# EXHIBIT 79

Search Neo4j docs...    Search

# The Neo4j Developer Manual v3.4

Copyright © 2020 Neo4j, Inc.

---

License:    Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1, *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2, *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3, *Cypher* — Reference for the Cypher query language.
- Chapter 4, *Drivers* — Uniform language driver manual.
- Chapter 5, *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6, *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A, *Reference* — Neo4j status code reference.
- Appendix B, *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

# EXHIBIT 80

Search Neo4j docs...    Search

# The Neo4j Operations Manual v3.4

Copyright © 2018 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,  *Security* — Instructions on server security.
- Chapter 9,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *HA cluster* — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

# EXHIBIT 81

Search Neo4j docs...   **Search**

# The Neo4j Operations Manual v3.4

Copyright © 2020 Neo4j, Inc.

---

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,  *Security* — Instructions on server security.
- Chapter 9,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *HA cluster* — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

# EXHIBIT 82

Search Neo4j docs...   **Search**

# The Neo4j Operations Manual v3.5

Copyright © 2019 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Docker* — Instructions on how to use Neo4j on Docker.
- Chapter 4,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 5,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 6,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 7,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 8,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 9,  *Security* — Instructions on server security.
- Chapter 10,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 11,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 12,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *Advanced Causal Clustering* — Advanced concepts and

actions for Neo4j Causal Clustering.

- Appendix D, *Index key calculations* — Details for calculating index key sizes.
- Appendix E, *HA cluster* — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

   N4J_019933

# EXHIBIT 83



# The Neo4j Operations Manual v3.5

© 2020 Neo4j, Inc.

License: Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Introduction — Introduction of Neo4j Community and Enterprise Editions.
- Installation — Instructions on how to install Neo4j in different deployment contexts.
- Docker — Instructions on how to use Neo4j on Docker.
- Configuration — Instructions on how to configure certain parts of the product.
- Clustering — Comprehensive descriptions of Neo4j Causal Clustering.
- Backup — Instructions on setting up Neo4j backups.
- Upgrade — Instructions on upgrading Neo4j.
- Authentication and authorization — Instructions on user management and role-based access control.
- Security — Instructions on server security.
- Monitoring — Instructions on setting up Neo4j monitoring.
- Performance — Instructions on how to go about performance tuning for Neo4j.
- Tools — Description of Neo4j tools.
- Reference — Listings of all Neo4j configuration parameters.
- Tutorials — Step-by-step instructions on various scenarios for setting up Neo4j.
- Advanced Causal Clustering — Advanced concepts and actions for Neo4j Causal Clustering.
- Index key calculations — Details for calculating index key sizes.
- HA cluster — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.

- the operations engineer supporting and maintaining the Neo4j production database.

- the enterprise architect investigating database options.

- the infrastructure architect planning the Neo4j production deployment.

Was this page helpful?

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks of Neo4j, Inc. All other marks are owned by their respective companies.

Contact Us →

US: 1-855-636-4532

Sweden +46 171 480 113

UK: +44 20 3868 3223

France: +33 (0) 8 05 08 03 44

**Learn**

- Sandbox
- Neo4j Community Site
- Neo4j Developer Blog
- Neo4j Videos
- GraphAcademy
- Neo4j Labs

**Social**

- Twitter
- Meetups
- Github
- Stack Overflow

Want to Speak? Get $ back.

N4J_019907

# EXHIBIT 84



🖥 graphfoundation / **ongdb**

<> Code   ⓘ Issues 3   ⫚ Pull requests 2   ⊙ Actions   ▦ Projects   📖 Wiki   ⚙ Security   📈 Insights

# ONgDB 3.5 Changelog

Brad Nussbaum edited this page on Aug 12 · 6 revisions

## 3.5.19

### Kernel

- Includes store file name in version/ids debug.log printout
- The `BatchInserter` now honors the `dbms.read_only` setting. Furthermore, read-only batch inserters are faster to shut down because they don't rebuild indexes.
- Fixes issue where created indexes would stop being resampled after restart

### Cypher

- Planner bug fix to avoid cases where the planner gives up without considering all possible plans

## 3.5.18

### Kernel

- Fixes a bug that in rare cases can lead to a JVM crash with a `sysmalloc: Assertion` or `SIGSEGV` error message.
- Includes NodeRecord in dynamic label record load error
- Attempting to create a full-text index with a non-existent analyser will now fail the creating query, instead of failing at commit time.
- Fixes issue shrinking high_limit double-unit record back to single-unit

### Cypher

- Update Apache Shiro to 1.5.2 to fix BlackDuck warning

### Docker

- Removed docker specific configuration overrides incompatible with windows networking

## 3.5.17

▸ Pages 15



- Website
- Wiki home
- Docs
- Changelog
- Get Involved

**Clone this wiki locally**

`https://github.com/graphf` 📋

(115 of 299), Page 115 of 299
11/11/2020
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 115 of 299
Case 5:18-cv-07182-EJD Document 168-5 graphfoundation/ongdb Wiki Page 885 of 1198

### Kernel

- Fix a bug in DETACH DELETE on dense nodes that could lead to inconsistencies.
- Fix a bug where DETACH DELETE would not lock the relationships being deleted, allowing overlapping transactions to make changes, such as property updates and chain linkage changes, to those records, which could lead to inconsistencies.

### Cypher

- Fixed a bug where shadowed variable from outer scope would be accessible inside list comprehension when combined with aggregating function.
- Parsing or compilation related errors are now also logged in the query log.

### Cypher-shell version

- 1.1.13

## 3.5.16

### Kernel

- Fix a problem where the combination of parallel `apoc.periodic.iterate`, and `dbms.logs.query.parameter_logging_enabled=true`, could lead to a JVM crash.
- Last line in the configuration file is no longer ignored if there is a missing new line.
- Add jvm argument, `-Dorg.neo4j.kernel.impl.storemigration.participant.StoreMigrator.migration_threads=<nbrOfThreads>`, to set number of threads used to read and write when upgrading store. By setting a lower value the contention on disk can be reduced. Default value is the number of processors available to the process. Fix bug where store upgrade could see `IndexOutOfBoundsException` when upgrading store that was much larger than available memory.

# EXHIBIT 85

Search Neo4j docs...   Search

# License

Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International (CC BY-NC-SA 4.0)

You are free to

**Share**

copy and redistribute the material in any medium or format

**Adapt**

remix, transform, and build upon the material

The licensor cannot revoke these freedoms as long as you follow the license terms.

Under the following terms

**Attribution**

You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

**NonCommercial**

You may not use the material for commercial purposes.

**ShareAlike**

If you remix, transform, or build upon the material, you must distribute your contributions under the same license as the original.



Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 118 of 299

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 888 of 1198

**No additional restrictions**

You may not apply legal terms or technological measures that legally restrict others from doing anything the license permits.

**Notices.** You do not have to comply with the license for elements of the material in the public domain or where your use is permitted by an applicable exception or limitation.

No warranties are given. The license may not give you all of the permissions necessary for your intended use. For example, other rights such as publicity, privacy, or moral rights may limit how you use the material.

See https://creativecommons.org/licenses/by-nc-sa/4.0/ for further details. The full license text is available at https://creativecommons.org/licenses/by-nc-sa/4.0/legalcode.

# EXHIBIT 86

(120 of 299), Page 120 of 299

11/12/2020 Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 120 of 299 — Latest #ONgDB 3.4.9 support release is out with important security fixes for LDAP integrations. https:…

Twitter

# Explore

Settings

← **Tweet**

**The Graph Foundation**
@GraphFoundation

Latest #ONgDB 3.4.9 support release is out with important security fixes for LDAP integrations.



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

1:49 PM · Oct 25, 2018 · Hootsuite Inc.

**1** Retweet

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

Visual arts · Last night
**Spain makes headlines once again with another botched art restoration**

Gaming · LIVE
**The PlayStation 5 has been released**

US elections · Yesterday
**Trump projected to win Alaska's 3 electoral votes, AP, NBC and ABC report**

In memoriam · 4 hours ago
**Bollywood actor Asif Basra has died, aged 53**

US elections · LIVE
**Colorado: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

# EXHIBIT 87

5/20/2020　The Graph Foundation on Twitter: "The @GraphFoundation is moving forward the development of a #Neo4j Enterprise 3.5 release. This …

Q  Search Twitter                                      Log in     Sign up     •••

**The Graph Foundation** @GraphFoundation · Nov 17, 2018                    ⌄
It's official: #Neo4j Enterprise is closed source. As of November 2, 2018,
Neo4j, Inc. has moved all enterprise modules of the 3.5 release to a private
repository. Starting with version 3.5, neo4j is open core only for community
edition.

♡ 1          ⇄          ♡          ⬆

GFI 30(b)(6)
Brad Nussbaum

**Ex 18**

10/16/2020  D Myers

**The Graph Foundation** @GraphFoundation · Nov 17, 2018                    ⌄
Up to this point, the #Neo4j Enterprise has been open source under an
#AGPL license while Community Edition has been under #GPL. Enterprise has
a special graph database format incompatible with Community Edition
making this a move to a proprietary format for Enterprise customers.

♡ 1          ⇄          ♡          ⬆

**The Graph Foundation** @GraphFoundation · Nov 17, 2018                    ⌄
#Neo4j raised $80M in Series E funding and its first action was a change to a
common core model. This is a betrayal to the community that has backed
neo4j all these years. The only reason it made sense to use neo4j was
because of the open source enterprise scalability features.

♡ 1          ⇄          ♡          ⬆

**The Graph Foundation** @GraphFoundation · Nov 17, 2018                    ⌄
#Neo4j Enterprise is proprietary now. Check the github repository and see
the enterprise modules are gone. This included data formats, clustering,
monitoring, security and more. All gone.

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**                        **Follow**
@GraphFoundation
Open Graph Technology for Public
Good

neo4j/neo4j
Graphs for Everyone. Contribute to neo4j/neo4j
development by creating an account on GitHub.
🔗 github.com

♡ 1          ⇄ 1          ♡          ⬆

**The Graph Foundation**                                                    ⌄
@GraphFoundation

The @GraphFoundation is moving forward the
development of a #Neo4j Enterprise 3.5 release. This
will be a divergent but open source #AGPL release that
continues the commitment we forged at the beginning
of this journey. Graphs for everyone!

graphfoundation/neo4j
Graphs for Everyone. Contribute to graphfoundation/neo4j
development by creating an account on GitHub.
🔗 github.com

7:25 PM · Nov 17, 2018 · Twitter for iPhone

♡          ⇄          ♡          ⬆

**What's happening**

COVID-19 · LIVE
**COVID-19: WHO warns of
potential hydroxychloroquine
side effects**

#DisneyBundle
Better together on Streaming Day
▣ Promoted by Disney+

COVID-19 · LIVE
**COVID-19 updates for the US**

NFL · Trending                                  ⌄
**Taysom Hill**
1,420 Tweets

NFL
The Saints think Taysom Hill will
be 'the guy' when Drew Brees …

● BuzzFeed News ✓ · 5 hours ago
**A Coronavirus Patient Shared
Shocking Before-And-After
Hospital Photos**



N4J_018662

# EXHIBIT 88

Search Twitter

Log in Sign up

GraphGrid Retweeted

**The Graph Foundation**
@GraphFoundation

Our vision for #ONgDB is to provide a single edition of a native graph database built for scale. For that reason we're breaking from the past naming that has separated "community" and "enterprise" editions and instead focusing on a unified vision for a single ongdb release.

7:49 AM · Jan 23, 2019 · Twitter Web Client

**3** Retweets **5** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

COVID-19 · LIVE
**COVID-19: WHO warns of potential hydroxychloroquine side effects**

**#DisneyBundle**
Better together on Streaming Day
Promoted by Disney+

COVID-19 · LIVE
**COVID-19 updates for the US**

NFL · Trending
**Taysom Hill**
1,437 Tweets

NFL
The Saints think Taysom Hill will be 'the guy' when Drew Brees ...

**BuzzFeed News** · Earlier today
**A Coronavirus Patient Shared Shocking Before-And-After Hospital Photos**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 89

# Twitter

## Explore

## Settings

← **Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.3 support release is out:



**ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation**
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

12:31 PM · Mar 17, 2019 · Twitter Web Client

**2** Retweets  **5** Likes

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord** 🔴
Watch live at 7PM PT
☑ Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic
72.5K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,582 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.



GFI 30(b)(6)
Brad Nussbaum

**Ex 38**

10/16/2020  D Myers

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

# EXHIBIT 90

Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

Our #ONgDB/#Neo4j Enterprise CI server is up and running builds at bamboo.graphfoundation.org/browse/GF

5:03 AM · Mar 21, 2019 · Hootsuite Inc.

**1** Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** @GraphFoundation Follow
Open Graph Technology for Public Good

**What's happening**

US elections · LIVE
**Election results: Voters await results in key swing states as ballot counting continues**

US elections · LIVE
**California: Get local updates about the elections**

US elections · 2 hours ago
**Mauree Turner becomes the first nonbinary state legislator and first Muslim lawmaker in Oklahoma history**

US elections · 5 hours ago
**Detroit TV station WXYZ says video shows photographer loading equipment for work at TCF Center**

US elections · Last night
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# EXHIBIT 91



Twitter

# Explore

⚙ Settings

← **Tweet**

**The Graph Foundation**
@GraphFoundation                    ⌄

#ONgDB, Open #Neo4j Enterprise, marches on with
1,000th download. Read more:

1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of
ONgDB 3.5, the Open Neo4j Enterprise project!
🔗 graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets  **2** Likes

♡         ⇄         ♡         ↑

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation
Open Graph Technology for Public
Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to
normalize relations**
Trending with: Middle East

**#OnTheRecord** 🅗
Watch live at 7PM PT
☑ Promoted by HBO Max

Gaming · Trending                      ⌄
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid:
Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending                         ⌄
**Ertz**
1,636 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



# EXHIBIT 92







GFI 30(b)(6)
Brad Nussbaum

**Ex 39**

10/16/2020  D Myers

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 904 of 1198

# EXHIBIT 93

10/13/2020     The Graph Foundation on Twitter: "#ONgDB 3.5.11 support release is out: https://t.co/9i5AHZfledV What is ONgDB? Open Native Graph DB is an open source fork of #Neo4j, that picks…



# Explore

# Settings

← **Tweet**

 **The Graph Foundation**
@GraphFoundation

#ONgDB 3.5.11 support release is out:
graphfoundation.org/projects/ongdb/

What is ONgDB?
Open Native Graph DB is an open source fork of
#Neo4j, that picks up prior to Neo4j, Inc.'s removal of
enterprise code from the main Github repository.



**ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation**
ONgDB is an open source fork of Neo4j Enterprise that is developed and released
under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

9:31 AM · Oct 9, 2019 · Twitter Web App

**1** Retweet   **1** Quote Tweet   **1** Like

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

 **The Graph Foundation**   **Follow**
@GraphFoundation
Open Graph Technology for Public
Good

**What's happening**

Politics · Yesterday
**SCOTUS hearings: Senators,
Barrett deliver opening remarks
on first day of confirmation
hearings**
Trending with Klobuchar, Ted Cruz

Politics · Trending
**Eli Lilly**
7,314 Tweets

Trending in United States
**Berta**
Trending with Two and a Half Men

Sports · Trending
**Dan Mullen**
1,597 Tweets

US elections · LIVE
**California: Election news and
updates**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

GFI 30(b)(6)
Brad Nussbaum
**Ex 40**
10/16/2020  D Myers

Page 1070     N4J_019695

10/13/2020          The Graph Foundation on Twitter: "ONgDB v3.6.11 stable release. ONgDB (https://t.co/Vl5AWZfledV1dtaLis/2NqDB? age Sauce of apLSB is an open source fork of #Neo4j, that picks…



Explore

Settings

🔍 Search Twitter

Ads info  More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



# EXHIBIT 94





GFI 30(b)(6)
Brad Nussbaum

**Ex 41**

10/16/2020  D Myers

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

# EXHIBIT 95

Explore

# Settings



← Tweet

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets  **2** Likes

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord** 🔴
Watch live at 7PM PT
☑ Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
72.8K Tweets

MLB · LIVE
**Nationals at Mets**
Trending with: Tomas Nido and David Peterson

NFL · Trending
**Ertz**
1,630 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

GFI 30(b)(6)
Brad Nussbaum
**Ex 42**
10/16/2020  D Myers

# EXHIBIT 96

8/13/2020    The Graph Foundation on Twitter "Latest #ONgDB apoc 3.5.0.8 procedure release is out. http://t.co/oJkIEKV8Neo4j" / Twitter



GFI 30(b)(6)
Brad Nussbaum

**Ex 43**

10/16/2020   D Myers




# EXHIBIT 97

10/19/2020 Graph Rathle on Twitter: "@gwenshap Community Edition is GPLv3. Drivers are Apache 2.0. The Kafka adapter is Apache 2.0: https://t....

# Twitter

\# Explore

⚙ Settings

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
I'm exploring graph databases a bit. Neo4j has one of the fanciest developer on-boarding experiences I've seen to date. But the early examples don't really differentiate it from RDBMS. There are entities (movies, users, ratings) and they have relationships.

💬 24          ⟲ 7          ♡ 48          ⬆

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
You can ask questions like "How many users rated each matrix movie", but I can do the same with RDBMS, using almost identical query language. I'm sure there's a point to graph databases, but I'm not seeing it yet.

💬 6          ⟲          ♡ 1          ⬆

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
Oh and the license is a bit of a problem. AFAIK AGPL is incompatible with Apache V2, so I can't see a future where Kafka Streams or Flink have embedded Neo4j. Also, the DB is only HA in the very expensive version. I could use Kafka for dual-writes, I guess.

💬 3          ⟲          ♡ 3          ⬆

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
Tweeps who do graph databases:
1. Why? What's the use-case?
2. Which one is your fave?

💬 20          ⟲ 4          ♡ 11          ⬆

Gwen (Chen) Shapira @gwenshap · Sep 22, 2019
I've been corrected that while Neo4j itself is AGPL, the drivers are Apache V2. So we can include the drivers in ASF projects and have users bring their own DB.
Not super friendly, but some projects do it.

💬 4          ⟲          ♡ 2          ⬆

Philip Rathle
@prathle

Replying to @gwenshap

Community Edition is GPLv3.

Drivers are Apache 2.0. The Kafka adapter is Apache 2.0:

confluent.io/blog/kafka-con...

Enterprise Edition is commercial = paid. But free for startups, education, development (via Neo4j Browser). More entry-level modalities on their way soon...

**All About the Kafka Connect Neo4j Sink Plugin | Confluent**
We've been using the work we did for the Kafka sink – Neo4j extension and have made it available via remote connections ...
🔗 confluent.io

← **Tweet**

2 Likes

💬          ⟲          ♡          ⬆

John Mark Suhy @jmsuhy · Sep 25, 2019
Replying to @prathle and @gwenshap
You can use the GraphFoundation's fork called Open Native Graph Database (ONgDB). It adds the enterprise code Neo removed back on top of Neo4j core. 3.5.11 is ready to go, it should be out in the next few days. Carefully read the terms for the 'free' offerings Neo4j mentions!

💬          ⟲          ♡ 1          ⬆

**Witness:
John Mark Suhy**
**Exhibit 37**
10/22/2020 B Gerald

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

Philip Rathle          **Follow**
@prathle
Head of Products for Neo4j. Graphs are everywhere.

Gwen (Chen) Shapira          **Follow**
@gwenshap
Engineering Manager. Opinionated. Appreciates good software engineering whenever it can be found. High latency, high throughput. She/her.

**What's happening**

NFL · LIVE
**Cardinals at Cowboys**
Trending with Cardinals, Dallas

NFL · Trending
**breeland**
Bashaud Breeland costs Kansas City Chiefs early penalties

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

10/19/2020    Chip Cabial on Twitter: "Togwebsite Community teams SBC-12.v3-Universal Apache 2.0 = Ag Cabial adopted... Apache 2.0: https://t....



#ItsBeenProvenThat

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

# Explore

⚙ Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

https://twitter.com/prathle/status/1176154337741103104

# EXHIBIT 98

5/18/2020 steven mapes on Twitter "@emileifrem @neo4j @kfreytag I love the product and use neo daily but the costs are often a barrier for client…

Q Search Twitter

Log in    Sign up    •••

**Neo4j** ✓ @neo4j · Nov 6, 2019
Introducing #Neo4jAura: A New Graph Database as a Service – by @emileifrem

r.neo4j.com/33kr0Ql
#Neo4j #GraphDatabase

# neo4j
## aura™

Introducing Neo4j Aura: A New Graph Database as a Service
Discover unique features of Neo4j Aura, the first fully managed native graph database as a service, and why it was built to be developer friendly.
🔗 neo4j.com

💬 5      🔁 37      ♡ 74      ⬆️

**steven mapes** @stevenamapes · Nov 6, 2019
It's a lovely product but why so expensive? It prices out the small and medium businesses the press release aim at. I have one client I'd love to move to it but it's 10* the cost of their current cloud solution

💬 1      🔁      ♡      ⬆️

**Emil Eifrem** @emileifrem · Nov 6, 2019
My experience has been that if you have any kind of funding (customers, angels, etc) then ~$65 / mo isn't a problem. But if it's pre any of that, i.e. it's still a labor of love weekend-and-evenings type of project that you're not getting paid for, then 65 bucks *is* steep.

💬 1      🔁      ♡ 1      ⬆️

**Emil Eifrem** @emileifrem · Nov 6, 2019
... and we're beyond my capacity. ;) hashtag ceo. @kfreytag can probably chime in when he gets back.

💬 1      🔁      ♡ 1      ⬆️

**steven mapes** @stevenamapes · Nov 6, 2019
Sorry deleted the wrong tweet. The question was asking what the CPUs are and how they compare to AWS/Azure

💬 2      🔁      ♡      ⬆️

**steven mapes**
@stevenamapes

Replying to @stevenamapes @emileifrem and 2 others

I love the product and use neo daily but the costs are often a barrier for clients from making the move to Enterprise so it'd be handy to be able to compare CPU

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**steven mapes**    Follow
@stevenamapes
PHP / Python Dev, DBA, AWS, SEO, Social Media, Sci-Fi, Gaming, History, Action Figures, I really do have too many interests

**Emil Eifrem**    Follow
@emileifrem

Search Twitter

Log in Sign up

10:02 AM · Nov 6, 2019 · Twitter for Android

**Kurt Freytag** @kfreytag · Nov 6, 2019
Replying to @stevenamapes @emileifrem and @neo4j
There's one level at which this axis of comparison is really important (how might this be compared to my existing self-managed Neo4j database). On another axis, a fully-managed DBaaS is qualitatively different for many customers who simply cannot or do not want to deal with ops.
2 1

**steven mapes** @stevenamapes · Nov 6, 2019
Totally agree, it's like other managed dbaas solutions, but for those where they will care more about keeping performance stable the CPU comparison is important especially as consultants advising clients when they ask 😉.
1

**John Mark Suhy** @jmsuhy · Dec 5, 2019
Replying to @stevenamapes @emileifrem and 2 others
You can use the ONgDB fork of Neo4j which adds enterprise code back into Neo4j core. It is 100% free and open. There are no limitations for causal clustering instances, cores, etc.

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org
1 1 1

**steven mapes** @stevenamapes · Dec 6, 2019
I've looked into it before without actually having a play. Is there a timeline of when it forked and what was added Vs the closed enterprise version?
2

**John Mark Suhy** @jmsuhy · Dec 7, 2019
Just an FYI - ONgDB will also have the enterprise features for 4.x. There was a lot of refactoring in Neo4j 4.x core code base - but luckily Neo4j is very well written. I'll post a new blog post on running newest 3.5.x causal clustering via docker soon.
1

@neo4j
The #1 platform for connected data. Developers start here:
neo4j.com/developer/

**What's happening**

COVID-19 · LIVE
**COVID-19: China commits $2 billion to fight the pandemic**

**#EpicMegaSale**
GTAV free on PC until 5/21. Keep it forever, only on Epic Games Store.
Promoted by Epic Games Store

COVID-19 · LIVE
**COVID-19 updates for the US**

Politics · Trending
**Saudi**
235K Tweets

Politics · Trending
**He's LYING**
60.7K Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.



5/18/2020 steven amapes on twitter / localization @nrod @kffeyfag love the predic.uadd.use zico damage the costs fire.odd ba barrier for client…

# EXHIBIT 99

5/19/2020     Rolf Streefkerk on Twitter: 1@MuddyBootsCode @neo4j Are there any affordable managed services available for Neo4j. This is what has…

Q Search Twitter                                            Log in      Sign up     •••

**Michael Porter** @MuddyBootsCode · Dec 14, 2019                    ⌄
I've managed to learn so much about graphs via Neo4j that I now get upset
when dealing with problems that I know are perfect for graphs and people
still want to use SQL DB's despite continuously failing to be able to model
the data correctly. #GraphAddict

○ 2            ⟲ 7              ♡ 45            ⬆

**Rolf Streefkerk**                                                  ⌄
@rpstreefkerk

Replying to @MuddyBootsCode and @neo4j

Are there any affordable managed services available for
Neo4j. This is what has stopped me from using this in
the past. Otherwise great tech

2:23 AM · Dec 15, 2019 · Twitter for Android

○              ⟲              ♡              ⬆

**Bert** @taseroth · Dec 15, 2019                                    ⌄
Replying to @rpstreefkerk @MuddyBootsCode and @neo4j
We started it some weeks ago:



Neo4j Aura: The Simplest Way to Run Neo4j in the Cloud
The world's most flexible, reliable and developer-friendly graph database
as a service lets you focus on building rich, graph-powered applications.
🔗 neo4j.com

○ 1            ⟲              ♡              ⬆

**Rolf Streefkerk** @rpstreefkerk · Dec 15, 2019                     ⌄
Starting from 65.50 USD per month is pretty expensive for just 1GB of
memory and 2GB of storage. This is pretty much in line with services I've
seen a few years ago as well.

○ 3            ⟲              ♡              ⬆

4 more replies

**John Mark Suhy** @jmsuhy · Dec 15, 2019                            ⌄
Replying to @rpstreefkerk @MuddyBootsCode and @neo4j
Use ONgDB - Neo4j Core + Enterprise code Neo removed when they went
open core. Just copy data folder over (use same version). No restrictions on
cluster instances, cored, etc and can be used in production.

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**Rolf Streefkerk**          **Follow**
@rpstreefkerk
AWS enthusiast, product manager and
interested in real science. populi.one
kindi.menu multithreadlabs.io

**Michael Porter**           **Follow**
@MuddyBootsCode
Digitized the oil fields of West Texas by
learning to code. Love React,
JavaScript, Python and Graphs. Neo4J
Certified Professional.

**Neo4j** ✓                  **Follow**
@neo4j
The #1 platform for connected data.
Developers start here:
neo4j.com/developer/

5/19/2020    Rolda free book on Twitter. 1 @MuddyBootsCode @neo4j to create any freeloadable managed services available for Neo4j. This is what has…



Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 923 of 1198

# EXHIBIT 100

Explore

Settings

**Tweet**

Search Twitter

**Michael McKenzie** @mckenzma · Jan 8
It's fun playing in @neo4j! Currently rocking 217.7 million nodes and 261.7 million relationships of bridge data like a champ!
1 8

**John Mark Suhy**
@jmsuhy

Replying to @mckenzma and @neo4j

Try your data out on ONgDB which is Neo4j core + enterprise code neo removed. Just copy your graph.db directory over and any plugins (using same version). 100% open source - no limits on cluster instances, cores, etc. 3.5.14 will be ready next week.

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

4:24 PM · Jan 10, 2020 · Twitter for iPhone

**2** Likes

**Phanor Coll** @phanor · Jan 10
Replying to @jmsuhy @mckenzma and @neo4j
Sweet. Im going to give this a look.

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**Relevant people**

**John Mark Suhy** @jmsuhy Follow
software developer / enterprise architect, entrepreneur, and amateur angler.

**Michael McKenzie** @mckenzma Follow
My imagination is where I explore what is possible within.

**Neo4j** @neo4j Follow
The #1 platform for connected data. Developers start here: neo4j.com/developer/

**What's happening**

NFL · LIVE
**Cardinals at Cowboys**
Trending with #MNFXESPN, #AZvsDAL

NFL · Trending
**Budda Baker**
1,976 Tweets

Wrestling · Trending
**IIconics**
The WWE Universe is reacting to Peyton Royce in a new tag team on Monday night Raw following The IIconics breakup in August
1,379 Tweets

Celebrities · Trending
**Jeff Bridges**
Actor Jeff Bridges reveals his Lymphoma cancer diagnosis
4,772 Tweets

US elections · LIVE
**California: Election news and**

Witness:
John Mark Suhy
**Exhibit 39**
10/22/2020 B Gerald

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up





Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

https://mobile.twitter.com/jmsuhy/status/1215791636124524549

# EXHIBIT 101



**Thread**

**John Mark Suhy** @jmsuhy · Jan 24
If you have a @neo4j commercial subscription and are planning a switch to the open source ONgDB fork - remember to read your agreements and make sure you give proper notice. (It May be 90 days.)

💬 1    🔁    ♡ 1    ⬆

**John Mark Suhy** @jmsuhy · Jan 24
One more thing - if you purchased a @neo4j commercial license because you were told you could not use the open sourced Neo4j enterprise distributions for any reason - send me a PM.

💬 1    🔁    ♡ 2    ⬆

**John Mark Suhy**
@jmsuhy

Replying to @jmsuhy

You may be able to get a refund if you bought a costly enterprise commercial subscription based on @neo4j enterprise open source licensing deception. An upcoming court case is going to expose what Neo has done.   More to come...

7:11 AM · Jan 29, 2020 · Twitter for iPhone

💬    🔁    ♡    ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**John Mark Suhy**     **Follow**
@jmsuhy
software developer / enterprise architect, entrepreneur, and amateur angler.

**Neo4j** ✓     **Follow**
@neo4j
The #1 platform for connected data. Developers start here:
neo4j.com/developer/

**What's happening**

NFL · LIVE
**Cardinals at Cowboys**
Trending with #AZvsDAL, #RedSea

Sports · Trending
**CeeDee**
3,926 Tweets

NFL · Trending
**Budda Baker**
Cardinals defensive back Budda Baker makes big plays against the Cowboys, strips running back Ezekiel Elliott
2,142 Tweets

Politics · Trending
**#MarchToThePollsForJoe**
23.5K Tweets

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ∨  © 2020 Twitter, Inc.

Witness:
John Mark Suhy
**Exhibit 38**
10/22/2020  B Gerald

**Don't miss what's happening**
People on Twitter are the first to know.

 Log in      Sign up

# EXHIBIT 102

(159 of 299), Page 159 of 299

5/20/2020          Jonathan Suhy on Twitter: "@gwenshap @neo4j enterprise used to be open source until 3.4 or 3.5. After they closed EE - a fork called …

Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 159 of 299

🐦   Q  Search Twitter                                        Log in    Sign up    •••

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019          ⌄
I'm exploring graph databases a bit. Neo4j has one of the fanciest developer
on-boarding experiences I've seen to date. But the early examples don't
really differentiate it from RDBMS. There are entities (movies, users, ratings)
and they have relationships.

   ♡ 24          ⇄ 5             ♡ 49           ⬆

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019          ⌄
You can ask questions like "How many users rated each matrix movie", but I
can do the same with RDBMS, using almost identical query language.
I'm sure there's a point to graph databases, but I'm not seeing it yet.

   ♡ 6           ⇄               ♡ 1            ⬆

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019          ⌄
Oh and the license is a bit of a problem. AFAIK AGPL is incompatible with
Apache V2, so I can't see a future where Kafka Streams or Flink have
embedded Neo4j. Also, the DB is only HA in the very expensive version. I
could use Kafka for dual-writes, I guess.

   ♡ 3           ⇄               ♡ 3            ⬆

**John Mark Suhy**                                          ⌄
@jmsuhy

Replying to @gwenshap

@neo4j enterprise used to be open source until 3.4 or
3.5. After they closed EE – a fork called #ONgDB (Open
Native Graph Database) put the enterprise code back in
the code base. It is 100% free and open – no costs for
causal clustering, cores, etc.

**Graph Community - The Graph Foundation**
OPEN. THE GRAPH FOUNDATION provides support for The Graph Foundation
Community of Open Source software projects, which provide software products ...
🔗 graphfoundation.org

8:07 PM · Apr 2, 2020 · Twitter for iPhone

**1** Like

   ♡            ⇄               ♡             ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

                    **Sign up**

**Relevant people**

**John Mark Suhy**          **Follow**
@jmsuhy
software developer / enterprise
architect, entrepreneur, and amateur
angler.

**Gwen (Chen) Shapira**     **Follow**
@gwenshap
Engineering Manager. Opinionated.
Appreciates good software
engineering whenever it can be found.
High latency, high throughput.
She/her.

**Neo4j** ✓                 **Follow**
@neo4j
The #1 platform for connected data.
Developers start here:
neo4j.com/developer/

**What's happening**

COVID-19 · LIVE
**COVID-19: WHO warns of
potential hydroxychloroquine
side effects**
170K people are Tweeting about this

**#DisneyBundle**

5/20/2020 Jonathan Suhr covid virus L. aggerval @nap @none jmheltmeisenst to the open source url 3. Page 3.4 story close EE - a fork called …



# EXHIBIT 103

Explore

Settings

## Tweet

**Emil Eifrem** @emileifrem · Aug 19
I'm SOOOO excited about this!

> **Neo4j** @neo4j · Aug 19
> Announcing #Neo4jAura on #GoogleCloudPlatform – by David Allen (@mdavidallen)
>
> r.neo4j.com/34acrls
> #Neo4jInTheCloud #GraphDatabase #GCP

1 6 20

**Hågen Hasle** @haagenhasle · Aug 20
Congrats! I work at Nav in Norway. We are already using GCP. Is Aura on GCP managed by you or by Google? Do we need a new deal to use Neo4j? (An additional deal with you?) Do we need a new «data processor agreement» (gdpr)? Or is everything taken care of?

3

**John Mark Suhy**
@jmsuhy

Replying to @haagenhasle and @emileifrem

You can also use ONgDB. It is an up to date fork of neo4j with ee features added back in. No limit on cluster size, cores. Its adoption has been growing as people learn about @neo4j's bad behavior and deception around their licensing. More to come..

Graph Community - The Graph Foundation
OPEN. THE GRAPH FOUNDATION provides support for The Graph Foundation Community of Open Source software projects, which provide software products ...
graphfoundation.org

9:40 AM · Aug 22, 2020 · Twitter for iPhone

**John Mark Suhy** @jmsuhy · 3h
Replying to @jmsuhy @haagenhasle and 2 others
4.x is around the corner as well. ONgDB is being used on large production deployments for the US government.

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**John Mark Suhy** @jmsuhy Follow
software developer / enterprise architect, entrepreneur, and amateur angler.

**Hågen Hasle** @haagenhasle Follow

**Emil Eifrem** @emileifrem Follow
Neo4j. Graphs Are Everywhere.

**What's happening**

Entertainment · 3 hours ago
**New trailer for Wonder Woman 1984 is here**
Trending with: Chris Pine

**#DCFanDome**
DCFanDome.com, A Global 24-hr Show
Promoted by DC

Trending in United States
**Avengers**
39.6K Tweets

NBA · 3 hours ago
**Raptors' Nick Nurse named NBA's 2019-2020 Coach of the Year**
Trending with: Nick Nurse

Politics · Trending
**#ByeEric**
21.5K Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up







Explore

Settings

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**John Mark Suhy** @jmsuhy Follow

software developer / enterprise architect, entrepreneur, and amateur angler.

**Hågen Hasle** @haagenhasle Follow

**Emil Eifrem** @emileifrem Follow

Neo4j. Graphs Are Everywhere.

## What's happening

Entertainment · 3 hours ago
**New trailer for Wonder Woman 1984 is here**
Trending with: Chris Pine

**#DCFanDome**
DCFanDome.com, A Global 24-hr Show
Promoted by DC

Trending in United States
**Avengers**
39.6K Tweets

NBA · 3 hours ago
**Raptors' Nick Nurse named NBA's 2019-2020 Coach of the Year**
Trending with: Nick Nurse

Politics · Trending
**#ByeEric**
21.5K Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# EXHIBIT 104





John Mark Suhy
@jmsuhy

**Follow**

Replying to @chpanto @akchux @neo4j

If you ever want to use causal clustering while staying 100% open source, you can do so with #ONgDB
(Neo4j core + enterprise features they removed when they closed Neo4j Enterprise edition at 3.5).
Just ensure you use the same version number as your current Neo4j version.

9:39 AM - 23 Feb 2019

1 Like

2     1

John Mark Suhy @jmsuhy · Feb 23
Replying to @jmsuhy @chpanto and 2 others
Just to be clear - #ONgDB is a free and open fork of Neo4j managed by the GraphFoundation. It merges in the neo4j core code for each release.

graphfoundation/ongdb
ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo. - graphfoundation/ongdb
github.com

1     1

Cesar Pantoja, PhD @chpanto · Feb 24
Great! We'll have a look!

John Mark Suhy @jmsuhy · Feb 23
Replying to @jmsuhy @chpanto and 2 others
see

# EXHIBIT 105

Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (Open #Neo4j Enterprise) release 3.4.12 support release is out:

ONgDB 3.4.12 - Open Neo4j Enterprise - The Graph Foundation
The ONgDB 3.4.12 maintenance release of the open source Neo4j Enterprise distribution by The Graph Foundation under the AGLPv3 License.
graphfoundation.org

7:30 AM · Jan 23, 2019 · Twitter Web Client

**2** Retweets **2** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.





←    🔍   Search Twitter                   Log in    Sign up    ○○○

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**



**The Graph Foundation**    **Follow**
@GraphFoundation

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States    ⌄
**Kayne**
3,236 Tweets

Wrestling · Trending    ⌄
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay



NASCAR · Trending    ⌄
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More ⌄
© 2020 Twitter, Inc.

# EXHIBIT 106



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.1 support release is out with 3.5.2 on the way:

ONgDB 3.5.1 - Open Neo4j Enterprise - The Graph Foundation
The ONgDB 3.5.1 maintenance release of the open source Neo4j Enterprise distribution by The Graph Foundation under ...
graphfoundation.org

4:36 AM · Jan 31, 2019 · Twitter Web Client

**1** Retweet

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**
@GraphFoundation
Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.



Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 942 of 1198

# EXHIBIT 107



← 　　🔍 Search Twitter 　　　　　　　　　　　Log in 　 Sign up 　 •••

🔁 John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.3 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

12:31 PM · Mar 17, 2019 · Twitter Web Client

**2** Retweets   **5** Likes

💬　　　　🔁　　　　♡　　　　↑

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**　**Follow**
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

Q Search Twitter

Log in    Sign up    •••

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**    Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.

# EXHIBIT 108

← Search Twitter Log in Sign up •••

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more:

1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets **2** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



Search Twitter

Log in Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow

Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 109



Search Twitter | Log in | Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

5:25 AM · May 10, 2019 · Twitter Web Client

**3** Retweets **3** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** @GraphFoundation Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



# EXHIBIT 110

← | 🔍 Search Twitter | Log in | Sign up | ○○○

tↄ John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation                    ⌄

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.12 support
release is out:



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released
under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

6:58 PM · Nov 27, 2019 · Twitter Web App

**1** Retweet  **2** Likes

💬          tↄ          ♡          ↑

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**      Follow
@GraphFoundation
Open Graph Technology for Public
Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman
'never actually freed the slaves'
during his South Carolina
campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States      ⌄
**Kayne**
3,236 Tweets

Wrestling · Trending      ⌄
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say
whether he will accept election
results during recent interview
with Chris Wallace**
Trending with: Chris Wallace and
#NationalIceCreamDay

NASCAR · Trending      ⌄
**Reddick**
1,550 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** @GraphFoundation Follow

Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



# EXHIBIT 111

←    Q   Search Twitter          Log in    Sign up    •••

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

⇄ John Mark Suhy Retweeted

**The Graph Foundation**        ⌄
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support
release is out:



ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released
under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets    **2** Likes

     💬          ⇄          ♡          ⬆

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation

Open Graph Technology for Public
Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman
'never actually freed the slaves'
during his South Carolina
campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States     ⌄
**Kayne**
3,236 Tweets

Wrestling · Trending     ⌄
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say
whether he will accept election
results during recent interview
with Chris Wallace**
Trending with: Chris Wallace and
#NationalIceCreamDay

NASCAR · Trending     ⌄
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More ⌄
© 2020 Twitter, Inc.



Search Twitter

Log in Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow

Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

# EXHIBIT 112

# The Graph Foundation

Open Graph Technology for Public Good

Menu

## 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

**21** **MAR 2019**                                    ADD A COMMENT

We are excited to announce today that we have reached our **1,000th download of ONgDB 3.5**, the Open Neo4j Enterprise project!

Up until 3.5, Neo4j Enterprise had always been an open source project managed by Neo4j, Inc. After Neo4j, Inc. raised an 80M Series E round in October 2018, it quickly closed the open source code and removed it entirely from the neo4j GitHub project. This sudden shock to the community was swiftly responded to by The Graph Foundation to organize a community that will keep the original vision of a developing a native, scalable open source graph database alive. You can learn more about the Neo4j, Inc. shift to Open Core in this article.

We are proud of this community that has worked to keep Neo4j Enterprise 3.5 open source. Building an open native graph database to reach the masses is our mission and reaching the 1000th download is a sign that we are succeeding in our mission to put a scalable graph to work for everyone. We are excited to be on this journey with you all and to keep this project advancing in the open for all to see, experience and build exciting businesses and products around. For more information on the ONgDB project and access to downloads visit the ONgDB Project page.

Thank you all and hope to see you around in the community!

 **Brad Nussbaum**

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

PREVIOUS

### Neo4j is Open Core – Now What?

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

**Post Comment**

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- - Heimdall
  - Open Native Graph DB (ONgDB)
    - ONgDB Releases
      - ONgDB 3.4.11
      - ONgDB 3.4.12
      - ONgDB 3.4.9
      - ONgDB 3.5.1
      - ONgDB 3.5.3
      - ONgDB 3.5.4
- Support TGF
  - Donations
  - Sponsorship
  - Thanks
- The Graph Foundation
  - Public Records
    - Articles of Incorporation
    - Code of Regulations

---

## Site Search

Search ...

**Search**

---

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

# EXHIBIT 113

# The Graph Foundation

Open Graph Technology for Public Good

**Menu**

# ONgDB (Open Native Graph DB)



Downloads  10K+      Star  121      Pull  154K+

ONgDB is a fork of the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

## ONgDB 3.6.0.RC1

2 May 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.0.RC1-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Docker Image | ONgDB 3.6.0.RC1 Docker Hub |

GFI 30(b)(6)
Brad Nussbaum

**Ex 26**

10/16/2020  D Myers

(193 of 299), Page 193 of 299
6/10/2020
Case 5:18-cv-07182-EJD Document Note; Enterprise copy 1 line Graph Foundation of 1198
Page 193 of 299

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

Go to: http://localhost:7474

## Latest Stable Release

# ONgDB 3.5.17

### 9 April 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.17-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.17-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.17-windows.zip |
| Docker Image | ONgDB 3.5.17 Docker Hub<br><br>`docker run \`<br>`    --publish=7474:7474 --publish=7687:7687 \`<br>`    --volume=$HOME/ongdb/data:/data \`<br>`    graphfoundation/ongdb:3.5`<br><br>Go to: http://localhost:7474 |

## Previous Releases

(194 of 299), Page 194 of 299 Case 5:18-cv-07182-EJD Document Note; Enterprise Graph Foundation 18.6, Page 194 of 299 of 1198

6/10/2020 ONgDB Open Source Native Graph Database | The Graph Foundation

- 3.5.16
- 3.5.15
- 3.5.14
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

## Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **ONgDB (Open Native Graph DB)**
  - **ONgDB Releases**

- ○ **ONgDB 3.4.11**
- ○ **ONgDB 3.4.12**
- ○ **ONgDB 3.4.15**
- ○ **ONgDB 3.4.17**
- ○ **ONgDB 3.4.9**
- ○ **ONgDB 3.5.1**
- ○ **ONgDB 3.5.11**
- ○ **ONgDB 3.5.12**
- ○ **ONgDB 3.5.14**
- ○ **ONgDB 3.5.15**
- ○ **ONgDB 3.5.16**
- ○ **ONgDB 3.5.17**
- ○ **ONgDB 3.5.3**
- ○ **ONgDB 3.5.4**
- ○ **ONgDB 3.6.0.M1**
- ○ **ONgDB 3.6.0.M2**
- ○ **ONgDB 3.6.0.RC1**

**Support TGF**

- ○ **Donations**
- ○ **Sponsorship**
- ○ **Thanks**

**The Graph Foundation**

- ○ **Public Records**
  - ○ **Articles of Incorporation**
  - ○ **Code of Regulations**

# Site Search

Search ...

**Search**

# Support GF Today!



Copyright © 2020 Graph Foundation, Inc.

**Page 1131** N4J_018736

# EXHIBIT 114

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB (Open Native Graph DB)

 Downloads  14K+     Star  174     Pull  154K+

ONgDB is a fork of the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

### ONgDB 3.6.2

4 December 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.2-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.2-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.2-windows.zip |
| Docker Image | ONgDB 3.6.2 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

N4J_019978

Go to: http://localhost:7474

## LTS Release

### ONgDB 3.5.22

28 October 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.22-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.22-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.22-windows.zip |
| Docker Image | ONgDB 3.5.22 Docker Hub |

ONgDB 3.5.22 Docker Hub

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.5
```

Go to: http://localhost:7474

## Previous Releases

- 3.5.19
- 3.5.18
- 3.5.17
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

## Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

Accessibility

Get Involved

Graph Foundation

Mission

Projects

- Heimdall
- ONgDB (Open Native Graph DB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.15
    - ONgDB 3.4.17
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.11
    - ONgDB 3.5.12
    - ONgDB 3.5.14
    - ONgDB 3.5.15
    - ONgDB 3.5.16
    - ONgDB 3.5.17
    - ONgDB 3.5.18
    - ONgDB 3.5.19
    - ONgDB 3.5.22
    - ONgDB 3.5.3
    - ONgDB 3.5.4
    - ONgDB 3.6.0
    - ONgDB 3.6.0.M1
    - ONgDB 3.6.0.M2
    - ONgDB 3.6.0.RC1
    - ONgDB 3.6.1
    - ONgDB 3.6.2

N4J_019980



N4J_019981

**EXHIBIT 115**

(203 of 299), Page 203 of 299
9/13/2019,
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 203 of 299
Case 5:18-cv-07182-EJD Document 146-7 Filed 11/24/20 Page 203 of 1198

# Neo4j Desktop vs Neo4j Server

**Neo4j Graph Platform**

---

**stephanie** (Stephanie) #1 November 16, 2018, 7:31pm

Do the terms of use for "neo4j Desktop" apply to the ONGDB server which I downloaded under AGPLv3 license? I read the Desktop terms carefully and they refer everywhere to "neo4j Desktop software". Has anybody encountered this issue? I am feeling really stupid for not thinking this through before downloading the Desktop Software, especially as database authentication keeps failing. Before I spend any more time troubleshooting, could someone indicate any features of Desktop that are really worth it (other than UI)? I am planning production, so the license is important to me. Thank you!

---

**andrew.bowman** (Andrew Bowman) #2 November 16, 2018, 10:47pm

Hi Stephanie,

You may want to review our **licensing page**. In particular, for Neo4j Desktop:

> Neo4j Desktop is the new mission control center for Developers. It's free with registration, and it includes a **free** development license for Enterprise Edition **allowing you to use Neo4j Enterprise on your local desktop for developing applications** .

Basically it's for local development only, Neo4j Desktop isn't intended or licensed for deployment or usage as a server version (we have the server versions of Neo4j Community and Enterprise for that instead). It can freely be used as a client to connect to a separate server deployment, however.

You may want to review the rest of the licensing page, as there are various scenarios which will allow free Neo4j Enterprise usage (see the FAQ for details).

---

**stephanie** (Stephanie) #3 November 17, 2018, 7:27pm

Witness:
John Mark Suhy
Exhibit 27
10/22/2020  B Gerald

GFI 30(b)(6)
Brad Nussbaum
Ex 36
10/16/2020   D Myers

Page 1138  N4J-GFI_000008

9/13/2019
Case 5:18-cv-07182-EJD Document 280-6 Filed 11/30/23 Page 2 of 1198

Thanks! I will try to get the Desktop version working a bit longer before I entirely give up!

# EXHIBIT 116

| | |
|---|---|
| **From:** | Benjamin Nussbaum (ben@atomrain.com) |
| **To:** | John Mark Suhy (jmsuhy@purethink.com) |
| **CC:** | Brad Nussbaum (brad@atomrain.com) |
| **BCC:** | |
| **Subject:** | Re: Neo4j Desktop vs Neo4j Server - Neo4j Graph Platform - Neo4j Online Community |
| **Attachments:** | |
| **Sent:** | 01/09/2019 05:01:28 PM -0800 (PST) |

That's unfortunate, but lol that they posted it on the neo4j site.

--

**Benjamin Nussbaum**
President and Chief Technology Officer
AtomRain, Inc.

Phone: (310) 433-9305
Email:  ben@atomrain.com

AtomRain | Innovation for a Connected World

> On Jan 9, 2019, at 7:45 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:
>
> thought you would like this. Someone having issues using ongdb with neo4j-desktop
>
> https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066





# EXHIBIT 117

(208 of 299), Page 208 of 299
Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 978 of 1198
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 208 of 299

neo4j / neo4j

Sign up

Code    Issues ●    Pull requests ●    Projects ●    Actions    Wiki    Security    Pulse

# Modifying the AGPL License by adding restrictions is not allowed #11821

New issue

**Closed**    jmsuhy opened this issue May 19, 2018 · 12 comments



**jmsuhy** commented May 19, 2018 • edited

The AGPL license files had a restrictions added to it which I am pretty sure is not allowed by AGPL.
So it seems that you have either just made Neo4j Enterprise closed source - i.e. no longer AGPL - or you've made a mistake and accidentally added restrictions to it.

I am pretty sure the community would like to know what is going on with this.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-enterprise/LICENSE.txt

"Commons Clause" License Condition

The Software is provided to you by the Licensor under the License, as defined below, subject to the following condition. Without limiting other conditions in the License, the grant of rights under the License will not include, and the License does not grant to you, the right to Sell the Software. For purposes of the foregoing, "Sell" means practicing any or all of the rights granted to you under the License to provide to third parties, for a fee or other consideration, a product or service that consists, entirely or substantially, of the Software or the functionality of the Software. Any license notice or attribution required by the License must also include this Commons Cause License Condition notice.

THUMBS_UP react





Witness:
John Mark Suhy
**Exhibit 25**
10/22/2020  B Gerald

**Page 1143**    N4J_019444

 eebus added the `operability` label May 21, 2018

 **xizhao** commented May 21, 2018

To try to get ahead of any misunderstandings, the AGPL doesn't "disable-itself" if exceptions are added from the original licensor. It simply becomes a new license.

The scope of license alteration restrictions (as well as these kinds of restrictions in all OSS licenses) is to disable the ability for "man-in-the-middle" sub-licensing, effectively ensuring that the license grant comes from the original copyright holder no matter how the software is conveyed. However, as the original copyright holder of the codebase is Neo, they can add whatever terms or exceptions best fit their original licensing intent for their commercial product -- the protections in the original AGPL prevents third parties from altering or sub-licensing those terms.

We're not dealing with a copy of the software here -- the whole file is the original license document provided by Neo. Sure it's not the original AGPL, but there's no way I'd call it "Enterprise closed source".

UMBS_DOWN re

 **jmsuhy** commented May 22, 2018 • edited

The issue at hand is that you can not add restrictions to AGPL then misguide the community and committers as to what is happening.

Not only does AGPL forbid this, it is not fair to committers and the community as a whole.

If your intention was to keep Neo4j free and open, then you should know your restrictions are not allowed by AGPL and we can continue the 'debate' in that direction.

I think you should be upfront with the community that helped make Neo4j what it is today.

THUMBS_UP reac

 **digitalstain** commented May 22, 2018

Neo4j is a broad church. We have to balance the interests of our amazing community, our customers and the company too. We've done a lot of thinking about how to best align those interests in our licensing and made a choice to add the Commons Clause to the AGPL license. We think this is the best way we can ensure the long term viability of neo4j as both an open source project and as a commercial endeavour to keep that open source flowing.

Github issues probably aren't the best place to have detailed licensing discussions, and much as we appreciate the input and enthusiasm of the participants we're going to close it now. This is clearly deserving of a longer piece on why the license is changing and we'll get that published as soon as we can.

Thanks to everyone for sharing your views!



 digitalstain closed this May 22, 2018

---

digitalstain referenced this issue May 22, 2018



Updates enterprise LICENSE.txt and NOTICE.txt 🔲

6558e5e

 Zappes commented Aug 23, 2018

I would expect the text of a a License to be subject to copyright, and the author probably has the right to forbid changes to the text. Without being a legal expert, I can't say if you may perhaps be allowed to copy the AGPL, add your clause and use the license under a different name like Neo4jPL - but I am quite sure that you can't change the text and re-publish it using the same name, i.e. "AGPL".

 akhmerov commented Aug 23, 2018

@Zappes it's more strict than it just being not allowed to call the license

AGPL. The header of AGPL clearly states that modifying it is a violation of the FSF copyright:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but changing it is not allowed.

Therefore even using significant parts of AGPL is a copyright violation.

THUMBS_UP react

**lsmith77** commented Aug 23, 2018

also whatever the copyright situation might be, its important to communicate clearly, which I think is what the issue creator is asking for. if you want to use the AGPL, then use it without modification. if you want a mix of the AGPL and common clause, then make sure you do so in a clear and transparent manner.

THUMBS_UP react

**greve** commented Aug 23, 2018

I've given my take on the Commons Clause at https://twitter.com/ggreve/status/1032520322170462208 and https://twitter.com/ggreve/status/1032657522400866305.

TL;DR: This turns anything licensed under it into proprietary software with a very vague, wide reaching license that establishes serious legal liability for all developers and users. It is the end of the commons that is formed by an Open Source community, project and companies.

I assume the CLA will cover this, but at the very least I would assume developers did not expect a

> "Haha, we're taking this proprietary and by the way we're reserving the right to sue you in case you work with Neo4j professionally"

kind of move when they signed the CLA.

Yet that is precisely what this change seems to represent.

THUMBS_UP react



**jmsuhy** commented Aug 24, 2018

I wanted to chime in too. When the ticket was closed the way it was, I just gave up on it.

@greve , the other companies who adopted the 'commons clause' do not have AGPL licenses like Neo4j adopted for the enterprise edition, and which the clause was added to.

The other companies who adopted this 'commons clause' have non GPL licenses.

Redis: BSD
dGraph: Apache 2

The AGPL license states: If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term.

We contacted the free software foundation as well, I made sure to do my homework before submitting the original ticket.

Neo's intentions around this clause seem obvious to me. Their government sales team have already been trying to scare agencies from using neo4j enterprise under the open source license by referencing the commons clause. I'll write a blog post on this since most are not aware of some of this behavior.

I started working with the guys from GraphGrid on a way of ensuring Neo4j stays free and open to the community.

We already formed a non-profit called the GraphFoundation (https://graphfoundation.org), with an apache like governance model, which ensures no single company or person(s) control the future direction.

We invite the community to help us with this 'labor of love'.

I have nothing but respect for what Neo has built, they have a very talented team!

If more people call them out on this behavior, maybe things can change and they can embrace open source and support the community that made them who they are.

Just my 2 cents...

THUMBS_UP react  THUMBS_DOWN re

 jmsuhy mentioned this issue Sep 10, 2018

icense additions ineffective #12027

Open

MrBerg added a commit to MrBerg/neo4j that referenced this issue
Oct 15, 2018



Mention Commons Clause more in README

Verified

205a00a

 MrBerg mentioned this issue Oct 15, 2018

Mention Commons Clause once more in README #12052

Closed

 belarm commented Nov 4, 2018

"Github issues probably aren't the best place to have detailed licensing
discussions"

Then where is, exactly?

 heathermeeker commented Nov 13, 2018

The provision in AGPL about removing restrictions (Section 7) does not
conflict with Commons Clause, if the author of the AGPL code applies
Commons Clause. There may seem to be a conflict, but only when Section
7 is read out of context.

In AGPL, "you" refers to the recipient of the code, in other words, the
licensee. (See Section 0, which says, "Each licensee is addressed as "you".")
Section 7 is about what terms recipients -- meaning licensees -- of AGPL
code can and cannot add when they redistribute the code to others.
Section 7 starts by saying, "When you convey a copy of a covered work,
you may at your option..." The entire Section was written to govern the
actions of licensees only. The "conflicting" clause in Section 7 says, "If the

Program as you received it, or any part of it, contains a notice stating that
it is governed by this License along with a term that is a further restriction,
you may remove that term." This is not a limitation on the licensor, who is
not referred to as "you" anywhere in the document.

To be clear, I represent Neo4j and I am responding on behalf of Neo4j at
their request.

THUMBS_UP react



akhmerov commented Nov 13, 2018 • edited

@heathermeeker can you please also comment on the statement in the
preface of AGPL:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but changing it is not allowed.

In your opinion, does the addition of the commons clause constitute a
violation of FSF copyright? If not, can you please explain why?

---

Regarding the clause in Section 7: in your opinion, does "this License" refer
to AGPL or AGPL + commons clause? The latter seems to contradict the
definition in Section 0.

If "this License" does indeed refer to AGPL alone, do you disagree that
Section 7 permits the licensees to remove the commons clause?

To me it seems to be the case because: the program as you (the licensee)
received it contains contains a notice (the notice at the header of the
document) stating that it is governed by this License along with a term that
is a further restriction (commons clause) you may remove that term.

Please let me know what this interpretation misses.

THUMBS_UP react



belarm commented Nov 23, 2018

Granted in all cases, but I believe you've missed something:
"If the Program as you received it, or any part of it, contains a notice
stating that it is governed by this License along with a term that is a

further restriction, you may remove that term."

If 'you' in this sentence refers to the licensee, as you claim, then *I*
(the licensee) am free to remove that clause.

...

THUMBS_UP react

---

Sign up for free   to join this conversation on GitHub. Already have an account?
Sign in to comment

Assignees

No one assigned

Labels

operability

Projects

None yet

Milestone

No milestone

Linked pull requests

Successfully merging a pull
request may close this issue.

None yet

10 participants

© 2020 GitHub, Inc.
Terms
Privacy
Security

(216 of 299), Page 216 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 216 of 299
Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 986 of 1198

Status
Help

Contact GitHub
Pricing
API
Training
Blog
About

 N4J_019452

# EXHIBIT 118

| From: | Bob Trudeau (btrudeau) |
|---|---|
| To: | Graph Foundation Admin |
| Subject: | Re: GraphStack Neo4j Question |
| Date: | Tuesday, July 17, 2018 11:55:17 AM |

Hi GF,

Thanks for the information. Unfortunately, my head is swimming with licenses and terminology.

When you say "ONgDB – this is a fully AGPL fork of the open source Neo4j Github repository" what does AGPL mean? Is that AGPLv3 ("GNU AFFERO GENERAL PUBLIC LICENSE Version 3, 19 November 2007") from the FSF? Is that the same AGPLv3 license referenced below regarding Neo4j Enterprise from the Neo4j Github repository (https://github.com/neo4j/neo4j) albeit with the "additional sections" you mentioned?



Essentially, I want to be able to provide the Micron Legal department with the most-correct licensing information so that they can perform their due diligence regarding liability and exposure. If there is a "non-shield" option that would be preferable. Otherwise Micron would simply be trading one commercial license with Neo4j for another commercial license with another provider such as GraphGrid, correct?

When I feel like I have more of the licensing basics in-hand and have specific questions to ask (so I don't waste your time answering questions that I could have answered online) I may want to take you up on your offer of a phone call.

Thanks,

Bob Trudeau
Enterprise Architect
IT Enterprise Analytics & Data
Micron Technology, Inc.
Office +1 (916) 458-3277
btrudeau@micron.com

From: Graph Foundation Admin [mailto:admin@graphfoundation.org]
Sent: Monday, July 16, 2018 6:53 AM
To: Bob Trudeau (btrudeau) <btrudeau@micron.com>
Subject: [EXT] Re: GraphStack Neo4j Question

Hi Bob,

I received your question from iGov. We're consolidating support of the open source neo4j graph database distributions under a non-profit organization: Graph Foundation - www.graphfoundation.org

I can help you answer your questions.

The naming you'll see for the build on the foundation site is ONgDB - this is a fully AGPL fork of the open source Neo4j Github repository with all restrictive marks from Neo4j, Inc. removed. We've taken the necessary steps make sure we keep the repository fully AGPL which is the license that Neo4j, Inc has released it under, but then added additional sections to the AGPL license, which in our conversations with FSF (Free Software Foundation) is not legal to do when using the AGPL license.

If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid. I can put you in contact with them if that full shield is of interest.

If it makes sense to have a call or if you have specific references that would help your organization assess the validity of it, please let us know and we can try to accommodate.

Thanks You,
GF


---------- Forwarded message ---------
From: **Bob Trudeau (btrudeau)** <btrudeau@micron.com>
Date: Wed, Jul 11, 2018 at 11:47 AM
Subject: GraphStack Neo4j Question
To: info@igovsol.com <info@igovsol.com>


To:      iGov Information (info@igovsol.com)
From:   Bob Trudeau (Micron Technology, Inc.)
Date:   Wednesday, July 11, 2018

I am currently evaluating potential Neo4j options other than a commercial license. The availability of a free, open-source version of Neo4j Enterprise from GraphStack is of obvious interest.

As an employee of Micron I need to ensure that I am operating with integrity and complying with all legal requirements in the procurement and use of software such as Neo4j.

What references and/or other information can GraphStack provide to assist me in confirming the legality of the GraphStack Neo4j Enterprise software?

Regards,

Bob Trudeau
Enterprise Architect
IT Enterprise Analytics & Data

Micron Technology, Inc.
Office +1 (916) 458-3277
btrudeau@micron.com

GFI000286

Page 1155

# EXHIBIT 119

| | |
|---|---|
| **From:** | Keshav Nagpal (Keshav@gravityilabs.com) |
| **To:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **CC:** | Lewis Lu (Lewis@gravityilabs.com) |
| **BCC:** | |
| **Subject:** | RE: Neo4j Pricing |
| **Attachments:** | |
| **Sent:** | 12/05/2018 09:27:00 PM -0800 (PST) |

Thanks for your response John,
I'm working with neo4j 3.4.9 Enterprise on my desktop
And we want to host this on Azure, But can we use this DB to support our commercial software without making it open source,

I found this on ONGDB Github repo

This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3.
source: https://github.com/GraphFoundation/ongdb

@Lewis Lu can you please take a look at this, and see if we can host this without any license issues.


**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Wednesday, December 5, 2018 7:09 PM
**To:** Keshav Nagpal <Keshav@gravityilabs.com>
**Subject:** Re: Neo4j Pricing

Hello Keshav,

Sure, I can give some guidance.  Just so you know ONgDB 3.5 will be out soon as well.

Neo4j removed the enterprise code from the 3.5 codebase, but the ONgDB team took the code before the move and has been working on updating the open enterprise module.

You may also want to look at GraphGrid (http://graphgrid.com)

What version are you currently working with?

On Tue, Dec 4, 2018, 10:50 PM Keshav Nagpal <Keshav@gravityilabs.com> wrote:

> Hi John,
>
> I read your article, it was very informative
> But recently Neo4j changed their licensing structure
>
> Neo4j Enterprise : Solely on Commercial license
> Neo4j Community: GPLv3
>
> We are building one module to be added to our product
> That module uses neo4j db, We'll be hosting everything on Azure
>
> Can you help us figure out how can we use Neo4j with BYOL model for the license of neo4j on azure.

thanks

 IGOV0001573440.0002

# EXHIBIT 120

| | |
|---|---|
| **From:** | Michael Smolyak |
| **To:** | Brad Nussbaum |
| **Cc:** | John Mark Suhy; Shahak Nagiel |
| **Subject:** | OngDB release schedule |
| **Date:** | Wednesday, January 22, 2020 1:10:56 PM |

Hello Brad,

I work with Shahak Nagiel who wrote to you earlier regarding the possibility of using OngDB instead of the enterprise edition of Neo4j.

I am currently leading the Graph Database team responsible for deploying an OngDB-based solution into production.

I saw that Neo4j version 4.0 was recently released and wanted to inquire into your foundation's plans to release the corresponding version of OngDB.

Is it in the plans? If so, what is the time frame for such a release?

Thank you,

Michael



**Michael Smolyak**
Principal Engineer
w (443) 545-3109 | c (443) 739-9200
michael.smolyak@nextcentury.com

2701 Technology Drive, Suite 100 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com


CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.



# EXHIBIT 121

(227 of 299), Page 227 of 299
9/26/2019
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 227 of 299
Unable to connect to Neo4J/ONgDB Browser when port forwarding - Stack Overflow

# Unable to connect to Neo4J/ONgDB Browser when port forwarding

Asked 7 months ago    Active 7 months ago    Viewed 115 times



0



★

1

I am running the ONgDB container as per [their Docker run command](#).
I have tested this locally on my laptop and it worked before, I was able to navigate to the graph browser and log in.

Now I am running this Graph in a server.
I did port forwarding to my laptop successfully, and am able to see ONgDB Browser in my laptop.
However I am unable to log in, I get the error: `ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...`

I found [Neo4J article](#) on how to resolve it.
I entered the ONgDB container filesystem and opened the .conf file, but there was no line to uncomment.
I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it does not work as well.

How can I enable ONgDB Docker container for remote access?

`neo4j`

asked Feb 18 at 4:10

**cryanbhu**
**834**    7    15

## 1 Answer



0



I figured out the problem, in Neo4J/ONgDB browser, it fills the database host with `localhost` by default.
You just have to fill it in with the server's IP there and it works.

Also, you can connect using a desktop Neo4J/ONgDB browser to a remote graph, its just like a database (RDBMS) where you can connect to it from a client running locally.

answered Feb 18 at 5:05

**cryanbhu**
**834**    7    15

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

# EXHIBIT 122

# ONgDB neo4j not starting up

Asked 1 month ago   Active 1 month ago   Viewed 16 times



Windows 10 OS. Can somebody help on this.

neo4j

asked Apr 29 at 8:26


user3300034
41 • 1 • 3

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.    ×

# EXHIBIT 123

Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 231 of 299

9/26/2019 Case 5:18-cv-07182-EJD Python Document 151-6 Filed 01/16/25 Gremlin-server not starting with ongdb - Stack Overflow Page 1001 of 1198

# Gremlin-server not starting with ongdb

Asked 7 months ago · Viewed 92 times



0





I am trying to start the Gremlin server with ONgDB. I am using Gremlin Server (v3.4.0) and ONgDB (v3.2.3). Following the conf changes, I made

### neo4j-empty.properties

```
gremlin.graph=org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph
gremlin.neo4j.directory=/home/rgupta/Documents/Gremlin-db/neo4j.server1
gremlin.neo4j.conf.ha.server_id=1
gremlin.neo4j.conf.ha.initial_hosts=localhost:5001\,localhost:5002\,localhost:5003
gremlin.neo4j.conf.ha.host.coordination=localhost:5001
gremlin.neo4j.conf.ha.host.data=localhost:6001
```

### gremlin-server-neo4j.yaml

```
host: localhost
port: 8182
scriptEvaluationTimeout: 30000
channelizer: org.apache.tinkerpop.gremlin.server.channel.WebSocketChannelizer
graphs: {
  graph: conf/neo4j-empty.properties}
scriptEngines: {
  gremlin-groovy: {
    plugins: { org.apache.tinkerpop.gremlin.server.jsr223.GremlinServerGremlinPlugin:
{},
              org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin: {},
              org.apache.tinkerpop.gremlin.jsr223.ImportGremlinPlugin: {classImports:
[java.lang.Math], methodImports: [java.lang.Math#*]},
              org.apache.tinkerpop.gremlin.jsr223.ScriptFileGremlinPlugin: {files:
[scripts/empty-sample.groovy]}}}}
serializers:
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}
# application/vnd.gremlin-v3.0+gryo
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { serializeResultToString: true }}
# application/vnd.gremlin-v3.0+gryo-stringd
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphSONMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}         #
application/json
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphBinaryMessageSerializerV1
}
# application/vnd.graphbinary-v1.0
processors:
  - { className: org.apache.tinkerpop.gremlin.server.op.session.SessionOpProcessor,
config: { sessionTimeout: 28800000 }}
  - { className: org.apache.tinkerpop.gremlin.server.op.traversal.TraversalOpProcessor,
config: { cacheExpirationTime: 600000, cacheMaxSize: 1000 }}
metrics: {
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
      slf4jReporter: {enabled: true, interval: 180000}}
strictTransactionManagement: false
idleConnectionTimeout: 0
keepAliveInterval: 0
maxInitialLineLength: 4096
maxHeaderSize: 8192
maxChunkSize: 8192
maxContentLength: 65536
maxAccumulationBufferComponents: 1024
resultIterationBatchSize: 64
writeBufferLowWaterMark: 32768
writeBufferHighWaterMark: 65536
ssl: {
  enabled: false}
```

At the time of running the gremlin server, I get the following error:

```
[INFO] GremlinServer - 3.4.0
         \,,,/
         (o o)
-----oOOo-(3)-oOOo-----

[INFO] GremlinServer - Configuring Gremlin Server from conf/gremlin-server-neo4j.yaml
[INFO] MetricManager - Configured Metrics ConsoleReporter configured with report
interval=180000ms
[INFO] MetricManager - Configured Metrics CsvReporter configured with report
interval=180000ms to fileName=/tmp/gremlin-server-metrics.csv
[INFO] MetricManager - Configured Metrics JmxReporter configured with domain= and
agentId=
[INFO] MetricManager - Configured Metrics Slf4jReporter configured with
interval=180000ms and
loggerName=org.apache.tinkerpop.gremlin.server.Settings$Slf4jReporterMetrics
[WARN] DefaultGraphManager - Graph [graph] configured at [conf/neo4j-empty.properties]
could not be instantiated and will not be available in Gremlin Server.  GraphFactory
message: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
java.lang.RuntimeException: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
     at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:63)
     at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:104)
     at
org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.lambda$new$0(DefaultGraphMana

     at java.util.LinkedHashMap$LinkedEntrySet.forEach(LinkedHashMap.java:671)
     at org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.<init>
(DefaultGraphManager.java:55)
     at sun.reflect.NativeConstructorAccessorImpl.newInstance0(Native Method)
     at
sun.reflect.NativeConstructorAccessorImpl.newInstance(NativeConstructorAccessorImpl.java:6

     at
sun.reflect.DelegatingConstructorAccessorImpl.newInstance(DelegatingConstructorAccessorImp

     at java.lang.reflect.Constructor.newInstance(Constructor.java:423)
     at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

```
[INFO] ServerGremlinExecutor - Initialized Gremlin thread pool. Threads in pool named
with pattern gremlin-*
Exception in thread "main" java.lang.IllegalStateException:
java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
    at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

    at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:108)
    at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:77)
    at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor$Builder.create(GremlinExecutor.

    at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
(ServerGremlinExecutor.java:128)
    at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:122)
    at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:86)
    at org.apache.tinkerpop.gremlin.server.GremlinServer.main(GremlinServer.java:345)
Caused by: java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
    at java.net.URLClassLoader.findClass(URLClassLoader.java:381)
    at java.lang.ClassLoader.loadClass(ClassLoader.java:424)
    at sun.misc.Launcher$AppClassLoader.loadClass(Launcher.java:349)
    at java.lang.ClassLoader.loadClass(ClassLoader.java:357)
    at java.lang.Class.forName0(Native Method)
    at java.lang.Class.forName(Class.java:264)
    at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

    ... 7 more
[INFO] OpLoader - Adding the standard OpProcessor.
[INFO] OpLoader - Adding the session OpProcessor.
[INFO] OpLoader - Adding the traversal OpProcessor.
[INFO] GremlinServer - Shutting down OpProcessor[]
[INFO] GremlinServer - Shutting down OpProcessor[session]
[INFO] GremlinServer - Shutting down OpProcessor[traversal]
[INFO] GremlinServer - Shutting down thread pools.
Exception in thread "gremlin-server-shutdown" java.lang.NullPointerException
    at org.apache.tinkerpop.gremlin.server.GremlinServer.stop(GremlinServer.java:255)
    at
org.apache.tinkerpop.gremlin.server.GremlinServer.lambda$new$0(GremlinServer.java:103)
    at java.lang.Thread.run(Thread.java:748)
```

I also tried ONgdb (neo4j) with different gremlin server versions like v3.3.0 and v3.3.1

`python`  `neo4j`  `gremlin-server`

edited Feb 27 at 15:27                    asked Feb 21 at 8:41



Radostin Nanov                                Ravindra Gupta
**132**  1   5                                **368**  1   20

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

# EXHIBIT 124

(235 of 299), Page 235 of 299
9/13/2019,
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 235 of 299
Case 5:18-cv-07182-EJD Document 189 Filed 12/23/24 Loading large cypher file in Neo4J - Stack Overflow 005 of 1198

# Loading large cypher file in Neo4J

Asked 7 months ago   Active 7 months ago   Viewed 196 times



0





I'm having some difficulty loading a Cypher file into Neo4J in Windows 10. The file in question is a 175 Mb .cql file filled with more than a million lines of nodes and edges (separated by semicolons) in the Cypher language -- CREATE [node], that sort of thing. For smaller items, I have been using an APOC command in the web browser:

```
call apoc.cypher.runFile('file:///<file path>')
```

but this is too slow for a million+ query file. I've created indexes for the nodes, and am currently running it through a command:

```
neo4j-shell -file <file path> -path localhost
```

but this is still slow. I was wondering, is there any way to speed up the intake?

Also, note that I am using an recent ONGDB build, rather than straight Neo4J; I do not believe this will make any substantial difference.

`performance`   `neo4j`   `cypher`

edited Jan 16 at 20:14

asked Jan 16 at 19:45

tq343
45 ● 8

## 2 Answers

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.   ✕

(236 of 299), Page 236 of 299
9/13/2019
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 236 of 299
Case 5:18-cv-07182-EJD   Performance - Loading large cypher file in Neo4j - Stack Overflow 1006 of 1198

2 If you are ingesting into a new neo4j DB, you should consider refactoring the data out of it and using the [import command of neo4j-admin](#) tool to efficiently ingest the data.



If you are ingesting into an existing DB, you should consider refactoring the data and logic out of the CQL file and using [LOAD CSV](#).

answered Jan 16 at 20:50



cybersam
45.3k ● 5 ● 35 ● 58



I ended up ingesting it using cypher-shell. It's still slow, but at least it does finish. Using it requires one to first open a Neo4J console then, in a second command line, use:

1



```
type <filepath>\data.cql | bin\cypher-shell.bat -a localhost -u <user> -p <password> --
fail-at-end
```



This works for Windows 10, although it does take a while.

answered Jan 22 at 14:56



tq343
45 ● 8

By using our site, you acknowledge that you have read and understand our [Cookie Policy](#), [Privacy Policy](#), and our [Terms of Service](#). ✕

**EXHIBIT 125**



query logging is not working on enterprise #4

New issue

(!) Closed   ghost opened this issue on May 26, 2019 · 3 comments

ghost commented on May 26, 2019 • edited by ghost ▾

- Neo4j version: 3.5.4
- Operating system: Ubuntu 16.04
- API/Driver: none
- **Steps to reproduce**
- Expected behavior : query.log file collect the logs, with configuration of enabling query.log. set true (on conf/neo4j.conf)
- Actual behavior: not collecting any query, the file size of query.log is always 0

Additionally, include (as appropriate) log-files, stacktraces, and other debug output.

#### Steps to reproduce

1. download tarball on https://www.graphfoundation.org/projects/ongdb/

- file name: ongdb-enterprise-3.5.4-unix.tar.gz

2. set enable query logging on file, "conf/neo4j.conf" (remove '#' query.log~~= )
3. start neo4j

**Assignees**

No one assigned

**Labels**

None yet

**Projects**

None yet

**Milestone**

No milestone

**Linked pull requests**

Successfully merging a pull request may close this issue.

None yet

**2 participants**

(239 of 299), Page 239 of 299
11/12/2020, Page 239 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 239 of 299
Case 5:18-cv-07182 query logging is not working on enterprise model #4 · graphfoundation/ongdb · GitHub 1198



collect query.log.
"query.log" is only activated on enterprise model on neo4j.

## Expected behavior

`logs/query.log` should be collecting the logs and changing of file size

## Actual behavior

`logs/query.log` file size always 0.

**bradnussbaum** commented on May 28, 2019    `Contributor`

@**Sumin**-**Lim** Thanks for reporting this. We're taking a look.

**jmsuhy** commented on May 28, 2019    `Contributor`

I will verify the issue also exists in 3.5.6-SNAPSHOT as well so we can pinpoint the issue and fix it.

**jmsuhy** commented on Sep 17, 2019    `Contributor`

I tested in 3.5.3, 3.5.4 and 3.5.9-SNAPSHOT and it works fine. I suspect you did not set query.threshold to zero to log all queries.
See the instructions below.

dbms.logs.query.enabled=true
dbms.logs.query.threshold=0

https://neo4j.com/docs/operations-manual/current/monitoring/logging/query-logging/

⊘ 🐱 **jmsuhy** closed this on Sep 17, 2019

# EXHIBIT 126

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 127

**From:**    John Mark Suhy (jmsuhy@egovsol.com)
**To:**    Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:**    Manoharan Linkavan [Contractor] (Linkavan.Manoharan@irs.gov), Rosenmerkel Lisa S
    (Lisa.S.Rosenmerkel@irs.gov), Weng Guoqing [Contractor] (Guoqing.Weng@irs.gov)
**BCC:**
**Subject:**    Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb
**Attachments:**
**Sent:**    08/13/2018 12:13:46 PM -0700 (PST)

That sounds good.

Lisa,

I am confident that upgrading to ONGDB 3.4.x for the launch is the smart move for a number of reasons.

We actually prefer to support you on the newest 3.4.x ONGDB versions.

We have been testing the platform with the newest 3.4.x versions within for quite some time as well - switching between 3.3.x and 3.4.x distributions does not require any changes to the platform.

Also, it is trivial to flip between 3.3 and 3.4 versions in the future as well.

ONgDB open source licenses come directly from the Graph Foundation as well, not from Neo4j Inc, which is a huge benefit based on their past behavior.

The upgrade would be a low risk move in our opinion.

We can talk more if you wish this week anytime.

Thank you,

John Mark

On Mon, Aug 13, 2018 at 12:12 PM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Thanks John Mark. Making sure Lisa is looped in on this, and ask her if we're ok to go ahead and just use ONGDB from now on in the CKGE environment.  Let's just hold with 3.3.2 until we get clearance from Lisa.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
> **From:** John Mark Suhy [mailto:jmsuhy@egovsol.com]

**Sent:** Monday, August 13, 2018 11:58 AM
**To:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Rosenmerkel Lisa S
<Lisa.S.Rosenmerkel@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

I think we should use ONgDB 3.4.x for the launch.  It has a lot of performance enhancements over 3.3.x

We have been testing everything with the 3.3.x and 3.4.x versions , so we know the platform works great with both.

On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

Hi John Mark,

Would it be easier to go ahead and use ONgDB now in CKGE or wait and deploy CKGE with Neo4j 3.3.2 we have, and then later transition to ONgDB?

We do not want to move to Neo4j 3.4.x AGPL.

Michael C. Dunn

Data Management Division/Planning and Analysis

Research, Applied Analytics, and Statistics

--

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573217.0003

**EXHIBIT 128**

John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>    Plaintiffs,<br><br>   v.<br><br>GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation,<br><br>    Defendants. | CASE NO.  5:19-cv-06226-EJD<br><br>**PLAINTIFF NEO4J, INC.'S REQUEST FOR ADMISSION, SET ONE, TO DEFENDANT GRAPH FOUNDATION, INC.** |

PROPOUNDING PARTY:  NEO4J, INC.

RESPONDING PARTY:    GRAPH FOUNDATION, INC

DISCOVERY:                    REQUEST FOR ADMISSIONS

SET NO.:                            ONE

Pursuant to Federal Rule of Civil Procedure 36, Plaintiff Neo4j, Inc. ("Plaintiff") hereby serve their Request for Admissions, Set One, on Graph Foundation Inc. ("GFI" or "Responding Party").  Plaintiff requests that Responding Party respond to the following Request for Admissions, Set One, separately and fully in writing and serve their responses upon Plaintiff within thirty (30) days after service of this Request for Admissions, Set One.  Such matters will be deemed admitted unless a written response is timely served upon Plaintiff.  Further, Plaintiff request that Responding Party answer the following Request for Admissions, Set One, under oath, within the time requested above, based on all information presently available to Responding Party.

Notice is hereby given to Responding Party that if they fail to admit the truth of any matter requested, and the truth of that matter is later proven at trial, Plaintiff will move for an order, pursuant to Federal Rule of Civil Procedure 37(c)(2), requiring Responding Party to reimburse Plaintiff for their reasonable expenses in making that proof, including attorneys' fees and all related costs and expenses.

The following Request for Admissions, Set One, are continuing in character and YOUR responses are to be supplemented in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.  If after responding to these Request for Admissions, Set One, Responding Party obtains or becomes aware of any further facts or knowledge that would change their responses to these Request for Admissions, Set One, Responding Party is required to supplement their responses as soon as possible.

/ / /

/ / /

/ / /

/ / /

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that Graph Foundation, Inc. (hereafter referred to as "GFI") does not have a license to use U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" (hereafter referred to as the "NEO4J® Mark").

**REQUEST FOR ADMISSION NO. 2:**

Admit that GFI owns the domain www.graphfoundation.org.

**REQUEST FOR ADMISSION NO. 3:**

Admit that GFI controls the website located at www.graphfoundation.org.

**REQUEST FOR ADMISSION NO. 4:**

Admit that GFI has used the phrase "ONgDB – Open Neo4j Enterprise – The Graph Foundation" on its website located at www.graphfoundation.org.

**REQUEST FOR ADMISSION NO. 5:**

Admit that **Exhibit A** attached hereto is a true and correct printout of the webpage located at https://www.graphfoundation.org/projects/ongdb/ as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 6:**

Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of September 24, 2019.

**REQUEST FOR ADMISSION NO. 7:**

Admit that GFI used the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

**REQUEST FOR ADMISSION NO. 8:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

**REQUEST FOR ADMISSION NO. 9:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 was unlicensed.

/ / /

**REQUEST FOR ADMISSION NO. 10:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage

https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 did not constitute

nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 11:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage

https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 infringed the

NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the statement "ONgDB distributions are licensed under AGPLv3 as a free and

open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same

version number" made in **Exhibit A** attached hereto is not 100% accurate.

**REQUEST FOR ADMISSION NO. 13:**

Admit that **Exhibit B** is a true and correct printout of Neo4j, Inc.'s Trademark Guidelines

available on its website on September 26, 2019.

**REQUEST FOR ADMISSION NO. 14:**

Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early

as September 26, 2019.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** state they were last

updated on April 3, 2019.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early

as April 3, 2019.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j,

Inc.'s website on September 24, 2019.

/ / /

**REQUEST FOR ADMISSION NO. 18:**

Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as September 24, 2019.

**REQUEST FOR ADMISSION NO. 19:**

Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were attached as an exhibit to Neo4j, Inc.'s Complaint filed on October 1, 2019.

**REQUEST FOR ADMISSION NO. 20:**

Admit that you have been aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as least as early as December 26, 2019 when you filed your answer to Neo4j, Inc.'s Complaint.

**REQUEST FOR ADMISSION NO. 21:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage attached hereto as **Exhibit A** violated Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 22:**

Admit that **Exhibit C** attached hereto is a true and correct printout of the webpage located at https://www.graphfoundation.org/projects/ongdb/ as it existed on June 10, 2020.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 24:**

Admit that GFI used the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 25:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 26:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 was unauthorized.

/ / /

(251 of 299), Page 251 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 251 of 299
Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 1021 of 1198

**REQUEST FOR ADMISSION NO. 27:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage

https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 did not constitute

nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 28:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage

https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 infringed the NEO4J®

Mark.

**REQUEST FOR ADMISSION NO. 29:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** have been in effect since

Neo4j, Inc. filed this lawsuit against GFI on October 1, 2019 through the date of these requests.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j,

Inc.'s website as of June 10, 2020.

**REQUEST FOR ADMISSION NO. 31:**

Admit that GFI's use of the NEO4J® Mark in the title of its webpage

https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 violated Neo4j, Inc.'s

Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 32:**

Admit that GFI's use of "neo4j enterprise" in all lower case on its website,

www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

**Exhibit B.**

**REQUEST FOR ADMISSION NO. 33:**

Admit that GFI's use of "neo4j enterprise" without proper trademark notice on its website,

www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

**Exhibit B.**

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 34:**

Admit that GFI's use of "neo4j" in all lower case on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 35:**

Admit that GFI's use of "neo4j" without proper trademark notice on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 36:**

Admit that GFI's use of "Neo4j Enterprise" on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 37:**

Admit that GFI's use of "Neo4j Enterprise" without proper trademark notice on its website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 38:**

Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 39:**

Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source code repository violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 40:**

Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 41:**

Admit that GFI's use of "neo4j" in hyperlinks to documents on Neo4j, Inc.'s website does not constitute nominative fair use of the NEO4J® Mark.

/ / /

**REQUEST FOR ADMISSION NO. 42:**

Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source code repository does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 43:**

Admit that GFI's use of "neo4j" in hyperlinks to Neo4j Sweden AB's Github source code repository does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 44:**

Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 45:**

Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB does not constitute fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 46:**

Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 47:**

Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's website does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 48:**

Admit that GFI's use of "Neo4j Enterprise" on GFI's website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 49:**

Admit that GFI's use of "Neo4j Enterprise" without proper trademark notices does not constitute nominative fair use of the NEO4J® Mark.

/ / /

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 50:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from using the NEO4J® Mark in conjunction with modified open source software based on the Neo4j® graph database platform.

**REQUEST FOR ADMISSION NO. 51:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from using the NEO4J® Mark in conjunction with advertising its ONgDB software.

**REQUEST FOR ADMISSION NO. 52:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from calling ONgDB software "Neo4j Enterprise."

**REQUEST FOR ADMISSION NO. 53:**

Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI from describing ONgDB software as "Neo4j Enterprise."

**REQUEST FOR ADMISSION NO. 54:**

Admit that GFI used the NEO4J® Mark in **Exhibit C**.

**REQUEST FOR ADMISSION NO. 55:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 56:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 57:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 58:**

Admit that GFI's use of "neo4j enterprise project" in all lower case in **Exhibit C** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

/ / /

**REQUEST FOR ADMISSION NO. 59:**

Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 60:**

Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 61:**

Admit that GFI's use of "neo4j enterprise" in all lower case in **Exhibit C** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 62:**

Admit that GFI's use of "neo4j enterprise" in **Exhibit C** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 63:**

Admit that GFI's use of "neo4j enterprise" in **Exhibit C** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 64:**

Admit that **Exhibit D** attached hereto is a true and correct printout of the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it existed on January 17, 2019.

**REQUEST FOR ADMISSION NO. 65:**

Admit that GFI used the NEO4J® Mark in **Exhibit D**.

**REQUEST FOR ADMISSION NO. 66:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated that "Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed sourced components not present in this repository."

**REQUEST FOR ADMISSION NO. 67:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated that "When packaged as a binary, Enterprise

Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates."

**REQUEST FOR ADMISSION NO. 68:**

Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated "Neo4j: Graphs for Everyone."

**REQUEST FOR ADMISSION NO. 69:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com.

**REQUEST FOR ADMISSION NO. 70:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com did not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 71:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com was unlicensed.

**REQUEST FOR ADMISSION NO. 72:**

Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for Everyone" in GFI's source code repository located at www.github.com infringed the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 73:**

Admit that **Exhibit E** attached hereto is a true and correct printout of the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it existed on September 25, 2019.

**REQUEST FOR ADMISSION NO. 74:**

Admit that GFI used the NEO4J® Mark in **Exhibit E**.

/ / /

**REQUEST FOR ADMISSION NO. 75:**

Admit that as of September 25, 2019, the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com stated "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone."

**REQUEST FOR ADMISSION NO. 76:**

Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository located at www.github.com.

**REQUEST FOR ADMISSION NO. 77:**

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository located at www.github.com did not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 78:**

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com was unlicensed.

**REQUEST FOR ADMISSION NO. 79:**

Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at www.github.com infringed the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 80:**

Admit that prior to releasing ONgDB version 3.6, GFI did not use its own support documentation for ONgDB software.

**REQUEST FOR ADMISSION NO. 81:**

Admit that prior to releasing ONgDB version 3.6, GFI relied upon Neo4j, Inc.'s official documentation.

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 82:**

Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its website, www.graphfoundation.org, which redirected users to Neo4j, Inc.'s official documentation for Neo4j® software.

**REQUEST FOR ADMISSION NO. 83:**

Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its source code repository located at www.github.com, which redirected users to Neo4j, Inc.'s official documentation for Neo4j® software.

**REQUEST FOR ADMISSION NO. 84:**

Admit that as of September 24, 2019, GFI's README.asciidoc posted on GFI's ONgDB source code repository located at www.github.com contained a hyperlink, "Neo4j documentation," which redirected users to https://github.com/neo4j/neo4j-documentation.

**REQUEST FOR ADMISSION NO. 85:**

Admit that **Exhibit F** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.4.9 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 86:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.4.9 attached hereto as **Exhibit F**.

**REQUEST FOR ADMISSION NO. 87:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit F** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

**REQUEST FOR ADMISSION NO. 88:**

Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on GFI's webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

/ / /

/ / /

/ / /

•

**REQUEST FOR ADMISSION NO. 89:**

Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/operations-manual/current/.

**REQUEST FOR ADMISSION NO. 90:**

Admit that **Exhibit G** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.4.11 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 91:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.4.11 attached hereto as **Exhibit G**.

**REQUEST FOR ADMISSION NO. 92:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit G** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

**REQUEST FOR ADMISSION NO. 93:**

Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on GFI's webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

**REQUEST FOR ADMISSION NO. 94:**

Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/operations-manual/current/.

**REQUEST FOR ADMISSION NO. 95:**

Admit that **Exhibit H** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.4.12 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 96:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.4.12 attached hereto as **Exhibit H**.

/ / /

**REQUEST FOR ADMISSION NO. 97:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit H** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

**REQUEST FOR ADMISSION NO. 98:**

Admit that prior to September 25, 2019, GFI stated on its webpage for ONgDB version 3.4.12 "Look for 3.4 Developer manual here," which contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

**REQUEST FOR ADMISSION NO. 99:**

Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on GFI's webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/developer-manual/current/.

**REQUEST FOR ADMISSION NO. 100:**

Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that redirected users to http://neo4j.com/docs/operations-manual/current/.

**REQUEST FOR ADMISSION NO. 101:**

Admit that **Exhibit I** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.5.1 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 102:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.5.1 attached hereto as **Exhibit I**.

**REQUEST FOR ADMISSION NO. 103:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit I** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

**REQUEST FOR ADMISSION NO. 104:**

Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on GFI's webpage for ONgDB version 3.5.1 contained a hyperlink in the word "here" that redirected users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**Page 1195**

**REQUEST FOR ADMISSION NO. 105:**

Admit that **Exhibit J** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.5.3 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 106:**

Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version 3.5.3 attached hereto as **Exhibit J**.

**REQUEST FOR ADMISSION NO. 107:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit J** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

**REQUEST FOR ADMISSION NO. 108:**

Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on GFI's webpage for ONgDB version 3.5.3 contained a hyperlink in the word "here" that redirected users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 109:**

Admit that **Exhibit A** attached hereto is a true and correct printout of GFI's webpage for ONgDB version 3.5.4 as it existed on September 24, 2019.

**REQUEST FOR ADMISSION NO. 110:**

Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit A** redirected users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

**REQUEST FOR ADMISSION NO. 111:**

Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on GFI's webpage for ONgDB version 3.5.4 contained a hyperlink in the word "here" that redirected users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 112:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s Developer Manuals for Neo4j® Software with ONgDB Software.

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 113:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s Operations Manuals for Neo4j® Software with ONgDB Software.

**REQUEST FOR ADMISSION NO. 114:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s change logs for Neo4j® Software.

**REQUEST FOR ADMISSION NO. 115:**

Admit that **Exhibit L** attached hereto is a true and correct printout of GFI's "ONgDB 3.4 Docs" webpage located at https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.4-Docs as it existed on August 12, 2020.

**REQUEST FOR ADMISSION NO. 116:**

Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase "Developer Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/developer-manual/3.4/.

**REQUEST FOR ADMISSION NO. 117:**

Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase "Operations Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/operations-manual/3.4/.

**REQUEST FOR ADMISSION NO. 118:**

Admit that **Exhibit M** attached hereto is a true and correct printout of GFI's "Docs" webpage located at https://github.com/graphfoundation/ongdb/wiki/Docs as it existed on June 10, 2020.

**REQUEST FOR ADMISSION NO. 119:**

Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase "ONgDB 3.5" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 120:**

Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase "ONgDB 3.4" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.4/.

**REQUEST FOR ADMISSION NO. 121:**

Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.5" on the webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to https://neo4j.com/docs/operations-manual/3.5/.

**REQUEST FOR ADMISSION NO. 122:**

Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.4" on the webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to https://neo4j.com/docs/operations-manual/3.4/.

**REQUEST FOR ADMISSION NO. 123:**

Admit that GFI never authored a developer manual for ONgDB version 3.4.9.

**REQUEST FOR ADMISSION NO. 124:**

Admit that GFI never authored a developer manual for ONgDB version 3.4.11.

**REQUEST FOR ADMISSION NO. 125:**

Admit that GFI never authored a developer manual for ONgDB version 3.4.12.

**REQUEST FOR ADMISSION NO. 126:**

Admit that GFI has never authored a developer manual for any of version of ONgDB prior to its release of ONgDB version 3.6.

**REQUEST FOR ADMISSION NO. 127:**

Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to use Neo4j, Inc.'s then-current Operations Manual for Neo4j® Software with ONgDB software.

**REQUEST FOR ADMISSION NO. 128:**

Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j Operations Manual v3.4" with ONgDB software.

**REQUEST FOR ADMISSION NO. 129:**

Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j Operations Manual v3.5" with ONgDB software.

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 130:**

Admit that GFI never authored an operations manual for ONgDB version 3.4.9.

**REQUEST FOR ADMISSION NO. 131:**

Admit that GFI never authored an operations manual for ONgDB version 3.4.11.

**REQUEST FOR ADMISSION NO. 132:**

Admit that GFI never authored an operations manual for ONgDB version 3.4.12.

**REQUEST FOR ADMISSION NO. 133:**

Admit that GFI never authored an operations manual for ONgDB version 3.5.1.

**REQUEST FOR ADMISSION NO. 134:**

Admit that GFI never authored an operations manual for ONgDB version 3.5.3.

**REQUEST FOR ADMISSION NO. 135:**

Admit that GFI never authored an operations manual for ONgDB version 3.5.4.

**REQUEST FOR ADMISSION NO. 136:**

Admit that GFI has never authored an operations manual for any of version of ONgDB
prior to GFI's release of ONgDB version 3.6.

**REQUEST FOR ADMISSION NO. 137:**

Admit that **Exhibit K** attached hereto is a true and correct printout of the webpage located
at https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/ as it existed on
September 24, 2019.

**REQUEST FOR ADMISSION NO. 138:**

Admit that GFI's used the NEO4J® Mark in **Exhibit K.**

**REQUEST FOR ADMISSION NO. 139:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** violates Neo4j, Inc.'s
Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 140:**

Admit that GFI's use of "neo4j" without a trademark registration symbol in **Exhibit K**
violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

/ / /

**REQUEST FOR ADMISSION NO. 141:**

Admit that GFI's use of "Neo4j" without a trademark registration symbol in **Exhibit K** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**REQUEST FOR ADMISSION NO. 142:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 143:**

Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 144:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

**REQUEST FOR ADMISSION NO. 145:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** does not constitute nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 146:**

Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 147:**

Admit that ONgDB stands for "ONgDB's Neo4j Graph DB."

**REQUEST FOR ADMISSION NO. 148:**

Admit that ONgDB means "ONgDB's Neo4j Graph DB."

**REQUEST FOR ADMISSION NO. 149:**

Admit that **Exhibit N** attached hereto is a true and correct of a March 17, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 150:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit N**.

/ / /

**REQUEST FOR ADMISSION NO. 151:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 152:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 153:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 154:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 155:**

Admit that GFI's use of #Neo4j in **Exhibit N** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 156:**

Admit that GFI's use of #Neo4j in **Exhibit N** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 157:**

Admit that **Exhibit O** attached hereto is a true and correct of a March 21, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 158:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit O**.

**REQUEST FOR ADMISSION NO. 159:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 160:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 161:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 162:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 163:**

Admit that GFI's use of #Neo4j in **Exhibit O** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 164:**

Admit that GFI's use of #Neo4j in **Exhibit O** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 165:**

Admit that **Exhibit P** attached hereto is a true and correct of a May 10, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 166:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit P**.

**REQUEST FOR ADMISSION NO. 167:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 168:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 169:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 170:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 171:**

Admit that GFI's use of #Neo4j in **Exhibit P** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 172:**

Admit that GFI's use of #Neo4j in **Exhibit P** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 173:**

Admit that **Exhibit Q** attached hereto is a true and correct of a November 27, 2019 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 174:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit Q**.

**REQUEST FOR ADMISSION NO. 175:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 176:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 177:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 178:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 179:**

Admit that GFI's use of #Neo4j in **Exhibit Q** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 180:**

Admit that GFI's use of #Neo4j in **Exhibit Q** infringes the NEO4J® Mark.

/ / /

**REQUEST FOR ADMISSION NO. 181:**

Admit that **Exhibit R** attached hereto is a true and correct of a January 18, 2020 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 182:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit R**.

**REQUEST FOR ADMISSION NO. 183:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not reasonably necessary to identify the ONgDB product.

**REQUEST FOR ADMISSION NO. 184:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 185:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 186:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 187:**

Admit that **Exhibit S** attached hereto is a true and correct of a May 19, 2020 tweet you publicly posted on Twitter.

**REQUEST FOR ADMISSION NO. 188:**

Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit S**.

**REQUEST FOR ADMISSION NO. 189:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not reasonably necessary to identify the ONgDB product.

/ / /

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 190:**

Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not reasonably necessary to promote the ONgDB product.

**REQUEST FOR ADMISSION NO. 191:**

Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to promote ONgDB software.

**REQUEST FOR ADMISSION NO. 192:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to identify ONgDB software.

**REQUEST FOR ADMISSION NO. 193:**

Admit that GFI's use of #Neo4j in **Exhibit S** does not amount to nominative fair use of the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 194:**

Admit that GFI's use of #Neo4j in **Exhibit S** infringes the NEO4J® Mark.

**REQUEST FOR ADMISSION NO. 195:**

Admit that **Exhibit T** is a printout of Neo4j, Inc.'s Trademark Guidelines as they existed on August 13, 2020.

**REQUEST FOR ADMISSION NO. 196:**

Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** have been in effect since April 3, 2019.

**REQUEST FOR ADMISSION NO. 197:**

Admit that you are aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit T.**

**REQUEST FOR ADMISSION NO. 198:**

Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in marketing ONgDB software.

/ / /

/ / /

/ / /

**REQUEST FOR ADMISSION NO. 199:**

Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in advertising ONgDB software.

Dated:  August 14, 2020

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff
Attorneys for Plaintiffs
NEO4J, INC. and NEO4J SWEDEN AB

# EXHIBIT A

# The Graph Foundation

Open Graph Technology for Public Good

# Open Native Graph DB (ONgDB)

**The free and open source Neo4j Enterprise project**

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables    yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

## Licensing

ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number.

## Latest Release

ONgDB **3.5.8** is expected to be out shortly. We skipped a few versions to allow Neo4j to fix some bugs in previous versions.

## ONgDB 3.5.4

10 May 2019: **Release Notes | Source Code**

| Mac/Linux | ongdb enterprise 3.5.4 unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb enterprise 3.5.4 windows.zip |
| Windows 32 bit | ongdb enterprise 3.5.4 windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub |

**Page 1208** N4J-GFI_000092

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5


Go to:  http://localhost:7474
```

## Recent Releases

- ONgDB 3.5.3
- ONgDB 3.5.1
- ONgDB 3.4.12
- ONgDB 3.4.11

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search ...

**Search**

## Support GF Today!

**Donate**

VISA ◯ ◯ ⬚ DISCOVER

Copyright © 2019 Graph Foundation, Inc.

Page 1210 N4J-GFI_000094

# EXHIBIT B

Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 277 of 299
Case 5:19-cv-06226 Document 2 Filed 10/01/19 Page 277 of 1198

Company ▾    Support    Contact Us    🔍

neo4j

PRODUCTS    SOLUTIONS    CUSTOMERS    PARTNERS    RESOURCES

▾    ▾    ▾    DEVELOPERS    DOWNLOAD NEO4J

# Trademark Guidelines

## Legal Notices

Terms
California Privacy Rights
Privacy Policy
Trademark Policy

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

(278 of 299), Page 278 of 299
9/26/2019
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 278 of 299
Case 5:19-cv-06226 Document 1-2 Filed 10/01/19 Page 3 of 9

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

### Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™
   Neo Technology®



2. Our logos (the "Logos")



3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version

of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

<u>Always use the Marks in their Exact Form and Distinguishable from Other Text.</u> Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

| CORRECT | INCORRECT |
|---|---|
| Neo4j® | NEO4J |
| | Neo-4j |
| | neo4j |
| | n4j |
| | Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

| CORRECT | INCORRECT |
|---|---|

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph platform is widely used in many industries. | Neo4j® is widely used. |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | We use the Neo4j. |
| | I use Cypher. |
| I downloaded the Neo4j® database from neo4j.com. | I load data into and out of Neo4j. |
| Cypher® query language | |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

<u>Do Not Use Marks in the Plural Form.</u> Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

<u>Do Not Use Marks to Suggest Endorsement by Neo4j.</u>

| CORRECT | INCORRECT |
|---|---|
| | "Open Neo4j" |
| graph database software | XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

<u>Use of Logos</u>

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

<u>Mark Attribution and Notices</u>

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

<u>Possible Infringement</u>

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

(281 of 299), Page 281 of 299 Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 281 of 299
Case 5:18-cv-05226 Document 2 Filed 10/01/19 Page 10 of 1198
9/26/2019

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they are posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

- *PRODUCTS*
- *SOLUTIONS*
- *PARTNERS*

- *CUSTOMERS*
- *LEARN*
- *DEVELOPERS*

- *Why Graph Databases?*
- *Graph Databases vs RDBMS*
- *What's New in Neo4j*
- *Graphdatabases.com*

- *Company*
- *News*
- *Awards*
- *Careers*
- *Staff*

    

© 2019 Neo4j, Inc.
*Terms | Privacy | Sitemap*

*Neo4j®, Neo Technology® and Cypher®*
*are registered trademarks*
*of Neo4j, Inc.*

**Contact Us →**

*US: 1-855-636-4532*
*Sweden +46 171 480 113*
*UK: +44 20 3868 3223*
*France: +33 (0) 8 05 08 03 44*
*Germany: +49 (0)89 26204 6300*

Contact Sales: 1.855.636.4532  Email a graph expert

# EXHIBIT C

# The Graph Foundation

Open Graph Technology for Public Good

**Menu**

# ONgDB (Open Native Graph DB)



Downloads 10K+    Star 121    Pull 154K+

ONgDB is a fork of the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

## ONgDB 3.6.0.RC1

### 2 May 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.0.RC1-unix.tar.gz |
| --- | --- |
| Windows 64 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Docker Image | ONgDB 3.6.0.RC1 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

Go to: http://localhost:7474

## Latest Stable Release

# ONgDB 3.5.17

### 9 April 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.17-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.17-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.17-windows.zip |
| Docker Image | ONgDB 3.5.17 Docker Hub<br><br>```docker run \    --publish=7474:7474 --publish=7687:7687 \    --volume=$HOME/ongdb/data:/data \    graphfoundation/ongdb:3.5```<br><br>Go to: http://localhost:7474 |

## Previous Releases

- 3.5.16
- 3.5.15
- 3.5.14
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

## Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **ONgDB (Open Native Graph DB)**
  - **ONgDB Releases**

- ○ **ONgDB 3.4.11**
- ○ **ONgDB 3.4.12**
- ○ **ONgDB 3.4.15**
- ○ **ONgDB 3.4.17**
- ○ **ONgDB 3.4.9**
- ○ **ONgDB 3.5.1**
- ○ **ONgDB 3.5.11**
- ○ **ONgDB 3.5.12**
- ○ **ONgDB 3.5.14**
- ○ **ONgDB 3.5.15**
- ○ **ONgDB 3.5.16**
- ○ **ONgDB 3.5.17**
- ○ **ONgDB 3.5.3**
- ○ **ONgDB 3.5.4**
- ○ **ONgDB 3.6.0.M1**
- ○ **ONgDB 3.6.0.M2**
- ○ **ONgDB 3.6.0.RC1**

**Support TGF**

- ○ **Donations**
- ○ **Sponsorship**
- ○ **Thanks**

**The Graph Foundation**

- ○ **Public Records**
  - ○ **Articles of Incorporation**
  - ○ **Code of Regulations**

# Site Search

Search ...

**Search**

# Support GF Today!



Donate

VISA

Copyright © 2020 Graph Foundation, Inc.

# EXHIBIT D



# Neo4j: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

(290 of 299), Page 290 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 290 of 299
Case 5:18-cv-07182-EJD Document 247-6 Filed 04/04/23 Page 360 of 1198
8/13/2020

## Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

## Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3. |
|------|---|

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building Neo4j

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](#).

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`.

## Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

8/13/2020

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474`. On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

## Releases  293

Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 293 of 299
Case 5:18-cv-07182-EJD Document 168-6 Filed 04/20/23 Page 293 of 1198

 **3.5.19** `Latest`

yesterday

+ 292 releases

---

## Contributors `182`

        

+ 171 contributors

---

## Languages

- ● **Java** 81.4%   ● **Scala** 17.6%   ● **PowerShell** 0.3%   ● **Gherkin** 0.3%   ● **Shell** 0.2%   ● **Roff** 0.2%

# EXHIBIT E

🗐 **graphfoundation** / **ongdb**

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo.
https://www.graphfoundation.org/proje...

| ⓒ 61,025 commits | ⑂ 26 branches | ♡ 278 releases | ⚑ 177 contributors | ⚖ AGPL-3.0 |

| Branch: 3.5 ▾ | New pull request | | | Find File | Clone or download ▾ |

| 🔲 **bradnussbaum** Merge remote-tracking branch 'neo4j/3.5' into 3.5 | Latest commit 4b160f7 9 hours ago |

| 📁 .github/ISSUE_TEMPLATE | Remove custom template. | 4 months ago |
| 📁 .mvn | Add the maven-profiler extension | 3 years ago |
| 📁 build-resources | 3.5.12 | 9 hours ago |
| 📁 build | Added build and intellij codestyle file for developers of ONgDB who u... | 9 months ago |
| 📁 community | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| 📁 enterprise | 3.5.12 | 9 hours ago |
| 📁 integrationtests | 3.5.12 | 9 hours ago |
| 📁 packaging | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| 📁 stresstests | 3.5.12 | 9 hours ago |
| 📁 tools | 3.5.12 | 9 hours ago |
| 📄 .gitignore | Shade ASM to avoid conflicts in embedded deployments | 2 years ago |
| 📄 .scalafmt.conf | initial scala auto-formatting of util module | 2 years ago |
| 📄 CONTRIBUTING.md | Change some more http to https | 3 years ago |
| 📄 LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate the fs... | 7 months ago |
| 📄 README.asciidoc | Updated documentation to reference jdkman usage for building distribu... | last month |
| 📄 pom.xml | 3.5.12 | 9 hours ago |

🔲 README.asciidoc

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

Page 1230 N4J-GFI_000297

Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 296 of 299

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the [community/](#) directory) is GPLv3. The Enterprise edition ([enterprise/](#)) is licensed under the AGPLv3. |
| --- | --- |

## Dependencies

Neo4j is built using [Apache Maven](#) version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have [Homebrew](#) installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

[https://sdkman.io/](#)

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the [Neo4j documentation](#).

N4J-GFI_000298

9/25/2019 GitHub - graphfoundation/ongdb: ONgDB [Open Native Graph DB] (Neo4j fork with enterprise code) is the world's leading Graph Database. ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database. ONgDB stays in sync with the...

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

    bin/neo4j start

in the extracted folder to start Neo4j on `localhost:7474` . On Windows you want to run

    bin\neo4j start

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

    mvn clean compile exec:java

to start Neo4j.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

# EXHIBIT F

(299 of 299), Page 299 of 299
9/24/2019
Case 5.18-cv-07182-EJD ONgDB Document 18.6 Filed 12/23/24 Page 1069 of 1198
Case: 24-5538, 12/23/2024, DktEntry: 18.6, Page 299 of 299
ONgDB 3.4.9 | The Graph Foundation

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.4.9

## RELEASE DATE: 14 OCTOBER 2018

ONgDB 3.4.9 is a maintenance release with an important security fix and some fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.9-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.9-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.9-windows.zip |
| Docker Image | ONgDB 3.4.9 Docker Hub<br><br>```<br>docker run \<br>        --publish=7474:7474 --publish=7687:7687 \<br>        --volume=$HOME/neo4j/data:/data \<br>        graphfoundation/ongdb-enterprise:3.4.9<br><br>Go to:  http://localhost:7474<br>``` |

## Security Update

*ONgdB 3.4.x LDAP Security Vulnerability when using StartTLS and System Account*

We have very recently discovered a bug that results in a security vulnerability in ONgDB 3.4 versions that use LDAP authentication with StartTLS and use a System Account for authentication. The issue was reported in GitHub issue 12047.

**Page 1234** N4J-GFI_000066