No. 24-5538

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**NEO4J, INC., et al.,**

*Plaintiff and Appellee,*

v.

**Suhy, et al.**; *Defendant and*

*Appellant.*

---

Appeal From a Judgment of the United States District Court
For the Northern District of California
Hon. Edward J. Davila
United States District Judge
N. D. Cal. No. 5:18-cv-07182 EJD

---

**APPELLANTS' EXCERPT OF RECORD**

**VOL. 6 OF 16**

**pp. 1235-1533**

---

John Mark Suhy Jr (Pro Se)
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
Tel.: (703) 862-7780

We have fixed this issue in ONgDB 3.4.9, which we advise you to upgrade to as soon as possible.

*Scope*: This affects all ONgDB 3.4.x versions that use LDAP for authentication, and have configured to use StartTLS (dbms.security.ldap.use_starttls=true) and are using System Account (dbms.security.ldap.authorization.use_system_account=true). Note, that both of these settings are false by default, so only those who have explicitly set these are affected. Users of LDAPS are not affected. Earlier versions of ONgDB are also not affected.

*Workaround*: It's possible to work around the issue without upgrading the software. To do this, comment out the "use StartTLS" configuration parameter in the ONgDB.conf file on all ONgDB 3.4.x servers in your cluster and restart each instance for this to take effect. This can be done in a rolling fashion without downtime. Later, once you are able to upgrade to 3.4.9, upgrade to that version (in a rolling fashion if in a clustered environment), uncomment the configuration parameter to enable StartTLS, and restart the database.

## Other Fixes and Improvements

- Incremental online backup now leaves the resulting backed up store in a fully recovered state. This fixes problems with seeding a Causal Cluster with a store from an incremental online backup.
- Cypher fix for `ORDER BY + LIMIT 0` when using slotted runtime
- Browser now correctly handles `:queries` in clustered environments when not all members could be reached

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- Heimdall
- Open Native Graph DB (ONgDB)

- ONgDB Releases
  - ONgDB 3.4.11
  - ONgDB 3.4.12
  - ONgDB 3.4.9
  - ONgDB 3.5.1
  - ONgDB 3.5.3
  - ONgDB 3.5.4

Support TGF
- Donations
- Sponsorship
- Thanks

The Graph Foundation
- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search …

**Search**

## Support GF Today!

**Donate**

VISA    DISCOVER

Copyright © 2019 Graph Foundation, Inc.

# EXHIBIT G

# The Graph Foundation

Open Graph Technology for Public Good

**Menu**

# ONgDB 3.4.11

### RELEASE DATE: 17 DECEMBER 2018

ONgDB 3.4.11 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.11-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.11-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.11-windows.zip |
| Docker Image | ONgDB 3.4.11 Docker Hub <br><br> ```docker run \     --publish=7474:7474 --publish=7687:7687 \     --volume=$HOME/neo4j/data:/data \     graphfoundation/ongdb:3.4.11   Go to:  http://localhost:7474``` |

## Highlights

- Fix count query returning no rows on entity inconsistency
- Removes explicit ONgDB-admin import db existence check
- Fix VM pause monitor logging

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

# Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search ...



Copyright © 2019 Graph Foundation, Inc.

# EXHIBIT H

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.4.12

## RELEASE DATE: 18 JANUARY 2019

ONgDB 3.4.12 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip |
| Docker Image | ONgDB 3.4.12 Docker Hub<br><br>```docker run \     --publish=7474:7474 --publish=7687:7687 \     --volume=$HOME/neo4j/data:/data \     graphfoundation/ongdb:3.4.12  Go to:  http://localhost:7474``` |

## Highlights

- When a native memory allocation fails, ONgDB will now include helpful debugging information in all such cases, instead of just some of them.
- Close all index readers opened during lockingNodeUniqueIndexSeek

Page 1243 N4J-GFI_000075

- Fixes a race updating the label index, where e.g. a node CREATE followed by DELETE could be reordered into DELETE followed by CREATE, and vice versa.

- Obsfucate LDAP system password in debug log

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.4 Developer manual here, and 3.4 Operations manual here.

## Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall

- Open Native Graph DB (ONgDB)

    - ONgDB Releases

        - ONgDB 3.4.11

        - ONgDB 3.4.12

        - ONgDB 3.4.9

        - ONgDB 3.5.1

        - ONgDB 3.5.3

        - ONgDB 3.5.4

Support TGF

- Donations

- Sponsorship

- Thanks

The Graph Foundation

- Public Records

    - Articles of Incorporation

    - Code of Regulations



## Site Search

Search …

**Search**

## Support GF Today!

Donate

VISA

Copyright © 2019 Graph Foundation, Inc.

Page 1245 N4J-GFI_000077

# EXHIBIT I

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.1

## RELEASE DATE: 20 DECEMBER 2018

ONgDB 3.5.1 is a maintenance release with many important improvements and fixes.

| Mac/Linux | ongdb-enterprise-3.5.1-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.1-windows.zip |
| Docker Image | ONgDB 3.5.1 Docker Hub<br><br>```<br>docker run \<br>        --publish=7474:7474 --publish=7687:7687 \<br>        --volume=$HOME/neo4j/data:/data \<br>        graphfoundation/ongdb:3.5.1<br><br>Go to:  http://localhost:7474<br>``` |

## Highlights

- Update reported metrics types to correctly represent nature of reported event
- Removes explicit neo4j-admin import db existence check
- Fix public api: revive legacy iterators
- Fix VM pause monitor logging

Page 1247 N4J-GFI_000072

- Fix an error that made the timestamp function case sensitive

- Fix issue with compiled runtime and count(), where transient entity inconsistencies would make some aggregating queries (e.g. MATCH (n:Artist) WHERE n.name = 'Madonna' RETURN count(n)) return fewer rows than expected

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search ...

**Search**

---

# Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

Page 1249 N4J-GFI_000074

# EXHIBIT J

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB 3.5.3

## RELEASE DATE: 11 FEBRUARY 2019

ONgDB 3.5.3 is a maintenance release with many important improvements and fixes.

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.3-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.3-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.3-windows.zip |
| Docker Image | ONgDB 3.5.3 Docker Hub<br><br>```<br>docker run \<br>        --publish=7474:7474 --publish=7687:7687 \<br>        --volume=$HOME/neo4j/data:/data \<br>        graphfoundation/ongdb:3.5.3<br><br>Go to:  http://localhost:7474<br>``` |

## Highlights

- Fix bug in slotted NodeRightOuterHashJoin, which would lead to wrong results.
- Adds IndexReader#distinctValues() able to access all distinct values in an index with number of indexed entries for each value. Values are materialized if user requests it and the index supports materialization of actual values.
- Fix issue with PROFILE and EXPLAIN of queries with unusual variable names
- Delete spammy log line reported on LEADER on FOLLOWER failure

**Page 1251** N4J-GFI_000086

## Detailed Changes and Docs

For the complete list of all changes, please see the changelog. Look for 3.5 Operations manual here.

## Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall

- Open Native Graph DB (ONgDB)

  - ONgDB Releases

    - ONgDB 3.4.11

    - ONgDB 3.4.12

    - ONgDB 3.4.9

    - ONgDB 3.5.1

    - ONgDB 3.5.3

    - ONgDB 3.5.4

Support TGF

- Donations

- Sponsorship

- Thanks

The Graph Foundation

- Public Records

  - Articles of Incorporation

  - Code of Regulations

## Site Search

Search ...

9/24/2019 Case 5:18-cv-07182-EJD Document 60 Filed 09/24/18 ongdb-3-5-3 | The Graph Foundation Page 1087 of 1198



Page 1253 N4J-GFI_000088

# EXHIBIT K

# The Graph Foundation

Open Graph Technology for Public Good

Menu



## Neo4j is Open Core – Now What?

**31** JAN 2019

**1 COMMENT**

The word responsibility can be thought of in a simple way. If you have an *ability* what is your *response* to that ability? If there's a need and you're able to meet it, what is your response? Will you act and use your ability to improve the situation for the betterment of everyone? If keeping the best open source graph database on the market today fully open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization then keep reading through to the end. If you care but don't need to know all the details right now then skip down to the TL;DR.

We've been in the graph community for a while now (circa 2011) and we know a bit about the origins of the open source neo4j graph database. We've seen first hand the powerful transformation that graph brings to organizations and its potential to enhance the way complex data is stored, processed and queried now and in the future. We know that the success of an open source database goes well beyond the commits made to the repository. Engineering is important, yes, and there is plenty of that needed when building a database, but it's not the only contributing factor to enabling a great open source database, especially in the emerging graph database space. There are many key roles including entrepreneurs to build supporting businesses and ecosystem products, early customer adopters, implementations that stress and push the technology to the edge, testing and reporting defects from usage, promotion, discussion and exposure at events, meetups and conferences, community support, training and skill building across the user base, a sharing of vision and community involvement and likely many more that we don't even see.

The open source neo4j graph database (hereafter the lowercase "neo4j") has thrived since 2011 because it has been fully open source. In the very early days it's difficult to get adoption of a new database technology, especially one that is closed source. Many organizations have open source initiatives, especially around databases, to avoid the lock in and closed ecosystems that occur with relational databases from Oracle, SAP and Microsoft. The open stack initiative was born out of the need to scale database technologies to achieve business solutions without facing unknown and often staggering licensing costs. The Open Source Initiative created momentum around the adoption of open source databases and neo4j has benefitted from this by being fully open source.

**Page 1255** N4J-GFI_000078

Unfortunately neo4j has always had a split licensing personality. In the early days, Emil (founder and CEO of Neo Technology, Inc.) faced challenges in how to commercialize neo4j and figure out what features were enterprise vs. community. In the end, the line was drawn to designate clustering, backups, restore, monitoring, metrics, security, constraints, scalable database format for big graphs, and enhance cypher as *enterprise* features while the core kernel, cypher and server capabilities would be designated as *community*. With the separate designations for enterprise and community came separate licenses AGPLv3 and GPLv3 respectively. Why Emil chose these licenses stems from the beginning when neo4j was mostly used as an embedded database and the less permissible enterprise AGPLv3 license would have required some projects embedding neo4j enterprise to be open source or get a commercial license (in the early days we worked on some of these embedded cases).

When server mode emerged in 1.8 (2012) and folks stopped embedding neo4j, the AGPLv3 open source license allowed usage of the standalone server without a commercial license. The introduction of server mode was essential and if the license had changed at that time to restrict enterprise features (such as clustering in server mode), it would have greatly impacted the adoption of still very immature database. Instead, what followed was the start of Neo Technology's split licensing personality. On the one hand, if you visited the Github neo4j open source project you would see an AGPLv3 license that allowed enterprise usage and at the major Graph Connect conference Neo Technology would promote these enterprise features and the open source contribution of them. On the other hand, sales and marketing would create confusion among commercial users that neo4j enterprise needed a license to avoid open sourcing their project code (which was only true for embedded use cases of which there are only a handful still to date).

It was only recently that Neo4j, Inc. came into existence. Before that it was Neo Technology, Inc. and the commercial license was so appropriately called the Neo Technology Commercial License (NTCL). This meant community and enterprise could be used as-is without warranty under GPLv3 and AGPLv3 respectively or exclusively enterprise supported under the NTCL. Any neo4j users had the freedom to checkout neo4j community and enterprise source under one GitHub repository, compile and run all the tests, see the open development of the project, report issues and build distributions of both community and enterprise under GPLv3 and AGPLv3 respectively. This was good for community as it showed a vibrant ecosystem where everyone understood that core freedoms were being promoted and Neo Technology was able to commercialize enterprise under NTCL for enterprise customers that needed support.

At some point in neo4j's growth and adoption, around year 2015, neo4j became a clearly viable database – this wasn't the case from 2011 2015 when it suffered heavily from failed deployments as the result of scalability and reliability issues for many now common use cases. With neo4j becoming increasingly popular and more commercial licenses in hand, Neo Technology accelerated commercialization efforts around neo4j enterprise which included an increase in marketing rhetoric that focused on commercial customers needing a license (NTCL) to use enterprise. At the same time, Neo Technology continued to promote the open source nature and contributions of the company. This dual position led to confusion in the community and frustrations among commercial neo4j users but ultimately allowed Neo Technology to grow its commercial customer base while appealing to open source communities giving it all the benefits of riding the open source wave.

**Page 1256** N4J-GFI_000079

It was between 2016-2018 that Neo Technology made the big changes. Unknown to the community they acquired trade marks on Neo4j and Cypher (both were commons usage until that point) and Neo Technology, Inc. changed its name to Neo4j, Inc. The build tooling that had allowed neo4j enterprise users to build enterprise distributions was removed from the open source repository. The enterprise license changed from AGPLv3 to AGPLv3 + Commons Clause and was applied to the then mainline 3.4 release and backported to patch releases for 3.2 and 3.3 to attempt a block at subsequent patch releases. And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules including tools and tests from open source and declare publicly that Neo4j, Inc. is now an Open Core organization leaving neo4j community alone as open source.

So why does it matter so much that the enterprise features were taken closed? Well for any like-minded architects out there with open source initiatives we know that a database we choose needs to be open source so we can see it, build it, know there is a community engaged around it and good commercial support so that our organization has the option to reduce risk and improve business continuity as desired. We also know that any viable database needs to be performant (enhanced cypher runtime), vertical and horizonal scale (clustering, sharding, query parallelization), operational and administration ease (backups, restore, monitoring, metrics, logging), security to lock it down and constraints to ensure integrity. All of these are core features for a modern database to be in a modern data architecture. It was the enterprise features and the fact they were open that enabled neo4j to enter the modern architecture. The reason we say modern architecture is because it's not just an enterprise architecture. Any more these days, any initiative worth undertaking requires a scalable architecture. Any product or platform worth building demands an underlying scalable foundation and very often an open source architecture in addition. The remaining community features do not meet these needs and while enterprise features can still be access through Neo4j, Inc. they are propriety and do not meet open initiative requirements.

Organizations that adopt a proprietary enterprise should be aware of the specialized data format in enterprise today. The database format for building large graphs (bigger than 34 billion nodes/relationships) was designated as an enterprise feature and is required when using enterprise. When users move from community to enterprise there is a data format migration performed that is irreversible. This means that all enterprise users today, after they upgrade to 3.5 will be using a proprietary data format that will forever have them locked in. Based on Neo4j, Inc.'s trajectory, this may be intentional so they can continue to move closer to their vision of becoming the Oracle of graph databases as they think of it.

We see a bigger vision for graph unfolding where there is going to be a much bigger need for scalability, performance and compute in a distributed manner as graphs begin to play a central role in machine learning, artificial intelligence and the new age definitions of both as they will be continue to be redefined to move beyond the definitions from the 60's. The way we see it, clustering, sharding, parallel cypher and big graph performance will be essential in this coming age and cannot be proprietary, closed source enterprise features. Every organization has a vested interest in this future mission and it's essential that the handling of this critical component is done in the open for everyone.

N4J-GFI_000080

The only way for neo4j enterprise users and those community users needing enterprise features is to make a bold move to The Graph Foundation. We started Graph Foundation, Inc. (referred to as The Graph Foundation) in June 2018 when we noticed Neo4j's position beginning to change and the implications of this for the community and ecosystem. The Graph Foundation is a nonprofit with 501(c)(3) status and its goal is to take over neo4j enterprise development and continue forward under a model that closely resembles that of The Linux Foundation.

We see that one of the most important aspect about neo4j is that it's an open source native graph database. We call it native to separate from other graph layers built on RDBMS and NoSQL databases that use indexes or joins to form relationships while native graphs like neo4j store nodes and relationships as fast mapped pointers at a store level giving peak performance when traversing complex, densely connected data. In 2003, we were obsessed with learning about open source and the world that it had created. As a big users of Linux we learned of the efforts of the Free Software Foundation that gave us not only the freedoms we came to know and love but the tools to build and thrive without limitations. As a throwback to those early days and our beginnings on GNU (remember GNU's Not Unix), we decided on the name ONgDB (oh-n-gee-db) which stands for Open Native Graph DB but also ONgDB's Neo4j Graph DB. We just couldn't resist the double meaning and the shout out to those that have come before us in pioneering the Free Open Source Software movement.

In order to move ONgDB forward in a significant way, we're going to need a lot of help. If keeping the best graph database on the market today open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization, there are a few things you can do to be an activist in this mission and help the cause.

First, help spread the word and make every individual and organization aware of what's happening. Don't let the conversation end at a press release from Neo4j, Inc. This is bigger than that and Neo4j does not represent the collective voice of the graph community now or those that will need an open community and its solutions in the future. The fate of many is incorrectly in the hands of a few that do not seek interests in the best alignment for the future in store for us all.

Second, if you have the skill, ability or just sheer passion for learning and working with a foundation of inspiring individuals ready to teach and help you grow, this is one of the greatest technology initiative of your time to be part of in ushering in a change for the ages. We are going to take graph to the next level and you will be part of this historical movement.

Third, if you have open initiatives for data architecture at your organization then you need to cut your licenses from Neo4j, Inc. Don't invest monetarily in a proprietary future. If you need commercial support beyond the community, and many organizations will, The Graph Foundation has commercial sponsors working and contributing to the open source initiative and you should contact us for those commercial sponsors that will work with you to give you the support, liability and warranty you need to succeed. Many of the engineers working on ONgDB alongside foundation engineers are coming from commercial sponsors that are donating time and resource to move the mission forward. Sponsors such as GraphGrid,

Page 1258 N4J-GFI_000081

the top contributor to date have the most talented pool of engineers and commercial momentum to give enterprise customers the best choice for commercial support.

Lastly, The Graph Foundation does have operating costs and is being donated to heavily by sponsors like GraphGrid. In order for the foundation to move forward we need to have more capacity within the foundation to continue on development and road mapping. Our desire is to have many commercial entities influencing the future decisions of The Graph Foundation. The Graph Foundation is a 501(c)(3) which has nonprofit status from the IRS so any donations are tax deductible by any enterprise that makes a donation. Corporate sponsorship will help ensure The Graph Foundation thrives and has the backing to correctly move the broader graph vision forward in a way that serves those most invested in the future of graph.

We see the future ahead; it's connected and built on graph. We want to connect with you, right now to ensure that this future remains free and open to all. To this end we will not stop to until we have brought to fruition this vision which stands before us all. Will you join this mission?

TL;DR

Neo4j, Inc. made key performance, scalability and security features proprietary as of 3.5

We must protect the freedoms of neo4j enterprise users by keeping enterprise open source to ensure a vibrant future for everyone, not the few

Under current enterprise designations, the biggest gains in big graphs to power AI/ML/DeepGL, distributed/parallel Cypher and large clusters with sharding will be Neo4j Enterprise Edition features and require lock-in to a proprietary database

The Graph Foundation, a nonprofit 501(c)(3), is taking over enterprise open source development and with the help of sponsors and the community will push forward a vision of graph that will be for everyone

The Graph Foundation needs help! Consider sponsoring and getting commercial support from approved commercial sponsors to ensure enterprise development continues forward

 **Brad Nussbaum**

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

**NEXT**

# 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

**Page 1259** N4J-GFI_000082

# 1 Comment

Pingback: 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

**Post Comment**

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF

- Donations
- Sponsorship
- Thanks

The Graph Foundation

- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search ...

Search

## Support GF Today!

Page 1261 N4J-GFI_000084



Copyright © 2019 Graph Foundation, Inc.

Case 5:18-cv-07182-EJD  Document 98-1  Filed 12/11/20  Page 1097 of 1198

# EXHIBIT L



# ONgDB 3.4 Docs

Brad Nussbaum edited this page Apr 9, 2020 · 3 revisions

---

Developer Manual

Operations Manual

Pages 15



- Website
- Wiki home
- Docs
- Changelog
- Get Involved

Clone this wiki locally

https://github.com/graphfoundation/ongdb.wiki.git

© 2020 GitHub, Inc.
Terms
Privacy
Security
Status
Help

Contact GitHub
Pricing
API
Training
Blog
About

# EXHIBIT M



graphfoundation / ongdb

Sign up ▫

Code    Issues ●    Pull requests ●    Projects ●    Actions    Wiki    Security    Pulse

# Docs

Brad Nussbaum edited this page Mar 26, 2020 · 3 revisions

---

The ONgDB documentation is divided into different documentation for
different editions and releases. You'll find relevant links to all of these resources
on this index page.

## Under development

- ONgDB 4.0
- ONgDB 3.6

## Latest release

- ONgDB 3.5

## Older releases

- ONgDB 3.4

Pages 15



- Website
- Wiki home
- Docs

- Changelog
- Get Involved

Clone this wiki locally

`https://github.com/graphfoundation/ongdb.wiki.git`

© 2020 GitHub, Inc.
Terms
Privacy
Security
Status
Help

Contact GitHub
Pricing
API
Training
Blog
About

# EXHIBIT N



Explore

Settings

Tweet

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.3 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

12:31 PM · Mar 17, 2019 · Twitter Web Client

**2** Retweets **5** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic
72.5K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,582 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

# EXHIBIT O

8/13/2020     The Graph Foundation on Twitter: "#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more: https://t.co/IQR5…



Twitter

# Explore

⚙ Settings

← **Tweet**

**The Graph Foundation**
@GraphFoundation

**#ONgDB**, Open **#Neo4j** Enterprise, marches on with 1,000th download. Read more:



1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
🔗 graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets   **2** Likes

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**The Graph Foundation**    **Follow**
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord** 🔴
Watch live at 7PM PT
☑ Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,636 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ˅
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



# EXHIBIT P

8/13/2020    The Graph Foundation on Twitter: "#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out! https://t.co/AE8eWZFJoV" / Twitter





**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out!

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

5:25 AM · May 10, 2019 · Twitter Web Client

**3** Retweets  **3** Likes

1/1

# EXHIBIT Q

8/13/2020    The Graph Foundation on Twitter: "#ONgDB (#FOSS #Neo4j Enterprise) 3.5.12 support release is out: https://t.co/W9AWZFJoV" / Twitter



# EXHIBIT R

8/13/2020 The Graph Foundation on Twitter: "#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out: https://t.co/YlEfAWZFJoV" / Twitter

Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out:



**ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation**
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets  **2** Likes

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**    Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
☑ Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
72.8K Tweets

MLB · LIVE
**Nationals at Mets**
Trending with: Tomas Nido and David Peterson

NFL · Trending
**Ertz**
1,630 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ∨
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

# EXHIBIT S

Explore

Settings

Tweet

**The Graph Foundation**
@GraphFoundation

Latest #ONgDB apoc 3.5.0.8 procedure release is out.
github.com/graphfoundatio... #Neo4j

Release 3.5.0.8 · graphfoundation/ongdb-apoc
Full
https://cdn.graphfoundation.org/apoc/dist/org/neo4j/proced...
github.com

11:31 AM · May 19, 2020 · Twitter Web App

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic
72.5K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,582 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



# EXHIBIT T



# Trademark Guidelines

## Legal Notices

Terms

California Privacy
Rights

Privacy Policy

Trademark Policy

Modern Slavery
Statement

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has esablished this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their disinctiveness and srength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modifed, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modifcation of copyrighted software and disribution in original or modifed form, such disribution could be misleading if disributed under the same name.   This could cause confusion among consumers of the software as to source. They may misaikenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumsances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we

**Page 1282**

are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to undersand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or disributed by Neo4j, is the software in the exact form that it is disributed by Neo4j without modifcation of any kind. To the extent any authorized modifcations are made to the software, such modifed software should no longer bear the Neo4j trademarks.  The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you mus decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that sill ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to srike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

Our Trademarks

This Policy covers the following non-exhausive lis of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®

Neo4j® Bloom™

Neo4j® Desktop™

Neo Technology®

2. Our logos (the "Logos")





3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be regisered, but regisration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are regisered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks mus be licensed and comply with these guidelines. Whenever you use one of the Marks, you mus always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are disributing the Neo4j® software when you're disributing a modifed version of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot disribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your disribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggess that your website is an ofcial website or that we endorse your

website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is refected throughout this Policy . It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or disribution of software if you are also not in compliance with the copyright license for the software.

You may not use or regiser , in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illusrations within the document, as long as the use does not sugges that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeof, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our beneft.

## Proper Use of the Marks

These rules hold true for all trademarks, not jus ours, so you should follow them for our Marks as well as anyone else's.

Always use the Marks in their Exact Form and Disinguishable from Other  Text.
Always use the Word Marks in a manner disinguished from surrounding text,

with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

| CORRECT | INCORRECT |
|---|---|
| Neo4j® | NEO4J<br>Neo-4j<br>neo4j<br>n4j<br>Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an insance of the Marks. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph platform is widely used in many industries. | |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | Neo4j® is widely used.<br><br>We use the Neo4j.<br><br>I use Cypher. |
| I downloaded the Neo4j® database from neo4j.com. | I load data into and out of Neo4j. |
| Cypher® query language | |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---|---|

| | |
|---|---|
| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

Do Not Use Marks in the Plural Form. Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

Do Not Use Marks to Sugges Endorsement by Neo4j.

| CORRECT | INCORRECT |
|---|---|
| graph database software | "Open Neo4j" <br><br> XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

Use of Logos

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, disort it, add elements, or combine it with other logos.  The logo may only be used displaying the exact colors shown in our Style Guide.

<u>Mark Attribution and Notices</u>

The frs or mos prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a regisered trademark ("®") or an unregisered trademark ("™").Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or regisered trademark of Neo4j, Inc.  or its subsidiaries in the United States and/or other countries."

<u>Possible Infringement</u>

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can invesigate it further .

<u>Updates</u>

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifcations or updates as they will apply as soon as they as posed on this page.

<u>Further Information</u>

Neo4j has tried to make this Trademark Policy as comprehensive and undersandable as possible. If you have any quesions about this Policy  , would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

PRODUCTS          CUSTOMERS          Why Graph          Company
                                     Databases?
                                                        News
USE CASES         LEARN              Graph Databases
                                     vs RDBMS           Awards

PARTNERS          DEVELOPERS         What's New in      Careers
                                     Neo4j
                                                        Staff
                                     Graphdatabases.com

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
© 2020 Neo4j, Inc.                   UK: +44 20 3868 3223
Terms | Privacy | Sitemap            France: +33 (0) 8 05 08 03 44

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
regisered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532          Email a graph expert

# EXHIBIT 129

1   JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
2   BERGESON, LLP
111 N. Market Street, Suite 600
3   San Jose, CA 95113
Telephone: (408) 291-6200
4   Facsimile: (408) 297-6000

5   Attorneys for Defendant
GRAPH FOUNDATION, INC.
6

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

| | |
|---|---|
| 11   NEO4J, INC., a Delaware corporation, | Case No. 5:19-cv-06226-EJD |
| 12        Plaintiff, | **GRAPH FOUNDATION, INC.'S** |
| | **SUPPLEMENTAL OBJECTIONS AND** |
| 13      v. | **RESPONSES TO NEO4J, INC.'S FIRST** |
| | **SET OF REQUESTS FOR ADMISSION** |
| 14   GRAPH FOUNDATION, INC., an Ohio | |
| corporation, | Judge:    Hon. Edward J. Davila |
| 15 | Crtrm.:   4, 5th Fl. |
|        Defendant. | |
| 16 | |
| | Complaint Filed: October 1, 2019 |
| 17 | |

18

19   PROPOUNDING PARTY:      Plaintiff NEO4J, INC.

20   RESPONDING PARTY:      Defendant GRAPH FOUNDATION, INC.

21   SET NO.:                 One (1)

22

23

24

25

26

27

28

---

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1        Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant GRAPH

2  FOUNDATION, INC. ("GFI") hereby supplements its response to Plaintiff NEO4J, INC.'s

3  ("Neo4J" or "Plaintiff") First Set of Requests for Admission as follows:

4                   **PRELIMINARY STATEMENT**

5        The following responses are made solely for the purpose of, and in relation to, this action.

6  Each response is provided subject to all appropriate objections (including, without limitation,

7  objections concerning competency, relevancy, materiality, propriety, and admissibility) that would

8  require the exclusion of any statement contained herein if the statement were made by a witness

9  present and testifying in court.  All such objections and grounds therefore are reserved and may be

10  interposed at the time of trial.

11        The following responses are based on the facts and information presently known and

12  available to GFI.  Discovery, investigation, research, and analysis are still ongoing in this case and

13  may disclose the existence of additional facts, add meaning to known facts, establish entirely new

14  factual conclusions or legal contentions, or possibly lead to additions, variations, or changes to

15  these responses.  Without being obligated to do so, GFI reserves the right to change or supplement

16  these responses as additional facts are discovered, revealed, recalled, or otherwise ascertained, and

17  as further analysis and research disclose additional facts, contentions or legal theories which may

18  apply.

19                   **GENERAL OBJECTIONS**

20      1.      GFI objects to the Requests in their entirety, and to each individual interrogatory

21  therein, to the extent that they purport to require GFI to provide information concerning persons or

22  entities other than GFI, on the grounds that the Requests, to that extent, are overbroad and seek

23  information that is neither relevant to the subject matter of this Action nor reasonably calculated to

24  lead to the discovery of admissible evidence, or if relevant, so remote therefrom as to make their

25  disclosure of little or no practical benefit to Neo4j, while placing an unwarranted and extreme

26  burden and expense on GFI in ascertaining, gathering and providing such information.

27      2.      GFI objects to the Requests in their entirety and to each individual interrogatory

28  therein, to the extent that they seek information that is not relevant and does not appear reasonably

<div align="center">1</div>

1   calculated to lead to the discovery of admissible evidence.

2       3.      GFI objects to the Requests in their entirety and to each individual interrogatory

3   therein, to the extent that they purport to require GFI to provide information that is not within its

4   possession, custody, or control.

5       4.      GFI objects to the Requests in their entirety, and to each individual interrogatory

6   therein, to the extent they purport to require GFI to provide information that has already been

7   provided by parties in this Action, or that could be provided by parties to this Action, or non-

8   parties.

9       5.      GFI objects to the Requests in their entirety, and to each individual interrogatory

10  therein, to the extent they seek information prepared in anticipation of, or in connection with this

11  Action, or information protected from disclosure by the attorney-client privilege, the attorney

12  work-product doctrine, or any other applicable privilege against disclosure.

13      6.      GFI objects to "Instructions" contained in the Requests, to the extent that they are

14  inconsistent with and/or seek to impose obligations beyond those imposed by the Federal Rules of

15  Civil Procedure and the Local Civil Rules.

16                          **RESPONSES TO REQUESTS FOR ADMISSION**

17  **REQUEST FOR ADMISSION NO. 1:**

18      Admit that Graph Foundation, Inc. (hereafter referred to as "GFI") does not have a license

19  to use U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" (hereafter referred

20  to as the "NEO4J® Mark").

21  **RESPONSE:**

22      Admit.

23  **REQUEST FOR ADMISSION NO. 2:**

24      Admit that GFI owns the domain www.graphfoundation.org.

25  **RESPONSE:**

26      Admit.

27  **REQUEST FOR ADMISSION NO. 3:**

28      Admit that GFI controls the website located at www.graphfoundation.org.

2

1 **RESPONSE:**

2     Admit.

3 **REQUEST FOR ADMISSION NO. 4:**

4     Admit that GFI has used the phrase "ONgDB – Open Neo4j Enterprise – The Graph

5 Foundation" on its website located at www.graphfoundation.org.

6 **RESPONSE:**

7     Defendant admits that this phrase was used prior to GFI being made aware of the Neo4j

8 trademark.

9 **REQUEST FOR ADMISSION NO. 5:**

10     Admit that **Exhibit A** attached hereto is a true and correct printout of the webpage located

11 at https://www.graphfoundation.org/projects/ongdb/ as it existed on September 24, 2019.

12 **RESPONSE:**

13     Admit.

14 **REQUEST FOR ADMISSION NO. 6:**

15     Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was

16 titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of September 24, 2019.

17 **RESPONSE:**

18     Defendant objects to this Request on the ground that its use of the term "titled" renders it

19 vague, ambiguous, and unintelligible. Without waving this objection, Defendant admits that the

20 quoted language was present on the identified web page on that date which was used prior to GFI

21 being made aware of the Neo4j trademark.

22 **REQUEST FOR ADMISSION NO. 7:**

23     Admit that GFI used the NEO4J® Mark in the title of its webpage

24 https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

25 **RESPONSE:**

26     Defendant objects to this Request on the ground that its use of the term "used the

27 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible. Without waving this

28 objection, Defendant admits that the word "Neo4j" was present on the identified web page on that

3

1  date which was used prior to GFI being made aware of the Neo4j trademark.

2  **RESPONSE:**

3       Defendant objects to this Request on the ground that its use of the term "used the

4  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

5  objection, Defendant admits it used the word "Neo4j" on the identified web page on that date

6  which was used prior to GFI being made aware of the Neo4j trademark.

7  **REQUEST FOR ADMISSION NO. 8:**

8       Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

9  title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019.

10  **RESPONSE:**

11       Defendant objects to this Request on the ground that its use of the term "used the

12  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

13  objection, Defendant admits that it did not obtain authorization from Neo4j, Inc. to use the word

14  "Neo4j" on the identified web page on that date.

15  **REQUEST FOR ADMISSION NO. 9:**

16       Admit that GFI's use of the NEO4J® Mark in the title of its webpage

17  https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 was unlicensed.

18  **RESPONSE:**

19       Defendant objects to this Request on the ground that its use of the term "used the

20  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

21  objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the

22  word "Neo4j" on the identified web page on that date.

23  **SUPPLEMENTAL RESPONSE:**

24       Defendant objects to this Request on the ground that its use of the term "used the

25  NEO4J(r) Mark" in the title renders it vague, ambiguous, and unintelligible.  Without waving this

26  objection, Defendant admits that it was not granted a license by Neo4j, Inc. to use the word

27  "Neo4j" on the identified web page on that date.

28

4

1 **REQUEST FOR ADMISSION NO. 10:**

2     Admit that GFI's use of the NEO4J® Mark in the title of its webpage

3 https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 did not constitute

4 nominative fair use of the NEO4J® Mark.

5 **RESPONSE:**

6     Defendant objects to this Request on the ground that its use of the term "used the

7 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible. Without waving this

8 objection, Defendant responds: Denied.

9 **REQUEST FOR ADMISSION NO. 11:**

10     Admit that GFI's use of the NEO4J® Mark in the title of its webpage

11 https://www.graphfoundation.org/projects/ongdb/ as of September 24, 2019 infringed the

12 NEO4J® Mark.

13 **RESPONSE:**

14     Defendant objects to this Request on the ground that its use of the term "used the

15 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible. Without waving this

16 objection, Defendant responds: Denied.

17 **REQUEST FOR ADMISSION NO. 12:**

18     Admit that the statement "ONgDB distributions are licensed under AGPLv3 as a free and

19 open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same

20 version number" made in **Exhibit A** attached hereto is not 100% accurate.

21 **RESPONSE:**

22     Defendant objects to this request on the grounds that its use of the term 100% accurate is

23 vague, ambiguous, and unintelligible in connection with the quoted language and on that basis

24 denies the request.

25 **SUPPLEMENTAL RESPONSE:**

26     Defendant objects to this request on the grounds that its use of the term 100% accurate is

27 vague, ambiguous, and unintelligible in connection with the quoted language. Defendant further

28 objects to the request on the ground that it is vague as to time. Without waiving these objections,

5

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  and subject to it, Defendant responds: Denied.

2  **REQUEST FOR ADMISSION NO. 13:**

3      Admit that **Exhibit B** is a true and correct printout of Neo4j, Inc.'s Trademark Guidelines

4  available on its website on September 26, 2019.

5  **RESPONSE:**

6      Defendant is without sufficient information to admit or deny this request and, on that basis,

7  denies the request.

8  **SUPPLEMENTAL RESPONSE:**

9      Defendant admits that it became aware when it was served with the Complaint in this

10 action that Neo4J, Inc. claimed that it had Trademark Guidelines in the form attached to the

11 Complaint and that Neo4J, Inc. had posted purported Trademark Guidelines on its website.

12 Defendant is without sufficient information to admit or deny the remainder of the request and, on

13 that basis, denies the request.

14 **REQUEST FOR ADMISSION NO. 14:**

15     Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as

16 September 26, 2019.

17 **RESPONSE:**

18     Denied.

19 **REQUEST FOR ADMISSION NO. 15:**

20     Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** state they were last

21 updated on April 3, 2019.

22 **RESPONSE:**

23     Defendant admits that the document attached as Exhibit B contains a statement to that

24 effect. Defendant is without sufficient information to admit or deny the remainder of this request

25 and, on that basis, denies the request.

26 **REQUEST FOR ADMISSION NO. 16:**

27     Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as

28 April 3, 2019.

6

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1297

1 **RESPONSE:**

2     Denied.

3 **REQUEST FOR ADMISSION NO. 17:**

4     Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j,

5 Inc.'s website on September 24, 2019.

6 **RESPONSE:**

7     Defendant is without sufficient information to admit or deny this request and, on that basis,

8 denies the request.

9 **REQUEST FOR ADMISSION NO. 18:**

10     Admit that you were aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as early as

11 September 24, 2019.

12 **RESPONSE:**

13     Denied.

14 **REQUEST FOR ADMISSION NO. 19:**

15     Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were attached as an exhibit to

16 Neo4j, Inc.'s Complaint filed on October 1, 2019.

17 **RESPONSE:**

18     Defendant admits that a document appearing to be the same as Exhibit B was attached to

19 the Complaint.  Defendant is without sufficient information to admit or deny the remainder of this

20 request and, on that basis, denies the request.

21 **REQUEST FOR ADMISSION NO. 20:**

22     Admit that you have been aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** as

23 least as early as December 26, 2019 when you filed your answer to Neo4j, Inc.'s Complaint.

24 **RESPONSE:**

25     Defendant objects to this request on the ground that its use of the term "been aware" is

26 vague, ambiguous, and unintelligible.  Defendant admits that a document appearing to be the same

27 as Exhibit B was attached to the Complaint.  Defendant is without sufficient information to admit

28 or deny the remainder of this request and, on that basis, denies the request.

7

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1298

1    **SUPPLEMENTAL RESPONSE:**

2        Defendant admits that it became aware when it was served with the Complaint in this

3 action that Neo4J, Inc. claimed that it had Trademark Guidelines in the form attached to the

4 Complaint and that Neo4J, Inc. had posted purported Trademark Guidelines on its website.

5 Defendant is without sufficient information to admit or deny the remainder of the request and, on

6 that basis, denies the request.

7    **REQUEST FOR ADMISSION NO. 21:**

8        Admit that GFI's use of the NEO4J® Mark in the title of its webpage attached hereto as

9 **Exhibit A** violated Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

10    **RESPONSE:**

11        Defendant objects to this request on the ground that it seeks information that is irrelevant

12 and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

13 objects to this request on the ground that it requires the interpretation of a document and seeks a

14 legal conclusion or interpretation of that document and, on that basis, denies the request.

15    **SUPPLEMENTAL RESPONSE:**

16        Defendant objects to this request on the ground that it seeks information that is irrelevant

17 and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

18 objects to this request on the ground that it requires the interpretation of a document and seeks a

19 legal conclusion or interpretation of that document. Without waiving these objections, and subject

20 to them, Defendant admits that it used the word "Neo4j" on the identified website. The remainder

21 of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant

22 denies the remainder of the request.

23    **REQUEST FOR ADMISSION NO. 22:**

24        Admit that **Exhibit C** attached hereto is a true and correct printout of the webpage located

25 at https://www.graphfoundation.org/projects/ongdb/ as it existed on June 10, 2020.

26    **RESPONSE:**

27        Admit.

28

8

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **REQUEST FOR ADMISSION NO. 23:**

2      Admit that the webpage located at https://www.graphfoundation.org/projects/ongdb/ was

3  titled "ONgDB – Open Neo4j Enterprise – The Graph Foundation" as of June 10, 2020.

4  **RESPONSE:**

5      Defendant objects to this request on the ground that its use of the term "titled" is vague,

6  ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant admits

7  that the words identified appeared on the webpage at that time.

8  **REQUEST FOR ADMISSION NO. 24:**

9      Admit that GFI used the NEO4J® Mark in the title of its webpage

10  https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

11  **RESPONSE:**

12      Defendant objects to this request on the ground that its use of the term "title" is vague,

13  ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits

14  that "Neo4j" appeared on the webpage at that time.

15  **RESPONSE:**

16      Defendant objects to this request on the ground that its use of the term "title" is vague,

17  ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant admits

18  that it used the word "Neo4j" on the webpage at that time.

19  **REQUEST FOR ADMISSION NO. 25:**

20      Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

21  title of its webpage https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020.

22  **RESPONSE:**

23      Defendant objects to this Request on the ground that its use of the term "used the

24  NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

25  objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the

26  word "Neo4j" on the identified web page on that date.

27

28

<div align="center">9</div>

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1300

1   **SUPPLEMENTAL RESPONSE:**

2         Defendant objects to this Request on the ground that its use of the term "used the

3   NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

4   objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

5   "Neo4j" on the identified web page on that date.

6   **REQUEST FOR ADMISSION NO. 26:**

7         Admit that GFI's use of the NEO4J® Mark in the title of its webpage

8   https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 was unauthorized.

9   **RESPONSE:**

10         Defendant objects to this Request on the ground that its use of the term "used the

11   NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

12   objection, Defendant admits that it did not enter into an agreement with Neo4j, Inc. to use the

13   word "Neo4j" on the identified web page on that date.

14   **SUPPLEMENTAL RESPONSE:**

15         Defendant objects to this Request on the ground that its use of the term "used the

16   NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

17   objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

18   "Neo4j" on the identified web page on that date.

19   **REQUEST FOR ADMISSION NO. 27:**

20         Admit that GFI's use of the NEO4J® Mark in the title of its webpage

21   https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 did not constitute

22   nominative fair use of the NEO4J® Mark.

23   **RESPONSE:**

24         Defendant objects to this Request on the ground that its use of the term "used the

25   NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

26   objection, Defendant responds:  Denied.

27

28

10

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1301

1    **REQUEST FOR ADMISSION NO. 28:**

2           Admit that GFI's use of the NEO4J® Mark in the title of its webpage

3    https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 infringed the NEO4J®

4    Mark.

5    **RESPONSE:**

6           Defendant objects to this Request on the ground that its use of the term "used the

7    NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

8    objection, Defendant responds:  Denied.

9    **REQUEST FOR ADMISSION NO. 29:**

10          Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** have been in effect since

11   Neo4j, Inc. filed this lawsuit against GFI on October 1, 2019 through the date of these requests.

12   **RESPONSE:**

13          Defendant objects to this request on the ground that its use of the term "in effect" is vague,

14   ambiguous, and unintelligible.  Without waiving this objection and subject to it, Defendant

15   responds that it is without sufficient information to admit or deny this request and, on that basis,

16   denies the request.

17   **SUPPLEMENTAL RESPONSE:**

18          Defendant admits that it became aware when it was served with the Complaint in this

19   action that Neo4J, Inc. claimed that it had Trademark Guidelines in the form attached to the

20   Complaint and that Neo4J, Inc. had posted purported Trademark Guidelines on its website.

21   Defendant is without sufficient information to admit or deny the remainder of the request and, on

22   that basis, denies the request.

23   **REQUEST FOR ADMISSION NO. 30:**

24          Admit that the Neo4j, Inc.'s Trademark Guidelines in **Exhibit B** were viewable on Neo4j,

25   Inc.'s website as of June 10, 2020.

26   **RESPONSE:**

27          Defendant is without sufficient information to admit or deny this request and, on that basis,

28   denies the request.

---

                                                    11

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **REQUEST FOR ADMISSION NO. 31:**

2  Admit that GFI's use of the NEO4J® Mark in the title of its webpage

3  https://www.graphfoundation.org/projects/ongdb/ as of June 10, 2020 violated Neo4j, Inc.'s

4  Trademark Guidelines attached hereto as **Exhibit B**.

5  **RESPONSE:**

6  Defendant objects to this request on the ground that it seeks information that is irrelevant

7  and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

8  objects to this request on the ground that it requires the interpretation of a document and seeks a

9  legal conclusion or interpretation of that document and, on that basis, denies the request.

10  **SUPPLEMENTAL RESPONSE:**

11  Defendant objects to this request on the ground that it seeks information that is irrelevant

12  and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

13  objects to this request on the ground that it requires the interpretation of a document and seeks a

14  legal conclusion or interpretation of that document. Without waiving these objections, and subject

15  to them, Defendant admits that it used the word "Neo4j" on the identified website. The remainder

16  of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant

17  denies the remainder of the request.

18  **REQUEST FOR ADMISSION NO. 32:**

19  Admit that GFI's use of "neo4j enterprise" in all lower case on its website,

20  www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

21  **Exhibit B.**

22  **RESPONSE:**

23  Defendant objects to this request on the ground that it seeks information that is irrelevant

24  and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

25  objects to this request on the ground that it requires the interpretation of a document and seeks a

26  legal conclusion or interpretation of that document and on that basis denies the request.

27

28

<div align="center">12</div>

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1 **SUPPLEMENTAL RESPONSE:**

2      Defendant objects to this request on the ground that it seeks information that is irrelevant

3 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4 objects to this request on the ground that it requires the interpretation of a document and seeks a

5 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

6 to them, Defendant admits that it used the phrase "neo4j enterprise" on the identified website.  The

7 remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis,

8 Defendant denies the remainder of the request.

9 **REQUEST FOR ADMISSION NO. 33:**

10      Admit that GFI's use of "neo4j enterprise" without proper trademark notice on its website,

11 www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

12 **Exhibit B.**

13 **RESPONSE:**

14      Defendant objects to this request on the ground that it seeks information that is irrelevant

15 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

16 objects to this request on the ground that it requires the interpretation of a document and seeks a

17 legal conclusion or interpretation of that document and on that basis denies the request.

18 **SUPPLEMENTAL RESPONSE:**

19      Defendant objects to this request on the ground that it seeks information that is irrelevant

20 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

21 objects to this request on the ground that it requires the interpretation of a document and seeks a

22 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

23 to them, Defendant admits that it used the phrase "neo4j enterprise" on the identified website.  The

24 remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis,

25 Defendant denies the remainder of the request.

26 **REQUEST FOR ADMISSION NO. 34:**

27      Admit that GFI's use of "neo4j" in all lower case on its website,

28 www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

<div align="center">13</div>

1  **Exhibit B.**

2  **RESPONSE:**

3          Defendant objects to this request on the ground that it seeks information that is irrelevant

4  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

5  objects to this request on the ground that it requires the interpretation of a document and seeks a

6  legal conclusion or interpretation of that document and on that basis denies the request.

7  **SUPPLEMENTAL RESPONSE:**

8          Defendant objects to this request on the ground that it seeks information that is irrelevant

9  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

10 objects to this request on the ground that it requires the interpretation of a document and seeks a

11 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

12 to them, Defendant admits that it used the word "neo4j" on the identified website.  The remainder

13 of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant

14 denies the remainder of the request.

15 **REQUEST FOR ADMISSION NO. 35:**

16         Admit that GFI's use of "neo4j" without proper trademark notice on its website,

17 www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto as

18 **Exhibit B.**

19 **RESPONSE:**

20         Defendant objects to this request on the ground that it seeks information that is irrelevant

21 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

22 objects to this request on the ground that it requires the interpretation of a document and seeks a

23 legal conclusion or interpretation of that document and on that basis denies the request.

24 **SUPPLEMENTAL RESPONSE:**

25         Defendant objects to this request on the ground that it seeks information that is irrelevant

26 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

27 objects to this request on the ground that it requires the interpretation of a document and seeks a

28 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

14

1  to them, Defendant admits that it used the word "neo4j" on the identified website.  The remainder

2  of the request seeks a legal conclusion or interpretation of Exhibit B and, on that basis, Defendant

3  denies the remainder of the request.

4  **REQUEST FOR ADMISSION NO. 36:**

5     Admit that GFI's use of "Neo4j Enterprise" on its website, www.graphfoundation.org,

6  violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

7  **RESPONSE:**

8     Defendant objects to this request on the ground that it seeks information that is irrelevant

9  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

10  objects to this request on the ground that it requires the interpretation of a document and seeks a

11  legal conclusion or interpretation of that document and on that basis denies the request.

12  **SUPPLEMENTAL RESPONSE:**

13     Defendant objects to this request on the ground that it seeks information that is irrelevant

14  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

15  objects to this request on the ground that it requires the interpretation of a document and seeks a

16  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

17  to them, Defendant admits that it used the phrase "Neo4j Enterprise" on the identified website.

18  The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that

19  basis, Defendant denies the remainder of the request.

20  **REQUEST FOR ADMISSION NO. 37:**

21     Admit that GFI's use of "Neo4j Enterprise" without proper trademark notice on its

22  website, www.graphfoundation.org, violates Neo4j, Inc.'s Trademark Guidelines attached hereto

23  as **Exhibit B.**

24  **RESPONSE:**

25     Defendant objects to this request on the ground that it seeks information that is irrelevant

26  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

27  objects to this request on the ground that it requires the interpretation of a document and seeks a

28  legal conclusion or interpretation of that document and on that basis denies the request.

15

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1306

1   **SUPPLEMENTAL RESPONSE:**

2   Defendant objects to this request on the ground that it seeks information that is irrelevant

3   and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

4   objects to this request on the ground that it requires the interpretation of a document and seeks a

5   legal conclusion or interpretation of that document. Without waiving these objections, and subject

6   to them, Defendant admits that it used the phrase "Neo4j Enterprise" on the identified website.

7   The remainder of the request seeks a legal conclusion or interpretation of Exhibit B and, on that

8   basis, Defendant denies the remainder of the request.

9   **REQUEST FOR ADMISSION NO. 38:**

10  Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website violates Neo4j,

11  Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

12  **RESPONSE:**

13  Defendant objects to this request on the ground that it seeks information that is irrelevant

14  and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

15  objects to this request on the ground that it requires the interpretation of a document and seeks a

16  legal conclusion or interpretation of that document and on that basis denies the request.

17  **SUPPLEMENTAL RESPONSE:**

18  Defendant objects to this request on the ground that it seeks information that is irrelevant

19  and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further

20  objects to this request on the ground that it requires the interpretation of a document and seeks a

21  legal conclusion or interpretation of that document. Without waiving these objections, and subject

22  to them, Defendant admits that has used hyperlinks to Neo4j, Inc.'s website on its GitHub

23  repository. The remainder of the request seeks a legal conclusion or interpretation of Exhibit B

24  and, on that basis, Defendant denies the remainder of the request.

25  **REQUEST FOR ADMISSION NO. 39:**

26  Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source

27  code repository violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

28

16

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **RESPONSE:**

2      Defendant objects to this request on the ground that it seeks information that is irrelevant

3  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4  objects to this request on the ground that it requires the interpretation of a document and seeks a

5  legal conclusion or interpretation of that document and on that basis denies the request.

6  **SUPPLEMENTAL RESPONSE:**

7      Defendant objects to this request on the ground that it seeks information that is irrelevant

8  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9  objects to this request on the ground that it requires the interpretation of a document and seeks a

10 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11 to them, Defendant admits that it used hyperlinks to Neo4j Sweden AB's Github repository on

12 Defendant's Github repository.  The remainder of the request seeks a legal conclusion or

13 interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

14 **REQUEST FOR ADMISSION NO. 40:**

15     Admit that GFI's use of hyperlinks to documents on Neo4j, Inc.'s website does not

16 constitute nominative fair use of the NEO4J® Mark.

17 **RESPONSE:**

18     Denied.

19 **REQUEST FOR ADMISSION NO. 41:**

20     Admit that GFI's use of "neo4j" in hyperlinks to documents on Neo4j, Inc.'s website does

21 not constitute nominative fair use of the NEO4J® Mark.

22 **RESPONSE:**

23     Denied.

24 **REQUEST FOR ADMISSION NO. 42:**

25     Admit that GFI's use of hyperlinks to documents on Neo4j Sweden AB's Github source

26 code repository does not constitute nominative fair use of the NEO4J® Mark.

27 **RESPONSE:**

28     Denied.

17

1 **REQUEST FOR ADMISSION NO. 43:**

2     Admit that GFI's use of "neo4j" in hyperlinks to Neo4j Sweden AB's Github source code

3 repository does not constitute nominative fair use of the NEO4J® Mark.

4 **RESPONSE:**

5     Denied.

6 **REQUEST FOR ADMISSION NO. 44:**

7     Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB violates Neo4j, Inc.'s

8 Trademark Guidelines attached hereto as **Exhibit B.**

9 **RESPONSE:**

10     Defendant objects to this request on the ground that it seeks information that is irrelevant

11 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

12 objects to this request on the ground that it requires the interpretation of a document and seeks a

13 legal conclusion or interpretation of that document and on that basis denies the request.

14 **SUPPLEMENTAL RESPONSE:**

15     Defendant objects to this request on the ground that it seeks information that is irrelevant

16 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

17 objects to this request on the ground that it requires the interpretation of a document and seeks a

18 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

19 to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

20 description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal

21 conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the

22 request.

23 **REQUEST FOR ADMISSION NO. 45:**

24     Admit that GFI's use of "Neo4j Enterprise" to describe ONgDB does not constitute fair

25 use of the NEO4J® Mark.

26 **RESPONSE:**

27     Denied.

28

**REQUEST FOR ADMISSION NO. 46:**

Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**REQUEST FOR ADMISSION NO. 47:**

Admit that GFI's interchangeable use of "Neo4j Enterprise" with "ONgDB" on GFI's website does not constitute nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 48:**

Admit that GFI's use of "Neo4j Enterprise" on GFI's website without proper trademark notices violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

**RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document and on that basis denies the request.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that it seeks information that is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request on the ground that it requires the interpretation of a document and seeks a legal conclusion or interpretation of that document. Without waiving these objections, and subject to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

19

1   description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal

2   conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the

3   request.

4   **REQUEST FOR ADMISSION NO. 49:**

5       Admit that GFI's use of "Neo4j Enterprise" without proper trademark notices does not

6   constitute nominative fair use of the NEO4J® Mark.

7   **RESPONSE:**

8       Denied.

9   **REQUEST FOR ADMISSION NO. 50:**

10      Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI

11  from using the NEO4J® Mark in conjunction with modified open source software based on the

12  Neo4j® graph database platform.

13  **RESPONSE:**

14      Defendant objects to this request on the ground that it seeks information that is irrelevant

15  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

16  objects to this request on the ground that it requires the interpretation of a document and seeks a

17  legal conclusion or interpretation of that document and on that basis denies the request.

18  **REQUEST FOR ADMISSION NO. 51:**

19      Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI

20  from using the NEO4J® Mark in conjunction with advertising its ONgDB software.

21  **RESPONSE:**

22      Defendant objects to this request on the ground that it seeks information that is irrelevant

23  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

24  objects to this request on the ground that it requires the interpretation of a document and seeks a

25  legal conclusion or interpretation of that document and on that basis denies the request.

26  **SUPPLEMENTAL RESPONSE:**

27      Defendant objects to this request on the ground that it seeks information that is irrelevant

28  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

20

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  objects to this request on the ground that it requires the interpretation of a document and seeks a

2  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

3  to them, Defendant admits that it used the word "Neo4j" in connection with its description of

4  ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal conclusion or

5  interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

6  **REQUEST FOR ADMISSION NO. 52:**

7       Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI

8  from calling ONgDB software "Neo4j Enterprise."

9  **RESPONSE:**

10      Defendant objects to this request on the ground that it seeks information that is irrelevant

11  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

12  objects to this request on the ground that it requires the interpretation of a document and seeks a

13  legal conclusion or interpretation of that document and on that basis denies the request.

14  **SUPPLEMENTAL RESPONSE:**

15      Defendant objects to this request on the ground that it seeks information that is irrelevant

16  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

17  objects to this request on the ground that it requires the interpretation of a document and seeks a

18  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

19  to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

20  description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal

21  conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the

22  request.

23  **REQUEST FOR ADMISSION NO. 53:**

24       Admit that Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B** prohibit GFI

25  from describing ONgDB software as "Neo4j Enterprise."

26  **RESPONSE:**

27      Defendant objects to this request on the ground that it seeks information that is irrelevant

28  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

<div align="center">21</div>

1   objects to this request on the ground that it requires the interpretation of a document and seeks a

2   legal conclusion or interpretation of that document and on that basis denies the request.

3   **SUPPLEMENTAL RESPONSE:**

4       Defendant objects to this request on the ground that it seeks information that is irrelevant

5   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

6   objects to this request on the ground that it requires the interpretation of a document and seeks a

7   legal conclusion or interpretation of that document.  Without waiving these objections, and subject

8   to them, Defendant admits that it used the phrase "Neo4j Enterprise" in connection with its

9   description of ONgDB as a fork of Neo4j Enterprise.  The remainder of the request seeks a legal

10  conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the

11  request.

12  **REQUEST FOR ADMISSION NO. 54:**

13      Admit that GFI used the NEO4J® Mark in **Exhibit C**.

14  **RESPONSE:**

15      Defendant admits that Exhibit C is a true copy of the

16  https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that "Neo4j"

17  appears on the webpage.  Defendant objects to the request on the ground that its use of the term

18  "used" renders it vague, ambiguous, and unintelligible and, on that basis, Defendant denies the

19  remainder of the request.

20  **RESPONSE:**

21      Defendant objects to this request on the ground that its use of the term "used the NEO4J(r)

22  Mark" is vague, ambiguous, and unintelligible.  Defendant admits that Exhibit C is a true copy of

23  the https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

24  word "Neo4j" on the webpage.

25  **REQUEST FOR ADMISSION NO. 55:**

26      Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** violates Neo4j, Inc.'s

27  Trademark Guidelines attached hereto as **Exhibit B.**

28

---

22

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1   **RESPONSE:**

2        Defendant objects to this request on the ground that it seeks information that is irrelevant

3   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4   objects to this request on the ground that it requires the interpretation of a document and seeks a

5   legal conclusion or interpretation of that document and on that basis denies the request.

6   **SUPPLEMENTAL RESPONSE:**

7        Defendant objects to this request on the ground that it seeks information that is irrelevant

8   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9   objects to this request on the ground that it requires the interpretation of a document and seeks a

10  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11  to them, Defendant admits that Exhibit C is a true copy of the

12  https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

13  word "neo4j" on the identified webpage.  The remainder of the request seeks a legal conclusion or

14  interpretation of Exhibit B and, on that basis, Defendant denies the remainder of the request.

15  **REQUEST FOR ADMISSION NO. 56:**

16       Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** does not constitute

17  nominative fair use of the NEO4J® Mark.

18  **RESPONSE:**

19       Denied.

20  **REQUEST FOR ADMISSION NO. 57:**

21       Admit that GFI's use of "neo4j" in all lower case in **Exhibit C** infringes the NEO4J®

22  Mark.

23  **RESPONSE:**

24       Denied.

25  **REQUEST FOR ADMISSION NO. 58:**

26       Admit that GFI's use of "neo4j enterprise project" in all lower case in **Exhibit C** violates

27  Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

28

1 **RESPONSE:**

2      Defendant objects to this request on the ground that it seeks information that is irrelevant

3 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4 objects to this request on the ground that it requires the interpretation of a document and seeks a

5 legal conclusion or interpretation of that document and on that basis denies the request.

6 **SUPPLEMENTAL RESPONSE:**

7      Defendant objects to this request on the ground that it seeks information that is irrelevant

8 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9 objects to this request on the ground that it requires the interpretation of a document and seeks a

10 legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11 to them, Defendant admits that Exhibit C is a true copy of the

12 https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

13 phrase "neo4j enterprise project" on the identified webpage.  The remainder of the request seeks a

14 legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder

15 of the request.

16 **REQUEST FOR ADMISSION NO. 59:**

17      Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** does not constitute

18 nominative fair use of the NEO4J® Mark.

19 **RESPONSE:**

20      Denied.

21 **REQUEST FOR ADMISSION NO. 60:**

22      Admit that GFI's use of "neo4j enterprise project" in **Exhibit C** infringes the NEO4J®

23 Mark.

24 **RESPONSE:**

25      Denied.

26 **REQUEST FOR ADMISSION NO. 61:**

27      Admit that GFI's use of "neo4j enterprise" in all lower case in **Exhibit C** violates Neo4j,

28 Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

24

1   **RESPONSE:**

2        Defendant objects to this request on the ground that it seeks information that is irrelevant

3   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4   objects to this request on the ground that it requires the interpretation of a document and seeks a

5   legal conclusion or interpretation of that document and on that basis denies the request.

6   **SUPPLEMENTAL RESPONSE:**

7        Defendant objects to this request on the ground that it seeks information that is irrelevant

8   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9   objects to this request on the ground that it requires the interpretation of a document and seeks a

10  legal conclusion or interpretation of that document.  Without waiving these objections, and subject

11  to them, Defendant admits that Exhibit C is a true copy of the

12  https://www.graphfoundation.org/projects/ongdb/ webpage.  Defendant admits that it used the

13  phrase "neo4j enterprise project" on the identified webpage.  The remainder of the request seeks a

14  legal conclusion or interpretation of Exhibit B and, on that basis, Defendant denies the remainder

15  of the request.

16  **REQUEST FOR ADMISSION NO. 62:**

17       Admit that GFI's use of "neo4j enterprise" in **Exhibit C** does not constitute nominative

18  fair use of the NEO4J® Mark.

19  **RESPONSE:**

20       Denied.

21  **REQUEST FOR ADMISSION NO. 63:**

22       Admit that GFI's use of "neo4j enterprise" in **Exhibit C** infringes the NEO4J® Mark.

23  **RESPONSE:**

24       Denied.

25  **REQUEST FOR ADMISSION NO. 64:**

26       Admit that **Exhibit D** attached hereto is a true and correct printout of the

27  README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it

28  existed on January 17, 2019.

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1316

1  **RESPONSE:**

2       Defendant admits that Exhibit D is a printout of the README.asciidoc from Defendant's

3  repository on GitHub. Defendant denies that Exhibit D is a true and correct printout taken on

4  January 17, 2019 as the details do not match the state of the README.asciidoc file as of commit

5  f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January 16, 2019 which was merged on

6  January 17, 2019. A true and accurate version of the README.asciidoc has been provided that

7  was taken as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220.

8  **REQUEST FOR ADMISSION NO. 65:**

9       Admit that GFI used the NEO4J® Mark in **Exhibit D**.

10 **RESPONSE:**

11      Defendant admits that Exhibit D is a true copy of a webpage from Defendant's repository

12 on GitHub.  Defendant admits that "Neo4j" appears on the webpage.  Defendant objects to the

13 request on the ground that its use of the term "used" renders it vague, ambiguous, and

14 unintelligible and, on that basis, Defendant denies the remainder of the request.

15 **SUPPLEMENTAL RESPONSE:**

16      Defendant objects to this request on the ground that its use of the phrase "used the

17 NEO4J(r) Mark" is vague, ambiguous, and unintelligible.  Without waiving this objection and

18 subject to it, Defendant admits that Exhibit D is a true copy of a webpage from Defendant's

19 repository on GitHub.  Defendant admits it used the word "Neo4j" on the webpage.

20 **REQUEST FOR ADMISSION NO. 66:**

21      Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source

22 code repository located at www.github.com stated that "Neo4j Enterprise consists of modules

23 from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause

24 in this repository, and other closed sourced components not present in this repository.

25 **RESPONSE:**

26      Defendant objects to this request on the ground that it seeks information that is irrelevant

27 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant denies

28 the request as the stated text in the request does not match the state of the README.asciidoc file

26

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1317

1  as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January 16, 2019 that was

2  merged on January 17, 2019 which states "ONgDB & Neo4j Enterprise consists of modules from

3  Neo4j Community Edition and modules licensed under AGPLv3 in this repository."

4  **REQUEST FOR ADMISSION NO. 67:**

5         Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source

6  code repository located at www.github.com stated that "When packaged as a binary, Enterprise

7  Edition includes additional closed-source components *not available in this repository* and requires

8  a commercial license from Neo4j Sweden AB or one of its affiliates."

9  **RESPONSE:**

10        Defendant denies the request as the stated text does not exist in entirety in the

11 README.asciidoc file as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January

12 16, 2019 which was merged on January 17, 2019.

13 **REQUEST FOR ADMISSION NO. 68:**

14        Admit that as of January 16, 2019, the README.asciidoc posted GFI's ONgDB source

15 code repository located at www.github.com stated "Neo4j: Graphs for Everyone."

16 **RESPONSE:**

17        Defendant denies the request as the stated text does not match the contents of the

18 README.asciidoc file as of commit f0a7db48c8fcac6defa956fb022758ef3d8a8220 dated January

19 16, 2019 which was merged on January 17, 2019 which states "ONgDB - Neo4j Enterprise Fork:

20 Graphs for Everyone."

21 **REQUEST FOR ADMISSION NO. 69:**

22        Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

23 heading "Neo4j: Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source

24 code repository located at www.github.com.

25 **RESPONSE:**

26        Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

27 Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant

28 admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

27

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1 identified web page on that date.

2 **SUPPLEMENTAL RESPONSE:**

3     Defendant objects to this Request on the ground that its use of the term "used the

4 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible.  Without waving this

5 objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

6 "Neo4j" on the identified web page on that date.

7 **REQUEST FOR ADMISSION NO. 70:**

8     Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for

9 Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at

10 www.github.com did not constitute nominative fair use of the NEO4J® Mark.

11 **RESPONSE:**

12     Denied.

13 **REQUEST FOR ADMISSION NO. 71:**

14     Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for

15 Everyone" in the README.asciidoc posted GFI's ONgDB source code repository located at

16 www.github.com was unlicensed.

17 **RESPONSE:**

18     Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

19 Mark" renders it vague, ambiguous, and unintelligible.  Without waving this objection, Defendant

20 admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

21 identified web page on that date.

22 **SUPPLEMENTAL RESPONSE:**

23     Defendant objects to this Request on the ground that its use of the term "used the

24 NEO4J(r) Mark" in the title renders it vague, ambiguous, and unintelligible.  Without waving this

25 objection, Defendant admits that it was not granted a license by Neo4j, Inc. to use the word

26 "Neo4j" on the identified web page on that date.

27

28

28

1 **REQUEST FOR ADMISSION NO. 72:**

2      Admit that GFI's prior use the NEO4J® Mark in the heading "Neo4j: Graphs for

3 Everyone" in GFI's source code repository located at www.github.com infringed the NEO4J®

4 Mark.

5 **RESPONSE:**

6      Denied.

7 **REQUEST FOR ADMISSION NO. 73:**

8      Admit that **Exhibit E** attached hereto is a true and correct printout of the

9 README.asciidoc posted GFI's ONgDB source code repository located at www.github.com as it

10 existed on September 25, 2019.

11 **RESPONSE:**

12      Admit.

13 **REQUEST FOR ADMISSION NO. 74:**

14      Admit that GFI used the NEO4J® Mark in **Exhibit E**.

15 **RESPONSE:**

16      Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

17 Mark" renders it vague, ambiguous, and unintelligible. Without waving this objection, Defendant

18 admits that the word "Neo4j" was on the referenced web page on that date.

19 **SUPPLEMENTAL RESPONSE:**

20      Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

21 Mark" renders it vague, ambiguous, and unintelligible. Without waving this objection, Defendant

22 admits that it used the word "Neo4j" on the referenced web page on that date.

23 **REQUEST FOR ADMISSION NO. 75:**

24      Admit that as of September 25, 2019, the README.asciidoc posted GFI's ONgDB source

25 code repository located at www.github.com stated "ONgDB – Neo4j Enterprise Fork: Graphs for

26 Everyone."

27 **RESPONSE:**

28      Admit.

29

1 **REQUEST FOR ADMISSION NO. 76:**

2 Admit that GFI did not have Neo4j, Inc.'s authorization to use the NEO4J® Mark in the

3 heading "ONgDB – Neo4j Enterprise Fork: Graphs for Everyone" in GFI's source code repository

4 located at www.github.com.

5 **RESPONSE:**

6 Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

7 Mark" renders it vague, ambiguous, and unintelligible. Without waving this objection, Defendant

8 admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

9 identified web page on that date.

10 **SUPPLEMENTAL RESPONSE:**

11 Defendant objects to this Request on the ground that its use of the term "used the

12 NEO4J(r) Mark in the title renders it vague, ambiguous and unintelligible. Without waving this

13 objection, Defendant admits that it did not receive authorization from Neo4j, Inc. to use the word

14 "Neo4j" on the identified web page on that date.

15 **REQUEST FOR ADMISSION NO. 77:**

16 Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork:

17 Graphs for Everyone" in GFI's source code repository located at www.github.com did not

18 constitute nominative fair use of the NEO4J® Mark.

19 **RESPONSE:**

20 Denied.

21 **REQUEST FOR ADMISSION NO. 78:**

22 Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork:

23 Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository

24 located at www.github.com was unlicensed.

25 **RESPONSE:**

26 Defendant objects to this Request on the ground that its use of the term "use the NEO4J(r)

27 Mark" renders it vague, ambiguous, and unintelligible. Without waving this objection, Defendant

28 admits that it did not enter into an agreement with Neo4j, Inc. to use the word "Neo4j" on the

30

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  identified web page on that date.

2  **SUPPLEMENTAL RESPONSE:**

3      Defendant objects to this Request on the ground that its use of the term "used the

4  NEO4J(r) Mark" in the title renders it vague, ambiguous, and unintelligible.  Without waving this

5  objection, Defendant admits that it was not granted a license by Neo4j, Inc. to use the word

6  "Neo4j" on the identified web page on that date.

7  **REQUEST FOR ADMISSION NO. 79:**

8      Admit that GFI's use the NEO4J® Mark in the heading "ONgDB – Neo4j Enterprise Fork:

9  Graphs for Everyone" in the README.asciidoc posted GFI's ONgDB source code repository

10  located at www.github.com infringed the NEO4J® Mark.

11  **RESPONSE:**

12      Denied.

13  **REQUEST FOR ADMISSION NO. 80:**

14      Admit that prior to releasing ONgDB version 3.6, GFI did not use its own support

15  documentation for ONgDB software.

16  **RESPONSE:**

17      Defendant objects to this request on the ground that its use of the terms "did not use" and

18  "support documentation" render it vague, ambiguous, and unintelligible.  Without waiving this

19  objection, and subject to it, Defendant responds:  Denied

20  **REQUEST FOR ADMISSION NO. 81:**

21      Admit that prior to releasing ONgDB version 3.6, GFI relied upon Neo4j, Inc.'s official

22  documentation.

23  **RESPONSE:**

24      Defendant objects to this request on the ground that its use of the term "relied upon"

25  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

26  Defendant admits that it included hyperlinks to certain Neo4j manuals on certain of the webpages

27  in its GitHub repositories and on certain webpages on the www.graphfoundation.org website.

28

31

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1 **REQUEST FOR ADMISSION NO. 82:**

2      Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its website,

3 www.graphfoundation.org, which redirected users to Neo4j, Inc.'s official documentation for

4 Neo4j® software.

5 **RESPONSE:**

6      Admit.

7 **REQUEST FOR ADMISSION NO. 83:**

8      Admit that prior to releasing ONgDB version 3.6, GFI used hyperlinks on its source code

9 repository located at www.github.com, which redirected users to Neo4j, Inc.'s official

10 documentation for Neo4j® software.

11 **RESPONSE:**

12      Admit.

13 **REQUEST FOR ADMISSION NO. 84:**

14      Admit that as of September 24, 2019, GFI's README.asciidoc posted on GFI's ONgDB

15 source code repository located at www.github.com contained a hyperlink, "Neo4j documentation,"

16 which redirected users to https://github.com/neo4j/neo4j-documentation.

17 **RESPONSE:**

18      Admit

19 **REQUEST FOR ADMISSION NO. 85:**

20      Admit that **Exhibit F** attached hereto is a true and correct printout of GFI's webpage for

21 ONgDB version 3.4.9 as it existed on September 24, 2019.

22 **RESPONSE:**

23      Admit.

24 **REQUEST FOR ADMISSION NO. 86:**

25      Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

26 3.4.9 attached hereto as **Exhibit F**.

27 **RESPONSE:**

28      Defendant objects to this request on the ground that its use of the terms "used" and "title"

32

1  render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

2  Defendant admits that the word "Neo4j" appears on the referenced webpage.

3  **SUPPLEMENTAL RESPONSE:**

4      Defendant objects to this request on the ground that its use of the terms "used the NEO4J

5  Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection,

6  and subject to it, Defendant admits that it used the word "Neo4j" on the referenced webpage.

7  **REQUEST FOR ADMISSION NO. 87:**

8      Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit F** redirected

9  users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

10  **RESPONSE:**

11      Admit.

12  **REQUEST FOR ADMISSION NO. 88:**

13      Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on

14  GFI's webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected

15  users to http://neo4j.com/docs/developer-manual/current/.

16  **RESPONSE:**

17      Admit.

18  **REQUEST FOR ADMISSION NO. 89:**

19      Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

20  webpage for ONgDB version 3.4.9 contained a hyperlink in the word "here" that redirected users

21  to http://neo4j.com/docs/operations-manual/current/.

22  **RESPONSE:**

23      Admit.

24  **REQUEST FOR ADMISSION NO. 90:**

25      Admit that **Exhibit G** attached hereto is a true and correct printout of GFI's webpage for

26  ONgDB version 3.4.11 as it existed on September 24, 2019.

27  **RESPONSE:**

28      Admit.

1  **REQUEST FOR ADMISSION NO. 91:**

2  Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

3  3.4.11 attached hereto as **Exhibit G**.

4  **RESPONSE:**

5  Defendant objects to this request on the ground that its use of the terms "used" and "title"

6  render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

7  Defendant admits that the word "Neo4j" appears on the referenced webpage.

8  **SUPPLEMENTAL RESPONSE:**

9  Defendant objects to this request on the ground that its use of the terms "used the NEO4J

10  Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this objection,

11  and subject to it, Defendant admits that it used the word "Neo4j" on the referenced webpage.

12  **REQUEST FOR ADMISSION NO. 92:**

13  Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit G** redirected

14  users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

15  **RESPONSE:**

16  Admit.

17  **REQUEST FOR ADMISSION NO. 93:**

18  Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on

19  GFI's webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that

20  redirected users to http://neo4j.com/docs/developer-manual/current/.

21  **RESPONSE:**

22  Admit.

23  **REQUEST FOR ADMISSION NO. 94:**

24  Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

25  webpage for ONgDB version 3.4.11 contained a hyperlink in the word "here" that redirected users

26  to http://neo4j.com/docs/operations-manual/current/.

27  **RESPONSE:**

28  Admit.

34

1  **REQUEST FOR ADMISSION NO. 95:**

2      Admit that **Exhibit H** attached hereto is a true and correct printout of GFI's webpage for

3  ONgDB version 3.4.12 as it existed on September 24, 2019.

4  **RESPONSE:**

5      Admit.

6  **REQUEST FOR ADMISSION NO. 96:**

7      Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

8  3.4.12 attached hereto as **Exhibit H**.

9  **RESPONSE:**

10      Defendant objects to this request on the ground that its use of the terms "used" and "title"

11  render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

12  Defendant admits that the word "Neo4j" appears on the referenced webpage.

13  **SUPPLEMENTAL RESPONSE:**

14      Defendant objects to this request on the ground that its use of the terms "used the

15  NEO4J(r) Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this

16  objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced

17  webpage.

18  **REQUEST FOR ADMISSION NO. 97:**

19      Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit H** redirected

20  users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.4-changelog.

21  **RESPONSE:**

22      Admit.

23  **REQUEST FOR ADMISSION NO. 98:**

24      Admit that prior to September 25, 2019, GFI stated on its webpage for ONgDB version

25  3.4.12 "Look for 3.4 Developer manual here," which contained a hyperlink in the word "here" that

26  redirected users to http://neo4j.com/docs/developer-manual/current/.

27  **RESPONSE:**

28      Admit.

<div align="center">35</div>

1   **REQUEST FOR ADMISSION NO. 99:**

2       Admit that as of September 24, 2019, the phrase "Look for 3.4 Developer manual here" on

3   GFI's webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that

4   redirected users to http://neo4j.com/docs/developer-manual/current/.

5   **RESPONSE:**

6       Admit.

7   **REQUEST FOR ADMISSION NO. 100:**

8       Admit that as of September 24, 2019, the phrase "3.4 Operations manual here" on GFI's

9   webpage for ONgDB version 3.4.12 contained a hyperlink in the word "here" that redirected users

10   to http://neo4j.com/docs/operations-manual/current/.

11   **RESPONSE:**

12       Admit.

13   **REQUEST FOR ADMISSION NO. 101:**

14       Admit that **Exhibit I** attached hereto is a true and correct printout of GFI's webpage for

15   ONgDB version 3.5.1 as it existed on September 24, 2019.

16   **RESPONSE:**

17       Admit.

18   **REQUEST FOR ADMISSION NO. 102:**

19       Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

20   3.5.1 attached hereto as **Exhibit I**.

21   **RESPONSE:**

22       Defendant objects to this request on the ground that its use of the terms "used" and "title"

23   render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

24   Defendant admits that the word "Neo4j" appears on the referenced webpage.

25   **SUPPLEMENTAL RESPONSE:**

26       Defendant objects to this request on the ground that its use of the terms "used the

27   NEO4J(r) Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this

28   objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced

<div align="center">36</div>

1   webpage.

2   **REQUEST FOR ADMISSION NO. 103:**

3        Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit I** redirected

4   users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

5   **RESPONSE:**

6        Admit.

7   **REQUEST FOR ADMISSION NO. 104:**

8        Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on

9   GFI's webpage for ONgDB version 3.5.1 contained a hyperlink in the word "here" that redirected

10  users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

11  **RESPONSE:**

12       Admit.

13  **REQUEST FOR ADMISSION NO. 105:**

14       Admit that **Exhibit J** attached hereto is a true and correct printout of GFI's webpage for

15  ONgDB version 3.5.3 as it existed on September 24, 2019.

16  **RESPONSE:**

17       Admit.

18  **REQUEST FOR ADMISSION NO. 106:**

19       Admit that GFI used the NEO4J® Mark in the title of GFI's webpage for ONgDB version

20  3.5.3 attached hereto as **Exhibit J**.

21  **RESPONSE:**

22       Defendant objects to this request on the ground that its use of the terms "used" and "title"

23  render it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

24  Defendant admits that the word "Neo4j" appears on the referenced webpage.

25  **SUPPLEMENTAL RESPONSE:**

26       Defendant objects to this request on the ground that its use of the terms "used the

27  NEO4J(r) Mark" and "title" render it vague, ambiguous, and unintelligible.  Without waiving this

28  objection, and subject to it, Defendant admits that it used the word "Neo4j" on the referenced

37

1 | webpage.

2 | **REQUEST FOR ADMISSION NO. 107:**

3 | Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit J** redirected

4 | users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

5 | **RESPONSE:**

6 | Admit.

7 | **REQUEST FOR ADMISSION NO. 108:**

8 | Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on

9 | GFI's webpage for ONgDB version 3.5.3 contained a hyperlink in the word "here" that redirected

10 | users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

11 | **RESPONSE:**

12 | Admit.

13 | **REQUEST FOR ADMISSION NO. 109:**

14 | Admit that **Exhibit A** attached hereto is a true and correct printout of GFI's webpage for

15 | ONgDB version 3.5.4 as it existed on September 24, 2019.

16 | **RESPONSE:**

17 | Admit.

18 | **REQUEST FOR ADMISSION NO. 110:**

19 | Admit that the hyperlink embedded in the phrase "the changelog" in **Exhibit A** redirected

20 | users to https://github.com/neo4j/neo4j/wiki/Neo4j-3.5-changelog.

21 | **RESPONSE:**

22 | Admit.

23 | **REQUEST FOR ADMISSION NO. 111:**

24 | Admit that as of September 24, 2019, the phrase "Look for 3.5 Developer manual here" on

25 | GFI's webpage for ONgDB version 3.5.4 contained a hyperlink in the word "here" that redirected

26 | users to redirected users to https://neo4j.com/docs/operations-manual/3.5/.

27 | **RESPONSE:**

28 | Admit.

38

1  **REQUEST FOR ADMISSION NO. 112:**

2       Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

3  use Neo4j, Inc.'s Developer Manuals for Neo4j® Software with ONgDB Software.

4  **RESPONSE:**

5       Defendant objects to this request on the ground that its use of the terms "authorization" and

6  "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

7  Defendant responds:  Denied because the Developer Manual is licensed under the Creative

8  Commons License.

9  **REQUEST FOR ADMISSION NO. 113:**

10       Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

11  use Neo4j, Inc.'s Operations Manuals for Neo4j® Software with ONgDB Software.

12  **RESPONSE:**

13       Defendant objects to this request on the ground that its use of the terms "authorization" and

14  "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

15  Defendant responds:  Denied because the Operations Manual is licensed under the Creative

16  Commons License.

17  **REQUEST FOR ADMISSION NO. 114:**

18       Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

19  use Neo4j, Inc.'s change logs for Neo4j® Software.

20  **RESPONSE:**

21       Defendant objects to this request on the ground that its use of the terms "authorization" and

22  "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

23  Defendant responds:  Denied as the change logs are public without license or attribution on a

24  Github Wiki.

25  **REQUEST FOR ADMISSION NO. 115:**

26       Admit that **Exhibit L** attached hereto is a true and correct printout of GFI's "ONgDB 3.4

27  Docs" webpage located at https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.4-Docs as it

28  existed on August 12, 2020.

39

1  **RESPONSE:**

2      Admit.

3  **REQUEST FOR ADMISSION NO. 116:**

4      Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase

5  "Developer Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/developer-

6  manual/3.4/.

7  **RESPONSE:**

8      Admit.

9  **REQUEST FOR ADMISSION NO. 117:**

10     Admit between April 9, 2020 and August 12, 2020 the hyperlink embedded in the phrase

11 "Operations Manual" in **Exhibit L** redirected users to https://neo4j.com/docs/operations-

12 manual/3.4/.

13 **RESPONSE:**

14     Admit.

15 **REQUEST FOR ADMISSION NO. 118:**

16     Admit that **Exhibit M** attached hereto is a true and correct printout of GFI's "Docs"

17 webpage located at https://github.com/graphfoundation/ongdb/wiki/Docs as it existed on June 10,

18 2020.

19 **RESPONSE:**

20     Admit.

21 **REQUEST FOR ADMISSION NO. 119:**

22     Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase

23 "ONgDB 3.5" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.5/.

24 **RESPONSE:**

25     Admit.

26 **REQUEST FOR ADMISSION NO. 120:**

27     Admit between March 26, 2020 and June 10, 2020 the hyperlink embedded in the phrase

28 "ONgDB 3.4" in **Exhibit M** redirected users to https://neo4j.com/docs/operations-manual/3.4/.

40

1  **RESPONSE:**

2      Admit.

3  **REQUEST FOR ADMISSION NO. 121:**

4      Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.5" on the

5  webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to

6  https://neo4j.com/docs/operations-manual/3.5/.

7  **RESPONSE:**

8      Admit.

9  **REQUEST FOR ADMISSION NO. 122:**

10      Admit as of August 14, 2020, the hyperlink embedded in the phrase "ONgDB 3.4" on the

11  webpage https://github.com/graphfoundation/ongdb/wiki/Docs redirected users to

12  https://neo4j.com/docs/operations-manual/3.4/.

13  **RESPONSE:**

14      Admit.

15  **REQUEST FOR ADMISSION NO. 123:**

16      Admit that GFI never authored a developer manual for ONgDB version 3.4.9.

17  **RESPONSE:**

18      Defendant objects to this request on the ground that its use of the term "developer manual"

19  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

20  Defendant responds:  Admit.

21  **REQUEST FOR ADMISSION NO. 124:**

22      Admit that GFI never authored a developer manual for ONgDB version 3.4.11.

23  **RESPONSE:**

24      Defendant objects to this request on the ground that its use of the term "developer manual"

25  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

26  Defendant responds:  Admit.

27  **REQUEST FOR ADMISSION NO. 125:**

28      Admit that GFI never authored a developer manual for ONgDB version 3.4.12.

41

1  **RESPONSE:**

2       Defendant objects to this request on the ground that its use of the term "developer manual"

3  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

4  Defendant responds:  Admit.

5  **REQUEST FOR ADMISSION NO. 126:**

6       Admit that GFI has never authored a developer manual for any of version of ONgDB prior

7  to its release of ONgDB version 3.6.

8  **RESPONSE:**

9       Defendant objects to this request on the ground that its use of the term "developer manual"

10  renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

11  Defendant responds:  Admit.

12  **REQUEST FOR ADMISSION NO. 127:**

13       Admit that prior to September 25, 2019, you did not obtain Neo4j, Inc.'s authorization to

14  use Neo4j, Inc.'s then-current Operations Manual for Neo4j® Software with ONgDB software.

15  **RESPONSE:**

16       Defendant objects to this request on the ground that its use of the terms "authorization" and

17  "use" is vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

18  Defendant responds:  Denied because the Operations Manual is licensed under the Creative

19  Commons License.

20  **REQUEST FOR ADMISSION NO. 128:**

21       Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j

22  Operations Manual v3.4" with ONgDB software.

23  **RESPONSE:**

24       Defendant objects to this request on the ground that its use of the terms "sought"

25  "authorization" and "use" is vague, ambiguous, and unintelligible.  Without waiving this

26  objection, and subject to it, Defendant admits that it has not contacted Neo4j, Inc. regarding the

27  use of the referenced manual but denies that such specific authorization is necessary under the

28  Creative Commons License.

42

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1333

1   **REQUEST FOR ADMISSION NO. 129:**

2      Admit that you have never sought Neo4j, Inc.'s authorization to use "The Neo4j

3 Operations Manual v3.5" with ONgDB software.

4   **RESPONSE:**

5      Defendant objects to this request on the ground that its use of the terms "sought"

6 "authorization" and "use" is vague, ambiguous, and unintelligible.  Without waiving this

7 objection, and subject to it, Defendant admits that it has not contacted Neo4j, Inc. regarding the

8 use of the referenced manual but denies that such specific authorization is necessary under the

9 Creative Commons License.

10   **REQUEST FOR ADMISSION NO. 130:**

11      Admit that GFI never authored an operations manual for ONgDB version 3.4.9.

12   **RESPONSE:**

13      Defendant objects to this request on the ground that its use of the term "operations manual"

14 renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

15 Defendant responds:  Admit.

16   **REQUEST FOR ADMISSION NO. 131:**

17      Admit that GFI never authored an operations manual for ONgDB version 3.4.11.

18   **RESPONSE:**

19      Defendant objects to this request on the ground that its use of the term "developer manual"

20 renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

21 Defendant responds:  Admit.

22   **REQUEST FOR ADMISSION NO. 132:**

23      Admit that GFI never authored an operations manual for ONgDB version 3.4.12.

24   **RESPONSE:**

25      Defendant objects to this request on the ground that its use of the term "developer manual"

26 renders it vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it,

27 Defendant responds:  Admit.

28

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **REQUEST FOR ADMISSION NO. 133:**

2  Admit that GFI never authored an operations manual for ONgDB version 3.5.1.

3  **RESPONSE:**

4  Defendant objects to this request on the ground that its use of the term "developer manual"

5  renders it vague, ambiguous, and unintelligible. Without waiving this objection, and subject to it,

6  Defendant responds: Admit.

7  **REQUEST FOR ADMISSION NO. 134:**

8  Admit that GFI never authored an operations manual for ONgDB version 3.5.3.

9  **RESPONSE:**

10  Defendant objects to this request on the ground that its use of the term "developer manual"

11  renders it vague, ambiguous, and unintelligible. Without waiving this objection, and subject to it,

12  Defendant responds: Admit.

13  **REQUEST FOR ADMISSION NO. 135:**

14  Admit that GFI never authored an operations manual for ONgDB version 3.5.4.

15  **RESPONSE:**

16  Defendant objects to this request on the ground that its use of the term "developer manual"

17  renders it vague, ambiguous, and unintelligible. Without waiving this objection, and subject to it,

18  Defendant responds: Admit.

19  **REQUEST FOR ADMISSION NO. 136:**

20  Admit that GFI has never authored an operations manual for any of version of ONgDB

21  prior to GFI's release of ONgDB version 3.6.

22  **RESPONSE:**

23  Defendant objects to this request on the ground that its use of the term "developer manual"

24  renders it vague, ambiguous, and unintelligible. Without waiving this objection, and subject to it,

25  Defendant responds: Admit.

26  **REQUEST FOR ADMISSION NO. 137:**

27  Admit that **Exhibit K** attached hereto is a true and correct printout of the webpage located

28  at https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/ as it existed on

44

1   September 24, 2019.

2   **RESPONSE:**

3       Admit.

4   **REQUEST FOR ADMISSION NO. 138:**

5       Admit that GFI's used the NEO4J® Mark in **Exhibit K.**

6   **RESPONSE:**

7       Defendant objects to this request on the grounds that its use of the terms "used" and

8   "Neo4J Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection,

9   and subject to it, Defendant admits that the word "Neo4j" appears on the referenced webpage.

10   **SUPPLEMENTAL RESPONSE:**

11       Defendant objects to this request on the grounds that its use of the terms "used the

12   NEO4J(r) Mark" and "Neo4J Mark" render it vague, ambiguous, and unintelligible.  Without

13   waiving this objection, and subject to it, Defendant admits that it used the word "Neo4j" on the

14   referenced webpage.

15   **REQUEST FOR ADMISSION NO. 139:**

16       Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** violates Neo4j, Inc.'s

17   Trademark Guidelines attached hereto as **Exhibit B.**

18   **RESPONSE:**

19       Defendant objects to this request on the ground that it seeks information that is irrelevant

20   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

21   objects to this request on the ground that it requires the interpretation of a document and seeks a

22   legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

23   **REQUEST FOR ADMISSION NO. 140:**

24       Admit that GFI's use of "neo4j" without a trademark registration symbol in **Exhibit K**

25   violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

26   **RESPONSE:**

27       Defendant objects to this request on the ground that it seeks information that is irrelevant

28   and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

45

1 objects to this request on the ground that it requires the interpretation of a document and seeks a

2 legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

3 **REQUEST FOR ADMISSION NO. 141**:

4       Admit that GFI's use of "Neo4j" without a trademark registration symbol in **Exhibit K**

5 violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B**.

6 **RESPONSE:**

7       Defendant objects to this request on the ground that it seeks information that is irrelevant

8 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

9 objects to this request on the ground that it requires the interpretation of a document and seeks a

10 legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

11 **REQUEST FOR ADMISSION NO. 142**:

12       Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** does not constitute

13 nominative fair use of the NEO4J® Mark.

14 **RESPONSE:**

15       Denied.

16 **REQUEST FOR ADMISSION NO. 143**:

17       Admit that GFI's use of "neo4j" in all lower case in **Exhibit K** infringes the NEO4J®

18 Mark.

19 **RESPONSE:**

20       Denied.

21 **REQUEST FOR ADMISSION NO. 144**:

22       Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K**

23 violates Neo4j, Inc.'s Trademark Guidelines attached hereto as **Exhibit B.**

24 **RESPONSE:**

25       Defendant objects to this request on the ground that it seeks information that is irrelevant

26 and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

27 objects to this request on the ground that it requires the interpretation of a document and seeks a

28 legal conclusion or interpretation of that document and on that basis, Defendant denies the request.

46

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1337

1  **REQUEST FOR ADMISSION NO. 145:**

2      Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K**

3  does not constitute nominative fair use of the NEO4J® Mark.

4  **RESPONSE:**

5      Denied.

6  **REQUEST FOR ADMISSION NO. 146:**

7      Admit that GFI's use of "open source neo4j graph database" in all lower case in **Exhibit K**

8  infringes the NEO4J® Mark.

9  **RESPONSE:**

10      Denied.

11  **REQUEST FOR ADMISSION NO. 147:**

12      Admit that ONgDB stands for "ONgDB's Neo4j Graph DB."

13  **RESPONSE:**

14      Denied.

15  **REQUEST FOR ADMISSION NO. 148:**

16      Admit that ONgDB means "ONgDB's Neo4j Graph DB."

17  **RESPONSE:**

18      Denied.

19  **REQUEST FOR ADMISSION NO. 149:**

20      Admit that **Exhibit N** attached hereto is a true and correct of a March 17, 2019 tweet you

21  publicly posted on Twitter.

22  **RESPONSE:**

23      Admit.

24  **REQUEST FOR ADMISSION NO. 150:**

25      Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit N**.

26  **RESPONSE:**

27      Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

28  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

47

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1338

1  to it, Defendant admits that "#Neo4j" appears on Exhibit N.

2  **SUPPLEMENTAL RESPONSE:**

3      Defendant objects to this request on the ground that its use of the terms "used the Neo4j(r)

4  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

5  to it, Defendant admits that it used "#Neo4j" in Exhibit N.

6  **REQUEST FOR ADMISSION NO. 151:**

7      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not

8  reasonably necessary to identify the ONgDB product.

9  **RESPONSE:**

10      Denied.

11  **REQUEST FOR ADMISSION NO. 152:**

12      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** was not

13  reasonably necessary to promote the ONgDB product.

14  **RESPONSE:**

15      Defendant objects to this request on the ground that its use of the term "reasonably

16  necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

17  to this request on the ground that it seeks information that is irrelevant and not reasonably

18  calculated to lead to the discovery of admissible evidence.

19  **REQUEST FOR ADMISSION NO. 153:**

20      Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to promote

21  ONgDB software.

22  **RESPONSE:**

23      Defendant objects to this request on the ground that its use of the term "promote" is vague

24  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

25  admits that the hashtag "#Neo4j" appears on Exhibit N and that Exhibit N was an announcement

26  of the ONgDB 3.5.3 support release and that the hashtag "#Neo4j" was used in connection with

27  the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

28

48

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1339

1  **SUPPLEMENTAL RESPONSE:**

2        Defendant objects to this request on the ground that its use of the term "promote" is vague

3  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

4  admits that it used "#Neo4j" in Exhibit N and that Exhibit N was an announcement of the ONgDB

5  3.5.3 support release and that the hashtag "#Neo4j" was used in connection with the

6  announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

7  **REQUEST FOR ADMISSION NO. 154:**

8        Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit N** to

9  identify ONgDB software.

10 **RESPONSE:**

11       Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB

12 as an open source fork of Neo4j Enterprise.

13 **REQUEST FOR ADMISSION NO. 155:**

14       Admit that GFI's use of #Neo4j in **Exhibit N** does not amount to nominative fair use of the

15 NEO4J® Mark.

16 **RESPONSE:**

17       Denied.

18 **REQUEST FOR ADMISSION NO. 156:**

19       Admit that GFI's use of #Neo4j in **Exhibit N** infringes the NEO4J® Mark.

20 **RESPONSE:**

21       Denied.

22 **REQUEST FOR ADMISSION NO. 157:**

23       Admit that **Exhibit O** attached hereto is a true and correct of a March 21, 2019 tweet you

24 publicly posted on Twitter.

25 **RESPONSE:**

26       Admit.

27 **REQUEST FOR ADMISSION NO. 158:**

28       Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit O**.

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1    **RESPONSE:**

2        Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

3    Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

4    to it, Defendant admits that "#Neo4j" appears on Exhibit O.

5    **SUPPLEMENTAL RESPONSE:**

6        Defendant objects to this request on the ground that its use of the term "used the Neo4j

7    Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

8    to it, Defendant admits that it used "#Neo4j" in Exhibit O.

9    **REQUEST FOR ADMISSION NO. 159:**

10       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not

11   reasonably necessary to identify the ONgDB product.

12   **RESPONSE:**

13       Denied.

14   **REQUEST FOR ADMISSION NO. 160:**

15       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** was not

16   reasonably necessary to promote the ONgDB product.

17   **RESPONSE:**

18       Defendant objects to this request on the ground that its use of the term "reasonably

19   necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

20   to this request on the ground that it seeks information that is irrelevant and not reasonably

21   calculated to lead to the discovery of admissible evidence.

22   **REQUEST FOR ADMISSION NO. 161:**

23       Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to promote

24   ONgDB software.

25   **RESPONSE:**

26       Defendant objects to this request on the ground that its use of the term "promote" is vague

27   and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

28   admits that the hashtag "#Neo4j" appears on Exhibit O and that Exhibit O was an announcement

50

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1    of the 1,000th download of ONgDB and that the hashtag "#Neo4j" was used in connection with the

2    announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

3    **SUPPLEMENTAL RESPONSE:**

4          Defendant objects to this request on the ground that its use of the term "promote" is vague

5    and ambiguous. Without waiving this objection, and subject to it, Defendant responds: Defendant

6    admits that it used "#Neo4j" in Exhibit O and that Exhibit O was an announcement of the 1,000th

7    download of ONgDB and that the hashtag "#Neo4j" was used in connection with the

8    announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

9    **REQUEST FOR ADMISSION NO. 162:**

10          Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit O** to

11    identify ONgDB software.

12    **RESPONSE:**

13          Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB

14    as an open source fork of Neo4j Enterprise.

15    **REQUEST FOR ADMISSION NO. 163:**

16          Admit that GFI's use of #Neo4j in **Exhibit O** does not amount to nominative fair use of

17    the NEO4J® Mark.

18    **RESPONSE:**

19          Denied.

20    **REQUEST FOR ADMISSION NO. 164:**

21          Admit that GFI's use of #Neo4j in **Exhibit O** infringes the NEO4J® Mark.

22    **RESPONSE:**

23          Denied.

24    **REQUEST FOR ADMISSION NO. 165:**

25          Admit that **Exhibit P** attached hereto is a true and correct of a May 10, 2019 tweet you

26    publicly posted on Twitter.

27    **RESPONSE:**

28          Admit.

51

1    **REQUEST FOR ADMISSION NO. 166:**

2       Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit P**.

3    **RESPONSE:**

4       Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

5 Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

6 to it, Defendant admits that "#Neo4j" appears on Exhibit P.

7    **SUPPLEMENTAL RESPONSE:**

8       Defendant objects to this request on the ground that its use of the term "used the Neo4j(r)

9 Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

10 to it, Defendant admits it used "#Neo4j" in Exhibit P.

11    **REQUEST FOR ADMISSION NO. 167:**

12       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not

13 reasonably necessary to identify the ONgDB product.

14    **RESPONSE:**

15       Denied.

16    **REQUEST FOR ADMISSION NO. 168:**

17       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** was not

18 reasonably necessary to promote the ONgDB product.

19    **RESPONSE:**

20       Defendant objects to this request on the ground that its use of the term "reasonably

21 necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

22 to this request on the ground that it seeks information that is irrelevant and not reasonably

23 calculated to lead to the discovery of admissible evidence.

24    **REQUEST FOR ADMISSION NO. 169:**

25       Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to promote

26 ONgDB software.

27

28

<div align="center">52</div>

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **RESPONSE:**

2       Defendant objects to this request on the ground that its use of the term "promote" is vague

3  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

4  admits that the hashtag "#Neo4j" appears on Exhibit P and that Exhibit P was an announcement of

5  the ONgDB 3.5.4 support release and that the hashtag "#Neo4j" was used in connection with the

6  announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

7  **SUPPLEMENTAL RESPONSE:**

8       Defendant objects to this request on the ground that its use of the term "promote" is vague

9  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

10 admits that it used "#Neo4j" in Exhibit P and that Exhibit P was an announcement of the ONgDB

11 3.5.4 support release and that the hashtag "#Neo4j" was used in connection with the

12 announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

13 **REQUEST FOR ADMISSION NO. 170:**

14      Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit P** to

15 identify ONgDB software.

16 **RESPONSE:**

17      Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB

18 as an open source fork of Neo4j Enterprise.

19 **REQUEST FOR ADMISSION NO. 171:**

20      Admit that GFI's use of #Neo4j in **Exhibit P** does not amount to nominative fair use of the

21 NEO4J® Mark.

22 **RESPONSE:**

23      Denied.

24 **REQUEST FOR ADMISSION NO. 172:**

25      Admit that GFI's use of #Neo4j in **Exhibit P** infringes the NEO4J® Mark.

26 **RESPONSE:**

27      Denied.

28

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **REQUEST FOR ADMISSION NO. 173**:

2      Admit that **Exhibit Q** attached hereto is a true and correct of a November 27, 2019 tweet

3  you publicly posted on Twitter.

4  **RESPONSE:**

5      Admit.

6  **REQUEST FOR ADMISSION NO. 174**:

7      Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit Q**.

8  **RESPONSE:**

9      Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

10  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

11  to it, Defendant admits that "#Neo4j" appears on Exhibit Q.

12  **SUPPLEMENTAL RESPONSE:**

13      Defendant objects to this request on the ground that its use of the term "used the Neo4j(r)

14  Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

15  to it, Defendant admits that it used "#Neo4j" in Exhibit Q.

16  **REQUEST FOR ADMISSION NO. 175**:

17      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not

18  reasonably necessary to identify the ONgDB product.

19  **RESPONSE:**

20      Denied.

21  **REQUEST FOR ADMISSION NO. 176**:

22      Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** was not

23  reasonably necessary to promote the ONgDB product.

24  **RESPONSE:**

25      Defendant objects to this request on the ground that its use of the term "reasonably

26  necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

27  to this request on the ground that it seeks information that is irrelevant and not reasonably

28  calculated to lead to the discovery of admissible evidence.

54

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **REQUEST FOR ADMISSION NO. 177**:

2      Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to promote

3  ONgDB software.

4  **RESPONSE**:

5      Defendant objects to this request on the ground that its use of the term "promote" is vague

6  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

7  admits that the hashtag "#Neo4j" appears on Exhibit Q and that Exhibit Q was an announcement

8  of the ONgDB 3.5.12 support release and that the hashtag "#Neo4j" was used in connection with

9  the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

10  **SUPPLEMENTAL RESPONSE**:

11      Defendant objects to this request on the ground that its use of the term "promote" is vague

12  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

13  admits that it used "#Neo4j" in Exhibit Q and that Exhibit Q was an announcement of the ONgDB

14  3.5.12 support release and that the hashtag "#Neo4j" was used in connection with the

15  announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

16  **REQUEST FOR ADMISSION NO. 178**:

17      Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit Q** to

18  identify ONgDB software.

19  **RESPONSE**:

20      Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB

21  as an open source fork of Neo4j Enterprise.

22  **REQUEST FOR ADMISSION NO. 179**:

23      Admit that GFI's use of #Neo4j in **Exhibit Q** does not amount to nominative fair use of

24  the NEO4J® Mark.

25  **RESPONSE**:

26      Denied.

27  **REQUEST FOR ADMISSION NO. 180**:

28      Admit that GFI's use of #Neo4j in **Exhibit Q** infringes the NEO4J® Mark.

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1    **RESPONSE:**

2        Denied.

3    **REQUEST FOR ADMISSION NO. 181:**

4        Admit that **Exhibit R** attached hereto is a true and correct of a January 18, 2020 tweet you

5    publicly posted on Twitter.

6    **RESPONSE:**

7        Admit.

8    **REQUEST FOR ADMISSION NO. 182:**

9        Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit R**.

10   **RESPONSE:**

11       Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

12   Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

13   to it, Defendant admits that "#Neo4j" appears on Exhibit R.

14   **SUPPLEMENTAL RESPONSE:**

15       Defendant objects to this request on the ground that its use of the term "used the Neo4j(r)

16   Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

17   to it, Defendant admits that it used "#Neo4j" in Exhibit R.

18   **REQUEST FOR ADMISSION NO. 183:**

19       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not

20   reasonably necessary to identify the ONgDB product.

21   **RESPONSE:**

22       Denied.

23   **REQUEST FOR ADMISSION NO. 184:**

24       Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** was not

25   reasonably necessary to promote the ONgDB product.

26   **RESPONSE:**

27       Defendant objects to this request on the ground that its use of the term "reasonably

28   necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

56

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1   to this request on the ground that it seeks information that is irrelevant and not reasonably

2   calculated to lead to the discovery of admissible evidence.

3   **REQUEST FOR ADMISSION NO. 185:**

4       Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to promote

5   ONgDB software.

6   **RESPONSE:**

7       Defendant objects to this request on the ground that its use of the term "promote" is vague

8   and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

9   admits that the hashtag "#Neo4j" appears on Exhibit R and that Exhibit R was an announcement

10  of the ONgDB 3.5.14 support release and that the hashtag "#Neo4j" was used in connection with

11  the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

12  **SUPPLEMENTAL RESPONSE:**

13      Defendant objects to this request on the ground that its use of the term "promote" is vague

14  and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant

15  admits that it used "#Neo4j" in Exhibit R and that Exhibit R was an announcement of the ONgDB

16  3.5.14 support release and that the hashtag "#Neo4j" was used in connection with the

17  announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

18  **REQUEST FOR ADMISSION NO. 186:**

19      Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit R** to

20  identify ONgDB software.

21  **RESPONSE:**

22      Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB

23  as an open source fork of Neo4j Enterprise.

24  **REQUEST FOR ADMISSION NO. 187:**

25      Admit that **Exhibit S** attached hereto is a true and correct of a May 19, 2020 tweet you

26  publicly posted on Twitter.

27  **RESPONSE:**

28      Admit.

57

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1348

1 **REQUEST FOR ADMISSION NO. 188:**

2     Admit that GFI used the NEO4J® Mark as a hashtag in **Exhibit S**.

3 **RESPONSE:**

4     Defendant objects to this request on the ground that its use of the terms "used" and "Neo4j

5 Mark" render it vague, ambiguous, and unintelligible.  Without waiving this objection and subject

6 to it, Defendant admits that "#Neo4j" appears on Exhibit S.

7 **SUPPLEMENTAL RESPONSE:**

8     Defendant objects to this request on the ground that its use of the term "used the Neo4j(r)

9 Mark" renders it vague, ambiguous, and unintelligible.  Without waiving this objection and

10 subject to it, Defendant admits that it used "#Neo4j" in Exhibit S.

11 **REQUEST FOR ADMISSION NO. 189:**

12     Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not

13 reasonably necessary to identify the ONgDB product.

14 **RESPONSE:**

15     Denied.

16 **REQUEST FOR ADMISSION NO. 190:**

17     Admit that GFI's use of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** was not

18 reasonably necessary to promote the ONgDB product.

19 **RESPONSE:**

20     Defendant objects to this request on the ground that its use of the term "reasonably

21 necessary to promote" renders it vague, ambiguous, and unintelligible.  Defendant further objects

22 to this request on the ground that it seeks information that is irrelevant and not reasonably

23 calculated to lead to the discovery of admissible evidence.

24 **REQUEST FOR ADMISSION NO. 191:**

25     Admit that GFI used the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to promote

26 ONgDB software.

27 **RESPONSE:**

28     Defendant objects to this request on the ground that its use of the term "promote" is vague

58

and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that the hashtag "#Neo4j" appears on Exhibit R and that Exhibit R was an announcement of the ONgDB 3.5.0.8 procedure release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**SUPPLEMENTAL RESPONSE:**

Defendant objects to this request on the ground that its use of the term "promote" is vague and ambiguous.  Without waiving this objection, and subject to it, Defendant responds:  Defendant admits that it used "#Neo4j" appears on Exhibit R and that Exhibit R was an announcement of the ONgDB 3.5.0.8 procedure release and that the hashtag "#Neo4j" was used in connection with the announcement's identification of ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 192:**

Admit that GFI used of the NEO4J® Mark as the hashtag "#Neo4j" in **Exhibit S** to identify ONgDB software.

**RESPONSE:**

Defendant admits that it used the hashtag #Neo4j" in connection with identifying ONgDB as an open source fork of Neo4j Enterprise.

**REQUEST FOR ADMISSION NO. 193:**

Admit that GFI's use of #Neo4j in **Exhibit S** does not amount to nominative fair use of the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 194:**

Admit that GFI's use of #Neo4j in **Exhibit S** infringes the NEO4J® Mark.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 195:**

Admit that **Exhibit T** is a printout of Neo4j, Inc.'s Trademark Guidelines as they existed on August 13, 2020.

59

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1350

1  **RESPONSE:**

2  Defendant is without sufficient information to admit or deny this request and, on that basis,

3  denies the request.

4  **REQUEST FOR ADMISSION NO. 196:**

5  Admit that Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** have been in effect since

6  April 3, 2019.

7  **RESPONSE:**

8  Defendant is without sufficient information to admit or deny this request and, on that basis,

9  denies the request.

10  **REQUEST FOR ADMISSION NO. 197:**

11  Admit that you are aware of Neo4j, Inc.'s Trademark Guidelines in **Exhibit T.**

12  **RESPONSE:**

13  Defendant objects to this request on the ground that its use of the term "are aware" is

14  vague, ambiguous, and unintelligible.  Without waiving this objection, and subject to it, Defendant

15  admits that, in connection with responding to these requests it has reviewed Exhibit T.

16  **REQUEST FOR ADMISSION NO. 198:**

17  Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in

18  marketing ONgDB software.

19  **RESPONSE:**

20  Defendant objects to this request on the ground that it seeks information that is irrelevant

21  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

22  objects to this request on the ground that it requires the interpretation of a document and seeks a

23  legal conclusion or interpretation of that document and on that basis denies the request.

24  **REQUEST FOR ADMISSION NO. 199:**

25  Admit that you do not adhere to Neo4j, Inc.'s Trademark Guidelines in **Exhibit T** in

26  advertising ONgDB software.

27

28

60

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

1  **RESPONSE:**

2      Defendant objects to this request on the ground that it seeks information that is irrelevant

3  and not reasonably calculated to lead to the discovery of admissible evidence.  Defendant further

4  objects to this request on the ground that it requires the interpretation of a document and seeks a

5  legal conclusion or interpretation of that document and on that basis denies the request.

6  Dated:  October 27, 2020                              BERGESON, LLP

7

8                                                              By: _____

9                                                                          John D. Pernick
                                                                   Attorneys for Defendant
10                                                               GRAPH FOUNDATION, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

61

1                                 **VERIFICATION**

2        I, Brad Nussbaum, declare under penalty of perjury under the laws of the United States that

3 I am the CEO at Graph Foundation, Inc. ("GFI"), that I have read the foregoing GRAPH

4 FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J,

5 INC.'S FIRST SET OF REQUESTS FOR ADMISSION, that the statements of facts contained

6 therein, are within my personal knowledge or based upon information provided by other persons at

7 GFI or business records of GFI, that the foregoing Responses are true and correct, and that I am

8 authorized to sign this verification on behalf of GFI.

9        Executed on October 26, 2020, at Wooster, Ohio.

10

11                               _____

12                                  Brad Nussbaum

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

62

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST
SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

Page 1353

# EXHIBIT D

## TO

## GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION





graphfoundation / ongdb

Code | Issues 3 | Pull requests 1 | Actions | Projects | Wiki | Security | Insights

## Updated readme to reflect ONgDB

3.6 3.6.0 ... 3.5.1

Browse files

jmsuhy authored and bradnussbaum committed on Jan 17, 2019

1 parent d470ffd commit f0a7db48c8fcac6defa956fb022758ef3d8a8220

Showing 1 changed file with 13 additions and 13 deletions.

Unified Split

26 README.asciidoc

```
@@ -1,18 +1,20 @@
- = Neo4j: Graphs for Everyone =
+ = ONgDB - Neo4j Enterprise Fork: Graphs for Everyone =

  https://neo4j.com[Neo4j] is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables -- yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

  Learn more on the https://neo4j.com[Neo4j website].

- == Using Neo4j ==
+ Learn more about ONgDB at https://graphfoundation.org[Graph Foundation website]

- Neo4j is available both as a standalone server, or an embeddable component. You can https://neo4j.com/download/[download] or http://console.neo4j.org[try online].
+ == Using ONgDB & Neo4j ==

- == Extending Neo4j ==
+ Neo4j is available both as a standalone server, or an embeddable component. You can https://graphfoundation.org/projects/ongdb/[download] or http://console.neo4j.org[try Neo4j online].

- We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.
+ == Extending ONgDB & Neo4j ==

```

| 15 | | - NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. Our Enterprise edition |
| | | (link:enterprise/[enterprise/]) is differently licensed under the AGPLv3. |
| | 15 | + We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions |
| | | directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches. |
| | 16 | + |
| | 17 | + NOTE: This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the link:community/[community/] directory) is GPLv3. The Enterprise edition |
| | | (link:enterprise/[enterprise/]) is licensed under the AGPLv3. |
| 16 | 18 | |
| 17 | 19 | == Dependencies == |
| 18 | 20 | |
| 37 | 39 | curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb |
| 38 | 40 | dpkg -i install4j_linux_6_1_4.deb |
| 39 | 41 | |
| 40 | | - == Building Neo4j == |
| | 42 | + == Building ONgDB == |
| 41 | 43 | |
| 42 | 44 | Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a |
| | | reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K. |
| 43 | 45 | |
| 49 | 51 | * If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine. |
| 50 | 52 | * You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"`. |
| 51 | 53 | |
| 52 | | - == Running Neo4j == |
| | 54 | + == Running ONgDB & Neo4j == |
| 53 | 55 | |
| 54 | 56 | After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then |
| 55 | 57 | |
| 69 | 71 | |
| 70 | 72 | == Licensing == |
| 71 | 73 | |
| 72 | | - Neo4j Community Edition is an open source product licensed under GPLv3. |
| 73 | | - |
| 74 | | - Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. |
| | 74 | + ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3. |
| 75 | 75 | |
| 76 | | - Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed |
| | | source components not present in this repository. |
| | 76 | + ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features. |
| 77 | 77 | |
| 78 | | - When packaged as a binary, Enterprise Edition includes additional closed-source components _not available in this repository_ and requires a commercial license from |

Neo4j Sweden AB or one of its affiliates.

78   + ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

**0 comments on commit**  `f0a7db4`

Please sign in to comment.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Santa Clara, State of California.  My business address is 111 N. Market Street, Suite 600, San Jose, CA 95113.

On October 27, 2020, I served true copies of the following document(s) described as **GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION** on the interested parties in this action as follows:

**Attorneys for Plaintiff**
**NEO4J, INC.**

John V. Picone III, Esq.
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Esq.
jratinoff@hopkinscarley.com
Hopkins & Carley
The Letitia Building
70 South First Street
San Jose, CA 95113-2406
Tel:     (408) 286-9800
Fax:     (408) 998-4790

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address emtofelogo@be-law.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2020, at San Jose, California.

_____
Emma Tofelogo-Fernandez

GRAPH FOUNDATION, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NEO4J, INC.'S FIRST SET OF REQUESTS FOR ADMISSION, Case No. 5:19-cv-06226-EJD

# EXHIBIT 130

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 131

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 132

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 133

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 134

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 135

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**12-11-2020 - DECL OF PHILIP RATHLE ISO PLAINT SUM JUDGEMENT.pdf**

Filed 12/11/2020

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED
MOTION FOR SUMMARY JUDGMENT

(Pacer Doc: #98-2)

1    John V. Picone III, Bar No. 187226
      jpicone@hopkinscarley.com
2    Jeffrey M. Ratinoff, Bar No. 197241
      jratinoff@hopkinscarley.com
3    HOPKINS & CARLEY
      A Law Corporation
4    The Letitia Building
      70 South First Street
5    San Jose, CA 95113-2406

6    *mailing address:*
      P.O. Box 1469
7    San Jose, CA 95109-1469
      Telephone:    (408) 286-9800
8    Facsimile:     (408) 998-4790

9    Attorneys for Plaintiffs and Counter-Defendants
      NEO4J, INC. and NEO4J SWEDEN AB

10

11             UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13   NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO. 5:18-cv-07182-EJD |
| 14 | **DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT** |
| 15             Plaintiffs, | |
| 16      v. | Date:       March 25, 2021 |
| 17   PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual, | Time:      9:00 a.m. |
| 18 | Dept.:      Courtroom 4, 5th Floor |
| 19            Defendants. | Judge:     Hon. Edward J. Davila |
| 20   AND RELATED COUNTERCLAIM. | |
| 21 | |
| 22   NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation, | CASE NO. 5:19-CV-06226-EJD |
| 23 | |
| 24           Plaintiffs, | |
| 25     v. | |
| 26   GRAPH FOUNDATION, INC., an Ohio corporation, GRAPHGRID, INC., an Ohio corporation, and ATOMRAIN INC., a Nevada corporation, | |
| 27 | |
| 28          Defendants. | |

842\3655474.7

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
   5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

I, Philip Rathle, declare as follows:

1.      I am the Vice President of Products at Neo4j, Inc. ("Neo4j USA").  I have held that position since December 2013 and prior to that worked in a similar position as Senior Director of Products at Neo4j USA, beginning May 2012.  I am responsible for product management of the Neo4j product portfolio, which includes the Neo4j® graph database platform ("Neo4j® Platform"). My responsibilities include product strategy and product roadmap, including specifying what features are to be built in successive versions of the Neo4j® Platform, as well as the design and behaviors of those features. My team and I work closely with the Neo4j Product Engineering team who are responsible for building and testing each successive version of the Neo4j® Platform and who comprise of over 100 engineers primarily employed by Neo4j Sweden AB.

2.      I submit this declaration on behalf of Plaintiffs in support of their Consolidated Motion for Summary Judgment.  The facts stated in this declaration are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

3.      Neo4j USA is the parent corporation of Neo4j Sweden AB ("Neo4j Sweden"), which in turn is as a wholly owned subsidiary of Neo4j USA.  As Vice President of Products for Neo4j USA, I work with Neo4j Sweden and other subsidiaries world-wide as referenced above.  This includes working with Neo4j Sweden's continuing development of the source code underlying the software for the Neo4j® Platform and various quality assurance and testing on software package builds compiled from this source code.  I also work closely with Neo4j Marketing, Developer Relations, Field Engineering, Support, Customer Success, and Professional Services, to ensure they understand the Neo4j® Platform and its capabilities, and can communicate about it and use it as appropriate to their role. I also spend a great deal of time meeting with customers about their use of the Neo4j® Platform and their needs.

4.      As Vice President of Products for Neo4j USA, I have been involved in strategic decisions concerning the world-wide licensing strategy for the Neo4j® Platform.  Neo4j Sweden

Hopkins & Carley
Attorneys At Law
San Jose ● Palo Alto

842\3655474.7                 - 1 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

Page 1367

1 is the owner of all copyrights related to the Neo4j® Platform, including the source code, and has

2 licensed those copyrights to Neo4j USA in connection with the making, use, creation of

3 derivative works, sale, offer to sell, importation, performance, display, reproduction and

4 distribution of the copyrighted material, and the sublicensing of such rights in the United States.

5 This includes Neo4j USA being solely responsible for the commercial licensing of Neo4j®

6 Platform products and managing the Neo4j Solution Partner program in the United States.

7      5. From 2010 until present, Neo4j Sweden and Neo4j USA's business model

8 followed the "multi-licensing" model in the software industry. In this scenario, one option is a

9 proprietary software license, which allows the possibility of creating proprietary applications

10 derived from it, while the other license is a "copyleft" open-source license, which requires public

11 release under the same open-source license of any derived work.  Under this model, Plaintiffs

12 offered two products, Neo4j® Community Edition ("Neo4j® CE") along with a richer and more

13 feature-robust Enterprise Edition ("Neo4j® EE") designed for commercial deployment, both

14 products engineered by Neo4j Sweden.

15      6. Neo4j® CE is offered by Plaintiffs for royalty-free use, subject to the terms of the

16 GNU General Public License version 3 ("GPL") license and provides a limited feature set.  For

17 example, Neo4j® CE limits the ability to operate on only one machine at a time (i.e. no

18 clustering), work with only one database at a time (i.e. no "multi-database" capability).  It also

19 has limited operational features, security features, and is offered without support contracts or

20 warranties from Neo4j USA and Neo4j Sweden (collectively, "Plaintiffs").

21      7. Neo4j® offers its EE under commercial licensing terms, including technical

22 support, and is the primary source of revenue for Plaintiffs. Neo4j® EE provides customers with

23 added advanced scalability, availability, security, and operational features. Users requiring those

24 additional features for more advanced commercial operation, including unlimited number of user

25 databases, together with support, license use of the Neo4j® Platform through Neo4j® EE under

26 commercial terms.  Commercial users benefit from a turn-key solution with the assistance of

27 authorized Neo4j solution partners, typically avoiding drawn-out development processes. Neo4j®

28 EE is a full superset of Neo4j® CE, containing significant additional functionality intended for

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3655474.7

- 2 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

**Page 1368**

1    commercial use. In the United States, a commercial license to Neo4j® EE entitled the purchaser

2    to use it in a custom setting composed of proprietary modules with industry standard terms,

3    receive support or professional services from Neo4j USA, and the right to receive periodic

4    software updates, which included feature updates, bug and security fixes and assistance. Both

5    Neo4j® EE and Neo4j® CE undergo extensive testing and review as described below.

6          8.      Plaintiffs originally offered Neo4j® EE  under a paid-for commercial license and

7    also made the source code available under the GNU Affero General Public License, version 3

8    ("AGPL"), to allow testing and trial use, and non-commercial use, following well-accepted dual-

9    licensing model that has been, or is being, used by software companies, such as Oracle (with

10   MySQL), IBM (with Linux), and MongoDB.

11         9.      Purchasing a commercial license supported the continued development and

12   improvement of Neo4j® EE and the Neo4j® Platform as a whole, including the development of

13   source code for proprietary modules made for enterprise uses and overall improvements to the

14   source code underlying Neo4j® CE.  Importantly, the commercial license for Neo4j® EE also

15   relieved customers of the "copyleft" obligations included in the AGPLv3, which obligated end

16   users to open source any applications that access the database either locally or over a network.

17   Attached hereto as **Exhibit 1** is a true and correct copy of an exemplar of the AGPL as previously

18   used by Neo4j Sweden for Neoj4® EE version 3.3 (and earlier versions), which is still available

19   on Plaintiffs' GitHub repository.[1]

20         10.     Neo4j® EE version 3.3 was the first version of Neo4j® EE to include a small

21   number of closed-source features for increased security as needed by commercial users of the

22   Neo4j® Platform, namely Kerberos and intra-cluster encryption. The source code for those two

23   features were not included in Neo4j's public GitHub source code repository, but were instead

24   built and managed inside a private repository. All of the tests to Neo4j® EE version 3.3

25

26   ───────────────────────
     [1] GitHub provides hosting for software development and version control. It offers software
27   distributed version control, source code management, as well as access control and collaboration
     features such as bug tracking, feature requests, task management, and continuous integration.
28   GitHub offers its basic services free of charge. Its more advanced professional and enterprise
     services are available on commercial terms.

842\3655474.7                                       - 3 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1    conducted by Plaintiff were done so specifically accounting for these features and the interplay

2    between that functionality and the other classes of code within the software.

3         11.    In May 2018, Plaintiffs released Neo4j® EE version 3.4, which they continued to

4    offer under a dual license.  Attached hereto as **Exhibit 2** is a true and correct copy of a May 17,

5    2018 announcement I published on Neo4j USA's website regarding the release of Neo4j® CE

6    and Neo4j® EE version 3.4.  However, Neo4j Sweden replaced the AGPLv3 with a stricter

7    license, which included the terms of the AGPLv3 with additional restrictions and further

8    information about the owner and author of the copyrights underlying the source code (the "Neo4j

9    Sweden Software License"), which in relevant part stated:

10        NOTICE

11        This package contains software licensed under different licenses, please refer
          to the NOTICE.txt file for further information and LICENSES.txt for full
12        license texts. Neo4j Enterprise object code can be licensed independently from
          the source under separate commercial terms. Email inquiries can be directed to:
13        licensing@neo4j.com.      More     information     is      also      available
          at:https://neo4j.com/licensing/   The software ("Software") is developed and
14        owned by Neo4j Sweden AB (referred to in this notice as "Neo4j") and is
          subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
15        Version 3, with the Commons Clause as follows:
                                          * * *
16        "Commons Clause" License Condition

17        The Software is provided to you by the Licensor under the License, as defined
          below, subject to the following condition. Without limiting other conditions in
18        the License, the grant of rights under the License will not include, and the
          License does not grant to you, the right to Sell the Software.  For purposes of
19        the foregoing, "Sell" means practicing any or all of the rights granted to you
          under the License to provide to third parties, for a fee or other consideration, a
20        product or service that consists, entirely or substantially, of the Software or the
          functionality of the Software. Any license notice or attribution required by the
21        License must also include this Commons Cause License Condition notice.

22   Attached hereto as **Exhibit 3** is a true and correct copy of an exemplar of the Neo4j Sweden

23   Software License used with Neo4j® EE version 3.4, which is still available on Plaintiffs' GitHub

24   repository.

25        12.    This marked an important transition for newer versions of the source code for

26   Neo4j® EE: from being "open source", to being "source available." More specifically: while

27   allowing code to be publicly viewable and used within a certain limited scope of usage, the Neo4j

28   Sweden Software License imposes commercial restrictions that included third-party resale and

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3655474.7                                        - 4 -

services activity. This new license, applied to Neo4j® EE version 3.4 and several pre-release versions of Neo4j® EE version 3.5, and are sufficiently restrictive so as to no longer qualify as "open source" under industry-accepted definitions of open source.  Plaintiffs made the decision to modify the license terms used to distribute Neo4j® EE to prevent third parties from monetizing its software while not contributing back to the software or companies who are producers of the software.  Plaintiffs also wanted to be able to control their reputation and brand by certifying and approving services partners working with the flagship commercial version of its product.

13.    In November 2018, Plaintiffs officially released Neo4j® EE version 3.5 solely under a proprietary and commercial license, while they continued to offer the source code for Neo4j® CE under the GPL open source license.  This meant that Plaintiffs were no longer publishing source code for new versions of Neo4j® EE to their public GitHub repository.  This was done to simplify the Neo4j® Platform's licensing model, as well as to more clearly communicate the commercial intent of the Neo4j® EE product, and prevent third parties from engaging parasitic behavior and diverting funds from the Plaintiff to themselves in closed, proprietary commercial projects. Attached hereto as **Exhibit 4** is a true and correct copy of November 15, 2018 announcement regarding the release of Neo4j® CE and Neo4j® EE version 3.5 that I published on Neo4j USA's website.

14.    Prior to its official release, Plaintiffs published several beta versions of the source code for Neo4j® EE v3.5 via their GitHub repository subject to the Neo4j Sweden Software License.  Plaintiffs did so in order to obtain user input and to make it easier to identify potential bugs that could be fixed prior to its official release.  Neo4j® EE version 3.5.0-RC1 was the last pre-release beta version made available via GitHub.  Thereafter, Plaintiffs only made the source code for Neo4j® CE available under the GPL via Github and only distributed Neo4j® EE as executable object code under a commercial license.

15.    Both Neo4j® EE and Neo4j® CE have been subject to trademark policies and guidelines published on Plaintiffs' website.  These policies made clear that to the extent any authorized modifications are made to Neo4j® Software, such modified software should indicate so and no longer bear the Neo4j® Mark. Neo4j USA did this to ensure that consumers knew

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3655474.7                                     - 5 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

Page 1371

1    when they were receiving genuine Neo4j® Software that was quality assured by Plaintiffs rather

2    than third-party modified open source versions thereof.

3        16.    Attached hereto as **Exhibit 5** is a true and correct copy of a July 10, 2017 capture

4    of Neo4j USA's Trademark Policy located at https://neo4j.com/trademark-policy/, which was

5    downloaded from the Wayback Machine website, a digital archive of the World Wide Web

6    (https://web.archive.org).  This version of Neo4j USA's Trademark Guidelines was updated on

7    October 13, 2015, and to my knowledge publicly available on Neo4j USA's website between

8    October 15, 2015 and April 2, 2019.

9        17.    Attached hereto as **Exhibit 6** is a true and correct copy of a September 26, 2019

10   printout of Neo4j USA's Trademark Guidelines.  This version of Neo4j USA's Trademark

11   Guidelines has been publicly available on Neo4j USA's website since April 3, 2019.

12       18.    Attached hereto as **Exhibit 7** is a true and correct copy of an August 8, 2020

13   capture of Neo4j USA's Trademark Guidelines located at https://neo4j.com/trademark-policy/,

14   which was downloaded from the Wayback Machine website, a digital archive of the World Wide

15   Web (https://web.archive.org).  Again, this version of Neo4j USA's Trademark Guidelines has

16   been publicly available on Neo4j USA's website since April 3, 2019.

17       19.    As Vice President of Products, I am also involved in and work with Neo4j Sweden

18   AB's continuing development of the source code underlying the software for the Neo4j®

19   Platform and various quality assurance and testing on software package builds compiled from this

20   source code.  Neo4j Sweden AB ("Neo4j Sweden") relies on more than 100 engineers, dozens of

21   engineering-years of build and test infrastructure, and millions of dollars annually in

22   infrastructure costs alone in continuing to improve Neo4j® EE.

23       20.    Included in our tests is approximately 150,000 unit and integration tests that run

24   automatically on every code change to each new version of both Neo4j® CE and Neo4j® EE. We

25   also have an extensive suite of stress and robustness tests, which subject the database product

26   artifacts that we build to complex randomized scenarios that include deliberately-induced

27   machine outages, to ensure that  distributed computing ("clustering") features, which are unique

28   to Neo4j® EE, adequately protect customers and their data from the kinds of network, server, and

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3655474.7                                    - 6 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

(139 of 299), Page 139 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 139 of 299
Case 5:18-cv-07182-EJD  Document 98-2  Filed 12/11/20  Page 8 of 81

1    software outages that occur in real-world customer environments, providing resilience in the face

2    of technical adversity.

3         21.    Another important kind of test that we have is end-to-end soak testing, which is

4    based on an infrastructure was expensive and time consuming to build.  Plaintiffs have had a team

5    of engineers that are dedicated to building and maintaining this testing framework since at least

6    2014.  This test is only performed on Neo4j® EE releases and not independently performed on

7    Neoj4® CE release. This layer, like the others, leverages a complex proprietary automation suite

8    that simulates how end users would automate and run Neo4j® EE. It access a Neo4j® EE cluster

9    through Neo4j's programmatic software drivers, running realistic load through the system for

10   days at a time, to ensure stable operation over extended periods, simulating customer usage.

11   Neo4j also has a complex benchmarking suite that is run with every candidate release of the

12   Neo4j® EE software, designed to ensure that there are no performance regressions in between

13   releases of software. This includes micro benchmarks, which are highly localized and fine

14   grained; macro benchmarks, which use larger data sets, some of which are obfuscated and

15   anonymized data sets provided by customers for this purpose; and full workloads, which test

16   databases of different size with mixed workloads with high levels of concurrency.

17        22.    In addition to all of the automated testing outlined above, Neo4j USA and Neo4j

18   Sweden's customer-facing technical experts, including Customer Support, Field Engineering

19   (pre-sales), Professional Services (consulting), Product Management (my own team that has

20   included employees of both Neo4j USA and Neo4j Sweden), carry out manual testing of releases

21   as part of our certification process, before they are deemed ready to be shipped to customers.

22        23.    In or about September 2017, I learned that John Mark Suhy had formed a new

23   company called iGov Inc., and that a group within Internal Revenue Service intended to award

24   PureThink a sole-source contract for their so-called "iGov Graph Database" software, which

25   appeared to be compiled using the source code from a version of Neo4j® EE licensed under the

26   AGPL.  On September 19, 2017, Neo4j USA filed a protest objecting to the sole source

27   justification of the intended award.

28   / / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3655474.7                                      - 7 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

24.     In or about October 2017, I learned from iGov's website, www.igovsol.com, that John Mark Suhy was recompiling binaries allegedly from source code underlying Neo4j® EE v3.3, which he called "Neo4j Enterprise" and was advertised as being identical to Plaintiffs' official Neo4j® EE v3.3 binaries.  I downloaded this version distributed by iGov from https://igovsol.com/downloads.htm and found that this software as compiled by Mr. Suhy was not of the same quality as official binary compiled by Neo4j Sweden, and did not include several closed-sourced features and corresponding source code.

25.     In particular, I learned the following from the inspection of Mr. Suhy's recompiled version of Neo4j® EE v3.3:

- Mr. Suhy was using modified versions of older build scripts to assemble iGov's Government Package for Neo4j/Neo4j Enterprise.
- Mr. Suhy did not include key security feature such as kerberos and intra-cluster encryption, which were only available in the official Neo4j® EE v3.3 release.
- Neo4j® EE includes many components ("jar" files). The version made available by Mr. Suhy included many but not all of the components, calling into question whether the software would operate to the same level of capability and quality as Neo4j Sweden's official release of the software. Specifically, two commercial-only libraries, neo4j-server-commercial-3.3.0.jar and neo4j-causal-clustering-commercial-3.3.0.jar did not exist in Mr. Suhy's version of "Neo4j Enterprise."

26.     By recompiling Neo4j® EE v3.3 in the foregoing manner, Mr. Suhy introduced modifications that Plaintiffs would not consider to be of the same quality as if were compiled by Neo4j Sweden.  Mr. Suhy's intermixing of scripts from older versions of Neo4j® EE increased the likelihood of stability issues for end-user customers and the co-mingling of divergent code increases the risk of environment failure and/or loss of database and/or data availability.

27.     After Plaintiffs released Neo4j® EE version 3.4, I learned from iGov's website that it was promoting what it called open source "Neo4j Enterprise" version 3.4.  I downloaded a copy of this software and found that similar to the software iGov released supposedly based on Neo4j® EE version 3.3, this "version 3.4" had been built with older versions of build scripts

842\3655474.7

- 8 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1   modified by Mr. Suhy, and that the Neo4j Sweden Software License had also been replaced with

2   a generic copy of the APGL in the LICENSE.txt files accompanying iGov's versions of what it

3   called version 3.4 of its own offering it called "Neo4j Enterprise" and ONgDB.

4         28.      Since Plaintiffs were no longer offering the binaries for Neo4j® EE version 3.4

5   under a non-commercial license, iGov's version of what it called "Neo4j Enterprise v3.4" it

6   would be highly unlikely that it would be of the same quality as if were compiled by Neo4j

7   Sweden AB, which is subject to the extensive proprietary testing described above beyond what is

8   publicly available in Neo4j® CE.

9         29.      On or about September 20, 2019, I inspected a copy of ONgDB v3.5.9 that GFI

10   claimed was licensed under the AGPL and purported to mirror Neo4j® EE version 3.5.9, which I

11   obtained from Defendant Graph Foundation's GitHub repository.  Plaintiffs never offered this

12   version of the software as either open source under the AGPL, nor as source available.  ONgDB

13   version 3.5.9 contained 247 Java classes that were released for the first time under the Neo4j

14   Sweden Software License either in (a) Neo4j® EE version 3.4 and were incorporated into

15   Neo4j® EE version 3.5; or (b) Neo4j® EE version 3.5.0-RC1, and were therefore never

16   previously licensed under the AGPLv3.  Additionally, the full underlying source code for the

17   enterprise-only components of Neo4j® EE version 3.5.9 was never made available or released

18   under the Neo4j Sweden Software License, or any open source license.  Specifically, Neo4j® EE

19   version 3.5.9 includes ten versions worth of discrete advances (fixes & improvements critical to

20   the reliable function of the software) not present in the last version of restricted source available

21   software that I understand that ONgDB used as the basis for its software.

22         30.      Also as part of my inspection,  I also reviewed a commit

23   (https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e883

24   74) authored by John Mark Suhy in the ONgDB Github repository where he replaced at least 28

25   LICENSE.txt files that contained the Neo4j® Sweden Software License covering the

26   aforementioned source code files and replaced it with the AGPL.

27         31.      As described above, Neo4j Sweden employs significant propriety testing and

28   quality assurances beyond what is publicly available in Neo4j® CE to create and build Neo4j®

842\3655474.7                                                         - 9 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1   EE version 3.5.  The substantially complex nature of those scripts and tests, combined with the

2   significant multi-year investment in said infrastructure, the large team involved in operating these

3   tests and knowledge and training required to maintain and evolve them, the high cost of running

4   these tests (over $1M/year in infrastructure costs alone), the complex nature of the Neo4j® EE

5   software itself, and the lack of visibility into the code changes being made in all versions

6   subsequent to Neo4j® EE version 3.5-RC, make it improbable that any third party, including

7   John Mark Suhy (iGov & PureThink), Brad Nussbaum and Ben Nussbaum of the Graph

8   Foundation (and AtomRain and GraphGrid), would be able to replicate the same level of

9   reliability, quality, or features of subsequent releases of Neo4j® EE 3.5.x by Plaintiffs.  As a

10  result, there would be an increased potential for instability and compatibility issues in ONgDB

11  software that is compiled in this manner, and that fails to include incremental improvements to

12  the proprietary software.

13         32.    Given the number of engineers that work on developing Neo4j® EE, the amount

14  of man hours they put in and the rigors of Neo4j Sweden's proprietary development and testing

15  protocols, and the long period of onboarding required for each engineer to become familiar with

16  the code and quality processes, it would be virtually impossible for Graph Foundation replicate

17  this.  Consequently, neither Neo4j USA nor Neo4j Sweden would consider ONgDB v3.5.9 to be

18  the exact equivalent both in function and quality as the same version of official Neo4j® EE

19  v3.5.9, and this would be true for any other version of ONgDB 3.5.x that Graph Foundation

20  claims to be the equivalent version of Neo4j EE v3.5.x.

21         33.    When Neo4j Sweden closed off the enterprise source code after Neo4j® EE

22  version 3.5.0-RC1, any changes or additions it made to that code that were not mirrored in

23  Neo4j® CE would not available to developers and end users of Neo4j® EE v3.5.x.  This includes

24  Neo4j 3.5.0, which was the first version certified for General Availability by Plaintiff, and

25  collectively includes critical fixes and other ongoing improvements in closed-off enterprise code,

26  a substantial number of which are in the clustering layer of the software, which is now closed

27  source.  Thus, Graph Foundation would not have received such fixes and improvements, nor have

28  been aware of the precise nature of all of the fixes. As of the date of this declaration, the latest

842\3655474.7

- 10 -

DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1  version of Neo4j® EE is 4.2.1; and the latest version of the Neo4j® EE 3.5 code line is Neo4j

2  3.5.25. *See* https://neo4j.com/release-notes/.  With over twenty proprietary patch releases

3  differentiating the underlying code line of Neo4j® EE 3.5.25, any versions of ONgDB relying on

4  older code would be meaningfully different from version 3.5.0-RC1, the pre-general availability

5  release candidate upon which ONgDB is based.

6          34.      Examples include multiple critical patches introduced by Neo4j Sweden that were

7  only included in the closed enterprise code for Neo4j® EE 3.5.x and were never publicly release

8  under the Neo4j Sweden Software License or the AGPL, or otherwise made publicly accessible or

9  available via Neo4® CE. The specific fixes to the closed Neo4j® EE source code consisted of

10  security and functionality fixes crucial to proper operation of clustering and other commercial-

11  only features. These patches were necessary to increase the stability and functionality of Neo4j®

12  EE, and in particular to avoid the risk that customers using the software might face risks and

13  instabilities with their data and operation of the software, including risk of unplanned downtime,

14  data corruption, returning incorrect results for certain queries, and risks the reliable operation of

15  backups.  The absence of these Neo4j-developed and tested patches in ONgDB software leaves

16  users vulnerable to these and other problems, for which Plaintiff is uniquely positioned and has

17  uniquely invested in addressing.

18          I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct, and that this declaration was executed on this 10th day of December

20  2020, at San Mateo, California

21

22

23  Philip Rathle

24

25

26

27

28

842\3655474.7                                              - 11 -
DECLARATION OF PHILIP RATHLE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT;
5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

# EXHIBIT 1

NOTICE
This package contains software licensed under different
licenses, please refer to the NOTICE.txt file for further
information and LICENSES.txt for full license texts.

The software ("Software") is developed and owned by Network Engine
for Objects in Lund AB (referred to in this notice as "Neo Technology").
If you have executed an End User Software License and Services Agreement,
an OEM Software License and Support Services Agreement, or another
commercial license agreement (including an Evaluation Agreement) with
Neo Technology or one of its affiliates (each, a "Commercial Agreement"),
you may use the Software solely pursuant to the terms of the relevant
Commercial Agreement.

If you have not executed a Commercial Agreement with Neo Technology, the
Software is subject to the terms of the GNU AFFERO GENERAL PUBLIC LICENSE
Version 3, as follows:


                GNU AFFERO GENERAL PUBLIC LICENSE
                 Version 3, 19 November 2007

 Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                      Preamble

  The GNU Affero General Public License is a free, copyleft license
for software and other kinds of works, specifically designed to ensure
cooperation with the community in the case of network server software.

  The licenses for most software and other practical works are
designed to take away your freedom to share and change the works.  By
contrast, our General Public Licenses are intended to guarantee your
freedom to share and change all versions of a program--to make sure it
remains free software for all its users.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

  Developers that use our General Public Licenses protect your rights
with two steps: (1) assert copyright on the software, and (2) offer
you this License which gives you legal permission to copy, distribute
and/or modify the software.

  A secondary benefit of defending all users' freedom is that
improvements made in alternate versions of the program, if they
receive widespread use, become available for other developers to
incorporate.  Many developers of free software are heartened and
encouraged by the resulting cooperation.  However, in the case of
software used on network servers, this result may fail to come about.
The GNU General Public License permits making a modified version and
letting the public access it on a server without ever releasing its
source code to the public.

  The GNU Affero General Public License is designed specifically to
ensure that, in such cases, the modified source code becomes available
to the community.  It requires the operator of a network server to
provide the source code of the modified version running there to the
users of that server.  Therefore, public use of a modified version, on
a publicly accessible server, gives the public access to the source
code of the modified version.

  An older license, called the Affero General Public License and
published by Affero, was designed to accomplish similar goals.  This is
a different license, not a version of the Affero GPL, but Affero has
released a new version of the Affero GPL which permits relicensing under
this license.

  The precise terms and conditions for copying, distribution and
modification follow.

                   TERMS AND CONDITIONS

  0. Definitions.

  "This License" refers to version 3 of the GNU Affero General Public
License.

  "Copyright" also means copyright-like laws that apply to other kinds
of works, such as semiconductor masks.

  "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an
exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

  The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

  All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of

11/7/2020                https://raw.githubusercontent.com/neo4j/neo4j/3.3/packaging/standalone/LICENSE.txt

your copyrighted material outside their relationship with you.

   Conveying under any other circumstances is permitted solely under
the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

   No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

   When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

  4. Conveying Verbatim Copies.

   You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

   You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

  5. Conveying Modified Source Versions.

   You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

   A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

   You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
    Corresponding Source fixed on a durable physical medium
    customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the

product that is covered by this License, on a durable physical
medium customarily used for software interchange, for a price no
more than your reasonable cost of physically performing this
conveying of source, or (2) access to copy the
Corresponding Source from a network server at no charge.

c) Convey individual copies of the object code with a copy of the
written offer to provide the Corresponding Source.  This
alternative is allowed only occasionally and noncommercially, and
only if you received the object code with such an offer, in accord
with subsection 6b.

d) Convey the object code by offering access from a designated
place (gratis or for a charge), and offer equivalent access to the
Corresponding Source in the same way through the same place at no
further charge.  You need not require recipients to copy the
Corresponding Source along with the object code.  If the place to
copy the object code is a network server, the Corresponding Source
may be on a different server (operated by you or a third party)
that supports equivalent copying facilities, provided you maintain
clear directions next to the object code saying where to find the
Corresponding Source.  Regardless of what server hosts the
Corresponding Source, you remain obligated to ensure that it is
available for as long as needed to satisfy these requirements.

e) Convey the object code using peer-to-peer transmission, provided
you inform other peers where the object code and Corresponding
Source of the work are being offered to the general public at no
charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term.  If a license document contains a further
restriction but permits relicensing or conveying under this License, you
may add to a covered work material governed by the terms of that license
document, provided that the further restriction does not survive such
relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do

11/7/2020                    Case 5.18-CV-Dtb23//raw.githubusercontent.com/neo4j/neo4j/3.3/packaging/standalone/LICENSE.txt.81

not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

  If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

  A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that

contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

  Nothing in this License shall be construed as excluding or limiting
any implied license or other defenses to infringement that may
otherwise be available to you under applicable patent law.

  12. No Surrender of Others' Freedom.

  If conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot convey a
covered work so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you may
not convey it at all.  For example, if you agree to terms that obligate you
to collect a royalty for further conveying from those to whom you convey
the Program, the only way you could satisfy both those terms and this
License would be to refrain entirely from conveying the Program.

  13. Remote Network Interaction; Use with the GNU General Public License.

  Notwithstanding any other provision of this License, if you modify the
Program, your modified version must prominently offer all users
interacting with it remotely through a computer network (if your version
supports such interaction) an opportunity to receive the Corresponding
Source of your version by providing access to the Corresponding Source
from a network server at no charge, through some standard or customary
means of facilitating copying of software.  This Corresponding Source
shall include the Corresponding Source for any work covered by version 3
of the GNU General Public License that is incorporated pursuant to the
following paragraph.

  Notwithstanding any other provision of this License, you have permission
to link or combine any covered work with a work licensed under version 3
of the GNU General Public License into a single combined work, and to
convey the resulting work.  The terms of this License will continue to
apply to the part which is the covered work, but the work with which it is
combined will remain governed by version 3 of the GNU General Public
License.

  14. Revised Versions of this License.

  The Free Software Foundation may publish revised and/or new versions of
the GNU Affero General Public License from time to time.  Such new
versions will be similar in spirit to the present version, but may differ
in detail to address new problems or concerns.

  Each version is given a distinguishing version number.  If the
Program specifies that a certain numbered version of the GNU Affero
General Public License "or any later version" applies to it, you have
the option of following the terms and conditions either of that
numbered version or of any later version published by the Free
Software Foundation.  If the Program does not specify a version number
of the GNU Affero General Public License, you may choose any version
ever published by the Free Software Foundation.

  If the Program specifies that a proxy can decide which future
versions of the GNU Affero General Public License can be used, that
proxy's public statement of acceptance of a version permanently
authorizes you to choose that version for the Program.

  Later license versions may give you additional or different
permissions.  However, no additional obligations are imposed on any
author or copyright holder as a result of your choosing to follow a
later version.

  15. Disclaimer of Warranty.

  THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

  16. Limitation of Liability.

  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
SUCH DAMAGES.

  17. Interpretation of Sections 15 and 16.

11/7/2020
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 152 of 299
Case 5:18-cv-07182-EJD Document 164-7 Filed 11/27/24 Page 81 of 81

    If the disclaimer of warranty and limitation of liability provided
above cannot be given local legal effect according to their terms,
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                     END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

    If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

    To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

        <one line to give the program's name and a brief idea of what it does.>
        Copyright (C) <year>  <name of author>

        This program is free software: you can redistribute it and/or modify
        it under the terms of the GNU Affero General Public License as
        published by the Free Software Foundation, either version 3 of the
        License, or (at your option) any later version.

        This program is distributed in the hope that it will be useful,
        but WITHOUT ANY WARRANTY; without even the implied warranty of
        MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
        GNU Affero General Public License for more details.

        You should have received a copy of the GNU Affero General Public License
        along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

    If your software can interact with users remotely through a computer
network, you should also make sure that it provides a way for users to
get its source.  For example, if your program is a web application, its
interface could display a "Source" link that leads users to an archive
of the code.  There are many ways you could offer source, and different
solutions will be better for different programs; see section 13 for the
specific requirements.

    You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU AGPL, see
<http://www.gnu.org/licenses/>.

# EXHIBIT 2





(Neo4j Blog)←[:BACK]

# Neo4j Graph Database 3.4 GA Release: Everything You Need to Know



**Philip Rathle, VP of Products**

May 17, 2018 · 8 mins read

---

*Author's note: What a hectic week in the world of Neo4j! In addition to finalizing the delivery of Neo4j 3.4, we simultaneously built the GQL Manifesto, a call to support a common, unified Graph Query Language. Thank you to the graph community for your strong vote of support! If you have not already voted, please do so.*

The Neo4j graph database has always been the technology closest to the core of our mission: *to help the world make sense of data.*



With today's general availability release of Neo4j Graph Database version 3.4, we believe that mission is advanced further than ever before.

The native graph database is the foundation around which the rest of the Neo4j Graph Platform is built, and we're proud to be releasing this version that will delight both longstanding community developers and enterprise DBAs alike.

(155 of 299), Page 155 of 299

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 155 of 299
Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 24 of 81

| 3.4 Features By Edition | Community | Enterprise |
|---|---|---|
| **Data Types** | | |
| Date/Time data type | ☐ | ☐ |
| 3D Geospatial data types | ☐ | ☐ |
| **Performance Improvements** | | |
| Native String Indexes – up to 5x faster writes | ☐ | ☐ |
| Fast Backups | ☐ | **2x Faster** |
| Enterprise Cypher Runtime up to 70% faster | – | ☐ |
| 100B+ Bulk Importer | ☐ | **Resumable** |
| **Enterprise Scaling & Administration** | | |
| Multi-Clustering (partition of clusters) | – | ☐ |
| Automatic Cache Warming | – | ☐ |
| Rolling Upgrades | – | ☐ |
| Resumable Copy/restore cluster member | – | ☐ |

| | | |
|---|---|---|
| New diagnostic metrics and support tools | – | ☐ |
| Property Blacklisting | – | ☐ |

Here is a closer look at the release-defining features of Neo4j Database 3.4:

# Multi-Clustering

Multi-Clustering is the flagship feature of Neo4j Database 3.4, advancing the Graph Platform in scale, expanded uses and performance.



With Multi-Clustering, you can create and manage multiple domain-specific database clusters, effectively

partitioning the graph into independent parts. We view this as a step in our march toward fully-sharded horizontal scaling of graph data.

Multi-Clustering can be used to logically partition graphs; create highly-available, large-scale multi-tenant SaaS systems; or oversee multiple graph implementations across the enterprise. For example, Multi-Clustering is perfect for building GDPR-compliant data lineage systems by country, or segmenting a graph database according to product line or division.

## Directory Service

Multi-Clustering comes with a new directory service that manages a routing table of locations for each named database cluster. The directory service lives within lower levels of Bolt drivers at the same level as cluster load balancing and routing logic, all of which saves developers innumerable headaches.

## Multi-Clustering Scalability Use Cases & Strategies

Here are just a few scalability use cases of Multi-Clustering we initially imagined (we're sure you'll surprise us with even more):

## 1. Physical Graph Partitioning

For the horizontal scaling of databases with logically distinct graphs, Multi-Clustering can be used to adopt a strategy of physical graph partitioning.

Physical graph partitioning might include naming and managing graphs according to geography (e.g., country), customer ID, products, use cases, versions, or data center as individual clustered instances. Or, you could use this approach for the creation and storage of multiple analytic graphs derived from graph-based analysis.

Physical graph partitioning is a cloud-friendly model, especially considering server-to-server encryption, multi-

data center or zone support in conjunction with the above-mentioned strategies.

## 2. Cluster-Based Multi-Tenancy

Using Multi-Clustering for a cluster-based multi-tenant strategy allows you to define baseline schemas and data templates independent of a given tenant. You can also name graph data according to tenant ID and route it accordingly.

This strategy allows SaaS providers to deploy tenants as triplets of cloud instances that both separates individual customer data and provides high availability and customer-centric security – all without disturbing the top-level behavior and operation of the application or service.

## 3. Multi-Graph Operations within the Enterprise

Finally, Multi-Clustering can be used to combine oversight of use-specific graphs within an enterprise organization, such as metadata, GDPR compliance services, identity management, network topology management and Customer 360 experience data.

# New Data Types

Neo4j Database introduces two brand-new data types: **date/time** data and **three-dimensional geospatial** data. These new data types enable optimized Cypher queries for searches across time or space.

## Temporal Data in Neo4j

The introduction of date/time data expands graph-based thinking into other types of temporal (time-situated) logic and queries that matches modern research happening at leading universities across the globe. Temporal data is also important for Internet of Things (IoT) use cases, versioning and other changes-over-time implementations.

(159 of 299), Page 159 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 159 of 299
Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 28 of 81

With the new date/time data types, you can more easily tap into a variety of use cases, such as:

- Time trees

- Change logs

- Temporal incentives ("Offer this coupon until this date.")

- Complements to spatial queries ("Optimize route based on commute hour.")

The new date/time data includes a variety of formats and conforms to a familiar SQL-like model.

## 3D Spatial Data in Neo4j

In addition to traditional latitude and longitude, the new geospatial data types in Neo4j also include Cartesian coordinates (x, y, z), radial distances, altitude, depth and slope.



**Query Example: "Find all coffee shops within 100m"**

```
WITH point({latitude: 55.612149, longitude: 12.995090}) AS poi
MATCH (l:Location)<-[:AT]-(b:Business)-[:OF]->(c:Category)
 WHERE c.name = "coffee"
   AND distance(l.location, poi) < 100
RETURN distance(l.location, poi) as distance, b.name as coffee_shop
 ORDER BY distance DESC
```

Neo4j Database 3.4 now supports three-dimensional geospatial search as a data type and in Cypher queries.

These new data types greatly expand the types of searches and use cases for graph data, including location-based searches ("Find me a coffee shop within 100 meters") and 3D routing requests ("Route the delivery to the 3rd floor").

Another example: Using these new data formats, you could build a real-time bike-messenger delivery system that could not only locate addresses, but also specify time of delivery and elevation changes for the rider.



Another 3D geospatial search example: Recommend a shirt available in a multi-floor store close by in the men's department. In Neo4j 3.4, Cypher queries now support the data types necessary to complete such searches and recommendations.

# Performance Improvements

Neo4j 3.4 is faster in terms of both reads and writes, and these overall performance improvements are

(161 of 299), Page 161 of 299

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 161 of 299
Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 30 of 81

proportionally reflected in both Community and Enterprise Editions (with some differences).

The 3.4 release removes multiple layers of APIs between the kernel, interpreters and compilers, producing impressive performance improvements that other graph-layered products will find challenging to reproduce.

## Blazing-Fast Writes

- **Writes are now up to 5x faster** for nodes with indexed string properties, thanks to native string indexes and lessening dependence on third-party libraries.
- A **new kernel API** streamlines internal instructions.
- Bulk imports can handle over a 100 billion nodes and relationships.
- **Transaction states consume less memory** thanks to various efficiency improvements (including native indexing) working together.

### Writes with Native String Indexes

Writes are now up to 5x faster for nodes with indexed string properties, thanks to native string indexes. This reduces Neo4j's dependency on the popular external indexing library Lucene, and gives Neo4j finer-grained control over index response times.

## Speedy Reads

- Internal testing shows that **Cypher runtime is 20% faster** than for Neo4j 3.3 Community Edition and **Cypher runtime is 50-70% faster** than Neo4j 3.3 Enterprise Edition.



Internal testing shows that Cypher runtime is 50-70% faster in Neo4j 3.4 Enterprise Edition than in Neo4j 3.3 Enterprise Edition.

# New Administrator Features

Database administrators, DevOps and other support staff have had an important voice in strengthening Neo4j both in the past and in the 3.4 release. Some of the key highlights include:

- **Hot backups are now twice as fast** as in previous releases.

- After restart or restore, **active cache warming** now automatically warms the page cache to its previous operational state, getting servers back online in record time. This active warm-up exercise also cascades to Read Replicas within that Causal Cluster. The effect is that applications enjoy the peak operational responsiveness – immediately.

- A **new diagnostic utility** (dump tool) improves the speed and accuracy of collaboration support cases

between customers and Neo4j Support.

## Cluster Member Management

- **Data store copy and catch-up** features to enable a new empty instance to join a cluster and become operational in no time. This feature adds full transaction history as well as bulk-load historic data and transaction leftovers.
- **Catch-up functions** can be stopped and resumed, and also include ongoing raft log updates to complete making a new instance fully armed and operational.

## Rolling Upgrades

- Rolling upgrades allow for **updating older instances while keeping other members stable** and without requiring a restart of the environment.
- All **new patch, minor and major versions** will support rolling upgrades starting from Neo4j 3.4.
- Rolling upgrades will operate with **both read-only and read/write instances**.



Neo4j 3.4 now supports rolling upgrades so you can update older instances while keeping other members stable and without requiring a restart of the environment.

# Database Security Advancements

As with past releases, the Neo4j Database 3.4 release continues to robustly uphold modern database security principles, often not available in competing graph stores or other NoSQL databases.

Our current database security features include:

- User- and role-based security within the database

- LDAP and AD directory integration

- Kerberos authentication (ticket-based)

(165 of 299), Page 165 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 165 of 299
Case 5:18-cv-07182-EJD Document 98-2 Filed 12/11/20 Page 34 of 81

- HTTPS access to all user-facing interfaces

- TLS encrypted traffic among cluster routing, cluster members, including through Bolt application drivers and across data centers

- Encrypted data at rest via file-system encryption

With Neo4j 3.4, administrators can now implement **property blacklisting by name or role**, securing property visibility. This feature is similar to SQL-centric column level security without impacting performance.



With Neo4j 3.4, administrators can now implement property security by name, blacklisting properties for users.

# Conclusion

As the core of the Neo4j Graph Platform, this 3.4 release of the Neo4j Graph Database indicates an upgrade

(166 of 299), Page 166 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 166 of 299
Case 5:18-cv-07182-EJD, Document 98-2, Filed 12/11/20, Page 35 of 81

for the entire platform that relies on it. We're confident that the upgrades in Neo4j 3.4 will deliver stunning spillover results into all of the new products and features of the Graph Platform as they roll out later this year.



**Neo4j Database 3.4 is just one of many recent or soon-to-be-released upgrades to the Neo4j Graph Platform.**

We encourage you to download Neo4j Database 3.4 and try it out for yourself – whether as part of Neo4j Desktop or as part of your Enterprise Edition license.

While we know some of the most clear and obvious ways that this release will help you harness your data connections, we're even more excited to hear how our millions of users worldwide will use these new features to build applications beyond the limits of our wildest imagination.

For all of the Neo4j team,

–Philip Rathle

**Start pushing boundaries today:**
**Download Neo4j Desktop right now and see for yourself what you can do with the leading platform for connected data.**

Download Neo4j 3.4

cache warming  Cartesian coordinates  cypher  database security  DevOps  graph database  hot backups  
native graph database  neo4j  Neo4j 3.4

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 167 of 299

Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 36 of 81

Neo4j Community Disclaimer

  



Author

## Philip Rathle, VP of Products

Philip Rathle has a passion for building great products that help users solve tomorrow's challenges. He spent the first decade of his career building information solutions for some of the world's largest companies: first with Accenture, then with Tanning Technology, one of the world's top database consultancies of the time, ...

know more

Related Articles

Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 37 of 81



The Lean-In Moment: 5-Minute Interview with Paul Westcott

Oct 16 · 3 mins read




**DR. JIM WEBBER**
Chief Scientist, Neo4j



**RIK VAN BRUGGEN**
Regional VP, Neo4j



**PAT WALL**
Director, Product Marketing,
Neo4j

The 5-Minute Interview:
Graph Databases For Dummies

With Dr. Jim Webber and Rik Van Bruggen

5-Minute Interview: Graph Databases For Dummies with Dr. Jim Webber and Rik Van Bruggen

Oct 15 · 5 mins read



Fixing Your Microservices Architecture Using Graph Analysis

Oct 07 · 13 mins read

## Comments (2)

## Leave a Reply

Your email address will not be published.

```



```

## Preferred Name*

## Email*

## Website

Post Comment

 **Satish**
Nov 6, 2018

Hi, is there any article describing: how ne04j works with a bigdata cluser which ingess 10 billion events per day and data needs to be visualized with a graph visualization like keylines?

Reply

 **Sebastien DOLLAR**
May 6, 2019

We are trying to have some DB on same cluser like Production DB, copy of it as dev side data

It can be possible and with what way ?

(172 of 299), Page 172 of 299
Reply

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 172 of 299
Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 41 of 81

PRODUCTS          CUSTOMERS          Why Graph Databases?      Company

USE CASES         LEARN              Graph Databases vs        News
                                     RDBMS                     Awards
                                     What's New in Neo4j       Careers
PARTNERS          DEVELOPERS         Graphdatabases.com        Staff

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 1 73 23 56 07

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j®
Bloom™ and Neo4j® Aura™ are regisered
trademarks
of Neo4j, Inc. All other marks are owned by their
respective companies.

Contact Sales: 1.855.636.4532          Email a graph expert

# EXHIBIT 3

NOTICE
This package contains software licensed under different
licenses, please refer to the NOTICE.txt file for further
information and LICENSES.txt for full license texts.

Neo4j Enterprise object code can be licensed independently from
the source under separate commercial terms. Email inquiries can be
directed to: licensing@neo4j.com. More information is also
available at:https://neo4j.com/licensing/

The software ("Software") is developed and owned by Neo4j Sweden AB
(referred to in this notice as "Neo4j") and is subject to the terms
of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:


                    GNU AFFERO GENERAL PUBLIC LICENSE
                        Version 3, 19 November 2007

    Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
    Everyone is permitted to copy and distribute verbatim copies
    of this license document, but changing it is not allowed.

                        Preamble

    The GNU Affero General Public License is a free, copyleft license
for software and other kinds of works, specifically designed to ensure
cooperation with the community in the case of network server software.

    The licenses for most software and other practical works are
designed to take away your freedom to share and change the works.  By
contrast, our General Public Licenses are intended to guarantee your
freedom to share and change all versions of a program--to make sure it
remains free software for all its users.

    When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
them if you wish), that you receive source code or can get it if you
want it, that you can change the software or use pieces of it in new
free programs, and that you know you can do these things.

    Developers that use our General Public Licenses protect your rights
with two steps: (1) assert copyright on the software, and (2) offer
you this License which gives you legal permission to copy, distribute
and/or modify the software.

    A secondary benefit of defending all users' freedom is that
improvements made in alternate versions of the program, if they
receive widespread use, become available for other developers to
incorporate.  Many developers of free software are heartened and
encouraged by the resulting cooperation.  However, in the case of
software used on network servers, this result may fail to come about.
The GNU General Public License permits making a modified version and
letting the public access it on a server without ever releasing its
source code to the public.

    The GNU Affero General Public License is designed specifically to
ensure that, in such cases, the modified source code becomes available
to the community.  It requires the operator of a network server to
provide the source code of the modified version running there to the
users of that server.  Therefore, public use of a modified version, on
a publicly accessible server, gives the public access to the source
code of the modified version.

    An older license, called the Affero General Public License and
published by Affero, was designed to accomplish similar goals.  This is
a different license, not a version of the Affero GPL, but Affero has
released a new version of the Affero GPL which permits relicensing under
this license.

    The precise terms and conditions for copying, distribution and
modification follow.

                    TERMS AND CONDITIONS

    0. Definitions.

    "This License" refers to version 3 of the GNU Affero General Public
License.

    "Copyright" also means copyright-like laws that apply to other kinds
of works, such as semiconductor masks.

    "The Program" refers to any copyrightable work licensed under this
License.  Each licensee is addressed as "you".  "Licensees" and
"recipients" may be individuals or organizations.

    To "modify" a work means to copy from or adapt all or part of the work
in a fashion requiring copyright permission, other than the making of an

exact copy.  The resulting work is called a "modified version" of the
earlier work or a work "based on" the earlier work.

  A "covered work" means either the unmodified Program or a work based
on the Program.

  To "propagate" a work means to do anything with it that, without
permission, would make you directly or secondarily liable for
infringement under applicable copyright law, except executing it on a
computer or modifying a private copy.  Propagation includes copying,
distribution (with or without modification), making available to the
public, and in some countries other activities as well.

  To "convey" a work means any kind of propagation that enables other
parties to make or receive copies.  Mere interaction with a user through
a computer network, with no transfer of a copy, is not conveying.

  An interactive user interface displays "Appropriate Legal Notices"
to the extent that it includes a convenient and prominently visible
feature that (1) displays an appropriate copyright notice, and (2)
tells the user that there is no warranty for the work (except to the
extent that warranties are provided), that licensees may convey the
work under this License, and how to view a copy of this License.  If
the interface presents a list of user commands or options, such as a
menu, a prominent item in the list meets this criterion.

  1. Source Code.

  The "source code" for a work means the preferred form of the work
for making modifications to it.  "Object code" means any non-source
form of a work.

  A "Standard Interface" means an interface that either is an official
standard defined by a recognized standards body, or, in the case of
interfaces specified for a particular programming language, one that
is widely used among developers working in that language.

  The "System Libraries" of an executable work include anything, other
than the work as a whole, that (a) is included in the normal form of
packaging a Major Component, but which is not part of that Major
Component, and (b) serves only to enable use of the work with that
Major Component, or to implement a Standard Interface for which an
implementation is available to the public in source code form.  A
"Major Component", in this context, means a major essential component
(kernel, window system, and so on) of the specific operating system
(if any) on which the executable work runs, or a compiler used to
produce the work, or an object code interpreter used to run it.

  The "Corresponding Source" for a work in object code form means all
the source code needed to generate, install, and (for an executable
work) run the object code and to modify the work, including scripts to
control those activities.  However, it does not include the work's
System Libraries, or general-purpose tools or generally available free
programs which are used unmodified in performing those activities but
which are not part of the work.  For example, Corresponding Source
includes interface definition files associated with source files for
the work, and the source code for shared libraries and dynamically
linked subprograms that the work is specifically designed to require,
such as by intimate data communication or control flow between those
subprograms and other parts of the work.

  The Corresponding Source need not include anything that users
can regenerate automatically from other parts of the Corresponding
Source.

  The Corresponding Source for a work in source code form is that
same work.

  2. Basic Permissions.

  All rights granted under this License are granted for the term of
copyright on the Program, and are irrevocable provided the stated
conditions are met.  This License explicitly affirms your unlimited
permission to run the unmodified Program.  The output from running a
covered work is covered by this License only if the output, given its
content, constitutes a covered work.  This License acknowledges your
rights of fair use or other equivalent, as provided by copyright law.

  You may make, run and propagate covered works that you do not
convey, without conditions so long as your license otherwise remains
in force.  You may convey covered works to others for the sole purpose
of having them make modifications exclusively for you, or provide you
with facilities for running those works, provided that you comply with
the terms of this License in conveying all material for which you do
not control copyright.  Those thus making or running the covered works
for you must do so exclusively on your behalf, under your direction
and control, on terms that prohibit them from making any copies of
your copyrighted material outside their relationship with you.

  Conveying under any other circumstances is permitted solely under

the conditions stated below.  Sublicensing is not allowed; section 10
makes it unnecessary.

  3. Protecting Users' Legal Rights From Anti-Circumvention Law.

  No covered work shall be deemed part of an effective technological
measure under any applicable law fulfilling obligations under article
11 of the WIPO copyright treaty adopted on 20 December 1996, or
similar laws prohibiting or restricting circumvention of such
measures.

  When you convey a covered work, you waive any legal power to forbid
circumvention of technological measures to the extent such circumvention
is effected by exercising rights under this License with respect to
the covered work, and you disclaim any intention to limit operation or
modification of the work as a means of enforcing, against the work's
users, your or third parties' legal rights to forbid circumvention of
technological measures.

  4. Conveying Verbatim Copies.

  You may convey verbatim copies of the Program's source code as you
receive it, in any medium, provided that you conspicuously and
appropriately publish on each copy an appropriate copyright notice;
keep intact all notices stating that this License and any
non-permissive terms added in accord with section 7 apply to the code;
keep intact all notices of the absence of any warranty; and give all
recipients a copy of this License along with the Program.

  You may charge any price or no price for each copy that you convey,
and you may offer support or warranty protection for a fee.

  5. Conveying Modified Source Versions.

  You may convey a work based on the Program, or the modifications to
produce it from the Program, in the form of source code under the
terms of section 4, provided that you also meet all of these conditions:

    a) The work must carry prominent notices stating that you modified
    it, and giving a relevant date.

    b) The work must carry prominent notices stating that it is
    released under this License and any conditions added under section
    7.  This requirement modifies the requirement in section 4 to
    "keep intact all notices".

    c) You must license the entire work, as a whole, under this
    License to anyone who comes into possession of a copy.  This
    License will therefore apply, along with any applicable section 7
    additional terms, to the whole of the work, and all its parts,
    regardless of how they are packaged.  This License gives no
    permission to license the work in any other way, but it does not
    invalidate such permission if you have separately received it.

    d) If the work has interactive user interfaces, each must display
    Appropriate Legal Notices; however, if the Program has interactive
    interfaces that do not display Appropriate Legal Notices, your
    work need not make them do so.

  A compilation of a covered work with other separate and independent
works, which are not by their nature extensions of the covered work,
and which are not combined with it such as to form a larger program,
in or on a volume of a storage or distribution medium, is called an
"aggregate" if the compilation and its resulting copyright are not
used to limit the access or legal rights of the compilation's users
beyond what the individual works permit.  Inclusion of a covered work
in an aggregate does not cause this License to apply to the other
parts of the aggregate.

  6. Conveying Non-Source Forms.

  You may convey a covered work in object code form under the terms
of sections 4 and 5, provided that you also convey the
machine-readable Corresponding Source under the terms of this License,
in one of these ways:

    a) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by the
    Corresponding Source fixed on a durable physical medium
    customarily used for software interchange.

    b) Convey the object code in, or embodied in, a physical product
    (including a physical distribution medium), accompanied by a
    written offer, valid for at least three years and valid for as
    long as you offer spare parts or customer support for that product
    model, to give anyone who possesses the object code either (1) a
    copy of the Corresponding Source for all the software in the
    product that is covered by this License, on a durable physical
    medium customarily used for software interchange, for a price no
    more than your reasonable cost of physically performing this

11/7/2020                    https://raw.githubusercontent.com/neo4j/neo4j/3.4/packaging/standalone/LICENSE.txt

```
    conveying of source, or (2) access to copy the
    Corresponding Source from a network server at no charge.

    c) Convey individual copies of the object code with a copy of the
    written offer to provide the Corresponding Source.  This
    alternative is allowed only occasionally and noncommercially, and
    only if you received the object code with such an offer, in accord
    with subsection 6b.

    d) Convey the object code by offering access from a designated
    place (gratis or for a charge), and offer equivalent access to the
    Corresponding Source in the same way through the same place at no
    further charge.  You need not require recipients to copy the
    Corresponding Source along with the object code.  If the place to
    copy the object code is a network server, the Corresponding Source
    may be on a different server (operated by you or a third party)
    that supports equivalent copying facilities, provided you maintain
    clear directions next to the object code saying where to find the
    Corresponding Source.  Regardless of what server hosts the
    Corresponding Source, you remain obligated to ensure that it is
    available for as long as needed to satisfy these requirements.

    e) Convey the object code using peer-to-peer transmission, provided
    you inform other peers where the object code and Corresponding
    Source of the work are being offered to the general public at no
    charge under subsection 6d.

  A separable portion of the object code, whose source code is excluded
from the Corresponding Source as a System Library, need not be
included in conveying the object code work.

  A "User Product" is either (1) a "consumer product", which means any
tangible personal property which is normally used for personal, family,
or household purposes, or (2) anything designed or sold for incorporation
into a dwelling.  In determining whether a product is a consumer product,
doubtful cases shall be resolved in favor of coverage.  For a particular
product received by a particular user, "normally used" refers to a
typical or common use of that class of product, regardless of the status
of the particular user or of the way in which the particular user
actually uses, or expects or is expected to use, the product.  A product
is a consumer product regardless of whether the product has substantial
commercial, industrial or non-consumer uses, unless such uses represent
the only significant mode of use of the product.

  "Installation Information" for a User Product means any methods,
procedures, authorization keys, or other information required to install
and execute modified versions of a covered work in that User Product from
a modified version of its Corresponding Source.  The information must
suffice to ensure that the continued functioning of the modified object
code is in no case prevented or interfered with solely because
modification has been made.

  If you convey an object code work under this section in, or with, or
specifically for use in, a User Product, and the conveying occurs as
part of a transaction in which the right of possession and use of the
User Product is transferred to the recipient in perpetuity or for a
fixed term (regardless of how the transaction is characterized), the
Corresponding Source conveyed under this section must be accompanied
by the Installation Information.  But this requirement does not apply
if neither you nor any third party retains the ability to install
modified object code on the User Product (for example, the work has
been installed in ROM).

  The requirement to provide Installation Information does not include a
requirement to continue to provide support service, warranty, or updates
for a work that has been modified or installed by the recipient, or for
the User Product in which it has been modified or installed.  Access to a
network may be denied when the modification itself materially and
adversely affects the operation of the network or violates the rules and
protocols for communication across the network.

  Corresponding Source conveyed, and Installation Information provided,
in accord with this section must be in a format that is publicly
documented (and with an implementation available to the public in
source code form), and must require no special password or key for
unpacking, reading or copying.

  7. Additional Terms.

  "Additional permissions" are terms that supplement the terms of this
License by making exceptions from one or more of its conditions.
Additional permissions that are applicable to the entire Program shall
be treated as though they were included in this License, to the extent
that they are valid under applicable law.  If additional permissions
apply only to part of the Program, that part may be used separately
under those permissions, but the entire Program remains governed by
this License without regard to the additional permissions.

  When you convey a copy of a covered work, you may at your option
remove any additional permissions from that copy, or from any part of
```

**Page 1411**

it.  (Additional permissions may be written to require their own
removal in certain cases when you modify the work.)  You may place
additional permissions on material, added by you to a covered work,
for which you have or can give appropriate copyright permission.

  Notwithstanding any other provision of this License, for material you
add to a covered work, you may (if authorized by the copyright holders of
that material) supplement the terms of this License with terms:

    a) Disclaiming warranty or limiting liability differently from the
    terms of sections 15 and 16 of this License; or

    b) Requiring preservation of specified reasonable legal notices or
    author attributions in that material or in the Appropriate Legal
    Notices displayed by works containing it; or

    c) Prohibiting misrepresentation of the origin of that material, or
    requiring that modified versions of such material be marked in
    reasonable ways as different from the original version; or

    d) Limiting the use for publicity purposes of names of licensors or
    authors of the material; or

    e) Declining to grant rights under trademark law for use of some
    trade names, trademarks, or service marks; or

    f) Requiring indemnification of licensors and authors of that
    material by anyone who conveys the material (or modified versions of
    it) with contractual assumptions of liability to the recipient, for
    any liability that these contractual assumptions directly impose on
    those licensors and authors.

  All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term.  If a license document contains a further
restriction but permits relicensing or conveying under this License, you
may add to a covered work material governed by the terms of that license
document, provided that the further restriction does not survive such
relicensing or conveying.

  If you add terms to a covered work in accord with this section, you
must place, in the relevant source files, a statement of the
additional terms that apply to those files, or a notice indicating
where to find the applicable terms.

  Additional terms, permissive or non-permissive, may be stated in the
form of a separately written license, or stated as exceptions;
the above requirements apply either way.

  8. Termination.

  You may not propagate or modify a covered work except as expressly
provided under this License.  Any attempt otherwise to propagate or
modify it is void, and will automatically terminate your rights under
this License (including any patent licenses granted under the third
paragraph of section 11).

  However, if you cease all violation of this License, then your
license from a particular copyright holder is reinstated (a)
provisionally, unless and until the copyright holder explicitly and
finally terminates your license, and (b) permanently, if the copyright
holder fails to notify you of the violation by some reasonable means
prior to 60 days after the cessation.

  Moreover, your license from a particular copyright holder is
reinstated permanently if the copyright holder notifies you of the
violation by some reasonable means, this is the first time you have
received notice of violation of this License (for any work) from that
copyright holder, and you cure the violation prior to 30 days after
your receipt of the notice.

  Termination of your rights under this section does not terminate the
licenses of parties who have received copies or rights from you under
this License.  If your rights have been terminated and not permanently
reinstated, you do not qualify to receive new licenses for the same
material under section 10.

  9. Acceptance Not Required for Having Copies.

  You are not required to accept this License in order to receive or
run a copy of the Program.  Ancillary propagation of a covered work
occurring solely as a consequence of using peer-to-peer transmission
to receive a copy likewise does not require acceptance.  However,
nothing other than this License grants you permission to propagate or
modify any covered work.  These actions infringe copyright if you do
not accept this License.  Therefore, by modifying or propagating a
covered work, you indicate your acceptance of this License to do so.

  10. Automatic Licensing of Downstream Recipients.

  Each time you convey a covered work, the recipient automatically
receives a license from the original licensors, to run, modify and
propagate that work, subject to this License.  You are not responsible
for enforcing compliance by third parties with this License.

  An "entity transaction" is a transaction transferring control of an
organization, or substantially all assets of one, or subdividing an
organization, or merging organizations.  If propagation of a covered
work results from an entity transaction, each party to that
transaction who receives a copy of the work also receives whatever
licenses to the work the party's predecessor in interest had or could
give under the previous paragraph, plus a right to possession of the
Corresponding Source of the work from the predecessor in interest, if
the predecessor has it or can get it with reasonable efforts.

  You may not impose any further restrictions on the exercise of the
rights granted or affirmed under this License.  For example, you may
not impose a license fee, royalty, or other charge for exercise of
rights granted under this License, and you may not initiate litigation
(including a cross-claim or counterclaim in a lawsuit) alleging that
any patent claim is infringed by making, using, selling, offering for
sale, or importing the Program or any portion of it.

  11. Patents.

  A "contributor" is a copyright holder who authorizes use under this
License of the Program or a work on which the Program is based.  The
work thus licensed is called the contributor's "contributor version".

  A contributor's "essential patent claims" are all patent claims
owned or controlled by the contributor, whether already acquired or
hereafter acquired, that would be infringed by some manner, permitted
by this License, of making, using, or selling its contributor version,
but do not include claims that would be infringed only as a
consequence of further modification of the contributor version.  For
purposes of this definition, "control" includes the right to grant
patent sublicenses in a manner consistent with the requirements of
this License.

  Each contributor grants you a non-exclusive, worldwide, royalty-free
patent license under the contributor's essential patent claims, to
make, use, sell, offer for sale, import and otherwise run, modify and
propagate the contents of its contributor version.

  In the following three paragraphs, a "patent license" is any express
agreement or commitment, however denominated, not to enforce a patent
(such as an express permission to practice a patent or covenant not to
sue for patent infringement).  To "grant" such a patent license to a
party means to make such an agreement or commitment not to enforce a
patent against the party.

  If you convey a covered work, knowingly relying on a patent license,
and the Corresponding Source of the work is not available for anyone
to copy, free of charge and under the terms of this License, through a
publicly available network server or other readily accessible means,
then you must either (1) cause the Corresponding Source to be so
available, or (2) arrange to deprive yourself of the benefit of the
patent license for this particular work, or (3) arrange, in a manner
consistent with the requirements of this License, to extend the patent
license to downstream recipients.  "Knowingly relying" means you have
actual knowledge that, but for the patent license, your conveying the
covered work in a country, or your recipient's use of the covered work
in a country, would infringe one or more identifiable patents in that
country that you have reason to believe are valid.

  If, pursuant to or in connection with a single transaction or
arrangement, you convey, or propagate by procuring conveyance of, a
covered work, and grant a patent license to some of the parties
receiving the covered work authorizing them to use, propagate, modify
or convey a specific copy of the covered work, then the patent license
you grant is automatically extended to all recipients of the covered
work and works based on it.

  A patent license is "discriminatory" if it does not include within
the scope of its coverage, prohibits the exercise of, or is
conditioned on the non-exercise of one or more of the rights that are
specifically granted under this License.  You may not convey a covered
work if you are a party to an arrangement with a third party that is
in the business of distributing software, under which you make payment
to the third party based on the extent of your activity of conveying
the work, and under which the third party grants, to any of the
parties who would receive the covered work from you, a discriminatory
patent license (a) in connection with copies of the covered work
conveyed by you (or copies made from those copies), or (b) primarily
for and in connection with specific products or compilations that
contain the covered work, unless you entered into that arrangement,
or that patent license was granted, prior to 28 March 2007.

Nothing in this License shall be construed as excluding or limiting any implied license or other defenses to infringement that may otherwise be available to you under applicable patent law.

    12. No Surrender of Others' Freedom.

    If conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License.  If you cannot convey a covered work so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not convey it at all.  For example, if you agree to terms that obligate you to collect a royalty for further conveying from those to whom you convey the Program, the only way you could satisfy both those terms and this License would be to refrain entirely from conveying the Program.

    13. Remote Network Interaction; Use with the GNU General Public License.

    Notwithstanding any other provision of this License, if you modify the Program, your modified version must prominently offer all users interacting with it remotely through a computer network (if your version supports such interaction) an opportunity to receive the Corresponding Source of your version by providing access to the Corresponding Source from a network server at no charge, through some standard or customary means of facilitating copying of software.  This Corresponding Source shall include the Corresponding Source for any work covered by version 3 of the GNU General Public License that is incorporated pursuant to the following paragraph.

    Notwithstanding any other provision of this License, you have permission to link or combine any covered work with a work licensed under version 3 of the GNU General Public License into a single combined work, and to convey the resulting work.  The terms of this License will continue to apply to the part which is the covered work, but the work with which it is combined will remain governed by version 3 of the GNU General Public License.

    14. Revised Versions of this License.

    The Free Software Foundation may publish revised and/or new versions of the GNU Affero General Public License from time to time.  Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

    Each version is given a distinguishing version number.  If the Program specifies that a certain numbered version of the GNU Affero General Public License "or any later version" applies to it, you have the option of following the terms and conditions either of that numbered version or of any later version published by the Free Software Foundation.  If the Program does not specify a version number of the GNU Affero General Public License, you may choose any version ever published by the Free Software Foundation.

    If the Program specifies that a proxy can decide which future versions of the GNU Affero General Public License can be used, that proxy's public statement of acceptance of a version permanently authorizes you to choose that version for the Program.

    Later license versions may give you additional or different permissions.  However, no additional obligations are imposed on any author or copyright holder as a result of your choosing to follow a later version.

    15. Disclaimer of Warranty.

    THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

    16. Limitation of Liability.

    IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

    17. Interpretation of Sections 15 and 16.

    If the disclaimer of warranty and limitation of liability provided above cannot be given local legal effect according to their terms,

11/7/2020          https://raw.githubusercontent.com/neo4j/neo4j/3.4/packaging/standalone/LICENSE.txt

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 181 of 299
Case 5:18-cv-07182-EJD Document 140-7 Filed 11/08/22 Page 182 of 181

```
reviewing courts shall apply local law that most closely approximates
an absolute waiver of all civil liability in connection with the
Program, unless a warranty or assumption of liability accompanies a
copy of the Program in return for a fee.

                      END OF TERMS AND CONDITIONS

            How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
state the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software: you can redistribute it and/or modify
    it under the terms of the GNU Affero General Public License as
    published by the Free Software Foundation, either version 3 of the
    License, or (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU Affero General Public License for more details.

    You should have received a copy of the GNU Affero General Public License
    along with this program.  If not, see <http://www.gnu.org/licenses/>.

Also add information on how to contact you by electronic and paper mail.

  If your software can interact with users remotely through a computer
network, you should also make sure that it provides a way for users to
get its source.  For example, if your program is a web application, its
interface could display a "Source" link that leads users to an archive
of the code.  There are many ways you could offer source, and different
solutions will be better for different programs; see section 13 for the
specific requirements.

  You should also get your employer (if you work as a programmer) or school,
if any, to sign a "copyright disclaimer" for the program, if necessary.
For more information on this, and how to apply and follow the GNU AGPL, see
<http://www.gnu.org/licenses/>.


"Commons Clause" License Condition

The Software is provided to you by the Licensor under the License, as
defined below, subject to the following condition. Without limiting
other conditions in the License, the grant of rights under the License
will not include, and the License does not grant to you, the right to
Sell the Software.  For purposes of the foregoing, "Sell" means
practicing any or all of the rights granted to you under the License
to provide to third parties, for a fee or other consideration,
a product or service that consists, entirely or substantially,
of the Software or the functionality of the Software. Any license
notice or attribution required by the License must also include
this Commons Cause License Condition notice.
```

# EXHIBIT 4

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 183 of 299
Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 52 of 81





(Neo4j Blog)←[:BACK]

# Simplicity Wins: We're Shifting to an Open Core Licensing Model for Neo4j Enterprise Edition



Philip Rathle, VP of Products

Nov 15, 2018 · 2 mins read

---

**TL;DR:** Starting with Neo4j 3.5, Enterprise Edition source code will no longer be published to the open source commons, including future versions.



- This does not impact Neo4j Community Edition. We will continue to deliver the world's best and most comprehensive graph database as open source.

- This does not affect customers, partners, OEMs or Neo4j Desktop users.

- Code contributions from outside Neo4j remain available as open source in earlier versions.

## Neo4j Is Going Open Core

Today we are announcing an important change to the licensing of Neo4j Enterprise Edition: **Beginning with Neo4j 3.5 release candidates, Enterprise Edition is available solely under a commercial license.** (Read

our FAQ here for all the nitty-gritty details.)

We are doing this to clarify our licensing model and so that we can continue to offer you the most powerful graph database technology that we can offer: both commercially and across the wide range of open source projects to which we remain strongly committed. In essence, Neo4j is moving to a more industry-standard "open core" licensing model.

Neo4j Community Edition – the core of the Neo4j Graph Platform – will continue to be provided under an open source GPLv3 license, as it has been for years. In order minimize business confusion around what portion of our IP we sell and what portion we offer as free open source, we will no longer make Neo4j Enterprise Edition source code publicly available.

This move brings Neo4j in line with industry norms – most of the popular open source databases use an open core model – and it clearly delineates the licensing choices between Neo4j Enterprise and Community Editions.

What this *does not* affect:

- **Neo4j Community Edition.** This does not impact Community Edition in any way. The vast majority of new features have always landed into both editions, and we intend to continue investing in it.

- **Any software that you have received (or will receive) from us.** The Neo4j Enterprise distribution that you download from Neo4j.com, Docker Hub, etc. is not undergoing any change. Those binaries are already licensed under a commercial license. This move doesn't affect that.

- **Startup, Educational, Developer, Data Journalism and other free Enterprise Edition licenses.** Neo4j Enterprise Edition is available under a commercial license and is, in many cases, free.

- **Contributors.** More than 99% of Enterprise Edition code was authored by Neo4j employees and contractors. We have reached out to the few who make up the fractional <1% to affirm their contributions are given proper due, as well as to confirm their contributions are still freely available in past versions.

- **Older versions of Neo4j Enterprise.** Any version of Neo4j that's already been published is going to remain on GitHub.

**Page 1418**

What this **does** affect:

- **The source code we publish.** In the past, we've published our Enterprise Edition code to GitHub alongside the Neo4j Community Edition source that we publish. Starting today, we will only publish source for Neo4j Community Edition.

- **Neo4j-dependent open source projects.** We've reached out to the few open source projects we know are based on Neo4j Enterprise Edition, and we are working with them to make sure they have a way forward. These are few and far between (we know of five globally) as the AGPLv3 is a rather restrictive license, and because many projects qualify for free use under the Startup license. Please get in touch with us if you feel you fall under this category.

## Reasons Behind Our Move to Open Core

Neo4j Enterprise Edition has always unambiguously been Neo4j's commercial edition, just like Neo4j Community Edition has always clearly been intended for broad free use by the community under the GPLv3.

Our choice to license our commercially-destined, commercially-produced IP as AGPLv3 was made for a number of reasons that were right for the time. However, times have changed.

The right decision for us today is to make the commercial portion of our product closed source – but not the rigorously open and extensively capable Neo4j Community Edition database core.

This change clarifies what has always been our intent. The move to a clearer and more commonplace model comes from numerous cases over the years where we saw confusion, misunderstanding and misinterpretation.

Any customer, user or partner who feels this change will directly affect them should reach out to us by contacting Neo4j Support.

## Final Thoughts: We Love Open Source

We are narrowing the scope of our open source contributions in one specific area, but if you take a step back and look at all of the work that we're doing today, we're making *more FOSS contributions than ever, across a wider range of projects than ever, with more permissive licenses than ever*.

We are committed to continuing to invest in and to offer the largest, most comprehensive graph technology stack available, as open source.

Today this includes the following projects and products:

- **Neo4j Community Edition** (GPLv3) – the best open source graph database in the world which is the core of the Neo4j ecosystem and platform;
- **openCypher** (Apache 2.0) – the graph query language and future of Neo4j Cypher via the openCypher project and the GQL standardization initiative;
- **Native language drivers** (Apache 2.0) for Java, JavaScript, Python, .NET and Go; as well as Neo4j's JDBC driver and a variety of connectors (for Elasticsearch, GraphQL, et al);
- **Graph Algorithms** (GPLv3) – more than 20 iterative graph algorithms for finding communities and clusters, centrality, similarities and paths;
- **Neo4j APOC Library** (Apache 2.0) – a collection of hundreds of procedures ("Awesome Procedures on Cypher") that work with both editions of Neo4j;
- **Cypher for Apache Spark** (Apache 2.0) and **Cypher for Gremlin** (Apache 2.0) – extending the Cypher language to other graph engines besides Neo4j.

If you'd like to know more of the details about our move to an open core licensing model, please read more on our published FAQ page. Thank you so much for your understanding, and let's stay connected!

–Philip

**Page 1420**

cypher | graph algorithms | graph database | graph technology | neo4j | Neo4j Community | Neo4j Desktop

Neo4j Graph Platform | open core | open source



Neo4j Community Disclaimer



Author

**Philip Rathle, VP of Products**

Philip Rathle has a passion for building great products that help users solve tomorrow's challenges. He spent the first decade of his career building information solutions for some of the world's largest companies: first with Accenture, then with Tanning Technology, one of the world's top database consultancies of the time, ...

know more

Related Articles



Graphistania Podcast: Authors Discuss Graph Databases For Dummies

Oct 27 · 2 mins read

Case 5:18-cv-07182-EJD   Document 98-2   Filed 12/11/20   Page 58 of 81



#GraphCast: Graph Data Science Library

Oct 23 · < 1 min read



Announcing: Graph-Native Machine Learning in Neo4j!

Oct 21 · 6 mins read

# Comments ()

## Leave a Reply

Your email address will not be published.

Preferred Name*

Email*

Website

Post Comment



| PRODUCTS | CUSTOMERS | Why Graph Databases? | Company |
| USE CASES | LEARN | Graph Databases vs RDBMS | News |
| | | What's New in Neo4j | Awards |
| PARTNERS | DEVELOPERS | Graphdatabases.com | Careers |
| | | | Staff |

CONTACT US →

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j®
Bloom™ and Neo4j® Aura™ are regisered trademarks
of Neo4j, Inc. All other marks are owned by their
respective companies.

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 1 73 23 56 07

Contact Sales: 1.855.636.4532

Email a graph expert

# EXHIBIT 5



# Trademark Policy

The name and trademarks of Neo Technology, Inc. and its subsidiaries ("Neo Technology") signals a quality scalable graph database. Neo Technology is proud of its reputation for excellent software products, and wishes to maintain that reputation for the benefit of Neo  Technology and its open source community. This trademark policy (the "Trademark Policy") describes the ways in which all of the trademarks, service marks, and logos of Neo Technology relating to the Neo Technology products such as Neo4j ("Trademark(s)") may or may not be used. The Trademarks are:

- Neo4j
- Cypher
- Neo Technology

If you use any of the Trademarks, you mus abide by this  Trademark Policy. We encourage communication to prevent misundersandings. If you have any quesions or comments, please contact us as described at the end of the Trademark Policy.

Neo Technology's Trademark Policy attempts to balance two competing interess: Neo  Technology's need to ensure that its Trademarks remain reliable indicators of quality, and Neo Technology's desire to permit community members to contribute to the development and success of the Neo Technology software.  Striking a proper balance can be difcult, and we hope this   Trademark Policy will help us to do that.

Underlying Neo Technology's Trademark Policy is the general law of trademarks. Trademarks exis to help consumers identify the source or origin of products. When a company makes a good product or a bad one, consumers begin to associate those qualities with the name and trademarks of that company. The reputation of a company can be a key factor in a user deciding to use one product or another. Allowing others to place a company's trademarks on other people's products can afect this reputation.  Trademark law exiss, at leas in part, to help users avoid being confused about the source and quality of the goods they are using.

Witness:
John Mark Suhy
**Exhibit 06**
10/22/2020  B Gerald

Neo Technology software, which is created and/or disributed by Neo  Technology and thus properly bears the Trademarks, is the software in the exact binary form that it is disributed by Neo  Technology, without modifcation of any kind.  To the extent any authorized modifcations are made to the software, such modifed software should no longer bear the  Trademarks. The public has a right to know when it is receiving a genuine Neo Technology product that is quality assured by Neo Technology.

Uses that Are Not Approved by This Trademark Policy

The following uses are not allowed. If you feel you need to use the Trademarks as described below, and have a legitimate reason to do so, please contact us. Some such uses may be acceptable under a separate written license agreement between you and Neo Technology. However, Neo Technology will decide this at its discretion on a case-by-case basis.

- **Certain web uses**. You must not use any Trademark in a web page title, titletag, metatag, or other manner with the intent or the likely effect of influencing search engine rankings or results listings.
- **Combination marks**. You must not use any Trademark in a manner that creates a "combined mark," or use that integrates other wording with the Trademark in a way that the public may think of the use as a new mark (e.g., SuperNeo4j, or Neo4j Lite by me)
- **Company names**. You must not use any Trademarks as part of your company name, trademark, or logo.
- **Domain names**. If you want to include all or part of a Neo Technology Trademark in a domain name, you must first receive written permission from Neo Technology. This includes uses for user groups, developer groups, or international groups. We may approve many such uses, but we need to do this on a case-by-case basis.
- **Misuse**. You must not use the Trademarks in a manner that is unethical, offensive, disparaging, illegal, or in bad taste.

Uses Permitted Under This Trademark Policy

In all cases you mus use the  Trademark only as permitted by this Trademark Policy and only as authorized in, and subject to, a separate written license agreement between you and Neo Technology. Also, if you use the Trademarks in violation of this Trademark Policy in any way, Neo Technology may revoke your right to use the Trademarks.

Services Related to Neo Technology Software

If you ofer services related to Neo  Technology software, unless you have entered into a separate written license agreement between you and Neo Technology, you may only use Neo Technology's Trademarks in word form to describe and advertise your services, so long as you do not sugges that you are the origin of the Neo Technology software or have otherwise been authorized by Neo Technology to provide services related to the Neo Technology software. For example, your web site might say "Training services for the

**Page 1429**

Neo Technology software available here." It mus not say "Neo  Technology services sold here," or "cusom Neo Technology software available here."

Proper trademark use

If you use the Trademarks as described in this Trademark Policy, here is how they should be used.

- **Proper form.** Neo Technology's Trademarks should be used in their exact form, neither abbreviated nor combined with any other word or words. Do not vary the spelling, add hyphens, make one word into two, or use possessive or plural forms of the Trademarks. Do not abbreviate a trademark to create an acronym. When using a logo, you must never modify the design, add or delete any words, or change any colors or proportions. The logo may only be scaled proportionally. The logo may in it's entirely be displayed using the exact colors used by Neo Technology or shown at http://neo4j.com/style-guide.
- **Use of word mark.** We encourage you to use the word form of the Trademark (as opposed to the logo), because using the word form is easier to do without violating this policy. You may use the word form of the Trademarks – Neo4j and Cypher. No other capitalization should be used. Use of the word form of the trademark should be in the same font and style as the surrounding text.
- **Trademarks are adjectives.** Always use the Trademarks as adjectives, and not as a verb or noun or in the possessive or plural forms. Examples of proper use: Neo4j Software, Neo4j Software application. Examples of improper use: Custom Neo4j or I Neo4j-ed my system.
- **Accompanying symbol**. The first or most prominent mention of a Neo Technology Trademark should be accompanied by a symbol indicating whether the mark is a registered trademark ("R") or an unregistered trademark ("tm").
- **Attribution**. The fact that the Trademarks are owned by Neo Technology should be stated (e.g., "[Neo4j] is a trademark of Neo Technology, Inc.") in a footnote or similar place, in reasonably legible position and size.
- **Separation**. The Neo Technology logos must be used as standalone icons, without any other third-party logos and/or trademarks combined or associated with them. A margin of at least the size of [describe letter or graphical feature of the logo] on the logo should be left empty around the logo in the background color of the displayed logo.

**Possible Infringements.** Please help us by reporting any possible infringement of any Trademark by contacting us at the e-mail address below.

webinfo@neotechnology.com

Policy Updates

Neo Technology reserves the right to modify this Trademark Policy at any time. You should review this Trademark Policy from time to time so that you will be aware of any updates. Any updates will apply as soon as they are posed on this page.

**Page 1430**

Quesions

Neo Technology has tried to make this Trademark Policy as comprehensive and undersandable as possible. If you are considering a use of a Trademark that is not covered by the policy, and you are unsure whether that use would run afoul of this Trademark Policy, please feel free to contact us. Also, we welcome your suggesions as to how to make this  Trademark Policy better and more workable for our community. We like hearing from you!

*Updated October 13, 2015*



PRODUCTS          CUSTOMERS          COMPANY
                                     News
SOLUTIONS         LEARN              Awards
                                     Jobs
PARTNERS          DEVELOPERS         Staff

                                     GET NEO4J NEWS          CONTACT US →
                                     Keep up with the lates graph     1-855-636-4532 US ☐
© 2017 Neo Technology, Inc.          database trends, tips & events.  +44 808 189 0493 UK ☐
Terms | Privacy | Sitemap                                            Please email: Germany ☐
                                                                     +33 (0) 8 05 08 03 44 France ☐
Neo4j®, Cypher®, and
Neo Technology®
are regisered trademarks
of Neo Technology, Inc.

CONTACT SALES: 1.855.636.4532          EMAIL A GRAPH EXPERT

# EXHIBIT 6



Skip to content

Company ▾    Support    Contact Us    🔍

PRODUCTS    SOLUTIONS    CUSTOMERS    PARTNERS    RESOURCES

▾    ▾    ▾    DEVELOPERS    DOWNLOAD NEO4J

# Trademark Guidelines

## Legal Notices



Terms
California Privacy Rights
Privacy Policy
Trademark Policy

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has established this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their distinctiveness and strength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modified, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modification of copyrighted software and distribution in original or modified form, such distribution could be misleading if distributed under the same name.  This could cause confusion among consumers of the software as to source. They may mistakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumstances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can be ambiguous, so we hope to provide enough clarity for you to understand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or distributed by Neo4j, is the software in the exact form that it is distributed by Neo4j without modification of any kind. To the extent any authorized modifications are made to the software, such modified software should no longer bear the Neo4j trademarks. The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

9/26/2019                                      Neo4j Trademark Policy - Neo4j Graph Database Platform

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you must decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that still ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to strike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

### Our Trademarks

This Policy covers the following non-exhaustive list of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™
   Neo Technology®



2. Our logos (the "Logos")



3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be registered, but registration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are registered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks must be licensed and comply with these guidelines. Whenever you use one of the Marks, you must always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are distributing the Neo4j® software when you're distributing a modified version

(201 of 299), Page 201 of 299
9/26/2019
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 201 of 299
Case 3:19-cv-06226 Document 1-3 Filed 10/01/19 Page 4 of 81

of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot distribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your distribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggests that your website is an official website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j® community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is reflected throughout this Policy. It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or distribution of software if you are also not in compliance with the copyright license for the software.

You may not use or register, in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illustrations within the document, as long as the use does not suggest that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeoff, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our benefit.

## Proper Use of the Marks

These rules hold true for all trademarks, not just ours, so you should follow them for our Marks as well as anyone else's.

<u>Always use the Marks in their Exact Form and Distinguishable from Other Text</u>. Always use the Word Marks in a manner distinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

| CORRECT | INCORRECT |
|---------|-----------|
| Neo4j® | NEO4J<br>Neo-4j<br>neo4j<br>n4j<br>Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifier, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an instance of the Marks. For example:

| CORRECT | INCORRECT |
|---------|-----------|

(202 of 299), Page 202 of 299
9/26/2019
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 202 of 299
Case 3:19-cv-06226 Document 1-2 Filed 10/01/19 Page 4 of 81

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph platform is widely used in many industries. | Neo4j® is widely used. |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | We use the Neo4j. |
| | I use Cypher. |
| I downloaded the Neo4j® database from neo4j.com. | I load data into and out of Neo4j. |
| Cypher® query language | |

Do Not Use Marks in the Possessive Form. Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® graph database software presents and stores data natively as a graph. | Neo4j's storage presents and stores data natively as a graph. |

Do Not Use Marks in the Plural Form. Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

Do Not Use Marks to Suggest Endorsement by Neo4j.

| CORRECT | INCORRECT |
|---|---|
| | "Open Neo4j" |
| graph database software | XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

Use of Logos

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, distort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

Mark Attribution and Notices

The first or most prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a registered trademark ("®") or an unregistered trademark ("™"). Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or registered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

Possible Infringement

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can investigate it further.

(203 of 299), Page 203 of 299    Case: 24-5538  12/23/2024  DktEntry: 18.7  Page 203 of 299
9/26/2019                    Case 5:19-cv-06226  Trademark Policy - Neo4j Graph Database Platform
                             Case 5:19-cv-06226  Document 1-2  Filed 10/01/19  Page 72 of 81

Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifications or updates as they will apply as soon as they are posted on this page.

Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and understandable as possible. If you have any questions about this Policy, would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

- *PRODUCTS*
- *SOLUTIONS*
- *PARTNERS*

- *CUSTOMERS*
- *LEARN*
- *DEVELOPERS*

- *Why Graph Databases?*
- *Graph Databases vs RDBMS*
- *What's New in Neo4j*
- *Graphdatabases.com*

- *Company*
- *News*
- *Awards*
- *Careers*
- *Staff*

    

*© 2019 Neo4j, Inc.*
*Terms | Privacy | Sitemap*

*Neo4j®, Neo Technology® and Cypher® are registered trademarks of Neo4j, Inc.*

**Contact Us →**

*US: 1-855-636-4532*
*Sweden +46 171 480 113*
*UK: +44 20 3868 3223*
*France: +33 (0) 8 05 08 03 44*
*Germany: +49 (0)89 26204 6300*

*Contact Sales: 1.855.636.4532  Email a graph expert*

# EXHIBIT 7

## Legal Notices

Terms

California Privacy
Rights

Privacy Policy

Trademark Policy

Modern Slavery
Statement

This document outlines the policy for allowable uses of trademarks owned by Neo4j, Inc. and its subsidiaries ("Neo4j") by other parties.

Neo4j owns all Neo4j-related trademarks, service marks, and logos on behalf of our communities and the names of all Neo4j® projects are trademarks of Neo4j.

The role of trademarks is to provide assurance about the quality of the products or services with which the trademark is associated. Neo4j has esablished this Policy to encourage others to make accurate, non-confusing use of the Neo4j trademarks, while also ensuring that those trademarks maintain their disinctiveness and srength as reliable indicators of the source and quality of Neo4j products and services. Although some Neo4j projects may be available under free and open licenses, those licenses cover copyright only and do not include any express or implied right to use our trademarks. Neo4j does not allow third parties to use its trademarks without a written agreement or express permission. Thus, Neo4j projects that are available under open source licenses may be copied, modifed, or sold by third parties, but they cannot be branded or marketed with Neo4j trademarks in the absence of a trademark license.

While open-source licenses allow modifcation of copyrighted software and disribution in original or modifed form, such disribution could be misleading if disributed under the same name.   This could cause confusion among consumers of the software as to source. They may misakenly believe they are receiving software that is produced or supported by Neo4j.  This Policy describes the circumsances under which you may use our trademarks, regardless of the type of license you may have from Neo4j.  In this Policy we are not trying to limit the lawful use of our trademarks, but rather describe for you what we consider the parameters of lawful use to be. Trademark law can

N4J_019936

be ambiguous, so we hope to provide enough clarity for you to undersand whether we will consider your use licensed or non-infringing.

Neo4j® software, which is created and/or disributed by Neo4j, is the software in the exact form that it is disributed by Neo4j without modifcation of any kind. To the extent any authorized modifcations are made to the software, such modifed software should no longer bear the Neo4j trademarks.  The public has a right to know when it is receiving a genuine Neo4j® product that is quality assured by Neo4j.

The sections that follow describe what trademarks are covered by this Policy, as well as uses of the trademarks that are allowed without additional permission from us. Any use that does not comply with this Policy or for which we have not separately provided written permission is not a use that we have approved, so you mus decide for yourself whether the use is nevertheless lawful.

## Our Commitment to Open Source Principles

We want to encourage and facilitate the use of our open source software by the community, but do so in a way that sill ensures that the Neo4j trademarks are meaningful as a source and quality indicator for our software and the associated goods and services and continue to embody the high reputation of the software and the community associated with it. This Policy therefore tries to srike the proper balance between: 1) our need to ensure that our trademarks remain reliable indicators of the qualities that they are meant to preserve and 2) our community members' desire to be full participants in Neo4j® projects.

## Trademarks Subject to the Guidelines

Our Trademarks

This Policy covers the following non-exhausive lis of our trademarks:

1. Our word trademarks and service marks (the "Word Marks"):
   Neo4j®
   Cypher®
   Neo4j® Bloom™
   Neo4j® Desktop™

Neo Technology®

2. Our logos (the "Logos")





3. The unique visual styling of our website and elements used in or otherwise related to the products and services we offer (the "Trade Dress"). See our Style Guide for further information.

This Policy encompasses all trademarks and service marks, whether Word Marks, Logos or Trade Dress, which are collectively referred to as the "Marks." Some Marks may not be regisered, but regisration is not necessarily required for ownership of trademarks. This Policy covers our Marks whether they are regisered or not.

## Universal Considerations for All Uses

The following guidelines show proper (and improper) use of Marks. Any use of the Marks mus be licensed and comply with these guidelines. Whenever you use one of the Marks, you mus always do so in a way that does not mislead anyone, either directly or by omission, about exactly what they are getting and from whom. For example, you cannot say you are disributing the Neo4j® software when you're disributing a modifed version of it, because people would be confused when they are not getting the same features and functionality they would get if they downloaded the software directly from us. You also cannot disribute Neo4j® software using the Marks if you do not have a license from us, because that would imply that your disribution comes from or is supported by Neo4j. You cannot use our Marks on your website in a way that suggess that your website is an ofcial website or that we endorse your website, unless permitted in a written agreement with us. You can, though, say you like the Neo4j® software, say that you participate in the Neo4j®

community, or refer to Neo4j® products and services.

This fundamental requirement, that it is always clear to people what they are getting and from whom, is refected throughout this Policy . It should also serve as your guide if you are not sure about how you are using the Marks.

In addition:
You may not use the Marks in association with the use or disribution of software if you are also not in compliance with the copyright license for the software.

You may not use or regiser , in whole or in part, the Marks as part of your own trademark, service mark, domain name, company name, trade name, product name or service name.

Provided that you have obtained a license from Neo4j, you can use the Word Marks in book and article titles, and the Logo in illusrations within the document, as long as the use does not sugges that we have published, endorse, or agree with your work.

Trademark law does not allow your use of names or trademarks that are too similar to ours. You therefore may not use an obvious variation of any of our Marks or any phonetic equivalent, foreign language equivalent, takeof, or abbreviation for a similar or compatible product or service. This includes combinations or integrations of all or portions of the Marks in a way that the public may think of the use as a new mark (e.g. SuperNeo4j, or Neo5k).

You agree that you will not acquire any rights in the Marks and that any goodwill generated by your use of the Marks inures solely to our beneft.

## Proper Use of the Marks

These rules hold true for all trademarks, not jus ours, so you should follow them for our Marks as well as anyone else's.

Always use the Marks in their Exact Form and Disinguishable from Other  Text .
Always use the Word Marks in a manner disinguished from surrounding text, with initial capital letters, and in the exact form with the correct spelling (neither abbreviated, hyphenated, or combined with any other word or words).

| CORRECT | INCORRECT |
|---------|-----------|
| Neo4j® | NEO4J |
|  | Neo-4j |
|  | neo4j |
|  | n4j |
|  | Neo |

<u>Use Marks as Proper Adjectives Followed by a Generic Term.</u> Trademarks should be used as adjectives followed by a generic modifer, and not as nouns or verbs. Trademarks are products or services, never actions. Do not use "a" or "the" to refer to an insance of the Marks. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph platform is widely used in many industries. |  |
| I was able to quickly realize graph epiphanies with Neo4j® Bloom™ visualization software. | Neo4j® is widely used. |
|  | We use the Neo4j. |
|  | I use Cypher. |
| I downloaded the Neo4j® database from neo4j.com. | I load data into and out of Neo4j. |
| Cypher® query language |  |

<u>Do Not Use Marks in the Possessive Form.</u> Because trademarks are not nouns, they should not be used in the possessive from. For example:

| CORRECT | INCORRECT |
|---------|-----------|
| The Neo4j® graph database | Neo4j's storage |

| | |
|---|---|
| software presents and stores data natively as a graph. | presents and stores data natively as a graph. |

Do Not Use Marks in the Plural Form. Because trademarks are not nouns, they should not be used in the plural form. For example:

| CORRECT | INCORRECT |
|---|---|
| The Neo4j® platform allows multiple instances of the Neo4j database software to form a single highly-available cluster. | High-availability clustering allows a cluster of instances to be formed using multiple Neo4js. |

Do Not Use Marks to Sugges Endorsement by Neo4j.

| CORRECT | INCORRECT |
|---|---|
| graph database software | "Open Neo4j"<br><br>XYZ ENTERPRISE 3.4.9 (FREE AND OPEN UNRESTRICTED NEO4J ENTERPRISE FORK) |

Use of Logos

You may not change any Logo except to scale it proportionally. This means you may not add decorative elements, change the colors, change the proportions, disort it, add elements, or combine it with other logos. The logo may only be used displaying the exact colors shown in our Style Guide.

   N4J_019941

Mark Attribution and Notices

The frs or mos prominent mention of a Mark on a webpage, document, packaging, or documentation should be accompanied by a symbol indicating whether the mark is a regisered trademark ("®") or an unregisered trademark ("™").Also, if you are using our Marks for uses for which we are granting a separate license, please put following notice at the foot of the page where you have used the Mark (or, if in a book, on the credits page), on any packaging or labeling, and on advertising or marketing materials: "Neo4j is a trademark or regisered trademark of Neo4j, Inc. or its subsidiaries in the United States and/or other countries."

## Possible Infringement

If you are aware of any confusing use or misuse of the Marks in any way, we would appreciate you bringing this to our attention. Please contact us at webinfo@neo4j.com so that we can invesigate it further .

## Updates

Neo4j reserves the right to modify or update this Policy at any time. You should review this Policy from time to time so that you will be aware of any modifcations or updates as they will apply as soon as they as posed on this page.

## Further Information

Neo4j has tried to make this Trademark Policy as comprehensive and undersandable as possible. If you have any quesions about this Policy , would like to speak with us about the use of our Marks in ways not described in the Policy, or see any abuse of our Marks, please contact us.

*Updated April 3, 2019*

PRODUCTS          CUSTOMERS          Why Graph            Company
                                     Databases?
                                                          News
USE CASES         LEARN              Graph Databases
                                     vs RDBMS             Awards

PARTNERS          DEVELOPERS         What's New in        Careers
                                     Neo4j
                                                          Staff
                                     Graphdatabases.com

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
© 2020 Neo4j, Inc.                   UK: +44 20 3868 3223
Terms | Privacy | Sitemap            France: +33 (0) 8 05 08 03 44

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
regisered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532          Email a graph expert

**12-11-2020 - DECL OF JOHN BROAD ISO PLAINT SUM JUDGEMENT.pdf**

Filed 12/11/2020

DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED
MOTION FOR SUMMARY JUDGMENT

(Pacer Doc: #98-3)

1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jeffrey M. Ratinoff, Bar No. 197241
    jratinoff@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 South First Street
5   San Jose, CA  95113-2406

6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA 95109-1469
    Telephone:    (408) 286-9800
8   Facsimile:    (408) 998-4790

9   Attorneys for Plaintiffs and Counter-Defendants
    NEO4J, INC. and NEO4J SWEDEN AB

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
    NEO4J, INC., a Delaware corporation, and    CASE NO.  5:18-cv-07182-EJD
13  NEO4J SWEDEN AB, a Swedish
    corporation,                                **DECLARATION OF JOHN BROAD IN**
14                                              **SUPPORT OF PLAINTIFFS'**
                    Plaintiffs,                 **CONSOLIDATED MOTION FOR**
15                                              **SUMMARY JUDGMENT**
            v.
16                                              Date:       March 25, 2021
    PURETHINK LLC, a Delaware limited           Time:       9:00 a.m.
17  liability company, IGOV INC., a Virginia    Dept.:      Courtroom 4, 5th Floor
    corporation, and JOHN MARK SUHY, an         Judge:      Hon. Edward J. Davila
18  individual,

                    Defendants.
19

20  AND RELATED COUNTERCLAIM.

21  NEO4J, INC., a Delaware corporation, and    CASE NO.  5:19-CV-06226-EJD
22  NEO4J SWEDEN AB, a Swedish
    corporation,
23
                    Plaintiffs,
24
            v.
25
    GRAPH FOUNDATION, INC., an Ohio
26  corporation, GRAPHGRID, INC., an Ohio
    corporation, and ATOMRAIN INC., a           **REDACTED VERSION OF DOCUMENT**
27  Nevada corporation,                         **PROPOSED TO BE FILED UNDER SEAL**

                    Defendants.
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3639444.7

DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

**Page 1448**

I, John Broad, declare as follows:

1.      I am the Vice President, Strategic Alliances and Channels at Neo4j, Inc. ("Neo4j USA").  I submit this declaration on behalf of Plaintiffs in support of their Consolidated Motion for Summary Judgment.  The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.  If called upon to testify as a witness in this matter, I could and would do so competently.

2.      Neo4j USA is the company behind the leading graph platform for connected data, marketed and sold under the trademark "Neo4j" ("Neo4j® Mark").  The Neo4j® graph database platform ("Neo4j® Platform") helps organizations make sense of their data by revealing how people, processes and digital systems are interrelated.  This connections-first approach powers intelligent applications tackling challenges such as artificial intelligence, fraud detection, real-time recommendations and master data.  The company boasts the world's largest dedicated investment in graph technology, and its namesake graph database platform has amassed more than 20 million downloads with huge developer community deploying graph applications around the globe.

3.      Neo4j Sweden AB ("Neo4j Sweden") is the owner of all copyrights related to the Neo4j® Platform, including the underlying source code, and has licensed said copyrights to Neo4j USA. After Neo4j USA's incorporation, Neo4j Sweden became a wholly-owned subsidiary of Neo4j USA.  Neo4j USA also obtained the rights to the Neo4j® Mark in the United States from Neo4j Sweden.

4.      Enterprise users of the Neo4j® Platform benefit from a turn-key solution with the assistance of authorized Neo4j® solution partners, avoiding drawn-out development processes. The Neo4j® Platform has more than 400 commercial customers, including global enterprises like Citi, Walmart, Comcast, Cisco, Microsoft and UBS use the Neo4j® Platform to create a competitive advantage from connections in their data.  Other significant customers include Adobe, IBM, Lyft, Boston Scientific, Airbnb, HP, Airbus, Pitney Bowes, Volvo, Bayer, Marriott International, Orange, AstraZeneca, Novartis, LinkedIn and Telenor.

842\3639444.7

- 1 -

DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

5.    The Neo4j® Platform is available both on-premises and via Google, Amazon and Microsoft Azure cloud platforms with support from authorized Neo4j® solution partners. It is utilized by more than 75% of Fortune 100 companies, including the top financial services firms, software companies, logistics firms, retailers, airlines, automakers, telco companies, hospitality companies, and by all of North America's top 20 banking institutions.  The company's namesake platform is the only graph database recognized by key analysts, including Forrester, Gartner, and others, to have enough production applications to warrant inclusion in reports.

6.    The Neo4j® Platform has also won numerous awards and recognition in the industry, including being recognized as the winner for "Overall Open Source Data Solution Provider of the Year" by 2020 Data Breakthrough Awards.  Attached hereto as **Exhibit 1** is a true and correct copy of a printout of a webpage, https://neo4j.com/awards/, from Neo4j USA's website that lists and provides links to the various awards that the Neoj4® Platform has received since September 2015, including the 2020 Data Breakthrough Award.

7.    The Neo4j® Platform has consistently been the top ranked graph-based database management system, closely integrated into Google Cloud Platform which choses only the top-ranked databases to partner with.  Attached hereto as **Exhibit 2** is a true and correct copy of the current ranks for graph-based database management systems created and maintained by solid IT GmbH, an Austrian IT consulting company with a special focus on software development, consulting and training for database-centric applications located here: https://db-engines.com/en/ranking/graph+dbms, printed out on November 25, 2020.

8.    Attached hereto as **Exhibit 3** is a true and correct copy of The Forrester Wave™: Graph Data Platforms, Q4 2020 - The 12 Providers That Matter Most and How They Stack Up, published on November 16, 2020, which found to be a leader in graph database platforms and that "Neo4j remains a popular graph data platform to support most use cases."  This document is subject to third party copyrights and contractual use restrictions, which requires that Neo4j USA not make the document publicly available.

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO

842\3639444.7                                                    - 2 -
DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

Page 1450

9.      Attached hereto as **Exhibit 4** is a true and correct copy of an October 20, 2020 press release issued by Neo4j USA and published on its website, titled "Neo4j Is the Choice of Leading Companies for Graph Databases in the Cloud."

10.      Attached hereto as **Exhibit 5** is a true and correct copy of an October 14, 2020 press release issued by Neo4j USA and published on its website, titled "Google, NASA, PayPal and the World Bank to Headline Neo4j's NODES 2020 Developer Conference."

11.      Attached hereto as **Exhibit 6** is a true and correct copy of a September 23, 2020 press release issued by Neo4j USA and published on its website, titled "NASA, ICIJ, ATPCO, Lyft and More Choose Neo4j for their Knowledge Graphs."

12.      Attached hereto as **Exhibit 7** is a true and correct copy of a January 29, 2020 press release issued by Neo4j USA and published on its website, titled "Neo4j Marks Another Year of Product, Customer and Community Momentum."

13.      Attached hereto as **Exhibit 8** is a true and correct copy of an October 22, 2019 press release issued by Neo4j USA and published on its website, titled "Neo4j is the Graph Database of Choice for World's Top Financial Services Organizations".

14.      Attached hereto as **Exhibit 9** is a true and correct copy of question and answer session with Plaintiffs' founder and Neo4j USA's CEO, Emil Eifrem further discussing Plaintiffs' founding and place in the graph database market, which was taken by and published by William Blair & Company, L.L.C. on November 21, 2019.

15.      Attached hereto as **Exhibit 10** is a true and correct copy of a February 13, 2018 in impact report about Plaintiffs and the Neo4j® Platform, titled "More than a graph database, Neo4j spreads graph platform message," authored by James Curtis and published by 451 Research.

16.      Attached hereto as **Exhibit 11** is a true and correct copy of a November 20, 2016 in impact report about Plaintiffs and the Neo4j® Platform, titled "Neo Technology takes in $36m, revamps clustering architecture on Neo4j," authored by James Curtis and published by 451 Research.

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • PALO ALTO

842\3639444.7

- 3 -

DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

**Page 1451**

17.     Neo4j USA has expended considerable effort and capital in the Neo4j® brand from 2014 to the present. During that time, the company has sponsored its own annual global conference for the graph technology community focusing on its Neo4j® Platform, in addition to attending and sponsoring trade shows, to maintain its position and recognition as the #1 platform for connected data.  Including other promotional materials, training materials and courses, partner marketing expenses, the company has spent over $12 million in the prior three years to establish its position as a marketplace leader with a trustworthy reputation.

18.     GraphConnect is the world's largest conference for the global graph community spread across 4 days, including impact stories on how the Neo4j® Platform made a difference in terms of innovation, technology, saving costs and driving revenue, hands-on training, the Graph Hack hackathon and the latest evolution of graph technology in the general sessions and several developer and partner summits.  The partner summits' agenda is comprised of proprietary topics such as discussion of product roadmap, go to market plans, sales strategies, reference customers, and support logistics.  The attendees include graph database developers, architects, CTOs, CIOs, line of business owners, technology analysts and consultants representing myriad industries, including financial services, manufacturing, retail, healthcare, telecommunications, consumer products, energy, government, technology, professional services, aerospace, hospitality, transportation, life sciences and media and entertainment.

19.     GraphTour is the world's largest conference series for the global graph community with a similar format to GraphConnect condensed into one day in a given city, attracting thousands of attendees with a similar profile that of GraphConnect and hosted by Neo4j in dozens of cities worldwide.

20.     I am familiar with Graph Foundation's ONgDB software.  As part of my role as Vice President, Strategic Alliances and Channels at Neo4j USA, I am involved with Neo4j USA's efforts to identify and respond to requests for quotes and open solicitations for graph database platforms, including commercial companies and federal government agencies.

21.     In particular, Neo4j USA lost at least one opportunity to implement commercially licensed Neo4j® Enterprise Edition("Neo4j® EE") and provide support services at the Internal

842\3639444.7                                          - 4 -

DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

1   Revenue Service (IRS) in its RAAS Analytics and Strategy Support group when the IRS chose to

2   use ONgDB rather than obtain commercially licensed Neo4j® EE and related professional

3   services.

4       22.     In April 2019, Neo4j USA submitted a proposal to the Maryland Procurement

5   Office (MPO), for whom Next Century was developing a solution leveraging the Neo4j®

6   Platform.  This proposal was for a 3-year Neo4j® EE Enterprise Bundle with support services

7   and related professional services.  A true and correct copy of this proposal is attached hereto as

8   **Exhibit 12**.  This proposal contains highly confidential pricing and licensing information that

9   would give a competitor an unfair competitive advantage over Neo4j USA if that competitor were

10   able to have access to that information.

11       23.     On or about April 29, 2019, I learned that Next Century was instructed by the

12   MPO to continue using ONgDB.  Attached hereto as **Exhibit 13** is a true and correct copy of an

13   April 2019 email exchange between Jason Zagalsky, a federal technical account manager at

14   Neo4j USA and Shahak Nagiel of Next Century, which was forwarded to me by Mr. Zagalsky.  I

15   believe that Next Century considers the communication to be confidential.

16       24.     Ultimately, neither the MPO nor Next Century accepted Neo4j USA's proposal.

17   As a result, Neo4j USA has lost over $2.2 million in revenue from that project.

18       I declare under penalty of perjury under the laws of the United States of America that the

19   foregoing is true and correct, and that this declaration was executed on this 11th day of December

20   2020, at San Mateo, California

21

22

23                                 John Broad

24

25

26

27

28

842\3639444.7                     - 5 -

DECLARATION OF JOHN BROAD IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT; 5:18-CV-07182-EJD AND 5:19-CV-06226-EJD

# EXHIBIT 1



# Neo4j Awards and Honors

Company
News
**Awards**
Careers
Staff
Style Guide

# Award-Winning Neo4j Graph Database



### Bes Graph Database: 2020 DBT A Readers' Choice Award

**August 6, 2020**

DBTA Readers' Choice Awards Winners (2020) Neo4j was selected as one of the DBTA Readers' Choice Awards Winners for 2020. Learn more about Neo4j a winners in other categories. Read more: https://www.dbta.com/Editorial/Trends-and-Applications/DBTA-Readers-Choice-Awards-Winners-2020-141750.aspx?PageNum=7



### KMWorld AI 50: The Companies Empowering Intelligent Knowledge Management

**July 9, 2020**

KMWorld AI 50: The Companies Empowering Intelligent Knowledge Management As the drive for digital transformation becomes an imperative for companies seeking to compete and succeed in all indusry sectors, intelligent tools and services are being recognized for their key roles… Read more →



## 13th Annual Ventana Digital Innovation Award Finalis: Data
**July 8, 2020**

Neo4j is a fnalis for V entana Research's 13th Annual Digital Innovation Awards in the category of Data. This is an important level of recognition for Neo4j's technology innovation contribution to the market. More information at: https://www.ventanaresearch.com/resources/awards/innovation



## The Cooles Database Sysem Companies Of The 2020 Big Data 100
**April 28, 2020**

The Cooles Database Sysem Companies Of The 2020 Big Data 100 Neo4j: Top Executive: CEO Emil Eifrem Neo4j markets a graph database sysem – graph databases are designed to sore not jus data, but also the relationships between data and… Read more →



## Neo4j Wins 2020 Data Breakthrough Award for Overall Open Source Data Solution Provider of the Year
**April 16, 2020**

We're excited to announce that Neo4j has been recognized by the 2020 Data Breakthrough Awards as the winner for "Overall Open Source Data



## Neo4j Included in KMWorld 100 Companies That Matter in Knowledge Management 2020
**March 10, 2020**

The annual lis of 100 Companies That Matter in Knowledge Management refects the urgency felt among many organizations to provide a timely fow of targeted information. Among the more prominent initiatives is the use of AI and cognitive computing, as… Read more →

Solution Provider of the Year"! This year's Data Breakthrough Awards received more than 1,500 entries, and we're… Read more →





## Neo4j in The 2019 SD Times 100: DATABASE AND DATABASE MANAGEMENT
**May 31, 2019**

Neo4j has been selected as a leader in the 2019 SDTimes 100 Database and Database Management category. Read more: https://sdtimes.com/sdtimes-100/2019/bes-in-show/database-and-database-management-2019/

## Bloor Mutable Award 2019
**May 3, 2019**

Bloor Research recognises Neo4j with in its recent Graph Database Market report. The Bloor Mutable Awards are presented to software vendors who enable organizations to be more adaptable and increase their ability to evolve more rapidly and Neo4j has achieved… Read more →





## Neo4j: 2019 Big Data 100
**May 1, 2019**

The Cooles Big Data Management And Integration Software Of The 2019 Big Data 100 Neo4j provides the Neo4j Graph Platform including the Neo4j graph database, an ACID-compliant syscm with native graph sorage and processing. (Graph databases treat the relationships between… Read more →

## Neo4j and DZD Data Impact Award Finaliss at Strata Data Conference
**March 14, 2019**

Neo4j, the leader in graph databases is recognized as a fnalis for the Data Impact  Award The German Center for Diabetes Research (DZD) worked with Neo4j combine research data sources from genetics, epigenetics and metabolic pathways with data from clinical… Read more →



### Neo4j Wins Bossie Awards 2018 for bes open source software for data sorage and analytics

September 27, 2018

Neo4j honored to earn a spot on this year's InfoWorld Bossie Awards for the bes open source software for data sorage and analytics Neo4j, the original graph database, is vasly more efcient than SQL or NoSQL databases for tasks that…

Read more →



### Neo4j featured in 2018 Datanami Editor's Choice for Bes Operational Database

September 14, 2018

Neo4j honored to earn a spot on this year's 2018 Datanami Editor's Choice for Bes Operational Database Neo4j is the bes editors choice for Operational Database and featured in 2018 Datanami Editor's Choice Awards Graph databases are the mos elegant…  Read more →



### Neo4j featured in 2018 Datanami Reader's Choice for Top Big Data Achievement

September 13, 2018

Neo4j honored to earn a spot on this year's 2018 Datanami Reader's Choice for Top Big Data Achievement Neo4j is the bes reader 's choice for Top Big Data Achievement and featured in 2018 Datanami Reader's Choice Awards The International Consortium… Read more →



### Neo4j Named to JMP Securities 2018 Lis of "Hot 100 Privately Held Software Companies"

September 10, 2018

Neo4j honored to earn a spot on this year's JMP Securities 2018 Lis of Hot 100 companies JMP Securities, a San Francisco-based, full-service invesment bank, publishes its annual "Hot 100" lis to highlight the bes privately held software companies as… Read more →





## Neo4j Awarded 2018 InfoWorld Technology of the Year

**January 31, 2018**

Neo4j wins InfoWorld 2018 Awards for Technology of the Year for delivering graph database technology that 'which ofers highly available clusers, ACID transactions, and causal consisency'.

## Neo4j Recognized in CRN.com 2017 Big Data 100

**May 4, 2017**

Neo4j Recognized as CRN's Cooles Data Management And Integration Vendor in their 2017 Big Data 100 lis. Neo4j gained recognition in 2016 when a consortium of invesigative journaliss used the database to analyze the "Panama Papers," what some have called… Read more →





## Neo4j Selected as Mos Innovative Solution by IT Innovation Forum

**October 17, 2016**

IT Innovation Forum selected Neo4j as one of 30 innovative solutions IT and Digital, "based on it's contribution to economy, their business and replicability." Read the full article

## Neo4j Wins Bossie Awards 2016 for Bes Open Source Datacenter and Cloud Software

**September 21, 2016**

The release of Neo4j 3.0 earlier this year was packed with speed, fexibility, and efciency. The frs detail to note is that enterprise cusomers have the opportunity to choose to use a new sorage driver that removes the address space…

Read more →



## Neo4j earned 2 Bes-in-Class Awards on Siftery

**July 26, 2016**

Neo4j has earned two bes-in-class awards on Siftery, a database of software products and cusomers. The graph database is ranked the #1 product in market share for both Database Tools and Graph Databases.



## Neo Technology Recognized in DBTA 100 "Companies That Matter Mos in Data"

**June 6, 2016**

Within a consantly changing feld, Database Trends & Applications recognized Neo Technology as one of 100 companies of 2016 that matter mos in data. See the other companies that made the lis here.



## Neo Technology honored in SD Times 100 for Database & Database Management

**May 31, 2016**

Another year for Neo Technology lised in 2016 SD Times 100 for Neo4j Graph Database as 'Bes in Show' in Database & Database Management. To see the complete lis of honors, visit: SD Times



## CRN Includes Neo Technology in 30 Cooles Data Management Vendors

**May 2, 2016**

CRN came out with the Big Data 100 lis for 2016 and included Neo Technology as one of 30 cooles data management vendors. The complete lis can be found here.



## Neo4j "Champion" in Bloor Report

**November 13, 2015**

A graph database is one that sores data in terms of entities and the relationships between entities. A variant on this theme are RDF (resource



## Neo4j Acclaimed "Mos Popular and Widely Deployed Database" Consellation Research 2015

As might be expected with the rising popularity of

description framework) databases which sore data in the format subject-predicate-object, which is known as a… Read more →

the topic there is a huge amount of useful information on Graph Databases to be found on Wikipedia. This includes some highly informative tables of mos, if not all, the popular… Read more →



## Neo Technology Winner of NOSQL/ Graph Database Technologies

**September 16, 2015**

Integrate 2015 is the world's larges conference,expo,and social network that is focused on integrating technologies together. Lised are the Top Innovators of 2015, ranging in categories such as, API and data technologies. Neo4j Award Winner, NOSQL/ Graph Database Technologies Neo…

Read more →

| | | | | |
|---|---|---|---|---|
| PRODUCTS | CUSTOMERS | Why Graph Databases? | Company | |
| USE CASES | LEARN | Graph Databases vs RDBMS | News | |
| PARTNERS | DEVELOPERS | What's New in Neo4j | Awards | |
| | | Graphdatabases.com | Careers | |
| | | | Staff | |

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 1 73 23 56 07

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®,

Neo4j® Bloom™ and Neo4j® Aura™ are
regisered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532

Email a graph expert

# EXHIBIT 2



English
Deutsch

Knowledge Base of Relational and NoSQL Database Management Systems

provided by solid IT

| Home | DB-Engines Ranking | Systems | Encyclopedia | Blog | Search | Vendor Login |

Featured Products:   Couchbase   Vertica   Neo4j   DataStax Astra   MariaDB

Ranking > Graph DBMS

RSS RSS Feed

# DB-Engines Ranking of Graph DBMS

The DB-Engines Ranking ranks database management systems according to their popularity. The ranking is updated monthly.

This is a partial list of the complete ranking showing only graph DBMS.

Read more about the method of calculating the scores.



trend chart

## Select a ranking

- Complete ranking
- Relational DBMS
- Key-value stores
- Document stores
- Time Series DBMS
- Graph DBMS
- Object oriented DBMS
- Search engines
- RDF stores
- Wide column stores
- Multivalue DBMS
- Native XML DBMS
- Event Stores
- Content stores
- Navigational DBMS

## Special reports

- Ranking by database model
- Open source vs. commercial

## Featured Products



SkySQL, the ultimate MariaDB cloud, is here.

Get started with SkySQL today!

include secondary database models          32 systems in ranking, November 2020

| Rank | | | DBMS | Database Model | Score | | |
|---|---|---|---|---|---|---|---|
| Nov 2020 | Oct 2020 | Nov 2019 | | | Nov 2020 | Oct 2020 | Nov 2019 |
| 1. | 1. | 1. | Neo4j | Graph | 53.53 | +2.20 | +3.00 |
| 2. | 2. | 2. | Microsoft Azure Cosmos DB | Multi-model | 32.50 | +0.49 | +0.52 |
| 3. | 3. | ↑4. | ArangoDB | Multi-model | 5.37 | -0.18 | +0.36 |
| 4. | 4. | ↓3. | OrientDB | Multi-model | 5.30 | -0.17 | -0.09 |
| 5. | 5. | 5. | Virtuoso | Multi-model | 2.54 | -0.03 | -0.10 |
| 6. | 6. | ↑7. | Amazon Neptune | Multi-model | 2.43 | -0.05 | +0.83 |
| 7. | 7. | ↓6. | JanusGraph | Graph | 2.37 | -0.03 | +0.58 |
| 8. | 8. | 8. | GraphDB | Multi-model | 2.11 | +0.01 | +0.97 |
| 9. | 9. | ↑14. | FaunaDB | Multi-model | 1.78 | 0.00 | +1.17 |
| 10. | 10. | ↓9. | Dgraph | Graph | 1.62 | -0.06 | +0.58 |
| 11. | 11. | ↑13. | Stardog | Multi-model | 1.46 | -0.01 | +0.70 |
| 12. | 12. | ↓11. | Giraph | Graph | 1.14 | 0.00 | +0.13 |
| 13. | 13. | ↓10. | TigerGraph | Graph | 1.14 | +0.05 | +0.12 |
| 14. | 14. | ↓12. | AllegroGraph | Multi-model | 1.04 | +0.17 | +0.17 |
| 15. | 15. | 15. | Blazegraph | Multi-model | 0.80 | -0.02 | +0.22 |
| 16. | ↑17. | 16. | Graph Engine | Multi-model | 0.74 | +0.05 | +0.18 |
| 17. | ↓16. | ↑21. | Grakn | Multi-model | 0.74 | -0.05 | +0.53 |
| 18. | 18. | | Nebula Graph | Graph | 0.73 | +0.18 | |
| 19. | 19. | ↓18. | InfiniteGraph | Graph | 0.50 | +0.02 | +0.12 |

**Page 1464**

(231 of 299), Page 231 of 299

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 231 of 299
Case 5:18-cv-07182-EJD   Document 98-3   Filed 12/11/20   Page 18 of 69



Cassandra made easy in the cloud. Build cloud-native applications faster with CQL, REST and GraphQL APIs.
Try for Free.

VERTICA

The fastest unified analytical warehouse at extreme scale with in-database Machine Learning. Try Vertica for free with no time limit.



Get your free copy of the new O'Reilly book Graph Algorithms with 20+ examples for machine learning, graph analytics and more.



SQL + JSON + NoSQL. Power, flexibility & scale. All open source. Get started now.

Present your product here

| 20. | 20. ▲33. | Fluree | Graph | 0.38 | +0.03 | +0.38 |
| 21. | 21. ▼19. | FlockDB | Graph | 0.34 | +0.01 | +0.08 |
| 22. | 22. 22. | HyperGraphDB | Graph | 0.27 | +0.01 | +0.07 |
| 23. | 23. ▲25. | TinkerGraph | Graph | 0.19 | -0.01 | +0.07 |
| 24. | 24. ▲28. | GraphBase | Graph | 0.18 | +0.00 | +0.10 |
| 25. | 25. ▲27. | AnzoGraph DB ➕ | Multi-model ℹ️ | 0.18 | +0.02 | +0.07 |
| 26. | 26. ▼24. | Sparksee | Graph | 0.16 | +0.03 | +0.01 |
| 27. | 27. ▲32. | TerminusDB | Graph, Multi-model ℹ️ | 0.12 | 0.00 | +0.12 |
| 28. | 28. ▲30. | Memgraph | Graph | 0.10 | -0.02 | +0.04 |
| 29. | ▲30. | HugeGraph | Graph | 0.10 | -0.01 | +0.03 |
| 30. | ▼29. ▲31. | VelocityDB | Multi-model ℹ️ | 0.10 | -0.02 | +0.03 |
| 31. | 31. ▼23. | AgensGraph | Multi-model ℹ️ | 0.08 | +0.00 | -0.08 |
| 32. | 32. ▼26. | HGraphDB | Graph | 0.01 | -0.03 | -0.11 |

**Upcoming Events**

» more DBMS events

PostgreSQL event

PostgreSQL Online Trainings
Online Training Courses
4 May 2020 - 11 December 2020

**Share this page**



About Us     Advertising and Services     Privacy Policy     Contact

Follow DB-Engines on:

Copyright © 2020 solid IT gmbh

# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 4





News Room > PR          Contact PR          Media Kit

# Neo4j Is the Choice of Leading Companies for Graph Databases in the Cloud

**Adobe, the ACH System of Colombia, Isagenix and Others Choose Neo4j in the Cloud for Frictionless Control over Their Complex Data Problems**

**SAN MATEO, Calif. – October 20th, 2020** – Neo4j®, the leader in graph technology, announced that the majority of its cusomers are now deploying their graph applications in the cloud, facilitated by fexible self-hosed and fully – managed options .

Over the las twelve months, over 90% of Neo4j cusomers have opted to run their graph-powered applications in the cloud, many of whom are frs-time graph technology users. The adoption of Neo4j across indusries – coupled with a shift to the cloud – unlocks new possibilities to address complex data problems.

# Neo4j Runs Everywhere: On-prem + Cloud Flexibility

| Database-as-a-Service | Cloud Managed Services (CMS) | Self-hosted |
|---|---|---|

 





Fully-managed SaaS
Consumption-based pricing

White-glove managed service
by Neo4j experts

For private, hybrid or
lift-and-shift cloud
Bring-your-own-license

Cloud-native

Self-service deployment

No access to underlying
infrastructure and systems

Fully customizable deployment
model and service levels

Operate in own data centers
or Virtual Private Cloud

Full control of your environment

Run in any cloud, in your account

**Caption: Neo4j's graph technology runs everywhere for hosted and fully-managed cloud flexibility.**

Neo4j's cloud deployment options ofer developers and IT teams the level of control and management they need to support their application architecture. Solutions as diverse as knowledge graphs, recommendation engines, cusomer 360 sysems, fraud detection and many others leverage the Neo4j graph database without friction, freeing up users to focus on innovation and delivering core business value.

Neo4j has made the world's mos popular graph database available for any cloud environment, with options to support organizations wherever they are in their cloud journey. Neo4j provides self-hosed as well as fully managed deployment options to support hybrid, "lift-and-shift" migration or cloud-native environment needs:

Neo4j Aura, Graph Database-as-a-Service: Fully managed and completely automated, Aura enables developers to rapidly deploy, build and expand graph-powered applications in the cloud, without the burden of managing infrasructure.

More than 450 organizations have used Neo4j Aura since its introduction las year , and more than half of those organizations are frs-time graph database users. Neo4j  Aura has powered more than 1,700 applications and runs more than 2.5 billion graph queries per month with an average execution time of 61 milliseconds.

- Minka uses Neo4j Aura to sore transaction records and references for  Transfya , a modern blockchain-based transaction processing sysem enabling real-time payments for Colombia's ACH payments.

- **Menome** leverages Neo4j Aura to deliver a scalable cloud-based data insights platform for environmental engineering, unifying diverse datasets helping organizations make important, data-driven decisions.

- **Tourism Media** uses Neo4j Aura for a fully automated and multilingual content curation service via an intelligent cognitive assisant.  Their application serves dynamic web content for online travel businesses by using diverse and complex datasets across global geographies and inventory databases. The fexibility and contextual power of the graph model allow Tourism Media to scale easily with their growing business needs while reducing their build times from days to hours.

**Self-hosed in the Public Cloud** : Hundreds of clients utilize Neo4j in public cloud environments, including in **Microsoft Azure**, **Amazon Web Services** and **Google Cloud Platform**. This option provides a high level of fexibility for organizations with complex cusomized deployment requirements.

For example, **Adobe Behance** deployed Neo4j on **AWS** to replace legacy technology, allowing them to signifcantly shrink their hosing coss. Human maintenance hours are down, updates that used to take 12-30 minutes now run in 100 milliseconds. Additionally, Neo4j has cut users' average time from sign-up to initial activity from 1.4 seconds to 400 milliseconds.

"Switching to Neo4j was a huge win for us," said David Fox, software engineer at Adobe. "We've seen signifcant performance improvements, and a great reduction in complexity , sorage and infrasructure coss. Staf now focus on improving the infrasructure, versus spending time frusratingly micro-managing it."

**Neo4j Cloud Managed Services**: This white-glove service is cusomized for enterprises that wish to run Neo4j in their cloud infrasructure but need experts to manage it for them, freeing them to say focused on their core business operations.

**Isagenix** leverages Neo4j Cloud Managed Services on **Amazon Web Services** to provide actionable information and real-time analytics to independent disributors, allowing them to focus on business development activities and improving the overall cusomer experience.

Ramanan Balakrishnan, Senior Director of Product Marketing at Neo4j, sees signifcant

**Page 1470**

growth in graph adoption on Amazon Web Services, Microsoft Azure and Google Cloud Platform necessitated by data gravity and the desire to reduce operational overhead.

"Across use cases and indusries, Neo4j is uniquely engineered to provide friction-free graph application deployment and seamless operation in the cloud," said Balakrishnan. "Cloud migration can be a long journey and presents unique challenges for every enterprise. This is why we meet our cusomers wherever they are, and provide a frictionless path to execute their Neo4j deployment journey."

In May, Gartner published Top 10 Trends in Data and Analytics, 2020 *. The report sates, "By 2022, public cloud services will be essential for 90% of data and analytics innovation." It goes on to say, "Business agility enabled by the cloud is more critical now than ever before as organizations need to accelerate data-driven change and innovation in response to economic downturn and crisis."

*Gartner, "Top 10 Trends in Data and Analytics, 2020 ", Rita Sallam, et al, 11 May 2020.

## Find Out More
Additional information about Neo4j deployment options can be found by visiting the Neo4j Cloud Deployment resource center:

- Self-hosed in the Public Cloud

- Neo4j Cloud Managed Services

- Neo4j Aura, Graph Database-as-a-Service

Neo4j is available on the AWS, GCP and Azure marketplaces.

## Resources

- Neo4j Aura

- Neo4j for Cloud

- Neo4j Cloud Developer Guide

- Neo4j Cloud Managed Services

**Page 1471**

- Neo4j on Twitter

- Neo4j on LinkedIn

- Neo4j on YouTube

- Neo4j is hiring

## About Neo4j

Neo4j is the leader in graph database technology. As the world's mos widely deployed graph database, we help global brands – including Comcas , NASA, UBS and Volvo – to reveal and predict how people, processes and sysems are interrelated. Using this relationships-frs approach, applications built with Neo4j tackle connected data challenges such as analytics and artifcial intelligence , fraud detection, real-time recommendations and knowledge graphs. Find out more at neo4j.com.

Share this on Twitter

Contact:
pr@neo4j.com
neo4j.com/pr

© 2020 Neo4j, Inc., Neo Technology®, Neo4j®, Cypher®, Neo4j® Bloom™, Neo4j® Aura™ and Neo4j for Graph Data Science™ are regisered trademarks or a trademark of Neo4j, Inc. All other marks are owned by their respective companies.



PRODUCTS          CUSTOMERS          Why Graph              Company
                                     Databases?
                                                            News
USE CASES         LEARN              Graph Databases
                                     vs RDBMS               Awards

PARTNERS          DEVELOPERS         What's New in          Careers
                                     Neo4j
                                                            Staff
                                     Graphdatabases.com

                                     CONTACT US →

                                     US: 1-855-636-4532
© 2020 Neo4j, Inc.                   Sweden +46 171 480 113
Terms | Privacy | Sitemap            UK: +44 20 3868 3223
                                     France: +33 (0) 1 73 23 56 07
Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
regisered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532          Email a graph expert

# EXHIBIT 5





Contact PR          Media Kit

# Google, NASA, PayPal and the World Bank to Headline Neo4j's NODES 2020 Developer Conference

**Largest Global Gathering of Graph-Focused Developers Set to Take Place October 20th**

**SAN MATEO, Calif. – October 14th, 2020** – Neo4j®, the leader in graph technology, announced today the key highlights for the second-annual Neo4j Online Developer Expo and Summit (NODES).

The one-day virtual conference is expected to attract more than 10,000 developers and data scientiss on October 20th.  The program includes diverse, interactive sessions delivered by graph experts on topics ranging from anti-money laundering and cybersecurity to contact tracing and automotive design. This year, NODES welcomes over 70 speakers from across the globe.



**Image Captions:**

English: The Neo4j NODES 2020 Conference has attracted over 10,000 developers and data scientists for a one-day virtual conference.

Cypher: MATCH (:Conference:Virtual {name:"NODES 2020"})-[:HAS_TRACK]->(t:Track)<-[:IN_TRACK]-(s:Session) RETURN c.date, collect(t.name) as tracks, count(*) as sessions, size( ()-[:REGISTERED]->(c) ) as attendees // 2020-10-20, ["Deep Dive","Building Applications","Graph Data Science","Visualization","Knowledge Graphs", "Use cases"], 85, 10000

Michael Hunger, Director of Developer Relations at Neo4j, commented on hosing the world's larges gathering of graph developers and data scientiss.

"NODES 2020 brings together thousands of graph practitioners from all over the world to connect, share and learn about a broad range of topics from data science and visualization to application development and use case deep dives," said Hunger. "It is gratifying to see the community share their passion for applying graphs to challenging data problems in areas such as healthcare, retail, recommendations and fraud invesigations. NODES attendees will be the frs to learn about Neo4j's future technology plans."

Neo4j is grateful to its 2020 NODES sponsors Google Cloud, Precisely, Internuntius, LARUS, Crosscode, Linkurious, Structr, GraphAware, Kineviz, Hackolade, and yWorks.

## Key highlights of the event include:

- Emil Eifrem, CEO and Co-Founder of Neo4j, speaking on the future of graph technology and the ICIJ's lates FinCEN Files invesigation

- Google Cloud as the headlining Platinum Sponsor, speaking on developing applications with Neo4j Aura

- Exclusive advanced-level training and certifcation program (pre-conference workshops)

- Virtual spaces granting an opportunity to learn more about sponsors and engage with them throughout the conference day

- Sessions on diverse topics including contact tracing, the FinCEN Files, machine learning, the 2020 US presidential election and much more

- Presentations by NASA, PayPal, Google, Deloitte, Capgemini and the World Bank

- Bes practices on  Neo4j Aura, Cypher, Neo4j Bloom and more

Robert Kubis, Cloud Developer Advocate at Google Cloud, looks forward to speaking at NODES and sharing ways developers can expand and enrich their Neo4j Aura datasets and workloads by connecting them to other Google Cloud oferings.

"Google Cloud is really pleased to be taking such a signifcant role in this year 's NODES Conference," Kubis said. "We see great value in the use of Neo4j Aura and similarly, opportunity in signifcant growth and demand in its usage across various sectors. I look forward to connecting with the global graph developer community this year."

In addition to business sponsors, NODES 2020 brings together over 56 community partner organizations worldwide, including AI Kenya, Data Philly, Women Who Code, Data Science Salon, Spain AI and many others. The depth and diversity of this year's NODES partner organizations emphasize jus how global the graph technology movement is.

Have you regisered for NODES 2020?  Reserve your ticket today.

View the full NODES 2020 agenda.

## Resources

- Neo4j NODES

- Neo4j Developer Resources

- Neo4j Download Center

- Neo4j on Twitter

- Neo4j on LinkedIn

- Neo4j on YouTube

- Neo4j is Hiring

## About Neo4j

Neo4j is the leader in graph database technology. As the world's mos widely deployed graph database, we help global brands – including Comcas , NASA, UBS and Volvo – to reveal and predict how people, processes and sysems are interrelated. Using this relationships-frs approach, applications built using Neo4j tackle connected data challenges such as analytics and artifcial intelligence , fraud detection, real-time recommendations and knowledge graphs. Find out more at neo4j.com.

Share this on Twitter

Contact:
pr@neo4j.com
neo4j.com/pr

© 2020 Neo4j, Inc., Neo Technology®, Neo4j®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are regisered trademarks or a trademark of Neo4j, Inc. All other marks are owned by their respective companies.



PRODUCTS          CUSTOMERS          Why Graph          Company
                                     Databases?
                                                        News
USE CASES         LEARN              Graph Databases
                                     vs RDBMS           Awards

PARTNERS          DEVELOPERS         What's New in      Careers
                                     Neo4j
                                                        Staff
                                     Graphdatabases.com

CONTACT US →

US: 1-855-636-4532

Sweden +46 171 480 113
© 2020 Neo4j, Inc.
                          UK: +44 20 3868 3223
Terms | Privacy | Sitemap
                          France: +33 (0) 1 73 23 56 07

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
regisered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532          Email a graph expert

# EXHIBIT 6




News Room > PR       Contact PR       Media Kit

# NASA, ICIJ, ATPCO, Lyft and More Choose Neo4j for their Knowledge Graphs

**Neo4j Sees Surge in Demand for Enterprise Knowledge Graphs; Independent Survey Reveals that 89% of IT Leaders Plan to Expand Their Knowledge Graph Initiatives**

**SAN MATEO, Calif. – September 23rd, 2020** – Neo4j®, the leader in graph technology, announced a Knowledge Graph Quick Start program to support the company's rapidly growing knowledge graph cusomer base . This market acceleration is corroborated in the results of an independent survey, "Technology Executive Priorities for Knowledge Graphs" recently conducted by Pulse, which charts a surge in demand for knowledge graphs among large enterprises.

At their mos basic level, knowledge graphs are used to share information, as the basis for data management and governance and as a data fabric. Neo4j cusomer use cases tend to use knowledge graphs for general analysis, forecasing, what-if scenario planning and increasingly to contextualize AI (artifcial intelligence) and machine learning sysems. Increasing integration of knowledge graphs into broader business sysems is widely expanding their use for process initiation and automation.

Neo4j expects enterprise demand for its knowledge graph technology to grow, an outlook that is backed by the Pulse survey results. The majority of IT decision makers

surveyed (89%) have an active plan to expand their knowledge graph initiatives over the next 12 months. Moreover, 92% of respondents believe that knowledge graphs improve machine learning accuracy and associated processes.

An overwhelming majority of technology executives (97%) believe that there's more potential within their organization for knowledge graph usage. The top three reasons to expand knowledge graphs are to improve machine learning and artifcial intelligence sysems (60%), open new revenue sreams (50%) and connect data silos to make information more accessible (50%).



Caption: Neo4j expects enterprise demand for its knowledge graph technology to snowball. According to IT leaders, the top drivers of expansion will be machine learning, AI, opening new revenue opportunities and connecting data silos.

Several factors contribute to the increase in demand for knowledge graphs. Global sresses from the COVID-19 pandemic to secondary issues such as supply chain

disruptions shine a light on rigid, outdated, inefcient sysems that are sraining organizations and networks to breaking point. Increasingly remote workers require codifed, organized information that is often perishable "tribal knowledge." Applying relevant knowledge is the single mos powerful lever a business has to remain nimble, creative and resilient in an uncertain and frenetic market.

## Neo4j Knowledge Graph Customer Success

Neo4j knowledge graphs bring complete visibility to data, processes, products, cusomers and – mos importantly – how they all interrelate.   As a result, organizations can see the bigger picture and make more informed decisions. The Neo4j native graph database provides a fexible and intuitive representation of real-world complexity , naturally capturing contextual information and unifying fragmented data. The result is relevant, timely data that drives forecasing and actions based on holisic information.

Organizations that have implemented Neo4j knowledge graphs are well-positioned for agility. Here are some examples of how they use Neo4j to advance critical initiatives:

Neo4j is currently being used by the ICIJ for the FinCEN Files. Neo4j has been working with the ICIJ since the 2016 Panama Papers invesigation , which has recouped more than $1.2 billion of tax revenue in 22 countries, with tax evasion invesigations continuing in more than 82 countries. In 2017, the ICIJ won the Pulitzer Prize for Explanatory Reporting for their work on the Panama Papers.

"Using Neo4j, someone from our Orion project found information from the Apollo project that prevented an issue, saving well over two years of work and one million dollars of taxpayer funds." David Meza, Chief Knowledge Architect at NASA

"Ninety percent of Lyft data scientiss are using  Amundsen [knowledge graph using Neo4j] to do their jobs on a weekly basis. We also found that this tool has increased productivity for our entire data science organization by around 30%." – Tamika Tannis, Software Engineer, Lyft

According to Jussi Vira, CEO of Turku City Data, Neo4j was chosen for their city-wide knowledge graph n-bridges, because the property graph model enables them to continuously write back to their graph and derive better solutions to address key city priorities.

"With Neo4j as a foundation for n-bridges, Turku City Data uses contextual AI to help

solve smart city problems as they arise, with the time to the next project decreasing dramatically," said Vira. "For example, n-bridges allowed the city of Turku to respond quickly to COVID-19 related issues, such as delivering food to elderly citizens who are homebound. Graph techniques determine routes through the city that optimize delivery speed and transportation resources while maintaining unbroken cold chain requirements. This graph-based route optimization aids the planning and management of safe and resource-efcient food disribution."

Covidgraph.org provides a new way for researchers to analyze publications, genes, proteins and disease. It's proven to be an invaluable exercise to fnd treatments and vaccines in the absence of long term clinical trials and minimal peer-reviewed research.

NEORIS HealthCheck enables companies to undersand each employee's well-being and how infection trends will impact them at their specifc location.  At the same time, employees will be able to check-in and share critical information about their well-being to help their organization provide the necessary help and guidance.

eBay for Google Assisant  uses a Neo4j knowledge graph to infer contextual information within a shopping reques. eBay engineers knew that deploying a chatbot to their user base required internet scale with a high degree of resiliency and availability, plus predictable responses in milliseconds.

The German Center for Diabetes Research accumulates vas amounts of data disributed across various locations. It has built a maser database to provide its 400-srong team of scientiss with a holisic view of available information, enabling them to gain valuable insights into the causes and progression of diabetes.

ATPCO has implemented a Neo4j-powered pricing engine for airfare pricing. Neo4j is at the core of at leas fve of the primary data services ofered, from fare management to air travel tax calculation. Getting a competitive price for a plane journey involves a large amount of complex data processing factoring over 100 billion product permutations.

## Operationalize Knowledge Graphs Faster

Neo4j's Knowledge Graph Quick Start service scopes and builds a solution so that enterprises can go from zero to operational knowledge graph in as little as eight weeks. Neo4j experts use pre-built, cusomizable solution frameworks with proven code, models and components to build a domain-specifc knowledge graph.  These supported frameworks include data models and ontologies for fnancial sysems, supply chain,

privacy compliance, cusomer , employee and patient information. Services include:

- Neo4j insallation and confguration

- Applying a solution framework and cusomizing a data model

- Transforming data into a semantic format

- Data cleansing, the application of model consraints and entity resolution

- Applying graph analytics and machine learning to reshape and complete a
  knowledge graph

- Performance tesing and tuning to ensure optimal results

## More Information

You can download the highlights from the "Technology Executive Priorities for
Knowledge Graphs" survey.

To learn more about Neo4j knowledge graphs at NASA and BMO Financial Group,
watch this knowledge graph-focused Neo4j Connections event.

Learn more about Neo4j's Knowledge Graph Quick Start program here.

## Resources

- Neo4j for Knowledge Graphs

- Neo4j Knowledge Graph Quick Start

- Neo4j and the FinCEN Files

- Neo4j for Artifcial Intelligence

- Neo4j on Twitter

- Neo4j on LinkedIn

- Neo4j on YouTube

- Neo4j is hiring

## About Neo4j

Neo4j is the leader in graph database technology. As the world's mos widely deployed graph database, we help global brands – including Comcas , NASA, UBS and Volvo – to reveal and predict how people, processes and sysems are interrelated. Using this relationships-frs approach, applications built using Neo4j tackle connected data challenges such as analytics and artifcial intelligence , fraud detection, real-time recommendations and knowledge graphs. Find out more at neo4j.com.

Share this on Twitter.

Contact:
pr@neo4j.com
neo4j.com/pr

© 2020 Neo4j, Inc., Neo Technology®, Neo4j®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are regisered trademarks or a trademark of Neo4j, Inc. All other marks are owned by their respective companies.



| PRODUCTS | CUSTOMERS | Why Graph Databases? | Company |
|---|---|---|---|
| | | | News |
| USE CASES | LEARN | Graph Databases | Awards |

  

PARTNERS DEVELOPERS

vs RDBMS

What's New in
Neo4j

Graphdatabases.com

Careers

Staff

CONTACT US →

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 1 73 23 56 07

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®,
Neo4j® Bloom™ and Neo4j® Aura™ are
regisered trademarks
of Neo4j, Inc. All other marks are owned
by their respective companies.

Contact Sales: 1.855.636.4532        Email a graph expert

# EXHIBIT 7



Skip to content

Company ▾    Support    Contact Us    🔍

neo4j    PRODUCTS ▾   SOLUTIONS ▾   CUSTOMERS ▾   PARTNERS ▾   RESOURCES ▾   DEVELOPERS ▾   DOWNLOAD NEO4J

News Room > PR Contact PR Media Kit

## Neo4j Marks Another Year of Product, Customer and Community Momentum

---

**Growth fueled by cloud adoption, expanding enterprise customer base and technology leadership**

SAN MATEO, Calif., January 29th, 2020 — Neo4j, the leader in graph technology, concluded a record year of customer and partner excellence, product growth and community engagement.

During the course of 2019, Neo4j continued to lead the graph database category it created through initiatives including a partnership with Google Cloud, integrations with Confluent for Apache Kafka and championing its open source developer community.

| | Rank | | DBMS | Databas |
|---|---|---|---|---|
| Jan 2020 | Dec 2019 | Jan 2019 | | |
| 1. | 1. | 1. | Neo4j ➕ | Graph |
| 2. | 2. | 2. | Microsoft Azure Cosmos DB ➕ | Multi-mode |
| 3. | ⬆ 4. | ⬆ 4. | ArangoDB ➕ | Multi-mode |
| 4. | ⬇ 3. | ⬇ 3. | OrientDB | Multi-mode |
| 5. | 5. | 5. | Virtuoso ➕ | Multi-mode |
| 6. | 6. | 6. | JanusGraph | Graph |
| 7. | 7. | 7. | Amazon Neptune | Multi-mode |
| 8. | 8. | ⬆ 10. | GraphDB ➕ | Multi-mode |
| 9. | ⬆ 11. | ⬆ 11. | Dgraph ➕ | Graph |
| 10. | ⬇ 9. | ⬇ 8. | Giraph | Graph |

[Data practitioners around the globe continue to embrace Neo4j as the world's most popular graph database. Source: DBEngines.com]

Neo4j continued to grow in popularity throughout 2019 as the world's most widely-deployed graph database. A major driver of this growth is Neo4j's ability to provide connected context that improves the accuracy of artificial intelligence and machine learning applications. The company advocates for responsible AI systems and shared learnings from enterprise customer AI deployments as part of The National Institute of Standards and Technology (NIST) Federal AI Standards Engagement Plan.

As graph technology becomes central to data infrastructure, Neo4j customers have been innovating with the company's leading solutions and products, rating Neo4j highly on Gartner Peer insights. The company was featured in Gartner's Magic Quadrant for Operational Database Management Systems, received recognition in Gartner's Critical Capabilities for Operational Database Management Systems report and was included in The Forrester Wave™ Big Data NoSQL, Q1 2019.

Staying true to its mission to help the world make sense of data, Neo4j welcomed new customers in key verticals such as financial services and retail, and emerging areas such as manufacturing and life sciences. Ensuring broad access to Neo4j has been of utmost importance to the company and this year was no exception. In March, the company expanded its Startup Program to help early-stage companies harness the power of Neo4j, and in October, launched its Educator Program that allows for both new and experienced graph educators to provide hands-on use of Neo4j to students and nonprofits across the globe.

Emil Eifrem, CEO and Co-Founder of Neo4j, reflected back on 2019.

"As the world becomes more connected through technology and as global business operations integrate, data not only informs our decisions but leads us on paths of discovery," Eifrem said. "We've seen graph databases deployed across a variety of industries and use cases from fighting financial crimes and powering real-time

recommendation engines, to tackling the opioid crisis and furthering cancer and diabetes research. We are only scratching the surface of what we can do with graph technology. Neo4j is poised for strong, continued growth and for propelling our unrivaled capabilities further in 2020."

Neo4j plans to extend its lead and expand the boundaries of graph technology, continuing to build the largest graph technology ecosystem and stewarding its vibrant community of developers, data scientists and graph practitioners.

Neo4j 2019 highlights and milestones include:

**Technology Leadership**

- **Neo4j Aura™** – In November, the company launched Neo4j Aura, the first fully managed native graph database as a service. Aura makes Neo4j accessible for small and mid-sized businesses via the cloud. Read more about how Aura advances Neo4j's mission and product offerings in the press release.
- **Machine Learning and AI** – Neo4j customers have been using the company's graph technology as a basis for learning applications. In May of 2019, Neo4j shared the best practices amassed from graph-based AI and machine learning deployments with the U.S. Government, contributing to the Federal AI Standards Engagement Plan.

**Corporate Momentum**

- **Graph Query Language** – In an effort championed by Neo4j, the international committees that developed the SQL standard voted in September 2019 to make Graph Query Language (GQL) the first ISO/IEC international standard database languages project since SQL. This move toward an international standard for graph database queries is indicative of the rapid adoption of graph technology and is great news for graph users and buyers.
- **Fast Company Honors Graphs4Good** – In April, Neo4j's Graphs4Good program received an honorable mention in Fast Company's 2019 World Changing Ideas. The award illustrates Neo4j's graph-powered projects that affect positive social change and take on some of the world's toughest challenges.
- **Startup Program Expansion** – The Neo4j Startup Program supports growing businesses as they build applications on Neo4j. Notable program alumni include Medium, Shutl (Acquired by eBay), SOUQ (acquired by Amazon), OneFineStay (acquired by AccorHotels) and Lending Club. In 2019 more than 1,000 startups enrolled in the program bringing the total number of participants to more than 2,500.
- **Educator Program Launch** – In October, the company launched its Educator Program allowing for both new and experienced graph educators to provide hands-on use of Neo4j to their students in accredited, non-profit institutions, as well as K-12, college and university programs across the globe. In just three months more than 250 educators have taken advantage of the program.
- **Applying Graphs in Data Science** – This year, O'Reilly Media published Graph Algorithms: Practical Examples in Apache Spark & Neo4j, co-authored by Neo4j's graph technology experts Mark Needham and Amy E. Hodler. The book delivers helpful examples for application developers and illustrates the value derived from graph algorithms. It has been downloaded more than 45,000 times.

**Graph Ecosystem**

- **Google Cloud** – In April, Neo4j and Google Cloud announced a strategic partnership to offer Neo4j as a seamless experience integrated with the GCP console, billing and support services. Through this partnership, Google Cloud is making Neo4j accessible for developers and businesses in a simple, friction-free way. Read more on this partnership from CEO Emil Eifrem's blog.
- **Confluent for Apache Kafka** – In October, Neo4j announced a new integration with Apache Kafka® and Confluent® Platform to connect Kafka event streams. Neo4j, Kafka and Confluent users and customers now have a seamless, supported integration thanks to the new connector. Neo4j Streams is easily applied to a variety of real-time use cases including financial fraud analysis, knowledge graphs and customer 360.
- **Thales Integration** – A comprehensive integration between Neo4j Enterprise Edition and Thales Vormetric Transparent Encryption launched in July 2019 to deliver data-at-rest encryption. The integration provides industrial-strength encryption-at-rest for the Neo4j graph database and helps Neo4j users meet more stringent security and compliance requirements, while maintaining hardware and software performance.

**Customer Excellence**

- **Lyft Amundsen** – Spun out of Lyft by software engineers Tao Feng and Mark Grover, Amundsen is a tool using Neo4j for finding and discovering data sets within the company. In September, Mark Grover of Lyft sat down with Neo4j for a webinar, accompanied by comprehensive media coverage in ZDNet.
- **Strata Data Award** – In March, the Strata Data Awards honored the German Center for Diabetes Research (DZD) and Neo4j as a top-three finalist for its 2019 awards. The DZD's graph database implementation combines research data sources from genetics, epigenetics and metabolic pathways with data from clinical studies to find new ways to fight diabetes.
- **Unmatched Customer Success** – Neo4j added more than 100 new customers during 2019. Organizations like UBS, Caterpillar, Comcast, Dun & Bradstreet, Vanguard and others shared their success at conferences, on video and in case studies. Find out more about Neo4j's customers here.
- **Graphie Awards** – The Graphie Awards celebrate the world's most innovative graph technology applications, recognizing success in connected data across multiple categories. The winners of the 2019 Neo4j Graphie Awards included Dun & Bradstreet, EY, Lockheed Martin Space, Omnia AI and Volvo Cars.

**Community Engagement**

- **World's Largest Graph Practitioner Conference** – This year marked the first NODES (Neo4j Online Developer Expo and Summit) online event that brought together more than 1,600 developers and graph enthusiasts. The conference featured 53 talks on topics ranging from AI and machine learning to social media monitoring with graph technology.
- **GraphTour** – In 2019, Neo4j GraphTour touched down in major cities across the globe from Tel Aviv to New York, bringing together thousands attendees and graph technology experts from customers including Volvo, Lyft and ING for a day of learning, exploration and advice.
- **Community Momentum** – Neo4j delivers graph technology built by developers for developers. This practitioner-centric approach has resulted in a highly engaged developer community that is now more than 200,000 strong. In 2019, more than 4,500 new developers attained certification or training, and more than 40,000 professionals now list Neo4j as a skill on their LinkedIn profile.

**About Neo4j**

Neo4j is the leading graph database technology that drives innovation and competitive advantage at Airbus, Comcast, eBay, NASA, UBS, Walmart and more. Thousands of community deployments and more than 400 customers harness connected data with Neo4j to reveal how people, processes, locations and systems are interrelated. Using this relationships-first approach, applications built using Neo4j tackle connected data challenges including artificial intelligence, fraud detection, real-time recommendations and master data. Find out more at neo4j.com.

Share this on Twitter.

**Connect with Neo4j**

- Neo4j Graph Platform
- Neo4j Cloud Deployment
- Neo4j Community
- Neo4j on Twitter

- [Neo4j on LinkedIn](#)
- [Neo4j on YouTube](#)
- [Neo4j is hiring](#)

**Contact**

- [pr@neo4j.com](#)
- [neo4j.com/pr](#)

© 2020 Neo4j, Inc., Neo Technology®, Neo4j®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks or a trademark of Neo4j, Inc. All other marks are owned by their respective companies.

---

- 
- 
- 

- [PRODUCTS](#)
- [SOLUTIONS](#)
- [PARTNERS](#)

- [CUSTOMERS](#)
- [LEARN](#)
- [DEVELOPERS](#)

- [Why Graph Databases?](#)
- [Graph Databases vs RDBMS](#)
- [What's New in Neo4j](#)
- [Graphdatabases.com](#)

- [Company](#)
- [News](#)
- [Awards](#)
- [Careers](#)
- [Staff](#)

    

© 2020 Neo4j, Inc.

[Terms](#) | [Privacy](#) | [Sitemap](#)

Neo4j®, Neo Technology®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks of Neo4j, Inc. All other marks are owned by their respective companies.

**[Contact Us →](#)**

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 8 05 08 03 44
Germany: +49 (0)89 26204 6300

[Contact Sales: 1.855.636.4532](#) [Email a graph expert](#)

# EXHIBIT 8

Skip to content



Company ▾   Support   Contact Us   🔍

PRODUCTS ▾   SOLUTIONS ▾   CUSTOMERS ▾   PARTNERS ▾   RESOURCES ▾

DEVELOPERS ▾   DOWNLOAD NEO4J

News Room > PR  Contact PR  Media Kit

# Neo4j is the Graph Database of Choice for World's Top Financial Services Organizations

**Deployed by 20 of the World's Top 25 Financial Services Firms, Neo4j Sees a Surge in Demand for its Powerful Graph Technology**

**SAN MATEO, Calif. – October 22, 2019 –** Neo4j, the leader in graph databases, reported a surge in demand for its powerful graph technology among the global financial services community.

As firms step up their fight against fraud, bolster anti money laundering (AML) investigation and comply with strict transparency requirements, Neo4j has been the graph database of choice for 20 of the world's 25 top financial services firms. Made famous thanks to its role in uncovering the Panama and Paradise Papers tax avoidance scandals, Neo4j is on the shortlist for many organizations looking to identify and eliminate financial fraud.



**Caption: Neo4j worked with the ICIJ on the Panama Papers leak resulting in a Pulitzer Prize-winning investigation into global tax evasion.
Shown is the Neo4j graph data model used for the investigation.**

Fortune 500 organizations are adopting graph capabilities to scrutinize financial data for the earliest signs of financial misconduct or fraud in real time. Organizations in the financial services industry know they're in a rapidly escalating arms race trying to defend against bad actors leveraging new technologies – a struggle that requires new and more sophisticated fraud detection and prevention approaches.

Firms' ability to pinpoint financial crime from huge data volumes using Neo4j are impressive. When transactions run into tens of thousands of occurrences per day, traditional, manual approaches to anomaly checking aren't sustainable.

Graph technology is able to "connect the dots" across even the most complex and opaque data trails to reveal the subtlest connections and inter-relationships. This capability proved instrumental in recouping some $1.2 billion in fines and back taxes linked to the Panama Papers affair.



**Caption: An anti-money laundering graph data model in Neo4j that clearly demonstrates how entities are related.**

The global fraud detection and prevention market was valued at $17.5 billion in 2017 and is expected to grow to $120 billion by 2026, according to Stratistics MRC. As a testament to the velocity of innovation in fraud, over the last decade more than 48,000 patents for fraud and anomaly detection solutions have been issued in the U.S. alone.

Dun & Bradstreet (D&B), the world's leading business information provider, was among the first to spot the potential to apply graph technology to fraud detection, when it launched a new company ownership tracking service back in 2016. The service allows clients to investigate all historic company ownership records linked to individuals, and it adheres to new international transparency regulations designed to counter tax evasion and money laundering.

Dun & Bradstreet's Senior Compliance Manager, Paul Westcott, explained how the company uses Neo4j.

"Being able to quickly understand relationships between data gives us the ability to rapidly interpret corporate structures and any dilution of ownership of a business," said Westcott. "Neo4j's networks of nodes and connections mean the data to

do this can be surfaced for an individual in milliseconds – a very quick return of information, making graph the ideal fit for our needs."

Neo4j's Vice President of Products, Philip Rathle, explains how augmenting traditional data management approaches with graph databases allows financial institutions to leverage connections inherent to their data.

"Graph databases offer powerful new methods of uncovering fraud rings, money laundering, and other sophisticated scams by surfacing patterns in data that are invisible via traditional methods," said Rathle. "The same pattern-based approach enables financial institutions to understand and better assist their customers, who grapple with multiple accounts, identifiers, and lines of business. Graph-driven innovations at banks today result in initiatives and products that better serve customers, increase share of wallet, promote capital preservation and enhance regulatory compliance effectiveness."

AIG, Citigroup, Credit Agricole, China Zheshang Bank (CZ Bank), ING, Société Générale, Thomson Reuters and UBS are among Neo4j's numerous financial services clients, applying Neo4j's graph technology across a wide range of risk management use cases. Meanwhile in the insurance sector, Neo4j's customers include Aviva, AG Insurance Belgium, Die Bayerische and Zurich Insurance Group.

Graph's critical role in making sense of complex data relationships has been demonstrated in a broad range of business settings. Gartner considers graph to be a top 10 data and analytics technology trend for 2019. Combined with artificial intelligence and machine learning, graph technology has tremendous potential to uncover fraud with record speed and efficiency.

Share this on Twitter.

**Find Out More**

To understand how Neo4j addresses key challenges in finance and why Lending Club relies on Neo4j to manage over 130 microservices, visit neo4j.com/industries/financial-services/.

**About Neo4j**

Neo4j is the leading graph database platform that drives innovation and competitive advantage at Airbus, Comcast, eBay, NASA, UBS, Walmart and more. Thousands of community deployments and more than 300 customers harness connected data with Neo4j to reveal how people, processes, locations and systems are interrelated. Using this relationships-first approach, applications built using Neo4j tackle connected data challenges including artificial intelligence, fraud detection, real-time recommendations and master data. Find out more at neo4j.com

**Contact:**

pr@neo4j.com
neo4j.com/pr

**Resources**

- Neo4j Graph Platform
- Neo4j for Financial Services
- Neo4j on Twitter
- Neo4j on LinkedIn
- Neo4j on YouTube
- Neo4j is hiring

© 2019 Neo4j, Inc., Neo Technology®, Neo4j®, Cypher® and Neo4j® Bloom™ are registered trademarks or a trademark of Neo4j, Inc. All other marks are owned by their respective companies.

- 
- 
-

- PRODUCTS
- SOLUTIONS
- PARTNERS

- CUSTOMERS
- LEARN
- DEVELOPERS

- Why Graph Databases?
- Graph Databases vs RDBMS
- What's New in Neo4j
- Graphdatabases.com

- Company
- News
- Awards
- Careers
- Staff

    

© 2020 Neo4j, Inc.
Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks of Neo4j, Inc. All other marks are owned by their respective companies.

**Contact Us →**

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 8 05 08 03 44
Germany: +49 (0)89 26204 6300

Contact Sales: 1.855.636.4532   Email a graph expert

N4J-GFI_001032

# EXHIBIT 9



# Private Company Spotlight

**Equity Research**
Technology, Media, and
Communications

November 21, 2019

Jason Ader, Analyst
+1 617 235 7519
jader@williamblair.com



**Please refer to important disclosures on pages 4-5. Analyst certification is on page 4.**

N4J-GFI_001014

Case 5:18-cv-07182-EJD   Document 98-3   Filed 12/11/20   Page 52 of 69

Private Company Spotlight: Neo4j





**Key Metrics:**

+**$7.2B** TAM

**$160M** in total capital raised

**300** employees globally

+**$50M** in ARR

+**75%** of *Fortune* 100 companies use Neo4j including:

- 20 of the top 25 financial services firms
- 7 of the top 10 software firms
- 3 of the top 5 logistics firms
- 7 of the top 10 retailers
- 3 of the top 5 airlines
- 4 of the top 5 telco companies
- 3 of the top 5 hospitality companies

**Competitors:**



**Customers:**











## Neo4j: Pioneer in Graph Databases
# Our Q&A With Emil Eifrem
### Founder and CEO of Neo4j

**1. Discuss the sequence of events that led to Neo4j's founding and what problem you were aiming to solve.**

I had the idea for the very first graph database midflight on my way to Mumbai. Johan Svensson, Peter Neubauer, and I had been building an enterprise content management system (ECM), but kept running up against the challenge of using a relational database for querying connected data.

That's when the idea struck. I grabbed a napkin and quickly sketched the first property graph model. The ideas sketched on that napkin ultimately took form as Neo4j, the world's first graph database, which also started our company. Though we were solving for our unique situation at that time, I couldn't have possibly imagined the worldwide impact that napkin sketch would create.

When we founded Neo4j, we knew we had invented an elegant new way to solve a hard data problem, but we could have never foreseen the growth of connected data. Now it's everywhere—we have connected devices and networks, social networks and human relationships, and big trends like IoT and artificial intelligence (AI) that are proving the power of understanding relationships in data.

Today, our commercial business is solving high-value data problems for big companies, and our open source community has shown us how powerful graphs can address non-corporate use-cases.

**2. Define "graph database" for the average person and spell out the main characteristics and use-cases.**

In simple terms, a graph database treats relationships within data as "first-class citizens" to uncover

insights and understand connections in a way previously impossible.

The beauty of graph database technology is that it's entirely "horizontal." We and our community have proven the value of graphs across nearly every industry in organizations of all sizes. The same Neo4j technology that helped discover and untangle the web of the Panama and Paradise Papers has also helped NASA modernize its famous "Lessons Learned" database and advance its missions to Mars. Our technology has been used by the German Center for Diabetes Research (DZD) to help diabetes patients and work toward eliminating the disease. It has also been offered to offer powerful, real-time online recommendations for retailers like Walmart and eBay.

**3. How big is the graph database market and how fast is it growing?**

It's hard to put a dollar amount on the graph database market, but we estimate the total addressable market at $7.2 billion globally, Gartner considers graphs a top 10 data and analytics technology trend for 2019. The market has been growing rapidly in recent years, fueled by a better understanding of the power of graph databases. When Amazon (AMZN $1732.30; Outperform) and Microsoft (MSFT $149.14; Outperform) entered the market, it really validated and accelerated the category.

**4. What can you share on Neo4j in terms of market momentum, key customers, growth, etc.?**

We pride ourselves on being the leader in the graph database market. Thousands of organizations from startups to *Fortune* 500 companies are using Neo4j to build new and innovative applications that leverage connections in data for applications like recommendation engines, impact

Jason Ader · +1 617 235 7519

N4J-GFI_001015

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 266 of 299
Case 5:18-cv-07182-EJD Document 96-3 Filed 12/11/20 Page 53 of 69

Private Company Spotlight: Neo4j



analysis for network and IT operations, and real-time routing for logistics. They're also using graphs to reinvent their approach to business applications such as master data management, identity and access management, content management, fraud detection, and portfolio and risk management.

Our customers lead the way in using graphs to underpin their machine learning and AI efforts. For AI to be more situationally appropriate and "learn" in a way that understands and refines outputs, it needs to be underpinned by context. Context is all of the peripheral information relevant to that specific AI. Neo4j delivers a purpose-built method for adding and leveraging context from data. Proven repeatedly in deployments worldwide, graph technology is a powerful foundation for AI, a position validated by Google's (GOOG $1294.69; Outpeform) DeepMind team as well as hundreds of recently published academic research papers on machine learning and AI.

Neo4j has been instrumental in working with the International Standards Organization (ISO) to formally initiate a universal Graph Query Language (GQL) standard. GQL is the first new ISO database language in 35 years, the last one was SQL. GQL has strong roots in Cypher—the query language invented by Neo4j. GQL is great news for users because it means interoperability, portability, and availability of skill sets and should only accelerate graph adoption in large conservative enterprises.

Being a practitioner-led company, Neo4j has cultivated a diverse ecosystem to support graph deployment across a variety of tech infrastructures. We partner with Google Cloud Platform (GCP), Microsoft Azure, and Amazon Web Services to provide customer choice for graph deployment and support the multicloud reality of most large enterprises. We have a strategic partnership with GCP that allows

Neo4j customers a first-party experience on GCP with integrated customer billing and support. GCP field reps will be fully compensated on Neo4j deals via the marketplace providing strong GTM momentum for Neo4j through that partnership.

Neo4j has integrations with key data infrastructure players including Confluent/Kafka, IBM, HP, and Cisco (CSCO $44.87; Market Perform). EY, Capgemini, and Deloitte have formidable graph implementation practices.

## 5. Who are some of your main competitors and how do you differentiate your solution?

Our biggest competitor is the lack of awareness about when and how to use a graph database to solve a connected data problem. For decades, relational methods have plagued software developers with the constant need to translate conceptual business relationships into physical relational tables and back again. A graph data model looks just like what you'd draw on your whiteboard if you were describing the relationships between people or devices in your organization.

As the category leader, we're accustomed to smaller competitors entering the market and challenging us. I'm glad they're here because challengers keep the category healthy. At the stage that we're at though, we're more focused on the bigger players like Amazon and Microsoft.

There are many technical reasons why Neo4j outshines other technologies for connected-data applications—scalability, performance, flexibility, and developer productivity to name a few.

In today's world, users expect sub-second response times from web applications, even those that integrate data from a myriad of disparate sources. Relational systems cannot reliably deliver this level of responsiveness.

If you combine the fact that the database industry constantly underestimates how widely applicable graph databases are with the naivete about how difficult it is to build a world-class graph database (and not just as an afterthought to a non-native database), we think we have a multiyear head start.

## 6. On November 6, you announced Neo4j Aura, your DBaaS product. What's the significance of this offering?

Aura takes the most popular graph database in the world to the cloud and offers it as a pay-as-you-go service. We have always believed that open source and self-serve was the best way to bring our powerful and flexible database to a large number of developers globally. As we grew mindshare, large enterprises became paying customers by moving to our Enterprise Edition, with the vast majority using Neo4j in the cloud (mainly self-managed). However, not all users have the resources to move to our Enterprise Edition. So first, we see Aura expanding our market opportunity to individuals and SMB customers and allowing us to monetize some of the free usage. We see this creating a strategic moat that protects us from below, allowing us to win over developers with a $50 per month DBaaS.

Many enterprise customers don't want to self-manage. Aura removes the operational burden associated with managing a database, allowing developers to focus solely on building applications. In the long run, given workload migration to the cloud, Aura will be our primary offering across all segments including large enterprises.

Aura uniquely provides on-demand scalability, allowing customers to add capacity through one-click deployment with zero downtime. Lastly, Aura provides always-on availability and a self-healing system that identifies and proactively addresses emerging issues.

Jason Ader - +1 617 235 7519

William Blair    3

 N4J-GFI_001016

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jason Ader attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 27821.10
S&P 500: 3108.46
NASDAQ: 8526.73

Additional information is available upon request.

**Current Rating Distribution (as of November 21, 2019):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 68 | Outperform (Buy) | 20 |
| Market Perform (Hold) | 31 | Market Perform (Hold) | 8 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

N4J-GFI_001017

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2019, William Blair & Company, L.L.C. All rights reserved.

N4J-GFI_001018

# EXHIBIT 10



IMPACT REPORT

# More than a graph database, Neo4j spreads graph platform message

FEBRUARY 13 2018
BY JAMES CURTIS

The company formerly known as Neo Technology has officially taken on the name Neo4j. The move makes sense, given that most considered Neo4j the name of the company anyway, so the change effectively made it official. It recently released a new version of its Neo4j graph database, in addition to a positioning pivot of Neo4j as a graph platform. So, in addition to storing graphs, the new platform offers developer tooling and analytical capabilities, as well as greater integration with relational and big-data technologies, among other updates.

## The 451 Take

In the world of graph technology, Neo4j is perhaps the most well-known of the graph database players, having gotten its start in 2000. The company as a whole has done well to raise the general awareness and adoption of graph technologies. While its platform strategy is just starting, and some functionality is still maturing, Neo4j is positioning itself to reach further into the enterprise while broadening its user base. Interestingly, the graph market is expanding. A fair number of NoSQL vendors have added graph as a data model, the majority of the larger relational database players offer graph, and a handful of new vendors have entered the market recently. Perhaps this points to greater graph adoption, which could be good timing for Neo4j.

## Context

The company was founded in 2000 when cofounders Emil Eifrem and Johan Svensson developed the database model now known as the property graph model, which later became the basis for Neo4j, the company's graph database. While the first version of the Neo4j database appeared in 2002, the company wasn't officially formed until 2007 (in Sweden), which is also when the company first made Neo4j available as open source. Today, Neo4j resides in San Mateo, California, with offices in London; Munich; Paris; and Malmo, Sweden.

The firm reports more than 250 employees across its locations, up measurably from the 125 reported in our earlier coverage. The company has amassed $80m in funding, with the most recent round of $36m coming in November 2016.

Neo4j has provided some metrics, including total downloads in excess of 10 million. Total paying customers are reported at more than 250, with more than half of those claiming over $1bn in revenue.

## Products

In October 2017, Neo4j announced version 3.3 of its graph database, as well as its foray into positioning Neo4j as a graph platform. At the heart of the platform, of course, sits the Neo4j graph database, but the company has assembled other pieces around Neo4j to drive its platform strategy. A few features are worth noting.

For developers (as well as other users), the company rolled out Neo4j Desktop, a front-end tool that serves as a type of control panel for developers. The tool handles user management and security, including Kerberos authentication with LDAP integration. Managing schemas, indexes, scaling and Bolt drivers, Neo4j Desktop enables access to additional interfaces, such as the company's Neo4j Browser for data discovery and visualization.

Enhancing analytics has also been a recent focus for the company. Neo4j has added a graph analytics library that is targeted at enabling deeper insight when dealing with relational and big data. The new library includes community detection algorithms for evaluating how a graph is partitioned, pathfinding algorithms for determining or evaluating the shortest path, and centrality algorithms (such as PageRank) for identifying distinct nodes within a network.

Neo4j has also been expanding the reach of Cypher, the company's query language, which is also available via an open source project known as openCypher. Recognizing Apache Spark's momentum in the market, the company developed Cypher for Apache Spark (CAPS), and it has contributed the code to the openCypher project. With CAPS, Spark users will be able to create an in-memory graph using Spark that can then be materialized with Cypher.

## Strategy

By offering functionality around Neo4j as a platform, the company is in a better position to expand its user base beyond the hardcore developer to other personas, such as data scientists, data analysts, data engineers, business analysts and so forth. While the company has a loyal developer following – claiming over 100,000 trained developers – the goal is to reach other business groups and move up to the executive ranks within an organization.

Closely associated with expanding the user base is the goal to play a greater role within the datacenter environment. The idea is that, by integrating more powerfully at the data level, there will be more organizational data available at the user level to work with graphs, or what is often called relationship data. Thus, the added tooling around Neo4j further increases the type of users and what those users can then do with that data.

For instance, as part of the company's fall announcements, Neo4j provided a prerelease version of the Neo4j ETL tool with a front-end GUI. At a high level, the tool facilitates the ability to move relational data into a graph, creating all of the graph dimensions from the relational data. The tool provides a visual way for users to map data elements from a relational source and then see how it would appear as a graph, selecting attributes as necessary.

## Competition

While Neo4j is categorized as a pure-play graph database vendor, the company competes not only with peer graph vendors, but also vendors for which graph is just one part of an overall database offering. For peer graph competitors, we can identify TigerGraph, Memgraph and Ontotext with GraphDB. Open source graph databases include Titan and JanusGraph. Objectivity's ThingSpan operates on the company's object database, Objectivity/DB, but is leveraged for graph-based applications. There is also Franz's AllegroGraph.

A number of NoSQL vendors have also added graph technology as a means to drive multi-model capabilities within their databases. These vendors include MongoDB, DataStax, MarkLogic, ArangoDB, OrientDB and Microsoft's cloud-based Cosmos DB (which is available on Azure).

Some veteran database vendors have also shown interest in graph technology. Oracle offers its Oracle Spatial and Graph, which is offered as an option for the company's Oracle Database. Teradata likewise offers graph analytics as part of the Aster product. IBM is also noteworthy, leveraging JanusGraph for its Compose for JanusGraph offering that replaces IBM's previous cloud service known as IBM Graph.

## SWOT Analysis

### Strengths

Neo4j holds notable branding recognition in the graph database market, and the company's new platform strategy should be influential in helping organizations adopt graph technology.

### Weaknesses

While the market is showing signs of improving, the graph database market is a small portion of the overall database market. Organizations are still learning how to leverage graph databases, which often can be perceived as add-on technology to an existing data environment.

### Opportunities

Neo4j's branding will often get the company inside an enterprise. With its new platform strategy, the new platform capabilities can help Neo4j expand its presence once it has landed the customer.

### Threats

When most organizations consider adopting graph technology, Neo4j can often be the first vendor to come to mind. As such,

N4J-GFI_000993

the company is often in the crosshairs of other graph vendors.

## James Curtis

Senior Analyst, Data Platforms & Analytics

M&A ACTIVITY BY SECTOR
M&A ACTIVITY BY ACQUIRER
FIGURES SHOWN INDICATE NUMBER OF TRANSACTIONS

COMPANY MENTIONS (PRIMARY)
Neo4j
COMPANY MENTIONS (OTHER)
ArangoDB   DataStax   Franz   IBM   MarkLogic   Memgraph   Microsoft   MongoDB   Objectivity Inc   Ontotext   Oracle   Orient Technologies   Teradata   TigerGraph
CHANNELS
Data Platforms & Analytics
SECTORS
All / Information management / Data management / Non-relational databases

N4J-GFI_000994

# EXHIBIT 11

(276 of 299), Page 276 of 299
11/20/2016
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 276 of 299
Case 5:18-cv-07182-EJD Document 198-1 Filed 11/12/24 Page 63 of 69



IMPACT REPORT

# Neo Technology takes in $36m, revamps clustering architecture on Neo4j

NOVEMBER 10 2016
BY JAMES CURTIS (/ANALYST-TEAM/ANALYST/JAMES+CURTIS)

Neo Technology is on a fairly consistent release schedule with its Neo4j graph database. Not quite six months since the release of version 3.0, the company announced a beta availability of version 3.1. While the company has not normally delivered a beta release, this time it makes sense given the significance of the updates. For example, the company overhauled Neo4j's clustering architecture. Growth with enterprise deployments has led Neo Technology to add a number of security enhancements as well. It has also announced a series D funding round.

## The 451 Take

Neo Technology enjoys strong name recognition in the graph database market. With its noted reputation, the company has grown a strong and active community around its offering. Neo Technology's new security and revamped clustering architecture should win points with the enterprise crowd. There are still challenges for Neo Technology because the competitive landscape has never been stronger. Graph database interest continues to pick up steam, as evidenced by many NoSQL vendors adding graph capabilities to their multi-model databases, along with the established vendors adding graph to augment their SQL-based databases. We have also seen graph crop up as a cloud service.

## Context

As of late, Neo Technology has kept a fairly consistent release schedule of about every six months. Each new release represents a steep uptick in capabilities for the company's Neo4j graph database. Neo Technology was founded in 2007 when it was first open sourced, although the database had been around since 2002. As such, the company has been able to foster a healthy developer community. Neo Technology's Neo4j graph database is perhaps the most well-known and deployed graph databases on the market, and the company could be considered bellwether for the graph market as a whole.

Neo Technology recently reported that it experienced 50% growth over last year. While management claims that the company could have grown faster, it chose to control its growth and reports that it is on track to turn cash-flow positive in Q1 2017. The deliberate growth strategy has paid off; the company announced a series D funding round of $36m, taking total funding to

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 277 of 299
11/20/2016                  Neo Technology - Document Nebulous Blurps and Original Information Neo — Page 64 of 69

$80.1m. This latest round was led by Greenbridge Investment Partners and included participation from Sunstone Capital, Creandum and Eight Roads Ventures. Neo Technology reports an increase in enterprise accounts, taking its total customer count to 200. The company also grew its headcount and now reports 125.

## Products

Neo Technology's latest 3.1 release includes an overhaul of Neo4j's clustering architecture to the Raft consensus algorithm, which is based on academic research from Stanford University. The company notes that this latest change is the database's third cluster architecture revamp since its inception, the other two being Zookeeper and Paxos. Management identifies a couple of overriding reasons for the new architecture. One is to provide greater scaling capabilities that better align with the long-term plans for Neo4j, and the other is to enable greater data consistency, particularly in a clustered environment.

Eventual consistency is a data-model approach that is often adopted by NoSQL databases. Raft, however, provides a framework to address some of these shortcomings and enables much stronger consistency. A user, for instance, may register on a particular shopping site and then immediately try to log in to continue shopping. When the user is not able to log in immediately after registration, it can often be that certain servers are not in sync. Eventually, the user can log in, but not until after some initial frustration. This is a simple example, but Neo Technology is looking to address the shortcoming of eventual consistency by providing stronger consistency through implementing a casual-consistency architecture.

At a high level, casual consistency provides a number of benefits. One is that from a client perspective, there is always a consistent view of the data. Another is that there is built-in load balancing, which bifurcates the read and write requests to separate servers. There are generally more reads (browsing) from an application, for instance, than from requests for those that are buying (writes). Other benefits include supporting large clusters (1,000 plus instances), no dependency on a master server, as well as the ability to mix and match instance types, such as application servers, reporting servers and various IoT devices. Besides updating the clustering architecture, Neo Technology has enhanced Neo4j's security capabilities. For instance, there is a choice for authentication for Active Directory or LDAP, role-based authorization, and sub-graph access control, and the ability to add specialized functions such as Kerberos via a pluggable architecture framework.

Other updates include the Neo4j Schema Viewer, which is built into the Neo4j web-based browser tool. Schema Viewer allows graphs to be viewed at a current point in time based on database statistics, helping developers and others understand the database contents. Another update is the availability and compatibility with IBM POWER8 CAPI Flash, which was announced earlier and provides hardware acceleration for those leveraging the POWER8 architecture.

Neo Technology announced the Neo4j beta in October and plans to deliver the general-availability version in Q4. While Neo Technology has not traditionally released a public beta, it makes sense this time given the significance of a new clustering architecture update and the need to rally the Neo4j community prior to a general-availability release.

## Competition

Neo Technology faces competition from a number of areas. One is the growing list of pure-play or specialty graph databases for which we would count Sparsity Technologies, AllegroGraph from Franz, GraphDB from Ontotext and ThingSpan from Objectivity Inc.

Page 1511    N4J-GFI_000996

11/20/2016

Another group of competitors comes from the NoSQL vendors, which we classify as multi-model NoSQL database vendors, where graph is counted as one data model among the other models offered. DataStax has its DataStax Enterprise Graph that was recently added to company's DataStax Enterprise offering and hearkens back to the acquisition of Aurelius, the commercial supporter of the Titan graph database. MarkLogic with its Semantics functionality, OrientDB and ArangoDB also offer graph. IBM is another with its IBM Graph service provided on the company's Bluemix cloud platform. It's also worth pointing out that MongoDB has publicly announced that it will be adding graph to its NoSQL database, and Redis Labs enables graph capabilities with its Modules functionality.

Some veteran database vendors have also shown interest in graph technology. Oracle offers its Oracle Spatial and Graph, which is offered as an option for the company's Oracle Database. Teradata likewise offers graph analytics as part of the Aster product.

## SWOT Analysis

### Strengths

Neo Technology is not afraid to stay at the forefront of certain technologies, as evidenced by the company taking on a new clustering architecture. The company has also shown to be fiscally responsible in how it manages its funding and growth.

### Weaknesses

Neo4j is still maturing as an enterprise citizen. The new clustering architecture will add stronger consistency and greater security capabilities, which are necessary for securing confidence with the enterprise audience.

### Opportunities

With strong name recognition along with newly added enterprise functionality, Neo Technology is in a good position to capitalize on taking graph more broadly into the enterprise environment.

### Threats

There are a number of NoSQL players adding graph capabilities to their NoSQL multi-model databases, which may cause some challenges for Neo Technology and the other specialty graph database vendors.

## James Curtis (/analyst-team/analyst/James+Curtis)

Senior Analyst, Data Platforms & Analytics

Page 1512N4J-GFI_000997

Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 279 of 299

M&A ACTIVITY BY SECTOR

Information management / Data management / Non-relational databases (19) (https://makb.the451group.com/results?basic_selected_sectors=432)

M&A ACTIVITY BY ACQUIRER

DataStax Inc. [fka Riptano Inc.] (2) (https://makb.the451group.com/results?basic_acquirers=DataStax+Inc. [fka Riptano Inc.])

IBM Corporation (166) (https://makb.the451group.com/results?basic_acquirers=IBM+Corporation)

MongoDB Inc. [fka 10gen] (1) (https://makb.the451group.com/results?basic_acquirers=MongoDB+Inc. [fka 10gen])

Oracle Corporation (121) (https://makb.the451group.com/results?basic_acquirers=Oracle+Corporation)

Teradata (16) (https://makb.the451group.com/results?basic_acquirers=Teradata)

Figures shown indicate number of transactions

COMPANY MENTIONS (PRIMARY)
Neo Technology (/search?company=Neo+Technology)

COMPANY MENTIONS (OTHER)
ArangoDB , Aurelius , Creandum , DataStax , Eight Roads Venture , Franz , Greenbridge Investment Partners , IBM , MarkLogic , MongoDB , Objectivity Inc , Ontotext , Oracle , Orient Technologies , Redis Labs , Sparsity Technologies , Stanford University , Sunstone Capital , Teradata (/search?company=Teradata)

CHANNELS
Data Platforms & Analytics (/dashboard?view=channel&channel=6)

SECTORS
All / Information management / Data management / Non-relational databases (/search?sector=432)

Page 1514 N4J-GFI_000999

# EXHIBIT 12

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 13

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**12-11-2020 - NEO4J INC CONS SEP STMT OF UNDISPUTED MATERIAL FACTS.pdf**

Filed 12/11/2020

NEO4J INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

(Pacer Doc #98 Exhibit A)

## NEO4J INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| **Claim 1: Trademark Infringement Against the PT Defendants and Their Nominative Fair Use Defense** | | |
| 1. Plaintiff Neo4j Inc. ("Neo4j USA") owns a protectable trademark | <u>Fact 1</u>: Neo4j USA is the owner of U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" covering the goods and services in International Classes, 009, 035, 041, 042 and 045 (the "Neo4j® Mark"). Declaration of Jeffrey M. Ratinoff, ("Ratinoff Decl."), Exh. 1. | |
| 2. The PT Defendants impermissibly used the Neo4j® Mark after Neo4j USA terminated the Partner Agreement | <u>Fact 2</u>: On September 30, 2014, Purethink and Neo4j USA entered into the Neo4j Solution Partner Agreement ("Partner Agreement"). Ratinoff Decl., Exh. 4. | |
| | <u>Fact 3</u>: Under the Partner Agreement, PureThink was granted a non-exclusive, non-transferable limited license to, *inter alia*, use the Neo4j® Mark solely to market and resell commercial licenses to Neo4j® Enterprise Edition ("Neo4j® EE") and related support services in exchange for shared revenue for the licenses that it resold. *Id.*, Exh. 4 at § 4.1; Exh. 3 at 60:10-61:17, 67:25-69:11. | |
| | <u>Fact 4</u>: PureThink further agreed to the terms of the limited license under the Partner Agreement to use the Neo4j® Mark in accordance with Neo4j USA's "then-current trademark usage guidelines." *Id.*, Exh. 4 at § 4.1. | |
| | <u>Fact 5</u>: The Partner Agreement was subject to a 1-year term, and would automatically renew at additional 1-year periods subject to the notice and termination provision therein, thereby incorporating whatever was the operative trademark guidelines at that time. Ratinoff Decl., Exh. 4 at §7.1; Exh. 3 at 67:18-24. As a result of the renewal provision, PureThink became bound by the October 13, 2015 version of Neo4j USA's trademark guidelines as of September 30, 2016. *See* Rathle Decl., ¶ 16, Exh. 5. | |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | <u>Fact 6:</u> All rights and licenses to Neo4j® Software and the Neo4j® Mark would terminate upon the expiration or termination, and upon such an event, PureThink agreed to "cease using any trademarks, service marks and other designations of Plaintiffs." Ratinoff Decl., Exh. 4 at §7.3. | |
| | <u>Fact 7:</u> On July 11, 2017, Neo4j terminated the Partner Agreement thereby requiring PureThink to "cease using [Neo4j's] trademarks, service marks, and other designations…and remove from PureThink's website(s) marketing materials, [Neo4j's] trademarks and tradenames, including, without limitation, Neo4j" as required by Agreement. Ratinoff Decl., Exh. 12. | |
| | <u>Fact 8:</u> PureThink continued to use the Neo4j® Mark without Neo4j USA's authorization to send customers to iGov to obtain "Government Package for Neo4j" and "Government Development Package with Neo4j Enterprise." *See* Ratinoff Decl., Exh. 14. It also promoted "Neo4j Enterprise" as genuine Neo4j® EE despite being compiled by Suhy. *See id.*, Exh. 16. | |
| | <u>Fact 9:</u> Under the Partner Agreement, PureThink agreed that all contractual restrictions would apply to any successor-in-interest, assign, and acquirer of substantially all of its assets. Ratinoff Decl., Exh. 4 at § 10. | |
| | <u>Fact 10:</u> Suhy and PureThink formed iGov on or about June 23, 2017 to circumvent the restrictions in Section 4.3.1 of the Partner Agreement. Ratinoff Decl., Exhs. 10-11, 14-15, 17-19; PT Dkt. No. 22, ¶¶ 18-19; *see also* Exh. 3 at 46:12-16, PT Dkt. No. 72 at 8:22-25, 9:15-23. | |
| | <u>Fact 11:</u> Suhy is sole owner and employee of PureThink and iGov, used the same website template, and initially used the same offices and support telephone number for both entities. Ratinoff, Decl, Exh. 3 at 21:23-22:22, 23:16-18, 37:3-38:16, 39:6-40:23, 47:20-49:8, 52:9-11. | |
| | <u>Fact 12:</u> Suhy used both his iGov and PureThink email accounts to solicit customers that he had previously contacted under the Partner Agreement. Ratinoff, Decl., Exhs. 19, 25, 29, 45-46, 54. | |
| | <u>Fact 13:</u> iGov took over PureThink's business relationship with the IRS. Ratinoff, Decl, Exh. 3 at 53:4-54:25; Exh. 127. | |

2

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | <u>Fact 14</u>: The PureThink Defendants ("PT Defendants") claimed to be "the developer of the retired Neo4j Government Edition" in close connection with touting their prior relationship with Neo4j USA. Ratinoff Decl., Exhs. 15-19, 21, 62-64. | |
| | <u>Fact 15</u>: iGov used the Neo4j® Mark on its website without authorization to promote "Government Package for Neo4j" and "Government Development Package with Neo4j Enterprise," and related support services. *See* Ratinoff Decl., Exhs. 15-18, 21, 62-64. | |
| | <u>Fact 16</u>: iGov's other unauthorized uses of the Neo4j® Mark on its website included: (1) using "https://igovsol.com/**neo4j**.html" as a URL to promote "Government Development Packages for **Neo4j**"; (2) prominently displaying a "Request Procurement Document Package" link with "**mailto:neo4j@igovsol.com**" embedded that creates an email addressed thereto upon activation; (3) encouraging consumers to obtain more information by sending an email to "**neo4j@igovsol.com**;" (4) using "Government Packages for Neo4j" and "Neo4j Enterprise" to describe iGov's patchwork binaries of Neo4J® EE; and (5) touting PT Defendants' prior relationship with Neo4j USA and to be "the developer of the retired Neo4j Government Edition." Ratinoff Decl., Exhs. 15-18, 21, 62-64, 67-69. | |
| | <u>Fact 17</u>: iGov continues to offer "Neo4j enterprise open source licensed distributions" and interchangeability referring to "ONgDB Enterprise" and "Neo4j Enterprise" on its website. Ratinoff Decl., Exhs. 62-70 (highlighted in yellow). | |
| 3. The PT Defendants used the Neo4j® Mark without Neo4j USA's authorization to promote ONgDB | <u>Fact 18</u>: After Graph Foundation ("GFI") released ONgDB in July 2018, iGov continued to use "https://igovsol.com/neo4j.html" as a URL address to promote ONgDB until it deactivated that page sometime after July 27, 2020. Ratinoff Decl., Exhs. 62-65; Exh. 13 at RFA No. 5. While iGov replaced this url with "https://igovsol.com/graph.html," the contents of the page remained the same. *Compare id.*, Exh. 65 *and* Exh. 66. | |
| | <u>Fact 19</u>: iGov used the neo4j@igovsol.com email address on its "neo4j.html" page (*id.*, Exhs. 62-65) and "downloads.html" page (*id.*, Exhs. 67-69) as means for consumers to inquire about ONgDB until sometime in July 2020. Ratinoff Decl., Exh. 13 at RFA Nos. 7-11. | |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | **Fact 20:** GFI used a "Download Neo4j Enterprise" hyperlink on its "downloads" page to redirect consumers to download links for ONgDB until July 27, 2020.  Ratinoff Decl., Exhs. 66-68 (highlighted in red), Exh. 13 at RFA Nos. 10, 14. | |
| | **Fact 21:** iGov continues to promote "ONgDB Enterprise," "Neo4j Enterprise" and "Neo4j Enterprise Edition" versions 3.5.x as open source Neo4j® EE that can be used for free under the AGPL.  Ratinoff Decl., Exhs. 62-74. | |
| | **Fact 22:** iGov operated www.graphstack.io to further promote ONgDB using the Neo4j® Mark, and that "iGov Inc offers production support packages for Neo4j / ONgDB Enterprise open source distributions for US government agencies."  Ratinoff Decl., Exh. 75. | |
| | **Fact 23:** The GraphStack website used hyperlinks to redirect consumers to Neo4j USA's official release notes and "What's New" page in conjunction with encouraging consumers to download ONgDB as an alleged "[d]rop in replacement for Neo4j Core and Enterprise 3.5.3."  Ratinoff Decl., Exh. 75; Exh. 13 [RFA Nos. 42-43]. | |
| 4. The PT Defendants knew their uses of the Neo4j® Mark were unauthorized and violated Neo4j USA's Trademark Guidelines | **Fact 24:**  The trademark guidelines the PT Defendants had agreed to be bound by in the Partner Agreement prohibited the use of the Neo4j® Mark: (1) with anything other than "the software in the exact binary form that it is distributed by [Neo4j], without modification of any kind;" and (2) "in a web page title, titletag, metatag, or other manner with the intent or the likely effect of influencing search engine rankings or results listings." Ratinoff Decl., Exh. 4 at § 4.1; Rathle Decl., ¶¶ 15-16, Exh. 5; *see also* Exh. 4 at §7.1; Exh. 3 at 67:18-24 | |
| | | |
| 5. The PT Defendants did not use the Neo4j® Mark to describe Plaintiffs' products | **Fact 25:** The PT Defendants used the Neo4j® Mark to promote their "Government Package for Neo4j" and "Government Development Package with Neo4j Enterprise" rather than comparatively describe Plaintiffs' Neo4j® EE.  Ratinoff Decl., Exhs. 14-18, 21, 62-65. | |
| | **Fact 26:** The PT Defendants often used the Neo4® Mark to promote ONgDB instead of to comparatively describe Plaintiffs' Neo4j® EE. Ratinoff Decl., Exhs. 62-74; Exh. 13 [RFA Nos. 4-11, 14]. | |

(288 of 299), Page 288 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 288 of 299
Case 5:18-cv-07182-EJD   Document 98   Filed 12/11/20   Page 52 of 67

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
|  | <u>Fact 27</u>: The PT Defendants used the Neo4j® Mark on iGov's website as (1) an URL address for a page promoting their "Neo4j Enterprise" packages and ONgDB; (2) an email address for customers to obtain more information about their "Neo4j Enterprise" packages while referring to ONgDB; and (3) a hyperlink to redirect consumers to download ONgDB.  Ratinoff Decl., Exhs. 14-18, 62-65, 67-69; Exh. 13 [RFA Nos. 4-11, 14, 33-34]. |  |
| 6. Defendant's product was readily identifiable without use of plaintiffs' trademark | <u>Fact 28</u>: Rather than naming their version of Neo4j® EE something else without using the Neo4j® Mark, the PT Defendants used the mark to name and promote their "Neo4j Enterprise" packages and while referring to ONgDB, as well as using the Neo4j® Mark to offer related support services for ONgDB.   Ratinoff Decl., Exhs. 14-18, 62-65, 67-69; Exh. 13 [RFA Nos. 4-11, 14, 33-34]. |  |
|  | <u>Fact 29</u>:  Rather than independently promoting ONgDB as a graph database software without use of Neo4j® Mark, the PT Defendants used the mark to promote ONgDB and related support services for ONgDB.  Ratinoff Decl., Exhs. 62-65, 67-74; Exh. 13 [RFA Nos. 4-11, 14]. |  |
| 7. The PT Defendants prominently used the Neo4j® Mark beyond what was reasonably necessary | <u>Fact 30</u>:  The PT Defendants extensively used the Neo4j® Mark (without proper trademark usage and notices) on their website, and in direct solicitations beyond describing "Neo4j Enterprise" packages and ONgDB as a forks of Neo4j® EE.  Ratinoff Decl., Exhs. 14-18, 24-26, 42-47, 62-65, 67-74; Exh. 13 [RFA Nos. 4-11, 14, 33-34]. |  |
| 8. The PT Defendant's use of the Neo4j® Mark suggested sponsorship or endorsement by Neo4j USA | <u>Fact 31</u>:   The PT Defendants claimed that (a) "By default, all Government Packages for Neo4j now comes with Neo4j Enterprise included under it's open source license!" [Ratinoff Decl., Exhs 14-15]; (b) "The packages on this page are compiled by iGov Inc using the official Neo4j source code repositories located at https://github.com/neo4j" [*id.*, Exh. 16]; (c) "US Federal Government Packages for Neo4j Solutions" [*id.*, Exh. 17]; (d) "Government Development Packages for Neo4j" [*id.*]; (5) "iGov Inc is now the only US Federal contractor providing Neo4j Enterprise binaries packaged with it's [sic] free Open Source license!" [*id.*, Exh. 18]; (e) "Get the open source licensed Neo4j Enterprise distributions we package for our government customers" [*id.*, Exh. 21]; (f) "We compile and packaged the open source licenced [sic] distributions from the same official Neo4j |  |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | Github Repositories as Neo4j Inc uses for their paid commercial licensed builds" [*id.*]; (g) "I manage the Neo4j Enterprise open source distributions used by the Treasury, DHS, etc. If you don't know about Neo4j - here is their website: http://neo4j.com" [*id.*, Exh. 26]. *See also id.*, Exhs. 19-20, 62-66. | |
| | Fact 32:  The PT Defendants also claimed on iGov's website that (a) "We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions." [Ratinoff Decl., Exh. 66]; (b) "ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com" [*id.*]; (c) "The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com" [*id.*]; and (d) "ONgDB (AKA ONgDB Enterprise) 3.5.11 is Neo4j 3.5.11 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.  All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances." [*id.*, Exh. 74]. *See also, id.* at Exhs. 62-65, 71-73. | |
| | Fact 33:  The PT Defendants solicited customers about ONgDB stating that (a) "I can explain why the foundation was created and how we package Neo4j Enterprise (We call ONgDB) distributions that are being adopted at IRS…" [Ratinoff Decl., Exh. 24]; (b) "the Graph Foundation was setup to ensure Neo4j/ONgDB remains free and open.  It is Neo4j Core + Enterprise feature set added back in, so it is drop in replacement for a Neo instance of the same version. (Ex: 3.5.5)" [*id.*, Exh. 44]; (c) "ONgDB (Open Native Graph Database): Neo4j Enterprise OSS distribution downloads 3.5.8 will be up next week" and "ONgDB 3.5.8 is a drop-in replacement for Neo4j Enterprise 3.5.8" [*id.*, Exh. 46]; (d) "We compile Neo4j branded distributions for agencies who added Neo4j branded distributions instead of ONgDB branded distributions to their white lists. We have all versions of the Neo4j branded distributions up to 3.5 available" [*id.*,]; and (e) "Neo4j Enterprise open source distribution licenses and basic support. Aka: ONGDB" [*id.*, Exhs. 55, 131]. *See also, id.* Exhs. 43, 47, 54. | |
| | Fact 34:  In its promotion of ONgDB software, iGov used hyperlinks on its website to redirect consumers to Neo4j USA's official release notes (https://neo4j.com/release-notes/neo4j-3-5-5/) and "What's New" page (https://neo4j.com/whats-new-in-neo4j/) until it removed | |

(290 of 299), Page 290 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 290 of 299
Case 5:18-cv-07182-EJD   Document 98   Filed 12/11/20   Page 54 of 67

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | those references sometime in July 2020. *See* Ratinoff, Exhs. 67-69 (highlighted in blue). | |
| 8. The PT Defendant's use of the Neo4j® Mark caused actual consumer confusion | Fact 35: The PT Defendant's use of the Neo4j® Mark to promote ONgDB resulted in customers choosing ONgDB and encountering compatibility issues. Ratinoff Decl., Exh. 115-116; Exh 31 at 230:12-233:10; Exh. 3 at 207:12-209:3. | |
| | Fact 36: Defendants' interchangeable use of "Neo4j Enterprise" and "ONgDB" in marketing ONgDB misleads consumers into mistakenly believing that ONgDB and Neo4j EE were one and the same. *See, e.g.,* Exhs. 35, 40, 42-44, 46, 53, 55, 76, 100, 130-131, 134-135. | |
| | Fact 37: The PT Defendant's use of the Neo4j® Mark to promote ONgDB as free open source and falsely it with commercially licensed Neo4j® EE created actual customer confusion. Ratinoff Decl., Exh. 48-49, 117-120, 130-131, 134-135. | |
| | Fact 38: Consumers who have downloaded ONgDB rather than official Neo4j® EE have experienced technical issues with ONgDB. Ratinoff Decl., Exh. 121-124, 133. In one instance, Suhy sent a user to Neo4j USA's operations manual for assistance. *Id.,* Exh. 125. | |
| **Claim 2: Trademark Infringement Against Graph Foundation Inc.** | | |
| 1. Plaintiff Neo4j Inc. ("Neo4j USA") owns a protectable trademark | Fact 39: Neo4j USA is the owner of U.S. Trademark Registration No. 4,784,280 for the word mark "NEO4J" covering the goods and services in International Classes, 009, 035, 041, 042 and 045 (the "Neo4j® Mark"). Declaration of Jeffrey M. Ratinoff, ("Ratinoff Decl."), Exh. 1. | |
| 3. GFI used the Neo4j® Mark without Neo4j USA's authorization to promote ONgDB | Fact 40: Defendants copied the code, removed the commercial restrictions imposed by the Neo4j Sweden Software License from Neo4j® EE version 3.4 and began promoting ONgDB as the open source Neo4j® EE 3.4 under the AGPL. Ratinoff Decl., Exh. 24-26, 28-29, 37, 62, 86; *see also* Exh. 3 at 28:25-29:11, 171:23-172:23, 199:22-200:20; Exh. 31 at 87:24-90:9. | |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | **Fact 41:** GFI copied the landing page on Plaintiffs' GitHub repository without any overt reference to ONgDB.  GFI Dkt. No. 89, ¶ 18, Exh. 18; Ratinoff Decl., Exh. 31 at 81:14-20. | |
| | **Fact 42:** On January 17, 2019, GFI modified its landing page by changing the title to "ONgDB - Neo4j Enterprise Fork: Graphs for Everyone," adding references "ONgDB & Neo4j" and that "ONgDB & **Neo4j Enterprise** consist of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository," but the content still remained almost identical to Plaintiffs' GitHub landing page and contained wide-spread misuse of the Neo4j® Mark.  Dkt. No. 89, ¶¶ 19-21, Exhs. 19-21 (emphasis added). | |
| | **Fact 43:**  On April 14, 2020, GFI started to remove the Neo4j® Mark and Neo4j USA's URLs from that page.  *Compare* GFI Dkt. No. 89, Exh. 22 *and* Exhs. 23-28.  However, GFI's landing page was still titled "ONgDB - Neo4j Enterprise Fork: Graphs for Everyone," still started off stating "Neo4j is the world's leading Graph Database," encouraged consumers to "Learn more on the Neo4j website," and continued to use the Neo4j® Mark throughout. *Id.*, ¶¶ 29-31 Exhs. 29-31. | |
| | **Fact 44:**   On April 21, 2020, GFI removed instances of the Neo4j® Mark and hyperlinks to Neo4j USA's website, but still used Plaintiffs' catch phrase "Graphs for Everyone" and mislabeling the Neo4j® Platform as the "neo4j project."  GFI Dkt. No. 89, Exhs. 32-33. | |
| | **Fact 45:** Rather than create its support documentation for ONgDB, GFI relied upon Neo4j USA's official documentation and used hyperlinks on its website to redirect users to Plaintiffs' official documentation, including Neo4j USA's copyrighted operation and developer manuals, located on its website.  Dkt. No. 89, ¶¶ 3-8, 13-16, Exhs. 3-8, 13-16; Ratinoff Decl., Exhs. 78-83, Exh. 129 [RFA Nos. 81-84, 88-89, 93-94, 98-100, 104, 108, 111, 123-126, 130-136]. | |
| | **Fact 46:** GFI's website directed users to ***Plaintiffs'*** change logs for each new release of ONgDB until GFI finally started its own change log with ONgDB v3.5.16.  Dkt. No. 89, ¶¶ 3-8, Exhs. 3-8; Ratinoff Decl., Exh. 84; Exh. 129 [RFA Nos. 87, 92, 97, 103, 107, 110]. | |
| | **Fact 47:** Up until April 14, 2020, GFI's GitHub landing page stated "To build the documentation see the Neo4j documentation" with an | |

842\3658210.3

(292 of 299), Page 292 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 292 of 299
Case 5:18-cv-07182-EJD   Document 98   Filed 12/11/20   Page 56 of 67

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
|  | embedded hyperlink: https://github.com/neo4j/neo4j-documentation/. Dkt. No. 89, Exhs. 18-19, 23. |  |
|  | <u>Fact 48:</u> GFI's document repository on GitHub also uses hyperlinks that send consumers to Neo4j USA's official documentation on Neo4j USA's corporate website.  Dkt. No. 89, ¶¶ 9-16; Ratinoff Decl., Exhs. 82-83; Exh. 31 at 276:19-279:12, 284:2-285:18; Exhs. 128-129 [RFA Nos. 81-84, 115-126]. |  |
|  | <u>Fact 49:</u> The Neo4j USA developer and operation manuals are copyrighted by Neo4j USA and subject to the License: Creative Commons 4.0, which contains a hyperlink to the Attribution-NonCommercial-ShareAlike 4.0 International Public License, which expressly prohibits the use of Plaintiffs' documents for commercial purposes.  Ratinoff Decl., Exh. 85, Exh. 31 at 286:1-288:13. |  |
|  | <u>Fact 50:</u> GFI used the Neo4j® Mark in the title tags of webpages on its website featuring ONgDB. Ratinoff Decl., Exhs. 128-129 [RFA Nos. 85-86, 90-91, 95-96, 101-102, 105-106]. |  |
|  | <u>Fact 51:</u> GFI did not seek or obtain Neo4j USA's authorization to use the Neo4j® Mark on GFI's website and GitHub repository in the foregoing manner.  Ratinoff Decl., Exh. 31 at 181:6-182:3, Exh. 129 [RFA Nos. 5-9, 22-26, 69, 71, 73-76, 78]. |  |
|  | <u>Fact 52:</u> GFI used the Neo4j® Mark as a hashtag (#Neo4j) in tweets published from GFI's Twitter Account to promote ONgDB.  Ratinoff Decl., Exhs. 89-92, 95-96, Exhs. 128-129 [RFA Nos. 149-150, 157-158, 165-166, 173-174, 181-182, 187-188]. |  |
| 4. GFI's ONgDB product was readily identifiable without the Neo4j® Mark | <u>Fact 53:</u> ONgDB can be readily identified as such or as "Open Native Graph Database" without use of the Neo4j® Mark.  Ratinoff Decl., Exh. 31 at 27:17-29:9, 172:23-173:16, 175:5-20, 176:7-19, 178:13-179:25. |  |
|  | <u>Fact 54:</u> GFI issued tweets promoting ONgDB without using the Neo4j® mark or the mark as hashtag.  Ratinoff Decl., Exhs. 86, 88. |  |
| 4. GFI did not use the Neo4j® Mark to describe Plaintiffs' Neo4j® products | <u>Fact 55:</u> GFI copied the landing page on Plaintiffs' GitHub repository without any overt reference to ONgDB and gratuitously used the Neo4j® Mark to describe and promote its own software.  *See supra* Facts 41-44. |  |

9

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
|  | **Fact 56:** At the time that Plaintiffs filed suit, GFI's ONgDB repository still strongly resembled the landing page for Plaintiffs repository for the Neo4j® Platform, and repeatedly referred to "ONgDB & Neo4j" as if they were one and the same, and even used "Neo4j" ***instead*** of "ONgDB." *Compare* Ratinoff Decl., Exh. 58 *and* Exh. 59. |  |
|  | **Fact 57:** Rather than independently promoting ONgDB as a graph database software without use of Neo4j® Mark, GFI used the mark to promote ONgDB on its website and GitHub repository. *See supra* Facts 41-52. |  |
|  | **Fact 58:** GFI used a hashtag, **#Neo4j** that consists of nothing more than the Neo4j® Mark with a "#" before the mark to promote ONgDB on social media. Ratinoff Decl., Exhs. 1, 89-96 and Exh. 31 at 233:17-237:21. |  |
|  | **Fact 59:** GFI chose the following format that relied on using the Neo4j® Mark as a hashtag to announce its new releases of ONgDB: "**#ONgDB (#FOSS#Neo4j** Enterprise) 3.5.x support release is out," with no attempt to differentiate ONgDB and Neo4j® EE as separate, competing products.[1] Ratinoff Decl., Exhs. 89, 92, 94-95; Exh. 31 at 233:17-236:15, 240:12-241:25, 246:5-249:2. |  |
|  | **Fact 60:** GFI issued a tweet that stated "**#ONgDB**, Open **#Neo4j** Enterprise," and in another instance "Our **#ONgDB/#Neo4j** Enterprise CI server is up and running builds…." Ratinoff Decl., Exhs. 91, 93. |  |
|  | **Fact 61:** GFI used "**#Neo4j** Enterprise 3.5" to solicit end-users of official Neo4j® EE v3.5 to report bugs to GFI so that it could identify bugs in the closed enterprise directory for Neo4j® EE and attempt to mimic such fixes in ONgDB. Ratinoff Decl., Exh. 61, Exh. 31 at 161:23-163:12, 169:13-172:13 |  |
|  | **Fact 62:** GFI used **#Neo4j** to promote ONgDB without reference to Neo4j® EE: "Latest **#ONgDB** apoc 3.5.0.8 procedure release is out. https://github.com/graphfoundatio... **#Neo4j**." Ratinoff Decl., Exh. 96. |  |
|  | **Fact 63:** GFI admitted intentionally used the Neo4j® Mark as a hashtag "to inform users about ONgDB" and to make it more likely that potential customers would come across ONgDB in conducting searches |  |

---

[1] "FOSS" stands for free open source software. Ratinoff Decl., Exh. 31 at 233:17-234:3.

10

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | in relation to Neo4j® EE. Ratinoff Decl., Exh. 31 at 174:14-176:19, 236:4-11, 237:9-239:7, 242:14- 243:21. | |
| 7. GFI prominently used the Neo4j® Mark beyond what was reasonably necessary | Fact 64: GFI copied the landing page on Plaintiffs' GitHub repository without any overt reference to ONgDB and despite making modifications continued to use the Neo4j® Mark on its GitHub repository beyond merely describing ONgDB as a fork of Neo4j® EE. *See supra* Facts 41-55; *see also* Dkt. No. 89 at ¶¶ 17-33, Exhs. 17-33. | |
| | Fact 65: At the time that Plaintiffs filed suit, GFI's ONgDB repository still strongly resembled the landing page for Plaintiffs repository for Neo4j® Software, and repeatedly referred to "ONgDB & Neo4j" as if they were one and the same, and even used "Neo4j" instead of "ONgDB." *Compare* Ratinoff Decl., Exh. 58 *and* Exh. 59. | |
| | Fact 66: GFI's (1) use of "neo4j," "neo4j enterprise" and "Neo4j Enterprise" without proper trademark notices; (2) use of embedded "Neo4j" links to Neo4j USA's website and GitHub repository; (3) hyperlinking to Plaintiffs' build instructions, support documentation and change logs all containing the Neo4j® Mark rather than creating and hosting their own with the ONgDB name; and (4) interchangeable use of "Neo4j Enterprise" with "ONgDB" to promote ONgDB on its website and GitHub goes beyond what is reasonably necessary to identify ONgDB as a fork of Neoj4® EE. *See supra* Facts 41-51, 56-58; *see also* Ratinoff Decl., Exhs. 37, 57-58; Dkt. No. 89, ¶¶ 3-16. | |
| | Fact 67: GFI used the Neo4j® Mark as a hashtag, **#Neo4j**, to promote ONgDB rather than to merely describe ONgDB as a fork of Neo4j® EE. *See supra* Facts 59-64. | |
| | Fact 68: GFI admitted that it could have referred to "Neo4j Enterprise" without using the Neo4j® Mark as a hashtag to identify the product. Ratinoff Decl., Exh. 31 at 236:4-15. | |
| | Fact 69: GFI It also conceded that it could have used a format where it described ONgDB as being a fork of Neo4j® EE rather than simply inserting "#Neo4j Enterprise" with "#ONgDB." See id., Exh. 31 at 243:23-245:12; Exh. 93. | |
| 8. GFI's use of the Neo4j® Mark suggested | Fact 70: GFI copied the landing page on Plaintiffs' GitHub repository without any overt reference to ONgDB and despite making modifications continued to use the Neo4j® Mark on its GitHub | |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| sponsorship or endorsement by Neo4j USA | repository beyond merely describing ONgDB as a fork of Neo4j® EE. *See supra* Facts 41-55; *see also* Dkt. No. 89 at ¶¶ 17-33, Exhs. 17-33. | |
| | Fact 71: At the time that Plaintiffs filed suit, GFI's ONgDB repository still strongly resembled the landing page for Plaintiffs repository for Neo4j® Software, and repeatedly referred to "ONgDB & Neo4j" as if they were one and the same, and even used "Neo4j" instead of "ONgDB." *Compare* Ratinoff Decl., Exh. 58 *and* Exh. 59. | |
| | Fact 72: GFI (1) used "neo4j," "neo4j enterprise" and "Neo4j Enterprise" without proper trademark notices; (2) used embedded "Neo4j" links to Neo4j USA's website and GitHub repository; (3) stated on its GitHub repository for ONgDB for customers to "Learn more on the Neo4j website," and continued to use the Neo4j® Mark throughout that repository; (4) hyperlinked to Plaintiffs' build instructions, support documentation and change logs on GFI's website and GitHub repository all containing the Neo4j® Mark; (5) interchangeably used "Neo4j Enterprise" with "ONgDB" to promote ONgDB on its website and Github repository; and (6) used the Neo4j® as a hashtag on Twitter to promote ONgDB.  *See supra* Facts 42-43, 56-70. | |
| | Fact 73: GFI's intended audience in using the Neoj4® Mark as a hashtag were users of Neo4j® EE. Ratinoff Decl., Exh. 31 at 174:14-176:19, 236:4-11, 237:9-239:7, 242:14- 243:21. | |
| 9. GFI's use of the Neo4j® Mark caused actual consumer confusion | Fact 74: GFI's use of the Neo4j® Mark to promote ONgDB resulted in customers choosing ONgDB and encountering compatibility issues. Ratinoff Decl., Exh. 115-116; Exh 31 at 230:12-233:10; Exh. 3 at 207:12-209:3. | |
| | Fact 75: GFI lead consumers to believe that ONgDB and Neo4j® EE were one and the same. *See, e.g.,* Exhs. 35, 40, 42-44, 46-47, 53, 55-58, 76, 100, 130-131, 134-135. | |
| | Fact 76: GFI's use of the Neo4j® Mark to promote ONgDB as free open source and falsely comparing it with commercially licensed Neo4j® EE created actual customer confusion, and diverted sales from Neo4j USA, including the IRS and Next Century/MPO. Ratinoff Decl., Exh. 48-50, 117-120, 127, 131, 134-135; Broad Decl., ¶¶ 20-24, Exhs. 12-13. | |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| **Claim 3: False Advertising Against GFI and the PT Defendants** | | |
| 1. Defendants made a false statement of fact about a product in a commercial advertisement, which is (a) commercial speech; (b) made in commercial competition with Neo4j USA; (c) for the purpose of influencing consumers to buy their goods or services; and (d) sufficiently disseminated to the relevant purchasing public | <u>Fact 77:</u> Defendants made the following false statements interstate commerce via their websites and Twitter: (1) "ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number" [Ratinoff Decl., Exh. 57]; (2) "ONgDB and Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under the AGPLv3" [*id.*, Exh. 58]; (3) "ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition" [*id.,* Exhs. 60, 113-114]; (4) "download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number." [*id.,* Exhs. 62-66]; (5) "ONgDB Enterprise is a drop in replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com" [*id.,* Exhs. 62-66, 71]; (6) "ONgDB Enterprise 3.5.5…. Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage" [*id.,* Exhs. 67-69, 75]; (7) "ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions" [*id.*, Exhs. 72-74]; (8) "[ONgDB] is an open source fork of #Neo4j" [*id.*, Exh. 93]; and (9) "You can use the ONgDB fork of Neo4j which adds enterprise code back into Neo4j core. It is 100% free and open." [*id.,* Exh. 98-104, 108]. | |
| | <u>Fact 78:</u> The PT Defendants also stated on iGov's website that "[Neo4j Enterprise] is 100% free and open source" and "Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation." Ratinoff Decl., Exhs. 67-70; *see also* Exh. 21. | |
| | <u>Fact 79:</u> Defendants actively encourage actual and potential users of commercially licensed Neo4j® EE to adopt ONgDB and obtain support services from iGov and GraphGrid instead of Plaintiffs. Ratinoff Decl., Exhs. 23, 28-29, 40, 42-54, 76-77, 126, 134-135. | |

(297 of 299), Page 297 of 299
Case: 24-5538, 12/23/2024, DktEntry: 18.7, Page 297 of 299
Case 5:18-cv-07182-EJD   Document 98   Filed 12/11/20   Page 61 of 67

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | <u>Fact 80:</u>  Neo4j Sweden is the owner of all copyrights in Neo4j® CE and Neo4j® EE, including the source code and has licensed said copyrights to Neo4j USA.  Rathle Decl., ¶¶ 3-4. | |
| | <u>Fact 81:</u> Plaintiffs released Neo4j® EE v3.4 under a license that which included the terms from the AGPLv3 and additional restrictions provided by the Commons Clause ("Neo4j Sweden Software License"). Rathle Decl., ¶¶ 11-12, Exhs. 2-3. | |
| | <u>Fact 82:</u> The Neo4j Sweden Software License, while still allowing code to be publicly viewable and used within a certain licensed scope, prohibits commercial resale and certain commercial support services. Rathle Decl., ¶¶ 11-12, Exhs. 2-3. | |
| | <u>Fact 83:</u> After Plaintiffs released Neo4j® EE v3.4, the PT Defendants downloaded Neo4j's source code from Neo4j's GitHub repository, removed the commercial restrictions imposed by the Neo4j Sweden Software License, and began promoting it "free and open source" Neo4j Enterprise and offering commercial support services.  Ratinoff Decl., Exh. 3 at 171:23-172:23, 199:22-200:20; Exh. 21. | |
| | <u>Fact 84:</u> Rather than develop ONgDB as an independent fork based off an earlier open source version of Neo4j® EE, Defendants stripped the commercial restrictions out of the Neo4j Sweden Software License from Neo4j® EE version 3.4 and began promoting ONgDB as the open source equivalent of Neo4j® EE 3.4 under the AGPL.  Ratinoff Decl., Exh. 24-26, 28; *see also* Exh. 31 at 87:24-90:9. | |
| | <u>Fact 85:</u> Plaintiffs officially released Neo4j® EE v.3.5 solely under a commercial license in November 2018, and were no longer publishing source code for Neo4j® EE on GitHub under any open source license. Rathle Decl., ¶ 13, Exh. 4. | |
| | <u>Fact 86:</u> Prior to its official release, Plaintiffs published several beta versions of Neo4j® EE v3.5 via their GitHub repository subject to the Neo4j Sweden Software License, with Neo4j® v.3.5.0-RC1 being the last pre-release version available to Defendants via GitHub.  Rathle Decl., ¶ 14; *see also* Ratinoff Decl., Exh. 31 at 158:18-159:20. | |
| | <u>Fact 87:</u> GFI's release of ONgGB v3.5.1, which contained at least 182 source code files that had only been previously released under the Neo4j Sweden Software License in the last beta version of Neo4j® EE 3.5 | |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | made available by Plaintiffs via GitHub.  Ratinoff Decl., Exh. 38 at 6:22-7:1, 8:4-16:24; *see also* Rathle Decl., ¶ 29. | |
| | Fact 88: In order for Defendants to call ONgDB "free and open source" Neo4j® EE, they again replaced the more restrictive Neo4j Sweden Software License with a generic copy of the AGPL and stripped out valid legal notices identifying Neo4j Sweden as the copyright holder and licensor in 28 LICENSE.txt files. Ratinoff Decl., Exhs. 39-40; Dkt. No. 91 at 19:9-25; Exh. 31 at 159:3-10; Rathle Decl., ¶ 30. | |
| | Fact 89: The Neo4j Sweden Software License did not permit a licensees such as Defendants to remove "further restrictions," i.e. the Commons Clause, imposed by Neo4j Sweden as the copyright holder and original licensor.  Rathle Decl., Exh. 3 at §§ 7, 10; GFI Dkt. No. 88 at 5:23-8:9. | |
| | Fact 90: Defendants knew that they could not unilaterally replace the Neo4j Sweden Software License with the APGL without authorization. Ratinoff Decl., Exhs. 34-36, Exh. 31 at 183:14-184:24, 207:10-210:8. | |
| | Fact 91: Defendants' statements that ONgDB v3.5.x was "100% free and open" with no limitations or restrictions imposed by commercial licensed Neo4j® EE v3.5.x and the like were false because they knew that Neo4j Sweden owned the copyright for Neo4j® EE and never gave permission to remove Commons Clause and offer it as ONgDB under the AGPL.    Ratinoff Decl., Exh. 55-56; Exh. 3 at 183:12-183:1, 187:12-188:5, 189:1-191:3, 235:21-237:14, 240:22-243:22. | |
| | Fact 92: The Nussbaums also own GraphGrid and AtomRain, which share the same office and computers with GFI, and provide commercial training and consulting and support for users of ONgDB, and benefit from customers being able to use ONgDB for "free" and diverting available project funds to pay them for such services.  Ratinoff Decl., Exhs. 52-53; Exh. 31 at 22:24-23:3, 31:5-32:19, 35:3-13, 57:18-58:21, 65:20-70:16, 194:14-17; *see also* Exh. 28 ("If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid") and Exhs. 76, 134-135. | |
| | Fact 93: Defendants removed the Commons Clause without Neo4j Sweden's authorization as the copyright holder in an attempt to allow iGov, AtomRain and GraphGrid to commercially use and support ONgDB.  Ratinoff Decl., Exh. 23-26, 28-29, 39, 76-77, 126, 134-135; Exh. 3 at 28:25-29:11; Rathle Decl., ¶¶ 29-30. | |

15

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Parties' Response/Supporting Evidence |
|---|---|---|
| | | |
| | Fact 94: ONgDB v3.5.1 and later versions are not 100% identical to equivalent version numbers of Neo4j® EE. Ratinoff Decl., Exh. 31 at 158:18-163:5, 163:13-165:6; Exh. 3 at 124:2-126:2. Rather, ONgDB is a patchwork of code from the last public beta, Neo4j® EE 3.5.0-RC1, and Neo4j® Community Edition held together by "glue code" authored by Suhy, Brad Nussbaum and other GFI contributors. *See id.* | |
| | Fact 95: By splicing together source code for ONgDB in that manner, GFI is creating software that is not of the same quality as if it were compiled by Plaintiffs because GFI does not have access to the same rigorous build infrastructure for official Neo4j® Software, which goes beyond what is built into Neo4j® CC and carries out tens of thousands of functional, performance, load, stress, and other tests to ensure quality. Rathle Decl. ¶¶ 31-34; Ratinoff Decl., Exh. 31 at 168:14-169:6. | |
| | Fact 96: GFI is dependent on what patches are made available in Neo4j® CE and sought to redirect users of official Neo4j® EE to GFI and identify bugs in the closed enterprise directory for Neo4j® EE. Ratinoff Decl., Exh. 61, Exh. 31 at 161:23-163:12, 169:13-172:12. | |
| | Fact 97: Since GFI introduced modifications and patches to ONgDB 3.5.x in an attempt to keep pace with the closed Neo4j® EE releases, the potential for stability and compatibility issues with ONgDB increases. Rathle Decl., ¶ 34; Ratinoff Decl., Exh. 31 at 161:23-163:12. | |
| | Fact 98: Defendants had no way of knowing this after Plaintiffs closed off public access to the source code for enterprise-only features in November 2018 and had no visibility into Neo4j Sweden's proprietary testing and patches. Ratinoff Decl., Exh. 31 at 158:18-160:5; Exh. 3 at 223:1-224:9; Exh. 40; Rathle Decl., ¶¶ 31-34. | |
| | Fact 99: Defendants knew that ONgDB 3.5.x does not include every closed enterprise feature in equivalent Neo4j® EE 3.5.x. Ratinoff Decl., Exh. 38 at 2:12-17, 4:15-22, 5:4-6:21; Exh. 3 at 127:19-128:17. | |
| | Fact 100: GFI admitted that ONgDB v3.5.4 is not 100% identical to official Neo4j® EE v3.5.4. Ratinoff Decl., Exh. 31 at 158:18-163:5, 163:13-165:6; Exh. 3 at 124:2-126:23. | |
| | Fact 101: GFI admitted that after ONgDB v3.5.4, it could not "reliably guarantee that it was a drop-in replacement" for the same version | |

16