No. 24-5538

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

### NEO4J, INC., et al.,

*Plaintiff and Appellee,*

v.

**Suhy, et al.**; *Defendant and*

*Appellant.*

---

Appeal From a Judgment of the United States District Court
For the Northern District of California
Hon. Edward J. Davila
United States District Judge
N. D. Cal. No. 5:18-cv-07182 EJD

---

### APPELLANTS' EXCERPT OF RECORD

### VOL. 12 OF 16

### pp. 2497-2675

---

John Mark Suhy Jr (Pro Se)
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
Tel.: (703) 862-7780

```
1                     UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5       NEO4J, INC., A DELAWARE
        CORPORATION, AND NEO4J SWEDEN
6       AB, A SWEDISH CORPORATION,       CASE CV-18-07182 EJD

7            PLAINTIFFS,                  SAN JOSE, CALIFORNIA

8         V.                             NOVEMBER 14, 2023

9       PURETHINK LLC, A DELAWARE        VOLUME 1
        LIMITED LIABILITY COMPANY, IGOV
10      INC., A VIRGINIA CORPORATION,    PAGES 1 - 186
        AND JOHN MARK SUHY, AN
11      INDIVIDUAL,                      SEALED PAGES 127 - 129
                                         SEALED PAGES 171 - 176
12           DEFENDANTS.
        _____
13
        AND RELATED COUNTERCLAIMS.
14
                        TRANSCRIPT OF TRIAL
15             BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
16
        A-P-P-E-A-R-A-N-C-E-S
17
          FOR THE PLAINTIFFS:   HOPKINS & CARLEY
18                              BY:   JOHN V. PICONE III
                                      JEFFREY M. RATINOFF
19                                    ZACHARY ROSENBAUM
                                A LAW CORPORATION
20                              THE LETITIA BUILDING
                                70 SOUTH FIRST STREET
21                              SAN JOSE, CA 95113

22            (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23
          OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                                   CERTIFICATE NUMBER 8074

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
        TRANSCRIPT PRODUCED WITH COMPUTER.
```

1

A P P E A R A N C E S: (CONT'D)

2

3      FOR THE DEFENDANTS:          LAW OFFICES OF ADRON W. BEENE
                                    BY:  ADRON W. BEENE
                                         ADRON GUSTAV BEENE, JR.
4                                   7960 SOQUEL DRIVE, SUITE B #296
                                    APTOS, CALIFORNIA 95003

5

6      ALSO PRESENT:                HOPKINS & CARLEY
                                    BY:  DANNY ZEPEDA, I.T.
7

                                    NEO4J
8                                   MERTON THOMPSON, AGC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(4 of 179), Page 4 of 179   Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 4 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 3 of 178

3

INDEX OF PROCEEDINGS

PLAINTIFFS' OPENING STATEMENT                    P. 23

DEFENDANTS' OPENING STATEMENT                    P. 27


PLAINTIFFS':

**JASON ZAGALSKY**
     DIRECT EXAM BY MR. RATINOFF             P. 36
     CROSS-EXAM BY MR. BEENE                 P. 135

**KELLY ZAWALSKI**
     DIRECT EXAM BY MR. RATINOFF             P. 163
     CROSS-EXAM BY MR. BEENE                 P. 177

(5 of 179), Page 5 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 5 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 4 of 178

4

```
 1                           INDEX OF EXHIBITS
 2
                                        MARKED        ADMITTED
 3
           PLAINTIFFS':
 4
           8                                            50
 5         4                                            55
           6                                            59
 6         86                                           61
           87                                           64
 7         88                                           66
           57                                           70
 8         89                                           74
           91                                           76
 9         126                                          81
           128                                          83
10         131                                          86
           16                                           93
11         17                                           95
           18                                          100
12         19                                          102
           103                                         112
13         110                                         115
           116                                         121
14         118                                         125
           119                                         131
15         15                                     171, 172
16
17         DEFENDANTS':
18         1027                                        145
           117                                         153
           1064                                        156
19
20
21
22
23
24
25
```

Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 5 of 178

5

```
         1    SAN JOSE, CALIFORNIA                    NOVEMBER 14, 2023

         2                     P R O C E E D I N G S

09:14AM  3         (COURT CONVENED AT 9:14 A.M.)

09:14AM  4              THE COURT:  THANK YOU.  PLEASE BE SEATED.

09:14AM  5         AND LET'S CALL OUR MORNING CALENDAR.  THIS IS 18-7182,

09:14AM  6    NEO4J, INCORPORATED, VERSUS PURETHINK.

09:14AM  7         LET ME FIRST CAPTURE THE APPEARANCE OF THE PARTIES.

09:14AM  8    PLEASE.  WHO APPEARS FOR THE PLAINTIFF?

09:14AM  9              MR. PICONE:  JOHN PICONE, HOPKINS & CARLEY, ON

09:14AM 10    BEHALF OF THE PLAINTIFF NEO4J.

09:14AM 11              MR. RATINOFF:  JEFFREY RATINOFF ON BEHALF OF

09:14AM 12    NEO4J SWEDEN AB.

09:14AM 13              THE COURT:  THANK YOU.  AND ANYONE ELSE ON YOUR

09:14AM 14    TABLE YOU WOULD LIKE TO INTRODUCE?

09:14AM 15              MR. PICONE:  SURE.  THIS IS DANNY ZEPEDA.  HE'S A

09:15AM 16    HOPKINS & CARLEY PARALEGAL.

09:15AM 17              THE COURT:  THANK YOU.  GOOD MORNING.

09:15AM 18              MR. PICONE:  I ALSO HAVE SOME GUESTS IN THE GALLERY.

09:15AM 19    WOULD YOU LIKE ME TO INTRODUCE THEM OR DO THEM AFTER THE

09:15AM 20    APPEARANCES?

09:15AM 21              THE COURT:  I'M HAPPY TO HAVE YOU INTRODUCE THEM.

09:15AM 22              MR. PICONE:  MERTON THOMPSON.

09:15AM 23              THE COURT:  I'M SORRY.

09:15AM 24              MR. PICONE:  MERTON THOMPSON.  HE IS THE ASSISTANT

09:15AM 25    GENERAL COUNSEL FOR NEO4J.
```

| | | |
|---|---|---|
| 09:15AM | 1 | THE COURT:  OKAY. |
| 09:15AM | 2 | MR. PICONE:  I ALSO HAVE ZACH ROSENBAUM.  I THINK |
| 09:15AM | 3 | THIS IS HIS FOURTH DAY WITH HOPKINS & CARLEY? |
| 09:15AM | 4 | MR. ROSENBAUM:  YEAH. |
| 09:15AM | 5 | MR. PICONE:  AND HE'S BRAND NEW. |
| 09:15AM | 6 | THE COURT:  OKAY.  WELL, HE SHOULD BE AT YOUR TABLE |
| 09:15AM | 7 | THEN.  HE'S COMING TO OBSERVE TODAY. |
| 09:15AM | 8 | MR. PICONE:  HE'S COMING TO OBSERVE TODAY. HE JUST |
| 09:15AM | 9 | STARTED, SO HE'S NOT GOING TO SPEAK. |
| 09:15AM | 10 | THE COURT:  WELCOME. |
| 09:15AM | 11 | MR. PICONE:  AND WE HAVE OUR WITNESSES TODAY, |
| 09:15AM | 12 | JASON ZAGALSKY AND KELLY ZAWALSKI. |
| 09:15AM | 13 | THE COURT:  OKAY.  THANK YOU.  GOOD MORNING |
| 09:15AM | 14 | EVERYONE.  WELCOME. |
| 09:15AM | 15 | AND FOR THE DEFENSE? |
| 09:15AM | 16 | MR. BEENE:  GOOD MORNING, YOUR HONOR. |
| 09:15AM | 17 | MY NAME IS ANDRON BEENE, I'M SENIOR.  I'M REPRESENTING |
| 09:15AM | 18 | PURETHINK, IGOV, AND MR. JOHN SUHY. |
| 09:15AM | 19 | WITH ME IS MY SON, ADRON BEENE JR., AND HE IN TURN ALSO |
| 09:16AM | 20 | REPRESENTS THE SAME PARTIES. |
| 09:16AM | 21 | THE COURT:  GOOD MORNING. |
| 09:16AM | 22 | MR. BEENE:  AND ON THIS SIDE IS MR. JOHN SUHY WHO IS |
| 09:16AM | 23 | THE DEFENDANT IN THIS ACTION, AND YOU'VE PROBABLY SEEN HIS NAME |
| 09:16AM | 24 | BEFORE. |
| 09:16AM | 25 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE. |

```
09:16AM   1    THANK YOU.  I APPRECIATE IT.

09:16AM   2         WELL, THIS IS THE TRIAL THAT WE'VE ULTIMATELY AFTER A LONG

09:16AM   3    AND MUCH LITIGATION, WE'VE ARRIVED AT THIS POINT.  AND THE

09:16AM   4    ISSUES THAT ARE BEFORE US ARE REALLY REGARDING ANY DAMAGES,

09:16AM   5    DAMAGES, IF ANY, AND WHAT THOSE ARE.

09:16AM   6         THE PLAINTIFF INTENDS TO GO FORWARD THIS MORNING WITH SOME

09:16AM   7    EVIDENCE.

09:16AM   8         WHY DON'T YOU -- WHAT I THOUGHT I WOULD DO, IF YOU WOULD

09:16AM   9    LIKE, IS AFFORD THE PARTIES AN OPPORTUNITY TO MAKE A BRIEF

09:16AM  10    OPENING STATEMENT.

09:16AM  11         THIS IS A BENCH TRIAL.  THERE'S NO JURY HERE.  BUT IF YOU

09:16AM  12    WANTED TO SAY ANYTHING ABOUT WHAT YOU THINK THE EVIDENCE WILL

09:16AM  13    SHOW, IF NOT FOR THE ENTIRETY OF THE CASE BUT AT LEAST FOR THIS

09:16AM  14    MORNING, WHAT EVIDENCE YOU THINK IS GOING TO BE PRODUCED TODAY,

09:17AM  15    THAT WOULD -- I'D WELCOME THAT IF YOU WOULD WANT.  YOU DON'T

09:17AM  16    HAVE TO.

09:17AM  17         WHAT I WOULD ASK YOU TO DO AS WE GO FORWARD EACH DAY IS

09:17AM  18    COMMUNICATE WITH OUR COURTROOM DEPUTY EACH DAY AS TO THE

09:17AM  19    ANTICIPATED WITNESS THAT MIGHT BE CALLED AS WELL AS ANY

09:17AM  20    EXHIBITS THAT YOU THINK WOULD BE INTRODUCED ON THAT DATE SO

09:17AM  21    THAT WE HAVE A RECORD OF THOSE AND WE CAN KEEP TRACK OF THOSE.

09:17AM  22         I THINK WE'VE TALKED ABOUT THIS BEFORE IN OUR PRETRIAL

09:17AM  23    CONFERENCE, BUT IF ANY WITNESSES HAVE ANY NEEDS, INTERPRETERS

09:17AM  24    OR OTHER SPECIAL NEEDS, YOU SHOULD LET US KNOW IN ADVANCE AS

09:17AM  25    WELL SO WE CAN PREPARE FOR THAT.
```

| | | |
|---|---|---|
| 09:17AM | 1 | AND ABSENT THAT, I WOULD JUST ASK ON BEHALF OF THE COURT |
| 09:17AM | 2 | REPORTER, AND CANDIDLY MYSELF, WHEN YOU SPEAK AND WHEN |
| 09:17AM | 3 | WITNESSES SPEAK, PLEASE TRY TO DO SO SLOWLY AND CLEARLY AND |
| 09:17AM | 4 | ARTICULATE AS BEST YOU CAN SO YOU CAN GET -- WE ALL CAN HAVE |
| 09:18AM | 5 | THE BEST RECORD THAT WE CAN. |
| 09:18AM | 6 | WE'RE ALL VERY, VERY BLESSED THIS MORNING TO HAVE WITH US |
| 09:18AM | 7 | THE FINEST COURT REPORTER IN THE BUILDING, AND SHE IS HERE TO |
| 09:18AM | 8 | TAKE THIS TRIAL DOWN, BUT EVEN WITH ALL OF HER SKILLS AND |
| 09:18AM | 9 | EXPERIENCE, SHE CANNOT, IN FACT SHE WOULD FIND IT DIFFICULT TO |
| 09:18AM | 10 | RECORD PEOPLE WHEN THEY TALK EITHER TOO FAST, TOO SLOW, THEY |
| 09:18AM | 11 | DON'T SPEAK LOUD OR THEY DON'T ENUNCIATE, OR THE WORST SIN FROM |
| 09:18AM | 12 | A COURT REPORTER'S PERSPECTIVE IS TWO PEOPLE TALK AT THE SAME |
| 09:18AM | 13 | TIME OVER EACH OTHER.  SO I KNOW YOU'LL ALL AVOID THAT. |
| 09:18AM | 14 | SO UNLESS THERE'S ANYTHING ELSE, IF YOU HAVE LIVE |
| 09:18AM | 15 | WITNESSES THAT YOU WANT TO BEGIN WITH, WE CAN DO THAT. |
| 09:18AM | 16 | MR. PICONE:  YOUR HONOR, WE HAVE SOME HOUSEKEEPING |
| 09:18AM | 17 | MATTERS THAT WE WOULD LIKE TO AT LEAST BRING TO YOUR ATTENTION |
| 09:18AM | 18 | AND IF WE CAN GET SOME CLARITY ON THEM. |
| 09:19AM | 19 | THE COURT:  YES. |
| 09:19AM | 20 | MR. PICONE:  SO JUST TO HELP YOU OUT, THE PARTIES |
| 09:19AM | 21 | HAVE AGREED THAT THE DEPO DESIGNATIONS WOULD BE SUBMITTED TO |
| 09:19AM | 22 | THE COURT WITHOUT THEM HAVING TO BE READ IN OPEN COURT JUST TO |
| 09:19AM | 23 | SAVE EVERYONE THE TIME. |
| 09:19AM | 24 | THE COURT:  OKAY. |
| 09:19AM | 25 | MR. PICONE:  NO THAT -- IT WOULDN'T BE LIKE AN |

(10 of 179), Page 10 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 10 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 9 of 178

9

09:19AM  1    AUDIBLE BOOK, YOU KNOW, THAT MY DULL VOICE JUST READING

09:19AM  2    DEPOSITION TRANSCRIPT AFTER DEPOSITION TRANSCRIPT, AND WE

09:19AM  3    THOUGHT WE WOULD SPARE YOU THAT.

09:19AM  4           THE COURT:  THANK YOU FOR THAT.  I JUST WANT TO GET

09:19AM  5    CLARITY ON THAT.

09:19AM  6       THERE ARE DEPOSITION TESTIMONIES THAT ARE ON VIDEO OR

09:19AM  7    DIGITAL, THEY'VE BEEN DIGITIZED, AS I UNDERSTAND IT, ON THUMB

09:19AM  8    DRIVES OR SOMETHING.  WE COULD PLAY THOSE IN OPEN COURT IF YOU

09:19AM  9    WISH, AND WE COULD SIT AND WATCH AND LISTEN AND VIEW THOSE, ALL

09:19AM 10    OF US HERE IN COURT, IF YOU WOULD LIKE TO DO THAT.

09:19AM 11           MR. PICONE:  WE HAD SPOKEN WITH COUNSEL PRIOR TO

09:19AM 12    THIS, AND WE THOUGHT THE MOST EFFICIENT WAY TO DO THAT WAS TO

09:19AM 13    PRESENT THEM TO YOU IN BINDERS AND PAPER AND JUST IDENTIFY THEM

09:20AM 14    DURING THE TESTIMONY TO THE EXTENT THAT IT'S NECESSARY AND ALSO

09:20AM 15    IDENTIFY THEM AND PROVIDE THEM TO THE COURT SO THAT YOU COULD

09:20AM 16    USE THEM IN RENDERING A DECISION AND MAKING -- IN DOING YOUR

09:20AM 17    WORK.

09:20AM 18           THE COURT:  OKAY.  AND THEN AS I UNDERSTAND IT THE

09:20AM 19    VIDEOS THAT I'M TALKING ABOUT, THOSE ARE WHAT YOU WOULD LIKE TO

09:20AM 20    SUBMIT TO ME AND I CAN VIEW THOSE IN CHAMBERS OUTSIDE YOUR

09:20AM 21    PRESENCE?  I JUST WANT TO MAKE SURE THAT I UNDERSTAND.

09:20AM 22           MR. PICONE:  WE WERE ACTUALLY JUST THINKING THIS,

09:20AM 23    THE TRANSCRIPTS.

09:20AM 24           THE COURT:  OH, OKAY.

09:20AM 25           MR. RATINOFF:  YOUR HONOR, IF IT'S OKAY I CAN JOIN

(11 of 179), Page 11 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 11 of 179
Case 5.18-cv-07182-EJD Document 231 Filed 11/29/23 Page 10 of 178

10

| | | |
|---|---|---|
| 09:20AM | 1 | MY COCOUNSEL? |
| 09:20AM | 2 | THE COURT: YES. |
| 09:20AM | 3 | MR. RATINOFF: WE HAVE, ACTUALLY TO MAKE EASIER FOR |
| 09:20AM | 4 | YOU, WE HAVE PREPARED BINDERS THAT HAVE THE DESIGNATIONS THAT |
| 09:20AM | 5 | WE HAVE FILED AS WELL AS THE EXHIBITS THAT ARE REFERENCED IN |
| 09:20AM | 6 | THAT TESTIMONY THAT WE WOULD MOVE INTO EVIDENCE. |
| 09:20AM | 7 | I THINK IT'S MUCH EASIER TO DO THAT THAN TO JUST PLAY THE |
| 09:20AM | 8 | VIDEOS AND HAVE TO SCRAMBLE THROUGH THE ENTIRE TRIAL BINDERS TO |
| 09:20AM | 9 | DETERMINE WHAT IS BEING ADMITTED THROUGH THAT DEPOSITION. |
| 09:20AM | 10 | SO WE'RE HAPPY TO PROVIDE THAT TO YOU NOW OR AT THE END OF |
| 09:21AM | 11 | THE DAY TODAY. WE ALSO, OF COURSE, MADE COPIES FOR COUNSEL AS |
| 09:21AM | 12 | WELL. |
| 09:21AM | 13 | THE COURT: OKAY. SO WHAT DOES THAT DO FOR THE |
| 09:21AM | 14 | VIDEO PORTION OF THE DEPOSITIONS? IS THAT SOMETHING THAT YOU |
| 09:21AM | 15 | WANT ME TO LOOK AT, TO VIEW? |
| 09:21AM | 16 | MR. PICONE: WE DIDN'T THINK IT WAS NECESSARY, |
| 09:21AM | 17 | YOUR HONOR. |
| 09:21AM | 18 | THE COURT: OKAY. |
| 09:21AM | 19 | MR. PICONE: WE THOUGHT IT WOULD BE EASIER JUST FOR |
| 09:21AM | 20 | YOU TO READ THE TRANSCRIPT AS OPPOSED TO SITTING AND VIEWING |
| 09:21AM | 21 | THEM. |
| 09:21AM | 22 | THE COURT: OKAY. |
| 09:21AM | 23 | MR. PICONE: SO WE HAD DISPENSED WITH THE VIDEO |
| 09:21AM | 24 | ALTOGETHER. |
| 09:21AM | 25 | THE COURT: OKAY. I SEE. ALL RIGHT. |

| | | |
|---|---|---|
| 09:21AM | 1 | WELL, LET ME ASK YOUR COLLEAGUE OPPOSITE'S HIS THOUGHTS ON |
| 09:21AM | 2 | THAT. |
| 09:21AM | 3 | MR. BEENE:  HELLO, YOUR HONOR.  ANDRON BEENE, |
| 09:21AM | 4 | SENIOR. |
| 09:21AM | 5 | WE HAVE NO PROBLEM WITH THAT. |
| 09:21AM | 6 | THE COURT:  OKAY. |
| 09:21AM | 7 | MR. BEENE:  I THINK WHAT WE HAD DISCUSSED WAS THAT |
| 09:21AM | 8 | WE WOULD SUBMIT YOU THE PAPER TRANSCRIPTS AND YOU CAN -- WE |
| 09:21AM | 9 | DON'T NEED TO READ IT INTO THE RECORD AND TAKE VALUABLE COURT |
| 09:21AM | 10 | TIME TO DO THAT, AND YOU CAN DO THAT, AND I DON'T THINK ANY |
| 09:21AM | 11 | VISUAL IS NECESSARY.  WE DON'T NEED TO BE THERE WHILE YOU'RE |
| 09:21AM | 12 | READING OR LISTENING OR WATCHING IT. |
| 09:21AM | 13 | THE COURT:  OKAY. |
| 09:21AM | 14 | MR. BEENE:  MAKE IT EFFICIENT. |
| 09:21AM | 15 | THE COURT:  I JUST WANT TO SAY SOMETHING.  AND I'M |
| 09:22AM | 16 | NOT SUGGESTING THAT I DISAGREE AND THAT I WON'T ACCEPT YOUR |
| 09:22AM | 17 | PLAN HERE.  SOMETIMES PEOPLE FEEL THAT, WELL, YOU NEED TO, LIKE |
| 09:22AM | 18 | A JURY, YOU NEED TO LOOK AT THE WITNESS WHEN SHE'S TESTIFYING |
| 09:22AM | 19 | SO THAT YOU CAN DETERMINE HER DEMEANOR, HER CHARACTER, THE |
| 09:22AM | 20 | NATURE AND QUALITY OF HER TESTIMONY AND THOSE TYPES OF THINGS. |
| 09:22AM | 21 | SOMETIMES THAT'S IMPORTANT.  PARTICULARLY IN SOME CASES |
| 09:22AM | 22 | LAWYERS FEEL THAT GOES TO CREDIBILITY AND ALL OF THOSE THINGS. |
| 09:22AM | 23 | THAT MAY NOT BE AN ISSUE IN THIS CASE.  THIS CASE MAY BE |
| 09:22AM | 24 | PURE INFORMATION, AND THAT'S WHAT I TAKE FROM THIS AGREEMENT |
| 09:22AM | 25 | THAT YOU'RE REACHING. |

(13 of 179), Page 13 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 13 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 12 of 178

12

09:22AM  1          MR. PICONE:  WITH ONE EXCEPTION.  COUNSEL JUST

09:22AM  2   REMINDED ME THAT WE MAY PLAY ONE SNIPPET OF A RELATED ENTITY,

09:22AM  3   BUT OTHER THAN THAT, I AGREE WITH YOU, I DON'T THINK THAT THE

09:22AM  4   NORMAL AND ORDINARY EVALUATIONS OF THE NONVERBAL NATURE OF

09:23AM  5   SOMEONE'S TESTIMONY IS ESPECIALLY CRITICAL IN THIS PARTICULAR

09:23AM  6   CASE.

09:23AM  7          THE COURT:  OKAY.

09:23AM  8          MR. BEENE:  YES, WE'RE DEALING WITH THE IRS AND NSA,

09:23AM  9   SO IT'S VERY COMMERCIAL.

09:23AM  10         THE COURT:  OKAY.  OKAY.  THANK YOU.  I APPRECIATE

09:23AM  11  THAT.  I JUST WANT TO GET CLARITY FOR THE RECORD AS TO WHAT YOU

09:23AM  12  WOULD LIKE ME TO DO, AND I'M HAPPY TO ACCEPT YOUR PROPOSAL

09:23AM  13  THEN.

09:23AM  14         MR. BEENE:  GREAT.

09:23AM  15         THE COURT:  OKAY.

09:23AM  16         MR. PICONE:  WE THINK IT'S THE MOST EFFICIENT, AND

09:23AM  17  WE DON'T FEEL IT WOULD IN ANY WAY DEROGATE YOUR ABILITY TO

09:23AM  18  REACH A CONCLUSION AND RENDER A VERDICT.

09:23AM  19         THE COURT:  OKAY.  THANK YOU.

09:23AM  20         MR. PICONE:  WE DO HAVE SOME DEPOSITIONS THAT WILL

09:23AM  21  BE SUBMITTED AS WELL BECAUSE THEY'RE UNAVAILABLE PURSUANT TO

09:23AM  22  THE FEDERAL RULES, SO THOSE WILL BE LARGELY THIRD PARTIES, AND

09:23AM  23  WE'LL IDENTIFY THEM AS THEY ARE -- AS THEIR TESTIMONY BECOMES

09:23AM  24  RELEVANT.

09:23AM  25         WE ALSO SAID THAT WE HAD STIPULATED WITH OPPOSING COUNSEL

(14 of 179), Page 14 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 14 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 13 of 178

13

```
09:23AM   1    REGARDING DEPOSITION EXHIBITS.  TO THE EXTENT THAT DEPOSITION

09:24AM   2    EXHIBITS WERE NOT OBJECTED TO DURING THE DEPOSITIONS THAT WE

09:24AM   3    STIPULATED THAT WE WOULD MOVE THOSE RELEVANT DEPOSITION

09:24AM   4    EXHIBITS INTO EVIDENCE.

09:24AM   5         DID I GET THAT RIGHT?

09:24AM   6              MR. BEENE:  YES.  WHY DON'T I COME UP AND JOIN.

09:24AM   7    WHAT HE SAID IS CORRECT.

09:24AM   8              THE COURT:  OKAY.

09:24AM   9              MR. PICONE:  THIS ONE MAY BE A LITTLE MORE

09:24AM  10    CONTROVERSIAL.

09:24AM  11         WE HAD 57 UNDISPUTED FACTS THAT WERE INITIALLY SUBMITTED

09:24AM  12    IN THE JOINT PRETRIAL STATEMENT.

09:24AM  13         AND THEN THE AMENDED STATEMENT THE DEFENDANTS LODGED SOME

09:24AM  14    OBJECTIONS THAT THEY SAID THEY DIDN'T DISPUTE THEM, AND I'M

09:24AM  15    PARAPHRASING, THEY DIDN'T DISPUTE THEM FOR PURPOSES OF THE

09:24AM  16    TRIAL, BUT THAT THEY RESERVE THE RIGHT TO DISPUTE THEM AT SOME

09:24AM  17    LATER POINT DURING AN APPEAL.

09:24AM  18         WE DON'T THINK THAT'S RIGHT, BUT WE JUST WANTED TO ALERT

09:25AM  19    YOU TO THE EXISTENCE OF THAT ISSUE BECAUSE WE'RE TREATING

09:25AM  20    UNDISPUTED FACTS AS UNDISPUTED FACTS, AND WE BELIEVE THAT THE

09:25AM  21    RESERVATION OF RIGHT AND CLEAVING OFF THE APPELLATE REVIEW

09:25AM  22    VERSUS THE TRIAL REVIEW IS INAPPROPRIATE.

09:25AM  23         BUT COUNSEL SHOULD ADD THEIR PERSPECTIVE ON THAT.

09:25AM  24              THE COURT:  MR. BEENE.

09:25AM  25              MR. BEENE:  YOUR HONOR, WHAT NEO4J HAS DONE IS PUT
```

```
09:25AM   1    IN STATEMENTS OF FACT THAT YOU STATED IN YOUR BRIEFS, AND THEN

09:25AM   2    THEY SAY, WELL, YOU HAVE TO AGREE TO THIS BECAUSE THE JUDGE

09:25AM   3    SAID SO.  AND WE HAVE GOT A LOT OF THESE ISSUES GOING BACK AND

09:25AM   4    FORTH.

09:25AM   5         AND WHEN I SAID, WELL, I DON'T WANT TO DISAGREE WITH WHAT

09:25AM   6    YOU STATED IN YOUR ORDER, BUT I DON'T WANT TO ADMIT THAT IT'S

09:25AM   7    TRUE FOR PURPOSES OF APPEAL BECAUSE WE FEEL THAT THE UNDERLYING

09:25AM   8    ISSUES IN THE SUMMARY JUDGMENT MOTION, THOSE FACTS SHOULD HAVE

09:26AM   9    BEEN DISPUTABLE FOR TRIAL.

09:26AM  10         BUT -- SO TO STREAMLINE TRIAL I JUST SAID, LOOK, FINE,

09:26AM  11    WE'LL GO WITH WHAT THE JUDGE SAID, BUT WE RESERVE IT SO THEY

09:26AM  12    DON'T GO ON APPEAL AND SAY, HEY, THEY ALREADY ADMITTED THIS

09:26AM  13    STUFF.  I DON'T THINK THAT TYPE OF PROCEDURAL SITUATION SEEMS

09:26AM  14    APPROPRIATE TO ME.

09:26AM  15              THE COURT:  AND WHAT I HEAR MR. BEENE SAYING IS

09:26AM  16    THAT, JUDGE, WE'VE GOT YOUR ORDER, WE RESPECTFULLY DISAGREE

09:26AM  17    WITH SOME OF IT, AND BY GOING FORWARD TODAY, WE ARE NOT WAIVING

09:26AM  18    ANY APPELLATE REMEDY WE HAVE AS TO YOUR ORDER AND AS TO

09:26AM  19    EVIDENCE THAT COMES IN THIS TRIAL.

09:26AM  20         DID I STATE THAT CORRECTLY?

09:26AM  21              MR. BEENE:  CORRECT.

09:26AM  22              THE COURT:  NOW, WHETHER OR NOT OR HOW THAT GOES

09:26AM  23    WITH AGREEMENT ON UNDISPUTED FACTS, I UNDERSTAND MR. PICONE'S

09:26AM  24    PART, ARE YOU SAYING THAT, WELL, WE'RE GOING TO WITHDRAW OUR

09:26AM  25    AGREEMENT ABOUT UNDISPUTED FACTS AND SAY THAT THEY ARE IN
```

(16 of 179), Page 16 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 16 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 15 of 178

15

| | | |
|---|---|---|
| 09:26AM | 1 | DISPUTE? |
| 09:26AM | 2 | MR. BEENE:  WELL, FOR PURPOSES OF -- FOR PURPOSES OF |
| 09:27AM | 3 | TRIAL THEY'RE UNDISPUTED, BUT THAT'S WITHOUT WAIVER OF OUR |
| 09:27AM | 4 | RIGHT TO ATTACK -- WITHOUT WAIVER OF OUR RIGHT TO APPEAL THE |
| 09:27AM | 5 | UNDERLYING RULINGS. |
| 09:27AM | 6 | THE COURT:  PREVIOUS ORDERS. |
| 09:27AM | 7 | MR. BEENE:  YES.  FRANKLY, THERE'S NO REASON TO HAVE |
| 09:27AM | 8 | THESE 100 FACTS BECAUSE IT'S JUST TAKING YOUR ORDER AND PUTTING |
| 09:27AM | 9 | IT INTO TRIAL INSTEAD OF STARTING WITH THE ORDER AND GOING TO |
| 09:27AM | 10 | DAMAGES. |
| 09:27AM | 11 | THE COURT:  OKAY. |
| 09:27AM | 12 | MR. BEENE:  THAT WAS OUR POINT IS THAT THERE ARE TOO |
| 09:27AM | 13 | MANY FACTS HERE AND THEY WANT TO PUT THESE IN TO HAVE TONS OF |
| 09:27AM | 14 | FACTS, AND THERE WAS A BIG DEBATE GOING ON EARLIER ABOUT, WELL, |
| 09:27AM | 15 | THIS IS WHAT -- YOU MUST AGREE TO THIS FACT BECAUSE THAT'S WHAT |
| 09:27AM | 16 | THE JUDGE WROTE RIGHT HERE IN THIS SUMMARY JUDGMENT. |
| 09:27AM | 17 | SO I DIDN'T HAVE 100 HOURS TO ARGUE THIS.  SO I'M JUST |
| 09:27AM | 18 | TRYING TO STREAMLINE IT AND SAY, FINE, FOR PURPOSE, THEY'RE |
| 09:27AM | 19 | UNDISPUTED, BUT WE DON'T WAIVE OUR RIGHT TO APPEAL THE |
| 09:27AM | 20 | UNDERPINNINGS OF THOSE FACTS. |
| 09:28AM | 21 | MR. PICONE:  I'M A LITTLE BIT CONFUSED BECAUSE I |
| 09:28AM | 22 | NEVER CONFRONTED THIS BEFORE ACTUALLY. |
| 09:28AM | 23 | SO I DON'T DISPUTE THAT DEFENDANTS HAVE THE RIGHT TO |
| 09:28AM | 24 | APPEAL TO THE EXTENT THAT THEY HAVE NOT ALREADY, AND THERE IS |
| 09:28AM | 25 | LAW OF THE CASE.  BUT SAY, FOR EXAMPLE, TESTIMONY REGARDING |

| | | |
|---|---|---|
| 09:28AM | 1 | DAMAGES AND LEGAL ISSUES REGARDING DAMAGES, WE DON'T DISPUTE |
| 09:28AM | 2 | THAT THEY HAVE THE RIGHT TO CHALLENGE ANY VERDICT ON APPEAL. |
| 09:28AM | 3 | I'M JUST PUZZLED ON THE -- IF IT'S NOT DISPUTED FOR TRIAL |
| 09:28AM | 4 | IF SOMEHOW LATER ON IN APPEAL WE ONLY DID THAT FOR TRIAL BUT WE |
| 09:28AM | 5 | DISPUTE THIS FACT AND SO WHAT DOES THAT DO FOR THE RECORD |
| 09:28AM | 6 | BECAUSE WE TOOK THE FACT AS UNDISPUTED, WE DIDN'T ADDUCE |
| 09:28AM | 7 | EVIDENCE SUPPORTING THAT FACT BECAUSE WE'VE ALREADY DONE THAT |
| 09:28AM | 8 | WITH SUMMARY JUDGMENT, AND TO REDO ALL OF THAT WORK WOULD BE |
| 09:29AM | 9 | CUMULATIVE, AND IT WOULD BE A WASTE OF THE COURT'S RESOURCES. |
| 09:29AM | 10 | SO WHAT WE WERE HOPING TO DO IS TAKE THOSE UNDISPUTED |
| 09:29AM | 11 | FACTS, AND WE WOULD INTRODUCE THOSE INTO THE RECORD AS |
| 09:29AM | 12 | UNDISPUTED, BECAUSE THEY WERE IN YOUR ORDERS, AND IT WAS A |
| 09:29AM | 13 | FINDING OF THE COURT, BUT THAT, YOU KNOW, ULTIMATELY TO THE |
| 09:29AM | 14 | EXTENT THAT THEY HAVE NOT APPEALED ALREADY, THEY CAN APPEAL ANY |
| 09:29AM | 15 | SUBSEQUENT RULINGS BUT THAT DOESN'T REALLY -- THE FACT ISSUE IS |
| 09:29AM | 16 | THE ONE THAT IS TROUBLING ME BECAUSE OTHERWISE THEN WE DON'T |
| 09:29AM | 17 | ADDUCE EVIDENCE TO SUPPORT THAT FACT, AND IF IT'S UNDISPUTED, |
| 09:29AM | 18 | WE DON'T HAVE TO.  BUT IF IT'S DISPUTED LATER, ON APPEAL THEY |
| 09:29AM | 19 | COULD SAY, WELL, OBVIOUSLY THEY DIDN'T HAVE SUBSTANTIAL |
| 09:29AM | 20 | EVIDENCE TO SUPPORT THIS FACT BECAUSE THEY DIDN'T ADDUCE ANY |
| 09:29AM | 21 | TESTIMONY OR EVIDENCE SUPPORTING IT. |
| 09:29AM | 22 | THE COURT:  WELL, IT SOUNDS LIKE -- PARDON ME FOR |
| 09:29AM | 23 | INTERJECTING. |
| 09:29AM | 24 | MR. PICONE:  NO, GO AHEAD.  I'M CONFUSED. |
| 09:29AM | 25 | THE COURT:  IT SOUNDS TO ME LIKE THERE ARE DISPUTED |

09:29AM   1   FACTS, AND THAT'S WHAT THE TRIAL IS FOR IS TO SEEK RESOLUTION

09:30AM   2   OF FACTS THAT ARE IN DISPUTE.

09:30AM   3        WHAT I HEAR YOU SAYING IS, WELL, WE HAVE AGREED WITH YOUR

09:30AM   4   ORDER AND THE FACTS THAT YOU'RE GOING TO PUT IN ARE FACTS

09:30AM   5   DERIVATIVE FROM THE COURT'S ORDER.

09:30AM   6        MR. PICONE:  THAT'S RIGHT.

09:30AM   7        THE COURT:  AND IF THAT'S THE EVIDENCE THAT YOU'RE

09:30AM   8   GOING TO PUT IN, THEN I CAN SEE MR. BEENE SAYING, THAT'S FINE,

09:30AM   9   WE AGREE THAT'S IN YOUR ORDER, JUDGE, BUT WE DON'T AGREE

09:30AM  10   NECESSARILY WITH YOUR ORDER BECAUSE WE MAY APPEAL YOUR ORDER,

09:30AM  11   AND WE MAY APPEAL THIS TRIAL IF THERE IS -- IF YOU DECIDE

09:30AM  12   AGAINST US, WE MAY APPEAL.

09:30AM  13        ONE OF THE GROUNDS FOR OUR APPEAL IS THE FACTS THAT YOU

09:30AM  14   FOUND IN YOUR ORDER, WE OBJECT TO.  AND IF THEY WERE INTRODUCED

09:30AM  15   IN THE TRIAL, THAT CONTINUES WITH OUR APPELLATE REMEDY.  THAT'S

09:30AM  16   KIND OF WHAT I HEAR YOU SAYING.

09:31AM  17        BUT IF THE FACTS ARE GOING TO BE ADDITIONAL TO WHAT WAS IN

09:31AM  18   THE ORDER OR OTHERS, THEN I CAN SEE THAT -- WELL, IF THERE IS

09:31AM  19   AN AGREEMENT ON IT -- IF THERE'S DISPUTE, THEN WE NEED TO

09:31AM  20   LITIGATE THOSE AT THE TRIAL.

09:31AM  21        MR. PICONE:  RIGHT.  SO I'M TALKING ABOUT THOSE

09:31AM  22   FACTS THAT ARE IN THE ORDERS, AND WE'RE TAKING THEM AS

09:31AM  23   ESTABLISHED BECAUSE THE COURT MADE A FINDING AFTER REVIEWING

09:31AM  24   THE EVIDENCE AND MADE A FINDING OF THAT.

09:31AM  25        SO --

18

```
09:31AM   1              THE COURT:  PARDON ME.  MAYBE THE PROBLEM IS
09:31AM   2    NOMENCLATURE.  MAYBE WE SHOULDN'T CALL THEM "UNDISPUTED FACTS."
09:31AM   3    MAYBE YOU SHOULD CALL IT THE COURT'S ORDERING AND THE FINDING
09:31AM   4    OF THE COURT AND THAT'S WHAT YOU'RE PUTTING IN.
09:31AM   5              BECAUSE THEY'RE STILL, AND WITH ALL RESPECT, AND I KNOW
09:31AM   6    MR. BEENE HAS THAT, HE'S SAYING JUDGE, GIVE US YOUR ORDER.  WE
09:31AM   7    DON'T NECESSARILY AGREE WITH IT, AND THERE'S LIKELY TO BE AN
09:31AM   8    APPEAL ON IT WITH ALL DUE RESPECT.
09:32AM   9              IF THIS TRIAL IS BASED ON WHAT YOUR ORDER SAID, THEN WE
09:32AM  10    RESERVE THE RIGHTS, ALL OF OUR APPELLATE REMEDIES, IF YOU GO
09:32AM  11    AGAINST US IN THIS TRIAL, TO APPEAL YOUR DECISION HERE AND
09:32AM  12    CONCURRENT WITH THAT IS THE GENESIS OF YOUR OPINION HERE WHICH
09:32AM  13    WAS YOUR ORDER, AND THAT WOULD BE PART OF THE APPEAL I THINK.
09:32AM  14              MR. BEENE:  YES.  THE ISSUE I THINK, YOUR RULING
09:32AM  15    ON -- WHICH WAS A SUMMARY JUDGMENT RULING WHICH YOU FOUND FACTS
09:32AM  16    OF, WITH THE SUMMARY JUDGMENT RULE THAT NO JURY, REASONABLE
09:32AM  17    JURY WOULD FIND THAT, AND, THEREFORE, YOU CAN GRANT SUMMARY
09:32AM  18    JUDGMENT.
09:32AM  19              SO RATHER THAN SAYING THERE ARE DISPUTED FACTS, I'M
09:32AM  20    DENYING SUMMARY JUDGMENT, YOU SAID I'M FINDING THIS FACT.  SO
09:32AM  21    THAT'S A FACTUAL FINDING.
09:32AM  22              ON APPEAL WE CAN SAY THAT WAS INAPPROPRIATE, THAT A
09:33AM  23    REASONABLE JURY COULD FIND THERE'S A DISPUTE.  ON APPEAL
09:33AM  24    THERE'S AN ISSUE ON SUMMARY JUDGMENT OF WHETHER THAT WAS
09:33AM  25    CORRECT.
```

(20 of 179), Page 20 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 20 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 19 of 178

19

| | | |
|---|---|---|
| 09:33AM | 1 | BUT ON TRIAL WE'RE GOING THROUGH FINDINGS OF FACT.  BUT |
| 09:33AM | 2 | THEY'RE TRYING TO SAY, WELL, YOU MUST ADMIT THOSE FOR ALL |
| 09:33AM | 3 | PURPOSES.  AND WHAT WE'RE SAYING IS NO, WE'RE ADMITTING THEM |
| 09:33AM | 4 | FOR PURPOSES OF TRIAL.  MY FOOTNOTE WAS THE SUMMARY JUDGMENT |
| 09:33AM | 5 | RULINGS, THOSE FACTS, ARE FOR PURPOSES OF TRIAL.  WE'RE NOT |
| 09:33AM | 6 | WAIVING THE FINDINGS OF FACT FOR PURPOSES OF APPEAL. |
| 09:33AM | 7 | THE COURT:  OKAY. |
| 09:33AM | 8 | MR. BEENE:  AND, FRANKLY, SINCE YOU'VE GRANTED |
| 09:33AM | 9 | SUMMARY JUDGMENT ON LIABILITY, IN MY VIEW THERE'S NO REASON TO |
| 09:34AM | 10 | RETRY LIABILITY AND HAVE ALL OF THIS PAPER AND HUNDREDS OF |
| 09:34AM | 11 | FACTS, WE JUST START WITH LIABILITY AND START WITH DAMAGES. |
| 09:34AM | 12 | THE COURT:  I THOUGHT THAT'S WHAT WE WERE DOING. |
| 09:34AM | 13 | MR. PICONE:  I THOUGHT SO, TOO.  AND I ACTUALLY HAVE |
| 09:34AM | 14 | NO OBJECTION TO THAT, ACTUALLY.  IF WE'RE GOING TO -- THE |
| 09:34AM | 15 | FINDINGS OF LIABILITY HAVE BEEN MADE, AND I AGREE WITH COUNSEL |
| 09:34AM | 16 | IN SOME SENSE THAT THERE'S NO REASON TO NECESSARILY HAVE THAT |
| 09:34AM | 17 | ALL, ONCE AGAIN, IN THE RECORD OF THIS PARTICULAR TRIAL BECAUSE |
| 09:34AM | 18 | THIS PARTICULAR TRIAL IS EXCLUSIVELY DEALING WITH THE DAMAGES. |
| 09:34AM | 19 | SO THE EVIDENCE ADDUCED IN THIS TRIAL IS ONLY GOING TO |
| 09:34AM | 20 | RELATE TO THE DAMAGES PORTION OF THE CASE.  IT IS NOT GOING TO |
| 09:34AM | 21 | GO BACK AND RELITIGATE SETTLED ISSUES THAT HAVE BEEN RESOLVED |
| 09:34AM | 22 | ON SUMMARY ADJUDICATION. |
| 09:34AM | 23 | SO I SUPPOSE THAT COUNSEL'S CAVEAT REGARDING AGREEING FOR |
| 09:35AM | 24 | THE PURPOSES OF THE TRIAL THAT THESE FACTS ARE UNDISPUTED, BUT |
| 09:35AM | 25 | THAT RESERVING THE RIGHT TO LATER CHALLENGE THEM ON APPEAL, TO |

| | | |
|---|---|---|
| 09:35AM | 1 | THE EXTENT THAT THEY HAVE NOT APPEALED ALREADY, I SUPPOSE |
| 09:35AM | 2 | THAT'S FINE. |
| 09:35AM | 3 | THE COURT:  SO MY UNDERSTANDING WAS THAT WHAT WE |
| 09:35AM | 4 | WERE GOING TO ENGAGE FOR THE NEXT FEW DAYS IS LITIGATION ABOUT |
| 09:35AM | 5 | DAMAGES, AND THAT'S BASED ON THE COURT'S RULINGS AND FINDINGS |
| 09:35AM | 6 | ON SUMMARY JUDGMENT, AND THOSE FACTS REMAIN AND THEY'RE THE |
| 09:35AM | 7 | ORDER OF THE COURT, PARDON ME.  YOU HAVEN'T WAIVED ANY |
| 09:35AM | 8 | APPELLATE REMEDY AS TO THAT. |
| 09:35AM | 9 | THE NEXT PHASE FOR THE COURT IS DAMAGES. |
| 09:36AM | 10 | I'M LOOKING AT DOCUMENT 220, WHICH IS YOUR MOST RECENT |
| 09:36AM | 11 | JOINT PRETRIAL CONFERENCE STATEMENT.  AND ON PAGE 34, ECF |
| 09:36AM | 12 | PAGE 35, YOU LIST ISSUES THAT REMAIN.  AND I ASKED YOU TO DO |
| 09:36AM | 13 | THIS IN ADVANCE SO THAT WE WOULD ALL BE ON THE SAME PAGE, WHAT |
| 09:36AM | 14 | ARE WE DOING WHEN WE NEXT GET TOGETHER?  AND I WANTED THAT |
| 09:36AM | 15 | INFORMATION SO WE WOULD ALL HAVE IT.  AND MAYBE YOU HAVE IT IN |
| 09:36AM | 16 | FRONT OF YOU SO THAT WE CAN GO THROUGH IT AGAIN. |
| 09:36AM | 17 | MR. PICONE:  I'M SORRY, ON PAGE 35? |
| 09:36AM | 18 | THE COURT:  34, ECF 35, 34 OF THE DOCUMENT.  IT'S |
| 09:36AM | 19 | DOCUMENT 220.  I THINK THIS IS THE MOST RECENT FILING. |
| 09:37AM | 20 | (PAUSE IN PROCEEDINGS.) |
| 09:37AM | 21 | MR. PICONE:  WE AGREE.  THOSE ARE THE ISSUES THAT |
| 09:37AM | 22 | REMAIN IN THE CASE. |
| 09:37AM | 23 | THE COURT:  SO LET ME JUST CHECK MY CALENDAR FOR |
| 09:37AM | 24 | JUST A MOMENT WHILE WE GO OFF THE RECORD FOR A MOMENT. |
| 09:37AM | 25 | (RECESS STARTS AT 9:37 A.M. UNTIL 9:59 A.M.) |

| | | |
|---|---|---|
| 09:59AM | 1 | THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE |
| 09:59AM | 2 | RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN. |
| 09:59AM | 3 | WE TOOK A LITTLE BREAK. |
| 09:59AM | 4 | LET ME ASK THE PARTIES, WHAT IS THE STATUS OF THINGS? |
| 09:59AM | 5 | MR. PICONE:  WE HAVE RESOLVED THE ISSUE, YOUR HONOR, |
| 09:59AM | 6 | AND WE PROPOSE TO READ THE PREVIOUSLY ENUMERATED UNDISPUTED |
| 09:59AM | 7 | FACTS THAT ARE NOW UNDISPUTED. |
| 09:59AM | 8 | SO WE HAD A LIST OF APPROXIMATELY 117.  WE EXCISED THE |
| 09:59AM | 9 | ONES THAT ARE PART OF YOUR PREVIOUS ORDERS, AND NOW WE HAVE |
| 09:59AM | 10 | AGREED THAT THERE'S A LIMITED SUBSET OF THOSE PREVIOUS 117 |
| 10:00AM | 11 | FACTS THAT WILL BE UNDISPUTED. |
| 10:00AM | 12 | THE COURT:  OKAY.  AND DO YOU HAVE A LIST THAT YOU |
| 10:00AM | 13 | CAN PRESENT, A WRITTEN LIST? |
| 10:00AM | 14 | MR. PICONE:  WE CAN DO A VARIETY OF THINGS.  WE CAN |
| 10:00AM | 15 | READ IT INTO THE RECORD, WE CAN PRESENT A WRITTEN LIST, OR WE |
| 10:00AM | 16 | CAN PRESENT A SECOND AMENDED JOINT PRETRIAL STATEMENT WHICH |
| 10:00AM | 17 | WILL LIST ONLY THE UNDISPUTED FACTS, WHICHEVER IS MORE |
| 10:00AM | 18 | CONVENIENT FOR THE COURT. |
| 10:00AM | 19 | THE COURT:  WELL, I DON'T THINK WE NEED TO HAVE THEM |
| 10:00AM | 20 | READ.  IT SOUNDS LIKE THERE ARE MANY OF THEM. |
| 10:00AM | 21 | MR. PICONE:  THERE ARE. |
| 10:00AM | 22 | THE COURT:  RIGHT.  SO LET'S NOT READ THOSE INTO THE |
| 10:00AM | 23 | RECORD.  WE CAN HAVE YOU PREPARE A SUBMISSION, A STIPULATION, A |
| 10:00AM | 24 | TRIAL AGREEMENT, AND YOU CAN FILE THAT AND THAT WOULD BE OUR |
| 10:00AM | 25 | GUIDEPOST FOR GOING FORWARD. |

(23 of 179), Page 23 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 23 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 22 of 178

22

| | | |
|---|---|---|
| 10:00AM | 1 | MR. PICONE:  THAT'S FINE. |
| 10:00AM | 2 | THE COURT:  LET'S DO THAT. |
| 10:00AM | 3 | MR. BEENE:  YES, I THINK WE WORK IT OUT.  I THINK WE |
| 10:00AM | 4 | COULD SUBMIT -- WE'RE NOT IN TRIAL TOMORROW.  WE CAN WORK |
| 10:00AM | 5 | SOMETHING OUT WHERE WE SUBMIT JUST THE UNDISPUTED FACTS AND |
| 10:00AM | 6 | TRUNCATED DOWN -- |
| 10:00AM | 7 | THE COURT:  THAT'S PERFECT. |
| 10:00AM | 8 | MR. BEENE:  -- SO THAT IT'S -- BECAUSE WE REDUCED A |
| 10:00AM | 9 | LOT OF THE DISPUTES. |
| 10:00AM | 10 | THE COURT:  OKAY. |
| 10:01AM | 11 | MR. BEENE:  OKAY. |
| 10:01AM | 12 | THE COURT:  SO LET'S DO THAT. |
| 10:01AM | 13 | MR. PICONE:  SO THE LAST HOUSEKEEPING MATTER IS THAT |
| 10:01AM | 14 | WE SOUGHT AGREEMENT WITH DEFENDANTS TO MAKE AN AMENDMENT TO |
| 10:01AM | 15 | SOME EXHIBITS AND OMITTED DEPOSITION TESTIMONY, AND THEY DIDN'T |
| 10:01AM | 16 | OBJECT.  SO WE WOULD LIKE TO SEEK LEAVE TO ADD ONE EXHIBIT AND |
| 10:01AM | 17 | FOUR DEPOSITION EXHIBITS. |
| 10:01AM | 18 | THE COURT:  OKAY.  ANY OBJECTION TO THAT? |
| 10:01AM | 19 | MR. BEENE:  NO, YOUR HONOR. |
| 10:01AM | 20 | THE COURT:  ALL RIGHT.  SO YOU CAN PRESENT THOSE |
| 10:01AM | 21 | WHENEVER YOU WOULD LIKE. |
| 10:01AM | 22 | MR. PICONE:  OKAY.  DO YOU WANT ME TO IDENTIFY THEM |
| 10:01AM | 23 | OR JUST PRESENT THEM? |
| 10:01AM | 24 | THE COURT:  YOU CAN -- WHY DON'T YOU FILE SOMETHING |
| 10:01AM | 25 | ALSO JUST SO THE RECORD IS CLEAR AS TO WHAT ADDITIONAL ITEMS |

(24 of 179), Page 24 of 179  Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 24 of 179
Case 5:18-cv-07182-EJD  Document 231  Filed 11/29/23  Page 23 of 178
PLAINTIFFS' OPENING STATEMENT                                          23

| | | |
|---|---|---|
| 10:01AM | 1 | YOU'RE GOING TO PRESENT. |
| 10:01AM | 2 | MR. BEENE:  I WILL POINT OUT THAT ONE OF THE |
| 10:01AM | 3 | EXHIBITS IS ATTORNEYS' EYES ONLY. |
| 10:01AM | 4 | THE COURT:  OKAY. |
| 10:01AM | 5 | MR. BEENE:  SO THAT WILL REQUIRE A LITTLE BIT OF |
| 10:02AM | 6 | GYMNASTICS. |
| 10:02AM | 7 | THE COURT:  OKAY. |
| 10:02AM | 8 | MR. PICONE:  WE CAN ALWAYS -- |
| 10:02AM | 9 | THE COURT:  YOU CAN SEAL THAT IF YOU WANT TO. |
| 10:02AM | 10 | MR. PICONE:  GREAT.  THANK YOU, YOUR HONOR. |
| 10:02AM | 11 | THE COURT:  OKAY.  THANK YOU.  WELL, THIS WAS TIME |
| 10:02AM | 12 | WELL SPENT.  I THINK IT WILL PRODUCE EFFICIENCIES. |
| 10:02AM | 13 | SO WHAT SHOULD I HEAR FROM THE PLAINTIFFS THEN? |
| 10:02AM | 14 | MR. PICONE:  WE HAVE A VERY BRIEF OPENING STATEMENT. |
| 10:02AM | 15 | THE COURT:  OKAY. |
| 10:02AM | 16 | **(COUNSEL FOR PLAINTIFFS GAVE THEIR OPENING STATEMENT.)** |
| 10:02AM | 17 | MR. PICONE:  GOOD MORNING, YOUR HONOR. |
| 10:02AM | 18 | AS WE'VE SOMEWHAT LABORIOUSLY FIGURED OUT, THAT WE'RE |
| 10:02AM | 19 | REALLY JUST HERE ABOUT DAMAGES TODAY. |
| 10:03AM | 20 | SO THE COURT HAS ALREADY MADE FINDINGS OF LIABILITY ON ALL |
| 10:03AM | 21 | OF THE DISPUTED CLAIMS. |
| 10:03AM | 22 | SO WHAT THE PARTIES ARE HERE TO DISCUSS REALLY ARE JUST |
| 10:03AM | 23 | THE DAMAGES, AND THOSE ARE RELATED TO NEO4J'S FIRST CAUSE OF |
| 10:03AM | 24 | ACTION FOR TRADEMARK INFRINGEMENT; |
| 10:03AM | 25 | ITS SECOND CAUSE OF ACTION FOR FALSE ADVERTISING AND FALSE |

(25 of 179), Page 25 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 25 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 24 of 178
PLAINTIFFS' OPENING STATEMENT                                24

| | | |
|---|---|---|
| 10:03AM | 1 | DESIGNATION OF ORIGIN; AND, |
| 10:03AM | 2 | THE THIRD AND FOURTH CAUSES OF ACTION FOR UNFAIR |
| 10:03AM | 3 | COMPETITION UNDER BOTH STATE AND FEDERAL LAW; AND, |
| 10:03AM | 4 | LASTLY, IT'S DAMAGES FOR NEO4J'S EIGHTH CAUSE OF ACTION |
| 10:03AM | 5 | FOR VIOLATIONS OF THE DMCA FOR UNLAWFUL REMOVAL OF COPYRIGHT |
| 10:03AM | 6 | MANAGEMENT INFORMATION. |
| 10:03AM | 7 | AND ALL OF THESE DAMAGE CLAIMS ARE VERY SIMILAR.  THEY |
| 10:03AM | 8 | SEEK TO SEE WHAT THE ACTUAL DAMAGES ARE CAUSED BY THE |
| 10:04AM | 9 | DEFENDANTS FOR THE ACTIVITIES; |
| 10:04AM | 10 | AND WHAT PORTION OF THOSE, THE MAJORITY OF THE CLAIMS ALSO |
| 10:04AM | 11 | HAVE A DISGORGEMENT ELEMENT, WHAT PORTION OF THOSE CLAIMS ARE |
| 10:04AM | 12 | SUBJECT TO DISGORGEMENT; |
| 10:04AM | 13 | WHETHER OR NOT THE DEFENDANTS' CONDUCT CONSTITUTES AN |
| 10:04AM | 14 | EXCEPTIONAL CASE; |
| 10:04AM | 15 | AND WHETHER SUBSEQUENTLY NEO4J'S ENTITLED TO ITS |
| 10:04AM | 16 | ATTORNEYS' FEES AND THE AMOUNT OF THOSE FEES THAT CAN BE |
| 10:04AM | 17 | RECOVERED; |
| 10:04AM | 18 | AND LASTLY, WHETHER THE PRELIMINARY INJUNCTION THAT WAS |
| 10:04AM | 19 | ISSUED SHOULD BE MADE PERMANENT. |
| 10:04AM | 20 | WITH SOME MINOR VARIATIONS, VIRTUALLY ALL OF THE CAUSES OF |
| 10:04AM | 21 | ACTION HAVE THOSE SAME ALLEGATIONS AND CLAIMS RELATED TO THE |
| 10:04AM | 22 | DAMAGES COMPONENT. |
| 10:04AM | 23 | AS FAR AS THE EVIDENCE THAT NEO4J WILL SUBMIT TO SUPPORT |
| 10:04AM | 24 | ITS LOST PROFITS CLAIMS, ONE OF THEIR DAMAGES EXPERT'S, |
| 10:04AM | 25 | STEVEN BOYLES, WILL TESTIFY THAT NEO4J LOST MORE THAN |

(26 of 179), Page 26 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 26 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 25 of 178
PLAINTIFFS' OPENING STATEMENT                                                 25

| | | |
|---|---|---|
| 10:05AM | 1 | $3.8 MILLION IN NET LOST REVENUE. |
| 10:05AM | 2 | THE COURT HAS ALREADY FOUND THAT NEO4J LOST A MULTI YEAR |
| 10:05AM | 3 | DEAL WITH NEXT CENTURY, AND THAT'S VIA THE MARYLAND PROCUREMENT |
| 10:05AM | 4 | OFFICE, WAS WORTH MORE THAN 2.2 MILLION WHEN IT ADOPTED ONGDB. |
| 10:05AM | 5 | AND THAT WE'LL ALSO SHOW THAT THE IRS NEEDED THE |
| 10:05AM | 6 | ENTERPRISE EDITION FEATURES, AND THAT OTHER DIVISIONS THAT |
| 10:05AM | 7 | ALREADY LICENSED AUTHENTIC COMMERCIAL VERSIONS OF NEO4J |
| 10:05AM | 8 | ENTERPRISE EDITION AND THE IRS USE OF ONGDB IN VARIOUS OTHER |
| 10:05AM | 9 | PROJECTS RESULTED IN NEO4J LOSING SIGNIFICANT REVENUE. |
| 10:05AM | 10 | JASON ZAGALSKY OF NEO4J, JIM WEYANT OF NEXT CENTURY, |
| 10:05AM | 11 | NEXT CENTURY'S SUCCESSOR'S CACI VIA DEPOSITION, AND |
| 10:05AM | 12 | MICHAEL DUNN OF THE IRS VIA DEPOSITION WILL SUPPORT THOSE |
| 10:06AM | 13 | CLAIMS AS WELL AS EXHIBITS AND UNDISPUTED FACTS. |
| 10:06AM | 14 | NEO4J WILL ALSO PROVE THAT THE DEFENDANTS GENERATED |
| 10:06AM | 15 | APPROXIMATELY 1.5 MILLION IN ILL-GOTTEN PROFITS FROM THEIR |
| 10:06AM | 16 | VIOLATIONS OF THE LANHAM ACT AND THE DMCA. |
| 10:06AM | 17 | SPECIFICALLY, IGOV AND MR. SUHY RECEIVED 1.316 MILLION |
| 10:06AM | 18 | UNDER A FIVE YEAR CONTRACT TO SUPPORT THE IRS'S CKGE PLATFORM |
| 10:06AM | 19 | AND ANOTHER CONTRACT BETWEEN EGOVERNMENT SOLUTIONS AND THE IRS |
| 10:06AM | 20 | WHERE MR. SUHY HAD AN INTEREST IN EGOV. |
| 10:06AM | 21 | WE'LL ALSO SHOW THAT IGOV AND SUHY OBTAINED $246,082 UNDER |
| 10:06AM | 22 | SUBCONTRACTS WITH ASR ANALYTICS WHERE IGOV SUPPORTED THE IRS |
| 10:06AM | 23 | CKGE PLATFORM. |
| 10:06AM | 24 | THE EVIDENCE SUPPORTING DISGORGEMENT INCLUDES THE CKGE |
| 10:06AM | 25 | CONTRACT DOCUMENTS, EMAILS BETWEEN MR. SUHY AND EGOV, IGOV |

PLAINTIFFS' OPENING STATEMENT                                      26

| | | |
|---|---|---|
| 10:06AM | 1 | FINANCIAL DOCUMENTS AND OTHER RELATED COMMUNICATIONS, |
| 10:07AM | 2 | UNDISPUTED FACTS AND DOCUMENTS. |
| 10:07AM | 3 | LASTLY, NEO4J WILL PROVE THAT THIS IS AN EXCEPTIONAL CASE. |
| 10:07AM | 4 | UNDER THE LANHAM ACT AND THE DMCA, THE EVIDENCE AND THE |
| 10:07AM | 5 | UNDISPUTED FACTS ESTABLISH THAT THIS IS AN EXCEPTIONAL CASE. |
| 10:07AM | 6 | THIS IS ESPECIALLY THE CASE SINCE THE COURT FOUND THAT THE |
| 10:07AM | 7 | DEFENDANTS' CONDUCT WAS DELIBERATE, FALSE, AND MISLEADING. |
| 10:07AM | 8 | DEFENDANTS' LITIGATION CONDUCT, INCLUDING REPEATEDLY |
| 10:07AM | 9 | RE-ARGUING SETTLED CLAIMS AND RE-ASSERTING CLAIMS THAT THE |
| 10:07AM | 10 | COURT HAD DISMISSED PREVIOUSLY UNNECESSARILY MULTIPLIED AND |
| 10:07AM | 11 | DUPLICATED EFFORTS AND EXTENDED THE EXPENSE AND EFFORT |
| 10:07AM | 12 | ASSOCIATED WITH THIS CASE. |
| 10:07AM | 13 | NEO4J IS ENTITLED TO PRE-JUDGMENT INTEREST AND REASONABLE |
| 10:07AM | 14 | ATTORNEYS' FEES AND COSTS DUE TO THE FACT THAT THIS IS AN |
| 10:07AM | 15 | EXCEPTIONAL CASE. |
| 10:07AM | 16 | AND LASTLY, NEO4J IS ENTITLED TO A PERMANENT INJUNCTION TO |
| 10:07AM | 17 | PREVENT THE DEFENDANTS' FURTHER VIOLATIONS OF NEO4J'S |
| 10:08AM | 18 | INTELLECTUAL PROPERTY. |
| 10:08AM | 19 | THANK YOU. |
| 10:08AM | 20 | THE COURT: THANK YOU. MR. BEENE, DO YOU WISH TO |
| 10:08AM | 21 | MAKE ANY STATEMENT NOW OR RESERVE UNTIL LATER? |
| 10:08AM | 22 | MR. BEENE: I WOULD LIKE TO MAKE A STATEMENT NOW, |
| 10:08AM | 23 | YOUR HONOR. |
| 10:08AM | 24 | THE COURT: PLEASE PROCEED. |
| 10:08AM | 25 | /// |

DEFENDANTS' OPENING STATEMENT                                    27

```
10:08AM   1          (COUNSEL FOR DEFENDANTS GAVE THEIR OPENING STATEMENT.)

10:08AM   2               MR. BEENE:  YOUR HONOR, MY NAME IS ANDRON BEENE.

10:08AM   3          MR. SUHY, WHO IS IN COURT HERE TODAY, HE'S A FREE SOFTWARE

10:08AM   4     GUY.  HE LIKES TO SUPPORT THE FREE SOFTWARE COMMUNITY.  HE'S

10:08AM   5     KNOWN IN THE COMMUNITY, AND HE LIKES TO PUT IN FREE SOFTWARE TO

10:08AM   6     THE U.S. GOVERNMENT, AND THE U.S. GOVERNMENT LIKES THAT, TOO.

10:09AM   7          HE WAS A CONTRACTOR ALREADY SIGNED UP FOR THE U.S.

10:09AM   8     GOVERNMENT WHEN NEO4J CAME TO HIM TO DO DEALS WITH THE U.S.

10:09AM   9     GOVERNMENT.

10:09AM  10          I'M GOING TO THREAD LIGHTLY ON YOUR PRIOR ORDERS, PLEASE,

10:09AM  11     YOUR HONOR.

10:09AM  12          MR. SUHY THEN DID A GOVERNMENT EDITION TO CREATE SOME

10:09AM  13     SECURITY LEVELS SO THAT NEO4J COULD BE USED WITH THE

10:09AM  14     GOVERNMENT.

10:09AM  15          MR. SUHY TRIED TO SELL A COMMERCIAL LICENSE AS A PARTNER

10:09AM  16     TO THE IRS HE ACTUALLY TRIED TO DO THAT, BUT WHAT HAPPENED IS

10:09AM  17     THE IRS WAS ALREADY USING A VERSION CALLED COMMUNITY, WHICH IS

10:09AM  18     A GPL VERSION.

10:10AM  19          GPL IS DIFFERENT THAN AGPL.  GPL IS SEEN AS AN APPLICATION

10:10AM  20     WHERE THE AGPL IS A SERVER TYPE APPLICATION AVAILABLE OVER THE

10:10AM  21     NETWORK.

10:10AM  22          THE PROBLEM IS THE IRS WAS ALREADY USING NEO4J COMMUNITY

10:10AM  23     FOR FREE.  THEY WANTED TO DEVELOP A PLATFORM, IT'S THE CKGE

10:10AM  24     PLATFORM, AND YOU'LL HEAR ABOUT THIS, I FEEL, A LITTLE BIT.

10:10AM  25     THAT IS A COMPLEX PLATFORM OF DIFFERENT APPLICATIONS OF WHICH
```

DEFENDANTS' OPENING STATEMENT                                    28

```
10:10AM   1    NEO4J IS ONE PART.  AND THEY WERE LOOKING TO DEVELOP THE

10:10AM   2    PLATFORM.

10:10AM   3         JOHN WAS WORKING WITH NEO4J AND SAID -- TALKED TO THE IRS

10:10AM   4    AND THEY SAID THEY DON'T HAVE THE BUDGET TO PAY FOR A LICENSE.

10:11AM   5         JOHN SAID, WELL, LET'S DO THE DEVELOPMENT, GET A

10:11AM   6    COMMERCIAL LICENSE IN THERE, AND THEN WE'LL LOCK IT IN SO DOWN

10:11AM   7    THE ROAD YOU'LL HAVE IT.  IN OTHER WORDS, YOU'LL HAVE THE

10:11AM   8    CUSTOMER.  BASICALLY DO THE DEVELOPMENT OF THE PLATFORM, GIVE

10:11AM   9    THEM A FREE LICENSE AND DEVELOPMENT, AND THEN WHEN THEY WERE

10:11AM  10    READY TO USE IT IN PRODUCTION, THEN YOU CAN GET YOUR COMMERCIAL

10:11AM  11    LICENSE FEE.

10:11AM  12         THIS IS WHAT JOHN TALKED TO NEO4J, AND HAD THE AGREEMENT

10:11AM  13    OF THE HIGH COMMAND OF NEO4J, WENT TO THE IRS, TOLD THEM ABOUT

10:11AM  14    IT, AND THEN IT FELL APART.  AND NEO4J CHANGED ITS MIND AND

10:11AM  15    SAID, NO, WE NEED A LICENSE AGREEMENT, AND YOU HAVE TO GET

10:11AM  16    THEM.  AND THERE IS A WHOLE LOT OF -- BUT THIS IS THE GENESIS

10:11AM  17    OF EVERYTHING IS THAT THE IRS WANTED AN OPEN SOURCE LICENSE,

10:11AM  18    WAS USING AN OPEN SOURCE LICENSE, AND JOHN COULDN'T FORCE THEM

10:12AM  19    TO BUY A COMMERCIAL LICENSE.

10:12AM  20         SO THEN IT FELL APART, THE PARTNERSHIP FELL APART.  NEO4J

10:12AM  21    GOT MAD, JOHN GOT MAD, ALL OF THESE THINGS HAPPENED.  AND THE

10:12AM  22    IRS ENDED UP IN SORT OF A ROUND ABOUT WAY, IN FACT, I BARELY

10:12AM  23    UNDERSTAND IT.

10:12AM  24         JOHN DID THE WORK ON THE PLATFORM, AND THERE'S AN SOW FOR

10:12AM  25    THIS CKGE, AND IT IS NOT LICENSING NEO4J AND MAINTAINING AND
```

(30 of 179), Page 30 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 30 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 29 of 178
DEFENDANTS' OPENING STATEMENT                                    29

| | | |
|---|---|---|
| 10:12AM | 1 | WRITING AND MODIFYING IT.  IT'S SETTING UP THE WHOLE PLATFORM. |
| 10:12AM | 2 | SO AT THE SAME TIME JOHN HAD A COMMERCIAL LICENSE WITH |
| 10:12AM | 3 | MPO AND NSA, AND IN THEIR DAMAGE CLAIM THERE'S A NEW CENTURY |
| 10:13AM | 4 | WHICH IS A CONSULTANT FOR THE MARYLAND PROCUREMENT OFFICE WHICH |
| 10:13AM | 5 | IS THE PURCHASING ARM OF THE NSA. |
| 10:13AM | 6 | SO WHEN WE LOOK AT THIS, THERE ARE TWO ORGANIZATIONS, THE |
| 10:13AM | 7 | IRS AND THE NSA THAT THEY'RE SEEKING DAMAGES ON. |
| 10:13AM | 8 | JOHN ALREADY HAD A COMMERCIAL CONTRACT WITH THE NSA, |
| 10:13AM | 9 | ALREADY WAS DOING THAT, EXCEPT THE NSA DECIDED NOT TO RENEW IT. |
| 10:13AM | 10 | THEY DIDN'T WANT IT ANYMORE.  SO THEY HAD A COMMERCIAL |
| 10:13AM | 11 | CONTRACT, THEY KNEW WHAT IT WAS, AND THEY DECIDED TO STOP. |
| 10:13AM | 12 | THE ISSUE THAT WE FOCUS ON A LITTLE BIT HERE, AND I REALLY |
| 10:13AM | 13 | LOOK AT IS KEY, THE COMMONS CLAUSE.  WE'VE HAD A FEW MOTIONS ON |
| 10:14AM | 14 | THAT. |
| 10:14AM | 15 | WHAT IS IMPORTANT HERE IN MY SENSE IS THAT THE COMMONS |
| 10:14AM | 16 | CLAUSE ONLY PREVENTS THE IRS AND THE NSA FROM SELLING |
| 10:14AM | 17 | SOFTWARE.  OKAY. |
| 10:14AM | 18 | SO THE COMMONS CLAUSE IMPLICATES THAT THE IRS AND THE NSA |
| 10:14AM | 19 | MAY NOT SELL THE SOFTWARE.  AND FOR THE COURT'S EDIFICATION, |
| 10:14AM | 20 | OUR EXHIBIT IS 1002, WHICH IS THE NEO4J APL CONTRACT WITH THE |
| 10:15AM | 21 | COMMONS CLAUSE. |
| 10:15AM | 22 | THE DEFINITION IN THE COMMONS CLAUSE, THERE'S A BROADER |
| 10:15AM | 23 | ONE WHAT SELL MEANS, BUT THAT INCLUDES SELLING IT, PROVIDING TO |
| 10:15AM | 24 | THIRD PARTIES.  THE DEFINITION OF SELL:  SELL MEANS PRACTICING |
| 10:15AM | 25 | ANY OR ALL RIGHTS GRANTED TO YOU UNDER THE LICENSE TO PROVIDE |

DEFENDANTS' OPENING STATEMENT                                30

| 10:15AM | 1 | TO THIRD PARTIES FOR FEAR OF OTHER CONSIDERATION A PRODUCT OR |
| 10:15AM | 2 | SERVICE THAT EXISTS ENTIRELY OR SUBSTANTIALLY OF THE SOFTWARE |
| 10:15AM | 3 | OR THE FUNCTIONALITY OF THE SOFTWARE. |
| 10:15AM | 4 | THE IRS AND THE NSA DO NOT SELL NEO4J DATABASES.  THEY DO |
| 10:15AM | 5 | NOT PROVIDE SERVICES WHERE THEY TAKE TAXPAYER INFORMATION OR |
| 10:16AM | 6 | NATIONAL SECURITY INFORMATION AND ALLOW YOU TO PURCHASE IT. |
| 10:16AM | 7 | JUST NO SUCH THING. |
| 10:16AM | 8 | THE COMMONS CLAUSE, REMOVAL OR NOT, HAS NO IMPACT ON THE |
| 10:16AM | 9 | U.S. GOVERNMENT. |
| 10:16AM | 10 | JOHN REMOVED THIS NOT TO GAIN AN ECONOMIC ADVANTAGE OR |
| 10:16AM | 11 | SOMETHING WITH THE GOVERNMENT.  THEY DON'T SELL IT. |
| 10:16AM | 12 | HE DID THAT OUT OF HIS OFFICE SOURCE PHILOSOPHY. |
| 10:16AM | 13 | IN FACT, HIS POINT OF VIEW IS SHOWN -- THERE'S AN |
| 10:16AM | 14 | EXHIBIT 1101, AND THIS IS WHEN WE'RE TALKING TO NEW CENTURY, |
| 10:16AM | 15 | THE NSA GROUP. |
| 10:17AM | 16 | SO THE IRS WAS USING THE OPEN SOURCE AND USING THE AGPL, |
| 10:17AM | 17 | TOLD JOHN THEY DON'T NEED THE AGPL, THEY DON'T NEED THE |
| 10:17AM | 18 | COMMERCIAL, THEY CAN DO IT WITH COMMUNITY.  THE EVIDENCE WILL |
| 10:17AM | 19 | SHOW THAT.  THAT'S WHAT THE IRS SAID. |
| 10:17AM | 20 | ON THE NSA ON NEW CENTURY, THIS WHOLE ISSUE ON WHETHER THE |
| 10:17AM | 21 | NSA PURCHASED SOFTWARE BASED ON AN IMPLIED REPRESENTATION ON |
| 10:17AM | 22 | JOHN SUHY'S WEBSITE, THIS REALLY SORT OF DENIGRATES THE |
| 10:17AM | 23 | UNITED STATES GOVERNMENT PURCHASING DEPARTMENTS.  THEY DO A |
| 10:17AM | 24 | LITTLE MORE RESEARCH IN SPENDING $2 MILLION.  THEY'RE READING A |
| 10:17AM | 25 | THIRD PARTY'S WEBSITE SIDE. |

(32 of 179), Page 32 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 32 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 31 of 178
DEFENDANTS' OPENING STATEMENT                                        31

| | | |
|---|---|---|
| 10:17AM | 1 | WHAT THEY DID ACTUALLY WAS THAT THEY GOT A COPY OF THE |
| 10:17AM | 2 | COMMERCIAL VERSION, AND THEY GOT A COPY OF ONGDB, AND THEY GOT |
| 10:18AM | 3 | A SUPPORT PERSON FROM NEO4J AND THEY LOOKED AT THE TWO |
| 10:18AM | 4 | PRODUCTS, RIGHT? |
| 10:18AM | 5 | THEY DIDN'T RELY ON A REPRESENTATION IMPLIED BY AN AD. |
| 10:18AM | 6 | THEY LOOKED AT THE SOFTWARE. |
| 10:18AM | 7 | AND JOHN DID TELL NEW CENTURY, I'LL QUOTE, IN FEBRUARY OF |
| 10:18AM | 8 | 2018, "IF YOU ARE USING ONGDB AND HAVE ANY CONCERNS OR DON'T |
| 10:18AM | 9 | SEE IT KEEPING UP WITH ENTERPRISE FEATURES, YOU CAN ALWAYS |
| 10:18AM | 10 | SWITCH TO A COMMERCIAL NEO4J ENTERPRISE PACKAGE THROUGH ANY |
| 10:18AM | 11 | PARTNER ON THE NEO4J.COM WEBSITE." |
| 10:18AM | 12 | SO JOHN WAS TELLING THE NSA, IF YOU DON'T FIND THAT ONGDB |
| 10:18AM | 13 | MEETS YOUR REQUIREMENTS, GO BUY THE COMMERCIAL. |
| 10:19AM | 14 | THE NSA DIDN'T BUY THE COMMERCIAL LICENSE, NOT BECAUSE IT |
| 10:19AM | 15 | HAD ALL OF THE FEATURES, ALL OF THE ISSUES AND THE FALSE |
| 10:19AM | 16 | ADVERTISING ARGUMENTS OR DIDN'T HAVE A LICENSE OR THIS.  THEY |
| 10:19AM | 17 | DIDN'T BUY IT BECAUSE OF COST, MONEY.  THEY DIDN'T HAVE IT IN |
| 10:19AM | 18 | THEIR BUDGET.  THE IRS DIDN'T HAVE IT IN THEIR BUDGET. |
| 10:19AM | 19 | AND THE REAL DIFFERENCE HERE BETWEEN PAYING $2 MILLION FOR |
| 10:19AM | 20 | SOFTWARE AND PAYING ZERO IS THE REASON WHY NEO4J LOST SALES ON |
| 10:19AM | 21 | ITS OWN PRODUCT.  NEO4J HAS THE OPEN SOURCE SOFTWARE AND MAKES |
| 10:19AM | 22 | IT AVAILABLE. |
| 10:19AM | 23 | ON THE DMCA CLAIM, THE ARGUMENTS ABOUT HOW THE DMCA CLAIMS |
| 10:20AM | 24 | ARE SYNONYMOUS.  SWEDEN DOESN'T SELL SOFTWARE.  THEY DON'T SELL |
| 10:20AM | 25 | THE COMMERCIAL LICENSE.  ALL THEY DO IS HAVE THE OPEN SOURCE |

(33 of 179), Page 33 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 33 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 32 of 178
DEFENDANTS' OPENING STATEMENT                                    32

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 10:20AM  | 1  | VERSION, COMMUNITY OR THE -- I CALL IT AGPL.             |
| 10:20AM  | 2  | SO THEY DIDN'T LOSE SELLS TO NSA OR IRS.  THEY DON'T SELL |
| 10:20AM  | 3  | TO NSA OR IRS.                                           |
| 10:20AM  | 4  | THERE IS A STATUTORY VIOLATION BETWEEN 2500, 25,000 PER  |
| 10:20AM  | 5  | ACT.  THE EVIDENCE WILL SHOW, AND THIS IS EXHIBIT 110, THAT |
| 10:20AM  | 6  | JOHN REMOVED THE COMMONS CLAUSE FROM SWEDEN'S VERSION OF THE |
| 10:20AM  | 7  | AGPL AND THE HEADER OUT AS WELL AND REPLACED IT WITH THE |
| 10:20AM  | 8  | STANDARD AGPL LICENSE.  YOU'VE HEARD ABOUT THIS A FEW TIMES. |
| 10:21AM  | 9  | AND THE REASON WE'RE GOING TO BRING IT UP ONE MORE TIME  |
| 10:21AM  | 10 | QUICKLY IS UNDER 17 U.S.C. 1203, A COURT MAY REDUCE OR REMIT |
| 10:21AM  | 11 | THE TOTAL AWARDED DAMAGES IF IT FINDS THE VIOLATOR WAS NOT |
| 10:21AM  | 12 | AWARE AND HAD NO REASON TO BELIEVE THAT HIS ACTS CONSTITUTED A |
| 10:21AM  | 13 | VIOLATION.  THIS IS A STOP GAP MEASURE AND THE DMCA ALLOWS THE |
| 10:21AM  | 14 | COURT IN ITS DISCRETION TO LOOK AT THE SITUATION AND SAY, HEY, |
| 10:21AM  | 15 | WHAT IS GOING ON HERE.                                   |
| 10:21AM  | 16 | WHAT YOU'LL FIND IS THAT THE LICENSE -- JOHN REMOVED THE |
| 10:21AM  | 17 | COMMONS CLAUSE IN MARCH OF 2018.  EXHIBIT 1010 ONLY SHOWS THE |
| 10:22AM  | 18 | MARCH DATE FOR SOME REASON, BUT THE TIMING OF THE EMAIL SHOWS |
| 10:22AM  | 19 | THAT ITS EARLY EVENTS WAS MARCH OF 2018.                 |
| 10:22AM  | 20 | HE DID THAT AFTER DISCUSSIONS WITH THE FREE SOFTWARE     |
| 10:22AM  | 21 | FOUNDATION ABOUT WHETHER THIS WAS APPROPRIATE TO REMOVE.  AND |
| 10:22AM  | 22 | NEO4J HAS EVIDENCE, WELL, YOU DID NOT TALK TO A LAWYER, WELL, |
| 10:22AM  | 23 | YOU DIDN'T DO THIS, YOU DIDN'T DO THAT.                  |
| 10:22AM  | 24 | HE TALKED TO THE PEOPLE WHO WROTE THE CONTRACT.  HE ALSO |
| 10:22AM  | 25 | HAD A CONVERSATION OR AN EMAIL WITH BRAD NUSSBAUM WHERE HE SAID |

(34 of 179), Page 34 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 34 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 33 of 178
DEFENDANTS' OPENING STATEMENT                                             33

| | | |
|---|---|---|
| 10:22AM | 1 | THAT HE HAD TALKED TO FSF, GOT THE SAME ANSWER, AND HE HAD |
| 10:22AM | 2 | TALKED TO A LAWYER AND THAT GENTLEMAN WAS FROM THE GRAPH |
| 10:22AM | 3 | FOUNDATION. |
| 10:23AM | 4 | SO JOHN HAD THAT EMAIL. AND NEW CENTURY EVEN SAID THEY |
| 10:23AM | 5 | WERE GOING TO TALK TO THEIR ATTORNEY, TOO. I DON'T KNOW IF |
| 10:23AM | 6 | THEY DID. BUT THAT'S WHAT JOHN SAW. |
| 10:23AM | 7 | BACK AFTER HE SAW THAT, HE THEN OFFERED TO COMMIT TO THE |
| 10:23AM | 8 | GRAPH FOUNDATION WEBSITE REMOVING THE CLAUSE, AND HE DID THAT |
| 10:23AM | 9 | UNDER THIS DISCUSSION OF WHAT HE'D READ AND SAW AND SPOKE TO. |
| 10:23AM | 10 | AND WHAT THE LICENSE SAYS UNDER SECTION 7, HE DIDN'T REALIZE |
| 10:23AM | 11 | THAT THAT DIDN'T APPLY TO THE DEVELOPER OR THE LICENSOR, SO |
| 10:23AM | 12 | YOUR RULING IS THAT THE LICENSOR CAN ADD TERMS THAT SECTION 7 |
| 10:23AM | 13 | ONLY APPLIES TO DOWNSTREAM LICENSEES. HE DID NOT REALIZE THAT. |
| 10:23AM | 14 | THE EVIDENCE, I THINK, OF WHY HE DID IT IS STATED IN |
| 10:24AM | 15 | EXHIBIT 110. UPDATE THE LICENSED TEXT FILE TO BE PURE AGPL AS |
| 10:24AM | 16 | TO NOT VIOLATE THE FSF COPYRIGHT AND TO BE IN LINE WITH THE |
| 10:24AM | 17 | AGPL LICENSE. |
| 10:24AM | 18 | THAT'S STATED IN A REPOSITORY COMMITMENT DATED. IT WASN'T |
| 10:24AM | 19 | ADDED POST LITIGATION OR SOMETHING TO CREATE A CLAIM. AND IT |
| 10:24AM | 20 | WAS BEFORE YOUR HONOR'S RULINGS; IT WASN'T IN SPITE OF THEM. I |
| 10:24AM | 21 | JUST -- I DON'T KNOW IF THAT'S IMPORTANT. IT'S IMPORTANT TO |
| 10:24AM | 22 | ME. |
| 10:24AM | 23 | SO MR. SUHY DOESN'T SELL SOFTWARE. |
| 10:25AM | 24 | MR. SUHY'S ADVERTISEMENT THAT YOU FOUND FALSE, YOUR HONOR, |
| 10:25AM | 25 | WAS COMPARISON OF NEO4J'S COMMERCIAL LICENSE, U.S.A.'S |

DEFENDANTS' OPENING STATEMENT                                    34

10:25AM   1    COMMERCIAL LICENSE AND NEO4J SWEDEN'S OPEN SOURCE LICENSE.

10:25AM   2        ONGDB WAS MENTIONED IN THAT ADVERTISEMENT, GRANT THAT.

10:25AM   3    I'M NOT TRYING TO HIDE THAT BALL.  BUT THERE'S NOTHING IN HIS

10:25AM   4    ADS THAT SAYS HE CAN DEVELOP A PLATFORM AS A PROFESSIONAL

10:25AM   5    SERVICE BETTER THAN NEO4J.

10:25AM   6        THE ADVERTISEMENT, THERE'S NO FALSITY ATTRIBUTED TO

10:25AM   7    MR. SUHY'S SOFTWARE DEVELOPMENT WORK.  SO THE CASES, YOU MADE A

10:26AM   8    FALSE ADVERTISEMENT ON A COMMENTS CLAUSE ISSUE, AND A

10:26AM   9    DROP-AN-ENGINE ISSUE, AND, THEREFORE, WE'RE DAMAGED BY YOUR

10:26AM  10    PROFESSIONAL SUPPORT.  IT IS TRULY APPLES AND ORANGES.

10:26AM  11        SO AS A RESULT -- THE CASE OBVIOUSLY HAS BEEN AROUND FOR A

10:26AM  12    WHILE.  THERE WERE A LOT OF THINGS GOING ON WITH THIS CASE WITH

10:26AM  13    COVID AND THINGS.  BUT IT'S REALLY MORE OF A CASE OF THE

10:26AM  14    INJUNCTION.  I THINK INJUNCTIVE RELIEF IS AN APPROPRIATE REMEDY

10:26AM  15    HERE, AND IT PROBABLY COULD HAVE RESOLVED THIS CASE YEARS AGO.

10:27AM  16        THE GRAPH FOUNDATION, WHICH HAD ONGDB, THEY'RE THE ONES

10:27AM  17    THAT LICENSE AND HAVE THE REPOSITORY AVAILABLE FOR EVERYBODY.

10:27AM  18    ONLY AN INJUNCTION WAS GRANTED AGAINST THEM, AND THEY'RE THE

10:27AM  19    ONES THAT DISTRIBUTED THOUSANDS OF COPIES OF ONGDB.  SO I DON'T

10:27AM  20    FEEL DAMAGES ARE APPROPRIATE OR ATTORNEYS' FEES BECAUSE THEY

10:27AM  21    WOULD ONLY SEEM TO PUNISH JOHN FOR HIS PHILOSOPHICAL POSITION

10:27AM  22    REGARDING OPEN SOURCE SOFTWARE AS HIS CONDUCT WAS NOT

10:27AM  23    ANTICOMPETITIVE IN INTENT OR IN PRACTICE.

10:28AM  24        THANK YOU.

10:28AM  25            THE COURT:  THANK YOU.  ALL RIGHT.  THANK YOU.

(36 of 179), Page 36 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 36 of 179
Case 5.18-cv-07182-EJD Document 231 Filed 11/29/23 Page 35 of 178

DEFENDANTS' OPENING STATEMENT                                                35

| | | |
|---|---|---|
| 10:28AM | 1 | DOES THE PLAINTIFF HAVE A WITNESS TO CALL OR ANY EVIDENCE |
| 10:28AM | 2 | TO PRESENT? |
| 10:28AM | 3 | MR. PICONE:  WE DO. |
| 10:28AM | 4 | WE CALL JASON ZAGALSKY FROM NEO4J AS OUR FIRST WITNESS. |
| 10:28AM | 5 | THE COURT:  OKAY.  SIR, IF YOU WOULD COME FORWARD. |
| 10:28AM | 6 | YOU CAN STAND OVER HERE AND FACE OUR COURTROOM DEPUTY. |
| 10:28AM | 7 | WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR |
| 10:28AM | 8 | YOU. |
| 10:28AM | 9 | **(PLAINTIFFS' WITNESS, JASON ZAGALSKY, WAS SWORN.)** |
| 10:28AM | 10 | THE WITNESS:  YES. |
| 10:28AM | 11 | THE COURT:  I'LL INVITE YOU TO HAVE A SEAT UP HERE |
| 10:28AM | 12 | AND MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE CHAIR |
| 10:28AM | 13 | AND MICROPHONE AS YOU NEED. |
| 10:28AM | 14 | THERE'S WATER THERE FOR YOUR REFRESHMENT. |
| 10:29AM | 15 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE, |
| 10:29AM | 16 | AND IT'S MOVEABLE.  YOU CAN MOVE IT ABOUT AND CLOSER TO YOU AS |
| 10:29AM | 17 | YOU NEED. |
| 10:29AM | 18 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 10:29AM | 19 | AND SPELL IT, PLEASE. |
| 10:29AM | 20 | THE WITNESS:  GOOD MORNING, YOUR HONOR. |
| 10:29AM | 21 | MY NAME IS JASON ZAGALSKY, J-A-S-O-N, Z AS IN ZEBRA |
| 10:29AM | 22 | A-G-A-L-S-K-Y. |
| 10:29AM | 23 | THE COURT:  THANK YOU. |
| 10:29AM | 24 | COUNSEL. |
| 10:29AM | 25 | MR. RATINOFF:  THANK YOU, YOUR HONOR. |

ZAGALSKY DIRECT BY MR. RATINOFF

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 10:29AM  | 1  | **DIRECT EXAMINATION**                                       |
| 10:29AM  | 2  | BY MR. RATINOFF:                                             |
| 10:29AM  | 3  | Q.   MR. ZAGALSKY, CAN YOU PLEASE INTRODUCE YOURSELF TO THE  |
| 10:29AM  | 4  | COURT?                                                       |
| 10:29AM  | 5  | A.   SURE.                                                   |
| 10:29AM  | 6  | Q.   MORE FORMALLY THAN JUST YOUR NAME.                      |
| 10:29AM  | 7  | A.   SURE.  AGAIN, MY NAME IS JASON ZAGALSKY.  I'M THE FEDERAL |
| 10:29AM  | 8  | TECHNICAL ACCOUNT MANAGER AT NEO4J FOR THE PAST SEVEN YEARS. |
| 10:29AM  | 9  | Q.   AND AS TECHNICAL, FEDERAL TECHNICAL ACCOUNT MANAGER, WHAT |
| 10:29AM  | 10 | DOES THAT ROLE INVOLVE?                                      |
| 10:29AM  | 11 | A.   I'M RESPONSIBLE FOR SALES OF NEO4J SOFTWARE TO THE FEDERAL |
| 10:29AM  | 12 | GOVERNMENT AND FEDERAL GOVERNMENT CONTRACTORS.              |
| 10:29AM  | 13 | I ALSO, OVER THE PAST SEVEN YEARS I'VE HELPED WITH GROWING  |
| 10:30AM  | 14 | THE FEDERAL TEAM AT NEO4J.                                   |
| 10:30AM  | 15 | Q.   AND PRIOR TO NEO4J, WHERE WERE YOU EMPLOYED?            |
| 10:30AM  | 16 | A.   PRIOR TO NEO4J I WAS AT ORACLE FOR TEN YEARS.          |
| 10:30AM  | 17 | Q.   AND PRIOR TO ORACLE WERE YOU EMPLOYED AS WELL?          |
| 10:30AM  | 18 | A.   PRIOR TO ORACLE I WAS AT A COMPANY CALLED STELLENT VERY |
| 10:30AM  | 19 | BRIEFLY, FOR FIVE WEEKS, BEFORE I WAS ACQUIRED BY ORACLE.    |
| 10:30AM  | 20 | Q.   AND THEN PRIOR TO THE ACQUISITION OF STELLENT?          |
| 10:30AM  | 21 | A.   STELLENT, S-T-E-L-L-E-N-T.                             |
| 10:30AM  | 22 | Q.   AND THEN BEFORE STELLENT, WERE YOU WORKING SOMEWHERE?   |
| 10:30AM  | 23 | A.   YES.  I WAS AT IN ANNAPOLIS MICRO SYSTEMS, ANNAPOLIS,  |
| 10:30AM  | 24 | A-N-N-A-P-O-L-I-S, MICRO SYSTEMS, THREE WORDS.             |
| 10:30AM  | 25 | Q.   AS FAR AS YOUR EDUCATIONAL BACKGROUND, DID YOU GRADUATE |

ZAGALSKY DIRECT BY MR. RATINOFF

```
10:30AM   1    COLLEGE?

10:30AM   2    A.   I DID.  I WENT TO THE UNIVERSITY OF WISCONSIN MADISON, AND

10:30AM   3    I GRADUATED WITH A BACHELOR OF SCIENCE IN ELECTRICAL

10:31AM   4    ENGINEERING.

10:31AM   5    Q.   AND I DON'T MEAN TO DATE YOU, BUT APPROXIMATELY WHAT YEAR

10:31AM   6    DID YOU GRADUATE?

10:31AM   7    A.   1991.

10:31AM   8    Q.   AND THEN GOING BACK TO YOUR ROLE AT NEO4J, CAN YOU EXPLAIN

10:31AM   9    TO THE COURT AND DESCRIBE HOW GOVERNMENT SALES WORK AT NEO4J?

10:31AM  10    A.   SURE.  WELL, WE SELL SOFTWARE PRIMARILY THROUGH RESELLERS

10:31AM  11    TO THE FEDERAL GOVERNMENT AND FEDERAL CONTRACTORS.

10:31AM  12    Q.   AND WHAT'S THE PRIMARY PRODUCT THAT YOU'RE RESPONSIBLE FOR

10:31AM  13    SELLING AT NEO4J?

10:31AM  14    A.   NEO4J ENTERPRISE EDITION, WHICH IS A GRAPH DATABASE.

10:31AM  15    Q.   AND CAN YOU MAYBE PROVIDE A LITTLE MORE DETAIL ON WHAT

10:31AM  16    NEO4J ENTERPRISE EDITION IS AS FAR AS BEING A GRAPH DATABASE?

10:31AM  17    A.   SURE.  GRAPH DATABASE IS A SPECIAL KIND OF DATABASE WHERE

10:31AM  18    THE DATA IS STORED IN MEMORY AND ON DISK AS A GRAPH, A GRAPH

10:32AM  19    BEING NODES IN RELATIONSHIPS OR ENTITIES AND THEIR CONNECTIONS.

10:32AM  20         AND THERE'S SEVERAL DIFFERENT USE CASES FOR GRAPH

10:32AM  21    DATABASES.  IT'S NOT AN APPLICATION BUT JUST A DATABASE.  IT

10:32AM  22    CAN BE USED FOR -- TYPICALLY IN THE GOVERNMENT USED FOR THINGS

10:32AM  23    LIKE CRIMINAL INVESTIGATIONS, INTELLIGENCE INVESTIGATIONS,

10:32AM  24    FRAUD INVESTIGATIONS, SUPPLY CHAIN ANALYTICS, KNOWLEDGE GRAPHS,

10:32AM  25    THINGS LIKE THAT.
```

ZAGALSKY DIRECT BY MR. RATINOFF                                    38

10:32AM  1    Q.   AND GOING BACK TO NEO4J, INC., AS A COMPANY, WHERE IS

10:32AM  2    NEO4J, INC., BASED?

10:32AM  3    A.   IN CALIFORNIA.

10:32AM  4    Q.   AND RIGHT HERE IN THE BAY AREA?

10:32AM  5    A.   YES, SAN MATEO.

10:32AM  6    Q.   AND DOES NEO4J HAVE OTHER OFFICES ELSEWHERE?

10:32AM  7    A.   YES.  WELL, NEO4J, INC., HAS OFFICES -- WELL, PRIOR TO

10:33AM  8    COVID WE HAD OTHER OFFICES, BUT WE'RE DISTRIBUTED REMOTELY

10:33AM  9    THROUGHOUT THE U.S., AND THERE'S ALSO A SUBSIDIARY OF

10:33AM  10   NEO4J, INC., NEO4J AB IN SWEDEN, AND THAT'S WHERE ALL OF THE

10:33AM  11   DEVELOPMENT AND ENGINEERING IS DONE FOR NEO4J'S PRODUCTS.

10:33AM  12   Q.   WELL, AND THEN AS FAR AS NEO4J, INC., WHAT IS ITS ROLE IN

10:33AM  13   THE UNITED STATES?

10:33AM  14   A.   NEO4J, INC., INCLUDES THE REVENUE ORGANIZATION, WHICH

10:33AM  15   INCLUDES SALES AND SUPPORT, PROFESSIONAL SERVICES, CUSTOMER

10:33AM  16   SUCCESS, THINGS LIKE THAT.

10:33AM  17        THERE'S ALSO A MARKETING DEPARTMENT AND THE GENERAL

10:33AM  18   ADMINISTRATION FUNCTIONS ARE ALL CONTAINED WITHIN NEO4J, INC.

10:33AM  19   Q.   AND WHERE ARE YOU BASED OUT OF FOR YOUR WORK FOR NEO4J?

10:34AM  20   A.   I'M BASED IN ANNAPOLIS, MARYLAND NOT FAR FROM WASHINGTON,

10:34AM  21   D.C., AND, OF COURSE, THAT'S WHERE MOST OF THE FEDERAL

10:34AM  22   GOVERNMENT WORK IS, SO IT'S A CONVENIENT PLACE TO LIVE AND

10:34AM  23   WORK.

10:34AM  24   Q.   UNDERSTOOD.  AND GOING BACK TO NEO4J'S PRODUCTS, AND I'LL

10:34AM  25   JUST TAKE YOU BACK TO APPROXIMATELY 2017, AT THAT TIME DID

ZAGALSKY DIRECT BY MR. RATINOFF                                     39

10:34AM   1    NEO4J OFFER ANY OTHER PRODUCTS BESIDES NEO4J ENTERPRISE

10:34AM   2    EDITION?

10:34AM   3    A.   2017?  NO, THAT WAS THE ONLY PRODUCT.

10:34AM   4    Q.   OKAY.  WAS THERE DIFFERENT VERSIONS OF NEO4J GRAPH

10:34AM   5    DATABASE SOFTWARE?

10:34AM   6    A.   YES.  WELL, THERE WERE DIFFERENT EDITIONS.  THERE WAS

10:34AM   7    NEO4J ENTERPRISE EDITION AND NEO4J COMMUNITY EDITION.

10:34AM   8    Q.   AND I KNOW YOU'VE MENTIONED A LITTLE BIT ABOUT NEO4J

10:34AM   9    ENTERPRISE.  COULD YOU DESCRIBE WHAT THE DIFFERENCES ARE?

10:34AM  10       OR LET'S JUST START WITH NEO4J COMMUNITY EDITION.  CAN YOU

10:34AM  11    DESCRIBE WHAT THE NEO4J COMMUNITY EDITION IS?

10:34AM  12    A.   YES.  THE NEO4J COMMUNITY EDITION IS THE CORE DATABASE.

10:35AM  13    IT'S LIMITED IN FEATURES AND PERFORMANCE.

10:35AM  14    Q.   AND AS FAR AS THE LIMITATIONS IN PERFORMANCE, WHAT DO YOU

10:35AM  15    MEAN BY THAT?

10:35AM  16    A.   IT'S LIMITED TO ONLY TAKING ADVANTAGE OF UP TO FOUR CORES

10:35AM  17    AND A SERVER.  SO YOU COULD HAVE A HUGE 24 CORE SERVER.  WITH

10:35AM  18    THE COMMUNITY EDITION, IT WOULD ONLY TAKE ADVANTAGE OF 4 CORES.

10:35AM  19    IT DOESN'T INCLUDE ANY OF THE ENTERPRISE FEATURES THAT WE HAVE

10:35AM  20    THAT IMPROVE THE PERFORMANCE OF THE DATABASE, AND IT'S ALSO

10:35AM  21    LIMITED TO ONLY RUNNING ON A SINGLE SERVER SO THERE'S NO

10:35AM  22    CLUSTERING FOR HORIZONTAL SCALING.

10:35AM  23    Q.   AND I THINK WE'RE GOING TO BE USING TERMS LIKE SERVERS,

10:35AM  24    CORES, THINGS OF THAT NATURE.  I THINK IT WOULD BE HELPFUL FOR

10:35AM  25    THE COURT MAYBE IF YOU COULD JUST SORT OF EXPLAIN HOW NEO4J

(41 of 179), Page 41 of 179   Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 41 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 40 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                        40

10:35AM  1    RELATES TO THOSE TERMS?

10:35AM  2    A.   SURE.  SO NEO4J IS A DATABASE SOFTWARE.  IT'S TYPICALLY

10:36AM  3    RUN ON A COMPUTER SERVER.  SOMETIMES WE REFER TO A COMPUTER

10:36AM  4    SERVER AS A MACHINE.

10:36AM  5    Q.   AND THEN HOW DOES A CORE RELATE TO A MACHINE?

10:36AM  6    A.   OH, SURE.  SO OUR LICENSING MODEL RESTRICTS SUBSCRIPTION

10:36AM  7    OR LICENSE BY THE NUMBER OF CPU CORES, WHICH CPU IS THE

10:36AM  8    COMPUTING POWER WITHIN A COMPUTER.  SO YOU CAN HAVE ANY NUMBER

10:36AM  9    OF CPU'S IN A COMPUTER.  THE MORE CPU'S YOU HAVE, THE MORE

10:36AM 10    PROCESSING POWER YOU HAVE.

10:36AM 11           THE COURT:  SO DOES CORE MEAN AN INDIVIDUAL MACHINE?

10:36AM 12           THE WITNESS:  NO, NO.

10:36AM 13           THE COURT:  WHAT DOES CORE MEAN?

10:36AM 14           THE WITNESS:  A CORE IS -- IT'S GOTTEN COMPLICATED

10:36AM 15    OVER THE YEARS.  IT USED TO BE A COMPUTER WOULD HAVE A CPU IN

10:37AM 16    IT, A CENTRAL PROCESSING UNIT, AND THERE WOULD BE ONE CPU THAT

10:37AM 17    DOESN'T HAVE MULTIPLE CORES.  IT WOULD JUST BE A CPU.

10:37AM 18        AND THEN AS TIME GOES BY, THE GUYS AT INTEL AND OTHER

10:37AM 19    MANUFACTURERS OF CPU'S GOT SMARTER AND MADE THINGS SMALLER AND

10:37AM 20    MORE COMPACT, AND THEY STARTED PUTTING MULTIPLE CORES OR

10:37AM 21    COMPUTE ENGINES WITHIN A SINGLE CPU.

10:37AM 22        AND THEN THE GUYS WHO MAKE THE COMPUTERS, THEY WANTED TO

10:37AM 23    HAVE MORE THAN JUST ONE CPU, EVEN IF IT HAD MULTIPLE CORES IN A

10:37AM 24    SINGLE CPU, IN ORDER TO GET PARALLELISM AND HIGHER PERFORMANCE

10:37AM 25    FOR PROCESSING, THEY STARTED PUTTING MULTIPLE CPU'S IN A SINGLE

ZAGALSKY DIRECT BY MR. RATINOFF                                           41

| | | |
|---|---|---|
| 10:37AM | 1 | SERVER OR A SINGLE MACHINE. |
| 10:37AM | 2 | SO YOU HAVE THE MACHINE OR THE SERVER AND WITHIN THAT YOU |
| 10:37AM | 3 | HAVE SOME NUMBER OF CPU'S AND WITHIN THE CPU YOU CAN HAVE SOME |
| 10:37AM | 4 | NUMBER OF CORES. |
| 10:37AM | 5 | THE COURT:  OKAY. |
| 10:37AM | 6 | THE WITNESS:  ALL OF THAT GIVES YOU, AS YOU GET MORE |
| 10:37AM | 7 | AND MORE CORES, YOU GET MORE PROCESSING POWER. |
| 10:37AM | 8 | SO WE LICENSE BY THE NUMBER OF CPU CORES IN A MACHINE OR |
| 10:38AM | 9 | SERVER BECAUSE THE MORE CPU CORES YOU HAVE, THE BETTER |
| 10:38AM | 10 | PERFORMANCE YOU CAN GET FROM OUR SOFTWARE. |
| 10:38AM | 11 | WE ALSO INCLUDE IN OUR LICENSING MODEL THE AMOUNT OF |
| 10:38AM | 12 | MEMORY OR RAM IN THE COMPUTER BECAUSE THE WAY THAT OUR SOFTWARE |
| 10:38AM | 13 | WORKS, THE MORE OF THE DATA THAT IS STORED IN MEMORY, THE |
| 10:38AM | 14 | HIGHER THE PERFORMANCE YOU CAN GET FROM OUR DATABASE. |
| 10:38AM | 15 | SO WE COUNT THE NUMBER OF SERVERS OR MACHINES, AND THE |
| 10:38AM | 16 | NUMBER OF CPU CORES IN THE SERVER OR MACHINE, AND THE AMOUNT OF |
| 10:38AM | 17 | MEMORY IN THE MACHINE, AND THAT'S HOW WE LICENSE OUR SOFTWARE. |
| 10:38AM | 18 | MR. RATINOFF:  THANK YOU.  THAT WAS VERY HELPFUL, I |
| 10:38AM | 19 | THINK. D. |
| 10:38AM | 20 | Q.  OKAY.  AND THEN GOING BACK TO NEO4J ENTERPRISE EDITION, |
| 10:39AM | 21 | YOU MENTIONED THAT THERE ARE CERTAIN ENTERPRISE ONLY FEATURES. |
| 10:39AM | 22 | WHAT DID YOU MEAN BY THAT? |
| 10:39AM | 23 | A.  SO WE DIFFERENTIATE THE COMMERCIAL NEO4J ENTERPRISE |
| 10:39AM | 24 | EDITION. |
| 10:39AM | 25 | GOING BACK, NEO4J COMMUNITY EDITION IS FREE UNDER THE GPL |

ZAGALSKY DIRECT BY MR. RATINOFF                                    42

10:39AM  1    LICENSE.

10:39AM  2         NEO4J ENTERPRISE EDITION IS COMMERCIALLY LICENSED BY NEO4J

10:39AM  3    UNDER A NEO4J LICENSE.

10:39AM  4         AND I FORGOT WHAT YOUR QUESTION WAS.

10:39AM  5         (LAUGHTER.)

10:39AM  6    BY MR. RATINOFF:

10:39AM  7    Q.   THAT'S FINE.  I KNOW IT'S YOUR FIRST TIME TESTIFYING IN

10:39AM  8    TRIAL.

10:39AM  9    A.   YES.

10:39AM  10   Q.   OKAY.  UNDERSTOOD.

10:39AM  11        SO MY QUESTION WAS, AND MAYBE I'LL BE A LITTLE BIT MORE

10:39AM  12   PRECISE, CAN YOU IDENTIFY WHAT THE ENTERPRISE ONLY FEATURES YOU

10:39AM  13   PREVIOUSLY REFERENCED IN A GENERAL SENSE?

10:39AM  14   A.   YES.  SO THE NEO4J ENTERPRISE EDITION INCLUDES A NUMBER OF

10:39AM  15   ENTERPRISE FEATURES THAT MAKE IT MORE VALUABLE AND MORE USEFUL

10:40AM  16   TO CUSTOMERS WHO ARE BUILDING AN APPLICATION ON NEO4J.

10:40AM  17        SO THE -- THERE'S A FAIRLY LONG LIST OF ENTERPRISE

10:40AM  18   FEATURES, BUT SOME OF THE MOST RELEVANT AND COMMON REASONS WHY

10:40AM  19   CUSTOMERS PURCHASE NEO4J ENTERPRISE EDITION IS FOR CLUSTERING,

10:40AM  20   WHICH MEANS THE ABILITY TO HAVE NEO4J RUNNING ON MULTIPLE

10:40AM  21   SERVERS AND ALL CONNECTED TOGETHER WORKING TOGETHER AND YOU

10:40AM  22   CLUSTER FOR TWO REASONS.

10:40AM  23        ONE IS FOR HIGH AVAILABILITY, WHICH MEANS IF YOU'RE -- ONE

10:40AM  24   OF THE SERVERS CRASHES, FAILS, STOPS RUNNING, THE OTHER SERVERS

10:40AM  25   WILL CONTINUE TO RUN AND THERE WON'T BE ANY DOWNTIME FOR THE

ZAGALSKY DIRECT BY MR. RATINOFF                                    43

10:40AM   1      USERS OF THE DATABASE.

10:40AM   2           ANOTHER REASON FOR CLUSTERING IS FOR PERFORMANCE.  NEO4J

10:40AM   3      ENTERPRISE ALLOWS FOR HORIZONTAL SCALING ACROSS THE MACHINES OR

10:41AM   4      SERVERS, SO IF THERE'S A NUMBER OF USERS ACCESSING THE DATABASE

10:41AM   5      AT THE SAME TIME, THE READS OR QUERIES THE DATABASE CAN BE

10:41AM   6      DISTRIBUTED ACROSS THE MACHINES, AND THAT PROVIDES BETTER

10:41AM   7      PERFORMANCE AND BETTER EXPERIENCE FOR THE USERS OF THE

10:41AM   8      DATABASE.

10:41AM   9           SO THAT'S THE FIRST CATEGORY OF ENTERPRISE FEATURES.

10:41AM  10           I MENTIONED HORIZONTAL SCALING FOR PERFORMANCE.  THERE'S

10:41AM  11      ALSO UNLIMITED VERTICAL SCALING, WHICH MEANS THAT I HAD

10:41AM  12      MENTIONED FOR THE COMMUNITY EDITION, IT WOULD ONLY TAKE

10:41AM  13      ADVANTAGE OF FOUR CORES PER MACHINE.

10:41AM  14           WITH THE ENTERPRISE EDITION, THE NEO4J WILL TAKE ADVANTAGE

10:41AM  15      OF ALL OF THE CPU CORES IN EACH MACHINE.  SO THAT WILL PROVIDE

10:41AM  16      FOR BETTER PERFORMANCE.

10:41AM  17           THERE ARE ALSO A NUMBER OF PERFORMANCE FEATURES WHICH ARE

10:42AM  18      ENTERPRISE ONLY FEATURES.  LIKE, FOR EXAMPLE, THERE'S AN

10:42AM  19      ENTERPRISE CYPHER RUN TIME, WHICH MAKES QUERIES OR READS FROM

10:42AM  20      THE DATABASE MUCH, MUCH FASTER THAN THE CYPHER RUN TIME IN

10:42AM  21      COMMUNITY EDITION.

10:42AM  22           THERE ARE OTHER PERFORMANCE FEATURES THAT ARE A LITTLE

10:42AM  23      MORE TECHNICAL THAT I WON'T GET INTO, BUT THERE IS ALSO

10:42AM  24      MONITORING AND ADMINISTRATION FEATURES IN THE ENTERPRISE

10:42AM  25      EDITION AND THERE'S SOME SCHEMA FEATURES AS WELL, INCLUDING ONE

(45 of 179), Page 45 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 45 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 44 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                    44

10:42AM  1    THAT IS PRETTY OFTEN USED CALLED NODE I.D., N-O-D-E AND THEN

10:42AM  2    I.D. FOR SHORTHAND FOR IDENTIFICATION.

10:42AM  3    Q.   AND ARE THERE ANY DIFFERENCES BETWEEN THE LEVEL OF SUPPORT

10:42AM  4    THAT ARE PROVIDED BETWEEN COMMUNITY AND ENTERPRISE EDITION?

10:42AM  5    A.   YES.

10:42AM  6    Q.   AND WHAT ARE THOSE DIFFERENCES?

10:42AM  7    A.   COMMUNITY EDITION IS NOT SUPPORTED BY NEO4J.  IT'S

10:42AM  8    SUPPORTED BY THE COMMUNITY.

10:43AM  9        WE HAVE A COMMUNITY FORUM WHERE IF SOMEONE IS NOT A

10:43AM 10    CUSTOMER IS USING COMMUNITY EDITION, THEY POSE A QUESTION TO

10:43AM 11    THE FORUM ONLINE AND SOMEBODY AT NEO4J IN OUR DEVELOPER

10:43AM 12    RELATIONS MIGHT ANSWER IT, SOMEBODY WHO IS A DEVELOPER AND

10:43AM 13    USING THE NEO4J FOR A LONG TIME FROM ANYWHERE MIGHT ANSWER THE

10:43AM 14    QUESTIONS.

10:43AM 15        BUT NEO4J AS A COMPANY DOES NOT SUPPORT NEO4J COMMUNITY

10:43AM 16    EDITION.  WE DON'T SELL SUPPORT PACKAGES FOR NEO4J COMMUNITY

10:43AM 17    EDITION, WE DON'T PROVIDE PROFESSIONAL SERVICES ON THE NEO4J

10:43AM 18    COMMUNITY EDITION.

10:43AM 19        IF SOMEONE IS USING THE NEO4J COMMUNITY EDITION, IT'S

10:43AM 20    STRICTLY ON THEIR OWN.

10:43AM 21        ON THE OTHER HAND, NEO4J ENTERPRISE EDITION, WE SELL

10:43AM 22    COMMERCIAL SUBSCRIPTIONS FOR NEO4J ENTERPRISE EDITION WHICH

10:43AM 23    INCLUDES CUSTOMER SUPPORT AS WELL AS PROFESSIONAL SERVICES.

10:44AM 24        PROFESSIONAL SERVICES IS CONSULTING SERVICES.  WE HAVE AN

10:44AM 25    ORGANIZATION OF CONSULTING ENGINEERS THAT PROVIDE ENABLEMENT TO

(46 of 179), Page 46 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 46 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 45 of 178

ZAGALSKY DIRECT BY MR. RATINOFF                                      45

10:44AM  1    PARTNERS AND TRAINING AND ENABLEMENT DEVELOPMENT SERVICES AND

10:44AM  2    SO ON AND SO FORTH TO CUSTOMERS AS WELL.

10:44AM  3              THE COURT:  SO DO YOU SELL COMMUNITY EDITION?

10:44AM  4              THE WITNESS:  WE DO NOT SELL COMMUNITY EDITION.

10:44AM  5    COMMUNITY EDITION IS FREE.

10:44AM  6              THE COURT:  THAT'S JUST OUT THERE?

10:44AM  7              THE WITNESS:  THAT IS JUST OUT THERE.

10:44AM  8              THE COURT:  IN THE COMMUNITY?

10:44AM  9              THE WITNESS:  CORRECT.

10:44AM 10              THE COURT:  I SEE.

10:44AM 11    BY MR. RATINOFF:

10:44AM 12    Q.   AND WHY, TO BUILD ON YOUR HONOR'S QUESTION, WHY OFFER A

10:44AM 13    COMMUNITY EDITION?

10:44AM 14    A.   NEO4J WAS STARTED AN ON OPEN SOURCE COMPANY WITH OPENNESS

10:44AM 15    IN MIND.

10:44AM 16         WE BUILT OUR BUSINESS GOING WAY BACK TO AROUND 2010, WE

10:44AM 17    RELEASED THE FIRST FREE OPEN SOURCE NEO4J COMMUNITY EDITION AS

10:45AM 18    THE FIRST GRAPH DATABASE, OPEN SOURCE GRAPH DATABASE OUT THERE.

10:45AM 19         WE BUILT A MASSIVE COMMUNITY OF DEVELOPERS AROUND THE FREE

10:45AM 20    OPEN SOURCE COMMUNITY EDITION.

10:45AM 21         AND SHORTLY THEREAFTER, WE MONETIZED THAT INVESTMENT IN

10:45AM 22    THE FREE SOFTWARE BY BUILDING THE COMMERCIALLY LICENSED NEO4J

10:45AM 23    ENTERPRISE EDITION.

10:45AM 24    Q.   AND THEN I THINK EARLIER ON YOU MENTIONED SOMETHING ABOUT

10:45AM 25    BUILDING AN APPLICATION ON TOP OF NEO4J?

ZAGALSKY DIRECT BY MR. RATINOFF                                    46

10:45AM   1    A.   YES.

10:45AM   2    Q.   AND WHAT DID YOU MEAN BY THAT?

10:45AM   3    A.   SO, AGAIN, I ALSO MENTIONED THAT NEO4J IS A DATABASE, A

10:45AM   4    PLATFORM.  SOMEONE WHO BUYS NEO4J DOESN'T HAVE AN APPLICATION

10:45AM   5    THAT END USERS CAN USE.  IT REQUIRES A NEO4J PARTNER OR A

10:45AM   6    GOVERNMENT CONTRACTOR OR THE GOVERNMENT THEMSELVES OR A

10:45AM   7    COMMERCIAL COMPANY TO BUILD AN APPLICATION THAT CONNECTS TO THE

10:46AM   8    DATABASE SO THAT THERE'S A USER INTERFACE AND APPLICATION THAT

10:46AM   9    THE USERS CAN USE.

10:46AM  10    Q.   AND DOES NEO4J SUPPORT THAT TYPE OF DEVELOPMENT AS WELL

10:46AM  11    THROUGH ITS PROFESSIONAL SERVICES?

10:46AM  12    A.   WE DO, YES.

10:46AM  13            THE COURT:  AND THAT'S UNIQUE FOR EACH CUSTOMER?

10:46AM  14            THE WITNESS:  YES, YES, THE APPLICATION IS TYPICALLY

10:46AM  15    UNIQUE FOR EACH CUSTOMER.

10:46AM  16    BY MR. RATINOFF:

10:46AM  17    Q.   AND FROM YOUR EXPERIENCE DATING BACK MANY SEVEN YEARS,

10:46AM  18    WOULD YOU CONSIDER NEO4J ENTERPRISE TO BE COMMERCIALLY

10:46AM  19    SUCCESSFUL?

10:46AM  20    A.   EXTREMELY COMMERCIALLY SUCCESSFUL, YES.

10:46AM  21    Q.   AND HOW IS THAT?

10:46AM  22    A.   SO, AGAIN, WE FUND THE RELEASE OF THE OPEN SOURCE PRODUCT

10:46AM  23    RELEASE, THE ENTERPRISE EDITION, TO MONETIZE THE INVESTMENT,

10:46AM  24    AND WE ACTUALLY WERE THE CREATOR OF THE GRAPH DATABASE

10:46AM  25    CATEGORY.

10:47AM  1        SO WE, WITH NEO4J ENTERPRISE EDITION, WE MANAGED TO BUILD

10:47AM  2   A TREMENDOUS MARKET FOR GRAPH DATABASES WITH MANY CUSTOMERS TO

10:47AM  3   THE POINT THAT THERE'S A NUMBER OF SMALL COMPANIES BUILDING

10:47AM  4   GRAPH DATABASES TRYING TO GET IN ON THE MASSIVE MARKET THAT

10:47AM  5   NEO4J CREATED.  EVEN BIG COMPANIES LIKE ORACLE, MICROSOFT,

10:47AM  6   AMAZON HAVE BUILT GRAPH DATABASES OR LAYERS ON TOP OF WHATEVER

10:47AM  7   DATABASE THAT THEY HAVE IN ORDER TO COMPETE WITH NEO4J AS THE

10:47AM  8   MARKET LEADER.

10:47AM  9        AGAIN, WE CREATED THE MARKET, AND WE REMAINED THE MARKET

10:47AM  10  LEADER BY FAR EVER SINCE.

10:47AM  11       THE COURT:  DO YOU CONSIDER THOSE INDIVIDUALS, THOSE

10:47AM  12  COMPANIES, ORACLE, MICROSOFT, AMAZON, AS COMPETITORS?

10:48AM  13       THE WITNESS:  IT'S INTERESTING BECAUSE THEY DO HAVE

10:48AM  14  GRAPH DATABASE OFFERINGS, BUT IT'S RARE, ESPECIALLY IN THE

10:48AM  15  FEDERAL GOVERNMENT, FOR ME TO NEED TO COMPETE WITH THEM BECAUSE

10:48AM  16  OUR PRODUCT IS SO SUPERIOR TO OUR PRODUCTS AS FAR AS FEATURES,

10:48AM  17  FUNCTIONALITY, INTERFACE, USABILITY, PERFORMANCE.

10:48AM  18       SO WHEN SOMEONE WANTS A GRAPH DATABASE, ALMOST EXCLUSIVELY

10:48AM  19  THEY COME TO NEO4J AND THEN THEY ASK US TO HELP THEM JUSTIFY

10:48AM  20  BUYING NEO4J OVER THE COMPETITORS.

10:48AM  21       THE COURT:  DO ORACLE, MICROSOFT, THOSE OTHERS, I

10:48AM  22  THINK YOU SAID THAT THEY DON'T TYPICALLY DO COMMERCE WITH THE

10:48AM  23  FEDERAL GOVERNMENT LIKE YOU DO?  IT SOUNDS LIKE THE FEDERAL

10:48AM  24  GOVERNMENT IS ONE OF YOUR HIGHEST, BIGGEST CLIENTS.

10:49AM  25       THE WITNESS:  THEY'RE A SIGNIFICANT CUSTOMER FOR

(49 of 179), Page 49 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 49 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 48 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                    48

10:49AM  1    NEO4J, YES.

10:49AM  2         THEY DO -- I CAN'T SAY THAT THEY DON'T SELL TO THE

10:49AM  3    GOVERNMENT, BUT WHAT I CAN SAY IS THAT I RARELY COME ACROSS

10:49AM  4    THEM IN THE MARKETPLACE.  AND WHEN I DO, LIKE I SAID, IT'S IN

10:49AM  5    THE FORM OF, YEAH, WE REALLY WANT TO USE NEO4J, BUT WE NEED TO

10:49AM  6    DO A SOLE SOURCE JUSTIFICATION, WE NEED TO DO AN ANALYSIS OF

10:49AM  7    ALTERNATIVES, CAN YOU HELP ME WITH WHY NEO4J IS BETTER THAN

10:49AM  8    ORACLE'S SPACIAL AND GRAPH PRODUCTS OR BETTER THAN AMAZON'S

10:49AM  9    NEPTUNE, BETTER THAN MICROSOFT'S COSMOS DB.

10:49AM 10         SO THEY ASK FOR HELP IN JUSTIFYING WHY THEY SHOULD BUY

10:49AM 11    NEO4J.

10:49AM 12              THE COURT:  OKAY.  THANK YOU.  SORRY.

10:49AM 13              MR. RATINOFF:  THANK YOU, YOUR HONOR.

10:49AM 14    Q.   YOU HAVE A WITNESS BINDER IN FRONT OF YOU, I BELIEVE.

10:49AM 15    THERE ARE SOME TAB NUMBERS WHICH CORRESPOND TO -- NOW YOU DO.

10:50AM 16    A.   I'M LOOKING AROUND.

10:50AM 17    Q.   IF YOU WOULD GO AHEAD AND TURN TO TAB 8, WHICH HAS BEEN

10:50AM 18    PREMARKED AS TRIAL EXHIBIT NUMBER 8.

10:50AM 19         AND DO YOU RECOGNIZE EXHIBIT 8?

10:50AM 20    A.   I DO.  IT'S VERY HELPFUL BECAUSE IT KIND OF SHOWS WHAT I

10:50AM 21    WAS JUST TALKING ABOUT.

10:50AM 22    Q.   OKAY.  HOW SO?

10:50AM 23    A.   SO THIS IS A, THIS IS A PRESS RELEASE THAT WE DID IT LOOKS

10:50AM 24    LINE IN JANUARY 2020 TOUTING OUR SUCCESSES IN 2019.  AND

10:50AM 25    THERE'S A BIG IMAGE.  IN THE CENTER THEY'RE SHOWING NEO4J AS

(50 of 179), Page 50 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 50 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 49 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                    49

| | |
|---|---|
| 10:50AM | 1 |
| 10:50AM | 2 |

NUMBER ONE AND THEN A BUNCH OF, YOU KNOW, OTHER GRAPH DATABASES

BELOW US.

WHAT THIS IS IS IT'S A SNAPSHOT OF AN IMAGE, OR A SNAPSHOT

OF THE DB ENGINE'S WEBSITE.  SO DB ENGINE IS A WEBSITE COMMONLY

USED IN THE DATABASE INDUSTRY TO SEE WHERE DIFFERENT DATABASES,

HOW THEY STACK RANK AGAINST THEIR COMPETITION.

AND IT'S BASED ON POPULARITY.  IT'S A POPULARITY SCORE

THAT THIS DB ENGINE CREATES BASED ON THINGS LIKE MENTIONS ON

SOCIAL MEDIA, STACK OVERFLOW, CONVERSATIONS, THINGS LIKE THAT.

IT'S POPULARITY BASED AS OPPOSED TO REVENUE BASED OR SOMETHING

LIKE THAT.

Q.   AND IT SEEMS LIKE IT'S PUT UP IN THE FRONT OF THIS PRESS

RELEASE.  IS THIS SOMETHING THAT WE SHOULD CONSIDER TO BE

SIGNIFICANT?

A.   YES, VERY SIGNIFICANT.  SO ESPECIALLY EARLY ON IN MY TIME

AT NEO4J WHEN WE WERE STILL A YOUNGER COMPANY, MUCH SMALLER.

WHEN I STARTED AT NEO4J IN OCTOBER OF 2016, I WAS EMPLOYEE

NUMBER 125.  NOW WE'RE CLOSER TO 800 EMPLOYEES.

SO WE WERE A SMALL COMPANY GETTING STARTED, NOT AS WELL

KNOWN, AND IN MY PRESENTATIONS TO PROSPECTIVE CUSTOMERS, THIS

WAS ACTUALLY A SLIDE IN MY SLIDE DECK SHOWING THE RANKING OF

NEO4J FOR POPULARITY SHOWING THAT, YOU KNOW, WE'RE THE MARKET

LEADER, WE'RE NUMBER ONE.

SO I JUST DON'T HAVE TO TELL YOU WE'RE NUMBER ONE, BUT YOU

CAN LOOK AT WHAT DB ENGINE IS SAYING, AND IT'S CLEAR FROM THAT

ZAGALSKY DIRECT BY MR. RATINOFF                                                    50

10:52AM   1    THAT WE'RE THE MOST POPULAR GRAPH DATABASE.

10:52AM   2    Q.   AND IS THERE ANY OTHER PORTIONS OF THIS PRESS RELEASE THAT

10:52AM   3    YOU FIND TO BE A SIGNIFICANT INDICATOR OF NEO4J'S SUCCESS?

10:52AM   4    A.   YES.

10:52AM   5         SO IF YOU GO TO THE SECOND PARAGRAPH BELOW THE IMAGE

10:53AM   6    THERE'S SOME MENTIONS OF SOME ANALYSTS, BIG ANALYST COMPANIES,

10:53AM   7    GARTNER AND FORRESTER, WHO LOOK AT TECHNOLOGY AND WRITE REPORTS

10:53AM   8    AND COMPARE TECHNOLOGIES.  AND IT'S REFERENCING SOME DIFFERENT

10:53AM   9    THINGS LIKE GARTNER PAIR INSIGHTS, GARTNER MAGIC QUADRANT,

10:53AM  10    FORRESTER WAVE.  AND IT'S SHOWING THAT ANALYSTS WHO LOOK AT

10:53AM  11    TECHNOLOGY WERE NOTICING NEO4J.

10:53AM  12         AND BACK IN, YOU KNOW, 2019, YOU KNOW, THAT WAS SORT OF

10:53AM  13    WHEN NEO4J REALLY STARTED GETTING NOTICED, I BELIEVE.  SO

10:53AM  14    THAT'S WHY IT APPEARED IN THIS PRESS RELEASE.

10:53AM  15         MR. RATINOFF:  YOUR HONOR, I'D LIKE TO MOVE TRIAL

10:53AM  16    EXHIBIT NUMBER 8 INTO EVIDENCE.

10:53AM  17         THE COURT:  ANY OBJECTION?

10:53AM  18         MR. BEENE:  NO OBJECTION, YOUR HONOR.

10:53AM  19         THE COURT:  IT'S ADMITTED.

10:54AM  20    (PLAINTIFFS' EXHIBIT 8 WAS RECEIVED IN EVIDENCE.)

10:54AM  21    BY MR. RATINOFF:

10:54AM  22    Q.   I'D LIKE TO GO AHEAD AND CHANGE GEARS HERE.  ARE YOU

10:54AM  23    FAMILIAR WITH THE VERSION HISTORY OF NEO4J ENTERPRISE?

10:54AM  24    A.   YES.

10:54AM  25    Q.   AND HOW DID YOU COME FAMILIAR WITH THE VERSION HISTORY?

ZAGALSKY DIRECT BY MR. RATINOFF                                      51

10:54AM  1    A.   THROUGH MY WORK SELLING NEO4J SOFTWARE, IT'S IMPORTANT TO

10:54AM  2    UNDERSTAND AS WE MAKE NEW RELEASES OF VERSIONS, WHEN WE ADD NEW

10:54AM  3    FEATURES AND CAPABILITIES, WHEN WE FIX BUGS, ET CETERA, WE

10:54AM  4    CREATE NEW VERSIONS OF NEO4J ENTERPRISE.

10:54AM  5         SO THERE'S, YOU KNOW, VERSIONS LIKE 3.1, 3.2, 3.3, WE CALL

10:54AM  6    THOSE DOT RELEASES WHICH ARE RELEASED EVERY -- WELL, BACK IN

10:54AM  7    THE 2019, 2020 TIMEFRAME, THEY WERE TYPICALLY RELEASED EVERY

10:55AM  8    SIX MONTHS, THE DOT RELEASES.

10:55AM  9         AND THEN THERE WERE MINOR RELEASES LIKE 3.2.1, AND 3.2.2,

10:55AM 10    ET CETERA, THAT WERE RELEASED MORE FREQUENTLY, SOMETIMES ON A

10:55AM 11    MONTHLY BASIS.

10:55AM 12    Q.   AND I THINK YOU STOPPED AT NEO4J 3.3?

10:55AM 13    A.   UH-HUH.

10:55AM 14    Q.   WHAT WAS THE NEXT DOT RELEASE AFTER THAT?

10:55AM 15    A.   THAT WAS 3.4.

10:55AM 16    Q.   OKAY.  AND I ASSUME, OR LET ME ASK IT THIS WAY, DO YOU

10:55AM 17    REMEMBER APPROXIMATELY WHEN 3.4 WAS RELEASED BY NEO4J?

10:55AM 18    A.   3.4 WOULD HAVE BEEN RELEASED -- I'M NOT SURE I RECALL.

10:55AM 19    Q.   LET'S GO AHEAD AND HAVE YOU TURN TO --

10:55AM 20    A.   IT'S BEEN A WHILE, I KNOW THAT.

10:55AM 21    Q.   UNDERSTOOD.  THAT'S WHY I'M HERE TO HELP.

10:55AM 22         LET'S GO AHEAD AND TURN TO TAB 4 IN YOUR BINDER.

10:55AM 23    A.   DID YOU SAY 4?

10:55AM 24    Q.   YES, 4.  LET'S GET LANDSCAPE ORIENTED?

10:56AM 25    A.   YES, THIS HELPS.

ZAGALSKY DIRECT BY MR. RATINOFF                                      52

10:56AM  1    Q.   AND I JUST WANTED TO POINT TO THIS.  THIS HAS BEEN

10:56AM  2    PREMARKED AS PLAINTIFFS' TRIAL EXHIBIT NUMBER 4.

10:56AM  3         YOU MENTIONED THIS HELPS.  HOW DOES THIS HELP?

10:56AM  4    A.   WELL, IT'S GOT A DATE ON IT.

10:56AM  5    Q.   OKAY.

10:56AM  6    A.   MAY 17TH, 2018.  THIS IS A BLOG POST WRITTEN BY

10:56AM  7    PHILIP RATHLE, OUR VICE PRESIDENT OF PRODUCTS.  IT'S ANNOUNCING

10:56AM  8    THE RELEASE OF NEO4J 3.4.

10:56AM  9    Q.   AND WHEN NEO4J RELEASED 3.4, WHICH EDITIONS WERE RELEASED

10:56AM 10    WITH THAT NOMENCLATURE?

10:56AM 11    A.   BOTH COMMUNITY EDITION AND ENTERPRISE EDITION.

10:56AM 12    GENERALLY -- WELL, I COULD PROBABLY SAY ALWAYS.  WE ALWAYS

10:56AM 13    RELEASE COMMUNITY EDITION VERSION CONCURRENT WITH NEO4J

10:57AM 14    ENTERPRISE EDITION.  SO THERE WOULD HAVE BEEN A 3.4 COMMUNITY

10:57AM 15    EDITION AND A 3.4 ENTERPRISE EDITION.

10:57AM 16    Q.   AND WHAT IS THE PURPOSE OF THIS BLOG POST TO THE EXTENT

10:57AM 17    THAT YOU HAVEN'T ALREADY DISCUSSED -- LET ME STRIKE THAT

10:57AM 18    QUESTION.

10:57AM 19         WHAT WAS THE SIGNIFICANCE OF THIS PARTICULAR BLOG POST?

10:57AM 20    A.   SO I GUESS THE MOST SIGNIFICANT THING IS THAT IT'S KIND OF

10:57AM 21    EXPLAINING THE NEW FEATURES AND IMPROVEMENTS THAT CAME OUT WITH

10:57AM 22    VERSION 3.4 OVER WHAT WAS IN 3.3 AS WELL AS WHICH, YOU KNOW,

10:57AM 23    FEATURES ARE ENTERPRISE ONLY FEATURES INCLUDED IN NEO4J

10:57AM 24    ENTERPRISE EDITION VERSUS, YOU KNOW, NOT INCLUDED IN NEO4J

10:57AM 25    COMMUNITY EDITION.

ZAGALSKY DIRECT BY MR. RATINOFF                                    53

| | | |
|---|---|---|
| 10:57AM | 1 | AROUND THIS TIME WE, MAYBE EVEN A LITTLE BIT BEFORE THIS |
| 10:58AM | 2 | GOING BACK TO 3.1, 3.2, WE STARTED REALLY DIFFERENTIATING IN |
| 10:58AM | 3 | WHAT WAS AVAILABLE IN NEO4J ENTERPRISE EDITION VERSUS NEO4J |
| 10:58AM | 4 | COMMUNITY EDITION TO CREATE MORE VALUE IN THE COMMERCIALLY |
| 10:58AM | 5 | LICENSED PRODUCT NEO4J ENTERPRISE EDITION. |
| 10:58AM | 6 | Q.   AND AS FAR AS GOING TO THE NEXT PAGE OF EXHIBIT 4, THERE'S |
| 10:58AM | 7 | A SECTION THAT SAYS PERFORMANCE IMPROVEMENTS. |
| 10:58AM | 8 | WHAT IS THAT A REFERENCE TO? |
| 10:58AM | 9 | A.   SO THERE WERE SOME, YOU KNOW, THERE WAS SOME NEW FEATURES |
| 10:58AM | 10 | AND IMPROVED FEATURES IN THIS VERSION. |
| 10:58AM | 11 | YOU CAN SEE HIGHLIGHTED IS FAST BACKUPS ONLY FOR |
| 10:58AM | 12 | ENTERPRISE TWO TIMES FASTER. |
| 10:58AM | 13 | ENTERPRISE CYPHER RUN TIME WAS IMPROVED BY 70 PERCENT OVER |
| 10:58AM | 14 | 3.3, WHICH WAS REALLY SIGNIFICANT, AND THERE WERE SOME CHANGES |
| 10:58AM | 15 | TO THE BULK IMPORTER WHICH IS ONLY RESUMABLE IN THE ENTERPRISE |
| 10:59AM | 16 | EDITION. |
| 10:59AM | 17 | Q.   AND DOES THE ENTERPRISE CYPHER RUN TIME UP TO 70 PERCENT |
| 10:59AM | 18 | FASTER, WHICH EDITION DOES THAT APPLY TO? |
| 10:59AM | 19 | A.   ONLY THE ENTERPRISE EDITION, THAT'S WHY IT SAYS ENTERPRISE |
| 10:59AM | 20 | CYPHER RUN TIME. |
| 10:59AM | 21 | Q.   I'M TURNING TO PAGE -- UNFORTUNATELY, THIS IS NOT BATES |
| 10:59AM | 22 | NUMBERED SO THERE WOULD BE A BIG GRAPH ABOUT TWO-THIRDS OF THE |
| 10:59AM | 23 | WAY THROUGH. |
| 10:59AM | 24 | A.   YES, I'VE FOUND IT. |
| 10:59AM | 25 | Q.   IT SAYS, IT READS, "DASH NEO4J ENTERPRISE CYPHER RUN |

ZAGALSKY DIRECT BY MR. RATINOFF

10:59AM 1    TIME"?

10:59AM 2    A.   YES.

10:59AM 3    Q.   OKAY.  AND DO YOU UNDERSTAND WHAT THIS PARTICULAR GRAPH IS

10:59AM 4    INDICATING?

10:59AM 5    A.   YES.  FOR THE NEO4J ENTERPRISE ONLY, IT'S SHOWING THAT THE

11:00AM 6    ENTERPRISE CYPHER RUN TIME IS 70 PERCENT FASTER IN VERSION 3.4

11:00AM 7    VERSUS 3.3 WHERE INTERESTING, IT ALSO SHOWS THE PREVIOUS

11:00AM 8    RELEASE 3.3 THERE WAS ONLY A 10 PERCENT IMPROVEMENT OVER 3.2.

11:00AM 9    SO 70 PERCENT IMPROVEMENT WAS MASSIVE, AND IT'S SOMETHING THAT

11:00AM 10   WE TALLIED.

11:00AM 11   Q.   AND MAYBE YOU CAN PROVIDE A LITTLE MORE DETAIL OR COULD

11:00AM 12   YOU PLEASE PROVIDE A LITTLE BIT OF DETAIL OF WHAT CYPHER RUN

11:00AM 13   TIME IS?

11:00AM 14   A.   THE CYPHER RUN TIME IS THE ENGINE IN NEO4J THAT BASICALLY

11:00AM 15   ANSWERS THE QUESTIONS THAT THE USERS ARE ASKING OF THE

11:00AM 16   DATABASE, SO THE QUERIES.

11:00AM 17       CYPHER IS THE GRAPH QUERY LANGUAGE WHICH NEO4J INVENTED

11:00AM 18   AND IS USED BY DEVELOPERS TO CREATE QUESTIONS OR QUERIES TO GET

11:01AM 19   INFORMATION OF THE DATABASE.

11:01AM 20       SO THE CYPHER RUN TIME IS A REALLY CRITICAL PART OF NEO4J

11:01AM 21   FOR PERFORMANCE.

11:01AM 22   Q.   AND WERE THERE ANY CHANGES IN THE WAY THAT NEO4J LICENSED

11:01AM 23   BOTH EDITIONS OF NEO4J 3.4?

11:01AM 24   A.   NO CHANGE TO COMMUNITY EDITION.  BUT THIS IS WHEN WE MADE

11:01AM 25   THE CHANGE TO THE LICENSING OF NEO4J ENTERPRISE EDITION ADDING

ZAGALSKY DIRECT BY MR. RATINOFF                                          55

| | | |
|---|---|---|
| 11:01AM | 1 | THE COMMONS CLAUSE TO THE AGPL. |
| 11:01AM | 2 | Q.   AND WHY DID NEO4J ADD THE COMMONS CLAUSE? |
| 11:01AM | 3 | A.   WE ADDED THE COMMONS CLAUSE IN ORDER TO PROTECT OUR |
| 11:01AM | 4 | SOFTWARE AND MAKE IT SO THAT OTHER COMPANIES WOULDN'T BE ABLE |
| 11:01AM | 5 | TO SELL OUR SOFTWARE, YOU KNOW, KIND OF PACKAGE IT UP AND SELL |
| 11:02AM | 6 | IT WITHOUT NEO4J ALLOWING THEM TO RESELL ON OUR BEHALF AND |
| 11:02AM | 7 | GIVING US A LICENSE FEE AS WELL AS TO KEEP, AGAIN, THIRD |
| 11:02AM | 8 | PARTIES FROM SELLING SERVICES, CUSTOMER SUPPORT SERVICES OR |
| 11:02AM | 9 | CONSULTING SERVICES, DEVELOPMENT SERVICES ON THE NEO4J |
| 11:02AM | 10 | ENTERPRISE EDITION. |
| 11:02AM | 11 | Q.   AT LEAST WITHOUT PAYING FOR A LICENSE? |
| 11:02AM | 12 | A.   WITHOUT PAYING FOR A LICENSE, CORRECT. |
| 11:02AM | 13 | Q.   OKAY.  LET'S GO AHEAD AND -- |
| 11:02AM | 14 | ACTUALLY, BEFORE I DO THAT, I WOULD LIKE TO MOVE EXHIBIT 4 |
| 11:02AM | 15 | INTO EVIDENCE. |
| 11:02AM | 16 | MR. BEENE:  NO OBJECTION, YOUR HONOR. |
| 11:02AM | 17 | THE COURT:  IT'S ADMITTED. |
| 11:02AM | 18 | (PLAINTIFFS' EXHIBIT 4 WAS RECEIVED IN EVIDENCE.) |
| 11:02AM | 19 | BY MR. RATINOFF: |
| 11:02AM | 20 | Q.   AND LET'S GO AHEAD AND TURN TO EXHIBIT OR TAB 6. |
| 11:02AM | 21 | A.   GOT. |
| 11:02AM | 22 | Q.   TAB 6 HAS BEEN PREMARKED AS PLAINTIFFS' EXHIBIT 6. |
| 11:03AM | 23 | DO YOU RECOGNIZE THIS EXHIBIT? |
| 11:03AM | 24 | A.   I DO. |
| 11:03AM | 25 | Q.   AND HOW DO YOU RECOGNIZE IT? |

ZAGALSKY DIRECT BY MR. RATINOFF

11:03AM 1    A.   IT'S ANOTHER BLOG POST WRITTEN BY OUR VICE PRESIDENT OF

11:03AM 2    PRODUCTS, PHILIP RATHLE, R-A-T-H-L-E, AND IT IS ANNOUNCING OUR

11:03AM 3    NEO4J ENTERPRISE EDITION VERSION 3.5 AND A FURTHER CHANGE TO

11:03AM 4    OUR LICENSING MODEL FOR NEO4J ENTERPRISE EDITION WHERE WE WERE

11:03AM 5    SHIFTING TO AN OPEN CORE MODEL.

11:03AM 6    Q.   AND WHAT DO YOU MEAN BY OPEN CORE MODEL?

11:03AM 7    A.   WITH OPEN CORE, THE CORE DATABASE, WHICH IS NEO4J

11:03AM 8    COMMUNITY EDITION, REMAINED OPEN SOURCE UNDER THE GPL.

11:03AM 9         HOWEVER, NEO4J ENTERPRISE EDITION AT THIS POINT WAS MOVED

11:03AM 10   CLOSED SOURCE, FULLY PROPRIETARY AND ONLY AVAILABLE VIA

11:03AM 11   COMMERCIAL LICENSE.

11:03AM 12   Q.   AND WHEN YOU MEAN ONLY AVAILABLE, WHAT ARE YOU -- HOW DOES

11:04AM 13   THAT APPLY TO THE SOURCE CODE?

11:04AM 14   A.   THE SOURCE CODE IS PROPRIETARY.  SO PRIOR TO 3.5, THE

11:04AM 15   SOURCE CODE WAS AVAILABLE PUBLICALLY ON GITHUB FOR ANYBODY TO

11:04AM 16   REVIEW OUR SOURCE CODE.

11:04AM 17        IT MAY SEEM STRANGE THAT WE HAD THIS

11:04AM 18   NEO4J ENTERPRISE EDITION, THE COMMERCIAL VERSION OF NEO4J THAT

11:04AM 19   WE WERE SELLING PRIOR TO 3.5 WITHIN -- IT WAS DUAL LICENSED

11:04AM 20   UNDER THE AGPL AND LATER AGPL WITH COMMONS CLAUSE FOR OPEN

11:04AM 21   SOURCE WITH THE PRIMARY PURPOSE BEING SO THAT OUR CUSTOMERS,

11:04AM 22   ESPECIALLY BACK WHEN WE WERE A SMALLER COMPANY, HAVING THE

11:04AM 23   COMFORT OF BEING ABLE TO VIEW THE SOURCE CODE.

11:04AM 24        BUT THAT WAS IT.  THAT WAS THE INTENT WAS SO OUR CUSTOMERS

11:05AM 25   WERE COMFORTABLE THAT THE SOURCE CODE WAS AVAILABLE THERE AND

(58 of 179), Page 58 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 58 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 57 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                          57

11:05AM 1    IF NEO4J WENT UNDER AND THEY INVESTED A LOT IN BUILDING

11:05AM 2    APPLICATIONS ON TOP OF NEO4J, THE SOURCE CODE WAS THERE AND

11:05AM 3    THEY COULD HAVE ACCESS TO IT IN GITHUB.

11:05AM 4        WELL, IN 2018, WITH THE RELEASE OF 3.5, WE'RE A

11:05AM 5    WELL-ESTABLISHED COMPANY AND WE DIDN'T HAVE THOSE DISCUSSIONS

11:05AM 6    ANY MORE WITH CUSTOMERS WHERE THEY'RE WORRIED ABOUT NEO4J GOING

11:05AM 7    ORDER, AND WE NO LONGER FELT IT NECESSARY TO HAVE THE SOURCE

11:05AM 8    CODE AVAILABLE.  SO WE WENT FULLY PROPRIETARY SOURCE CODE AND

11:05AM 9    NO LONGER PUBLISHED OUR NEW VERSION STARTING WITH 3.5 ON

11:05AM 10   GITHUB.

11:05AM 11              THE COURT:  SO DID THE OLD SOURCE CODE REMAIN THEN

11:05AM 12   ON GITHUB?

11:05AM 13              THE WITNESS:  YES.

11:05AM 14              THE COURT:  SO THERE WAS LIMITATION TO THE COMMUNITY

11:05AM 15   AS TO THE USE OF THE OLDER VERSION?

11:05AM 16              THE WITNESS:  CORRECT.

11:05AM 17              THE COURT:  AND YOU MONETIZED, YOU MADE THE

11:05AM 18   DECISION, THE COMPANY DID, TO CLOSE SOURCE AND THEN ALL OF THE

11:06AM 19   IMPROVEMENTS THAT WOULD FOLLOW 3.5, I GUESS IT WAS, WOULD BE

11:06AM 20   PROPRIETARY?

11:06AM 21              THE WITNESS:  YES.  I JUST WANT TO EXPLAIN ONE

11:06AM 22   LITTLE CAVEAT OVER WHAT YOU JUST SAID.

11:06AM 23       SO NEO4J ENTERPRISE EDITION WAS NEVER MEANT FOR COMMUNITY

11:06AM 24   USE.  IT WAS OPEN SOURCE, BUT IT WAS -- WE DIDN'T DISTRIBUTE

11:06AM 25   BINARIES FOR ENTERPRISE EDITION.  WE ONLY MADE THE SOURCE

ZAGALSKY DIRECT BY MR. RATINOFF                                      58

| | | |
|---|---|---|
| 11:06AM | 1 | AVAILABLE. |
| 11:06AM | 2 | AND SOMEONE IN THE COMMUNITY, EVEN IF THEY WANTED TO, THEY |
| 11:06AM | 3 | WOULD HAVE A REALLY HARD TIME COMPILING NEO4J ENTERPRISE |
| 11:06AM | 4 | EDITION.  IT ESSENTIALLY WASN'T DONE BY THE COMMUNITY.  IT WAS |
| 11:06AM | 5 | THERE FOR VIEWING. |
| 11:06AM | 6 | AS OPPOSED TO NEO4J COMMUNITY EDITION WHERE THE SOURCE |
| 11:06AM | 7 | CODE WAS THERE AND PROBABLY FAIRLY COMMON FOR THE COMMUNITY TO |
| 11:06AM | 8 | CHANGE THE SOURCE CODE AND COMPILE THE SOURCE CODE, BUT WE ALSO |
| 11:07AM | 9 | MADE THE BINARIES, THE EXECUTABLES FOR COMMUNITY EDITION |
| 11:07AM | 10 | AVAILABLE FROM THE BEGINNING, AND WE STILL DO. |
| 11:07AM | 11 | THE COURT:  OKAY. |
| 11:07AM | 12 | BY MR. RATINOFF: |
| 11:07AM | 13 | Q.  AND WERE THERE CHANGES IN TERMS OF ADDITIONAL FEATURES TO |
| 11:07AM | 14 | NEO4J 3.5 ENTERPRISE? |
| 11:07AM | 15 | A.  YES, CERTAINLY. |
| 11:07AM | 16 | Q.  AND FEATURES THAT WEREN'T PREVIOUSLY FOUND IN 3.4; IS THAT |
| 11:07AM | 17 | WHAT YOU MEAN? |
| 11:07AM | 18 | A.  YES.  WITH EVERY, AGAIN, WITH EVERY DOT RELEASE, WHEN YOU |
| 11:07AM | 19 | GO FROM 3.3 TO 3.4, WE ADDED NEW FEATURES AND IMPROVEMENTS AND |
| 11:07AM | 20 | GO FROM 3.4 TO 3.5, THERE'S NEW FEATURES AND IMPROVEMENTS. |
| 11:07AM | 21 | EVERY NEW RELEASE HAS NEW FEATURES AND IMPROVEMENTS. |
| 11:07AM | 22 | Q.  WERE THERE ANY SIGNIFICANT NEW FEATURES THAT COME TO MIND |
| 11:07AM | 23 | WITH 3.5 THAT WERE FIRST INTRODUCED? |
| 11:07AM | 24 | A.  I DON'T RECALL.  I'M SURE THERE WERE, BUT I DON'T RECALL. |
| 11:07AM | 25 | LOOKING THROUGH THIS BLOG POST YOU SHOW AS AN EXHIBIT, THIS |

(60 of 179), Page 60 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 60 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 59 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                          59

11:08AM    1    BLOG POST AS OPPOSED TO THE LAST ONE WAS REALLY TO ANNOUNCE THE

11:08AM    2    NEW LICENSING MODEL VERSUS ANNOUNCING THE NEW FEATURES BECAUSE

11:08AM    3    PROBABLY THE BIGGEST THING WITH 3.5 WAS THE LICENSING MODEL.

11:08AM    4    BUT THERE CERTAINLY WERE NEW FEATURES, I JUST DON'T REMEMBER

11:08AM    5    WHAT THEY WERE.

11:08AM    6            MR. RATINOFF:  I WOULD LIKE TO MOVE PLAINTIFFS'

11:08AM    7    EXHIBIT 6 INTO EVIDENCE.

11:08AM    8            MR. BEENE:  NO OBJECTION, YOUR HONOR.

11:08AM    9            THE COURT:  IT'S ADMITTED.

11:08AM   10        (PLAINTIFFS' EXHIBIT 6 WAS RECEIVED IN EVIDENCE.)

11:08AM   11    BY MR. RATINOFF:

11:08AM   12    Q.   I'D LIKE TO GO AHEAD AND SWITCH GEARS AGAIN.  DO YOU KNOW

11:08AM   13    WHO JOHN MARK SUHY IS?

11:08AM   14    A.   YES.

11:08AM   15    Q.   AND HOW DO YOU KNOW WHO JOHN MARK SUHY IS?

11:08AM   16    A.   HE WAS THE PRINCIPAL OF A COMPANY CALLED PURETHINK, WHICH

11:08AM   17    WAS A NEO4J PARTNER IN THE FEDERAL SPACE WHEN I STARTED WORKING

11:08AM   18    AT NEO4J IN 2016.

11:08AM   19    Q.   AND IS PURETHINK STILL A NEO4J PARTNER?

11:09AM   20    A.   NO.

11:09AM   21    Q.   AND DID THAT STATUS CHANGE AT SOME POINT DURING YOUR

11:09AM   22    EMPLOYMENT?

11:09AM   23    A.   IT DID.

11:09AM   24    Q.   AND DO YOU RECALL APPROXIMATELY WHEN?

11:09AM   25    A.   I BELIEVE IT WAS IN 2017, PROBABLY THE SUMMER OF 2017.

ZAGALSKY DIRECT BY MR. RATINOFF                                          60

```
11:09AM   1    Q.   AND ARE YOU FAMILIAR WITH A COMPANY CALLED IGOV, INC.?

11:09AM   2    A.   I AM.

11:09AM   3    Q.   AND HOW DID YOU BECOME FAMILIAR WITH IGOV, INC.?

11:09AM   4    A.   AROUND THE TIME THAT WE TERMINATED THE PARTNERSHIP

11:09AM   5    AGREEMENT WITH PURETHINK, YOU KNOW, I WENT TO THE PURETHINK

11:09AM   6    WEBSITE, AND IT BASICALLY ANNOUNCED THAT MR. SUHY HAD CREATED A

11:09AM   7    NEW COMPANY CALLED IGOV AND IT POINTED TO THE IGOV WEBSITE.

11:10AM   8    Q.   OKAY.  CAN YOU PLEASE TURN TO TAB 86 IN YOUR BINDER?

11:10AM   9    A.   I'M THERE.

11:10AM  10    Q.   AND DO YOU MIND PUTTING THE EXHIBIT UP.

11:10AM  11         I'M ALSO GOING TO HAVE AN ELECTRONIC VERSION BECAUSE THIS

11:10AM  12    IS ACTUALLY A LIVE HTML DOCUMENT NATIVE.

11:10AM  13    A.   OKAY.

11:10AM  14    Q.   WE CAN GO AHEAD AND START ON THE PAPER VERSION WHILE HE'S

11:10AM  15    TRYING TO GET IT UP ON THE SCREEN.

11:10AM  16    A.   SURE.

11:10AM  17    Q.   I DON'T WANT TO TAKE UP THE COURT'S TIME UNNECESSARILY.

11:10AM  18         SO WE'RE LOOKING AT EXHIBIT 86?

11:11AM  19    A.   UH-HUH, YES.

11:11AM  20    Q.   DO YOU RECOGNIZE EXHIBIT 86?

11:11AM  21    A.   YES.

11:11AM  22    Q.   AND WHAT IS EXHIBIT 86?

11:11AM  23    A.   IT'S THE PURETHINK WEBSITE THAT I WAS JUST REFERRING TO.

11:11AM  24    Q.   AND THEN YOU HAD MENTIONED THAT THERE WAS A LINK TO THE

11:11AM  25    IGOV WEBSITE I BELIEVE.  IS THAT WHAT YOUR TESTIMONY WAS?
```

ZAGALSKY DIRECT BY MR. RATINOFF                                    61

```
11:11AM   1    A.   YES.

11:11AM   2    Q.   OKAY.  DANNY, CAN YOU PLEASE PUT THE CURSER OVER THE TOP.

11:11AM   3    IT SAYS GOVERNMENT PACKAGE FOR NEO4J, INC.

11:11AM   4        DO YOU SEE WHERE THAT CURSER IS HOVERING?

11:11AM   5    A.   YEP.  YES, IGOVSOL.COM.  THAT WAS THE GOVERNMENT WEBSITE.

11:11AM   6            MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 86 INTO

11:12AM   7    EVIDENCE, YOUR HONOR.

11:12AM   8            MR. BEENE:  NO OBJECTION, YOUR HONOR.

11:12AM   9            THE COURT:  IT'S ADMITTED.

11:12AM  10        (PLAINTIFFS' EXHIBIT 86 WAS RECEIVED IN EVIDENCE.)

11:12AM  11    BY MR. RATINOFF:

11:12AM  12    Q.   LET'S GO AHEAD AND TURN TO TAB 87.  ARE YOU THERE?

11:12AM  13    A.   I'M THERE.

11:12AM  14    Q.   OKAY.  DO YOU RECOGNIZE WHAT IS -- AND EXCUSE ME ONE

11:12AM  15    SECOND.  APOLOGIES.  TECHNICAL ISSUE.

11:12AM  16        IF YOU CAN TAKE A LOOK AT -- I'M SORRY.  DO YOU HAVE

11:12AM  17    EXHIBIT 87 IN FRONT OF YOU?  DO YOU RECOGNIZE EXHIBIT 87?

11:12AM  18    A.   YES, I DO.  THIS IS THE IGOV HOME PAGE OR WEBSITE THAT I

11:12AM  19    WAS REFERRING TO.

11:12AM  20    Q.   AND WHAT WAS YOUR REACTION WHEN YOU SAW THIS WEB PAGE?

11:12AM  21    A.   I WAS I GUESS SURPRISED BECAUSE IT CAME UP VERY, VERY

11:12AM  22    QUICKLY AFTER THE TERMINATION OF PURETHINK AND DISAPPOINTED TO

11:12AM  23    SEE THAT MR. SUHY, BASED ON MY READING OF THIS AND

11:13AM  24    UNDERSTANDING, HAD CREATED A NEW BUSINESS ENTITY WHICH WOULD

11:13AM  25    ALLOW HIM TO CONTINUE TO PROVIDE SERVICES ON
```

(63 of 179), Page 63 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 63 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 62 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                    62

11:13AM 1    NEO4J ENTERPRISE EDITION WHICH WOULD HAVE BEEN A VIOLATION OF

11:13AM 2    THE PARTNER AGREEMENT BETWEEN NEO4J, INC. AND PURETHINK.

11:13AM 3        SO THE WAY I READ THIS IS THAT MR. SUHY BY PASSED THE

11:13AM 4    RESTRICTIONS IN THE PARTNER AGREEMENT BY SIMPLY CREATING A NEW

11:13AM 5    BUSINESS ENTITY.

11:13AM 6              MR. BEENE:  YOUR HONOR, DO I SAY OBJECTION HERE

11:13AM 7    OR --

11:13AM 8              THE COURT:  YOU CAN SAY OBJECTION THERE.

11:13AM 9              MR. BEENE:  I MOVE TO STRIKE THAT LAST TESTIMONY.

11:13AM 10   THEY HAVE DISMISSED THEIR BREACH OF CONTRACT CLAIM IN THIS

11:13AM 11   ACTION, AND WE WAIVED THE CLAIMS RELATED TO THAT.  AND I THINK

11:14AM 12   THIS IS NOT APPROPRIATE AND IT'S IRRELEVANT.

11:14AM 13             MR. RATINOFF:  IT'S FOUNDATIONAL.  WE'RE NOT TRYING

11:14AM 14   TO RELITIGATE THE CLAIM.  IT'S FOUNDATIONAL.

11:14AM 15             THE COURT:  FOR?

11:14AM 16             MR. RATINOFF:  FOR DAMAGES.

11:14AM 17             THE COURT:  WELL, THEN IT SOUNDS LIKE IT'S RELEVANT.

11:14AM 18   YOU'RE SAYING IT IS RELEVANT FOR DAMAGES.

11:14AM 19             MR. RATINOFF:  YEAH, I WOULD APPRECIATE A LITTLE

11:14AM 20   LEEWAY TO GET THROUGH THE TESTIMONY AND IF HE WANTS TO OBJECT

11:14AM 21   THEN, THAT'S FINE.

11:14AM 22             THE COURT:  WELL, I'LL ALLOW IT TO COME IN AND GIVE

11:14AM 23   IT WHATEVER WEIGHT THE COURT FINDS IS APPROPRIATE, BUT --

11:14AM 24             MR. RATINOFF:  I CAN ADD, YOUR HONOR, ONE OF THE

11:14AM 25   ISSUES THAT THEY RAISED IS THAT MR. SUHY DOES NOT COMPETE WITH

(64 of 179), Page 64 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 64 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 63 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                    63

11:14AM 1    NEO4J AND THIS EVIDENCE GOES TO COUNTER THAT ASSERTION.

11:14AM 2         ALTHOUGH WE WOULD ACTUALLY, YOU KNOW, WE BELIEVE THAT'S

11:14AM 3    ALREADY BEEN ESTABLISHED, BUT THEY'VE DISPUTED IT SO IT'S

11:14AM 4    SOMETHING THAT NEEDS TO COME IN.

11:14AM 5         THE COURT:  WELL, MY PAUSING WAS WHETHER OR NOT THIS

11:15AM 6    WITNESS IS QUALIFIED TO TESTIFY ABOUT HIS BELIEF ABOUT THE

11:15AM 7    BREACH OR WHETHER IT WAS VIOLATIVE IN ANY WAY.

11:15AM 8         BUT THAT WASN'T THE OBJECTION.  THE OBJECTION WAS

11:15AM 9    RELEVANCE.

11:15AM 10        MR. BEENE:  IT WAS RELEVANCE.  I DON'T WANT TO HAVE

11:15AM 11   TO COME IN AND TALK ABOUT IT'S AN ILLEGAL CLAUSE, THIS STUFF.

11:15AM 12   IT'S GONE.  SO ONCE THINGS ARE GONE, THEY SHOULDN'T COME BACK.

11:15AM 13   SO IT'S IRRELEVANT IS MY POSITION.

11:15AM 14        THE COURT:  OKAY.  WELL, I'LL PERMIT IT JUST FOR

11:15AM 15   THIS, AND YOU'RE GOING TO MOVE ON FOR -- THIS IS FOUNDATIONAL

11:15AM 16   TO ANOTHER QUESTION.

11:15AM 17        MR. RATINOFF:  YES, YOUR HONOR, AND A THEME.  SO

11:15AM 18   WE'RE NOT GOING TO DWELL ON THE CONTRACT AT ALL.

11:15AM 19        THE COURT:  OKAY.

11:15AM 20   BY MR. RATINOFF:

11:15AM 21   Q.  AND THEN -- I'M SORRY.  DID YOU FINISH YOUR ANSWER?

11:15AM 22   A.  I DON'T KNOW.

11:15AM 23        THE COURT:  I THINK HE DID.  YOU CAN ASK ANOTHER

11:15AM 24   QUESTION.

11:15AM 25   BY MR. RATINOFF:

ZAGALSKY DIRECT BY MR. RATINOFF                                            64

11:15AM    1    Q.   OKAY.  ALL RIGHT.  AND I WAS ASKING YOU ABOUT WHAT YOUR

11:15AM    2    REACTION WAS TO THIS WEBSITE.

11:15AM    3         IN ADDITION YOU REFERENCE A CONTRACT.  WAS THERE ANYTHING

11:16AM    4    ELSE ABOUT THIS WEBSITE THAT BOTHERED YOU?

11:16AM    5    A.   WELL, I MEAN, I WAS BOTHERED TO FIND THAT MR. SUHY WAS

11:16AM    6    INTENDING TO CONTINUE TO COMPETE WITH NEO4J WITH THIS NEW

11:16AM    7    BUSINESS ENTITY.

11:16AM    8    Q.   AND WHEN YOU SAY, "COMPETE WITH NEO4J," WHAT DO YOU MEAN

11:16AM    9    BY "COMPETE"?

11:16AM   10    A.   WELL, IGOV WAS, YOU KNOW, INTENDING TO SELL SERVICES

11:16AM   11    AROUND NEO4J ENTERPRISE EDITION, AND PART OF MY JOB WAS SELLING

11:16AM   12    SERVICES AROUND NEO4J ENTERPRISE EDITION.  SO IGOV WAS IN

11:16AM   13    DIRECT COMPETITION WITH THE PRODUCTS AND SERVICES THAT I WAS

11:16AM   14    SELLING.

11:16AM   15         MR. RATINOFF:  YOUR HONOR, I'D LIKE TO MOVE

11:16AM   16    EXHIBIT 87 INTO EVIDENCE.

11:17AM   17         MR. BEENE:  NO OBJECTION.

11:17AM   18         THE COURT:  IT'S ADMITTED.

11:17AM   19    (PLAINTIFFS' EXHIBIT 87 WAS RECEIVED IN EVIDENCE.)

11:17AM   20    BY MR. RATINOFF:

11:17AM   21    Q.   LET'S GO AHEAD AND TURN TO EXHIBIT 88.

11:17AM   22         AND DO YOU RECOGNIZE EXHIBIT 88?

11:17AM   23    A.   I DO.

11:17AM   24    Q.   AND WHAT IS EXHIBIT 88?

11:17AM   25    A.   THIS IS ANOTHER PAGE WITHIN THE IGOV WEBSITE AT THE TIME.

ZAGALSKY DIRECT BY MR. RATINOFF                                    65

11:17AM  1    Q.   AND YOU LOOKED AT THIS PARTICULAR PAGE I BELIEVE YOU SAID

11:17AM  2    IN THE SUMMER OF 2017?

11:17AM  3    A.   YES.

11:17AM  4    Q.   AND WHAT WAS YOUR REACTION TO THIS PAGE?

11:17AM  5    A.   WELL, NOW THAT I SEE IT, THIS REMINDS ME WHY I SAW IGOV AS

11:17AM  6    COMPETITION, BECAUSE IN THE INDUSTRY, LIKE I MENTIONED, WE HAD,

11:17AM  7    YOU KNOW, A NUMBER OF SMALL COMPANIES THAT WERE TRYING TO

11:17AM  8    COMPETE WITH NEO4J, AND TYPICALLY WHAT A SMALL COMPANY WOULD

11:17AM  9    DO, WOULD BE TO PRESENT COMPETITIVE ANALYSIS OF WHAT THEY CAN

11:18AM  10   PROVIDE VERSUS THE MARKET LEADER.

11:18AM  11        SO NEO4J NEVER PROVIDED -- WELL, AS FAR AS I KNOW, NEVER

11:18AM  12   PROVIDED A COMPETITIVE ANALYSIS AGAINST OTHER GRAPH DATABASES

11:18AM  13   BECAUSE WE'RE THE MARKET LEADER, BUT OTHER COMPANIES DID.

11:18AM  14        TO ME, AS A SALES PROFESSIONAL, I LOOKED AT THIS AND SAW

11:18AM  15   IT AS A COMPETITIVE ANALYSIS CREATED BY IGOV WANTING TO SHOW

11:18AM  16   PROSPECTIVE NEO4J CUSTOMERS WHY THEY WOULD GET BETTER VALUE BY

11:18AM  17   PURCHASING SERVICES FROM IGOV ALONG WITH THE -- I MEAN,

11:18AM  18   BASICALLY WHAT IGOV, MY UNDERSTANDING OF THIS WEBSITE WAS IGOV

11:18AM  19   WAS SUGGESTING TO CUSTOMERS THAT THEY DIDN'T HAVE TO BUY A

11:19AM  20   NEO4J SUBSCRIPTION BECAUSE THEY COULD USE THE, THEY COULD USE

11:19AM  21   THE FREE OPEN SOURCE VERSION AND THEY WOULD PROVIDE SERVICES.

11:19AM  22   Q.   AND WHEN YOU MEAN FREE OPEN SOURCE VERSION, ARE YOU

11:19AM  23   REFERRING TO COMMUNITY OR ENTERPRISE EDITION?

11:19AM  24   A.   I'M REFERRING TO NEO4J ENTERPRISE EDITION.

11:19AM  25   Q.   AND AT THAT TIME DO YOU RECALL WHAT EDITION WAS AVAILABLE,

ZAGALSKY DIRECT BY MR. RATINOFF                                           66

11:19AM   1    VERSION WISE?  I APOLOGIZE.

11:19AM   2    A.   VERSION, YES.  UM, I BELIEVE AT THE TIME THIS WOULD HAVE

11:19AM   3    BEEN -- I'M LOOKING TO SEE IF IT SAYS IT -- BUT IT PROBABLY

11:19AM   4    WOULD HAVE BEEN NEO4J VERSION 3.3 OR 3.2.  SOMEWHERE AROUND

11:19AM   5    THERE.

11:19AM   6              MR. RATINOFF:  I WOULD LIKE TO MOVE EXHIBIT 88 INTO

11:19AM   7    EVIDENCE.

11:19AM   8              MR. BEENE:  NO OBJECTION.

11:19AM   9              THE COURT:  IT'S ADMITTED.

11:20AM  10         (PLAINTIFFS' EXHIBIT 88 WAS RECEIVED IN EVIDENCE.)

11:20AM  11    BY MR. RATINOFF:

11:20AM  12    Q.   AND DID YOU CONTINUE TO MONITOR IGOV'S WEBSITE AFTER

11:20AM  13    LOOKING AT IT INITIALLY?

11:20AM  14    A.   I DID, YES.

11:20AM  15    Q.   AND WHY DID YOU DO THAT?

11:20AM  16    A.   BECAUSE I SAW IGOV AS A COMPETITOR.  THEY WERE, THEY WERE,

11:20AM  17    YOU KNOW, TALKING TO THE SAME PROSPECTS THAT I WAS TALKING TO

11:20AM  18    AND TRYING TO SELL NEO4J'S SERVICES AS WELL AS PROVIDE, PROVIDE

11:20AM  19    THE SOFTWARE FOR FREE.

11:20AM  20    Q.   AND ASIDE FROM THE WEBSITE, WERE THERE ANY OTHER

11:20AM  21    INDICATIONS TO YOU THAT IGOV WAS A COMPETITOR?

11:20AM  22    A.   YES.

11:20AM  23    Q.   AND WHAT WERE THOSE INDICATIONS?

11:20AM  24    A.   WELL, IN SEPTEMBER OF 2017 I BECAME AWARE OF A

11:21AM  25    PRE-SOLICITATION NOTICE OR SPECIAL NOTICE OF INTENT TO AWARD

(68 of 179), Page 68 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 68 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 67 of 178

ZAGALSKY DIRECT BY MR. RATINOFF                                          67

11:21AM   1      SOLE SOURCE CONTRACT BY THE IRS TO PURETHINK.

11:21AM   2      Q.   AND HOW DID YOU DISCOVER THAT?

11:21AM   3      A.   I BELIEVE -- YOU KNOW, THERE'S -- THOSE SOLICITATIONS ARE

11:21AM   4      PUBLICLY POSTED, SO I SAW IT ON THE INTERNET.

11:21AM   5      Q.   IS THAT SOMETHING THAT YOU DO AS PART OF YOUR JOB IS TO

11:21AM   6      MONITOR GOVERNMENT SOLICITATIONS.

11:21AM   7      A.   I DO, I MONITOR GOVERNMENT SOLICITATIONS, YES.

11:21AM   8      Q.   AND WHY IS THAT?

11:21AM   9      A.   IT GIVES ME INFORMATION TO KNOW WHEN THERE'S A

11:21AM  10      SOLICITATION THAT I SHOULD BE BIDDING ON.

11:21AM  11      Q.   AND WHAT DID YOU DO ONCE YOU SAW THAT SPECIAL NOTICE?

11:21AM  12      A.   I IMMEDIATELY CONFERRED WITH THE LEADERSHIP TEAM AT NEO4J

11:21AM  13      AND RECOMMENDED THAT WE PROTEST THE IMPENDING SOLE SOURCE

11:22AM  14      AWARD.

11:22AM  15      Q.   AND DID NEO4J PROTEST THAT AWARD?

11:22AM  16      A.   WE DID.

11:22AM  17      Q.   IF YOU COULD GO AHEAD AND TURN TO EXHIBIT 57.

11:22AM  18      A.   I'M THERE.

11:22AM  19      Q.   OKAY.  AND IF YOU WOULD GO AHEAD AND TURN TO THE THIRD

11:22AM  20      PAGE OF THE EXHIBIT, IT'S ACTUALLY PAGE 1 OF THE LETTER FROM

11:22AM  21      ARNOLD & PORTER.

11:22AM  22          DO YOU SEE THAT?

11:22AM  23      A.   I DO, YES.

11:22AM  24      Q.   AND DO YOU RECOGNIZE THIS PORTION OF THE EXHIBIT?

11:22AM  25      A.   YES.

ZAGALSKY DIRECT BY MR. RATINOFF                                68

11:22AM  1    Q.   AND WHAT IS IT?

11:22AM  2    A.   IT IS THE PROTEST LETTER THAT NEO4J SENT TO THE IRS.

11:22AM  3    Q.   AND AT THE TIME, WHAT SOFTWARE WAS THE IRS USING FOR GRAPH

11:22AM  4    DATABASE TO YOUR KNOWLEDGE?

11:22AM  5    A.   AT THE TIME THEY WERE USING NEO4J ENTERPRISE EDITION.

11:22AM  6    Q.   AND YOU'LL LOOK IN THE FIRST PAGE OF THIS LETTER THERE'S A

11:23AM  7    REFERENCE TO THE IGOV GRAPH DATABASE AND RELATED SERVICES

11:23AM  8    INTENDED TO SUPPORT THE AGENCY'S CDW KNOWLEDGE GRAPH

11:23AM  9    ENVIRONMENT AND THEN IN PARENS AND QUOTES CKGE.

11:23AM  10        DO YOU SEE THAT?

11:23AM  11   A.   I DO, YES.

11:23AM  12   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT THAT IS IN

11:23AM  13   REFERENCE TO?

11:23AM  14   A.   I DO.  IT WAS, IT WAS -- I REMEMBER IT BEING A LITTLE

11:23AM  15   STRANGE BECAUSE IT WAS NOTICE OF INTENT TO AWARD A CONTRACT TO

11:23AM  16   PURETHINK I BELIEVE, BUT YET THEY REFERENCED AN IGOV GRAPH

11:23AM  17   DATABASE.

11:23AM  18        AND I -- YOU KNOW, I NEVER HEARD OF AN IGOV GRAPH

11:23AM  19   DATABASE, BUT I ASSUMED THAT THAT MEANT NEO4J ENTERPRISE BEING

11:23AM  20   DELIVERED TO THE IRS BY IGOV.

11:24AM  21   Q.   AND THEN LOOKING AT PAGE 5 OF THE LETTER, NOT THE EXHIBIT.

11:24AM  22   A.   THE BIG NUMBERS AT THE TOP?

11:24AM  23   Q.   YEAH, YEAH.

11:24AM  24   A.   YES.

11:24AM  25   Q.   SORRY ABOUT THAT.  ARE YOU -- DO YOU SEE WHERE THERE'S A

ZAGALSKY DIRECT BY MR. RATINOFF                                           69

11:24AM  1    ROMAN NUMERAL III, GROUNDS OF PROTEST?

11:24AM  2    A.   YES.

11:24AM  3    Q.   AND WHAT IS THIS IN REFERENCE TO PURETHINK IS -- I'M

11:24AM  4    SORRY.  DID YOU SEE THIS LETTER BEFORE IT WAS FILED WITH THE

11:24AM  5    GOVERNMENT?

11:24AM  6    A.   I DID.  I REVIEWED IT PRIOR TO ITS SUBMISSION TO THE

11:24AM  7    GOVERNMENT.

11:24AM  8    Q.   AND WHAT WAS YOUR UNDERSTANDING OF THIS PARTICULAR ROMAN

11:24AM  9    NUMERAL III, SECTION A, AND THEN THERE'S A REFERENCE TO

11:24AM  10   BUSINESS SERVICES IN THE SECOND PARAGRAPH?

11:24AM  11   A.   UH-HUH, YES.

11:24AM  12   Q.   AND IT SAYS, "HERE THE SPECIAL NOTICE STATES THAT

11:24AM  13   PURETHINK IS THE ONLY PROVIDER OF BUSINESS SERVICES NEEDED FOR

11:25AM  14   THE AGENCY'S CDW," CHARLIE, DAVID, WILCOX, "KNOWLEDGE GRAPH

11:25AM  15   ENVIRONMENT."

11:25AM  16       DO YOU SEE THAT?

11:25AM  17   A.   YES, I DO.

11:25AM  18   Q.   AND WHAT IS THAT IN REFERENCE TO?

11:25AM  19   A.   SO THE -- PART OF THE SOLE SOURCE JUSTIFICATION IN THE

11:25AM  20   SPECIAL NOTICE WAS SAYING THAT PURETHINK WAS THE ONLY PROVIDER

11:25AM  21   OF BUSINESS SERVICES WHICH WAS NEEDED BY THE CKGE.  CKGE IS

11:25AM  22   SHORT FOR CDW KNOWLEDGE GRAPH ENVIRONMENT.

11:25AM  23   Q.   SO SINCE IT'S A MOUTHFUL, CAN WE JUST CALL IT CKGE?

11:25AM  24   A.   ABSOLUTELY.

11:25AM  25   Q.   I THINK COUNSEL WOULD PROBABLY AGREE TO THAT.

(71 of 179), Page 71 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 71 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 70 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                        70

| | | |
|---|---|---|
| 11:25AM | 1 | A.   SO THIS IS, YOU KNOW, STATING OUR -- THAT, YOU KNOW, WE |
| 11:25AM | 2 | DIDN'T BELIEVE THAT IT WAS TRUE THAT PURETHINK WAS THE ONLY |
| 11:26AM | 3 | PROVIDER OF BUSINESS SERVICES NEEDED BY THE CKGE. |
| 11:26AM | 4 | WE SHARED NEO4J WAS CAPABLE OF DOING THAT, ATOM RAIN, |
| 11:26AM | 5 | A-T-O-M  R-A-I-N, TWO WORDS; GRAPH AWARE, AWARE, A-W-A-R-E.  I |
| 11:26AM | 6 | CAN READ THEM, BUT THERE ARE THREE OTHER COMPANIES THAT WERE I |
| 11:26AM | 7 | BELIEVE NEO4J PARTNERS AT THE TIME THAT WOULD HAVE BEEN |
| 11:26AM | 8 | PERFECTLY CAPABLE OF PROVIDING BUSINESS SERVICES. |
| 11:26AM | 9 | MR. RATINOFF:  AND I'D LIKE TO GO AHEAD AND MOVE |
| 11:26AM | 10 | EXHIBIT 57 INTO EVIDENCE? |
| 11:26AM | 11 | THE COURT:  ANY OBJECTION? |
| 11:26AM | 12 | MR. BEENE:  NO OBJECTION. |
| 11:26AM | 13 | THE COURT:  IT'S ADMITTED. |
| 11:26AM | 14 | (PLAINTIFFS' EXHIBIT 57 WAS RECEIVED IN EVIDENCE.) |
| 11:26AM | 15 | BY MR. RATINOFF: |
| 11:26AM | 16 | Q.   NOW, I THINK YOU MENTIONED AT THE TIME THAT YOU THOUGHT |
| 11:26AM | 17 | 3.3 WAS THE CURRENT VERSION OF NEO4J; IS THAT CORRECT? |
| 11:27AM | 18 | A.   YES. |
| 11:27AM | 19 | Q.   AND WE DID TALK ABOUT NEO4J 3.4 EARLIER, I BELIEVE. |
| 11:27AM | 20 | A.   CORRECT. |
| 11:27AM | 21 | Q.   AND ONCE NEO4J RELEASED NEO4J ENTERPRISE 3.4 IN I BELIEVE |
| 11:27AM | 22 | NOVEMBER OF 2018 -- NO, I'M SORRY, MAY OF 2018, WAS THAT THE |
| 11:27AM | 23 | CORRECT DATE? |
| 11:27AM | 24 | LET'S STRIKE THAT QUESTION.  I DON'T WANT TO CONFUSE YOU. |
| 11:27AM | 25 | A.   THERE WERE A LOT OF DATES BACK THEN.  IT'S BEEN A LONG |

ZAGALSKY DIRECT BY MR. RATINOFF

| | | |
|---|---|---|
| 11:27AM | 1 | TIME. |
| 11:27AM | 2 | Q.   I KNOW IT WAS A LONG TIME AGO. |
| 11:27AM | 3 |      SO I'M GOING TO TURN YOU BACK TO AN EXHIBIT. |
| 11:27AM | 4 |      LET'S GET IT CORRECT. |
| 11:27AM | 5 |           MR. BEENE:  EXCUSE ME, YOUR HONOR.  I APOLOGIZE.  DO |
| 11:27AM | 6 | YOU EVER TAKE A BREAK DURING THE DAY? |
| 11:27AM | 7 |           THE COURT:  WELL, WE BEGAN EVIDENCE AT 10:00.  I |
| 11:27AM | 8 | THOUGHT WE WOULD GO UNTIL NOON. |
| 11:27AM | 9 |           MR. BEENE:  OKAY. |
| 11:28AM | 10 |           THE COURT:  BUT IF WE NEED A BREAK, IF ANYBODY NEEDS |
| 11:28AM | 11 | A BREAK FOR JUST A MOMENT, I'M HAPPY TO TAKE ONE NOW IF YOU |
| 11:28AM | 12 | WOULD LIKE. |
| 11:28AM | 13 |           MR. BEENE:  I WOULD APPRECIATE IT. |
| 11:28AM | 14 |           THE COURT:  LET'S TAKE TEN MINUTES. |
| 11:28AM | 15 |           MR. BEENE:  I CAN'T SPEAK FOR OTHERS. |
| 11:28AM | 16 |           THE COURT:  SURE.  LET'S TAKE TEN MINUTES AND THEN |
| 11:28AM | 17 | WE'LL COME BACK.  YOU CAN STAND DOWN, SIR. |
| 11:28AM | 18 |           THE WITNESS:  SURE. |
| 11:28AM | 19 |           THE COURT:  AND WE'LL SEE YOU IN TEN MINUTES. |
| 11:28AM | 20 |        (RECESS FROM 11:28 A.M. UNTIL 11:40 A.M.) |
| 11:40AM | 21 |           THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 11:40AM | 22 |      THE WITNESS CAN RESUME THE STAND, PLEASE. |
| 11:41AM | 23 |      ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN. |
| 11:41AM | 24 |      I THOUGHT WE WOULD GO UNTIL 12:30 IF THAT'S OKAY. |
| 11:41AM | 25 |           MR. RATINOFF:  THAT'S FINE, YOUR HONOR.  I'M |

(73 of 179), Page 73 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 73 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 72 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                                72

| | | |
|---|---|---|
| 11:41AM | 1 | ACTUALLY ALMOST DONE WITH THIS PARTICULAR PORTION OF HIS |
| 11:41AM | 2 | TESTIMONY.  I THINK WE CAN ALSO, WITH YOUR PREFERENCE, WE CAN |
| 11:41AM | 3 | STOP AT NOON OR A LITTLE BIT AFTER NOON. |
| 11:41AM | 4 | THE COURT:  OKAY.  ALL RIGHT.  WELL, LET'S SEE WHERE |
| 11:41AM | 5 | YOU GO. |
| 11:41AM | 6 | MR. RATINOFF:  I'LL LET YOU KNOW IF I'M AT A |
| 11:41AM | 7 | STOPPING POINT AND IF YOU WANT TO TAKE A BREAK, THEN I'M FINE |
| 11:41AM | 8 | WITH THAT. |
| 11:41AM | 9 | Q.  I THINK WHERE WE LEFT OFF WE WERE TALKING ABOUT ONGDB 3.4, |
| 11:41AM | 10 | AND WE WERE TRYING TO FIGURE OUT WHAT DATE THAT CAME OUT. |
| 11:41AM | 11 | AND I WANT YOU TO JUST GO AHEAD AND LOOK AT EXHIBIT 4, |
| 11:41AM | 12 | PLEASE. |
| 11:42AM | 13 | THE CLERK:  THAT'S ALREADY IN EVIDENCE. |
| 11:42AM | 14 | THE COURT:  IT'S BEEN ADMITTED, AND WE CAN PUBLISH |
| 11:42AM | 15 | THIS. |
| 11:42AM | 16 | THE WITNESS:  MAY 17TH, 2018.  WE ALREADY TALKED |
| 11:42AM | 17 | ABOUT THIS SOME MORE AND I COULDN'T REMEMBER. |
| 11:42AM | 18 | BY MR. RATINOFF: |
| 11:42AM | 19 | Q.  I WAS ASKING YOU APPROXIMATELY WHEN THE 3.4 WAS RELEASED? |
| 11:42AM | 20 | A.  YES. |
| 11:42AM | 21 | Q.  DOES THIS DOCUMENT HELP REFRESH YOUR RECOLLECTION? |
| 11:42AM | 22 | A.  YES, YES, MAY 2018. |
| 11:42AM | 23 | Q.  OKAY.  AND SO AT THIS TIME DID YOU STILL VIEW IGOV AS A |
| 11:42AM | 24 | COMPETITOR? |
| 11:42AM | 25 | A.  YES, I DID. |

(74 of 179), Page 74 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 74 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 73 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                        73

11:42AM  1    Q.   AND WHY IS THAT?

11:42AM  2    A.   I VIEWED THEM AS A COMPETITOR BECAUSE THEY WERE -- AT THIS

11:42AM  3    POINT WHEN WE INTRODUCED THE COMMONS CLAUSE, I BELIEVE IGOV WAS

11:42AM  4    DISTRIBUTING BINARIES FOR NEO4J ENTERPRISE EDITION.  SO

11:43AM  5    BASICALLY PROVIDING A COMPILED VERSION OF

11:43AM  6    NEO4J ENTERPRISE EDITION TO CUSTOMERS FOR FREE AND THEN

11:43AM  7    PROVIDING SERVICES.

11:43AM  8         SO THAT WAS EATING INTO MY SALES OPPORTUNITIES BECAUSE I

11:43AM  9    WAS CHARGING FOR MY SOFTWARE AND IGOV WAS GIVING IT AWAY.

11:43AM  10   Q.   AND IN ADDITION TO THE BINARIES, WERE THERE ANY OTHER

11:43AM  11   CHANGES IN THE WAY THAT IGOV IS COMPETING OR STARTING TO

11:43AM  12   COMPETE WITH NEO4J?

11:43AM  13   A.   YES.  THEY WERE SELLING SERVICES AS WELL.

11:43AM  14   Q.   AND DID THEY MAKE ANY CHANGES TO THEIR SOFTWARE AT THAT

11:43AM  15   TIME?

11:43AM  16   A.   YES, THEY DID.  AS A MATTER OF FACT, I BELIEVE -- YEAH,

11:43AM  17   THIS WAS WHEN ONGDB WAS CREATED AND THEY STARTED DISTRIBUTING

11:44AM  18   ONGDB, WHICH IS BASICALLY A PIRATED VERSION OF NEO4J.  THEY

11:44AM  19   MODIFIED THE LICENSE CODE AND REMOVED THE COMMONS CLAUSE, AND,

11:44AM  20   THAT'S RIGHT, THIS IS WHEN THEY -- THEY WERE DELIVERING A

11:44AM  21   PIRATED VERSION OF OUR SOFTWARE FOR FREE ALONG WITH SERVICES.

11:44AM  22   Q.   OKAY.  AND JUST TO BE CLEAR, WHAT DO YOU MEAN BY "PIRATED

11:44AM  23   SOFTWARE"?

11:44AM  24   A.   WELL, THEY STARTED WITH NEO4J LICENSED SOFTWARE, THEY

11:44AM  25   MODIFIED THE LICENSE, AND COMPILED IT IN STRANGE WAYS AND

(75 of 179), Page 75 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 75 of 179
Case 5:18-cv-07182-EJD  Document 231  Filed 11/29/23  Page 74 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                          74

11:44AM  1    DELIVERED IT TO CUSTOMERS TELLING THEM THAT IT WAS A FREE

11:44AM  2    DROP-IN REPLACEMENT FOR NEO4J ENTERPRISE EDITION.  IT DIDN'T

11:44AM  3    HAVE A PROPER LICENSE.  I CALL THAT PIRATED.

11:45AM  4    Q.   AND THEN IF YOU WOULD TURN TO EXHIBIT 89.

11:45AM  5         DO YOU RECOGNIZE EXHIBIT 89?

11:45AM  6    A.   I DO.

11:45AM  7    Q.   AND WHAT IS EXHIBIT 89?

11:45AM  8    A.   IT'S A LATER VERSION OF THE IGOV WEBSITE WHERE THEY ARE

11:45AM  9    INDICATING THAT THEY SUPPORT ONGDB ENTERPRISE, WHICH IS THE

11:45AM  10   PIRATED VERSION OF NEO4J ENTERPRISE EDITION THAT I MENTIONED.

11:45AM  11            MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 89 INTO

11:45AM  12   EVIDENCE.

11:45AM  13            MR. BEENE:  NO OBJECTION.

11:45AM  14            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM  15        (PLAINTIFFS' EXHIBIT 89 WAS RECEIVED IN EVIDENCE.)

11:45AM  16   BY MR. RATINOFF:

11:45AM  17   Q.   AND YOU MENTIONED ONGDB.  WHETHER WAS ONGDB -- I'M SORRY.

11:46AM  18   DID YOU LOOK AT THE SOFTWARE ON ONGDB?

11:46AM  19   A.   I DID.  I LOOKED AT THE SOURCE CODE ON GITHUB.

11:46AM  20   Q.   AND WHAT DID YOU FIND?

11:46AM  21   A.   I FOUND THAT THE COMMONS CLAUSE WAS REMOVED FROM THE

11:46AM  22   LICENSE.  SO IT WAS VERSION 3.4 OF NEO4J ENTERPRISE EDITION,

11:46AM  23   BUT INSTEAD OF HAVING THE PROPER NEO4J AGPL PLUS COMMENTS

11:46AM  24   CLAUSE LICENSE, IT JUST HAD THE STANDARD AGPL LICENSE.

11:46AM  25   Q.   AND THEN MOVING ON TO NEO4J 4.5, WE TALKED ABOUT THAT A

(76 of 179), Page 76 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 76 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 75 of 178

75

ZAGALSKY DIRECT BY MR. RATINOFF

11:46AM   1    LITTLE BIT EARLIER?

11:46AM   2    A.    UH-HUH.

11:46AM   3    Q.    AND IF YOU WOULD GO AHEAD -- I WON'T TEST YOU ON THE DATE.

11:46AM   4    IF YOU WOULD GO AHEAD AND TURN TO EXHIBIT 6, AND I BELIEVE THIS

11:46AM   5    HAS ALREADY BEEN ADMITTED.

11:46AM   6    A.    YES, NOVEMBER 2018.

11:46AM   7    Q.    OKAY.  SO AT THAT TIME, AND -- STRIKE THAT.

11:47AM   8         ANY TIME AFTER THAT, DID YOU CONTINUE TO VIEW IGOV AS A

11:47AM   9    COMPETITOR?

11:47AM  10    A.    YES.

11:47AM  11    Q.    AND WHY IS THAT?

11:47AM  12    A.    WELL, THEY CONTINUED TO DISTRIBUTE ONGDB AND SELL SERVICES

11:47AM  13    ON ONGDB, BUT THEY WENT FROM ONGDB 3.4 TO ONGDB 3.5, WHICH

11:47AM  14    REALLY SHOULDN'T HAVE BEEN POSSIBLE BECAUSE 3.5, REMEMBER, WAS

11:47AM  15    WHEN WE MOVED TO THE FULLY PROPRIETARY CLOSED SOURCE MODEL FOR

11:47AM  16    THE NEO4J ENTERPRISE EDITION.

11:47AM  17         SO WHEN I SAW THAT IGOV WAS CONTINUING TO DISTRIBUTE

11:47AM  18    NEO4J ENTERPRISE EDITION WITH A 3.5 VERSION, I WAS SURPRISED

11:47AM  19    AND DISAPPOINTED OF COURSE.  IT SHOULDN'T HAVE BEEN POSSIBLE.

11:48AM  20         SO I WENT BACK TO GITHUB AND LOOKED AT THE SOURCE CODE

11:48AM  21    AND FOUND THAT IT WAS SORT OF A MISHMASH OF NEO4J'S VERSIONS

11:48AM  22    PUT TOGETHER AND CALLED ONGDB 3.5.5 WITH AN AGPL LICENSE.

11:48AM  23    Q.    AND YOU SAID IT WAS 3.5.5?  DID YOU SAY IT WAS ONGDB

11:48AM  24    3.5.5?

11:48AM  25    A.    YES.

ZAGALSKY DIRECT BY MR. RATINOFF                                    76

11:48AM   1    Q.   AND DID NEO4J HAVE A RELEASE OF NEO4J ENTERPRISE WITH THE

11:48AM   2    VERSION NUMBER 3.5.5?

11:48AM   3    A.   YES, WE DID.

11:48AM   4    Q.   AND THEN IF YOU WOULD GO AHEAD AND PLEASE TURN TO

11:48AM   5    EXHIBIT 91.  I'LL GIVE YOU A SECOND, I'M SORRY.

11:49AM   6    A.   I'M THERE.

11:49AM   7    Q.   OKAY.  DO YOU RECOGNIZE EXHIBIT 91?

11:49AM   8    A.   YES, I DO.

11:49AM   9    Q.   AND WHAT IS EXHIBIT 91?

11:49AM  10    A.   IT'S IGOV'S WEBSITE FROM MARCH OF 2019 ANNOUNCING THAT

11:49AM  11    ONGDB ENTERPRISE 3.5.5 IS READY FOR PRODUCTION.

11:49AM  12             MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 91 INTO

11:49AM  13    EVIDENCE.

11:49AM  14             MR. BEENE:  NO OBJECTION.

11:49AM  15             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:49AM  16        (PLAINTIFFS' EXHIBIT 91 WAS RECEIVED IN EVIDENCE.)

11:49AM  17    BY MR. RATINOFF:

11:49AM  18    Q.   IS THIS WHERE YOU LEARNED ABOUT ONGDB 3.5.5?

11:49AM  19    A.   YES.

11:49AM  20    Q.   AND I THINK YOU ALREADY TESTIFIED.  WHAT DID YOU DO AFTER

11:49AM  21    YOU SAW THIS WEBSITE?

11:49AM  22    A.   I DON'T RECALL.  I'M NOT SURE WHAT YOU'RE ASKING.

11:50AM  23    Q.   I APOLOGIZE.  YOU MENTIONED EARLIER THAT YOU WENT TO

11:50AM  24    GITHUB?

11:50AM  25    A.   OH, YES.

ZAGALSKY DIRECT BY MR. RATINOFF                                    77

11:50AM  1    Q.   AND WHAT PROMPTED YOU TO GO TO GITHUB?

11:50AM  2    A.   WELL, THIS IS A LITTLE DIFFERENT HERE THAN THE PREVIOUS

11:50AM  3    PIRATED VERSION OF THE SOFTWARE BECAUSE IT SAYS RIGHT HERE

11:50AM  4    ONGDB 3.5.5 IS NEO4J 3.5.5 CORE PLUS THE ENTERPRISE FEATURES

11:50AM  5    THAT NEO4J, INC., REMOVED FROM THE CODE BASE AS OF VERSION 3.5.

11:50AM  6         SO I TOOK THAT TO MEAN THE NEO4J 3.5.5 CORE, I TOOK THAT

11:50AM  7    TO MEAN THE NEO4J COMMUNITY EDITION 3.5.5, PLUS THE ENTERPRISE

11:51AM  8    FEATURES THAT WE REMOVED FROM THE CODE BASE AS OF 3.5.

11:51AM  9         WHAT I TOOK THIS TO MEAN WAS THAT SINCE NEO4J WAS NO

11:51AM  10   LONGER PUBLISHING SOURCE CODE FOR THE NEO4J ENTERPRISE EDITION

11:51AM  11   FEATURES AS OF 3.5, MR. SUHY SOMEHOW WAS TAKING FEATURES,

11:51AM  12   SOURCE CODE THAT WASN'T PART OF 3.5.5 AND COMPILING IT WITH THE

11:51AM  13   COMMUNITY EDITION 3.5.5 TO CREATE HIS NEWEST PIRATED VERSION OF

11:51AM  14   NEO4J WHICH HE WAS STILL CALLING A DROP-IN REPLACEMENT FOR

11:51AM  15   NEO4J ENTERPRISE EDITION.

11:51AM  16   Q.   AND WAS ONGDB A PROBLEM FOR YOU IN SELLING TO GOVERNMENT

11:52AM  17   AGENCIES?

11:52AM  18   A.   YES, IT WAS.

11:52AM  19   Q.   AND HOW IS IT A PROBLEM?

11:52AM  20   A.   WELL, GOVERNMENT CUSTOMERS WHO BECAME AWARE OF ONGDB, THEY

11:52AM  21   HAD A CHOICE OF PURCHASING THE NEO4J SUBSCRIPTION AS A COST

11:52AM  22   FROM NEO4J, INC., OR -- AND PURCHASING NEO4J SUPPORT AND

11:52AM  23   SERVICES FROM NEO4J, INC., OR GETTING THE FREE PIRATED VERSION

11:52AM  24   FROM IGOV ALONG WITH SERVICES FROM MR. SUHY.

11:52AM  25        AND, YOU KNOW, SOME PEOPLE IN THE GOVERNMENT LIKE IT FREE.

(79 of 179), Page 79 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 79 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 78 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                          78

| | | |
|---|---|---|
| 11:52AM | 1 | WHO WOULDN'T? |
| 11:52AM | 2 | SO IT MADE MY JOB A LITTLE MORE DIFFICULT IN CERTAIN |
| 11:52AM | 3 | CASES. |
| 11:53AM | 4 | MR. RATINOFF:  YOUR HONOR, I'M IN A PLACE WHERE I |
| 11:53AM | 5 | CAN STOP OR IF WE PROCEED, I'LL PROBABLY NEED AT LEAST ANOTHER |
| 11:53AM | 6 | HALF HOUR OR 45 MINUTES OR SO? |
| 11:53AM | 7 | THE COURT:  WELL, I THOUGHT WE WOULD GO TO THE |
| 11:53AM | 8 | BOTTOM OF THE HOUR JUST TO CAPTURE SOME -- |
| 11:53AM | 9 | MR. RATINOFF:  -- LOST TIME? |
| 11:53AM | 10 | THE COURT:  YES.  SO WHY DON'T WE DO THAT.  WE'LL |
| 11:53AM | 11 | BREAK ABOUT 12:30 FOR LUNCH. |
| 11:53AM | 12 | MR. RATINOFF:  OKAY. |
| 11:53AM | 13 | Q.   AND ARE YOU FAMILIAR WITH A DIVISION AT THE IRS WITH THE |
| 11:53AM | 14 | ACRONYM RAAS? |
| 11:53AM | 15 | A.   YES, I AM. |
| 11:53AM | 16 | Q.   AND WHAT IS YOUR UNDERSTANDING OF RAAS? |
| 11:53AM | 17 | A.   RESEARCH, APPLIED ANALYTICS, AND STATISTICS. |
| 11:53AM | 18 | Q.   AND HOW IS THAT OR WHAT IS THAT IN TERMS OF BEING AT THE |
| 11:53AM | 19 | IRS? |
| 11:53AM | 20 | A.   WELL, TO ME, RAAS WAS THE GROUP THAT HAD BEEN USING NEO4J. |
| 11:53AM | 21 | SINCE PRIOR TO MY ARRIVAL AT NEO4J IN 2016, THEY HAD BEEN USING |
| 11:54AM | 22 | NEO4J COMMUNITY EDITION. |
| 11:54AM | 23 | AND THEN THEY, IN 2017, THEY BEGAN USING, YOU KNOW, THE |
| 11:54AM | 24 | VARIOUS PIRATED VERSIONS OF NEO4J ENTERPRISE VERSION THAT |
| 11:54AM | 25 | MR. SUHY PROVIDED TO THEM. |

(80 of 179), Page 80 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 80 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 79 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                          79

11:54AM  1   Q.   AND THEN YOU MENTIONED BEFORE YOUR ARRIVAL.  DID YOU HAVE

11:54AM  2   ANY PRIOR KNOWLEDGE OF WHAT RAAS WAS BEFORE COMING TO NEO4J?

11:54AM  3   A.   NO, I DIDN'T.

11:54AM  4   Q.   SO YOU LEARNED ABOUT RAAS THROUGH YOUR WORK AT NEO4J?

11:54AM  5   A.   CORRECT.

11:54AM  6   Q.   NOW, I THINK WE ALREADY DISCUSSED THE CKGE AND WHAT IT

11:54AM  7   MEANS?

11:54AM  8   A.   YES.

11:54AM  9   Q.   AND HOW DOES THE CKGE RELATE TO RAAS?

11:54AM  10  A.   RAAS WAS THE ORGANIZATION AT THE IRS THAT WAS RESPONSIBLE

11:54AM  11  FOR THE CKGE PROGRAM.

11:54AM  12  Q.   AND I BELIEVE WE SAW THAT PROGRAM MENTIONED IN THE PROTEST

11:55AM  13  THAT WE LOOKED AT EARLIER; CORRECT?

11:55AM  14  A.   CORRECT.

11:55AM  15  Q.   AND WHAT ENDED UP HAPPENING WITH THAT PROTEST?

11:55AM  16  A.   WELL, WE WON THE PROTEST AND THE IRS, RAAS TEAM, HAD TO

11:55AM  17  WORK WITH THEIR PROCUREMENT FOLKS TO GO BACK AND REWORK THE

11:55AM  18  SOLICITATION THAT WAS FAULTY AS INDICATED BY THE FACT THAT WE

11:55AM  19  WON THE PROTEST.

11:55AM  20       AND THEN IN I BELIEVE IT WAS MAY OF 2018 I CAME ACROSS A

11:55AM  21  PRE-SOLICITATION NOTICE OR INTENT TO AWARD A SOLE SOURCE

11:55AM  22  CONTRACT FOR THE CKGE PROGRAM TO A COMPANY CALLED EGOVERNMENT

11:55AM  23  SOLUTIONS.

11:56AM  24  Q.   AND, AGAIN, WHERE DID YOU LEARN ABOUT THE SOLICITATION?

11:56AM  25  A.    IT WAS PUBLICALLY POSTED ON THE INTERNET.

(81 of 179), Page 81 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 81 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 80 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                        80

| | | |
|---|---|---|
| 11:56AM | 1 | Q.   THROUGH ONE OF THE SITES THAT YOU MENTIONED EARLIER THAT |
| 11:56AM | 2 | YOU MONITOR? |
| 11:56AM | 3 | A.   THAT'S CORRECT. |
| 11:56AM | 4 | Q.   AND DO YOU KNOW WHO EGOVERNMENT SOLUTIONS IS? |
| 11:56AM | 5 | A.   I DO. |
| 11:56AM | 6 | Q.   AND WHO IS EGOVERNMENT SOLUTIONS? |
| 11:56AM | 7 | A.   IT'S ANOTHER BUSINESS ENTITY OR COMPANY THAT MR. SUHY WAS |
| 11:56AM | 8 | INVOLVED IN AT THE TIME. |
| 11:56AM | 9 | Q.   AND HOW DID YOU COME TO LEARN THAT? |
| 11:56AM | 10 | A.   WELL, WHEN I SAW THE PRE-SOLICITATION NOTICE, I BELIEVE I, |
| 11:56AM | 11 | YOU KNOW, WENT TO GOOGLE AND SEARCHED EGOVERNMENT SOLUTIONS. |
| 11:56AM | 12 | Q.   AND ONCE YOU SAW THAT SOLICITATION, WHAT DID YOU DO? |
| 11:56AM | 13 | A.   WELL, THE FIRST THING I WOULD HAVE DONE WOULD HAVE BEEN TO |
| 11:57AM | 14 | BROUGHT IT TO THE ATTENTION OF MY LEADERSHIP, AND WE HAD SOME |
| 11:57AM | 15 | DISCUSSIONS ON HOW TO PROCEED, AND WE DECIDED THAT I WOULD SEND |
| 11:57AM | 16 | A LETTER VIA EMAIL TO MIKE DUNN, MICHAEL DUNN, D-U-N-N, WHO WAS |
| 11:57AM | 17 | THE TECHNICAL LEAD AT RAAS ON THE CKGE PROGRAM. |
| 11:57AM | 18 | Q.   AND WHY WOULD YOU SEND AN EMAIL TO MR. DUNN? |
| 11:57AM | 19 | A.   I WANTED TO MAKE SURE THAT MR. DUNN AND HIS LEADERSHIP |
| 11:57AM | 20 | WERE AWARE OF THE NEW LICENSING MODEL FOR NEO4J 3.4 WITH THE |
| 11:57AM | 21 | COMMONS CLAUSE AND NEO4J'S BELIEF THAT THEIR SOLICITATION WOULD |
| 11:58AM | 22 | REQUIRE THEIR CONTRACTORS TO VIOLATE THE COMMONS CLAUSE. |
| 11:58AM | 23 | Q.   WHAT DO YOU MEAN BY VIOLATE THE COMMONS CLAUSE? |
| 11:58AM | 24 | A.   WELL, THE COMMONS CLAUSE PREVENTED THIRD PARTY COMPANIES |
| 11:58AM | 25 | FROM PROVIDING PAID SERVICES ON NEO4J VERSION 3.4.  SO THE |

(82 of 179), Page 82 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 82 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 81 of 178

81

ZAGALSKY DIRECT BY MR. RATINOFF

| | | |
|---|---|---|
| 11:58AM | 1 | WHOLE POINT OF THE SOLICITATION IN MAY OF 2018 WAS TO GET A |
| 11:58AM | 2 | CONTRACTOR TO PROVIDE SERVICES ON NEO4J ENTERPRISE FOR THE CKGE |
| 11:58AM | 3 | PROGRAM. |
| 11:58AM | 4 | SO I THOUGHT THE IRS WOULD WANT TO BE AWARE OF THE |
| 11:58AM | 5 | CONFLICT THERE. |
| 11:58AM | 6 | Q.   AND YOU MENTIONED AN EMAIL? |
| 11:58AM | 7 | A.   YES. |
| 11:58AM | 8 | Q.   AND DID YOU SEND AN EMAIL TO MR. DUNN? |
| 11:59AM | 9 | A.   I DID, YES. |
| 11:59AM | 10 | Q.   AND COULD YOU GO AHEAD AND TURN TO EXHIBIT 126. |
| 11:59AM | 11 | DO YOU RECOGNIZE EXHIBIT 126? |
| 11:59AM | 12 | A.   YES. |
| 11:59AM | 13 | Q.   AND IS THIS THE EMAIL YOU WERE REFERRING TO? |
| 11:59AM | 14 | A.   YES, THIS IS THE EMAIL I WAS REFERRING TO, YES. |
| 11:59AM | 15 | MR. RATINOFF:  I WOULD LIKE TO MOVE EXHIBIT 126 INTO |
| 11:59AM | 16 | EVIDENCE. |
| 11:59AM | 17 | THE COURT:  ANY OBJECTION? |
| 11:59AM | 18 | MR. BEENE:  OH, I'M SORRY.  NO OBJECTION. |
| 11:59AM | 19 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:59AM | 20 | (PLAINTIFFS' EXHIBIT 126 WAS RECEIVED IN EVIDENCE.) |
| 11:59AM | 21 | BY MR. RATINOFF: |
| 11:59AM | 22 | Q.   IT'S A LONG EMAIL.  WHAT -- I THINK YOU TALKED ABOUT WHAT |
| 11:59AM | 23 | YOUR INTENT WAS, BUT WHAT WAS THE HIGH LEVEL SUBSTANCE OF THIS |
| 11:59AM | 24 | EMAIL? |
| 11:59AM | 25 | A.   WELL, WHAT I ALREADY MENTIONED IS ON PAGE 2 OF THE EMAIL |

ZAGALSKY DIRECT BY MR. RATINOFF                                    82

| | | |
|---|---|---|
| 11:59AM | 1 | WHERE I EXPLAINED, POINT OUT THE COMMONS CLAUSE AND EXPLAIN |
| 12:00PM | 2 | WHAT IT IS ALL ABOUT. |
| 12:00PM | 3 | I ALSO, I BELIEVE, EXPLAIN THAT WE BELIEVE THAT IT'S -- IT |
| 12:00PM | 4 | WOULD BE IMPORTANT FOR THE IRS TO BE USING A SUPPORTED |
| 12:00PM | 5 | NEO4J ENTERPRISE EDITION, COMMERCIALLY SUPPORTED, SO THAT THEY |
| 12:00PM | 6 | CAN GET SUPPORT FROM NEO4J ALONG WITH NEW FEATURES AND |
| 12:00PM | 7 | CAPABILITIES WHEN THEY'RE RELEASED, SECURITY UPDATES, SO ON AND |
| 12:00PM | 8 | SO FORTH. |
| 12:00PM | 9 | Q.   AND JUST OUT OF CURIOSITY, IF SOMEONE PURCHASED A LICENSE, |
| 12:00PM | 10 | A COMMERCIAL LICENSE FOR NEO4J ENTERPRISE, WOULD THEY BE ABLE |
| 12:01PM | 11 | TO GET SUPPORT FROM SOMEONE ELSE BESIDES NEO4J? |
| 12:01PM | 12 | A.   YES. |
| 12:01PM | 13 | Q.   AND GOING TO THE VERY END OF THIS EMAIL, DO YOU SEE THE |
| 12:01PM | 14 | LAST PARAGRAPH, "WE ARE AVAILABLE TO DISCUSS THE LICENSE |
| 12:01PM | 15 | CHANGES AND YOUR CURRENT SITUATION AT YOUR EARLIEST |
| 12:01PM | 16 | CONVENIENCE"? |
| 12:01PM | 17 | A.   YES. |
| 12:01PM | 18 | Q.   DID THE IRS RESPOND TO THIS EMAIL? |
| 12:01PM | 19 | A.   YES, THEY DID. |
| 12:01PM | 20 | Q.   AND WHAT WAS THAT RESPONSE? |
| 12:01PM | 21 | A.   I GOT A RESPONSE FROM LISA ROSENMERKEL, AND SHE SENT ME AN |
| 12:01PM | 22 | EMAIL RESPONSE. |
| 12:01PM | 23 | Q.   IF YOU WOULD GO AHEAD AND TURN TO EXHIBIT 127 -- I'M |
| 12:02PM | 24 | SORRY, 128.  IT'S A LENGTHY EMAIL EXCHANGE, SO IF YOU WOULD |
| 12:02PM | 25 | TAKE A BRIEF MOMENT AND LET ME KNOW WHEN YOU'VE HAD A CHANCE TO |

ZAGALSKY DIRECT BY MR. RATINOFF                                      83

12:02PM    1    REVIEW IT.

12:02PM    2    A.   YES.  THIS IS THE EMAIL THAT I WAS REFERRING TO THAT

12:02PM    3    STARTS AT THE END WITH THE EMAIL THAT I WROTE TO MIKE DUNN, MY

12:02PM    4    FOLLOW-UP, AND LISA RESPONDING THAT THEY WOULD LIKE TO STICK

12:02PM    5    WITH VERSION 3.2 AT THE TIME BUT SHE INVITED US TO COME IN AND

12:03PM    6    PROVIDE A DEMO OF VERSION 3.4.

12:03PM    7    Q.   I'M GOING TO JUST STOP YOU RIGHT THERE.  I'M GOING TO GET

12:03PM    8    IN TROUBLE.  I JUST WANT TO MAKE SURE THAT I MOVE THIS INTO

12:03PM    9    EVIDENCE BEFORE WE GET YOUR TESTIMONY.

12:03PM   10    A.   SURE.

12:03PM   11         MR. RATINOFF:  I WANT TO GO AHEAD AND MOVE

12:03PM   12    EXHIBIT 128 INTO EVIDENCE.

12:03PM   13         MR. BEENE:  NO OBJECTION.

12:03PM   14         THE COURT:  IT'S ADMITTED.

12:03PM   15       (PLAINTIFFS' EXHIBIT 128 WAS RECEIVED IN EVIDENCE.)

12:03PM   16    BY MR. RATINOFF:

12:03PM   17    Q.   I APOLOGIZE FOR INTERRUPTING.  YOU WERE TALKING ABOUT

12:03PM   18    MOVING TO VERSION NEO4J ENTERPRISE 3.4?

12:03PM   19    A.   YEAH.  SO LISA'S RESPONSE WAS BASICALLY THAT WE ARE

12:03PM   20    INTERESTED IN TALKING TO YOU, NEO4J, AND WE WOULD LIKE TO

12:03PM   21    INVITE YOU TO COME IN AND PRESENT AND DEMO YOUR VERSION 3.4.

12:03PM   22    Q.   OKAY.  DID YOU END UP DOWNLOADING 3.4 WITH THE IRS?

12:04PM   23    A.   YES, WE DID.

12:04PM   24    Q.   OKAY.  AND HOW DID THAT HAPPEN?

12:04PM   25    A.   SO IF YOU CONTINUE IN THE EMAIL, WHERE IT'S THE MAY 25TH

ZAGALSKY DIRECT BY MR. RATINOFF                                      84

| | | |
|---|---|---|
| 12:04PM | 1 | EMAIL FROM ME TO LISA, I ACTUALLY SUGGESTED THAT WE HAVE TWO |
| 12:04PM | 2 | MEETINGS, THAT WE HAVE A BUSINESS MEETING AND A TECHNICAL |
| 12:04PM | 3 | MEETING. |
| 12:04PM | 4 | AND SHE RESPONDED AT THE TOP BOTH MEETINGS WOULD BE GOOD. |
| 12:04PM | 5 | AND WE EVENTUALLY GOT BOTH MEETINGS SCHEDULED, THE |
| 12:04PM | 6 | BUSINESS MEETING AND THE TECHNICAL MEETING. |
| 12:04PM | 7 | Q.   AND WHAT WAS THE PURPOSE OF THE BUSINESS MEETING? |
| 12:04PM | 8 | A.   THE BUSINESS MEETING WAS TO ADDRESS THE NEW LICENSE MODEL |
| 12:04PM | 9 | WITH THE COMMONS CLAUSE, MAKE SURE THAT THEY UNDERSTAND IT, AND |
| 12:04PM | 10 | ALSO ENCOURAGE THEM TO PURCHASE THE COMMERCIALLY AVAILABLE |
| 12:04PM | 11 | NEO4J ENTERPRISE EDITION. |
| 12:05PM | 12 | Q.   AND WHICH ENTERPRISE EDITION WAS THAT? |
| 12:05PM | 13 | A.   3.4. |
| 12:05PM | 14 | Q.   AND APPROXIMATELY WHEN DID THAT BUSINESS MEETING TAKE |
| 12:05PM | 15 | PLACE? |
| 12:05PM | 16 | A.   IT WOULD HAVE BEEN LIKE THE FIRST WEEK OF JUNE. |
| 12:05PM | 17 | Q.   AND WHO WAS AT THAT MEETING? |
| 12:05PM | 18 | A.   IT WAS MYSELF; ONE OF MY COLLEAGUES; ON THE IRS SIDE IT |
| 12:05PM | 19 | WAS LISA ROSENMERKEL, SHE WAS MIKE DUNN'S POSITION AND |
| 12:05PM | 20 | ASSOCIATE DIRECTOR OF DMD, WHICH IS THE DATA MANAGEMENT |
| 12:05PM | 21 | DIVISION OF RAAS; AND HER BOSS, JEFF BUTLER, WHO WAS THE |
| 12:05PM | 22 | DIRECTOR OF THE DATA MANAGEMENT DIVISION, DMD. |
| 12:05PM | 23 | Q.   AND AGAIN, HOW DOES THE DMD RELATE TO RAAS? |
| 12:05PM | 24 | A.   IT'S THE DIVISION WITHIN RAAS WHICH WAS RESPONSIBLE FOR |
| 12:06PM | 25 | THE CKGE. |

ZAGALSKY DIRECT BY MR. RATINOFF                                85

| | | |
|---|---|---|
| 12:06PM | 1 | Q.   AND THEN YOU MENTIONED A TECHNICAL MEETING.  WHAT WAS THE |
| 12:06PM | 2 | PURPOSE OF THE TECHNICAL MEETING? |
| 12:06PM | 3 | A.   THE TECHNICAL MEETING IS WHAT LISA ORIGINALLY REQUESTED |
| 12:06PM | 4 | AND AS FOLLOW-UP TO MY EMAIL FOR NEO4J TO PRESENT THE FEATURES, |
| 12:06PM | 5 | BENEFITS, AND CAPABILITIES OF NEO4J VERSION 3.4. |
| 12:06PM | 6 |      AND FROM OUR PERSPECTIVE IT WAS ALSO TO GATHER |
| 12:06PM | 7 | REQUIREMENTS FROM THE RAAS TEAM SO THEY COULD PROVIDE A QUOTE |
| 12:06PM | 8 | SO WE COULD MAKE A PURCHASE. |
| 12:06PM | 9 | Q.   AND I ASSUME THAT TOOK PLACE? |
| 12:06PM | 10 | A.   YES, IT DID. |
| 12:06PM | 11 | Q.   AND WHEN DID IT TAKE PLACE? |
| 12:06PM | 12 | A.   THE TECHNICAL MEETING WAS IN THE MIDDLE OF JULY. |
| 12:07PM | 13 | Q.   AND DO YOU RECALL WHO WAS IN ATTENDANCE AT THAT MEETING? |
| 12:07PM | 14 | A.   ON THE NEO4J SIDE IT WAS DEFINITELY ME AND OUR PRODUCT |
| 12:07PM | 15 | VICE PRESIDENT, PHILIP RATHLE. |
| 12:07PM | 16 |      THERE MAY HAVE BEEN -- MY SELLS ENGINEER MAY HAVE BEEN |
| 12:07PM | 17 | THERE.  THERE MIGHT HAVE BEEN SOMEONE ELSE FROM NEO4J, BUT I |
| 12:07PM | 18 | DON'T RECALL. |
| 12:07PM | 19 |      ON THE IRS SIDE, LISA ROSENMERKEL WAS THERE; MIKE DUNN WAS |
| 12:07PM | 20 | THERE.  I REMEMBER THERE WAS A FAIRLY BIG TABLE, SO THERE WERE |
| 12:07PM | 21 | A BUNCH OF PEOPLE THERE THAT I DON'T RECALL. |
| 12:07PM | 22 |      I DO RECALL THAT JEFF BUTLER WAS NOT THERE.  HE WAS OUT OF |
| 12:07PM | 23 | TOWN, AND HE COULD NOT MAKE IT.  I REMEMBER THAT BECAUSE LISA |
| 12:07PM | 24 | HAD TO, YOU KNOW, GET THE SLIDES AND SHARE IT WITH HIM SO THAT |
| 12:07PM | 25 | WE COULD HAVE A FOLLOW-UP MEETING. |

ZAGALSKY DIRECT BY MR. RATINOFF                                    86

| | | |
|---|---|---|
| 12:08PM | 1 | Q.   AND WHAT HAPPENED AFTER THE CONCLUSION OF THAT MEETING? |
| 12:08PM | 2 | A.   I REMEMBER THERE WAS SOME BACK AND FORTH ON THEIR |
| 12:08PM | 3 | REQUIREMENTS FOR A QUOTE, AND WE PROVIDED A QUOTE FOR |
| 12:08PM | 4 | NEO4J ENTERPRISE EDITION. |
| 12:08PM | 5 | Q.   WOULD YOU PLEASE GO AHEAD AND TURN TO EXHIBIT 131.  AND |
| 12:08PM | 6 | THIS IS ANOTHER EMAIL EXCHANGE.  SO FEEL FREE TO REVIEW IT |
| 12:08PM | 7 | QUICKLY OR SLOWLY, WHATEVER IS COMFORTABLE FOR YOU, AND LET ME |
| 12:08PM | 8 | KNOW WHEN YOU'VE FINISHED. |
| 12:08PM | 9 | A.   SO I'M STARTING FROM THE BACK AND -- |
| 12:08PM | 10 | Q.   BEFORE WE GET INTO THE DETAILS, I JUST WANT TO MAKE SURE. |
| 12:08PM | 11 | A.   YES. |
| 12:08PM | 12 | Q.   I'M TRYING TO STAY OUT OF TROUBLE, SO LET'S JUST START |
| 12:08PM | 13 | WITH DO YOU RECOGNIZE THIS EXHIBIT? |
| 12:08PM | 14 | A.   YES. |
| 12:08PM | 15 | Q.   AND WHAT -- AT A HIGH LEVEL, WHAT IS IT? |
| 12:08PM | 16 | A.   THIS IS AN EMAIL EXCHANGE BETWEEN LISA ROSENMERKEL AND |
| 12:09PM | 17 | MYSELF. |
| 12:09PM | 18 | Q.   AND THIS IS THE -- I'M SORRY, STRIKE THAT. |
| 12:09PM | 19 | I WOULD LIKE TO GO AHEAD AND MOVE EXHIBIT 131 INTO |
| 12:09PM | 20 | EVIDENCE. |
| 12:09PM | 21 | THE COURT:  ANY OBJECTION? |
| 12:09PM | 22 | MR. BEENE:  NO OBJECTION. |
| 12:09PM | 23 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:09PM | 24 | (PLAINTIFFS' EXHIBIT 131 WAS RECEIVED IN EVIDENCE.) |
| 12:09PM | 25 | BY MR. RATINOFF: |

ZAGALSKY DIRECT BY MR. RATINOFF                                    87

12:09PM   1    Q.   ALL RIGHT.  LET'S GO AND WE CAN START WHERE YOU WANTED TO

12:09PM   2    START FROM, WHICH I BELIEVE IS TOWARDS THE END?

12:09PM   3    A.   YES.  SO THIS IS THE EMAIL EXCHANGE THAT I HAD RECALLED

12:09PM   4    AND MENTIONED PREVIOUSLY.

12:09PM   5         AT THE END IT STARTS WITH THE CALENDAR INVITE FOR THE

12:09PM   6    JULY 16TH, 2018, TECHNICAL MEETING.

12:09PM   7    Q.   ALL RIGHT.  SO THAT'S THE DATE THAT THE MEETING OCCURRED?

12:09PM   8    A.   YES.

12:09PM   9    Q.   AND THEN YOU PREVIOUSLY MENTIONED A QUOTE.

12:09PM   10        DO YOU RECOGNIZE THE EMAIL THAT IS DATED JULY 18TH, 2018,

12:09PM   11   AT 4:19 P.M. FROM YOURSELF?

12:09PM   12   A.   YES.  THAT WAS IN RESPONSE TO LISA'S EMAIL BELOW WHERE SHE

12:10PM   13   CLARIFIED THE REQUIREMENTS FOR PRICING.

12:10PM   14        AND I RESPONDED WITH AN EXPLANATION OF HOW I WOULD PROVIDE

12:10PM   15   THEM PRICING FOR A NON-STANDARD CONFIGURATION AND WHAT THAT

12:10PM   16   PRICING WOULD BE.

12:10PM   17   Q.   WHAT DO YOU MEAN BY NON-STANDARD CONFIGURATION?

12:10PM   18   A.   WE HAVE -- SO WE LICENSE OR WE SELL OUR PRODUCT AS A

12:10PM   19   SUBSCRIPTION WHICH INCLUDES LICENSE FOR PRODUCTION MACHINES,

12:10PM   20   FOR TEST AND DEVELOPMENT MACHINES, IT INCLUDES SUPPORT, AND

12:10PM   21   EACH SUBSCRIPTION -- WE HAVE A LIST OF STANDARD SUBSCRIPTION

12:11PM   22   THAT WE TELL THAT HAVE A NUMBER OF PRODUCTION AND TEST MACHINES

12:11PM   23   AND A NUMBER OF CORES, CPU CORES AND MEMORY PER MACHINE.

12:11PM   24        SO WE HAVE DIFFERENT SUBSCRIPTION BUNDLES, THINGS LIKE

12:11PM   25   DISCOVERY BUNDLE, ENTERPRISE BUNDLE AND SO ON.

ZAGALSKY DIRECT BY MR. RATINOFF                              88

12:11PM   1         SO THEIR REQUIREMENT DIDN'T FIT WELL INTO ANY OF OUR

12:11PM   2    STANDARD SUBSCRIPTION BUNDLES.

12:11PM   3         SO WHAT I DID IS I TOOK OUR ENTERPRISE BUNDLE, WHICH IS

12:11PM   4    NORMALLY A THREE MACHINE BUNDLE THAT PROVIDES FOR CLUSTERING,

12:11PM   5    BUT THEY DIDN'T HAVE A REQUIREMENT AT THE TIME FOR A CLUSTER OF

12:11PM   6    THREE MACHINES.  THEY JUST WANTED TO HAVE A SINGLE MACHINE FOR

12:11PM   7    PRODUCTION.

12:11PM   8         AND -- BUT THEIR MACHINE -- WE HAD A BUNDLE CALLED THE

12:12PM   9    DISCOVERY BUNDLE AT THAT TIME WHICH ONLY ALLOWED FOR 4 CPU

12:12PM   10   CORES AND 64 GIGABYTES OF MEMORY AND DIDN'T ALLOW FOR WHAT THEY

12:12PM   11   HAD, WHICH WAS MORE THAN 4 CORES AND 64 GIGABYTES OF MEMORY.

12:12PM   12        WHAT THEY HAD WAS 300 GIGABYTES OF MEMORY IN THEIR CURRENT

12:12PM   13   SYSTEM OR 300 GIGABYTES OF DATA IN THEIR CURRENT SYSTEM, AND

12:12PM   14   OUR ENTERPRISE BUNDLE ALLOWED FOR UP TO 256 GIGABYTES OF

12:12PM   15   MEMORY.

12:12PM   16        SO WHAT WE DID AS THE PRICE LISTED AT THE TIME ALLOWED FOR

12:12PM   17   IS WE STACKED 2 MACHINE LICENSES OF 24 CORES AND 256 ON TOP OF

12:13PM   18   EACH OTHER, SO IT WOULD GIVE THEM A LICENSE FOR ONE MACHINE

12:13PM   19   WITH 48 CORES AND 512 GIGABYTES OF RAM.

12:13PM   20   Q.   AND WHY DID YOU COME UP WITH THAT PARTICULAR BUNDLE?

12:13PM   21   A.   IT WOULD HAVE BEEN REALLY HIGH PRICE TAG THAT I DIDN'T

12:13PM   22   EXPECT THEM TO BE ABLE TO AFFORD AT THE TIME FOR A FULL

12:13PM   23   ENTERPRISE BUNDLE.  SO WE CAME UP WITH SOMETHING NON-STANDARD

12:13PM   24   IN ORDER TO CLOSELY MATCH THEIR NEEDS AND THEIR EXPECTED BUDGET

12:13PM   25   BECAUSE LISA SHARED AT THE TIME THAT THEY DIDN'T HAVE A

(90 of 179), Page 90 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 90 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 89 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                89

12:13PM  1    SIGNIFICANT BUDGET FOR THIS, AND THEY WANTED SOMETHING SMALL TO

12:13PM  2    START WITH.

12:13PM  3    Q.   AND THEN WHAT HAPPENED AFTER YOU PROVIDED THAT QUOTE?

12:13PM  4    A.   AFTER I PROVIDED THE QUOTE, I'M LOOKING AT THE EMAIL THAT

12:14PM  5    LISA FORWARDED TO JEFF, JEFF BUTLER TO REVIEW, I FOLLOWED UP

12:14PM  6    AGAIN AND FOLLOWED UP AGAIN.

12:14PM  7         AND EVENTUALLY AT THE TOP SHE RESPONDED THANKING ME FOR

12:14PM  8    THE QUOTE OR THE PRICING AND INDICATED THAT IT WAS USEFUL FOR

12:14PM  9    PLANNING PURPOSES BUT LOOKING AT THEIR OPTIONS AND THEIR

12:14PM  10   CURRENT BUDGET, THEY HAD DECIDED NOT TO MAKE A PURCHASE AT THAT

12:14PM  11   TIME.

12:14PM  12   Q.   AND WHAT WAS YOUR REACTION TO LISA'S EMAIL OF JULY 27,

12:14PM  13   2018?

12:14PM  14   A.   MY REACTION WAS OBVIOUSLY DISAPPOINTED BECAUSE I FELT LIKE

12:15PM  15   I HAD BUILT A DECENT RAPPORT WITH LISA AND SHE SEEMED TO

12:15PM  16   UNDERSTAND THINGS.

12:15PM  17        AND I FELT LIKE THEY WERE GOING TO DO WHAT WAS IN MY

12:15PM  18   OPINION THE RIGHT THING AND MAKE A PURCHASE.

12:15PM  19        BUT, YOU KNOW, LOOKING AT THE EMAIL WHERE SHE SAYS

12:15PM  20   CONSIDERING OUR OPTIONS AND OUR BUDGET, I TOOK THAT TO MEAN,

12:15PM  21   WELL, I COULD MAKE A PURCHASE FROM YOU NEO4J, OR I COULD USE

12:15PM  22   THE FREE PIRATED VERSION OF NEO4J ONGDB OR WHATEVER VERSION OF

12:15PM  23   NEO4J ENTERPRISE EDITION THAT JOHN MARK SUHY WAS PROVIDING THEM

12:15PM  24   AT THE TIME.

12:15PM  25   Q.   DID YOU SUSPECT JOHN MARK SUHY HAD PROVIDED ONGDB TO THE

ZAGALSKY DIRECT BY MR. RATINOFF                                    90

12:15PM   1    IRS?

12:15PM   2    A.   WELL, LOOKING AT THE DATE, I THINK THIS WAS LIKE LITERALLY

12:15PM   3    JUST BEFORE ONGDB WAS RELEASED, BUT I WAS AWARE THAT HE WAS

12:16PM   4    PROVIDING NEO4J ENTERPRISE EXECUTABLES TO THE IRS BASED ON

12:16PM   5    VERSION 3.2, NEO4J ENTERPRISE 3.2 BECAUSE THAT'S WHAT THEY WERE

12:16PM   6    COMPARING.  THAT'S WHAT THEY -- I MEAN, SHE WAS TELLING ME,

12:16PM   7    WELL, YOU KNOW, PREVIOUSLY IN THE EMAIL, SHE SAID, WELL, WE'RE

12:16PM   8    GOING TO, WE'RE PROBABLY GOING TO STICK WITH VERSION 3.2, MAYBE

12:16PM   9    IT WAS THE PREVIOUS EMAIL, NEO4J ENTERPRISE 3.2, BUT WE'LL LOOK

12:16PM   10   AT 3.4 FOR PLANNING PURPOSES.

12:16PM   11        SO I KNEW THEY WERE USING NEO4J ENTERPRISE 3.2 AND THAT

12:16PM   12   MR. SUHY HAD PROVIDED IT.

12:16PM   13   Q.   AND YOU PREVIOUSLY MENTIONED USING RESELLERS; IS THAT

12:17PM   14   CORRECT?

12:17PM   15   A.   THAT'S CORRECT.

12:17PM   16   Q.   AND HAD THEY ACCEPTED THAT QUOTE, WOULD YOU HAD USED A

12:17PM   17   RESELLER?

12:17PM   18   A.   YES, WE DO ALL OF OUR BUSINESS WITH THE FEDERAL GOVERNMENT

12:17PM   19   THROUGH RESELLERS.

12:17PM   20   Q.   AND WHY IS THAT?

12:17PM   21   A.   IT'S -- FRANKLY, IT'S EASIER AND LESS RISKY FOR A SOFTWARE

12:17PM   22   COMPANY TO WORK WITH RESELLERS THAN HAVE TO DEAL WITH THE

12:17PM   23   FEDERAL GOVERNMENT AND THEIR COMPLICATED PROCUREMENT PROCESS

12:17PM   24   AND THE FEDERAL ACQUISITION REGULATIONS AND ALL OF THAT.

12:17PM   25        SO IT'S COMMON IN THE SOFTWARE INDUSTRY FOR SOFTWARE

ZAGALSKY DIRECT BY MR. RATINOFF                                    91

12:17PM   1    VENDORS TO SELL THROUGH RESELLERS.

12:17PM   2    Q.   AND WAS NEO4J WORKING WITH A RESELLER OR RESELLERS AT THAT

12:17PM   3    TIME?

12:17PM   4    A.   LET'S SEE.  SO THIS WAS JULY OF 2018.  SO AT THE TIME WE

12:17PM   5    HAD JUST BROUGHT ON A RESELLER CALLED INTELLIPEAK IN MAY OF

12:17PM   6    2018.  INTELLIPEAK, I-N-T-E-L-L-I-P-E-A-K.

12:18PM   7    Q.   AND WOULD INTELLIPEAK, WOULD THEY HAVE RECEIVED A RESELLER

12:18PM   8    FEE IN CONJUNCTION WITH THAT TRANSACTION HAD IT GONE THROUGH?

12:18PM   9    A.   YES.  YES, THEY WOULD HAVE.  THEIR FEDERAL RESELLER

12:18PM  10    AGREEMENT WITH NEO4J INCLUDED A 7 PERCENT MARGIN OR DISCOUNT.

12:18PM  11    SO THEY WOULD HAVE GOTTEN 7 PERCENT OF THE 1 YEAR FEE OR THE

12:18PM  12    3 YEAR FEE, WHATEVER THE IRS DECIDED TO PURCHASE, THEY WOULD

12:18PM  13    HAVE GOTTEN 7 PERCENT OF THAT PRICE THAT THE IRS PAID TO THEM

12:18PM  14    AND THEY WOULD HAVE PAID US TO -- WHATEVER THE PRICE THAT THE

12:18PM  15    IRS PAID TO THEM LESS 7 PERCENT.

12:19PM  16    Q.   YOU MENTIONED PRICING STRUCTURE BY BUNDLES.  IS THERE A --

12:19PM  17    DOES NEO4J HAVE POLICIES THAT SET THE PRICES FOR THOSE BUNDLES?

12:19PM  18    A.   YES, WE DO.

12:19PM  19    Q.   AND HOW ARE THOSE POLICIES COMMUNICATED TYPICALLY?

12:19PM  20    A.   WE HAVE AN INTERNAL NEO4J PRICE LIST.

12:19PM  21    Q.   SO AT THIS TIME I'M GOING TO INTRODUCE AN EXHIBIT.  THIS

12:19PM  22    IS AN EXHIBIT THAT WAS DESIGNATED ATTORNEYS' EYES ONLY, AND WE

12:19PM  23    WISH TO MAINTAIN THAT DESIGNATION.

12:19PM  24        SO I'VE ASKED ONCE IT'S SUBMITTED, THAT WE KEEP IT FROM

12:19PM  25    PUBLIC DISPLAY.

ZAGALSKY DIRECT BY MR. RATINOFF                                          92

12:19PM   1                    THE COURT:  IT WON'T BE PUBLISHED.

12:19PM   2           WHAT IS THE EXHIBIT NUMBER?

12:19PM   3                    MR. RATINOFF:  I'M GOING TO START WITH TRIAL

12:19PM   4      EXHIBIT 16.

12:19PM   5           AND THE NEXT, I BELIEVE, FOUR SUCCESSIVE EXHIBITS I

12:19PM   6      BELIEVE ARE DESIGNATED AS AEO.

12:19PM   7                    THE COURT:  OKAY.

12:19PM   8                    MR. RATINOFF:  THE ONLY ISSUE IS THAT MR. SUHY IS AT

12:19PM   9      COUNSEL TABLE AND HE WOULD BE ABLE TO SEE IF COUNSEL IS ABLE TO

12:19PM  10      SEE THE DOCUMENT.

12:19PM  11           SO I KNOW THEY HAVE A BINDER WITH A PAPER VERSION.  IF

12:20PM  12      IT'S OKAY, IS THERE A WAY WE CAN TURN OFF THAT MONITOR SO THEY

12:20PM  13      CAN LOOK AT THE PAPER VERSION?

12:20PM  14                    THE COURT:  IS THAT OKAY WITH YOU COUNSEL?

12:20PM  15                    MR. BEENE:  IN YOUR AO -- I PULLED THEM ALL OUT OF

12:20PM  16      YOUR EXHIBITS BECAUSE I HAVE A SEPARATE BINDER ALREADY.

12:20PM  17                    MR. RATINOFF:  OKAY.

12:20PM  18                    MR. BEENE:  WHAT IS IT THAT YOU DON'T WANT HIM TO

12:20PM  19      LOOK AT, THE EXHIBIT THAT YOU SHOW?

12:20PM  20                    MR. RATINOFF:  CORRECT.  I JUST DON'T WANT IT

12:20PM  21      DISPLAYED ON THE SCREEN.

12:20PM  22                    MR. BEENE:  THAT'S FINE.  WE HAVE NOT SHOWN HIM ANY

12:20PM  23      OF THIS.

12:20PM  24                    MR. RATINOFF:  SO DOES IT MAKE MORE SENSE TO WORK

12:20PM  25      OFF PAPER THEN?

ZAGALSKY DIRECT BY MR. RATINOFF

| | | |
|---|---|---|
| 12:21PM | 1 | (DISCUSSION OFF THE RECORD.) |
| 12:21PM | 2 | THE COURT:  THERE'S A MONITOR. |
| 12:21PM | 3 | BY MR. RATINOFF: |
| 12:21PM | 4 | Q.  ALL RIGHT.  LET'S GO AHEAD AND TURN BACK TO EXHIBIT 16. |
| 12:21PM | 5 | A.  YES, I'M THERE. |
| 12:21PM | 6 | Q.  OKAY.  DO YOU RECOGNIZE WHAT HAS BEEN MARKED AS |
| 12:21PM | 7 | EXHIBIT 16? |
| 12:21PM | 8 | A.  YES, I DO. |
| 12:21PM | 9 | Q.  AND VERY BRIEFLY, WHAT IS EXHIBIT 16? |
| 12:21PM | 10 | A.  THIS IS THE NEO4J INTERNAL PRICE LIST DATED OCTOBER 1, |
| 12:21PM | 11 | 2017. |
| 12:21PM | 12 | MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 16 IN |
| 12:21PM | 13 | EVIDENCE. |
| 12:22PM | 14 | MR. BEENE:  NO OBJECTION. |
| 12:22PM | 15 | THE COURT:  IT'S ADMITTED. |
| 12:22PM | 16 | (PLAINTIFFS' EXHIBIT 16 WAS RECEIVED IN EVIDENCE.) |
| 12:22PM | 17 | BY MR. RATINOFF: |
| 12:22PM | 18 | Q.  NOW, AT A MORE DETAIL LEVEL, WHAT IS EXHIBIT 16? |
| 12:22PM | 19 | A.  WELL, THIS IS OUR PRICE LIST, WHICH WOULD HAVE BEEN USED |
| 12:22PM | 20 | AT THE TIME OF THE DISCUSSIONS AND THE QUOTE, PRICING TO THE |
| 12:22PM | 21 | IRS. |
| 12:22PM | 22 | IT SHOWS THE VARIOUS BUNDLES LIKE I DESCRIBED.  IT SHOWS |
| 12:22PM | 23 | THE ENTERPRISE BUNDLE, IT SHOWS THE DISCOVERY BUNDLE, IT SHOWS |
| 12:22PM | 24 | SOME OTHER THINGS THAT WE WERE SELLING, INCLUDING SERVICES AT |
| 12:22PM | 25 | THE TIME. |

ZAGALSKY DIRECT BY MR. RATINOFF                                    94

| | | |
|---|---|---|
| 12:22PM | 1 | Q.   AND JUST FOR THE RECORD, WHERE ARE YOU REFERRING TO THE |
| 12:22PM | 2 | ENTERPRISE BUNDLE PAGE WAS? |
| 12:22PM | 3 | A.   THAT WOULD BE PAGE 2 OF 14. |
| 12:22PM | 4 | Q.   AND THEN YOU MENTION THAT WITH THE IRS THERE IS A PORTION |
| 12:22PM | 5 | OF THIS BUNDLE THAT YOU BASE THE PRICING ON; IS THAT CORRECT? |
| 12:22PM | 6 | A.   THAT'S CORRECT. |
| 12:22PM | 7 | Q.   AND WHERE IS THAT IN THIS DOCUMENT? |
| 12:22PM | 8 | A.   SO, AGAIN, SINCE THEY ONLY HAD ONE MACHINE IN THIS BUNDLE |
| 12:23PM | 9 | STANDARD AND IT COMES WITH THREE MACHINES, I DIDN'T USE THE |
| 12:23PM | 10 | PRICE FOR THE ENTIRE BUNDLE, I USED UNDER ADDITIONAL PRODUCTION |
| 12:23PM | 11 | CAPACITY WHERE IT SAYS ADDITIONAL MACHINE LICENSES, I USED THE |
| 12:23PM | 12 | PRICE FOR THE ADDITIONAL MACHINE LICENSES. |
| 12:23PM | 13 | AND THEN IT SAYS MACHINE LICENSES CAN BE STACKED EITHER |
| 12:23PM | 14 | VERTICALLY OR HORIZONTALLY.  SO I STACKED TWO OF THOSE MACHINE |
| 12:23PM | 15 | LICENSES VERTICALLY TO GET TO THE 48 CORES AND 512 GIGABYTES OF |
| 12:23PM | 16 | MEMORY WHICH MET THEIR REQUIREMENTS.  SO TWO TIMES THE PRICE |
| 12:23PM | 17 | SHOWN THERE FOR AN ADDITIONAL MACHINE LICENSE. |
| 12:23PM | 18 | AND THEN IF YOU GO DOWN TO A LA CARTE OPTIONS, THEY HAVE |
| 12:23PM | 19 | THE STATED REQUIREMENT FOR KERBEROS, WHICH IS AN ADD-ON |
| 12:23PM | 20 | SECURITY FEATURES AND INCLUDED THE PRICE THAT IT SHOWS THERE |
| 12:24PM | 21 | PER MACHINE. |
| 12:24PM | 22 | Q.   AND YOU HAD MENTIONED -- I THINK YOU ALREADY DESCRIBED IN |
| 12:24PM | 23 | DETAIL ABOUT MACHINES, CORES, AND MEMORY. |
| 12:24PM | 24 | I HEARD YOU MENTION TEST MACHINES, BUT NOT EXPLAIN WHAT |
| 12:24PM | 25 | THOSE ARE.  SO COULD YOU PLEASE EXPLAIN THE DIFFERENCE BETWEEN |

ZAGALSKY DIRECT BY MR. RATINOFF                                    95

| | | |
|---|---|---|
| 12:24PM | 1 | A PRODUCTION MACHINE AND A TEST MACHINE? |
| 12:24PM | 2 | A.   SURE.  A PRODUCTION MACHINE IS A MACHINE THAT A CUSTOMER |
| 12:24PM | 3 | USES WITH REAL DATA AND USERS AND IT PROVIDES SOME BUSINESS |
| 12:24PM | 4 | VALUE TO THE CUSTOMER. |
| 12:24PM | 5 | A TEST MACHINE CAN BE, FOR OUR PURPOSES, A MACHINE THAT A |
| 12:24PM | 6 | CUSTOMER IS USING FOR TEST PURPOSES OR DEVELOPMENT PURPOSES, |
| 12:24PM | 7 | TYPICALLY NOT WITH REAL PRODUCTION DATA AND NOT USED BY USERS |
| 12:25PM | 8 | OF THE APPLICATION THAT IS BUILT ON THE NEO4J. |
| 12:25PM | 9 | Q.   AND THEN MOVING ON TO EXHIBIT 17.  IT SHOULD BE THE NEXT |
| 12:25PM | 10 | TAB IN YOUR BINDER. |
| 12:25PM | 11 | A.   I'VE GOT IT. |
| 12:25PM | 12 | Q.   DO YOU RECOGNIZE EXHIBIT 17? |
| 12:25PM | 13 | A.   YES, I DO. |
| 12:25PM | 14 | Q.   AND VERY BRIEFLY, WHAT IS EXHIBIT 17? |
| 12:25PM | 15 | A.   THIS IS THE APRIL 1, 2019, VERSION OF THE NEO4J INTERNAL |
| 12:25PM | 16 | PRICE LIST. |
| 12:25PM | 17 | MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 17 INTO |
| 12:25PM | 18 | EVIDENCE. |
| 12:25PM | 19 | MR. BEENE:  NO OBJECTION. |
| 12:25PM | 20 | THE COURT:  IT'S ADMITTED.  IT WON'T BE PUBLISHED. |
| 12:25PM | 21 | (PLAINTIFFS' EXHIBIT 17 WAS RECEIVED IN EVIDENCE.) |
| 12:25PM | 22 | MR. RATINOFF:  THANK YOU, YOUR HONOR. |
| 12:25PM | 23 | Q.   YOU MENTIONED THE DATE OF -- EFFECTIVE DATE OF APRIL 1ST, |
| 12:25PM | 24 | 2019; IS THAT CORRECT? |
| 12:25PM | 25 | A.   THAT'S CORRECT. |

(97 of 179), Page 97 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 97 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 96 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                          96

12:25PM 1    Q.    AND WAS THIS THE PRICE LIST THAT SUPERSEDED THE LAST ONE

12:26PM 2    THAT WE WERE LOOKING AT, EXHIBIT 16?

12:26PM 3    A.    YES, IT WAS.

12:26PM 4    Q.    AND WERE THERE ANY SIGNIFICANT CHANGES IN YOUR MIND WITH

12:26PM 5    THE PRICING?

12:26PM 6    A.    YES, THERE WERE.  THERE WAS CHANGES TO THE ENTERPRISE

12:26PM 7    BUNDLE.  OUR STANDARD ENTERPRISE BUNDLE WENT FROM 24 CORES PER

12:26PM 8    MACHINE TO 12 CORES PER MACHINE, AND WE ALSO WENT AWAY FROM

12:26PM 9    THAT STACKED CONCEPT FOR MACHINES THAT WERE BIGGER THAN THE

12:26PM 10   STANDARD MACHINE, AND WE HAD THE ABILITY TO INDEPENDENTLY ADD

12:26PM 11   CPU CORES AND MEMORY FOR LICENSING PURPOSES.

12:26PM 12   Q.    AND WHAT WAS THE REASON FOR THAT?

12:26PM 13   A.    TO MAKE IT SO THAT -- MORE FLEXIBLE FOR CUSTOMERS.  SO IF

12:26PM 14   THEY HAD MORE CORES, THEY COULD ONLY PAY FOR THE MORE CORES; IF

12:27PM 15   THEY HAD MORE MEMORY, THEY COULD ONLY PAY FOR MORE MEMORY OR

12:27PM 16   PAY FOR BOTH.  WHATEVER THEIR CONFIGURATION REQUIREMENTS WERE,

12:27PM 17   IT WAS MORE FLEXIBLE.

12:27PM 18   Q.    AND WERE THERE ANY CHANGES WITH RESPECT TO ANYTHING ELSE

12:27PM 19   WITH THE ENTERPRISE BUNDLE?

12:27PM 20   A.    WE CHANGED THE PRICE FOR THE ADDITIONAL MACHINE LICENSES.

12:27PM 21   IT WENT DOWN A BIT.

12:27PM 22   Q.    ANYTHING ELSE?

12:27PM 23   A.    ANOTHER THING WE DID AT THIS TIME WAS MADE OUR -- THE WAY

12:27PM 24   WE SOLD BUNDLES WAS WE ALWAYS INCLUDED ONE TEST MACHINE PER

12:27PM 25   PRODUCT MACHINE -- PER PRODUCTION MACHINE IN THE STANDARD

ZAGALSKY DIRECT BY MR. RATINOFF                                          97

| | | |
|---|---|---|
| 12:27PM | 1 | BUNDLES THAT WE PRICED FOR OUR CUSTOMERS. |
| 12:27PM | 2 | Q.   AND WHY THAT CHANGE? |
| 12:27PM | 3 | A.   WE FOUND THAT CUSTOMERS IN GENERAL HAD AT LEAST ONE TEST |
| 12:27PM | 4 | OR DEVELOPMENT ENVIRONMENT IN ADDITION TO THEIR PRODUCTION |
| 12:28PM | 5 | ENVIRONMENT. |
| 12:28PM | 6 | SO RATHER THAN GIVING THEM A PRICE THAT DIDN'T INCLUDE IT |
| 12:28PM | 7 | UP-FRONT, WE JUST GAVE THEM THE FULL BUNDLE PRICE, INCLUDING |
| 12:28PM | 8 | THE PRODUCTION AND THE TEST AND DEVELOPMENT MACHINES. |
| 12:28PM | 9 | Q.   NOW, TURNING TO PAGE 8 OF 19 OF EXHIBIT 17. |
| 12:28PM | 10 | A.   I'M ALMOST THERE.  WHOOPS.  THERE ARE SOME BLANK PAGES. |
| 12:28PM | 11 | LET'S SEE IF I'VE GOT AN 18. |
| 12:28PM | 12 | WAIT, YOU SAID 8 OF 19.  YES, I HAVE IT. |
| 12:28PM | 13 | Q.   AND AT THE TOP IT SAYS NEO4J DISCOVERY BUNDLE? |
| 12:28PM | 14 | A.   YES. |
| 12:28PM | 15 | Q.   AND WERE THERE ANY CHANGES IN PRICING WITH THE LAST LIST |
| 12:28PM | 16 | IN THE DISCOVERY BUNDLE? |
| 12:28PM | 17 | A.   I BELIEVE THERE WERE.  SO THERE WAS A SIGNIFICANT CHANGE |
| 12:29PM | 18 | TO THE DISCOVERY BUNDLE WHEREAS PRIOR TO 2019 WE OFFERED ONLY A |
| 12:29PM | 19 | SMALL DISCOVERY BUNDLE WITH 4 CORES AND 64 GIGABYTES. |
| 12:29PM | 20 | WITH THE 2019 PRICE LIST WE ADDED ANOTHER OPTION FOR |
| 12:29PM | 21 | DISCOVERY BUNDLE WHICH WAS 12 CORES AND 256 GIGABYTES OF |
| 12:29PM | 22 | MEMORY, WHICH CAME WITH A HIGHER PRICE. |
| 12:29PM | 23 | Q.   AND -- |
| 12:29PM | 24 | A.   AND IT ALL -- I'M SORRY.  GO AHEAD. |
| 12:29PM | 25 | Q.   NO, GO AHEAD. |

ZAGALSKY DIRECT BY MR. RATINOFF                                    98

12:29PM   1      A.    OH.  I ALSO WANTED TO ADD WITH THE 2017 PRICE LIST AND

12:29PM   2      PRIOR, WE ALLOWED ADDITIONAL CORES BUT NOT ADDITIONAL MEMORY

12:29PM   3      WITH THE DISCOVERY BUNDLE.

12:29PM   4           SO AS YOU CAN SEE HERE WITH THE 2019 PRICE LIST, A

12:29PM   5      CUSTOMER COULD ADD ADDITIONAL CORES OR THEY COULD ADD

12:30PM   6      ADDITIONAL MEMORY, OR BOTH, WITH THE DISCOVERY BUNDLE.

12:30PM   7      Q.    AND DID YOU FIND THOSE -- OR HOW DID THOSE CHANGES IN

12:30PM   8      PRICING AFFECT YOU?

12:30PM   9      A.    INTERESTING.  I JUST NOTICED ONE OTHER THING.  PRIOR TO

12:30PM  10      THIS, THERE WAS NO KERBEROS OPTION.  OH, YES, THERE WAS.  I

12:30PM  11      APOLOGIZE.  YOU CAN STRIKE THAT.

12:30PM  12      Q.    ALL RIGHT.

12:30PM  13      A.    HOW DID THE CHANGES AFFECT ME?  IT MADE IT MORE -- IT MADE

12:30PM  14      THE PRICING MORE FLEXIBLE.

12:30PM  15      Q.    AND DID THAT PLAY OUT IN PRACTICE?

12:30PM  16      A.    OH, YES.

12:30PM  17      Q.    IN YOUR EXPERIENCE?

12:30PM  18      A.    YES.

12:30PM  19      Q.    AND LET'S GO AHEAD AND TURN TO EXHIBIT 18.

12:30PM  20           THE COURT:  WELL, WHY DON'T WE TAKE OUR LUNCH RECESS

12:30PM  21      NOW WITH EXHIBIT 18.  WE'LL TAKE AN HOUR FOR LUNCH AND START AT

12:31PM  22      1:30.  MY SENSE IS TO GO UNTIL 4:30 TODAY AND END AT 4:30, 5:00

12:31PM  23      OR SOMETHING LIKE THAT.

12:31PM  24           I ALSO WANT TO CALL TO YOUR ATTENTION EXHIBIT 131 I

12:31PM  25      BELIEVE WAS PUBLISHED.  THAT DID CONTAIN SOME PRICING, AND I

UNITED STATES COURT REPORTERS

ZAGALSKY DIRECT BY MR. RATINOFF                                    99

| | | |
|---|---|---|
| 12:31PM | 1 | DON'T KNOW IF YOU WANTED TO LEAVE THAT IN OR STRIKE THAT. |
| 12:31PM | 2 | THAT'S THE EMAIL. |
| 12:31PM | 3 | MR. RATINOFF:  YOUR HONOR, THAT WAS ORIGINALLY |
| 12:31PM | 4 | DESIGNATED AEO, BUT IT WAS ORIGINALLY FILED WITH OUR SUMMARY |
| 12:31PM | 5 | JUDGMENT MOTION SO WE ALLOWED IT TO BE PUBLISHED. |
| 12:31PM | 6 | THE COURT:  OKAY.  GREAT. |
| 12:31PM | 7 | MR. RATINOFF:  THANK YOU FOR THAT. |
| 12:31PM | 8 | THE COURT:  GREAT.  HAVE A GOOD LUNCH.  WE'LL SEE |
| 12:31PM | 9 | YOU IN AN HOUR. |
| 12:31PM | 10 | (LUNCH RECESS TAKEN AT 12:31 P.M.) |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

(101 of 179), Page 101 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 101 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 100 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                                    100

| | | |
|---|---|---|
| 12:31PM | 1 | **AFTERNOON SESSION** |
| 01:38PM | 2 | |
| 01:38PM | 3 | (COURT CONVENED AT 1:38 P.M.) |
| 01:38PM | 4 | THE COURT: WE'RE BACK ON THE RECORD. ALL PARTIES |
| 01:38PM | 5 | PREVIOUSLY PRESENT ARE PRESENT AGAIN. |
| 01:38PM | 6 | LET'S ASK THE WITNESS TO RESUME THE STAND, PLEASE. |
| 01:39PM | 7 | I'LL REMIND YOU YOU'RE STILL UNDER OATH, MR. ZAGALSKY. |
| 01:39PM | 8 | I THINK YOU WERE GOING TO TAKE UP EXHIBIT 18. |
| 01:39PM | 9 | MR. RATINOFF: THAT'S CORRECT, YOUR HONOR. TO |
| 01:39PM | 10 | CONFIRM, WE'RE STILL UNDER AEO AND SO THIS WON'T BE PUBLISHED. |
| 01:39PM | 11 | Q. OKAY. I BELIEVE WE LEFT OFF LOOKING AT EXHIBIT 18. |
| 01:39PM | 12 | DO YOU RECOGNIZE EXHIBIT 18? |
| 01:39PM | 13 | A. YES, I DO. |
| 01:39PM | 14 | Q. AND BRIEFLY WHAT IS EXHIBIT 18? |
| 01:39PM | 15 | A. THIS IS NEO4J INTERNAL PRICE LIST EFFECTIVE APRIL 1ST, |
| 01:39PM | 16 | 2020. |
| 01:39PM | 17 | MR. RATINOFF: I'D LIKE TO MOVE EXHIBIT 18 INTO |
| 01:39PM | 18 | EVIDENCE, PLEASE. |
| 01:39PM | 19 | MR. BEENE: NO OBJECTION. |
| 01:39PM | 20 | THE COURT: IT'S ADMITTED. IT WILL NOT BE |
| 01:39PM | 21 | PUBLISHED. |
| 01:39PM | 22 | (PLAINTIFFS' EXHIBIT 18 WAS RECEIVED IN EVIDENCE.) |
| 01:39PM | 23 | BY MR. RATINOFF: |
| 01:39PM | 24 | Q. WAS THIS THE SUCCEEDING OR SUCCESSOR TO WHAT WE LOOKED AT |
| 01:39PM | 25 | AS EXHIBIT 17? |

ZAGALSKY DIRECT BY MR. RATINOFF                                        101

01:39PM  1     A.   YES, IT WAS.

01:39PM  2     Q.   AND WERE THERE ANY SIGNIFICANT CHANGES FOR INSTANCE IN THE

01:40PM  3     ENTERPRISE BUNDLE FROM THE PRIOR PRICE LIST?

01:40PM  4     A.   NO, I DON'T THINK THERE'S ANYTHING DIFFERENT.

01:40PM  5     Q.   AGAIN, IS THIS A PRICE LIST THAT YOU WOULD USE IN

01:40PM  6     CONDUCTING GOVERNMENT SALES?

01:40PM  7     A.   YES.

01:40PM  8     Q.   AND THEN TURNING TO THE DISCOVERY BUNDLE, WHICH I BELIEVE

01:40PM  9     IS ON PAGE 8 OF 22.

01:40PM  10         LET ME KNOW WHEN YOU ARE THERE.

01:40PM  11    A.   OKAY.

01:40PM  12    Q.   AND WERE THERE ANY SIGNIFICANT CHANGES TO THE DISCOVERY

01:40PM  13    BUNDLE FROM THE PRIOR PRICE LIST?

01:40PM  14    A.   YES.

01:40PM  15    Q.   AND WHAT WERE THOSE CHANGES?

01:41PM  16    A.   THERE WAS A SMALL PRICE INCREASE ON THE DISCOVERY BUNDLE

01:41PM  17    TO THE LARGE BUNDLE.  ACTUALLY THEY CHANGED THE NAME, TOO.

01:41PM  18    THEY CHANGED IT FROM REGULAR TO LARGE AND SO A PRICE CHANGE.

01:41PM  19    Q.   I'M SORRY, YOU SAID THEY CHANGED IT FROM LARGE TO REGULAR?

01:41PM  20    A.   YES.  THE PRIOR PRICE LIST WAS SMALL AND LARGE AND THEN

01:41PM  21    THE 2020 PRICE IT WAS SMALL AND REGULAR.

01:41PM  22    Q.   AND THEN TURNING TO THE NEXT PAGE OF EXHIBIT 18, PAGE 9 OF

01:41PM  23    22 AND THERE'S A PRODUCT OR A NAME NEO4J GRAPH DATA SCIENCE

01:41PM  24    BUNDLE?

01:41PM  25    A.   YES.

ZAGALSKY DIRECT BY MR. RATINOFF                                    102

01:41PM  1    Q.    AND WHAT IS THE NEO4J GRAPH DATA SCIENCE BUNDLE?

01:41PM  2    A.    IT WAS A NEW BUNDLE THAT WAS INCLUDED FOR THE FIRST TIME

01:42PM  3    IN APRIL OF 2020 IN OUR PRICE LIST.  IT WAS A BUNDLE OF THREE

01:42PM  4    NEO4J PRODUCTS, INCLUDING THE NEO4J ENTERPRISE EDITION, WHICH

01:42PM  5    WAS THE GRAPH DATABASE, BLOOM, WHICH IS OUR GRAPH DATATIZATION

01:42PM  6    TOOL, AND GRAPH DATA SCIENCE LIBRARY, WHICH WAS A COLLECTION OF

01:42PM  7    GRAPH ALGORITHMS AND TOOLING FOR AI AND MACHINE LEARNING,

01:42PM  8    ARTIFICIAL INTELLIGENCE AND MACHINE LEARNING.  THAT WAS A NEW

01:42PM  9    PRODUCT THAT WE RELEASED AS A COMMERCIAL LICENSED PRODUCT IN

01:42PM  10   2020.  SO THE PRICE LIST WAS UPDATED TO REFLECT THAT.

01:42PM  11   Q.    AND WHAT WAS THE PURPOSE OF THIS NEW BUNDLE?

01:43PM  12   A.    IN ORDER TO PROVIDE A BUNDLE THAT INCLUDES THOSE THREE

01:43PM  13   PRODUCTS SO WE COULD SELL IT TO OUR CUSTOMERS.

01:43PM  14   Q.    AND THEN TURNING TO WHAT HAS BEEN PREMARKED AS EXHIBIT 19?

01:43PM  15   A.    YES.

01:43PM  16   Q.    AND DO YOU RECOGNIZE EXHIBIT 19?

01:43PM  17   A.    YES, I DO.

01:43PM  18   Q.    AND BRIEFLY, WHAT IS EXHIBIT 19?

01:43PM  19   A.    IT'S THE NEO4J PRICE LIST EFFECTIVE JULY 1ST, 2021.

01:43PM  20         MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 19 INTO

01:43PM  21   EVIDENCE.

01:43PM  22         MR. BEENE:  NO OBJECTION.

01:43PM  23         THE COURT:  IT'S ADMITTED.  IT WON'T BE PUBLISHED.

01:43PM  24      (PLAINTIFFS' EXHIBIT 19 WAS RECEIVED IN EVIDENCE.)

01:43PM  25   BY MR. RATINOFF:

ZAGALSKY DIRECT BY MR. RATINOFF                                    103

01:43PM   1    Q.   AND DID THIS PRICE LIST, EXHIBIT 19, SUPERSEDE EXHIBIT 18?

01:43PM   2    A.   YES.

01:43PM   3    Q.   AND THEN TURNING TO THE ENTERPRISE BUNDLE WHICH I BELIEVE

01:44PM   4    IS PAGE 4 OF 34.

01:44PM   5    A.   YES.

01:44PM   6    Q.   WAS THERE ANYTHING SIGNIFICANTLY DIFFERENT ABOUT THE

01:44PM   7    ENTERPRISE BUNDLE IN THIS PRICE LIST?

01:44PM   8    A.   NO.

01:44PM   9    Q.   AND THEN TURNING TO THE DISCOVERY BUNDLE LATER ON IN THE

01:44PM   10   PRICE LIST.  I BELIEVE THAT SHOULD BE PAGE 12 OF 34.

01:44PM   11   A.   YES.

01:44PM   12   Q.   WERE THERE ANY CHANGES -- STRIKE THAT.

01:45PM   13        WERE THERE ANY SIGNIFICANT CHANGES OVER THE PRIOR PRICE

01:45PM   14   LIST WITH RESPECT TO THE DISCOVERY BUNDLE?

01:45PM   15   A.   NO.

01:45PM   16   Q.   TURNING TO THE NEXT SECTION STARTING ON PAGE 14 OF 34 IT

01:45PM   17   SAYS NEO4J GRAPH DATA SCIENCE BUNDLE?

01:45PM   18   A.   YES.

01:45PM   19   Q.   AND WERE THERE ANY CHANGES OVER THE PRIOR PRICE LIST WITH

01:45PM   20   RESPECT TO THE NEO4J GRAPH DATA SCIENCE BUNDLE?

01:45PM   21   A.   YES.

01:45PM   22   Q.   AND WHAT WERE THOSE CHANGES?

01:45PM   23   A.   WE ADDED A GRAPH DATA SCIENCE MINI BUNDLE AS A FOURTH

01:45PM   24   OPTION FOR NUMBER OF CPU CORES AND MEMORY INCLUDED WITH THE

01:45PM   25   GRAPH DATA SCIENCE BUNDLE.

ZAGALSKY DIRECT BY MR. RATINOFF                                           104

01:45PM   1      Q.   AND DOES THIS PRICE LIST, EXHIBIT 19, IS THIS CURRENTLY

01:45PM   2      STILL IN EFFECT AT NEO4J?

01:45PM   3      A.   YES, IT IS.

01:45PM   4      Q.   TURNING BACK TO THE IRS, HAVE YOU HAD ANY OTHER EXPERIENCE

01:46PM   5      IN SELLING NEO4J COMMERCIAL LICENSES TO THE IRS?

01:46PM   6      A.   YES, I HAVE.

01:46PM   7      Q.   AND HOW MANY APPROXIMATELY DO YOU RECALL?

01:46PM   8      A.   WELL, AT LEAST TWO.

01:46PM   9      Q.   ALL RIGHT.  LET'S START WITH THE FIRST ONE THAT COMES TO

01:46PM  10      MIND.

01:46PM  11           OF THOSE TWO, WHICH ONE DOES COME TO YOUR MIND?

01:46PM  12      A.   IT WAS CSIRC, C-S-I-R-C.

01:46PM  13      Q.   AND WHAT IS CSIRC?

01:46PM  14      A.   IT'S -- I CAN'T -- I'M NOT 100 PERCENT ACTUALLY IF IT'S AN

01:46PM  15      ORGANIZATION WITHIN THE IRS OR A PROGRAM NAME, BUT IT'S CYBER

01:46PM  16      SECURITY USE CASE FOR NEO4J AND THERE'S A PRIME CONTRACTOR

01:47PM  17      CALLED ALPHASIX THAT BROUGHT US THAT OPPORTUNITY AND IT WAS AN

01:47PM  18      ENTERPRISE BUNDLE.

01:47PM  19      Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT OPPORTUNITY WAS

01:47PM  20      FIRST BROUGHT TO NEO4J?

01:47PM  21      A.   YES, I DO.  IT WAS IN 2019.  IT WAS A ONE YEAR DEAL, AND

01:47PM  22      THEY'RE STILL OUR CUSTOMER SO THEY'VE RENEWED EVERY YEAR AFTER.

01:47PM  23           THERE WAS, I BELIEVE IT WAS 2019, A COUPLE YEARS INTO

01:47PM  24      THEIR BETA CUSTOMER THEY EXPANDED THEIR CONFIGURATION, THEY

01:47PM  25      ADDED CORES AND/OR MEMORY, WHICH INCREASED THEIR SOFTWARE FEE,

ZAGALSKY DIRECT BY MR. RATINOFF                                     105

01:48PM   1    AND THEY ALSO AT THAT POINT HAD US PROVIDE PRICING FOR OPTION

01:48PM   2    YEARS SO THEY COULD EASILY RENEW YEAR AFTER YEAR, WHICH THEY'VE

01:48PM   3    CONTINUED TO DO.

01:48PM   4    Q.   OKAY.  SO JUST SO I UNDERSTAND THE TIMELINE, SO

01:48PM   5    ALPHASIX -- I'M SORRY.  YOU SOLD THE SUBSCRIPTION FIRST IN

01:48PM   6    2019; IS THAT CORRECT?

01:48PM   7    A.   THAT'S CORRECT.

01:48PM   8    Q.   AND IT WAS A ONE YEAR SUBSCRIPTION?

01:48PM   9    A.   THAT'S CORRECT.

01:48PM  10    Q.   AND WHAT BUNDLE WAS THAT FOR?

01:48PM  11    A.   THAT WAS FOR THE NEO4J ENTERPRISE EDITION ENTERPRISE

01:48PM  12    BUNDLE.

01:48PM  13    Q.   AND SO IT WOULD HAVE BEEN WHICH PRICE LIST AT THAT POINT?

01:48PM  14    DO YOU RECALL?

01:48PM  15    A.   2019, SO THAT WOULD HAVE BEEN THE 2019 PRICE LIST BECAUSE

01:48PM  16    I BELIEVE IT WAS LIKE SEPTEMBER ORDER, SOMEWHERE AROUND THERE.

01:49PM  17    SO IT -- WELL, THAT -- YEAH, AT THAT POINT I THINK OUR PRICE

01:49PM  18    LISTS CAME OUT IN JULY, SO IT WOULD HAVE BEEN THE 2019 PRICE

01:49PM  19    LIST.

01:49PM  20    Q.   AND THEN YOU MENTIONED EXPANDING CONFIGURATION.  I'M

01:49PM  21    SORRY, BEFORE I GET THERE, YOU MENTIONED IT WAS RENEWALS?

01:49PM  22    A.   YES.

01:49PM  23    Q.   AND AS YOU SIT HERE NOW, DO YOU RECALL HOW MANY RENEWALS

01:49PM  24    THERE WERE?

01:49PM  25    A.   LIKE I MENTIONED, THEY'RE STILL A CUSTOMER TODAY SO IF IT

ZAGALSKY DIRECT BY MR. RATINOFF                                            106

01:49PM  1      STARTED IN 2019, IT WOULD HAVE BEEN A RENEWAL IN 2020, 2021,

01:49PM  2      2022, AND 2023, SO FOUR RENEWALS.

01:49PM  3      Q.   AND DID YOU USE A RESELLER IN CONJUNCTION WITH THAT

01:49PM  4      PARTICULAR SALE?

01:49PM  5      A.   YES, WE DID.

01:49PM  6      Q.   AND WHICH RESELLER DID YOU USE?

01:49PM  7      A.   THAT WENT THROUGH COMPSEC, C-O-M-P-S-E-C.

01:50PM  8      Q.   AND WHY COMPSEC?

01:50PM  9      A.   SO THE SALES PROCESS STARTED BACK IN 2017 SHORTLY AFTER I

01:50PM  10     STARTED WITH NEO4J, AND COMPSEC WAS THE FIRST FEDERAL RESELLER

01:50PM  11     THAT I BROUGHT IN TO NEO4J IN 2017.

01:50PM  12          AND -- SO SINCE WE STARTED WITH THEM, THEY PROVIDED THE

01:50PM  13     FIRST QUOTE TO ALPHASIX WHO WAS NOT A NEO4J PARTNER, SO WE HAD

01:50PM  14     TO GO THROUGH COMPSEC AND THEY PROVIDED A QUOTE IN 2017 AND

01:50PM  15     WAS -- YOU KNOW, THEY STRUGGLED TO GET FUNDING IN 2017, '18,

01:50PM  16     FINALLY GOT IT IN '19.  SO COMPSEC PROVIDED MANY QUOTES YEAR

01:50PM  17     AFTER YEAR TO ALPHASIX AND ULTIMATELY FINALLY GOT THE ORDER

01:51PM  18     WITH US IN 2019.

01:51PM  19     Q.   SO THEY WERE ABLE TO GET FUNDING -- OR I SHOULD SAY --

01:51PM  20     STRIKE THAT.  THE IRS WAS ABLE TO GET FUNDING?

01:51PM  21     A.   YES.

01:51PM  22     Q.   AND YOU MENTIONED THERE WAS ANOTHER.  I BELIEVE YOU SAID

01:51PM  23     TWO.  SO WHAT WAS THE SECOND DEAL THAT CAME TO YOUR MIND?

01:51PM  24     A.   THE SECOND ONE WAS CI, OR CRIMINAL INVESTIGATIONS, AT THE

01:51PM  25     IRS.

ZAGALSKY DIRECT BY MR. RATINOFF                                    107

01:51PM    1      Q.   AND WHEN DID THAT SALE OCCUR?

01:51PM    2      A.   THAT ONE?  IT WAS DURING COVID.  I BELIEVE IT WAS 2021.

01:51PM    3      Q.   AND DO YOU RECALL WHAT BUNDLE OR SUBSCRIPTION THAT WAS

01:51PM    4      SOLD TO THE CI DIVISION IN THE IRS?

01:51PM    5      A.   YES.  THEY PURCHASED THE GRAPH DATA SCIENCE STARTER

01:52PM    6      BUNDLE.

01:52PM    7      Q.   AND THAT WAS REFLECTED IN THE -- WHICH, THE 2020 PRICE

01:52PM    8      LIST, I BELIEVE?

01:52PM    9      A.   2021 PRICE LIST.

01:52PM   10      Q.   OH, EXCUSE ME.

01:52PM   11      A.   THE JULY 2021 PRICE LIST.  I BELIEVE IT WAS A FALL ORDER

01:52PM   12      IF I RECALL CORRECTLY.

01:52PM   13      Q.   AND DID THE SALE GO THROUGH A RESELLER?

01:52PM   14      A.   IT DID, YES.

01:52PM   15      Q.   AND WHO WAS THE RESELLER ON THAT SALE?

01:52PM   16      A.   IT WAS AFFIGENT.

01:52PM   17      Q.   AND WHO IS AFFIGENT?

01:52PM   18      A.   AFFIGENT IS A RESELLER THAT WE BROUGHT IN AS A NEO4J

01:52PM   19      PARTNER I BELIEVE IN 2020 OR SO.  WE WANTED TO HAVE A PARTNER

01:52PM   20      THAT HAD A SEWP CONTRACT SO THAT WE COULD WORK WITH THEM

01:53PM   21      DIRECTLY WITH CUSTOMERS THAT PURCHASED VIA THE SEWP CONTRACT

01:53PM   22      VEHICLE.  SEWP IS S-E-W-P.  IT'S A CONTRACT VEHICLE THAT'S RUN

01:53PM   23      BY NASA, BUT IT'S VERY COMMONLY USED THROUGHOUT FEDERAL

01:53PM   24      CIVILIAN AGENCIES, INCLUDING IRS.

01:53PM   25           IN MY EXPERIENCE, THE IRS QUITE TYPICALLY USES THE SEWP

ZAGALSKY DIRECT BY MR. RATINOFF                                108

```
01:53PM   1    VEHICLE TO PURCHASE SOFTWARE.

01:53PM   2        SO WE WANTED TO HAVE AN AUTHORIZED NEO4J RESELLER THAT

01:53PM   3    COULD RESPOND DIRECTLY TO SEWP RFP'S SOLICITATIONS.

01:53PM   4    Q.   AND DOES NEO4J STILL USE AFFIGENT AS A RESELLER?

01:54PM   5    A.   WE DO.  NOT AS OFTEN ANYMORE, BUT WE DO.

01:54PM   6    Q.   AND DO YOU RECALL IF THERE WAS A RESELLER FEE INVOLVED IN

01:54PM   7    THE TRANSACTION?

01:54PM   8    A.   YES.

01:54PM   9    Q.   AND WHAT WAS THE RESELLER FEE FOR AFFIGENT?

01:54PM  10    A.   5 PERCENT.

01:54PM  11    Q.   ALL RIGHT.  I'D LIKE TO SWITCH GEARS AWAY FROM THE IRS.

01:54PM  12    ARE YOU FAMILIAR WITH, MAYBE WE TALKED ABOUT THIS EARLIER BUT

01:54PM  13    IT'S AFTER LUNCH, ARE YOU FAMILIAR WITH THE MARYLAND

01:54PM  14    PROCUREMENT OFFICE?

01:54PM  15    A.   I AM.

01:54PM  16    Q.   ARE YOU FAMILIAR WITH THE ACRONYM MPO?

01:54PM  17    A.   ABSOLUTELY.

01:54PM  18    Q.   SO IF I SAY MPO, YOU UNDERSTAND THAT I'M REFERRING TO THE

01:54PM  19    MARYLAND PROCUREMENT OFFICE?

01:54PM  20    A.   YES.

01:54PM  21    Q.   OKAY.  AND WHAT IS THE MARYLAND PROCUREMENT OFFICE?

01:54PM  22    A.   IT'S THE CONTRACTING OFFICE FOR THE NATIONAL SECURITY

01:54PM  23    AGENCY.

01:54PM  24    Q.   AND HOW DID YOU BECOME FAMILIAR WITH THE MPO?

01:55PM  25    A.   I ACTUALLY STARTED WORKING WITH MPO -- SO WHEN PEOPLE
```

ZAGALSKY DIRECT BY MR. RATINOFF                                        109

01:55PM   1    REFER TO NSA A LOT OF TIMES, WE PREFER TO REFER TO NSA AS MPO

01:55PM   2    BECAUSE YOU DON'T WANT EVERYONE IN THE COMPANY TO KNOW THAT

01:55PM   3    YOU'RE WORKING WITH NSA.

01:55PM   4         SO WHEN I SAY MPO, I DON'T JUST MEAN MARYLAND PROCUREMENT

01:55PM   5    OFFICE AS THE CONTRACTING OFFICE BUT WE'RE TALKING ABOUT NSA.

01:55PM   6         SO I STARTED WORKING WITH MPO AS AN ELECTRICAL ENGINEER

01:55PM   7    WAY BACK IN 1994 WHEN I WAS WORKING FOR ANNAPOLIS MICRO

01:55PM   8    SYSTEMS.  I WAS DOING CONSULTING CONTRACT WORK FOR THE NSA.

01:55PM   9    Q.   AND HAVE YOU HAD ANY SALES EXPERIENCE WITH THE MPO?

01:56PM   10   A.   YES.

01:56PM   11   Q.   PRIOR TO NEO4J?

01:56PM   12   A.   YES.  DURING -- TOWARD THE END OF MY TIME AT ANNAPOLIS

01:56PM   13   MICRO SYSTEMS I MOVED FROM BEING AN ENGINEER, A CONSULTING

01:56PM   14   ENGINEER, TO A SALES ENGINEER AND THEN A SALES REPRESENTATIVE.

01:56PM   15   AND MY ONLY -- MY FULL TERRITORY WHEN I WAS SELLING TO MPO,

01:56PM   16   ANNAPOLIS MICRO SYSTEMS, WAS MPO.

01:56PM   17   Q.   AND DID YOU HAVE ANY OPPORTUNITIES TO SELL PRODUCTS TO THE

01:56PM   18   MPO IN ANY OF YOUR OTHER PRIOR POSITIONS?

01:56PM   19   A.   YES, ALL OF THEM.  THEY WERE IN MY TERRITORY.  I WAS

01:56PM   20   SELLING TO MPO THROUGHOUT MY CAREER.

01:56PM   21   Q.   AND THAT INCLUDES ORACLE?

01:56PM   22   A.   YES, IT INCLUDES ORACLE, IT INCLUDES STELLENT, IT INCLUDES

01:57PM   23   SGI, SILICON GRAPHICS.

01:57PM   24   Q.   OH, SGI.  I DON'T BELIEVE YOU MENTIONED SGI.  DID YOU WORK

01:57PM   25   FOR THERE AS WELL?

ZAGALSKY DIRECT BY MR. RATINOFF                                    110

| | | |
|---|---|---|
| 01:57PM | 1 | A.   DID WE SKIP THAT ONE?  YES. |
| 01:57PM | 2 | Q.   AND WHAT DOES SGI STAND FOR? |
| 01:57PM | 3 | A.   SGI STANDS FOR SILICON GRAPHICS, INC. |
| 01:57PM | 4 | Q.   AND I THINK WE MISSED THAT.  IS SGI A PLACE WHERE YOU |
| 01:57PM | 5 | WORKED PREVIOUSLY? |
| 01:57PM | 6 | A.   I DID.  PRIOR TO ORACLE AND PRIOR TO STELLENT I WORKED AT |
| 01:57PM | 7 | SGI FOR ABOUT THREE YEARS.  THAT'S WHERE I WENT AFTER |
| 01:57PM | 8 | ANNAPOLIS MICRO SYSTEMS. |
| 01:57PM | 9 | SO I STARTED MY SALES CAREER AT ANNAPOLIS MICRO SYSTEMS |
| 01:57PM | 10 | AND THEN MOVED ON TO SGI AS A SALES REPRESENTATIVE. |
| 01:57PM | 11 | Q.   AND THEN ORACLE AFTER SGI? |
| 01:57PM | 12 | A.   THAT'S CORRECT. |
| 01:57PM | 13 | Q.   NOW, ARE YOU FAMILIAR WITH A COMPANY CALLED NEXT, NEXT |
| 01:57PM | 14 | CENTURY? |
| 01:57PM | 15 | A.   YES, I AM. |
| 01:57PM | 16 | Q.   AND WHAT IS NEXT CENTURY? |
| 01:58PM | 17 | A.   NEXT CENTURY IS A GOVERNMENT CONTRACTOR THAT PROVIDES |
| 01:58PM | 18 | CONTRACT CONSULTING SERVICES TO THE FEDERAL GOVERNMENT. |
| 01:58PM | 19 | Q.   AND HOW DID YOU BECOME FAMILIAR WITH NEXT CENTURY? |
| 01:58PM | 20 | A.   SOMEONE FROM NEXT CENTURY NAMED MICHAEL SMOLYAK REACHED |
| 01:58PM | 21 | OUT TO NEO4J.  THEY WERE INTERESTED IN GETTING SOME HELP ON |
| 01:58PM | 22 | EVALUATING NEO4J ENTERPRISE EDITION FOR A PROJECT THAT THEY |
| 01:58PM | 23 | WERE WORKING ON AT THE TIME. |
| 01:58PM | 24 | Q.   AND I THINK WE NEED TO SPELL SMOLYAK SO IF YOU WOULDN'T |
| 01:58PM | 25 | MIND DOING THAT. |

ZAGALSKY DIRECT BY MR. RATINOFF                          111

01:58PM  1    A.   LET ME TRY.  S-M-O-L-Y-A-K.

01:59PM  2    Q.   AND TURNING BACK TO WHEN YOU WERE FIRST CONTACTED, WHAT

01:59PM  3    WERE THE CIRCUMSTANCES OF THAT CONVERSATION?

01:59PM  4    A.   MICHAEL WAS WORKING ON A PROJECT FOR A GOVERNMENT

01:59PM  5    CUSTOMER.  I'M NOT SURE I REMEMBER WHICH GOVERNMENT CUSTOMER.

01:59PM  6         BUT HE WAS EVALUATING NEO4J ENTERPRISE EDITION, AND HE HAD

01:59PM  7    SOME QUESTIONS ABOUT NEO4J'S ABILITY TO SCALE TO THE

01:59PM  8    REQUIREMENTS THAT THEY WERE LOOKING AT AND SOME OF THE

01:59PM  9    ENTERPRISE FEATURES OF NEO4J ENTERPRISE EDITION.

01:59PM  10        AND WE ANSWERED HIS TECHNICAL QUESTIONS AND SHARED SOME

01:59PM  11   INFORMATION ABOUT THE LICENSING THAT NEO4J ENTERPRISE EDITION

01:59PM  12   REQUIRED COMMERCIAL LICENSE WITH NEO4J.

02:00PM  13   Q.   AND I'M GOING TO GO AHEAD AND HAVE YOU TURN TO

02:00PM  14   EXHIBIT 103.

02:00PM  15   A.   I'M THERE.

02:00PM  16   Q.   THIS WAS ORIGINALLY DESIGNATED AS CONFIDENTIAL, BUT WE DID

02:00PM  17   GET APPROVAL FROM CACI TO NOT HAVE IT UNDER THE PROTECTIVE

02:00PM  18   ORDER ANY LONGER, SO I'M HAPPY TO PUT THIS BACK INTO THE PUBLIC

02:00PM  19   RECORD.

02:00PM  20        OKAY.  TURNING BACK TO TRIAL EXHIBIT 103.  DO YOU

02:00PM  21   RECOGNIZE THIS EXHIBIT?

02:00PM  22   A.   YES, I DO.

02:00PM  23   Q.   AND VERY BRIEFLY, HOW DO YOU RECOGNIZE IT?

02:00PM  24   A.   THIS WAS THE INITIAL EMAIL THAT I RECEIVED WHEN

02:00PM  25   MICHAEL SMOLYAK AT NEXT CENTURY REACHED OUT TO ME AT NEO4J.

ZAGALSKY DIRECT BY MR. RATINOFF                                    112

02:00PM   1          MR. RATINOFF:  I'D LIKE TO ASK THAT EXHIBIT 103 BE

02:01PM   2   ADMITTED INTO EVIDENCE.

02:01PM   3          THE COURT:  ANY OBJECTION?

02:01PM   4          MR. BEENE:  OH.  NO OBJECTION.

02:01PM   5          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:01PM   6       (PLAINTIFFS' EXHIBIT 103 WAS RECEIVED IN EVIDENCE.)

02:01PM   7   BY MR. RATINOFF:

02:01PM   8   Q.   AND TURNING BACK TO EXHIBIT 103 THERE'S, IN THE LAST

02:01PM   9   EMAIL, SO IT WOULD BE AT THE VERY TOP, JUNE 6TH -- I'M SORRY,

02:01PM  10   JUNE 14TH, 2018.  AND YOU RESPOND HERE, WHAT ARE YOU REFERRING

02:01PM  11   TO AS "YES, CLUSTERING DOES REQUIRE THE PURCHASE OF AN

02:01PM  12   ENTERPRISE EDITION SUBSCRIPTION"?

02:01PM  13   A.   CLUSTERING IS A NEO4J ENTERPRISE EDITION ENTERPRISE ONLY

02:01PM  14   FEATURE.

02:01PM  15   Q.   AND SO IN JUNE OF 2018 WAS NEO4J 3.4 THE MOST CURRENT

02:02PM  16   VERSION?

02:02PM  17   A.   THAT SOUNDS RIGHT, BUT I WOULD LIKE TO GO BACK TO THAT

02:02PM  18   OTHER EXHIBIT TO CONFIRM.

02:02PM  19   Q.   PLEASE DO TO MAKE SURE YOU HAVE THE CORRECT DATES.  I

02:02PM  20   BELIEVE YOU'RE REFERRING TO EXHIBIT 4?

02:02PM  21   A.   THANK YOU.  SO THIS IS SEPTEMBER -- I'M SORRY, JUNE 2018,

02:02PM  22   AND 3.4 WAS RELEASED IN MAY OF 2018.  SO, YES, 3.4 WAS THE

02:02PM  23   CURRENT VERSION AT THAT TIME?

02:02PM  24   Q.   AND DID YOU OFFER HERE IN THE NEXT PARAGRAPH TO HAVE A

02:02PM  25   CONVERSATION TO DISCUSS THE REQUIREMENTS?  AND I'M

ZAGALSKY DIRECT BY MR. RATINOFF                                    113

02:02PM   1      PARAPHRASING.

02:03PM   2      A.    YES.

02:03PM   3      Q.    AND DID YOU HAVE A CONVERSATION WITH MR. SMOLYAK?

02:03PM   4      A.    YES, WE DID.

02:03PM   5      Q.    AND WHAT WAS THE SUBSTANCE OF THAT CONVERSATION?

02:03PM   6      A.    WE TALKED ABOUT THEIR REQUIREMENTS FOR THE PROJECT THAT

02:03PM   7      THEY WERE EVALUATING NEO4J FOR AND ANSWERED SOME QUESTIONS

02:03PM   8      ABOUT THE FEATURES OF NEO4J ENTERPRISE EDITION AND WHICH

02:03PM   9      FEATURES REQUIRED, WHICH FEATURES THAT THEY NEEDED FOR THEIR

02:03PM  10      PROJECT REQUIRED NEO4J ENTERPRISE EDITION.

02:03PM  11           THEY WANTED TO DETERMINE -- THE WHOLE POINT OF THEM

02:03PM  12      REACHING OUT TO US WAS TO DETERMINE WHETHER THEY COULD USE THE

02:03PM  13      FREE OPEN SOURCE VERSION NEO4J COMMUNITY EDITION OR WHETHER

02:03PM  14      THEY WOULD NEED TO PURCHASE A LICENSE FOR THE

02:03PM  15      NEO4J ENTERPRISE EDITION.

02:03PM  16      Q.    AND APPROXIMATELY WHEN DID THAT CONVERSATION TAKE PLACE?

02:03PM  17      A.    WELL, CANDACE WAS PRETTY QUICK ABOUT SCHEDULING MEETINGS

02:04PM  18      AND AT THE BOTTOM OF THE EMAIL IT SAYS -- I ASKED CANDACE TO

02:04PM  19      SCHEDULE A MEETING SO IT WOULD HAVE BEEN PROBABLY THE NEXT WEEK

02:04PM  20      AFTER JUNE 14TH OF 2018.

02:04PM  21      Q.    AND WHAT HAPPENED AFTER THAT CONVERSATION?

02:04PM  22      A.    AFTER THAT CONVERSATION WE DIDN'T HEAR BACK FROM -- I

02:04PM  23      DON'T BELIEVE WE HEARD BACK FROM NEXT CENTURY AGAIN UNTIL LATER

02:04PM  24      IN THAT YEAR WHEN WE DID HAVE CONVERSATIONS WITH MICHAEL AND

02:04PM  25      SOME OTHER PEOPLE AT NEXT CENTURY ABOUT A DIFFERENT PROJECT

ZAGALSKY DIRECT BY MR. RATINOFF                                        114

02:04PM   1    WHERE THEY WERE EVALUATING NEO4J ENTERPRISE EDITION, THAT

02:04PM   2    PROJECT WAS FOR THE MPO.

02:04PM   3    Q.   AND WHEN DO YOU RECALL THAT SECOND CONTACT OCCURRED FROM

02:04PM   4    NEXT CENTURY?

02:05PM   5    A.   LIKE I SAID, I'M PRETTY SURE THAT WAS AT THE END OF 2018,

02:05PM   6    MAYBE AROUND DECEMBER.

02:05PM   7    Q.   AND WHAT DID YOU LEARN FROM NEXT CENTURY ABOUT THE PROJECT

02:05PM   8    THAT THEY WERE CONSIDERING USING NEO4J ENTERPRISE?

02:05PM   9    A.   SO WE SPOKE AND EMAILED AND MET IN PERSON, AND MUCH MORE

02:05PM  10    SUBSTANTIAL INTERACTION ON THAT PROJECT.

02:05PM  11         THEY WERE INDEED EVALUATING NEO4J ENTERPRISE EDITION FOR A

02:05PM  12    LARGE PROJECT AT MPO, AND THEY HAD SPECIFIC QUESTIONS AS I

02:05PM  13    RECALL ABOUT NEO4J ENTERPRISE EDITION ENTERPRISE ONLY FEATURES,

02:05PM  14    THINGS LIKE ENTERPRISE SECURITY, CLUSTERING.  THOSE ARE THE

02:06PM  15    FEATURES THAT I RECALL THEY NEEDED.

02:06PM  16         AND THEY ACTUALLY HAD SOME PRETTY IN-DEPTH TECHNICAL

02:06PM  17    QUESTIONS AND TRYING TO GET VARIOUS ENTERPRISE FEATURES

02:06PM  18    WORKING, AND I CONNECTED THEM WITH MY SOLUTION OR SELLS

02:06PM  19    ENGINEER, GARY MANN, AT THE TIME, AND PROVIDED HIM AS A

02:06PM  20    RESOURCE TO THEIR TEAM.

02:06PM  21         GARY WAS A PRE-SELLS ENGINEER.  HE WAS MY TECHNICAL GUY

02:06PM  22    THAT HELPS ME HELP PROSPECTIVE NEO4J CUSTOMERS EVALUATE NEO4J.

02:06PM  23         AND MY EXPECTATION AT THE TIME, SINCE THEY WERE ASKING

02:06PM  24    ABOUT NEO4J ENTERPRISE EDITION FEATURES, WAS THAT THAT WOULD

02:06PM  25    LEAD TO A SALE OF NEO4J ENTERPRISE EDITION.

(116 of 179), Page 116 of 179
Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 116 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 115 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                    115

02:06PM  1    Q.   OKAY.  LET'S GO AHEAD AND TURN TO EXHIBIT 110.

02:07PM  2         THIS IS A SOMEWHAT LENGTHY DOCUMENT, EMAIL EXCHANGE.  SO

02:07PM  3    TAKE YOUR TIME AND LET ME KNOW WHEN YOU'RE READY.

02:07PM  4    A.   I'M READY.

02:07PM  5    Q.   AND DO YOU RECOGNIZE EXHIBIT 110?

02:07PM  6    A.   I DO.

02:07PM  7    Q.   AND BRIEFLY, HOW DO YOU RECOGNIZE EXHIBIT 110?

02:07PM  8    A.   I WENT ALL OF THE WAY TO THE BACK TO START, AND I WAS

02:07PM  9    HAPPY TO SEE THAT I WAS RIGHT, IT WAS DECEMBER 2018.

02:07PM  10        AND MICHAEL SMOLYAK REACHED OUT TO US AGAIN AND WAS ASKING

02:07PM  11   US FOR SOME TECHNICAL SUPPORT.  HE HAD SOME TECHNICAL QUESTIONS

02:07PM  12   ABOUT NEO4J ENTERPRISE EDITION.

02:07PM  13   Q.   OKAY.  I'M JUST GOING TO PAUSE YOU RIGHT THERE.

02:08PM  14   A.   SURE.

02:08PM  15        MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 110 INTO

02:08PM  16   EVIDENCE.

02:08PM  17        MR. BEENE:  NO OBJECTION.

02:08PM  18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:08PM  19        (PLAINTIFFS' EXHIBIT 110 WAS RECEIVED IN EVIDENCE.)

02:08PM  20   BY MR. RATINOFF:

02:08PM  21   Q.   AND I'M LOOKING AT EXHIBIT 110.  I'M SORRY.  I DIDN'T MEAN

02:08PM  22   TO CUT YOU OFF, I JUST WANT TO MAKE SURE THAT WE GOT THIS IN

02:08PM  23   THE RECORD.

02:08PM  24   A.   YES.

02:08PM  25   Q.   SO DID YOU HAVE ANY ADDITIONAL THOUGHTS ON THIS EMAIL

ZAGALSKY DIRECT BY MR. RATINOFF                                      116

02:08PM  1   EXCHANGE?

02:08PM  2   A.   WE'VE BEEN THROUGH IT.  THERE'S A LOT OF BACK AND FORTH

02:08PM  3   BETWEEN GARY AND MICHAEL.  I SEE IT GOES INTO JANUARY.  LOTS OF

02:08PM  4   INTERESTING DETAILS HERE.  KEEP GOING.

02:09PM  5        IT LOOKS LIKE THERE WERE SOME SECURITY ISSUES THAT THEY

02:09PM  6   WERE HAVING GETTING THINGS WORKING.

02:09PM  7        AND GETTING TO JANUARY 14TH, I SEE THAT THIS IS -- IT

02:09PM  8   LOOKS LIKE WHEN I WAS INTRODUCED TO ANOTHER PERSON AT

02:09PM  9   NEXT CENTURY, SHAHAK.

02:09PM 10   Q.   WHO IS SHAHAK?

02:09PM 11   A.   SHAHAK NAGIEL, N-A-G-I-E-L.  HE WAS THE TECHNICAL LEADER

02:09PM 12   OR TECHNICAL DIRECTOR, WHATEVER, OF THE TECHNICAL TEAM THAT WAS

02:09PM 13   EVALUATING NEO4J ENTERPRISE EDITION FOR THE MPO.

02:09PM 14   Q.   AND LOOKING AT THE EMAIL THAT YOU REFERENCED ON

02:10PM 15   JANUARY 14TH, IT LOOKS LIKE YOU HAD A CONVERSATION WITH

02:10PM 16   MR. NAGIEL?

02:10PM 17   A.   YES, I DID.

02:10PM 18   Q.   AND WHAT WAS THAT CONVERSATION ABOUT?

02:10PM 19   A.   I SEE THAT -- YEAH, THIS IS WHEN, IF I RECALL CORRECTLY,

02:10PM 20   BASED ON -- OH, YEAH.  I WROTE IT RIGHT THERE.

02:10PM 21        THEIR FUNDING FOR THEIR EVALUATION OF

02:10PM 22   NEO4J ENTERPRISE EDITION PROJECT WAS EXPIRING IN FEBRUARY AND

02:10PM 23   THEY WERE PUTTING TOGETHER A PROPOSAL, I WAS AWARE THAT THEY

02:10PM 24   WERE PUTTING TOGETHER A PROPOSAL TO THE MPO TO EXTEND THEIR

02:10PM 25   WORK WITH NEO4J TO OPERATIONALIZE, DO THE IMPLEMENTATION OF A

ZAGALSKY DIRECT BY MR. RATINOFF                              117

| | | |
|---|---|---|
| 02:10PM | 1 | SOLUTION AND APPLICATION ON TOP OF NEO4J ENTERPRISE EDITION. |
| 02:10PM | 2 | SO I WANTED TO MAKE SURE THAT HE WAS AWARE THAT -- OF THE |
| 02:10PM | 3 | PRICING FOR NEO4J ENTERPRISE EDITION FOR COMMERCIAL |
| 02:11PM | 4 | SUBSCRIPTION SO THAT THEY COULD INCLUDE THAT IN THEIR PROPOSAL |
| 02:11PM | 5 | TO THE MPO SO THAT WHEN THEY GOT THE CONTRACT WORK FROM MPO, IT |
| 02:11PM | 6 | WOULD INCLUDE FUNDING SO THAT THEY COULD PURCHASE |
| 02:11PM | 7 | NEO4J ENTERPRISE EDITION ON BEHALF OF THE MPO. |
| 02:11PM | 8 | Q.   AND DID YOU LEARN ANYTHING ELSE ABOUT THE PROJECT DURING |
| 02:11PM | 9 | THAT CONVERSATION? |
| 02:11PM | 10 | A.   I DID. |
| 02:11PM | 11 | Q.   WHAT WAS THAT? |
| 02:11PM | 12 | A.   ACTUALLY, IT LOOKS LIKE -- AT THAT POINT HE WASN'T -- HE |
| 02:11PM | 13 | HADN'T ASKED FOR PRICING YET. |
| 02:11PM | 14 | I ASKED HIM IN THAT EMAIL AFTER THAT CONVERSATION IF HE |
| 02:12PM | 15 | WAS INTERESTED IN GETTING PRICING FOR NEO4J. |
| 02:12PM | 16 | Q.   AND THEN LOOKING AT YOUR FEBRUARY 5TH, 2019 EMAIL? |
| 02:12PM | 17 | A.   YES. |
| 02:12PM | 18 | Q.   IT STARTS ON THE FIRST PAGE OF THE EXHIBIT AND IT |
| 02:12PM | 19 | CONTINUES ON TO THE SECOND? |
| 02:12PM | 20 | A.   YES. |
| 02:12PM | 21 | Q.   IN THE TOP PARAGRAPH IT SAYS, "WHEN WE SPOKE BRIEFLY EARLY |
| 02:12PM | 22 | LAST MONTH, YOU HAD INDICATED THAT YOU WERE USING THE FREE OPEN |
| 02:12PM | 23 | SOURCE VERSION OF NEO4J." |
| 02:12PM | 24 | A.   OH, RIGHT. |
| 02:12PM | 25 | Q.   "AND PLANNED TO CONTINUE." |

ZAGALSKY DIRECT BY MR. RATINOFF                                    118

| | | |
|---|---|---|
| 02:12PM | 1 | WHAT IS THAT IN REFERENCE TO? |
| 02:12PM | 2 | A.  DURING THAT CONVERSATION WE HAD DISCUSSED THAT HE -- THEY |
| 02:12PM | 3 | WERE USING THE OPEN SOURCE VERSION OF NEO4J, WHICH WOULD -- AT |
| 02:12PM | 4 | THAT TIME MY EXPECTATION WAS THAT SHOULD HAVE BEEN |
| 02:12PM | 5 | NEO4J COMMUNITY EDITION, THE FREE OPEN SOURCE VERSION. |
| 02:12PM | 6 | BUT IT DIDN'T MAKE SENSE BECAUSE, YOU KNOW, FOR THE PAST |
| 02:13PM | 7 | FEW MONTHS THEY HAD BEEN WORKING WITH GARY ON FEATURES AND |
| 02:13PM | 8 | CAPABILITIES THAT ONLY EXISTED IN NEO4J ENTERPRISE EDITION. |
| 02:13PM | 9 | Q.  SO AS OF JANUARY/FEBRUARY 2019, WHAT WAS THE MOST CURRENT |
| 02:13PM | 10 | VERSION OF NEO4J ENTERPRISE? |
| 02:13PM | 11 | A.  2019.  I'M GOING TO GO BACK TO THAT EXHIBIT AGAIN SO I |
| 02:13PM | 12 | DON'T SAY THE WRONG ONE.  I THINK IT WAS 3.5.  LET ME GO BACK |
| 02:13PM | 13 | AND LOOK. |
| 02:13PM | 14 | IS THAT EXHIBIT 6?  YEAH.  YES.  THAT WAS 3.5. |
| 02:13PM | 15 | Q.  AND AT THAT POINT WAS NEO4J OFFERING AN OPEN SOURCE |
| 02:14PM | 16 | VERSION OF NEO4J ENTERPRISE? |
| 02:14PM | 17 | A.  NO, WE WEREN'T. |
| 02:14PM | 18 | Q.  AND THEN YOU RECEIVED A RESPONSE ON IT LOOKS LIKE THE SAME |
| 02:14PM | 19 | DAY, FEBRUARY 5TH, 2019? |
| 02:14PM | 20 | A.  YES. |
| 02:14PM | 21 | Q.  AND THE FIRST PARAGRAPH HE SAYS, "NEO4J'S STRENGTHS HELPED |
| 02:14PM | 22 | CONVINCE US AND THE CUSTOMER THAT IT IS THE RIGHT GRAPH PRODUCT |
| 02:14PM | 23 | FOR THEIR REQUIREMENTS." |
| 02:14PM | 24 | DO YOU SEE THAT? |
| 02:14PM | 25 | A.  YES, I DO. |

ZAGALSKY DIRECT BY MR. RATINOFF                                    119

02:14PM   1    Q.   AND THEN FOLLOWING THAT PARAGRAPH, "INDEED, WE HAVE

02:14PM   2    (ALMOST) REACHED THE END OF THIS TASK ORDER, AND HAVE BEEN

02:14PM   3    DEMONSTRATING OUR INTEGRATION WITH A SMALL NEO4J DEVELOPMENT

02:14PM   4    CLUSTER."

02:14PM   5         AND THEN THE NEXT SENTENCE.  "WE HAVE FOUND THAT THE OPEN

02:14PM   6    SOURCED (NON-COMMERCIAL) BUILDS FROM THE NEO4J SOURCE CODE

02:14PM   7    PROVIDE THE CLUSTERING AND SECURITY REQUIREMENTS NEEDED IN OUR

02:14PM   8    ENVIRONMENT."

02:14PM   9         AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

02:15PM  10    A.   WELL, THAT HELPED ME UNDERSTAND WHY THINGS SEEMED STRANGE

02:15PM  11    BEFORE THAT WHEN HE SAID HE WAS USING THE FREE OPEN SOURCE

02:15PM  12    VERSION, AND I KNEW THAT WE WERE HELPING HIM WITH NEO4J

02:15PM  13    ENTERPRISE EDITION.

02:15PM  14         SO WHAT THAT MEANT TO ME IS THAT THE ONLY WAY THAT HE

02:15PM  15    COULD BE USING WHAT HE THOUGHT WAS A FREE OPEN SOURCED VERSION,

02:15PM  16    HE SAID OPEN SOURCE NON-COMMERCIAL BUILDS FROM THE NEO4J SOURCE

02:15PM  17    CODE, THAT HAD TO BE ONGDB.

02:15PM  18    Q.   AND WHY DID YOU THINK IT WAS ONGDB?

02:15PM  19    A.   WELL, THERE WAS NO -- AT THAT TIME THERE WAS NO FREE OPEN

02:15PM  20    SOURCE VERSION OF NEO4J ENTERPRISE EDITION.

02:15PM  21         THE ONLY THING OUT THERE THAT HE COULD HAVE BEEN USING WAS

02:15PM  22    ONGDB.

02:15PM  23    Q.   BECAUSE AT THAT TIME HE HADN'T PURCHASED A -- OR I

02:16PM  24    SHOULDN'T SAY HE, BUT NEXT CENTURY HAD NOT PURCHASED A

02:16PM  25    COMMERCIAL LICENSE NEO4J ENTERPRISE EDITION?

ZAGALSKY DIRECT BY MR. RATINOFF                                    120

| | | |
|---|---|---|
| 02:16PM | 1 | A.    THAT'S CORRECT. |
| 02:16PM | 2 | Q.    AND WHAT DID YOU DO AFTER YOU RECEIVED THAT EMAIL? |
| 02:16PM | 3 | A.    AFTER THIS EMAIL I FOLLOWED UP WITH SHAHAK, TRIED TO |
| 02:16PM | 4 | FOLLOW UP WITH SHAHAK, THE EMAIL, TO FURTHER DISCUSS, YOU KNOW, |
| 02:16PM | 5 | HIS APPARENT DECISION TO USE ONGDB INSTEAD OF |
| 02:16PM | 6 | NEO4J ENTERPRISE EDITION. |
| 02:16PM | 7 | Q.    AND WERE YOUR EFFORTS WITH SHAHAK SUCCESSFUL? |
| 02:16PM | 8 | A.    NOT IMMEDIATELY.  I HAD TO GO AROUND HIM. |
| 02:16PM | 9 | Q.    WHAT DO YOU MEAN YOU HAD TO GO AROUND HIM? |
| 02:16PM | 10 | A.    EVENTUALLY I HAD TO GET TO THE CTO OF NEXT CENTURY AND HAD |
| 02:17PM | 11 | A MEETING WITH THE CTO. |
| 02:17PM | 12 | Q.    DO YOU RECALL THE CTO'S NAME? |
| 02:17PM | 13 | A.    I BELIEVE IT WAS TODD HUGHES. |
| 02:17PM | 14 | Q.    AND WHAT WAS THE NATURE OF YOUR CONVERSATIONS WITH |
| 02:17PM | 15 | MR. HUGHES? |
| 02:17PM | 16 | A.    WELL, WE WANTED TO MEET WITH THEM BECAUSE WE WERE |
| 02:17PM | 17 | CONCERNED ABOUT THE FACT THAT THEY WERE USING ONGDB, WHICH WAS |
| 02:17PM | 18 | IMPROPERLY LICENSED, UNLICENSED, AND WE WANTED TO MAKE SURE |
| 02:17PM | 19 | THAT THEY UNDERSTOOD THE RESTRICTIONS OF THE COMMONS CLAUSE |
| 02:17PM | 20 | WHICH HAD BEEN IMPROPERLY REMOVED FROM ONGDB AND THE RISKS THAT |
| 02:17PM | 21 | THEY WERE PUTTING THEMSELVES AND THEIR CUSTOMER IN BY CHOOSING |
| 02:17PM | 22 | TO USE THE FREE ONGDB VERSUS USING NEO4J ENTERPRISE EDITION AND |
| 02:18PM | 23 | HAVING THE CUSTOMER PURCHASE A SUBSCRIPTION. |
| 02:18PM | 24 | Q.    DID MR. HUGHES CONFIRM YOUR SUSPICIONS AT THAT POINT THAT |
| 02:18PM | 25 | THEY WERE USING ONGDB, THEY BEING THE NSA AND NEXT CENTURY? |

| | | |
|---|---|---|
| 02:18PM | 1 | A.   I DON'T BELIEVE HE DID, NO.  HE DIDN'T AT THAT TIME. |
| 02:18PM | 2 | Q.   LET'S GO AHEAD AND TURN TO EXHIBIT 116. |
| 02:18PM | 3 | A.   OKAY. |
| 02:18PM | 4 | Q.   LET ME KNOW WHEN YOU'VE HAD A CHANCE TO REVIEW |
| 02:18PM | 5 | EXHIBIT 116. |
| 02:19PM | 6 | A.   OKAY. |
| 02:19PM | 7 | Q.   AND DO YOU RECOGNIZE EXHIBIT 116? |
| 02:19PM | 8 | A.   YES, I DO. |
| 02:19PM | 9 | Q.   AND WHAT IS EXHIBIT 116, VERY BRIEFLY? |
| 02:19PM | 10 | A.   IT'S AN EMAIL THREAD BETWEEN MYSELF AND TODD HUGHES AND |
| 02:19PM | 11 | SHAHAK NAGIEL IN MARCH AND APRIL OF 2019. |
| 02:19PM | 12 | MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 116 IN |
| 02:19PM | 13 | EVIDENCE. |
| 02:19PM | 14 | THE COURT:  ANY OBJECTION? |
| 02:19PM | 15 | MR. BEENE:  NO OBJECTION. |
| 02:19PM | 16 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 02:19PM | 17 | (PLAINTIFFS' EXHIBIT 116 WAS RECEIVED IN EVIDENCE.) |
| 02:19PM | 18 | BY MR. RATINOFF: |
| 02:19PM | 19 | Q.   AND I WANT TO TURN YOUR ATTENTION TO THE BEGINNING OF THE |
| 02:19PM | 20 | EMAIL THREAD.  I BELIEVE IT'S ON THE SECOND TO THE LAST PAGE, |
| 02:19PM | 21 | MARCH 20TH, 2019, EMAIL. |
| 02:19PM | 22 | FROM TODD HUGHES? |
| 02:20PM | 23 | A.   YES. |
| 02:20PM | 24 | Q.   DOES THAT HELP REFRESH YOUR RECOLLECTION OF WHEN YOU |
| 02:20PM | 25 | LEARNED THAT THE MPO AND NEXT CENTURY WERE USING ONGDB? |

ZAGALSKY DIRECT BY MR. RATINOFF                                    122

02:20PM  1    A.   YES.

02:20PM  2    Q.   SO DO YOU HAVE AN UNDERSTANDING OF WHAT HE'S REFERRING TO

02:20PM  3    "AFTER OUR CONVERSATION ON MARCH 8TH"?

02:20PM  4    A.   YES.

02:20PM  5    Q.   AND WHAT IS YOUR UNDERSTANDING OF THAT CONVERSATION?

02:20PM  6    A.   DURING THE CONVERSATION, LIKE I SAID, WE WERE DISCUSSING

02:20PM  7    THE RISKS OF USING ONGDB AND THAT THEY WERE USING ONGDB ON THE

02:20PM  8    MPO PROJECT, AND FOLLOWING THAT CONVERSATION THEY WERE

02:20PM  9    CONVINCED THAT THEY NEEDED TO HAVE A CONVERSATION WITH THE

02:20PM  10   CUSTOMER ABOUT NEO4J ENTERPRISE EDITION VERSUS ONGDB AND THAT

02:21PM  11   THE CUSTOMER IS NOW WILLING TO CONSIDER A QUOTE FROM NEO4J --

02:21PM  12   FOR NEO4J ENTERPRISE EDITION.

02:21PM  13   Q.   AND WHAT HAPPENED AFTER YOU RECEIVED THAT MARCH 8TH -- I'M

02:21PM  14   SORRY, THE MARCH 20TH EMAIL?

02:21PM  15   A.   WELL, THEY ALSO ASKED TO SCHEDULE A MEETING TO LEARN MORE

02:21PM  16   ABOUT THE UPCOMING NEO4J ENTERPRISE EDITION 4.0 RELEASE.

02:21PM  17        AND WE DID SCHEDULE A MEETING, AND WE ALSO PROVIDED

02:21PM  18   INFORMATION TO THEM VIA EMAIL OF HOW WE LICENSE

02:21PM  19   NEO4J ENTERPRISE EDITION, AND THEY SHARED WITH US BASED ON US

02:22PM  20   PROVIDING WHAT KIND OF INFORMATION WE WOULD NEED TO PROVIDE A

02:22PM  21   QUOTE, THEY PROVIDED TO US THE CONFIGURATION OF THE STAGING OR

02:22PM  22   TEST ENVIRONMENT THAT THEY CURRENTLY HAD OR THEY WERE CURRENTLY

02:22PM  23   BUILDING ACCORDING TO THE MARCH 22ND, MARCH 22, 2019 EMAIL FROM

02:22PM  24   SHAHAK TO ME, THEY WERE IN THE PROCESS AT THAT POINT OF

02:22PM  25   BUILDING A STAGING ENVIRONMENT.

ZAGALSKY DIRECT BY MR. RATINOFF                                    123

```
02:22PM   1          AND HE DESCRIBES -- HE PROVIDES THE INFORMATION FOR THAT
02:22PM   2    STAGING ENVIRONMENT TO ME SO THAT I CAN PROVIDE PRICING.
02:22PM   3    Q.   OKAY.  AND DID YOU END UP -- I THINK YOU MENTIONED THERE
02:22PM   4    WAS A MEETING.  DID YOU END UP HAVING A MEETING WITH OR
02:22PM   5    SCHEDULING A MEETING WITH THE MPO AND NEXT CENTURY?
02:22PM   6    A.   YES, WE DID.
02:22PM   7    Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT OCCURRED?
02:22PM   8    A.   WELL, AT THE TOP OF THIS EMAIL, THE EMAIL DATED APRIL 1ST
02:23PM   9    INDICATES THAT WE WERE SCHEDULING THE MEETING FOR APRIL 15TH.
02:23PM  10          SO -- AND I'M GUESSING THAT WE HAD IT ON APRIL 15TH BASED
02:23PM  11    ON -- I'M SURMISING FROM THE EMAIL THAT WE HAD IT ON
02:23PM  12    APRIL 15TH, AND I DO REMEMBER HAVING THE MEETING.
02:23PM  13    Q.   AND WHO WAS PRESENT AT THAT MEETING?
02:23PM  14    A.   FROM NEO4J IT WAS MYSELF, AND PHILIP RATHLE, AND POSSIBLY
02:23PM  15    GARY MANN AS WELL.  I DON'T REMEMBER IF GARY WAS THERE FOR
02:23PM  16    SURE.
02:23PM  17          ON THE NEXT CENTURY SIDE IT WAS JIM WEYANT, AND I BELIEVE
02:23PM  18    SHAHAK NAGIEL WAS THERE.  I'M NOT SURE IF SHAHAK WAS THERE, BUT
02:23PM  19    I KNOW JIM WAS THERE.
02:23PM  20    Q.   AND I DON'T KNOW IF WE COVERED THIS WITH YOU, BUT WHO WAS
02:24PM  21    JIM WEYANT?
02:24PM  22    A.    JIM WEYANT WAS I BELIEVE SHAHAK'S MANAGER.  SHAHAK IS
02:24PM  23    S-H-A-H-A-K.  HE WAS SHAHAK'S MANAGER, AND HE WAS A VICE
02:24PM  24    PRESIDENT AT NEXT CENTURY.  AND WEYANT IS SPELLED W-E-Y-A-N-T.
02:24PM  25    Q.   AND WAS THERE ANYONE ELSE AT THE MEETING BESIDES THE
```

ZAGALSKY DIRECT BY MR. RATINOFF                                          124

02:24PM  1    INDIVIDUALS -- I'M SORRY, THE INDIVIDUALS THAT YOU'VE ALREADY

02:24PM  2    LISTED?

02:24PM  3    A.   YES.  THE MPO TECHNICAL DIRECTOR FOR THE PROJECT THAT

02:24PM  4    NEXT CENTURY WAS WORKING FOR THEM, HIS NAME WAS MATT

02:24PM  5    RICHARDSON.

02:24PM  6    Q.   AND WHAT DID YOU DISCUSS AT THAT MEETING?

02:24PM  7    A.   WE DISCUSSED THE FEATURES AND CAPABILITIES COMING OUT WITH

02:25PM  8    THE NEW VERSION OF NEO4J 4.0, NEO4J ENTERPRISE EDITION 4.0.

02:25PM  9         THERE WERE A LOT OF CHANGES IN 4.0, AND HE THOUGHT HE

02:25PM 10    SHOULD KNOW ABOUT WHAT IS IN 4.0, BECAUSE IF HE WAS GOING TO

02:25PM 11    CONTINUE TO USE ONGDB, IT WASN'T GOING TO BE POSSIBLE FOR HIM

02:25PM 12    TO GET THE 4.0 ENTERPRISE FEATURES BECAUSE NEO4J 3.5 AND

02:25PM 13    BEYOND, INCLUDING 4.0, WERE FULLY CLOSED SOURCE.

02:25PM 14         AND WE ALSO DISCUSSED THE IMPROPER LICENSING OF ONGDB AND

02:25PM 15    THE RISKS THAT WE SAW THAT HE WOULD BE PUTTING ON NEXT CENTURY

02:25PM 16    AND THE MPO BY CONTINUING TO USE ONGDB.

02:26PM 17         AND SO WE TALKED ABOUT AGAIN THE REQUIREMENTS THAT THEY

02:26PM 18    HAD FOR NEO4J.

02:26PM 19         AND AT THE END OF THE MEETING THE CUSTOMER ASKED FOR A

02:26PM 20    QUOTE, AND I REMEMBER IT LIKE IT WAS YESTERDAY.  AFTER WE WERE

02:26PM 21    WALKING OUT OF THE MEETING, AFTER THE CUSTOMER ALREADY LEFT,

02:26PM 22    JIM AND I WERE WALKING TOGETHER AND HE SAID SOMETHING TO ME

02:26PM 23    LIKE, SO JUST SEND US A PROPOSAL, AND WE WILL MAKE SURE IT GETS

02:26PM 24    TO MATT, BECAUSE I DIDN'T HAVE MATT'S CONTACT INFORMATION.

02:26PM 25    Q.   AND DID YOU END UP PREPARING A PROPOSAL?

ZAGALSKY DIRECT BY MR. RATINOFF                                   125

02:26PM   1    A.   YES, I DID.

02:26PM   2    Q.   AND DID YOU SEND THAT PROPOSAL TO JIM?

02:26PM   3    A.   I SENT IT TO SHAHAK, I BELIEVE.

02:26PM   4    Q.   ALL RIGHT.

02:26PM   5    A.   WHO WORKED FOR JIM?

02:26PM   6    Q.   ALL RIGHT.  LET'S TURN TO EXHIBIT 118.

02:27PM   7         ACTUALLY, BEFORE WE DO, THIS ONE HAS BEEN MARKED AS AEO,

02:27PM   8    SO I WOULD ASK THAT WE GO AHEAD AND KEEP IT FROM THE PUBLIC

02:27PM   9    RECORD.

02:27PM  10         THE COURT:  OKAY.  IT'S 118?

02:27PM  11         MR. RATINOFF:  CORRECT, 118.

02:27PM  12    Q.   DO YOU RECOGNIZE WHAT HAS BEEN PREMARKED AS EXHIBIT 118?

02:27PM  13    A.   YES, I DO.

02:27PM  14    Q.   AND WHAT IS IT?

02:27PM  15    A.   IT'S AN EMAIL FROM ME TO SHAHAK COPIED TO JIM DATED

02:27PM  16    APRIL 19, 2019.

02:27PM  17         MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 118 INTO

02:27PM  18    EVIDENCE.

02:27PM  19         THE COURT:  ANY OBJECTION?

02:27PM  20         MR. BEENE:  NO OBJECTION.

02:27PM  21         THE COURT:  IT'S ADMITTED.  IT WON'T BE PUBLISHED.

02:27PM  22         (PLAINTIFFS' EXHIBIT 118 WAS RECEIVED IN EVIDENCE.)

02:27PM  23    BY MR. RATINOFF:

02:27PM  24    Q.   AND THEN IT LOOKS LIKE THERE'S AN ATTACHMENT TO THIS

02:27PM  25    EMAIL.

ZAGALSKY DIRECT BY MR. RATINOFF

```
02:27PM   1          WHAT IS THE ATTACHMENT?

02:27PM   2     A.   IT'S THE PROPOSAL THAT I PREPARED FOR THE KMS PROJECT,

02:28PM   3     WHICH WAS THE PROJECT THAT NEXT CENTURY WAS WORKING ON FOR MPO.

02:28PM   4     Q.   AND I'M GOING TO ASK YOU SOME SPECIFIC QUESTIONS ABOUT THE

02:28PM   5     PRICING, SO IF THERE'S ANYTHING THAT YOU FEEL LIKE YOU DON'T

02:28PM   6     WANT IN THE PUBLIC RECORD OR FOR MR. SUHY TO HEAR, JUST LET ME

02:28PM   7     KNOW AND WE CAN, I THINK, AGREE THAT HE CAN STEP OUT FOR A

02:28PM   8     MINUTE OR TWO.

02:28PM   9     A.   OKAY.  I DON'T WANT TO MENTION ANY OF THE PRICING IN THE

02:28PM  10     PUBLIC RECORD.

02:28PM  11     Q.   OKAY.

02:28PM  12          MR. RATINOFF:  YOUR HONOR, I WOULD ASK AT THIS POINT

02:28PM  13     THAT ONLY PERSONS WHO ARE ENTITLED TO VIEW NEO4J ENTERPRISE AEO

02:28PM  14     MATERIAL BE ALLOWED TO HEAR THE TESTIMONY.

02:28PM  15          I BELIEVE THAT WOULD BE COUNSEL FOR THE DEFENDANTS AND IT

02:28PM  16     LOOKS LIKE EVERYONE ELSE FROM THIS SIDE FOR NEO4J ARE FROM OUR

02:28PM  17     OFFICE.

02:28PM  18          THE COURT:  OKAY.

02:28PM  19          MR. BEENE:  YES.

02:28PM  20          THE COURT:  ALL RIGHT.  IF THOSE PARTIES COULD LEAVE

02:28PM  21     THE COURTROOM NOW, AND WE WILL INDICATE WHEN THEY CAN RETURN.

02:29PM  22          THIS IS SEALED, AND IT'S NOT BEING DISPLAYED ON OUR

02:29PM  23     MONITORS.

02:29PM  24          (SEALED PROCEEDINGS PAGES 127 - 129.)

         25
```

ZAGALSKY DIRECT BY MR. RATINOFF                                    130

| | | |
|---|---|---|
| 02:29PM | 1 | /// |
| 02:34PM | 2 | /// |
| 02:34PM | 3 | (OPEN COURT.) |
| 02:34PM | 4 | BY MR. RATINOFF: |
| 02:34PM | 5 | Q.   AND THEN WHAT HAPPENED AFTER YOU SENT THAT PROPOSAL TO |
| 02:34PM | 6 | NEXT CENTURY? |
| 02:34PM | 7 | A.   I FOLLOWED UP WITH SHAHAK ASKING, YOU KNOW, HOW THE |
| 02:35PM | 8 | CUSTOMER RESPONDED TO THE QUOTE IN AN EMAIL. |
| 02:35PM | 9 | Q.   AND DID YOU GET A RESPONSE FROM SHAHAK? |
| 02:35PM | 10 | A.   AS I RECALL IT WASN'T IMMEDIATE, BUT I KEPT FOLLOWING UP, |
| 02:35PM | 11 | AND I DID GET A RESPONSE. |
| 02:35PM | 12 | Q.   AND DO YOU RECALL WHAT THAT RESPONSE WAS? |
| 02:35PM | 13 | A.   YES.   THE RESPONSE WAS THAT THEY WEREN'T GOING TO PURCHASE |
| 02:35PM | 14 | NEO4J ENTERPRISE EDITIONS. |
| 02:35PM | 15 | Q.   OKAY.   AND LET ME TURN YOU TO EXHIBIT 119. |
| 02:35PM | 16 | A.   I'M THERE. |
| 02:35PM | 17 | Q.   JUST LET ME KNOW WHEN YOU'VE HAD A CHANCE TO LOOK AT 119. |
| 02:35PM | 18 | A.   YES, I'M LOOKING AT IT.   I'LL GO TO THE BACK.   IT'S JUST |
| 02:35PM | 19 | TWO PAGES.   SO, YES, I SEE IT. |
| 02:36PM | 20 | Q.   AND DO YOU RECOGNIZE EXHIBIT 119? |
| 02:36PM | 21 | A.   I DO. |
| 02:36PM | 22 | Q.   AND WHAT IS EXHIBIT 119? |
| 02:36PM | 23 | A.   IT'S AN EMAIL EXCHANGE BETWEEN MYSELF AND SHAHAK REGARDING |
| 02:36PM | 24 | THE PRICING PROPOSAL THAT I HAD PROVIDED. |
| 02:36PM | 25 | MR. RATINOFF:  I'D LIKE TO MOVE EXHIBIT 119 INTO |

ZAGALSKY DIRECT BY MR. RATINOFF                                    131

02:36PM  1    EVIDENCE.

02:36PM  2              MR. BEENE:  NO OBJECTION.

02:36PM  3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:36PM  4        (PLAINTIFFS' EXHIBIT 119 WAS RECEIVED IN EVIDENCE.)

02:36PM  5    BY MR. RATINOFF:

02:36PM  6    Q.   AND I'LL TURN YOUR ATTENTION TO THE FILING ON THE CHAIN.

02:36PM  7    IT SHOULD BE THE TOP OF THE FIRST PAGE.

02:36PM  8        AND WHAT DID YOU UNDERSTAND MR. NAGIEL TO MEAN THAT "WE

02:36PM  9    CONTINUE TO USE ONGDB FOR OUR DEVELOPMENT PURPOSES BASED ON THE

02:36PM  10   CUSTOMER'S DIRECTION"?

02:36PM  11   A.   I UNDERSTOOD THAT MATT RICHARDSON HAD TOLD NEXT CENTURY TO

02:36PM  12   CONTINUE TO USE ONGDB AND BECAUSE THEY DIDN'T WANT TO SPEND

02:37PM  13   MONEY ON NEO4J ENTERPRISE EDITION LICENSING WHEN THEY COULD GET

02:37PM  14   ONGDB FOR FREE.

02:37PM  15   Q.   AND TO YOUR KNOWLEDGE DID THEY, AFTER THIS -- I'M SORRY.

02:37PM  16   STRIKE THAT.

02:37PM  17       AFTER THIS COMMUNICATION, WHAT ELSE TRANSPIRED BETWEEN

02:37PM  18   NEO4J AND NEXT CENTURY?

02:37PM  19   A.   I BELIEVE I FOLLOWED UP AGAIN, AND I WANTED TO HAVE

02:37PM  20   PROBABLY FURTHER CONVERSATIONS ABOUT THEIR DECISION.  I'M SURE

02:37PM  21   I RESPONDED TO THE EMAIL OR SOMETHING TO THAT EFFECT.

02:37PM  22   Q.   AND ULTIMATELY DID NEXT CENTURY COME BACK AND ACCEPT THE

02:38PM  23   PROPOSAL THAT YOU PROVIDED THEM?

02:38PM  24   A.   NO, THEY NEVER DID.

02:38PM  25   Q.   HAD YOU CLOSED THAT SALE, WHICH -- OR WOULD YOU HAVE USED

02:38PM   1    A RESELLER?

02:38PM   2    A.   YES, I WOULD HAVE.

02:38PM   3    Q.   OKAY.  AND AT THAT TIME IN APRIL OF 2019, WHICH RESELLER

02:38PM   4    WOULD YOU HAVE USED?

02:38PM   5    A.   AT THAT TIME I WOULD HAVE USED I BELIEVE INTELLIPEAK.

02:38PM   6    Q.   AND WHY INTELLIPEAK?

02:38PM   7    A.   THEY WERE A PARTNER THAT WE HAD RECENTLY BROUGHT ON TO

02:38PM   8    RESELL INTO THE INTELLIGENCE COMMUNITY.

02:38PM   9    Q.   AND WOULD THERE HAVE BEEN A RESELLER FEE INVOLVED WITH

02:39PM   10   INTELLIPEAK?

02:39PM   11   A.   YES.

02:39PM   12   Q.   AND DO YOU KNOW WHAT THAT RESELLER FEE WOULD HAVE BEEN?

02:39PM   13   A.   YES, 7 PERCENT.

02:39PM   14   Q.   NOW, YOU MENTIONED YOU HAD A LONG HISTORY WITH MPO.  I

02:39PM   15   DON'T THINK WE GOT INTO YOUR HISTORY AT NEO4J.

02:39PM   16        HAVE YOU EVER BEEN ABLE TO -- I'M SORRY.  STRIKE THAT.

02:39PM   17        HAVE YOU MADE ANY OTHER SALES TO THE MPO WHILE AT NEO4J?

02:39PM   18   A.   YES, I HAVE.

02:39PM   19   Q.   AND DO YOU RECALL APPROXIMATELY HOW MANY SALES YOU'VE

02:39PM   20   MADE?

02:39PM   21   A.   AT LEAST THREE OR FOUR.

02:39PM   22   Q.   AND TO THE BEST OF YOUR RECOLLECTION, DO YOU -- LET'S

02:39PM   23   START WITH THE FIRST ONE THAT COMES TO YOUR MIND.

02:39PM   24        WHAT SALE IS THAT?

02:39PM   25   A.   YES.  I REMEMBER THE FIRST ONE VERY WELL BECAUSE IT WAS

ZAGALSKY DIRECT BY MR. RATINOFF

```
02:39PM   1    ALMOST IMMEDIATELY AFTER I JOINED NEO4J IN OCTOBER OF 2016 I

02:39PM   2    GOT IN CONTACT WITH A PROGRAM CALLED GRAND ALCHEMY AT THE MPO

02:40PM   3    AND FAIRLY QUICKLY CLOSED A DEAL.

02:40PM   4        THEY HAD ALREADY BEEN USING THE NEO4J COMMUNITY EDITION,

02:40PM   5    THEY NEEDED SOME ENTERPRISE FEATURES INCLUDING CLUSTERING AND

02:40PM   6    ENTERPRISE SECURITY, SO THEY WANTED TO MOVE TO

02:40PM   7    NEO4J ENTERPRISE EDITION.  AND IT WAS PROBABLY AROUND THE

02:40PM   8    MIDDLE OF THE SUMMER OF 2018 THAT I CLOSED THAT FIRST DEAL WITH

02:40PM   9    THE MPO.

02:40PM  10    Q.   AND DO YOU RECALL WHAT THE DEAL WAS FOR PRODUCT WISE?

02:40PM  11    A.   IT WAS, IT WAS A FAIRLY SMALL DEAL, BUT THEY NEEDED

02:40PM  12    CLUSTERING, SO IT MUST HAVE BEEN THE BUSINESS BUNDLE.

02:40PM  13    Q.   AND WAS IT A MULTI YEAR OR A ONE YEAR DEAL?

02:40PM  14    A.   IT WAS A MULTI YEAR DEAL.

02:41PM  15    Q.   AND DO YOU RECALL ANY OTHER SALES THAT YOU MADE TO THE

02:41PM  16    MPO?

02:41PM  17    A.   YES, I DO.

02:41PM  18    Q.   OKAY.  WHAT IS THE NEXT ONE THAT COMES TO MIND?

02:41PM  19    A.   THE NEXT ONE IS A PROGRAM CALLED ROCK STAR.  IT WAS A

02:41PM  20    SMALLER DEAL.  IT WAS A DISCOVERY BUNDLE.  AND I REMEMBER THEY

02:41PM  21    RENEWED AT LEAST -- THEY RENEWED ONCE, ONE YEAR, I BELIEVE.

02:41PM  22    Q.   AND WERE THERE ANY OTHER DEALS WITH THE MPO THAT YOU WERE

02:41PM  23    ABLE TO CLOSE THAT COME TO MIND?

02:41PM  24    A.   YES.  THE NEXT ONE WAS A PROGRAM CALLED VIGILANT TIGER.

02:41PM  25    Q.   AND WHAT WAS VIGILANT TIGER AS FAR AS THE DEAL?
```

(132 of 179), Page 132 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 132 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 131 of 178
ZAGALSKY DIRECT BY MR. RATINOFF                                                          134

| | | |
|---|---|---|
| 02:41PM | 1 | A.  YEAH.  IT WAS GRAPH DATA SCIENCE LARGE BUNDLE, SO IT WAS A |
| 02:41PM | 2 | PRETTY BIG DEAL.  AND THEY'RE STILL A CUSTOMER.  THEY'VE |
| 02:42PM | 3 | RENEWED -- LET'S SEE.  THEY'VE RENEWED TWICE.  WE GOT THE |
| 02:42PM | 4 | SECOND RENEWAL THIS YEAR IN 2023.  SO THE FIRST RENEWAL WAS IN |
| 02:42PM | 5 | 2022, SO WE MUST HAVE DONE THE FIRST DEAL IN 2021.  YEAH, IT |
| 02:42PM | 6 | WAS A COVID DEAL, YEP, 2021. |
| 02:42PM | 7 | Q.  SO I UNDERSTAND, THE VIGILANT TIGER THEN IS STILL AN |
| 02:42PM | 8 | ACTIVE SUBSCRIPTION? |
| 02:42PM | 9 | A.  YES, THEY'RE STILL A CUSTOMER. |
| 02:42PM | 10 | MR. RATINOFF:  YOUR HONOR, I HAVE NO FURTHER |
| 02:42PM | 11 | QUESTIONS AT THIS TIME. |
| 02:42PM | 12 | THE COURT:  CROSS-EXAMINATION? |
| 02:42PM | 13 | MR. BEENE:  YOUR HONOR, WOULD IT BE APPROPRIATE TO |
| 02:42PM | 14 | TAKE A LITTLE BREAK RIGHT NOW? |
| 02:42PM | 15 | THE COURT:  SURE.  WE CAN TAKE ABOUT 12 MINUTES. |
| 02:42PM | 16 | MR. BEENE:  PERFECT. |
| 02:42PM | 17 | THE COURT:  DOES THAT WORK? |
| 02:42PM | 18 | MR. BEENE:  THANK YOU. |
| 02:42PM | 19 | THE COURT:  AND THEN WE'LL RETURN FOR |
| 02:42PM | 20 | CROSS-EXAMINATION. |
| 02:43PM | 21 | (RECESS FROM 2:43 P.M. UNTIL 3:03 P.M.) |
| 03:03PM | 22 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES |
| 03:03PM | 23 | PREVIOUSLY PRESENT ARE PRESENT AGAIN. |
| 03:03PM | 24 | SIR, IF YOU WOULD TAKE THE STAND AGAIN. |
| 03:03PM | 25 | MR. BEENE, YOU HAVE CROSS-EXAMINATION? |

ZAGALSKY CROSS BY MR. BEENE                                              135

| | | |
|---|---|---|
| 03:04PM | 1 | MR. BEENE:  YES, YOUR HONOR. |
| 03:04PM | 2 | AND I UNDERSTAND I'M SUPPOSED TO STAND HERE FOR THIS |
| 03:04PM | 3 | (INDICATING)? |
| 03:04PM | 4 | THE COURT:  WHEREVER YOU WOULD LIKE.  AT A LECTERN. |
| 03:04PM | 5 | THAT ONE IS FINE.  YOU'LL BE CLOSER. |
| 03:04PM | 6 | MR. BEENE:  NO PROBLEM. |
| 03:04PM | 7 | **CROSS-EXAMINATION** |
| 03:04PM | 8 | BY MR. BEENE: |
| 03:04PM | 9 | Q.  GOOD AFTERNOON, SIR. |
| 03:04PM | 10 | A.  GOOD AFTERNOON. |
| 03:04PM | 11 | Q.  HOW ARE YOU DOING? |
| 03:04PM | 12 | A.  I'M DOING WELL.  HOW ARE YOU. |
| 03:04PM | 13 | Q.  I'M DOING OKAY. |
| 03:04PM | 14 | AS I TOLD YOUR COUNSEL BEFORE THE BREAK, I WANTED TO ASK |
| 03:04PM | 15 | YOU SOME GENERAL QUESTIONS TO SEE IF WE CAN GET THROUGH THINGS |
| 03:04PM | 16 | EASILY, AND IF NOT, THEN WE'LL GO THROUGH THIS DOCUMENTS. |
| 03:04PM | 17 | OKAY? |
| 03:04PM | 18 | A.  OKAY. |
| 03:04PM | 19 | Q.  SO FIRST, YOU TESTIFIED THAT NEO4J AND MR. SUHY'S ENTITIES |
| 03:04PM | 20 | COMPETE? |
| 03:04PM | 21 | A.  YES. |
| 03:04PM | 22 | Q.  BECAUSE YOU BOTH SUPPORT ENTERPRISE; RIGHT? |
| 03:05PM | 23 | A.  YES. |
| 03:05PM | 24 | Q.  OKAY.  NOW, THE THING IS, IS ENTERPRISE ONE IS A |
| 03:05PM | 25 | COMMERCIAL VERSION; RIGHT? |

ZAGALSKY CROSS BY MR. BEENE                                        136

```
03:05PM   1    A.   I DON'T UNDERSTAND YOUR QUESTION.

03:05PM   2              MR. RATINOFF:  OBJECTION.  VAGUE.

03:05PM   3              THE COURT:  I'M SORRY, YOU DON'T UNDERSTAND THE

03:05PM   4    QUESTION?

03:05PM   5              THE WITNESS:  I DON'T UNDERSTAND HIS QUESTION.

03:05PM   6         CAN YOU BE MORE SPECIFIC?

03:05PM   7    BY MR. BEENE:

03:05PM   8    Q.   DOES NEO4J SELL SOFTWARE LICENSES?

03:05PM   9    A.   YES.

03:05PM  10    Q.   OKAY.  AND IS THAT A COMMERCIAL TRANSACTION?

03:05PM  11    A.   YES.

03:05PM  12    Q.   OKAY.  SO I'M TALKING ABOUT ENTERPRISE THAT'S LICENSED

03:05PM  13    COMMERCIALLY?

03:05PM  14    A.   YES.

03:05PM  15    Q.   AND THAT'S WHAT NEO4J U.S.A. SUPPORTS; CORRECT?

03:05PM  16    A.   YES.

03:05PM  17    Q.   OKAY.  NOW, MR. SUHY DOESN'T SUPPORT THAT VERSION OF

03:05PM  18    ENTERPRISE, DOES HE?

03:05PM  19              MR. RATINOFF:  OBJECTION AS VAGUE, YOUR HONOR.

03:05PM  20              THE COURT:  IT'S CALLING ON HIS KNOWLEDGE, IF HE

03:06PM  21    KNOWS THAT.

03:06PM  22              MR. BEENE:  YES.

03:06PM  23              THE COURT:  DO YOU UNDERSTAND THE QUESTION, SIR?

03:06PM  24              THE WITNESS:  I DON'T UNDERSTAND THE QUESTION.

03:06PM  25    BY MR. BEENE:
```

ZAGALSKY CROSS BY MR. BEENE                                         137

```
03:06PM    1    Q.   OKAY.  SO --

03:06PM    2              THE COURT:  WHY DON'T YOU RE-ASK THE QUESTION.

03:06PM    3              MR. BEENE:  YES, I WILL.

03:06PM    4    Q.   SO YOU SAID THAT NEO4J AND MR. SUHY COMPETE BECAUSE YOU

03:06PM    5    BOTH SUPPORT ENTERPRISE; CORRECT?

03:06PM    6    A.   I DON'T THINK I SAID IT THAT WAY, NO.

03:06PM    7    Q.   OKAY.  HOW DO THEY COMPETE THEN?

03:06PM    8    A.   WELL, NEO4J, INC., SELLS COMMERCIAL SUBSCRIPTIONS FOR

03:06PM    9    NEO4J ENTERPRISE EDITION AND SELLS SERVICES ON

03:06PM   10    NEO4J ENTERPRISE EDITION.

03:06PM   11         AND MR. SUHY AND HIS COMPANIES OVER THE YEARS HAVE

03:06PM   12    PROVIDED VERSIONS, PIRATED VERSIONS OF NEO4J ENTERPRISE EDITION

03:07PM   13    ALONG WITH SERVICES THAT HE WAS SELLING ON THOSE PIRATED

03:07PM   14    NEO4J ENTERPRISE EDITION.

03:07PM   15    Q.   AND THE PIRATED VERSIONS, THE SOFTWARE IS BASED ON

03:07PM   16    NEO4J AB'S SOFTWARE; CORRECT?

03:07PM   17    A.   I DON'T UNDERSTAND WHAT YOU MEAN BY NEO4J AB'S SOFTWARE.

03:07PM   18    Q.   OKAY.  HAVE YOU EVER HEARD OF THE AGPL LICENSE?

03:07PM   19    A.   YES.

03:07PM   20    Q.   AND DO YOU KNOW WHO NEO4J AB IS?

03:07PM   21    A.   YES.

03:07PM   22    Q.   AND THAT'S A SWEDISH COMPANY; RIGHT?

03:07PM   23    A.   THAT'S CORRECT.

03:07PM   24    Q.   AND THEY LICENSE NEO4J SOFTWARE UNDER A AGPL LICENSE;

03:07PM   25    RIGHT?
```

ZAGALSKY CROSS BY MR. BEENE                                    138

03:07PM  1    A.   THEY LICENSE NEO4J COMMUNITY EDITION UNDER A GPL LICENSE.

03:07PM  2    Q.   RIGHT, BUT IT'S NEO4J SOFTWARE; RIGHT?

03:08PM  3    A.   YES.

03:08PM  4    Q.   AND THEY ALSO LICENSE NEO4J SOFTWARE UNDER THE AGPL

03:08PM  5    LICENSE; RIGHT?

03:08PM  6    A.   TODAY THEY DO NOT LICENSE SOFTWARE UNDER THE AGPL LICENSE.

03:08PM  7    Q.   OKAY.  THEY DID BEFORE, DIDN'T THEY?

03:08PM  8    A.   YES.  THERE WAS A PREVIOUS TIME WHEN NEO4J LICENSED

03:08PM  9    NEO4J ENTERPRISE EDITION UNDER THE AGPL, AND THEN THERE WAS A

03:08PM  10   TIME THAT THEY LICENSED NEO4J UNDER THE AGPL WITH A COMMONS

03:08PM  11   CLAUSE.

03:08PM  12   Q.   RIGHT.  SO THE VERSION -- WHAT WAS IT, VERSION 3.5, WAS

03:08PM  13   THAT THE LAST AGPL VERSION THAT NEO4J AB LICENSED?

03:08PM  14   A.   NO.

03:08PM  15   Q.   WHAT WAS THE LAST VERSION?

03:08PM  16   A.   THE LAST VERSION OF NEO4J THAT WAS AGPL WITHOUT THE

03:09PM  17   COMMONS CLAUSE WAS NEO4J ENTERPRISE EDITION 3.3.

03:09PM  18   Q.   AND SO MY QUESTION WAS WHAT WAS THE LAST VERSION OF THE

03:09PM  19   SOFTWARE UNDER THE AGPL?  I DIDN'T RESTRICT IT WITH COMMONS

03:09PM  20   CLAUSE.

03:09PM  21   A.   OH, I THINK I CORRECTLY ANSWERED THAT THE LAST VERSION OF

03:09PM  22   NEO4J LICENSED UNDER THE AGPL WAS 3.3.

03:09PM  23   Q.   OKAY.  AND WHAT WAS THE LAST VERSION BEFORE THE COMMONS

03:09PM  24   CLAUSE WAS ADDED?

03:09PM  25        MR. RATINOFF:  OBJECTION.  ASKED AND ANSWERED.

ZAGALSKY CROSS BY MR. BEENE                                        139

| | | |
|---|---|---|
| 03:09PM | 1 | THE COURT:  I DON'T THINK IT WAS.  OVERRULED. |
| 03:09PM | 2 | MR. BEENE:  I'M SORRY. |
| 03:09PM | 3 | THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION. |
| 03:09PM | 4 | THE WITNESS:  I'LL SAY IT AGAIN.  THE LAST VERSION |
| 03:09PM | 5 | LICENSED UNDER THE NEO4J -- SORRY.  THE LAST VERSION OF |
| 03:09PM | 6 | NEO4J ENTERPRISE UNDER THE AGPL WITHOUT THE COMMONS CLAUSE WAS |
| 03:10PM | 7 | NEO4J ENTERPRISE EDITION VERSION 3.3. |
| 03:10PM | 8 | BY MR. BEENE: |
| 03:10PM | 9 | Q.   OKAY.  OKAY.  SO I'M NOT HEARING CORRECTLY. |
| 03:10PM | 10 | WHAT IS THE VERSION WHERE THE COMMONS CLAUSE WAS PUT ON |
| 03:10PM | 11 | THE AGPL SOFTWARE? |
| 03:10PM | 12 | A.   NEO4J ENTERPRISE EDITION VERSION 3.4. |
| 03:10PM | 13 | Q.   ALL RIGHT.  AND HOW MANY MORE VERSIONS WERE THERE OF THE |
| 03:10PM | 14 | AGPL WHICH HAD THE COMMONS CLAUSE IN IT? |
| 03:10PM | 15 | A.   3.4 AND ALL OF THE 3.4 SUB RELEASES, 3.4.1, 3.4.2 -- |
| 03:10PM | 16 | Q.   SURE. |
| 03:10PM | 17 | A.   -- WERE UNDER THE AGPL WITH THE COMMONS CLAUSE. |
| 03:11PM | 18 | 3.5 WAS CLOSED SOURCE, NOT AVAILABLE UNDER THE AGPL WITH |
| 03:11PM | 19 | THE COMMONS CLAUSE. |
| 03:11PM | 20 | THE EXCEPTION, THERE WAS A PRE-RELEASE 3.5 THAT WAS |
| 03:11PM | 21 | LICENSED UNDER THE, UNDER THE AGPL WITH COMMONS CLAUSE. |
| 03:11PM | 22 | BUT WHEN THE RELEASE VERSION OF 3.5 CAME OUT, IT WAS NOT |
| 03:11PM | 23 | AVAILABLE WITH AGPL AND COMMONS CLAUSE. |
| 03:11PM | 24 | Q.   OKAY. |
| 03:11PM | 25 | A.   ONLY THE PRE-RELEASED VERSION WHICH WAS OUT THERE ON |

ZAGALSKY CROSS BY MR. BEENE                                    140

```
03:11PM   1      GITHUB.

03:11PM   2      Q.   OKAY.  SO MR. SUHY, THE DEFENDANTS IN THIS CASE, THEY

03:11PM   3      SUPPORT THE AGPL VERSION OF ENTERPRISE; CORRECT?

03:11PM   4      A.   NO.

03:11PM   5      Q.   OKAY.  DO THEY SUPPORT --

03:12PM   6      A.   I APOLOGIZE.  LET ME RE-ANSWER THAT QUESTION.

03:12PM   7           THERE WAS A TIME WHEN MR. SUHY'S, SOME OF HIS COMPANIES

03:12PM   8      SUPPORTED THE NEO4J VERSION WITH AGPL WITHOUT THE COMMONS

03:12PM   9      CLAUSE, AND THEN THERE WERE TIMES, INCLUDING NOW I BELIEVE,

03:12PM  10      WHERE MR. SUHY'S COMPANIES SUPPORTED IN SUPPORT OF

03:12PM  11      NEO4J ENTERPRISE EDITION WITH AGPL AND COMMONS CLAUSE.

03:12PM  12      Q.   BUT EVER SINCE THE PARTNERSHIPS TERMINATED, HE'S NEVER

03:12PM  13      SUPPORTED THE BINARY VERSION THAT NEO4J U.S.A. LICENSES?

03:12PM  14      A.   COULD YOU REPEAT THE QUESTION, PLEASE?

03:13PM  15      Q.   SURE.  SINCE HE WAS TERMINATED AS A PARTNER, OKAY, BEFORE

03:13PM  16      THEN HE WAS SUPPORTING THE NEO4J COMMERCIAL VERSION; RIGHT?

03:13PM  17      A.   YES, THAT'S CORRECT.

03:13PM  18      Q.   AFTER HE WAS TERMINATED, HE NO LONGER SUPPORTS THE

03:13PM  19      COMMERCIAL VERSION; RIGHT?

03:13PM  20      A.   THAT'S CORRECT.

03:13PM  21      Q.   OKAY.  HE SUPPORTS WHAT WE WOULD BE CALLING THE SWEDEN --

03:13PM  22      LET ME START THAT OVER AGAIN.

03:13PM  23           HE SUPPORTS THE NEO4J AB AGPL VERSION AFTER HIS

03:13PM  24      TERMINATION?

03:13PM  25      A.   I WOULDN'T -- NO.  I -- THERE IS NO NEO4J AB VERSION OF
```

(139 of 179), Page 139 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 139 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 138 of 178
ZAGALSKY CROSS BY MR. BEENE                                    141

```
03:14PM   1    NEO4J ENTERPRISE EDITION.
03:14PM   2          NEO4J AB AND NEO4J, INC., BOTH SELL THE SAME SOFTWARE.
03:14PM   3    Q.   HOW MUCH DOES SWEDEN CHARGE FOR THE AGPL LICENSE?
03:14PM   4    A.   HOW MUCH DO THEY CHARGE FOR THE AGPL LICENSE?
03:14PM   5          NEO4J AB NOR NEO4J, INC., EVER CHARGED FOR SOFTWARE
03:14PM   6    LICENSED UNDER THE AGPL.
03:14PM   7          AT THE TIME WHEN THERE WAS A NEO4J ENTERPRISE UNDER THE
03:14PM   8    AGPL, WE HAD A DUAL LICENSE MODEL.  THE SAME SOFTWARE WAS
03:14PM   9    LICENSED VIA GPL, SORRY, VIA AGPL AND COMMONS CLAUSE AND
03:15PM  10    LICENSED COMMERCIALLY.
03:15PM  11          SO IF YOU WERE A CUSTOMER, THE COMMERCIAL LICENSE APPLIED
03:15PM  12    TO YOU.
03:15PM  13    Q.   AND IF YOU DID NOT WANT TO DO THAT AS THE IRS AND NSA DID
03:15PM  14    NOT WANT TO DO THAT, YOU GO AND DOWNLOAD THE OPEN SOURCE
03:15PM  15    VERSION; RIGHT?
03:15PM  16    A.   NO.
03:15PM  17    Q.   THEY COULDN'T DO THAT?
03:15PM  18    A.   NOT FROM NEO4J.
03:15PM  19    Q.   ANYWHERE?  IS THERE A COPY OF THE NEO4J SOFTWARE OUT THERE
03:15PM  20    ON THE INTERNET?
03:15PM  21    A.   YES, THERE IS.  THERE HAVE BEEN MANY COPIES OF THE NEO4J
03:15PM  22    SOFTWARE WHICH MR. SUHY PRODUCED AND DISTRIBUTED THAT WERE
03:15PM  23    EXECUTABLES GENERATED BY MR. SUHY COMPILING
03:15PM  24    NEO4J ENTERPRISE EDITION SOFTWARE OF VARIOUS FLAVORS AND
03:15PM  25    VERSIONS AND LICENSES.
```

ZAGALSKY CROSS BY MR. BEENE                                142

03:15PM 1    Q.   AND THOSE WERE AVAILABLE ON THE GRAPH FOUNDATION GITHUB

03:16PM 2    REPOSITORY?

03:16PM 3    A.   THE SOURCE FILES OR THE EXECUTABLES?

03:16PM 4    Q.   THE EXECUTABLES.

03:16PM 5    A.   NO, THE EXECUTABLES -- I DON'T BELIEVE GITHUB INCLUDES

03:16PM 6    EXECUTABLES.  GITHUB IS JUST THE SOURCE CODE.

03:16PM 7         MR. SUHY DISTRIBUTED THE EXECUTABLES VIA HIS VARIOUS

03:16PM 8    WEBSITES, IGOV, GRAPH STACK, GRAPH STACK.IO, AND ALSO VIA THE

03:16PM 9    GRAPH FOUNDATION WEBSITE.

03:16PM 10   Q.   SO THE GRAPH FOUNDATION DID HAVE THE REPOSITORY FOR ONGDB,

03:16PM 11   DIDN'T IT?

03:16PM 12   A.   THE GRAPH FOUNDATION?  WHAT DO YOU MEAN BY REPOSITORY?

03:17PM 13   Q.   DOES NEO4J AB HAVE A REPOSITORY FOR SOFTWARE ON GITHUB?

03:17PM 14   A.   YES.

03:17PM 15   Q.   OKAY.

03:17PM 16   A.   THE SOURCE CODE FOR -- TODAY THE SOURCE CODE FOR

03:17PM 17   NEO4J COMMUNITY EDITION IS AVAILABLE ON GITHUB.

03:17PM 18        THE SOURCE CODE FOR NEO4J ENTERPRISE EDITION AVAILABLE

03:17PM 19   TODAY IS NOT AVAILABLE ON GITHUB TODAY.

03:17PM 20        THERE HAVE BEEN TIMES IN THE PAST WHERE THE

03:17PM 21   NEO4J ENTERPRISE EDITION SOURCE CODE WITH AGPL AND/OR WITH AGPL

03:17PM 22   AND COMMONS CLAUSE WERE AVAILABLE ON GITHUB.

03:17PM 23   Q.   SO YOU KNOW WHAT A REPOSITORY IS, DON'T YOU?

03:17PM 24   A.   YES.

03:17PM 25   Q.   AND ISN'T ONGDB ON GRAPH FOUNDATION'S REPOSITORY?

ZAGALSKY CROSS BY MR. BEENE                                    143

03:18PM   1    A.   YES, THE SOURCE CODE FOR ONGDB IS ON GRAPH FOUNDATION'S

03:18PM   2    REPOSITORY.

03:18PM   3        IT'S ALSO ON GRAPH STACK.IO'S REPOSITORY.

03:18PM   4        SO GRAPH FOUNDATION'S REPOSITORY WAS NOT THE ONLY PLACE

03:18PM   5    THAT SOMEBODY COULD GET THE ONGDB SOURCE CODE.

03:18PM   6    Q.   THE COMMUNITY VERSION, THAT'S THE GPL VERSION OF NEO4J;

03:18PM   7    CORRECT?

03:18PM   8    A.   YES.

03:18PM   9    Q.   AND YOU TOLD THE IRS THAT THEY COULD USE THE COMMUNITY

03:18PM  10    VERSION OF NEO4J?

03:18PM  11            MR. RATINOFF:  OBJECTION.  IT'S VAGUE AS TO TIME.

03:18PM  12            THE COURT:  DO YOU WANT TO TIME STAMP THAT?

03:18PM  13        DO YOU UNDERSTAND THE QUESTION, WHEN YOU SPOKE TO THE IRS?

03:19PM  14            THE WITNESS:  I UNDERSTAND THE QUESTION, BUT I DON'T

03:19PM  15    UNDERSTAND THE TIMEFRAME.

03:19PM  16            THE COURT:  COULD YOU HELP THE WITNESS.

03:19PM  17            MR. BEENE:  YOU KNOW, I WILL.

03:19PM  18        I'LL HAVE TO GO THROUGH THE DOCUMENTS IF HE CAN'T

03:19PM  19    REMEMBER.  I WAS TRYING TO DO IT QUICKLY, BUT THAT'S NOT GOING

03:19PM  20    TO HAPPEN.

03:19PM  21            THE COURT:  SURE.

03:19PM  22    BY MR. BEENE:

03:19PM  23    Q.   THE IRS USED THE COMMUNITY VERSION BEFORE PURETHINK WAS

03:19PM  24    INVOLVED IN TRYING TO SELL THE IRS COMMERCIAL LICENSE; CORRECT?

03:19PM  25    A.   YES, THE IRS USED THE NEO4J COMMUNITY EDITION PRIOR TO

ZAGALSKY CROSS BY MR. BEENE                                              144

| | | |
|---|---|---|
| 03:19PM | 1 | WHEN NEO4J AND PURETHINK ATTEMPTED TO SELL THE SOFTWARE TO THE |
| 03:19PM | 2 | IRS. |
| 03:19PM | 3 | Q.   SO THE IRS IS ABLE TO MANAGE ITS PLATFORM USING COMMUNITY; |
| 03:19PM | 4 | CORRECT? |
| 03:19PM | 5 | A.   EARLY ON BEFORE WE SOLD A SUBSCRIPTION FOR |
| 03:20PM | 6 | NEO4J ENTERPRISE EDITION TO PURETHINK FOR THE IRS, THEY WERE |
| 03:20PM | 7 | USING NEO4J COMMUNITY EDITION FOR EARLY DEVELOPMENT RESEARCH |
| 03:20PM | 8 | EVALUATION OF NEO4J. |
| 03:20PM | 9 | Q.   TO BE FAIR, SIR, YOU SAID THE IRS.  I DON'T THINK |
| 03:20PM | 10 | PURETHINK EVER SOLD TO THE IRS A COMMERCIAL VERSION.  IT WAS |
| 03:20PM | 11 | THE MPO, NSA? |
| 03:20PM | 12 | A.   SO I GUESS IT DEPENDS ON HOW YOU LOOK AT IT. |
| 03:21PM | 13 | Q.   SIR, DO YOU HAVE A WHITE BINDER IN FRONT OF YOU? |
| 03:21PM | 14 | A.   YES, I DO. |
| 03:21PM | 15 | Q.   COULD YOU PLEASE TURN TO TAB 10127? |
| 03:21PM | 16 | A.   10127? |
| 03:21PM | 17 | Q.   1027? |
| 03:21PM | 18 | A.   AH, 1027.  GOT IT. |
| 03:21PM | 19 | Q.   AND ON THE FIRST PAGE OF THIS, THERE'S A BATE STAMP AT THE |
| 03:21PM | 20 | BOTTOM N4J 019995. |
| 03:21PM | 21 | DO YOU SEE THAT ON THE BOTTOM OF THE RIGHT COLUMN? |
| 03:21PM | 22 | A.   YES, I DO. |
| 03:21PM | 23 | Q.   AND ABOUT THE MIDDLE THERE'S AN EMAIL MAY 22ND, 2018 AT |
| 03:21PM | 24 | 12:19 P.M. FROM JASON ZAGALSKY. |
| 03:22PM | 25 | DO YOU SEE THAT? |

UNITED STATES COURT REPORTERS

ZAGALSKY CROSS BY MR. BEENE                                    145

03:22PM   1    A.   YES, I DO.

03:22PM   2    Q.   AND IS THAT YOUR EMAIL ADDRESS?

03:22PM   3    A.   YES, IT IS.

03:22PM   4    Q.   DID YOU SEND THIS EMAIL TO MR. DUNN ON OR ABOUT MAY 22ND,

03:22PM   5    2018?

03:22PM   6    A.   YES.

03:22PM   7    Q.   YOU AGREE THAT THIS IS A PRETTY LENGTHY EMAIL TO SEND TO A

03:22PM   8    CUSTOMER, ISN'T IT?

03:22PM   9    A.   ABSOLUTELY AGREED, YES.

03:22PM   10   Q.   AND ON THE LAST PAGE ABOVE YOUR SIGNATURE IN THE SECOND

03:22PM   11   FULL PARAGRAPH?

03:22PM   12   A.   THE ONE THAT STARTS "WE EXPECT"?

03:22PM   13   Q.   NO.   "IN LIGHT OF ALL OF THE INFORMATION"?

03:22PM   14   A.   YES.

03:22PM   15   Q.   THE SECOND SENTENCE HERE STATES, "WE WOULD LIKE TO SEE,"

03:22PM   16   CORRECTION.   I'LL STRIKE THAT.

03:22PM   17        YOUR HONOR, I WOULD LIKE TO MOVE EXHIBIT 1027 INTO

03:23PM   18   EVIDENCE.

03:23PM   19             THE COURT:   ANY OBJECTION?

03:23PM   20             MR. RATINOFF:   NO OBJECTION, YOUR HONOR.

03:23PM   21             THE COURT:   IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:23PM   22        (DEFENDANTS' EXHIBIT 1027 WAS RECEIVED IN EVIDENCE.)

03:23PM   23   BY MR. BEENE:

03:23PM   24   Q.   SO BACK TO MY PUBLICATION.   IT SAYS, "WE WOULD LIKE TO SEE

03:23PM   25   YOU TRANSITION YOUR CURRENT APPROACH OF USING

(144 of 179), Page 144 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 144 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 143 of 178
146

ZAGALSKY CROSS BY MR. BEENE

```
03:23PM    1    NEO4J ENTERPRISE EDITION WITHOUT A COMMERCIAL LICENSE TO BECOME

03:23PM    2    A LICENSEE OR THAT YOU MOVE TO NEO4J COMMUNITY EDITION, WHICH

03:23PM    3    IS A FULLY OPEN SOURCE UNDER THE GPL V3," PERIOD.

03:24PM    4        DO YOU SEE THAT?

03:24PM    5    A.   YES, I DO.

03:24PM    6    Q.   SO AS FAR AS MATTER OF TIME IN 2018 YOU TOLD THE IRS THAT

03:24PM    7    THEY CAN USE THE COMMUNITY EDITION?

03:24PM    8    A.   THAT'S CORRECT.

03:24PM    9    Q.   AND YOU TOLD THE NSA THE SAME, HAVEN'T YOU?

03:24PM   10    A.   YES.

03:24PM   11    Q.   AND THAT'S A COMMON MANTRA THAT YOU TOLD CUSTOMERS?

03:24PM   12    A.   YES, IT IS.

03:24PM   13    Q.   ON THE RIGHT PAGE OF THAT SAME EXHIBIT, THAT'S PAGE 19996,

03:24PM   14    YOU CITE THE COMMONS CLAUSE IN THE LETTER TO MR. DUNN; RIGHT?

03:24PM   15    A.   YES.

03:24PM   16    Q.   SO HERE YOU'RE TELLING MR. DUNN ABOUT THE COMMONS CLAUSE;

03:24PM   17    RIGHT?

03:24PM   18    A.   THAT'S CORRECT.

03:24PM   19    Q.   ANY DOUBT THAT MR. DUNN, PEOPLE AT THE IRS, OR THE PEOPLE

03:25PM   20    AT THE NSA, MPO, OR NEXT CENTURY HAD ANY CONFUSION ABOUT THE

03:25PM   21    COMMONS CLAUSE?

03:25PM   22    A.   IS THERE ANY DOUBT THAT ANY OF THOSE PEOPLE HAD ANY

03:25PM   23    CONFUSION ABOUT THE COMMONS CLAUSE?

03:25PM   24        THAT'S KIND OF A DOUBLE NEGATIVE SO I'M TRYING TO FIGURE

03:25PM   25    OUT WHAT YOU'RE ASKING.
```

ZAGALSKY CROSS BY MR. BEENE

03:25PM   1    Q.   WELL, YOU TOLD -- LET ME DO THAT OVER AGAIN.  YOU TOLD

03:25PM   2    MR. DUNN AT THE IRS, COMMONS CLAUSE LICENSE CONDITION; RIGHT?

03:25PM   3    A.   YES.

03:25PM   4    Q.   AND THIS IS IN EXHIBIT 1027 IN BOLD?

03:25PM   5    A.   YES.

03:25PM   6    Q.   OKAY.  AND YOU'VE TOLD NSA ABOUT THE COMMONS CLAUSE AS

03:25PM   7    WELL; RIGHT?

03:25PM   8    A.   THAT'S CORRECT.

03:25PM   9    Q.   AND PERHAPS NEXT CENTURY, MPO?

03:26PM   10   A.   THAT'S CORRECT, YES.

03:26PM   11   Q.   OKAY.  IN THE COMMONS CLAUSE THE SECOND SENTENCE OF THIS

03:26PM   12   SAYS, "WITHOUT LIMITING OTHER CONDITIONS IN THE LICENSE, THE

03:26PM   13   GRANT OF RIGHTS UNDER THE LICENSE WILL NOT EXCLUDE, AND THE

03:26PM   14   LICENSEE DOES NOT GRANT YOU THE RIGHT TO SELL THE SOFTWARE,"

03:26PM   15   PERIOD.

03:26PM   16        RIGHT?

03:26PM   17   A.   YES, IT DOES.

03:26PM   18   Q.   AND YOUR COPY OF THE COMMONS CLAUSE WAS A VERBATIM COPY OF

03:26PM   19   THE COMMONS CLAUSE THAT IS IN THE NEO4J AB LICENSE; RIGHT?

03:26PM   20   A.   YES.

03:26PM   21   Q.   OKAY.  I'M SORRY.  IT'S NOT A TRICK QUESTION, IT'S JUST A

03:26PM   22   FORMAL THING.

03:26PM   23   A.   OKAY.

03:26PM   24   Q.   AND YOU AGREE THAT THE IRS DOES NOT SELL THE SOFTWARE,

03:26PM   25   NEO4J SOFTWARE?

ZAGALSKY CROSS BY MR. BEENE                                    148

03:26PM  1    A.   I AGREE THAT THE IRS DOES NOT SELL THE NEO4J SOFTWARE BUT

03:27PM  2    ALSO THE SELL IN THE COMMONS CLAUSE IS FURTHER DEFINED IN THE

03:27PM  3    NEXT SENTENCE.

03:27PM  4    Q.   OKAY.  LET ME BREAK THIS DOWN.  DO YOU AGREE -- I'M SORRY.

03:27PM  5    YOU'RE LOOKING OVER AT YOUR ATTORNEY FOR INSTRUCTIONS?

03:27PM  6    A.   NO.

03:27PM  7    Q.   OKAY.  YOU AGREE THAT THE NSA DOES NOT SELL NEO4J

03:27PM  8    SOFTWARE, DOESN'T IT?

03:27PM  9    A.   I AGREE THAT THE NSA DOES NOT SELL NEO4J SOFTWARE, YES.

03:27PM  10   Q.   OKAY.  AND THE DEFINITION OF SELL, IT OFTEN INCLUDES

03:27PM  11   SERVICES; RIGHT?

03:27PM  12   A.   YES, THAT'S RIGHT.

03:27PM  13   Q.   AND THE NSA DOESN'T PROVIDE SERVICES FOR SELL, DOESN'T

03:27PM  14   SELL SERVICES USING THE NEO4J SOFTWARE, DOES IT?

03:27PM  15   A.   THAT'S CORRECT, YES.

03:27PM  16   Q.   THE IRS DOESN'T MAKE MONEY SELLING SERVICES WITH THE NEO4J

03:28PM  17   SOFTWARE, DOES IT?

03:28PM  18   A.   YES, THAT'S CORRECT.

03:28PM  19   Q.   ON THE NSA, NEXT CENTURY, MPO, THAT SCENARIO, I THINK WE

03:28PM  20   SORT OF ENDED YOUR TESTIMONY THERE, SO LET ME START THERE AND

03:28PM  21   THEN GO TO THE IRS.  HOW'S THAT?

03:28PM  22   A.   THAT'S FINE WITH ME.

03:28PM  23   Q.   OKAY.  DO YOU KNOW IF MR. SUHY OR ANY OF HIS ENTITIES DID

03:28PM  24   ANY WORK UNDER THE NSA, NEXT CENTURY, YOU KNOW, THAT

03:29PM  25   TRANSACTION THAT YOU TESTIFIED ABOUT?

ZAGALSKY CROSS BY MR. BEENE                                            149

```
03:29PM   1    A.   YOU'RE ASKING IF I TESTIFIED ABOUT MR. SUHY DOING ANY WORK

03:29PM   2    RELATED TO THAT TRANSACTION?  IS THAT YOUR QUESTION?

03:29PM   3    Q.   LET ME BE MORE PRECISE.

03:29PM   4         YOU TESTIFIED ABOUT A TRANSACTION WHERE YOU WERE TRYING TO

03:29PM   5    SELL LICENSES TO NEXT CENTURY FOR THE NSA; RIGHT?

03:29PM   6    A.   RIGHT, NEXT CENTURY.

03:29PM   7    Q.   NEXT CENTURY, SORRY.

03:29PM   8    A.   YES.

03:29PM   9    Q.   AND THEY DIDN'T DO A DEAL WITH NEO4J, DID THEY?

03:29PM  10    A.   THAT'S CORRECT.

03:29PM  11    Q.   AND MR. SUHY DIDN'T DO A DEAL WITH -- ON THAT TRANSACTION,

03:29PM  12    DID HE?

03:29PM  13    A.   I DON'T KNOW.  I'M NOT GOING TO BE PRIVY TO THAT.

03:29PM  14    Q.   AND THAT'S MPO OR NSA, YOU NEVER HEARD THAT HE DID OR

03:30PM  15    THESE ENTITIES DID ANY DEAL WITH HIM ON THAT TRANSACTION, DID

03:30PM  16    YOU?

03:30PM  17    A.   IF YOU MEAN BY DOING A DEAL YOU'RE ASKING IF I'M AWARE OF

03:30PM  18    HIM SELLING ANY SERVICES TO NEXT CENTURY AND MPO AROUND THAT

03:30PM  19    PROJECT, IS THAT YOUR QUESTION?

03:30PM  20    Q.   YES.

03:30PM  21    A.   I'M NOT AWARE OF HIM SELLING ANY SERVICES TO THEM, NO.

03:30PM  22    Q.   AND DID HE SELL ANY SOFTWARE?

03:30PM  23    A.   HE DIDN'T SELL ANY SOFTWARE, BUT HE WAS RESPONSIBLE FOR

03:30PM  24    PUTTING THE SOFTWARE THAT THEY USED IN THE PUBLIC DOMAIN SO

03:30PM  25    THAT THEY COULD USE IT.
```

ZAGALSKY CROSS BY MR. BEENE                                    150

03:30PM   1          SO HE DIDN'T SELL IT, BUT HE PROVIDED IT.

03:30PM   2    Q.   WELL, THE SOFTWARE WAS PUT IN THE PUBLIC DOMAIN BY NEO4J

03:31PM   3    SWEDEN, WASN'T IT?

03:31PM   4    A.   NOT THE SOFTWARE THAT THEY USED, NO.

03:31PM   5    Q.   THE SOFTWARE THAT THEY USED WAS DERIVED FROM NEO4J

03:31PM   6    SWEDEN'S SOFTWARE; RIGHT?

03:31PM   7    A.   THE SOFTWARE THAT THEY USED WAS COMPILED AND DISTRIBUTED

03:31PM   8    IN EXECUTABLE FORMAT BY MR. SUHY AND PUT IN THE PUBLIC DOMAIN,

03:31PM   9    AND THAT'S THE SOFTWARE THAT THEY USED.

03:31PM  10    Q.   AND DOWNLOADABLE FROM THE -- WHERE DID THEY DOWNLOAD IT

03:31PM  11    FROM?

03:31PM  12    A.   THEY WOULD HAVE HAD TWO CHOICES.  THEY COULD HAVE

03:31PM  13    DOWNLOADED IT FROM ONE OF MR. SUHY'S WEBSITES, THEY COULD HAVE

03:31PM  14    GOTTEN IT FROM IGOV, GRAPH STACK.IO OR GRAPH FOUNDATION.

03:31PM  15    Q.   SO YOU DON'T KNOW?

03:31PM  16    A.   NO, I DON'T KNOW.

03:31PM  17    Q.   ALL RIGHT.  HAD THE NSA TOLD YOU THAT THEY DIDN'T DO THE

03:32PM  18    DEAL BECAUSE THEY DIDN'T HAVE THE BUDGET; RIGHT?

03:32PM  19    A.   NO NOT SPECIFICALLY, NO, THEY DIDN'T TELL ME THAT.

03:32PM  20    Q.   THEY TOLD YOU THAT THEY DIDN'T WANT TO SPEND THE MONEY,

03:32PM  21    THEY DIDN'T HAVE THE MONEY FOR IT, IT COST TOO MUCH?

03:32PM  22    A.   NO, THEY NEVER TOLD ME THAT.

03:32PM  23    Q.   OKAY.  DO YOU HAVE THE BLUE BINDER IN FRONT OF YOU,

03:32PM  24    EXHIBIT 128?

03:32PM  25    A.   IS THIS BLUE (INDICATING)?

ZAGALSKY CROSS BY MR. BEENE                                          151

03:32PM   1     Q.   WELL, I GUESS.  WHAT IS THAT, YOUR -- THAT'S IT.

03:32PM   2     A.   WELL, IT'S GREY OR BLACK TO ME.  IS THAT THE ONE YOU'RE

03:32PM   3     REFERRING TO, THE ONE LABELED JASON ZAGALSKY WITNESS BINDER,

03:33PM   4     YES.

03:33PM   5     Q.   YES, THAT WOULD BE IT.

03:33PM   6          COULD YOU TURN TO EXHIBIT 128.

03:33PM   7     A.   128, GOT IT.

03:33PM   8     Q.   ON THE BOTTOM THERE'S A BATES STAMP N4J 20063.

03:33PM   9     A.   SO THE THIRD PAGE OF THAT EXHIBIT.

03:33PM  10     Q.   I PULLED IT OUT TO MAKE IT EASIER FOR YOU.

03:33PM  11     A.   YES, I'VE GOT IT.

03:33PM  12          MR. BEENE:  YOUR HONOR, THIS IS EXHIBIT 128 THAT HAS

03:33PM  13     ALREADY BEEN OFFERED INTO EVIDENCE TO MY UNDERSTANDING.

03:33PM  14          THE COURT:  YES, IT'S MY UNDERSTANDING.

03:33PM  15     BY MR. BEENE:

03:33PM  16     Q.   LISA ROSENMERKEL, IRS.  DO YOU SEE THAT?

03:34PM  17     A.   YES.

03:34PM  18     Q.   OH, WAIT A MINUTE, THIS IS THE IRS?

03:34PM  19     A.   CORRECT.

03:34PM  20     Q.   DID THE IRS EVER TELL YOU THAT THEY DIDN'T HAVE A BUDGET?

03:34PM  21     A.   THEY DIDN'T USE THOSE WORDS, NO.

03:34PM  22     Q.   OKAY.  SO LISA ROSENMERKEL ON MAY 23RD, 2018 SAYS, "AS I

03:34PM  23     AM SURE YOU WILL UNDERSTAND GIVEN THE STATE OF THE IRS BUDGET,

03:34PM  24     OUR RESOURCES ARE EXTRAORDINARILY LIMITED IN ALL AVENUES.

03:34PM  25     THOSE RESTRICTED RESOURCES PREVENT US FROM MOVING BEYOND NEO4J

UNITED STATES COURT REPORTERS

(150 of 179), Page 150 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 150 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 149 of 178
ZAGALSKY CROSS BY MR. BEENE                                                152

03:34PM  1    V. 3.2 AT THIS TIME."

03:34PM  2         DO YOU SEE THAT?

03:34PM  3    A.   YES.

03:34PM  4    Q.   SO THE IRS DECIDED FOR BUDGETARY REASONS TO STAY AT NEO4J

03:34PM  5    VERSION 3.2; RIGHT?

03:34PM  6    A.   CORRECT.

03:34PM  7    Q.   THE -- COULD YOU LOOK AT EXHIBIT 117 IN YOUR TRIAL BINDER

03:35PM  8    THERE, PLEASE.

03:35PM  9    A.   GOT IT.

03:35PM  10   Q.   AND ON THE TOP THIS IS AN EMAIL FROM YOU TO MR. RATHLE ON

03:35PM  11   APRIL 29TH, 2019; RIGHT?

03:35PM  12   A.   YES.

03:35PM  13        MR. BEENE:  YOUR HONOR, THIS HAS ALREADY BEEN MARKED

03:35PM  14   AND ADMITTED INTO EVIDENCE TO MY UNDERSTANDING.

03:35PM  15        THE COURT:  I DON'T BELIEVE THIS IS IN EVIDENCE YET.

03:35PM  16        MR. RATINOFF:  I BELIEVE THAT'S CORRECT.  IT WAS NOT

03:35PM  17   USED IN HIS DIRECT.  LET ME SEE.

03:35PM  18        THE COURT:  I DON'T HAVE IT IN EVIDENCE.

03:35PM  19        MR. RATINOFF:  I'M SORRY, 118?

03:35PM  20        MR. BEENE:  117.

03:36PM  21        THE COURT:  IT'S NOT IN EVIDENCE.

03:36PM  22        MR. RATINOFF:  WE DON'T HAVE IT IN EVIDENCE EITHER,

03:36PM  23   YOUR HONOR.

03:36PM  24        THE COURT:  THAT'S WHAT I JUST SAID.

03:36PM  25        MR. BEENE:  WELL, I WOULD LIKE TO MOVE IT INTO

(151 of 179), Page 151 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 151 of 179
Case 5:18-cv-07182-EJD    Document 231    Filed 11/29/23    Page 150 of 178
ZAGALSKY CROSS BY MR. BEENE                                           153

03:36PM  1    EVIDENCE.

03:36PM  2                THE COURT:  ANY OBJECTION?

03:36PM  3                MR. RATINOFF:  NO OBJECTION.

03:36PM  4                THE COURT:  IT'S ADMITTED.  AND IT MAY BE PUBLISHED.

03:36PM  5            (DEFENDANTS' EXHIBIT 117 WAS RECEIVED IN EVIDENCE.)

03:36PM  6    BY MR. BEENE:

03:36PM  7    Q.   IN THE FIRST SENTENCE HERE YOU SAY, "WELL, THE CUSTOMER

03:36PM  8    CLEARLY UNDERSTOOD THAT IN HIS OWN WORDS 'ONGDB IS NOT LEGALLY

03:36PM  9    VIABLE,'" AND THAT'S IN QUOTES, "AND YET HE DIRECTED

03:36PM  10   NEXT CENTURY TO CONTINUE USING IT FOR DEVELOPMENT PURPOSES PER

03:36PM  11   BELOW."

03:36PM  12       RIGHT?

03:36PM  13   A.   YES.

03:36PM  14   Q.   SO IN 2019 NSA WAS STILL IN DEVELOPMENT AND NOT IN

03:36PM  15   PRODUCTION USING NEO4J; RIGHT?

03:36PM  16   A.   THAT'S CORRECT.

03:36PM  17   Q.   OKAY.  AND THIS -- THE NSA DISCUSSION STARTED IN 2018,

03:37PM  18   DIDN'T IT?

03:37PM  19   A.   THAT'S CORRECT, YES.

03:37PM  20   Q.   AND IN APRIL OF 2019, IT STILL HADN'T CLOSED, HAD IT?

03:37PM  21   A.   THAT'S CORRECT, YES.

03:37PM  22   Q.   AND WITH THE NSA, YOU PROVIDED THEM AN EVALUATION COPY OF

03:37PM  23   THE ENTERPRISE EDITION?

03:37PM  24   A.   IT DEPENDS ON WHAT YOU MEAN BY "I PROVIDED IT."

03:37PM  25   Q.   THE COMPANY PROVIDED AN EVALUATION OR PROOF OF CONCEPT

(152 of 179), Page 152 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 152 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 151 of 178
154

ZAGALSKY CROSS BY MR. BEENE

03:37PM  1    VERSION OF THE COMMERCIAL SOFTWARE TO NEXT CENTURY?

03:37PM  2    A.   I DON'T KNOW.  THEY COULD HAVE DOWNLOADED IT FROM OUR

03:37PM  3    WEBSITE AND CLICKED THROUGH THE TRIAL AGREEMENT OR THEY COULD

03:38PM  4    HAVE OR THEY COULD HAVE NOT DOWNLOADED IT FROM OUR WEBSITE, AND

03:38PM  5    THEY MAY HAVE NEVER USED THE NEO4J ENTERPRISE EDITION FROM

03:38PM  6    NEO4J.  THEY MAY HAVE BEEN USING ONGDB ALL ALONG.  I DON'T

03:38PM  7    KNOW.

03:38PM  8    Q.   SO THE EMAILS ABOUT YOUR POC TERMINATING SOON, YOU DON'T

03:38PM  9    KNOW WHY THOSE WERE SENT?

03:38PM 10    A.   I DO KNOW WHY THEY WERE SENT.

03:38PM 11    Q.   WHY?

03:38PM 12    A.   BECAUSE WE HAD BEEN SUPPORTING THEM AT THE TIME UNDER THE

03:38PM 13    IMPRESSION THAT THEY WERE EVALUATING THE COMMERCIAL VERSION OF

03:38PM 14    NEO4J ENTERPRISE EDITION.

03:38PM 15         BUT AT THE END OF THAT CONVERSATION, THEY TOLD US THAT

03:38PM 16    THEY WERE USING THE OPEN SOURCE VERSION WHICH WAS ONGDB.

03:39PM 17         SO I DO NOT HAVE KNOWLEDGE OF WHETHER THEY WERE ACTUALLY

03:39PM 18    USING ONGDB ALL ALONG OR WHETHER THEY MIGHT HAVE DOWNLOADED AND

03:39PM 19    TRIED THE COMMERCIAL VERSION OF THE NEO4J ENTERPRISE EDITION.

03:39PM 20    I DON'T KNOW.  THEY NEVER TOLD ME AS FAR AS I RECALL.

03:39PM 21    Q.   OKAY.

03:39PM 22    A.   I REMEMBER BEING SURPRISED WHEN I GOT SOME OF THOSE EMAILS

03:39PM 23    AND HAVING DISCUSSIONS WITH THEM THEY SAID, OH, WE'RE USING

03:39PM 24    OPEN SOURCE.

03:39PM 25         AND WE'RE GOING, HOW COULD YOU BE USING THE OPEN SOURCE

(153 of 179), Page 153 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 153 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 152 of 178
ZAGALSKY CROSS BY MR. BEENE                                           155

```
03:39PM   1      WHEN WE WERE HELPING YOU WITH ENTERPRISE FEATURES?

03:39PM   2          AND THEN THAT CONFUSION ON OUR PART WAS RESOLVED WHEN WE

03:39PM   3      FOUND OUT THAT THEY WERE ACTUALLY USING ONGDB, WHICH THEY WERE

03:39PM   4      REFERRING TO AS OPEN SOURCE.

03:39PM   5      Q.   AND YOU HAD PROVIDED THEM WITH THE SERVICE PERSON OR

03:39PM   6      SUPPORT PERSON?

03:39PM   7      A.   A PRE-SELLS ENGINEER, YES.

03:40PM   8      Q.   TO ANSWER THEIR QUESTION?

03:40PM   9      A.   THAT'S CORRECT.

03:40PM  10      Q.   AND TELL THEM THE FEATURES OF THE ENTERPRISE VERSION;

03:40PM  11      RIGHT?

03:40PM  12      A.   YES, THAT'S CORRECT.  WELL, NOT TELL THEM THE FEATURES

03:40PM  13      PER SE, BUT TO HELP THEM WITH USING THE FEATURES IN DOING THEIR

03:40PM  14      EVALUATION AND GETTING THEIR SYSTEM UP AND RUNNING AND WORKING.

03:40PM  15          I'M THE ONLY ONE THAT RAN OUT OF WATER, HUH?

03:40PM  16              THE COURT:  DO YOU NEED SOME WALTER, SIR?  WE'LL GET

03:40PM  17      IT FOR YOU.

03:40PM  18              THE WITNESS:  THANK YOU.  I SEE EVERYONE ELSE

03:40PM  19      POURING.  THANK YOU SO MUCH.

03:41PM  20              THE CLERK:  YOU'RE WELCOME.

03:41PM  21              THE WITNESS:  OH, I DIDN'T KNOW THERE WAS WATER

03:41PM  22      RIGHT THERE.

03:41PM  23          THANK YOU VERY MUCH.

03:41PM  24      BY MR. BEENE:

03:41PM  25      Q.   SIR, AFTER YOU FINISH DRINKING WATER, IN THE WHITE BINDER,
```

(154 of 179), Page 154 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 154 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 153 of 178
ZAGALSKY CROSS BY MR. BEENE                                    156

03:41PM   1     PLEASE TURN TO TAB 1064.

03:41PM   2     A.   I'M THERE.

03:42PM   3     Q.   OKAY.  SO THIS IS AN EMAIL THREAD FROM YOU TO MICHAEL

03:42PM   4     DUNN; IS THAT CORRECT?

03:42PM   5     A.   `YES.

03:42PM   6     Q.   THE BOTTOM IS ONE FROM YOU, THAT'S AUGUST 7, 2017, AND YOU

03:42PM   7     WROTE THE EMAIL TO MR. DUNN TALKING TO HIM ABOUT A NEO4J

03:42PM   8     SUBSCRIPTION; RIGHT?

03:42PM   9     A.   YES.

03:42PM  10     Q.   AND THE TOP PART WAS HIS RESPONSE; RIGHT?

03:42PM  11     A.   YES.

03:42PM  12          MR. BEENE:  YOUR HONOR, I WOULD LIKE TO MOVE

03:42PM  13     EXHIBIT 1064 INTO EVIDENCE.

03:42PM  14          THE COURT:  ANY OBJECTION?

03:42PM  15          MR. RATINOFF:  NO OBJECTION, YOUR HONOR.

03:42PM  16          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:42PM  17     (DEFENDANTS' EXHIBIT 1064 WAS RECEIVED IN EVIDENCE.)

03:42PM  18     BY MR. BEENE:

03:43PM  19     Q.   YOUR EMAIL TO MR. DUNN IN AUGUST OF 2017, YOU WERE TALKING

03:43PM  20     ABOUT UPDATING YOUR FORECAST AND TRYING TO FIGURE OUT WHEN

03:43PM  21     THEY'RE GOING TO LICENSE OR PURSUE A COMMERCIAL NEO4J LICENSE;

03:43PM  22     RIGHT?

03:43PM  23     A.   YES.

03:43PM  24     Q.   OKAY.  AND HE RESPONDS THE NEXT DAY, AUGUST 8TH, THAT HE

03:43PM  25     DOESN'T ANTICIPATE DEALING WITH A COMMERCIAL NEO4J LICENSE;

ZAGALSKY CROSS BY MR. BEENE                                         157

03:43PM   1     RIGHT?

03:43PM   2     A.   LET ME JUST CATCH UP.

03:44PM   3          THAT'S CORRECT, YES.

03:44PM   4     Q.   AND IN 2017 THE AGPL DID NOT HAVE THE COMMONS CLAUSE ON

03:44PM   5     IT, DID IT?

03:44PM   6     A.   CAN I CHECK THE PREVIOUS EXHIBIT?

03:44PM   7     Q.   YES, PLEASE.

03:44PM   8     A.   THAT'S RIGHT, THE COMMONS CLAUSE DIDN'T COME OUT UNTIL

03:44PM   9     2018.

03:44PM   10    Q.   SO THE IRS DETERMINED THAT THEY WERE NOT GOING TO USE A

03:44PM   11    COMMERCIAL NEO4J LICENSE BEFORE THERE WAS A COMMONS CLAUSE;

03:45PM   12    CORRECT?

03:45PM   13    A.   YES.

03:45PM   14    Q.   SIR, THIS BLACK BINDER, THIS ONE BY YOUR COUNSEL --

03:46PM   15    A.   YES.

03:46PM   16    Q.   -- COULD YOU TURN TO TAB 110.

03:46PM   17    A.   YES, I'M THERE.

03:46PM   18         MR. BEENE:  I SUSPECT THAT THIS IS ALREADY MOVED

03:46PM   19    INTO EVIDENCE?

03:46PM   20         THE COURT:  IT IS.

03:46PM   21    BY MR. BEENE:

03:46PM   22    Q.   OKAY.  ON THE BOTTOM OF THE FIRST PAGE THERE'S AN EMAIL

03:46PM   23    FROM YOU TO SHAHAK NAGIEL, 2019.

03:47PM   24         DO YOU SEE THAT?

03:47PM   25    A.   YES.

ZAGALSKY CROSS BY MR. BEENE                                        158

03:47PM  1    Q.   AS WE TURN THE PAGE IN THE THIRD PARAGRAPH YOU STATE, "I

03:47PM  2    UNDERSTAND THAT YOU ARE STILL IN EVALUATION/POC/DEVELOPMENT

03:47PM  3    STAGE OF YOUR PROGRAM, AND WE DO WANT TO SUPPORT YOU, BUT WE

03:47PM  4    WOULD LIKE TO UNDERSTAND YOUR PLANS TO GET FUNDING FROM YOUR

03:47PM  5    CUSTOMER SO THAT YOU ARE PROPERLY LICENSED FOR NEO4J EE."

03:47PM  6         DO YOU SEE THAT?

03:47PM  7    A.   YES.

03:47PM  8    Q.   AT THE TIME YOU WROTE THIS IN 2019, ISN'T IT TRUE THAT THE

03:47PM  9    NEXT CENTURY DIDN'T HAVE FUNDING TO LICENSE AND PAY FOR A

03:47PM  10   SUBSCRIPTION FOR THE COMMERCIAL VERSION OF NEO4J ENTERPRISE?

03:48PM  11   A.   THAT'S CORRECT, AT THAT TIME NEO4J DIDN'T HAVE FUNDING IN

03:48PM  12   THEIR CONTRACT.

03:48PM  13   Q.   NEO4J OR NEXT CENTURY?

03:48PM  14   A.   NEXT CENTURY DIDN'T HAVE FUNDING ON THEIR CONTRACT.

03:48PM  15   Q.   RIGHT.  YOU'VE POINTED OUT THAT THE AGPL HAS BEEN SHUT

03:49PM  16   DOWN; IS THAT CORRECT?

03:49PM  17        THAT'S TOO GENERAL.

03:49PM  18        NEO4J SWEDEN'S REPOSITORY FOR ENTERPRISE AGPL WITH THE

03:49PM  19   COMMONS CLAUSE DOESN'T HAVE THE SOURCE CODE ANYMORE; RIGHT?

03:49PM  20   A.   THE CURRENT VERSIONS OF NEO4J LIKE VERSION 4, VERSION 5,

03:50PM  21   ANYTHING BEYOND VERSION, ANYTHING BEYOND VERSION 3.4.  SO

03:50PM  22   VERSION 3.5 AND BEYOND THERE IS NO SOURCE CODE FOR

03:50PM  23   NEO4J ENTERPRISE EDITION ON GITHUB.

03:50PM  24   Q.   SO IT IS JUST THE BINARY; IS THAT CORRECT?

03:50PM  25   A.   NO.  GITHUB DOESN'T -- I DON'T BELIEVE GITHUB --

(157 of 179), Page 157 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 157 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 156 of 178
159

ZAGALSKY CROSS BY MR. BEENE

| | | |
|---|---|---|
| 03:50PM | 1 | Q. HOLDS BINARIES? |
| 03:50PM | 2 | A. -- HOLDS BINARIES. IT HOLDS SOURCE CODE. |
| 03:50PM | 3 | Q. BUT YOU STILL HAVE THE COMMUNITY, THE GPL VERSION |
| 03:50PM | 4 | AVAILABLE ON GITHUB? |
| 03:50PM | 5 | A. THE SOURCE CODE FOR NEO4J COMMUNITY EDITION, ALL OF THE |
| 03:50PM | 6 | VERSIONS THAT EVER, YOU KNOW, CURRENT VERSIONS, VERSIONS AT |
| 03:51PM | 7 | THAT TIME ARE AND HAVE BEEN AVAILABLE ON GITHUB, YES. |
| 03:51PM | 8 | Q. WITH THE OLDER VERSIONS OF ENTERPRISE BEFORE THERE WAS |
| 03:51PM | 9 | EVEN A COMMONS CLAUSE, DO THEY STILL WORK? |
| 03:51PM | 10 | A. I DON'T UNDERSTAND YOUR QUESTION. |
| 03:51PM | 11 | Q. WELL, IF SOMEONE HAD A VERSION OF LET'S SAY 2.9 -- |
| 03:51PM | 12 | A. UH-HUH. |
| 03:51PM | 13 | Q. -- COULD THEY PUT IT ON A COMPUTER AND GET IT TO RUN? |
| 03:51PM | 14 | A. PROBABLY NOT. |
| 03:51PM | 15 | Q. PROBABLY NOT? |
| 03:51PM | 16 | A. WELL, IT WOULD HAVE DEPENDENCIES OF OTHER SOFTWARE THAT IS |
| 03:51PM | 17 | NOT NEO4J THAT'S REQUIRED FOR NEO4J. ON A COMPUTER TODAY IT |
| 03:51PM | 18 | WOULD HAVE NEWER VERSIONS OF OTHER SOFTWARE, AND IT PROBABLY |
| 03:51PM | 19 | WOULDN'T WORK. |
| 03:51PM | 20 | Q. AND NOW THE NEO4J SOFTWARE HAS OPEN SOURCE COMPONENTS, |
| 03:51PM | 21 | DOESN'T IT? |
| 03:52PM | 22 | A. THAT'S CORRECT, SOME OPEN SOURCE COMPONENTS AS FAR AS I |
| 03:52PM | 23 | KNOW. |
| 03:52PM | 24 | Q. AND I'VE SEEN A BUILD FILE AND I'VE SEEN SOME AGPL AND GPL |
| 03:52PM | 25 | IN THERE. |

ZAGALSKY CROSS BY MR. BEENE                                      160

```
03:52PM   1            SO WHAT YOU'RE SAYING IS THAT IF THOSE WERE UPDATED THEN

03:52PM   2    NEO4J MAY NOT WORK OR OTHER ENVIRONMENTAL SOFTWARE MAY NOT

03:52PM   3    WORK?

03:52PM   4    A.   YES, OTHER ENVIRONMENTAL SOFTWARE BEING LIKE JAVA.

03:52PM   5    Q.   LINUX?

03:52PM   6    A.   IF YOU HAVE A CURRENT VERSION TODAY OF JAVA, I HIGHLY

03:52PM   7    DOUBT THAT NEO4J 2.1 COMMUNITY EDITION WOULD WORK.  THERE ARE

03:52PM   8    DEPENDENCIES, AND WE SPELL OUT WHAT THE DEPENDENCIES ARE,

03:52PM   9    VERSIONS OF ALL OF THESE DIFFERENT THINGS.

03:52PM  10    Q.   BUT YOU'VE TALKED TO THE IRS AND YOU'VE TALKED TO THE NSA

03:53PM  11    ABOUT NEW FEATURES?

03:53PM  12    A.   YES.

03:53PM  13    Q.   AND HAVING NEW FEATURES AVAILABLE THAT THEY NEED?

03:53PM  14    A.   YES.

03:53PM  15    Q.   AND I IMAGINE YOU'VE TALKED TO OTHER CUSTOMERS ABOUT ALL

03:53PM  16    OF THESE NEW FEATURES THEY NEED AND THEY DON'T BUY FROM YOU;

03:53PM  17    RIGHT?

03:53PM  18    A.   NO, CUSTOMERS DO BUY IT FROM ME.

03:53PM  19         IF THEY WEREN'T BUYING FROM ME THEY WOULDN'T BE CUSTOMERS,

03:53PM  20    SO I DON'T UNDERSTAND YOUR QUESTION.

03:53PM  21    Q.   WELL, YOU'VE TRIED TO SELL THINGS TO PEOPLE, TOLD THEM ALL

03:53PM  22    OF YOUR NEW FEATURES AND THEY DIDN'T DECIDE TO BUY THEM;

03:53PM  23    CORRECT?

03:53PM  24    A.   TYPICAL SALES MOTION DOESN'T INCLUDE TRYING TO SELL NEW

03:53PM  25    FEATURES TO A PROSPECTIVE CUSTOMER.
```

ZAGALSKY CROSS BY MR. BEENE                                                161

03:53PM   1        A TYPICAL SELLS MOTION, WE SELL THE PROJECT NEO4J TO THE

03:53PM   2   CUSTOMER BUT WE DON'T TALK ABOUT -- IN A TYPICAL SELLS MOTIONS

03:53PM   3   WE DON'T SAY THERE IS THIS NEW FEATURE COMING.  WE SELL WHAT WE

03:54PM   4   HAVE TODAY.  YOU CAN'T ACTUALLY SELL FEATURES BECAUSE THAT

03:54PM   5   DOESN'T WORK WELL LEGALLY IF YOU SELL THEM SOMETHING BASED ON

03:54PM   6   FEATURES THAT DON'T EXIST.

03:54PM   7   Q.   BUT THE NSA YOU WERE TELLING ABOUT THE UPCOMING FEATURES

03:54PM   8   IN NEO4J; RIGHT?

03:54PM   9   A.   NO.  OH, NSA?  WE WERE TALKING ABOUT NSA 4, YES.

03:54PM  10   Q.   RIGHT, THAT WAS COMING OUT AND THEY WOULD WANT; RIGHT?

03:54PM  11   A.   I DON'T RECALL WHETHER THE INITIAL 4.0 WAS COMING OUT OR

03:54PM  12   IF IT WAS ALREADY OUT.

03:54PM  13        BUT IT IS POSSIBLE.  I SAID IT'S NOT A GENERAL SELLS

03:54PM  14   MOTION, BUT IT IS POSSIBLE THAT AT THAT TIME THAT WE WOULD HAVE

03:54PM  15   TALKED ABOUT IT AND I CAN TELL YOU WHY.

03:54PM  16   Q.   I UNDERSTAND REV REC RULES AND WHY YOU DO NOT MAKE

03:54PM  17   PROMISES OF FUTURE DELIVERABLES.

03:55PM  18   A.   YES.

03:55PM  19   Q.   BUT AS YOU'RE READY TO LAUNCH SOMETHING, YOU START TELLING

03:55PM  20   PEOPLE THERE'S A TIME PERIOD; RIGHT?

03:55PM  21   A.   IN SOME CASES, YES.

03:55PM  22        IN THAT CASE WE WANTED TO MAKE THE MPO, NSA AWARE THAT

03:55PM  23   ONGDB WAS GOING TO BE STUCK AT VERSION 3.5 AND 4.0 WAS GOING TO

03:55PM  24   HAVE NEW FEATURES THAT WEREN'T -- THAT WOULD NEVER BE AVAILABLE

03:55PM  25   IN 3.5.

ZAGALSKY CROSS BY MR. BEENE                                    162

03:55PM  1          SO IF THEY STARTED WITH 3.5 AND WANTED TO GET THOSE NEW

03:55PM  2   FEATURES, THEY WOULD HAVE TO EVENTUALLY GO TO 4.0.

03:55PM  3          BUT IF 4.0 WASN'T OUT AT THAT TIME, WHICH I DON'T RECALL,

03:55PM  4   BUT IF IT WASN'T OUT AT THAT TIME, I WOULDN'T HAVE BEEN SELLING

03:55PM  5   4.0, I WOULD HAVE BEEN SELLING 3.5 OR 3.7, OR WHATEVER VERSION,

03:56PM  6   WHATEVER COMMERCIALIZED VERSION THAT WE HAD AT THE TIME.

03:56PM  7              MR. BEENE:  NO FURTHER QUESTIONS.

03:56PM  8              THE COURT:  ANY REDIRECT?

03:56PM  9              MR. RATINOFF:  NO, YOUR HONOR.

03:56PM 10              THE COURT:  MAY THIS WITNESS BE EXCUSED OR IS IT

03:56PM 11   SUBJECT TO RECALL?

03:56PM 12              MR. BEENE:  YES.

03:56PM 13              THE COURT:  EXCUSED?

03:56PM 14              MR. RATINOFF:  YES, YOUR HONOR.

03:56PM 15              THE COURT:  ALL RIGHT.  YOU CAN BE EXCUSED.

03:56PM 16       DO YOU HAVE ANOTHER WITNESS?

03:56PM 17              MR. RATINOFF:  I BELIEVE IT'S ONLY, SUBJECT TO

03:56PM 18   CROSS-EXAMINATION, AND IT WOULD TAKE A HALF AN HOUR OR SO.  I

03:56PM 19   WOULD LIKE TO TRY TO GET HER IN TODAY IF POSSIBLE.

03:56PM 20              THE COURT:  LET'S CALL THE WITNESS, PLEASE.

03:56PM 21              MR. RATINOFF:  THE PLAINTIFFS WOULD CALL

03:56PM 22   KELLY ZAWALSKI.

03:57PM 23              THE COURT:  FACE OUR COURTROOM DEPUTY AND RAISE YOUR

03:57PM 24   RIGHT HAND.  SHE HAS A QUESTION FOR YOU.

03:57PM 25          **(PLAINTIFFS' WITNESS, KELLY ZAWALSKI, WAS SWORN.)**

(161 of 179), Page 161 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 161 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 160 of 178
ZAWALSKI DIRECT BY MR. RATINOFF                                    163

03:57PM  1          THE WITNESS:  I DO.

03:57PM  2          THE COURT:  HAVE A SEAT HERE.  YOU CAN ADJUST THAT

03:57PM  3   MICROPHONE.  I THINK THAT CHAIR RISES AND GOES DOWN AS YOU

03:57PM  4   NEED.

03:57PM  5      I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

03:57PM  6   THERE'S SOME WATER THERE FOR YOUR REFRESHMENT IF YOU WOULD

03:57PM  7   LIKE.

03:57PM  8      WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:57PM  9   AND THEN SPELL IT, PLEASE.

03:57PM 10          THE WITNESS:  KELLY ZAWALSKI, K-E-L-L-Y,

03:57PM 11   Z-A-W-A-L-S-K-I.

03:57PM 12          THE COURT:  THANK YOU.  COUNSEL.

03:57PM 13                    **DIRECT EXAMINATION**

03:57PM 14   BY MR. RATINOFF:

03:57PM 15   Q.  GOOD AFTERNOON.  I APOLOGIZE FOR MISPRONOUNCING YOUR NAME.

03:57PM 16   THANK YOU FOR BEING SO PATIENT.

03:57PM 17      WOULD YOU MIND TAKING A MINUTE AND INTRODUCING YOURSELF TO

03:57PM 18   THE COURT, PLEASE.

03:58PM 19   A.  SURE.  KELLY ZAWALSKI.  I'M THE VP OF FINANCE AT NEO4J.

03:58PM 20      I JOINED THE COMPANY IN SEPTEMBER OF 2019, AND I REPORT TO

03:58PM 21   THE CFO.

03:58PM 22   Q.  OKAY.  AND WHAT TYPE OF JOB RESPONSIBILITIES DO YOU HAVE

03:58PM 23   AS THE VP OF FINANCE?

03:58PM 24   A.  I MANAGE THE CORPORATE ACCOUNTING FUNCTION FOR THE COMPANY

03:58PM 25   ON A WORLDWIDE BASIS.

ZAWALSKI DIRECT BY MR. RATINOFF                                     164

| | | |
|---|---|---|
| 03:58PM | 1 | MY GROUP THAT I MANAGE IS ABOUT 20 PEOPLE. |
| 03:58PM | 2 | Q.   AND PRIOR TO JOINING NEO4J, WHERE DID YOU WORK? |
| 03:58PM | 3 | A.   I WORKED AT ARTHUR ANDERSEN, MY FIRST JOB, A PUBLIC |
| 03:58PM | 4 | ACCOUNTING FIRM FOR FOUR YEARS. |
| 03:58PM | 5 | AND THEN AFTER THAT I MOVED TO A SERIES OF PRIVATE AND |
| 03:58PM | 6 | PUBLIC SOFTWARE COMPANIES. |
| 03:58PM | 7 | Q.   AND WHAT TYPE OF JOB RESPONSIBILITIES IN GENERAL DID YOU |
| 03:58PM | 8 | HAVE AT THOSE OTHER COMPANIES? |
| 03:59PM | 9 | A.   I MANAGED THE WHOLE BREADTH OF THE ACCOUNTING FUNCTION. |
| 03:59PM | 10 | SO THAT INCLUDES REVENUE RECOGNITION, ACCOUNTS RECEIVABLE, |
| 03:59PM | 11 | ACCOUNTS PAYABLE, GENERAL LEDGER.  REALLY EVERYTHING THAT HAS |
| 03:59PM | 12 | TO DO WITH THE COMPANY PRODUCING ITS FINANCIAL STATEMENTS. |
| 03:59PM | 13 | Q.   AND I THINK YOU'VE USED THE WORD "ACCOUNTING" SEVERAL |
| 03:59PM | 14 | TIMES.  DO YOU HAVE ANY EDUCATION OR BACKGROUND IN ACCOUNTING? |
| 03:59PM | 15 | A.   I DO.  I WENT TO THE UNIVERSITY OF COLORADO AT BOULDER AND |
| 03:59PM | 16 | I GRADUATED IN 1994. |
| 03:59PM | 17 | Q.   AND DO YOU HAVE ANY POST GRADUATE CERTIFICATIONS? |
| 03:59PM | 18 | A.   I RECEIVED MY CPA IN 1999. |
| 03:59PM | 19 | Q.   AND THEN TURNING BACK TO NEO4J, AT A HIGH LEVEL, CAN YOU |
| 03:59PM | 20 | DESCRIBE HOW NEO4J GENERATES REVENUE? |
| 03:59PM | 21 | A.   PRIMARILY THROUGH THE LICENSE OF NEO4J ENTERPRISE EDITION. |
| 03:59PM | 22 | Q.   AND I BELIEVE YOU HEARD MR. ZAGALSKY TESTIFY ABOUT |
| 04:00PM | 23 | RESELLERS? |
| 04:00PM | 24 | A.   CORRECT. |
| 04:00PM | 25 | Q.   AND OUTSIDE OF THE GOVERNMENT SECTOR DOES NEO4J USE |

04:00PM  1    RESELLERS?

04:00PM  2    A.   WE DO.

04:00PM  3    Q.   AND ARE THOSE RESELLERS PAID A RESELLER FEE?

04:00PM  4    A.   THEY ARE.

04:00PM  5    Q.   AND HOW DOES NEO4J DETERMINE RESELLER FEES WITH ITS

04:00PM  6    VARIOUS RESELLERS?

04:00PM  7    A.   IT'S COMMERCIALLY NEGOTIATED WITH THAT RESELLER BASED ON

04:00PM  8    WHAT THEY CAN BRING TO THE TABLE FROM A TRANSACTION POINT OF

04:00PM  9    VIEW.

04:00PM  10   Q.   AND WITHIN THE SCOPE OF YOUR JOB, ARE YOU -- DO YOU HAVE

04:00PM  11   KNOWLEDGE OF THESE VARIOUS RESELLER ARRANGEMENTS?

04:00PM  12   A.   YES.

04:00PM  13   Q.   AND GENERALLY FROM A COMPANY WIDE, SO THAT WOULD BE

04:00PM  14   GOVERNMENT SECTOR AND BEYOND, DOES NEO4J TRACK THE AVERAGE

04:00PM  15   RESELLER FEE IT INCURS?

04:01PM  16   A.   WE DO.

04:01PM  17   Q.   AND HOW DOES NEO4J TRACK THAT?

04:01PM  18   A.   WE KEEP TRACK OF THE DIFFERENT RESELLER AGREEMENTS THAT WE

04:01PM  19   HAVE.  IT'S A RANGE OF DIFFERENT PERCENTAGES THAT WE PAY

04:01PM  20   RESELLERS FROM ONE INDUSTRY TO ANOTHER.

04:01PM  21   Q.   AND THEN GOING BACK TO STARTING IN THE TIME PERIOD OF

04:01PM  22   2018, WHAT WAS THE -- IF YOU KNOW, WHAT WAS THE APPROXIMATE OR

04:01PM  23   AVERAGE RESELLER FEE ACROSS THE BOARD FOR NEO4J?

04:01PM  24   A.   ON AVERAGE IT WAS ABOUT 3 PERCENT.

04:01PM  25   Q.   AND THEN TURNING MORE SPECIFICALLY TO THE GOVERNMENT

04:01PM   1    SECTOR, WHICH YOU'VE HEARD TESTIMONY ON TODAY, DO YOU HAVE AN

04:01PM   2    IDEA OF WHAT THE AVERAGE RESELLER FEE SINCE 2018 HAS BEEN IN

04:01PM   3    THAT SPECIFIC SECTOR?

04:01PM   4    A.   FROM 5 TO 10 PERCENT.

04:01PM   5    Q.   AND I KNOW WE'VE HEARD SOME RESELLERS MENTIONED.  I THINK

04:02PM   6    ONE OF THEM IS INTELLIPEAK.  IS THAT CURRENTLY A NEO4J

04:02PM   7    RESELLER?

04:02PM   8    A.   THEY ARE.

04:02PM   9    Q.   ANOTHER ONE THAT WAS MENTIONED WAS AFFIGENT.  ARE YOU

04:02PM  10    FAMILIAR WITH AFFIGENT?

04:02PM  11    A.   I AM.

04:02PM  12    Q.   AND WHAT IS YOUR UNDERSTANDING OF WHO AFFIGENT IS?

04:02PM  13    A.   THEY ARE A RESELLER THAT WE USE IN THE GOVERNMENT SECTOR.

04:02PM  14    Q.   AND HOW LONG HAS NEO4J BEEN USING AFFIGENT?

04:02PM  15    A.   I BELIEVE THE FIRST AGREEMENT WAS IN 2018, MAY OF 2018,

04:02PM  16    PERHAPS 2019.

04:02PM  17    Q.   AND I BELIEVE MR. ZAGALSKY ALREADY TESTIFIED, BUT IS THERE

04:02PM  18    AN AGREED UPON RESELLER FEE WITH AFFIGENT?

04:02PM  19    A.   THERE IS.

04:02PM  20    Q.   AND DO YOU KNOW WHAT THAT FEE IS?

04:03PM  21    A.   I BELIEVE IT'S 5 PERCENT.

04:03PM  22    Q.   AND ARE YOU FAMILIAR WITH A COMPANY CALLED CARAHSOFT?

04:03PM  23    A.   YES.

04:03PM  24    Q.   AND WHO IS CARAHSOFT?

04:03PM  25    A.   THEY ARE ANOTHER GOVERNMENT RESELLER.

ZAWALSKI DIRECT BY MR. RATINOFF                        167

04:03PM  1    Q.   AND DOES NEO4J HAVE A RELATIONSHIP WITH CARAHSOFT?

04:03PM  2    A.   WE DO.

04:03PM  3    Q.   AND FOR THE RECORD, WOULD YOU MIND SPELLING CARAHSOFT.  I

04:03PM  4    THINK IT'S SPELLED A LITTLE DIFFERENTLY THAN IT SOUNDS.

04:03PM  5    A.   YEAH.  C-A-R-A-H-S-O-F-T.

04:03PM  6    Q.   AND WHAT IS THE -- I'M SORRY.  WHAT IS THE NATURE OF

04:03PM  7    NEO4J'S RELATIONSHIP WITH CARAHSOFT?

04:03PM  8    A.   THEY ARE A FEDERAL RESELLER AS WELL OR A GOVERNMENT

04:03PM  9    RESELLER AS WELL.

04:03PM  10   Q.   AND FOR APPROXIMATELY HOW LONG HAS NEO4J USED CARAHSOFT AS

04:03PM  11   A RESELLER?

04:03PM  12   A.   SEPTEMBER OF 2020.

04:03PM  13   Q.   AND DOES NEO4J HAVE AN AGREED UPON RESELLER FEE WITH

04:04PM  14   CARAHSOFT?

04:04PM  15   A.   WE DO.

04:04PM  16   Q.   AND DO YOU KNOW WHAT THAT FEE IS?

04:04PM  17   A.   6 PERCENT.

04:04PM  18   Q.   AND HOW ARE THOSE RESELLERS' FEES APPLIED TO GOVERNMENT

04:04PM  19   SALES?

04:04PM  20   A.   THEY'RE APPLIED TO THE GROSS SALES PRICE FOR THAT

04:04PM  21   TRANSACTION.

04:04PM  22   Q.   AND WHAT DO YOU MEAN BY GROSS SALES PRICE?

04:04PM  23   A.   THE PRICE PAID BY THE CUSTOMER.

04:04PM  24   Q.   AND DOES --

04:04PM  25   A.   NET OF ANY DISCOUNTS.

(166 of 179), Page 166 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 166 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 165 of 178
ZAWALSKI DIRECT BY MR. RATINOFF 168

04:04PM 1    Q.   AND IS THE RESELLER FEE CONSIDERED A COST IN A TRANSACTION

04:04PM 2    BETWEEN NEO4J AND ONE OF ITS CUSTOMERS?

04:04PM 3    A.   YES.

04:04PM 4    Q.   AND ARE THERE ANY OTHER DIRECT COSTS THAT ARE ASSOCIATED

04:04PM 5    WITH THE SALE OF COMMERCIAL SUBSCRIPTIONS FOR NEO4J SOFTWARE?

04:04PM 6    A.   WE PAY OUR EMPLOYEES OR SALES PERSONNEL IN SUPPORTING

04:04PM 7    SALES PERSONNEL COMMISSIONS.

04:05PM 8    Q.   AND TO BE MORE SPECIFIC, AS TO THE YEAR 2018, DID NEO4J

04:05PM 9    PAY COMMISSIONS IN SALES?

04:05PM 10   A.   YES.

04:05PM 11   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHAT THE AVERAGE

04:05PM 12   COMMISSION RATE PAID IN 2018 WAS?

04:05PM 13   A.   APPROXIMATELY 15 AND A QUARTER PERCENT.

04:05PM 14   Q.   AND HOW DO YOU KNOW THAT NUMBER IS THE AVERAGE FROM THAT

04:05PM 15   TIME PERIOD?

04:05PM 16   A.   I WAS ASKED TO DO RESEARCH AS PART OF THIS CASE WHAT OUR

04:05PM 17   AVERAGES WERE.

04:05PM 18   Q.   AND WHO DID YOU WORK WITH TO DO THAT RESEARCH?

04:05PM 19   A.   WE HAVE A COMPENSATION TEAM INTERNALLY, AND SO I CONSULTED

04:05PM 20   WITH THEM, ASKED THEM FOR THEIR ANALYSIS.

04:05PM 21   Q.   AND THEN MOVING ON TO 2019, DO YOU KNOW WHAT THE TOTAL

04:05PM 22   AVERAGE COMMISSION RATE WAS IN THE GOVERNMENT SALES SECTOR?

04:05PM 23   A.   13 AND A QUARTER PERCENT.

04:06PM 24   Q.   AND HOW DID YOU COME TO LEARN THAT NUMBER?

04:06PM 25   A.   SAME.  CONSULTING WITH OUR CORPORATE COMPENSATION TEAM.

ZAWALSKI DIRECT BY MR. RATINOFF                                                 169

04:06PM  1    Q.   AND IT SOUNDS LIKE THERE'S A 2 PERCENT DROP FROM 2018 TO

04:06PM  2    2019.

04:06PM  3         DO YOU KNOW WHY THAT WAS?

04:06PM  4    A.   AS THE COMPANY MATURES, OUR SALES QUOTAS INCREASED AND

04:06PM  5    THAT NATURALLY DECREASED THE PERCENTAGE PAID TO OUR SALES

04:06PM  6    PERSONNEL.

04:06PM  7    Q.   AND AS A GENERAL MATTER, HAS THAT TREND CONTINUED, THE

04:06PM  8    DOWNWARD TREND CONTINUED SINCE 2019?

04:06PM  9    A.   GENERALLY SPEAKING.

04:06PM  10   Q.   AND THEN HOW DOES NEO4J CALCULATE EMPLOYEE COMMISSIONS ON

04:06PM  11   A PARTICULAR SALE?

04:06PM  12   A.   WE CALCULATE THE COMMISSIONS, IN THIS CASE WE'RE TALKING

04:06PM  13   ABOUT A GOVERNMENT TRANSACTION, THE GROSS SALES PRICE, NET OF

04:07PM  14   ANY DISCOUNTS, AND RESELLER FEES.

04:07PM  15   Q.   AND THEN LOOKING AT THE 15 POINT -- OR 15 AND A QUARTER

04:07PM  16   PERCENT RATE, HOW IS THAT APPLIED TO ANY PARTICULAR CUSTOMER

04:07PM  17   RELATIONSHIP?

04:07PM  18   A.   THE SAME.  SO TAKING THE PRICE PAID BY THE CUSTOMER,

04:07PM  19   REDUCING IT BY THE RESELLER FEE AND ANY DISCOUNTS, AND THE

04:07PM  20   COMMISSION IS PAID BASED ON THAT.

04:07PM  21   Q.   SO THE NUMBER AFTER YOU APPLY THE DISCOUNT TO THE -- I'M

04:07PM  22   SORRY, JUST TO MAKE SURE I GET THE MATH CORRECT, I'M NOT GREAT

04:07PM  23   AT MATH, THAT'S WHY I'M A LAWYER.

04:07PM  24        SO THE NET NUMBER THAT IS USED FOR DETERMINING COMMISSION

04:07PM  25   IS AFTER FIRST THE RESELLER FEE IS TAKEN OUT FROM THAT NUMBER

(168 of 179), Page 168 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 168 of 179
Case 5:18-cv-07182-EJD Document 231 Filed 11/29/23 Page 167 of 178
170

ZAWALSKI DIRECT BY MR. RATINOFF

| | | |
|---|---|---|
| 04:07PM | 1 | AND THEN IT'S -- AND THAT NUMBER HAS A DISCOUNT POTENTIALLY AS |
| 04:08PM | 2 | WELL. |
| 04:08PM | 3 | SO IT'S AFTER THOSE COSTS ARE TAKEN INTO ACCOUNT? |
| 04:08PM | 4 | A.   THAT'S RIGHT. |
| 04:08PM | 5 | MR. RATINOFF:  YOUR HONOR, AT THIS TIME I HAVE A |
| 04:08PM | 6 | SPREADSHEET, IT'S AN EXCEL SPREADSHEET, AND IT'S NOT |
| 04:08PM | 7 | PRACTICABLE TO PRINT IT OUT BECAUSE IT IS WIDE.  IT IS MARKED |
| 04:08PM | 8 | ATTORNEYS' EYES ONLY, SO I WOULD ASK AT THIS TIME IF YOU COULD |
| 04:08PM | 9 | SEAL THE EXHIBIT AS WELL AS THE TRANSCRIPT. |
| 04:08PM | 10 | THE COURT:  SURE, WE CAN DO THAT. |
| 04:08PM | 11 | MR. SUHY, IF YOU WOULD LEAVE AGAIN.  THANK YOU, SIR. |
| 04:08PM | 12 | **(SEALED PROCEEDINGS PAGES 171 - 176.)** |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

(169 of 179), Page 169 of 179 Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 169 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 168 of 178
177

ZAWALSKI CROSS BY MR. BEENE

| | | |
|---|---|---|
| 04:08PM | 1 | /// |
| 04:08PM | 2 | /// |
| 04:17PM | 3 | (OPEN COURT.) |
| 04:17PM | 4 | THE COURT:  CROSS-EXAMINATION? |
| 04:17PM | 5 | **CROSS-EXAMINATION** |
| 04:17PM | 6 | BY MR. BEENE: |
| 04:17PM | 7 | Q.   GOOD AFTERNOON.  MY NAME IS ANDRON BEENE, AND I REPRESENT |
| 04:17PM | 8 | MR. SUHY, THE DEFENDANTS IN THIS CASE. |
| 04:17PM | 9 | DO YOU UNDERSTAND THAT? |
| 04:17PM | 10 | A.   I DO. |
| 04:17PM | 11 | THE COURT:  WE'RE BRINGING YOUR CLIENT BACK IN.  BUT |
| 04:17PM | 12 | PLEASE CONTINUE. |
| 04:17PM | 13 | MR. BEENE:  THANK YOU FOR REMINDING US. |
| 04:18PM | 14 | (PAUSE IN PROCEEDINGS.) |
| 04:18PM | 15 | MR. BEENE:  WE'RE READY.  THANK YOU. |
| 04:18PM | 16 | Q.   MS. ZAWALSKI, ARE YOU A CPA? |
| 04:18PM | 17 | A.   I AM. |
| 04:18PM | 18 | Q.   AND YOU'RE FAMILIAR WITH GAAP, GENERALLY ACCEPTED |
| 04:19PM | 19 | ACCOUNTING PRINCIPLES? |
| 04:19PM | 20 | A.   YES. |
| 04:19PM | 21 | Q.   AND THE EXHIBIT THAT YOU JUST SHOWED, IS THAT A GAAP |
| 04:19PM | 22 | ACCOUNTING? |
| 04:19PM | 23 | A.   NO.  THAT'S THE SALE REPORTING OUT OF OUR CRM. |
| 04:19PM | 24 | Q.   THE REPORTS HERE ARE SHOWING NET SALES LESS COMMISSION; |
| 04:19PM | 25 | RIGHT? |

ZAWALSKI CROSS BY MR. BEENE                                           178

04:19PM  1    A.   THE SALES THAT WE'RE SHOWING ARE GROSS, THE GROSS, THE

04:19PM  2    GROSS SALES PRICE FOR THAT TRANSACTION.

04:19PM  3    Q.   OKAY.  AND YOU TESTIFIED ABOUT THE COMMISSIONS, THE

04:19PM  4    AVERAGE COMMISSIONS THAT THE SALES REPS MAKE?

04:19PM  5    A.   CORRECT.

04:19PM  6    Q.   AND THE REASON IS BECAUSE THE EXPERT HAS A CHART WITH ALL

04:19PM  7    OF THAT.

04:19PM  8         WHAT I'M CURIOUS ABOUT IS WHY DID THE -- WHY DIDN'T YOU

04:20PM  9    LOOK AT THE NUMBERS TO FIGURE OUT THE AVERAGE COMMISSIONS?

04:20PM  10   A.   WE DID.  WE DID AN ANALYSIS, OUR COMPENSATION TEAM, WHICH

04:20PM  11   IS THE EXPERTS ON THIS DATA, PREPARED THE ANALYSIS.

04:20PM  12   Q.   BUT ISN'T THERE A SPREADSHEET THAT SHOWS YOU WHAT THE

04:20PM  13   TOTAL COMMISSIONS WERE AND WHAT THE AVERAGE WAS?

04:20PM  14   A.   THERE -- YEAH, THE ANALYSIS WAS DONE AT THE TIME, YEAH.

04:20PM  15   Q.   AND WHERE IS IT?

04:20PM  16   A.   I PREPARED THE INFORMATION MANY YEARS AGO -- OR I DIDN'T,

04:20PM  17   ACTUALLY OUR COMPENSATION TEAM DID.

04:20PM  18   Q.   BUT YOU DIDN'T TESTIFY ON THE STAND ABOUT THAT WRITTEN

04:20PM  19   DOCUMENT, DID YOU?

04:20PM  20   A.   THE WRITTEN -- THE ANALYSIS ITSELF?

04:20PM  21   Q.   YEAH.

04:20PM  22   A.   I TESTIFIED ABOUT THE PERCENTAGE BUT NOT THE REPORT OR THE

04:20PM  23   SPREADSHEET THAT WAS DONE.

04:21PM  24   Q.   RIGHT.  THE CONCLUSION?

04:21PM  25   A.   THE CONCLUSION, YES.

(171 of 179), Page 171 of 179    Case: 24-5538, 12/23/2024, DktEntry: 18.13, Page 171 of 179
Case 5:18-cv-07182-EJD   Document 231   Filed 11/29/23   Page 170 of 178
179

ZAWALSKI CROSS BY MR. BEENE

| | | |
|---|---|---|
| 04:21PM | 1 | Q.   WHAT ARE THE -- WHAT IS THE -- I'M SORRY.  STRIKE THAT. |
| 04:21PM | 2 | LET ME START AGAIN. |
| 04:21PM | 3 | WHAT IS THE GSA PER YEAR FOR NEO4J U.S.A.? |
| 04:21PM | 4 | A.   CAN YOU DESCRIBE WHAT THE ACRONYM MEANS? |
| 04:21PM | 5 | Q.   GENERAL SERVICES ADMINISTRATIVE EXPENSES UNDER GAAP. |
| 04:21PM | 6 | A.   SO WHAT -- SORRY.  YOU WANT TO KNOW WHAT OUR OPERATING |
| 04:21PM | 7 | EXPENSES ARE? |
| 04:21PM | 8 | Q.   YEAH. |
| 04:21PM | 9 | A.   FOR WHAT PERIOD OF TIME? |
| 04:21PM | 10 | Q.   2018, '19, '20, '21, '22.  DO YOU HAVE AN AVERAGE? |
| 04:21PM | 11 | A.   I'M NOT SURE I UNDERSTAND THE QUESTION, TO BE HONEST. |
| 04:21PM | 12 | Q.   DO YOUR INVESTORS EVER ASK YOU WHAT IS OUR AVERAGE |
| 04:21PM | 13 | OPERATION EXPENSES FOR A YEAR? |
| 04:22PM | 14 | A.   YES, OF COURSE. |
| 04:22PM | 15 | Q.   AND WHAT DO YOU TELL THEM? |
| 04:22PM | 16 | A.   WE PROVIDE THEM WITH THE FINANCIAL REPORTS FOR THAT |
| 04:22PM | 17 | PERIOD. |
| 04:22PM | 18 | Q.   DO YOU KNOW WHAT THE REPORTS SAY WHAT THE AVERAGE |
| 04:22PM | 19 | OPERATING EXPENSES ARE PER YEAR? |
| 04:22PM | 20 | A.   I WOULD NEED TO LOOK AT OUR LATEST FINANCIAL REPORTS. |
| 04:22PM | 21 | Q.   DO YOU KNOW WHAT YOUR NET PROFITS ARE? |
| 04:22PM | 22 | A.   WE ARE IN A LOSS POSITION RIGHT NOW. |
| 04:22PM | 23 | Q.   OKAY.  YOU HAVE 800 EMPLOYEES? |
| 04:22PM | 24 | A.   CORRECT. |
| 04:22PM | 25 | Q.   AND DO YOU KNOW WHAT THAT PAYROLL IS? |

ZAWALSKI CROSS BY MR. BEENE                                              180

04:22PM   1    A.   I WASN'T PREPARED FOR ALL OF THESE QUESTIONS ABOUT THE

04:23PM   2    FINANCIALS OF THE COMPANY.

04:23PM   3    Q.   HAVE YOU EVER HEARD OF GRAPH FOUNDATION?

04:23PM   4    A.   I HAVE BY VIRTUE OF THIS CASE.

04:23PM   5    Q.   DID YOU HAVE AN EXTRAORDINARY INCOME OFF OF SOME

04:23PM   6    SETTLEMENT OR JUDGMENT THAT WAS ENTERED AGAINST THEM THAT THEY

04:23PM   7    PAID NEO4J?

04:23PM   8    A.   I BELIEVE SO, BUT I WASN'T CLOSE TO THE CASE.

04:23PM   9    Q.   DO YOU KNOW HOW MUCH THEY PAY NEO4J?

04:23PM  10    A.   I -- NO, I DON'T KNOW.

04:23PM  11    Q.   DID YOU WORK WITH THE EXPERT WITNESS IN THIS CASE,

04:23PM  12    MR. BOYLES?

04:23PM  13    A.   I DID.

04:23PM  14    Q.   DID YOU PROVIDE HIM WITH THESE FINANCIAL STATEMENTS, LIKE

04:23PM  15    A P & L?

04:23PM  16    A.   NO, THAT WASN'T REQUESTED.

04:23PM  17    Q.   I DIDN'T REQUEST THAT YOU PROVIDE IT TO HIM?

04:23PM  18    A.   NO, NOT THAT I RECALL.

04:24PM  19            MR. BEENE:  I HAVE NO FURTHER QUESTIONS.  THANK YOU.

04:24PM  20            THE COURT:  REDIRECT?

04:24PM  21            MR. RATINOFF:  NO, YOUR HONOR.  WE ARE FINISHED WITH

04:24PM  22    THE WITNESS.

04:24PM  23            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

04:24PM  24       I HAVE -- BEFORE YOU LEAVE --

04:24PM  25            THE WITNESS:  YES.

ZAWALSKI CROSS BY MR. BEENE                                               181

04:24PM   1              THE COURT:  PLEASE SIT DOWN.

04:24PM   2              THE WITNESS:  OH.

04:24PM   3              THE COURT:  I JUST HAVE A COUPLE, WITH COUNSEL'S

04:24PM   4    PERMISSION, PERHAPS UNRELATED QUESTIONS.

04:24PM   5          BUT IN TRAINING NOW, ARE CPA'S -- IS THERE ANY ADDITIONAL

04:24PM   6    OR SPECIFIC EDUCATION FOR ACCOUNTANTS IN TRAINING IN RELATION

04:24PM   7    TO THE TECH INDUSTRY.

04:24PM   8              THE WITNESS:  WELL, I WORKED IN PUBLIC ACCOUNTING

04:24PM   9    AND SO I -- IN THE BAY AREA IN THE SILICON VALLEY, AND MY FOCUS

04:24PM  10    FROM AN AUDIT POINT OF VIEW WAS IN SOFTWARE COMPANIES, AND SO I

04:25PM  11    HAVE LEARNED A LOT IN THAT EXPERIENCE, AND THEN I'VE APPLIED

04:25PM  12    THAT IN CORPORATE ENVIRONMENTS SINCE.

04:25PM  13              THE COURT:  I'M JUST CURIOUS WHETHER THE SCHOOLS ARE

04:25PM  14    TEACHING -- WHAT WAS IT, THE BIG 10 AND THE BIG 8?

04:25PM  15              THE WITNESS:  YEAH.  WHEN I WAS THERE IT WAS THE

04:25PM  16    BIG 6.

04:25PM  17              THE COURT:  NOW IT'S DOWN TO 4?

04:25PM  18              THE WITNESS:  YEAH.

04:25PM  19              THE COURT:  AND DURING THE TRAINING, WAS THERE ANY

04:25PM  20    TRAINING ABOUT SPECIAL SKILL SETS THAT INDIVIDUALS SHOULD HAVE

04:25PM  21    FOR TECH COMPANIES?  I'M JUST CURIOUS.  IT'S UNRELATED TO THIS

04:25PM  22    CASE.  SO THESE LAWYERS ARE BEING VERY PATIENT IN RELATION TO

04:25PM  23    MY QUESTIONS.

04:25PM  24              THE WITNESS:  YEAH, THERE ARE CERTAIN TECHNICAL

04:25PM  25    ACCOUNTING AREAS THAT REQUIRE SPECIAL SKILL SETS AND SO KIND OF

ZAWALSKI CROSS BY MR. BEENE                                        182

```
04:25PM    1    A SCENARIO OF REVENUE RECOGNITION IS BIG.

04:25PM    2         OTHER AREAS OF, YOU KNOW, KIND OF TECHNICAL EXPERTISE ARE

04:25PM    3    -- EQUITY ACCOUNTING IN PARTICULAR IS VERY CHALLENGING.

04:26PM    4              THE COURT:  SURE.  THANK YOU.

04:26PM    5              THE WITNESS:  SURE.

04:26PM    6              THE COURT:  MY NEXT QUESTION IS DO YOU KNOW, KIND OF

04:26PM    7    THE SIMILAR VEIN ABOUT TRAINING AND PERHAPS IN YOUR EXPERIENCE,

04:26PM    8    WHAT CONCERNS DO CPA'S HAVE NOW WITH AI AND HOW THAT IS GOING

04:26PM    9    TO AFFECT IF IT'S INTEGRATED INTO ACCOUNTING AND BUSINESS

04:26PM   10    RESOLUTIONS, WHAT IS THE LATEST WORD ON THAT IN YOUR INDUSTRY?

04:26PM   11              THE WITNESS:  UM, I MEAN, THERE'S CONCERN ABOUT

04:26PM   12    FRAUD, MISREPRESENTATION, HOW THAT MIGHT IMPACT THE FINANCIAL

04:26PM   13    STATEMENTS.

04:26PM   14         I THINK THERE'S CONCERN ABOUT JOB STABILITY, YOU KNOW, AND

04:26PM   15    WHAT THAT MIGHT MEAN FOR THE PROFESSION LONG TERM.

04:26PM   16         BUT I THINK FRAUD IN GENERAL IS AN AREA OF ATTENTION IN

04:26PM   17    THE ACCOUNTING PROFESSION, AND SO GIVEN THAT THERE WOULD BE A

04:26PM   18    CLOSE EYE ANYWAY IN THAT AREA.

04:27PM   19              THE COURT:  ARE YOU AWARE OF ANY SPECIAL TRAINING

04:27PM   20    THAT IS BEING OFFERED NOW AT UNIVERSITIES, COLLEGES, FOR THE

04:27PM   21    CPA DEGREE OR TRAINING IN THAT, CONFERENCES?  WHEN YOU GO TO

04:27PM   22    CONFERENCES, DOES THAT COME UP?

04:27PM   23              THE WITNESS:  WELL, MASTER'S DEGREES ARE REQUIRED

04:27PM   24    NOW FOR THE CPA.

04:27PM   25              THE COURT:  THAT'S RIGHT.
```

ZAWALSKI CROSS BY MR. BEENE                                    183

04:27PM   1              THE WITNESS:  YES.  AND THEN THERE'S CONFERENCES OF

04:27PM   2    ALL TYPE RELATED TO AI AND OTHER EMERGING, YOU KNOW, KIND OF

04:27PM   3    ISSUES THAT IMPACT THE ACCOUNTING INDUSTRY AND COMPANIES.

04:27PM   4              THE COURT:  AND I EXPECT THAT CRYPTO CURRENCY

04:27PM   5    CREATES ITS OWN CHAOS?

04:27PM   6              THE WITNESS:  IT CAN, YES.

04:27PM   7              THE COURT:  OKAY.  THANK YOU.  ANY QUESTIONS BASED

04:27PM   8    ON MY --

04:27PM   9              MR. PICONE:  I THINK YOU SHOULD BE MORE CONCERNED

04:27PM   10   ABOUT AI AFFECTING THE LEGAL PROFESSION, YOUR HONOR.  THAT'S

04:27PM   11   FRONT OF MIND FOR ME.

04:27PM   12             THE COURT:  OKAY.  THANK YOU, MS. ZAWALSKI.  YOU CAN

04:27PM   13   STAND DOWN.  THANK YOU.  SHE'S EXCUSED.  THANK YOU.

04:28PM   14        ALL RIGHT.  THANK YOU.  WE'VE EXHAUSTED OUR DAY.  I'VE

04:28PM   15   LOOKED AT OUR SCHEDULE, AND WE'RE NEXT SCHEDULED TO BE HERE ON

04:28PM   16   TUESDAY, THE 21ST, AND THAT'S THE MORNING ONLY.

04:28PM   17        I UNDERSTAND THERE MIGHT BE SOME ISSUES.

04:28PM   18             MR. BEENE:  YES.  CAN I APPROACH?

04:28PM   19             THE COURT:  SURE.  WHY DON'T YOU COME FORWARD.

04:28PM   20             MR. BEENE:  I'M NOT SURE THE WORD IS AN ISSUE, IT'S

04:28PM   21   LOGISTICS TIMING.

04:28PM   22        SO MR. SUHY IS FLYING IN FROM VIRGINIA AND TO COME OUT FOR

04:28PM   23   HALF A DAY -- OBVIOUSLY WE DEFER TO YOUR HONOR -- BUT IN THE

04:28PM   24   TIMING OF THE YEAR, THANKSGIVING, WE TALKED A LITTLE BIT AND

04:28PM   25   SORT OF BEFORE THE HEARING, AND IF THE EXPERT CAN COME THE NEXT

| | | |
|---|---|---|
| 04:28PM | 1 | DAY, THE NEXT DAY IN YOUR SCHEDULE, THEN WE TAKE OFF NEXT |
| 04:28PM | 2 | TUESDAY AND THEN JUST GO THE FOLLOWING TUESDAY AND THEN THE |
| 04:28PM | 3 | FINAL TUESDAY. |
| 04:28PM | 4 | THE COURT: OKAY. SO I HAVE OUR CRD, WHO IS |
| 04:29PM | 5 | WONDERFUL, GAVE ME THE SCHEDULE HERE, TUESDAY THE 21ST, MORNING |
| 04:29PM | 6 | ONLY; TUESDAY THE 28TH, ALL DAY; FRIDAY, DECEMBER 1ST, ALL DAY; |
| 04:29PM | 7 | MONDAY, DECEMBER 4TH, JUST THE MORNING; AND THEN TUESDAY, |
| 04:29PM | 8 | DECEMBER 5TH, ALL DAY. THERE'S A BREAK AT 10:00 A.M. FOR |
| 04:29PM | 9 | SOMETHING THAT I HAVE TO DO VIA ZOOM. |
| 04:29PM | 10 | BUT THAT'S OUR CURRENT SCHEDULE. |
| 04:29PM | 11 | MR. BEENE: SO LOOK AT YOUR WITNESS LIST. FROM -- |
| 04:29PM | 12 | IF I'M CORRECT, WE HAVE -- THEY HAVE MR. BOYLES, THEIR EXPERT, |
| 04:29PM | 13 | AND MR. SUHY. |
| 04:29PM | 14 | THE COURT: RIGHT. |
| 04:29PM | 15 | MR. RATINOFF: YOUR HONOR, MR. BOYLES IS TRAVELLING |
| 04:29PM | 16 | TODAY, SO I HAVE PUT IN A REQUEST FOR HIS AVAILABILITY. |
| 04:29PM | 17 | WE ARE AGREEABLE TO CANCELLING, GIVEN HOW THIS CASE IS |
| 04:29PM | 18 | NARROWED, THE 22ND PENDING MR. BOYLES. |
| 04:29PM | 19 | THE COURT: 21ST. |
| 04:29PM | 20 | MR. RATINOFF: SORRY, THE 21ST, PENDING MR. BOYLES |
| 04:30PM | 21 | CONFIRMING THE 21ST. |
| 04:30PM | 22 | THE COURT: WELL, THAT'S FINE. THANK YOU. I DON'T |
| 04:30PM | 23 | THINK CROSS COUNTRY TRAVEL FOR THREE HOURS OF TESTIMONY IS |
| 04:30PM | 24 | PROBABLY -- |
| 04:30PM | 25 | MR. BEENE: DURING THANKSGIVING. |

| | | |
|---|---|---|
| 04:30PM | 1 | THE COURT:  RIGHT, DURING THAT WEEK. |
| 04:30PM | 2 | MR. BEENE:  AND I BELIEVE THAT WITH YOUR SCHEDULE |
| 04:30PM | 3 | ALSO I FELT THAT IT WOULD BE TWO MORE DAYS, WHEREAS IF YOU DID |
| 04:30PM | 4 | A HALF DAY, IT WOULD BE HALF, FULL, HALF. |
| 04:30PM | 5 | THE COURT:  RIGHT.  SO LET'S THEN -- WE'LL CANCEL |
| 04:30PM | 6 | THEN THE 21ST, THE MORNING OF THE 21ST, BUT WE WON'T DISTURB |
| 04:30PM | 7 | THE BALANCE OF THE SCHEDULE, THAT IS THE 28TH, THE 1ST, THE |
| 04:30PM | 8 | 4TH, AND THE 5TH.  WE'LL JUST LEAVE THAT AS IS. |
| 04:30PM | 9 | MR. BEENE:  PERFECT. |
| 04:30PM | 10 | THE COURT:  DOES THAT WORK FOR YOU? |
| 04:30PM | 11 | MR. RATINOFF:  WELL, I WAS GOING TO SAY CAN I LET |
| 04:30PM | 12 | YOU KNOW TOMORROW WHEN I HEAR FROM MR. BOYLES TO LET ME KNOW IF |
| 04:30PM | 13 | HE'S AVAILABLE THE 28TH? |
| 04:30PM | 14 | THE COURT:  SURE.  EITHER OF THOSE DAYS.  AND THEN |
| 04:30PM | 15 | WE CAN TAKE A WITNESS OUT OF ORDER. |
| 04:30PM | 16 | MR. BEENE:  YES, WE CAN SWAP.  IF HE'S AVAILABLE |
| 04:31PM | 17 | EITHER OF THESE DAYS AND THEN WE'LL JUST SWITCH.  EXPERTS ARE |
| 04:31PM | 18 | USUALLY QUITE FUNGIBLE AT PLACEMENT IN BENCH TRIALS. |
| 04:31PM | 19 | MR. RATINOFF:  I SHOULD HOPEFULLY HAVE AN ANSWER |
| 04:31PM | 20 | TOMORROW. |
| 04:31PM | 21 | THE COURT:  THAT'S GREAT.  ANYTHING ELSE? |
| 04:31PM | 22 | MR. BEENE:  NO, YOUR HONOR. |
| 04:31PM | 23 | THE COURT:  OKAY.  GREAT. |
| 04:31PM | 24 | MR. PICONE:  THANK YOU. |
| 04:31PM | 25 | THE COURT:  SO WE'LL SEE EVERYBODY BACK ON THE 28TH. |

| | | |
|---|---|---|
| 04:31PM | 1 | MR. BEENE:  YES. |
| 04:31PM | 2 | MR. RATINOFF:  YES. |
| 04:31PM | 3 | MR. BEENE:  SHOULD THEY JUST REPORT TO COURT? |
| 04:31PM | 4 | THE COURT:  WE'RE GOING TO VACATE THE 21ST. |
| 04:31PM | 5 | MR. BEENE:  IF WE CAN'T DO IT -- |
| 04:31PM | 6 | MR. RATINOFF:  I THINK WE'LL JUST LET THE COURT KNOW |
| 04:31PM | 7 | WHETHER OR NOT WE CAN PRODUCE MR. BOYLES ON THE 28TH. |
| 04:31PM | 8 | THE COURT:  BUT WE'LL HAVE A WITNESS. |
| 04:31PM | 9 | MR. RATINOFF:  ON THE 28TH EITHER WAY? |
| 04:31PM | 10 | THE COURT:  YES. |
| 04:31PM | 11 | MR. BEENE:  YES.  MY CLIENT WILL BE HERE. |
| 04:31PM | 12 | THE COURT:  YES, EITHER OR. |
| 04:31PM | 13 | MR. RATINOFF:  YES. |
| 04:31PM | 14 | THE COURT:  OKAY.  GREAT.  WELL, HAVE WONDERFUL |
| 04:31PM | 15 | HOLIDAYS. |
| 04:31PM | 16 | MR. BEENE:  THANK YOU, YOUR HONOR.  YOU TOO. |
| 04:31PM | 17 | MR. PICONE:  THANK YOU, YOUR HONOR. |
| 04:31PM | 18 | THE CLERK:  COURT IS CONCLUDED. |
| 04:32PM | 19 | (COURT CONCLUDED AT 4:32 P.M.) |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1

 2

 3                        CERTIFICATE OF REPORTER

 4

 5

 6

 7           I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

 8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

 9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10     HEREBY CERTIFY:

11           THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13     ABOVE-ENTITLED MATTER.

14

15

16           IRENE RODRIGUEZ, CSR, RMR, CRR
             CERTIFICATE NUMBER 8074
17

18           DATED:  NOVEMBER 15, 2023

19

20

21

22

23

24

25
```