# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Case No. 24-5538

NEO4J, INC., et al., Plaintiff-Appellee,

v.

John Mark Suhy Jr., et al., Defendant-Appellant.

## MOTION TO SUBSTITUTE PARTY

Pursuant to Rule 43(b) of the Federal Rules of Appellate Procedure, Defendant-Appellant John Mark Suhy respectfully moves this Court for an order substituting him as the real party in interest with respect to all claims assigned by PureThink LLC. This substitution reflects the transfer of all rights and claims from PureThink LLC to Mr. Suhy, as documented in the Assignment Agreement dated August 24, 2024 (Exhibit A). As a pro se litigant, I acknowledge the complexities of the appellate process and have made every effort to follow proper procedures in good faith.

**BACKGROUND**

1. This appeal arises from the judgment entered by the United States District Court for the Northern District of California in Case No. 5:18-cv-07182 EJD, involving claims of trademark infringement, false advertising, and breach of contract.

2. PureThink LLC, a named defendant in the district court proceedings, was a party to an exclusivity agreement with Neo4j, Inc., and asserted related defenses and counterclaims during the litigation.

3. On August 24, 2024, PureThink LLC assigned all its rights, interests, and claims related to this appeal to Mr. Suhy, as documented in the Assignment Agreement (Exhibit A). This assignment includes claims arising under the exclusivity agreement, as well as related damages and defenses.

4. The Assignment Agreement was executed prior to the submission of the opening brief in this appeal, ensuring that I had standing to present the claims and defenses originally asserted by PureThink LLC at the time the brief was filed.

5. A Notice of Assignment of Claims was filed with this Court on November 12, 2024 (DktEntry 7.1), notifying the parties and the Court of the assignment.

6. The Assignment Agreement, signed by both PureThink LLC and Mr. Suhy, is attached as Exhibit A and confirms the transfer of all relevant rights, title, and interest to Mr. Suhy in his individual capacity.

7. The judgment in this case applies jointly and severally to PureThink LLC, iGov Inc., and myself, John Mark Suhy. This assignment does not alter the existing liability framework but ensures that I can pursue the claims assigned to me as the sole director and individual affected by the exclusivity agreement breach.

**LEGAL AUTHORITY**

Under Rule 43(b) of the Federal Rules of Appellate Procedure, the Court may substitute a party if there has been a transfer of interest. Substitution is appropriate where, as here, the original party's interest has been assigned to another party during the pendency of the appeal.

## REQUEST FOR RELIEF

To ensure the proper alignment of parties and adjudication of rights, Mr. Suhy respectfully requests that this Court:

1. Grant this Motion to Substitute Party;
2. Substitute Mr. Suhy as the real party in interest for all claims and defenses originally assigned to him by PureThink LLC; and
3. Direct the Clerk of the Court to update the case caption and records accordingly.

## EXHIBIT

Attached hereto as Exhibit A is a true and correct copy of the Assignment Agreement between PureThink LLC and Mr. Suhy, dated August 24, 2024.

## DECLARATION IN SUPPORT OF MOTION TO SUBSTITUTE PARTY

I, John Mark Suhy, declare as follows:

1. I am the Defendant-Appellant in this case and have personal knowledge of the matters stated herein.

2. On August 24, 2024, I entered into an Assignment Agreement with PureThink LLC, whereby PureThink LLC assigned to me all rights, title, and interest in claims and appeals arising from the judgment in Case No. 5:18-cv-07182 EJD, including claims regarding the exclusivity agreement.

3. The Assignment Agreement was executed to ensure proper representation and standing to pursue the assigned claims in my individual capacity.

4. The Assignment Agreement was finalized before the filing of the opening brief in this appeal, ensuring my standing to represent the assigned claims and defenses throughout this proceeding.

5. A true and correct copy of the Assignment Agreement is attached hereto as Exhibit A.

6. The Assignment Agreement complies with applicable law and establishes my standing to act as the real party in interest for the claims previously assigned to me by PureThink LLC.

7. The judgment in Case No. 5:18-cv-07182 EJD applies jointly and severally to PureThink LLC, iGov Inc., and myself. The Assignment Agreement allows me to pursue the claims personally, as I was directly and individually affected by the exclusivity agreement breach.

8. I respectfully request that this Court grant the Motion to Substitute Party and substitute me as the real party in interest for the claims and defenses assigned to me by PureThink LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of December, 2024, in Alexandria, Virginia.

/s/ John Mark Suhy

John Mark Suhy

**CONCLUSION**

For the foregoing reasons, Defendant-Appellant John Mark Suhy respectfully requests that the Court grant this motion and substitute

him as the real party in interest for the claims assigned to him by PureThink LLC.

Respectfully submitted this 23rd day of December, 2024.

/s/ John Mark Suhy
John Mark Suhy (Pro Se)
8814 Danewood Dr
Alexandria, VA 22308
Email: jmsuhy@gmail.com
Tel: (703) 862-7780