# Exhibit A

A true and correct copy of the Assignment Agreement between PureThink LLC and Mr. Suhy, dated August 24, 2024.

# ASSIGNMENT AGREEMENT

**This Assignment Agreement ("Agreement")** is made and entered into as of August 24, 2024, by and between:

**Assignor**: PureThink LLC, a Delaware limited liability company with its principal address at 1902 Campus Commons Drive Suite 101 Reston, VA 20191, represented by its sole director and employee, John Mark Suhy.

**Assignee**: John Mark Suhy Jr., an individual residing at 8814 Danewood Dr, Alexandria, VA 22308

**RECITALS**: WHEREAS, PureThink LLC was a co-defendant in the matter of *Neo4j, Inc. v. PureThink LLC, iGov Inc., and John Mark Suhy*, Case No. 5:18-cv-07182-EJD, in the United States District Court for the Northern District of California;

WHEREAS, a judgment was rendered in this case against PureThink LLC, iGov Inc., and John Mark Suhy, jointly and severally;

WHEREAS, PureThink LLC wishes to assign, and John Mark Suhy Jr. wishes to accept, all rights, claims, and interests in the appeal of the exclusivity agreement and related matters, ensuring proper legal standing and representation;

**AGREEMENT**:

1. **Assignment of Claims**: PureThink LLC hereby assigns, transfers, and conveys to John Mark Suhy Jr. all rights, title, and interest in the claims and appeals arising from or related to the judgment in Case No. 5:18-cv-07182-EJD, including but not limited to claims regarding the exclusivity agreement.

2. **Personal Interest and Standing**:
   - The parties acknowledge that John Mark Suhy Jr., as the sole director and employee of PureThink LLC, has a vested personal interest in the outcome of the litigation, and this assignment ensures that he can pursue these claims in his personal capacity.

3. **Proper Representation**:
   - This Agreement expressly confirms that Assignee, while acting pro se, is authorized to pursue the assigned claims in his individual capacity.

1                                                                    JMS

  Assignee is not acting as legal counsel for PureThink LLC but as the valid assignee of the company's rights.

- The assignment complies with applicable law and legal precedent, ensuring that individual pursuit of assigned corporate claims is permissible and legitimate.

4. **Scope and Purpose**: This assignment includes the right to pursue, appeal, and collect any awards or relief granted as a result of the appeal of the exclusivity agreement claims, and all associated legal actions and proceedings.

5. **Indemnification**:
    - PureThink LLC and John Mark Suhy Jr. agree to hold each other harmless against any third-party claims that arise solely due to this assignment.
    - Assignee shall indemnify Assignor against any liabilities or obligations that may arise from the prosecution of the assigned claims.

6. **Joint and Several Liability Notice**: The parties acknowledge that the judgment applied joint and several liability to PureThink LLC, iGov Inc., and John Mark Suhy. This assignment does not affect the existing liability but transfers the rights to pursue the claims on appeal.

7. **Notification to the Court**:
    - Assignor agrees to provide all necessary cooperation and documents required to notify the relevant courts or parties of this assignment.
    - Assignee agrees to include this assignment in relevant appellate filings or to submit it upon request by the court.

8. **No Prejudice or Delay**:
    - The parties agree that this assignment is intended to streamline and facilitate the appeal process without causing undue delay or prejudice to any party involved.

9. **Governing Law**: This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to its conflict of law principles.

10. **Entire Agreement**: This document constitutes the entire agreement between the parties concerning this assignment and supersedes all prior agreements or understandings, whether written or oral.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first written above.

| Assignor: PureThink LLC<br>By: _[signature]_<br>Name: John Mark Suhy Jr.<br>Title: Director<br>Date: August 24, 2024 | Assignee: John Mark Suhy Jr.<br>_[signature]_<br><br>Date: August 24, 2024 |
|---|---|

3