Exhibit A

Greystones Garnishment Documents

Review Date 01/10/2025

# FAIRFAX CIRCUIT COURT
## GARNISHMENT SUMMONS

[ Clear ]

Virginia Code §§8.01-511, 512, 512.3

**JUDGMENT CREDITOR:** Neo4j, Inc.

CL-**2024** **14686**

Address: c/o Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410, Fairfax, VA 22030    Phone: 703-273-1400

**JUDGMENT CREDITOR'S ATTORNEY:** A. Charles Dean

Address: Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410, Fairfax, VA 22030
Va. Bar #: 74814    Phone: 703-273-1400

**Versus**

**JUDGMENT DEBTOR:** John Mark Suhy

Address: 8814 Danewood Drive, Alexandria, VA 22308    SSN: n/a

Return Date: December 13, 2024    at 9:00 a.m.

This is a garnishment against (check only one) [✓] judgment debtor's wages, salary or other compensation
[ ] some other debt due or property of the judgment debtor specifically _____

**GARNISHEE:** Greystones Consulting Group, LLC d/b/a Greystones Group

Address: 100 M St. SE, Ste 914
Washington, D.C. 20003    Review Date: 1/10/25

## STATEMENT

| | | |
|---|---|---|
| Judgment Principal | $ 597,000.00 | Maximum Portion of Disposable Earnings Subject to Garnishment |
| Interest | 57,288.00 | [ ] 50%   [ ] 55%   [ ] 60%   [ ] 65% (If not specified, then 50%) |
| Judgment Costs | 0 | [ ] State Taxes, 100% |
| Attorney's Fees | 0 | If none of the above are checked, then §34-29(a) applies. |
| Garnishment Costs | 47.50 | |
| Credits | 26,000.00 | [ ] SUPPORT |
| Late Fees | 0.00 | |
| Total Balance Due | $ 628,335.50 | The Garnishee shall rely on this amount. |

Judgment Number: 663772    Date of Judgment: August 15, 2024
Place of Judgment: United States District Court for the Northern District of California

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

**TO THE GARNISHEE:** You are hereby commanded to:

(1) file a written answer with: Circuit Court of Fairfax County, 4110 Chain Bridge Road, Fairfax, VA 22030 Attn: Civil Case Processing
OR (2) deliver payment to this court payable to "CLERK, CIRCUIT COURT,"
OR (3) appear before this court on the return date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations:

(1) The maximum amount which may be garnished is the **Total Balance Due** as shown on this summons.
(2) You shall not be liable to the judgment creditor for any property not specified in this summons.
(3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of

CCR G-80

January 2024

# FAIRFAX CIRCUIT COURT

"Maximum Portion of Disposable Earnings Subject to Garnishment" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commissions or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

**OCT 1 5 2024**
Date of Issuance of Summon

**OCT 1 5 2024**
Date of Delivery of Writ of Fieri Facias
To Sheriff or any authorized Officer
if different from Date of Issuance of this Summons.

CHRISTOPHER J. FALCON, CLERK

By: _____
Deputy Clerk

Creditor / Attorney Signature _____

Attorney Bar # 74814

RETURNS: The following garnishee was served, according to law, as indicated below, unless not found.

GARNISHEE: Greystones Consulting Group, LLC d/b/a Greystones Group

[ ] PERSONAL SERVICE    [ ] FEDERAL SERVICE*

[ ] Being unable to make personal service, a copy was delivered in the following manner:

   [ ] Served on registered agent of the corporation. List name and title:

   [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

   [ ] Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purpose.

[ ] Served on the Secretary of the Commonwealth

[ ] Served on the Clerk of the State Corporation Commission, pursuant to § 8.01-513.

[ ] Not found

[ ] Copy mailed to judgment debtor after serving the garnishee on date of service unless a different date of mailing is shown.

DATE OF MAILING

SERVING OFFICER AND/OR CLERK

_____ for GARNISHEE.
DATE OF SERVICE

The garnishee, when a federal agency, may be served either personally or by certified or registered mail, return receipt requested.

[ ] Certified mail _____
                    DATE OF SERVICE

---

RETURNS: The judgment debtor was served, according to law, as indicated below, unless not found, with a copy of both this summons and the § 8.01-512.4 form.

JUDGMENT DEBTOR: John Mark Suhy
ADDRESS: 8814 Danewood Drive
Alexandria, VA 22308

[ ] PERSONAL SERVICE

[ ] Being unable to make personal service, a copy was delivered in the following manner:

   [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.

[ ] Not found

SERVING OFFICER

_____ for DEBTOR.
DATE OF SERVICE

[Clear]