# DECLARATION OF JOHN MARK SUHY IN SUPPORT OF EMERGENCY MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL

I, John Mark Suhy Jr, declare as follows:

1. **Personal Financial Situation**:

   - I am the primary breadwinner for my family. My monthly living expenses include essential costs such as rent/mortgage, utilities, food, and transportation.
   - My wages are currently subject to a 25% garnishment as part of the enforcement of the judgment entered in favor of Neo4j, Inc., which has significantly impacted my ability to meet my family's basic living expenses.

2. **Intent to File Chapter 7 Bankruptcy**:

   - Due to the financial hardship caused by garnishment and my inability to satisfy the judgment, I intend to file for Chapter 7 bankruptcy in Virginia on January 9, 2025, the day before the garnishment review scheduled in Fairfax Circuit Court on January 10, 2025. (Exhibit A)

- Filing bankruptcy will automatically halt all collection efforts under 11 U.S.C. § 362 and likely render the judgment uncollectible, eliminating any potential recovery for Neo4j, Inc.

3. **Tenancy by the Entirety Protections**: My wife and I own all our property, including our home and bank accounts, as tenants by the entirety under Virginia law. These jointly held assets are immune from attachment by creditors pursuing claims against me individually, further limiting Neo4j's ability to recover through enforcement measures.

4. **Creditors and Liabilities**: I also have a personal credit card liability of approximately $10,000 and personal guarantees for two business credit cards, one with a balance of approximately $1,600 and another with minimal debt. These obligations, while modest, illustrate my overall financial strain and demonstrate that forced bankruptcy would negatively affect other creditors beyond Neo4j.

5. **Public Interest Considerations**: This appeal raises significant public interest issues concerning open-source licensing compliance under the GPLv3 and AGPLv3 frameworks. A ruling in favor of Neo4j could undermine these foundational licenses, jeopardizing

decades of work within the open-source community and technology ecosystem. The forthcoming amicus brief from the Free Software Foundation underscores the broader implications of this case.

6. **Alternative Security Proposal**: Despite my financial hardship, I propose to pay $200 per month as alternative security during the pendency of this appeal. This demonstrates my good faith and willingness to comply with the Court's judgment while minimizing prejudice to Neo4j.

7. **Urgency of the Motion**: This motion must be decided on an emergency basis, as the garnishment review in Fairfax Circuit Court is scheduled for January 10, 2025, and my intent to file bankruptcy on January 9, 2025, underscores the need for immediate relief.

8. **Exhibit A**: Attached as Exhibit A to this declaration is a copy of the garnishment summons issued by the Fairfax Circuit Court for review on January 10, 2025. This document illustrates the urgency of this motion and the significant impact garnishment proceedings will have on my financial situation.

9. **Exhibit B**: Attached as Exhibit B is a cease and desist letter sent from the Free Software Foundation (FSF) to Neo4j related to the AGPLv3 license in which the FSF is the copyright holder of.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12/27/2024
From Alexandria, VA

**John Mark Suhy Jr.**
/s/ John Mark Suhy Jr. Pro Se
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780