Case No. 24-5538

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Neo4j, Inc., et al.

*Plaintiffs-Appellees,*

v.

Suhy, et al.

*Defendants-Appellants.*

On appeal from the United Stated District Court
for the Northern District of California

********

# NON-PARTY SOFTWARE FREEDOM CONSERVANCY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF AND RELATED MOTION FOR LEAVE

********

Richard G. Sanders, Jr.
Software Freedom Conservancy, Inc.
1831 12th Ave. S., Ste. 164
Nashville, TN 37203
(615) 734-0770
rick@sfconservancy.org

1

Pursuant to Federal Rule of Appellate Procedure 27(b), non-party Software Freedom Conservancy, Inc. ("SFC") hereby requests an eleven-day extension of time by which to file an amicus brief and motion for leave to file an amicus brief, through and including **January 10, 2025**. Neither the Appellant John Mark Suhy, nor the Appellees Neo4j, Inc. and Neo4j Sweden AB ("Appellees"), oppose this relief. However, Appellees indicated that they intend to substantively oppose the SFC's forthcoming motion for leave to file an amicus brief.

In support hereof, SFC would show as follows:

1. SFC is a section 501(c)(3) nonprofit that fosters free and open-source software (FOSS). FOSS projects are made possible by a family of software license agreements known as the GNU General Public Licenses ("GPLs").

2. SFC serves as the fiscal sponsor for dozens of FOSS projects.

3. SFC also advocates for the adoption of and enforcement of the GPLs.

4. This appeal, *Neo4j, Inc.* et al. *v. Suhy,* et al., involves the interpretation of one of the GPLs, the GNU Affero General Public License version 3 ("AGPLv3").

5. SFC, therefore, desires to file an amicus brief setting forth its views on the interpretation of the AGPLv3.

2

6. The Appellant filed his opening brief on December 23, 2023. Under FRAP 29, amicus briefs tending to support Appellant's position are due December 30, 2023.

7. Because of Christmas holidays, it is difficult for SFC to meet this deadline. SFC, therefore, desires additional time to file an amicus brief and motion for leave to file an amicus brief.

WHEREFORE, non-party Software Freedom Conservancy requests an eleven-day extension of time, through and including January 10, 2025, by which to file an amicus brief and accompanying motion for leave.

Respectfully submitted,

/s/Richard G. Sanders, Jr.
Richard G. Sanders, Jr.
Software Freedom Conservancy, Inc.
1831 12th Ave. S., Ste. 164
Nashville, TN 37203
(615) 734-0770
rick@sfconservancy.org

*General counsel for Non-Party*
*Software Freedom Conservancy, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion uses a proportionately-spaced, 14-point font and contains 284 words according to the count of the word processing program used to compose this motion. It therefore complies with FRAP 27(d)(1)(D), (E) & (2)(A) and with Circuit Rule 27-1.

<u>/s/ Richard G. Sanders, Jr.</u>
General Counsel for Non-Party
Software Freedom Conservancy, Inc.

## CERTIFICATE OF SERVICE

I certify that on December 27, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit via the appellate CM/ECF system, thereby effecting service on counsel of record and pro se parties who are registered for electronic filing.

Dated: December 27, 2024

/s/ Richard G. Sanders, Jr.
General Counsel for Non-Party
Software Freedom Conservancy, Inc.

## DECLARATION OF RICHARD G. SANDERS JR.
IN SUPPORT OF NON-PARTY SOFTWARE FREEDOM CONSERVANCY'S MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF AND RELATED MOTION FOR LEAVE

I, Richard G. Sanders, Jr., declare as follow:

1. I am over 18 years of age, suffer from no legal disability, and make this declaration based on my own personal knowledge.

2. I am General Counsel for non-party Software Freedom Conservancy, Inc. ("SFC").

3. SFC is a section 501(c)(3) nonprofit that fosters free and open-source software (FOSS). FOSS projects are made possible by a family of software license agreements known as the GNU General Public Licenses ("GPLs").

4. SFC serves as the fiscal sponsor for dozens of FOSS projects.

5. SFC also advocates for the adoption of and enforcement of the GPLs.

6. This appeal, *Neo4j, Inc.* et al. *v. Suhy,* et al., involves the interpretation of the GNU Affero General Public License version 3 ("AGPLv3"), one of the GPLs.

7. SFC, therefore, desires to file an amicus brief setting forth its views on the interpretation of the AGPLv3.

8.　　　　The Christmas holidays has made it difficult for me to prepare and file an amicus brief (and accompanying motion for leave to file such) by December 30, 2024.

9.　　　　Both the Appellant and counsel for the Appellees have indicated to me that they do not oppose an eleven-day extension of time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of December, 2025, at Nashville, Davidson County, Tennessee.

　　　　　　　　　　　　　　　　　　　　/s/Richard G. Sanders, Jr.
　　　　　　　　　　　　　　　　　　　　Declarant