UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEO4J, INC., a Delaware corporation and NEO4J SWEDEN AB,<br><br>    Plaintiff-ctr-defendants - Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>    Defendant-ctr-claimant - Appellant,<br><br>and<br><br>PURETHINK, LLC, a Delaware limited liability company and IGOV, INC., a Virginia corporation,<br><br>    Defendants. | No. 24-5538<br><br>D.C. No. 5:18-cv-07182-EJD<br>Northern District of California, San Jose<br><br>ORDER |

The sealed Volumes 10 and 11 of the excerpts of record submitted by appellant at Docket Entry No. 18 were not accompanied by a notice of sealing pursuant to Ninth Circuit Rule 27-13(d), a motion to seal pursuant to Ninth Circuit Rule 27-13(e), or a notice of intent to file publicly pursuant to Ninth Circuit Rule 27-13(f).

Any party who wishes to maintain Volumes 10 and 11 of the excerpts of record under seal must file a motion to seal pursuant to Ninth Circuit Rule 27-13(e)

within 14 days of this order. If no motion to seal is filed within 14 days, the clerk may file Volumes 10 and 11 publicly.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
