IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CASE NO.: 24-5538
**NEO4J, INC., et al.,**
Plaintiffs-Appellees,

v.

**JOHN MARK SUHY,**
Defendant-Appellant.

# MOTION TO OPPOSE STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT:

Appellant, John Mark Suhy Jr, proceeding pro se, respectfully submits this Motion to Oppose the Streamlined Request for Extension of Time to File Brief filed by Appellees Neo4j, Inc. and Neo4j Sweden AB on January 15, 2025. For the reasons outlined below, Appellant requests that the Court deny the Appellees' request for an extension.

**I. RELIEF REQUESTED**

Appellant requests that the Court deny Appellees' Streamlined Request for Extension of Time to File Brief, as granting such an extension would cause undue prejudice to Appellant and is unwarranted given the circumstances.

## II. BACKGROUND

1. On December 23, 2024, Appellant timely filed their Opening Brief, meeting all court deadlines despite limited resources as a pro se litigant.

2. On November 20, 2024, the Court issued a Mediation Order amending the original briefing schedule. This order extended the deadlines as follows:

    - Opening Brief Due: December 23, 2024
    - Answering Brief Due: January 23, 2025
    - Optional Reply Brief Due: Within 21 days of service of the Answering Brief.

3. Appellees filed a Streamlined Request for Extension of Time on January 15, 2025, seeking additional time to file their response brief.

4. Appellant is currently under active wage garnishment as a result of the judgment being appealed. This garnishment has caused significant financial hardship, and further delays in the appellate process exacerbate this harm.

## III. ARGUMENT

### A. Appellees Have Already Received an Extension Through the Mediation Order

The Mediation Order issued on November 20, 2024, already amended the briefing schedule to provide both parties additional time to prepare their briefs. This order effectively granted the appellees an extension, ensuring sufficient time to file their Answering Brief by January 23, 2025. Allowing a second extension circumvents the carefully considered schedule established during mediation and undermines the efficient resolution of this appeal.

### B. Appellant Faces Significant Prejudice Due to the Requested Delay

Granting the Appellees additional time to file their brief prolongs the appellate process and extends the period during which Appellant is subject to wage garnishment, which has resulted in the immediate and ongoing collection of funds from Appellant's wages, exacerbating financial hardship during the appellate process. Additionally, the collections efforts, including responding to garnishments, summons for documents, and interrogatories in Fairfax County Circuit Court, have placed a significant burden on Appellant's limited resources. These actions require substantial time and energy, detracting from Appellant's ability to effectively manage their appeal while enduring ongoing financial distress. This garnishment is directly tied to the judgment being appealed, which, if reversed, would nullify the damages award. The continued financial harm caused by garnishment is severe and irreparable, warranting prompt resolution of this appeal.

## C. Appellees Have Sufficient Resources to Meet the Existing Deadline

Appellees are represented by a well-resourced law firm with the capacity to comply with the Court's established deadlines. In contrast, Appellant, as a pro se litigant with limited resources, has met all deadlines despite significant challenges. Allowing Appellees to delay the proceedings places an inequitable burden on Appellant and undermines the principle of timely justice.

**D. Equity and Justice Favor Denial of the Extension**

Under Ninth Circuit Rule 31-2.2, requests for extensions should only be granted for good cause. Appellees have not demonstrated any compelling reason why additional time is necessary. The prior extension granted through the Mediation Order already provided ample flexibility for the preparation of their brief. Granting another extension would unfairly prejudice Appellant while providing Appellees with an unwarranted procedural advantage.

**IV. CONCLUSION**

For the reasons stated above, Appellant respectfully requests that the Court deny Appellees' Streamlined Request for Extension of Time to

File Brief and maintain the current briefing schedule established by the Mediation Order.

Respectfully submitted,

**John Mark Suhy**
Pro Se
Dated: 01/15/2025
8814 Danewood Dr
Alexandria, VA 22308
Tel: (703) 862-7780
Email: jmsuhy@gmail.com

## CERTIFICATE OF SERVICE

I, John Mark Suhy Jr, hereby certify that on this January 15, 2025, I electronically filed the foregoing motion, exhibit, and declaration with the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr

John Mark Suhy Jr

8814 Danewood Dr

Alexandria, VA 22308

jmsuhy@gmail.com

703-862-7780