IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH
CIRCUIT

CASE NO.: 24-5538
**NEO4J, INC., et al.,**
Plaintiffs-Appellees,

v.

**JOHN MARK SUHY,**
Defendant-Appellant.

**MOTION TO WITHDRAW MOTION TO OPPOSE
STREAMLINED REQUEST FOR EXTENSION OF TIME TO FILE
BRIEF**

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT
OF APPEALS FOR THE NINTH CIRCUIT:

Appellant, John Mark Suhy Jr., proceeding pro se, respectfully submits
this Motion to Withdraw the Motion to oppose streamlined request for
extension of time to file brief. (Document 38) filed on January 15, 2025.

**I. RELIEF REQUESTED**

Appellant seeks leave of the Court to withdraw the motion filed as
Document 38.

## II. REASONS FOR WITHDRAWAL

Appellant acknowledges that an order granting Appellees' Streamlined Request for Extension of Time to File Brief was entered prior to the Court's consideration of the motion filed as Document 38. As a result, the issues raised in the motion have been rendered moot.

Appellant seeks to withdraw the motion to conserve the Court's time and resources and to avoid imposing unnecessary burdens on the parties. As a pro se litigant facing ongoing financial hardship, including active wage garnishments tied to the judgment under appeal, Appellant is particularly mindful of the importance of judicial efficiency. This withdrawal is submitted in good faith and with the goal of promoting the orderly administration of justice and conserving judicial resources.

## III. CONCLUSION

For the reasons stated, Appellant respectfully requests that the Court grant this motion to withdraw Document 38 from the docket.

Respectfully submitted,

**John Mark Suhy**
Pro Se
Dated: 01/23/2025
8814 Danewood Dr

Alexandria, VA 22308
Tel: (703) 862-7780
Email: jmsuhy@gmail.com

## CERTIFICATE OF SERVICE

I, John Mark Suhy Jr, hereby certify that on this January 23, 2025, I

electronically filed the foregoing motion, exhibit, and declaration with the United States

Court of Appeals for the Ninth Circuit by using the appellate CM/ECF

system.

I further certify that all participants in the case are registered CM/ECF

users and that service will be accomplished by the appellate CM/ECF

system.

/s/ John Mark Suhy Jr

John Mark Suhy Jr

8814 Danewood Dr

Alexandria, VA 22308

jmsuhy@gmail.com

703-862-7780