IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>Defendant - Appellant. | No. 24-5538<br><br>D. C. No. 5:18-cv-07182-EJD<br>U.S. District Court for Northern District of California<br><br>**APPELLEES' MOTION FOR SECOND EXTENSION OF DEADLINE TO FILE ANSWER BRIEF** |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Plaintiffs-Appellees NEO4J, INC., and NEO4J SWEDEN AB ("Appellees") respectfully submit this Second Motion to Stay the Deadline to File Answer Brief as follows:

**1.     Current Deadline:** The current deadline for filing the Answer Brief is February 24, 2025. Appellees filed a Streamlined Extension of Time pursuant to Circuit Rule 31-2.2, intending such extension to be the only extension it would need. However, unexpected circumstances in this appeal require a second extension, as set forth herein.

**2.     Original Deadline:** Appellees' Answer Brief was originally due January 23, 2025.

3.      **Requested Extension:** Appellees request an additional twenty-one (21) days to March 17, 2025, for the reasons stated herein.

4.      **Reason for Extension:** Good cause exists to grant this motion. Since the filing of the opening brief, Defendant-Appellant John Mark Suhy's persistent motion practice in this appeal has continuously diverted counsel for Appellees' resources from the drafting of the Answer Brief. Some of this initial motion practice was contemplated with Appellees' initial Streamlined Extension.

To begin, Suhy filed a Motion to Substitute Party, Dkt. No. 20.1, with his opening brief, seeking to raise arguments on appeal on behalf co-defendant PureThink, LLC, which are included in the opening brief. These issues are separate and apart from the issues raised by Suhy in his personal capacity, and as detailed in Appellees' opposition to that motion (Dkt. No. 25.1), are not properly before this Court due to PureThink's failure to file a timely notice of appeal. Should the Court grant this motion, however, Appellees will need to substantively address those issues in their Answering Brief.

Suhy then moved to stay the lower court proceedings and judgment during the appeal to avoid proper collection actions. *See* Dkt. No. 22.2. Yet again, requiring a response from Appellees. Dkt. No. 28.1.

2

Suhy also included confidential documents not under seal in the excerpts of the record, forcing Appellees to file a motion to seek to protect its confidential documents from public disclosure, *see* Dkt. No. 40.1, which Suhy opposed. Dkt. No. 41.1. These issues were contemplated when Appellees sought a Streamlined Extension.

The motion practice has not ceased, and now proposed amicus curiae, the Software Freedom Conservancy ("SFC"), has asserted new arguments in its proposed brief that were neither raised by Appellant in the district court proceedings below nor in his opening brief. As a result, additional time is necessary for the Answer Brief, despite Appellees' diligence.

Specifically, following Appellant's filing of his opening brief, the SFC sought leave for a ten-day extension of time for the filing of its motion to file an amicus brief due to the holiday schedule, which Appellees did not to oppose. This extension, however, provided the SFC the opportunity to evaluate Appellant's opening brief before filing its proposed amicus brief. And the SFC's amicus brief, which Appellees oppose the accompanying motion for leave to file, raises completely new and different arguments than are raised in Appellant's opening brief. Addressing the reasons for its opposition to SFC's amicus filing, *see* Dkt. No. 39.1, immediately took time away from briefing issues on appeal. Similarly,

3

since a ruling on whether the amicus filing will be allowed is likely to be deferred to the assigned panel, Appellees now anticipate needing to address these new arguments in its Answer Brief.

Moreover, Appellant has since filed another motion seeking to modify the Protective Order entered by the district court regarding confidential documents in this case. Dkt. No. 44.1. Appellees were required to respond to that motion as well. Dkt. No. 47.1.

Finally, two of the three attorneys representing Appellees on this appeal are required to attend a firm-wide intellectual property group meeting between February 18 and 21, 2025. While they originally did not anticipate this to be a scheduling issue, the aforementioned unexpected motion practice by Appellant has impacted their ability to complete Appellees' Answering Brief under the current schedule.

**5.** **Due diligence:** Appellees remain diligent in completing the Answer Brief, which will include preparing a more fulsome compilation of the record below, and is confident the requested three-week extension is sufficient to complete the Answer Brief, recognizing the current procedural history of this appeal indicates additional motion practice may occur. Thus, a 21-day extension is requested to ensure the new deadline of March 17, 2025, can be met without

needing to request any additional extension, even anticipating the potential for additional motion practice. Granting this modest extension will not prejudice the opposing party and will serve the interests of justice by allowing sufficient time to prepare a thorough and accurate Answer Brief.

6.  **Conferral:** Undersigned counsel has conferred with Suhy and counsel for proposed amici. Counsel for SFC does not oppose the extension. Suhy opposes the extension.

7.  **No Default:** The court reporter is not in default with regard to any designated transcripts.

This Motion is supported by the attached Declaration of undersigned counsel, pursuant to Circuit Rule 31-2.2(b).

For the foregoing reasons, Appellees respectfully request that this Court grant this Second Motion to Extend the Deadline to File the Answer Brief to March 17, 2025.

Dated: February 6, 2025.　　　　　Respectfully submitted,

*s/ Jeremy A. Moseley*
Jeremy A. Moseley (#44830177)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: 303.839.3800
Facsimile: 303.839.3838
Email: jmoseley@spencerfane.com

Attorneys for Plaintiffs-Appellees
NEO4J, INC., and NEO4J SWEDEN AB

DN 6980747.1

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 6, 2025, I electronically filed the foregoing **MOTION TO STAY DEADLINE TO FILE ANSWER BRIEF OR ALTERNATIVELY EXTEND DEADLINE TO FILE ANSWER BRIEF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Adron W. Beene**
  adron@adronlaw.com

- **Adron G. Beene**
  adronjr@adronlaw.com

- **John V. Picone , III**
  jpicone@spencerfane.com

- **Jeffrey Michael Ratinoff**
  jratinoff@spencerfane.com

*s/ Jeremy A. Moseley*