IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>    Defendant - Appellant. | No. 24-5538<br><br>D. C. No. 5:18-cv-07182-EJD<br>U.S. District Court for Northern District of California<br><br>**DECLARATION OF JEREMY A. MOSELEY** |

    I, Jeremy A. Moseley, one of the attorneys for Plaintiffs-Appellees NEO4J, INC., and NEO4J SWEDEN AB ("Appellees") in this matter, hereby declare:

    1.    The current deadline for filing Appellees' Answer Brief is February 24, 2025.

    2.    This is the second request for an extension of the Answer Brief deadline. The Answer Brief was originally due on January 23, 2025.

    3.    Appellees are requesting an additional 21-day extension of time within which to file their Answer Brief, up to and including March 17, 2025.

    4.    An extension is necessary because Defendant-Appellant John Mark Suhy's persistent motion practice in this appeal has continuously diverted counsel for Appellees' resources from the drafting of the Answer Brief, beginning with motions filed with the opening brief and continuing motions recently filed, as detailed in the motion. In addition to the persistent motion practice set forth in the

motion, the SFC's amicus brief, which Appellees oppose the accompanying motion for leave to file, raises completely new and different arguments than are raised in Appellant's opening brief. Addressing the reasons for its opposition to SFC's amicus filing also immediately took time away from briefing issues on appeal. And Appellees now anticipate needing to address these new arguments in its Answer Brief. Finally, two of the three attorneys representing Appellees on this appeal are required to attend a firm-wide intellectual property group meeting between February 18 and 21, 2025. While they originally did not anticipate this to be a scheduling issue, the aforementioned unexpected motion practice by Appellant has impacted their ability to complete Appellees' Answering Brief under the current schedule.

5. Counsel for Appellees has diligently been working on the Answer Brief, and if the extension is granted, will be prepared to file the Answer Brief by March 17, 2025.

6. I have conferred with counsel for Suhy and counsel for proposed amici. Counsel for FSF does not oppose the extension. Suhy opposes the extension.

7. The court reporter is not in default with regard to any of the designated transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed on February 6, 2025, at Denver, Colorado.

                                          *s/ Jeremy A. Moseley*
                                          Jeremy A. Moseley (#44830177)

DN 6980747.1