## Exhibit A

February 5th, 2025

Email exchange between Appellant and Appellees' counsel, demonstrating Appellees' refusal to negotiate a fair resolution regarding the extension and collection efforts.



John Mark Suhy &lt;jmsuhy@gmail.com&gt;

## RE: [EXTERNAL] Conferral on extension of time
2 messages

**Moseley, Jeremy** &lt;jmoseley@spencerfane.com&gt;     Wed, Feb 5, 2025 at 1:30 PM
To: John Mark Suhy &lt;jmsuhy@gmail.com&gt;, "Ratinoff, Jeff" &lt;jratinoff@spencerfane.com&gt;
Cc: "Kern, Kelsey" &lt;kkern@spencerfane.com&gt;, "Garcia, Michelle" &lt;Mgarcia@spencerfane.com&gt;, "Picone, John" &lt;jpicone@spencerfane.com&gt;, "Bustos, Kelsey" &lt;kbustos@spencerfane.com&gt;

Mr. Suhy,

Due to the other motions we have been briefing related to this appeal and a previously scheduled IP conference two of our lawyers will be attending, we are filing a motion ask the court to extend the deadline 21 days to March 17 for the answer brief. Do you oppose this extension of time for the answer brief?

Best,
Jeremy


Jeremy A. Moseley  Partner
Spencer Fane LLP

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
O 303.839.3741
jmoseley@spencerfane.com | spencerfane.com


**John Mark Suhy** &lt;jmsuhy@gmail.com&gt;     Wed, Feb 5, 2025 at 1:48 PM
To: "Moseley, Jeremy" &lt;jmoseley@spencerfane.com&gt;
Cc: "Ratinoff, Jeff" &lt;jratinoff@spencerfane.com&gt;, "Kern, Kelsey" &lt;kkern@spencerfane.com&gt;, "Garcia, Michelle" &lt;Mgarcia@spencerfane.com&gt;, "Picone, John" &lt;jpicone@spencerfane.com&gt;, "Bustos, Kelsey" &lt;kbustos@spencerfane.com&gt;

Mr. Moseley,

I oppose the extension unless your client agrees to place all
collection efforts, including garnishments and other enforcement
actions, on hold pending the outcome of this appeal.

If your client is willing to suspend collections during this time, I
have no objection to the extension and am open to a longer timeframe
if needed.

Let me know how your client wishes to proceed.

Respectfully,

John Mark Suhy

[Quoted text hidden]