IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CASE NO.: 24-5538
NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation
Plaintiffs-Appellees,

v.

JOHN MARK SUHY,
Defendant-Appellant.

# DECLARATION OF JOHN MARK SUHY JR

I, John Mark Suhy Jr, declare as follows:

1. I am the Defendant-Appellant in this matter. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto.

2. On February 5, 2025, I received an email from Appellees' counsel, Mr. Jeremy Moseley of Spencer Fane LLP, requesting my position on a motion to extend the deadline to file their Answer Brief by 21 days to March 17, 2025, citing ongoing motions in this appeal and a previously scheduled intellectual property conference that two of

their attorneys would be attending. A true and correct copy of this email exchange is attached as Exhibit A.

3. In response, I informed Mr. Moseley that I opposed the extension unless Appellees agreed to suspend all collection efforts, including garnishments and other enforcement actions, pending the outcome of this appeal. I further communicated that, if Appellees agreed to pause collections, I would not object to the extension and would be open to a longer timeframe if needed.

4. Appellees did not respond to my request and instead proceeded with filing their motion for an extension.

5. The requested extension is prejudicial to me because Appellees continue to pursue aggressive post-judgment collection efforts in Fairfax County Circuit Court while the appeal remains pending. The delay sought by Appellees only prolongs this enforcement while delaying resolution of the legal issues on appeal.

6. This is now the third extension of time concerning Appellees' Answer Brief. The first extension was granted by mutual agreement during mediation. The second was a streamlined extension under Circuit Rule 31-2.2, which I initially opposed but

later withdrew my objection to in good faith. This latest motion contradicts prior assurances from Appellees that their previous extension would be sufficient.

7. Appellees' justification for the extension is inconsistent. In their motion, they claim the extension is necessary due to unexpected motion practice, yet their February 5, 2025 email makes clear that a pre-scheduled firm-wide intellectual property conference was a primary reason for their request. This contradiction undercuts their claim that the extension is based on unforeseen circumstances.

8. I am a pro se litigant and have met all my deadlines without requesting extensions, despite the complexities of this appeal. In contrast, Appellees, represented by a well-resourced law firm, seek additional time while refusing reasonable accommodations regarding collections.

9. Given these circumstances, I respectfully request that the Court deny Appellees' motion and maintain the existing deadline for their Answer Brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2025

From Alexandria, VA

**John Mark Suhy Jr.**
/s/ John Mark Suhy Jr. Pro Se
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780