No. 24-5538
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NEO4J, INC., NEO4J SWEDEN AB,

*Plaintiffs-Appellees*,

v.

JOHN MARK SUHY,

*Defendant-Appellant*.

On Appeal from the United States District Court
For the Northern District of California
No. 5:18-cv-07182-EJD
Hon. Edward J. Davila

APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME

                              John V. Picone III (State Bar No. 187226)
                              jpicone@spencerfane.com
                              Jeffrey M. Ratinoff (State Bar No. 197241)
                              jratinoff@spencerfane.com
                              Jeremy A. Moseley (MT Bar No. 44830177)
                              jmoseley@spencerfane.com

                              *Attorneys for Appellees*
                              Neo4j, Inc. and Neo4j Sweden AB

i

# INDEX

| Document | File Date | Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 OF 18** | | | |
| Judgment | 8/15/24 | 251 | 0002-0003 |
| Findings of Fact and Conclusions of Law | 7/22/24 | 248 | 0004-0036 |
| Order Granting Plaintiffs' Motion for Partial Summary Judgment; Granting Plaintiffs' *Daubert* Motion | 10/25/23 | 216 | 0037-0072 |
| Order Granting Plaintiffs' Motion for Partial Summary Judgment; Denying Defendants' Cross-Motion for Summary Judgment | 5/18/21 | 118 | 0073-0108 |
| Order Granting Motion for Judgment on the Pleadings | 5/21/20 | 70 | 0109-0122 |
| **VOLUME 2 OF 18** | | | |
| Bill of Costs | 9/16/24 | 257 | 0124-0128 |
| Admitted Trial Exhibit List and Joint Certification of Admitted Trial Exhibits | 1/26/24 | 241 | 0129-0141 |
| Stipulation to the Amount of Plaintiffs' Lost Profits and Defendants' Profits, and Exhibits 1-8 | 12/12/23 | 234 | 0142-0169 |
| Stipulation and Order to Admit Deposition Testimony and Corresponding Trial Exhibits | 11/28/23 | 230 | 0170-0180 |
| Civil Minutes and Trial Log | 11/28/23 | 229 | 0181-0187 |
| Stipulation of Undisputed Facts for Trial | 11/20/23 | 227 | 0188-0200 |
| Civil Minutes and Trial Log | 11/14/23 | 225 | 0201-0206 |
| Plaintiffs' Deposition Designations for Use at Trial, and Exhibits 1-2 | 9/28/23 | 210 | 0207-0384 |
| **VOLUME 3 OF 18** | | | |
| Plaintiffs' Deposition Designations for Use at Trial, and Exhibits 3-5 | 9/28/23 | 210 | 0386-0684 |

| Document | File Date | Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 4 OF ____** | | | |
| Plaintiffs' Deposition Designations for Use at Trial, and Exhibits 5(cont'd)-7 | 9/28/23 | 210 | 0686-0938 |
| Plaintiffs' Reply in Support of Their Motion for Summary Judgment on their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense | 6/29/23 | 191 | 0939-0958 |
| **VOLUME 5 OF 18** | | | |
| Plaintiffs' Reply to Defendants Responsive Separate Statement of Undisputed Material Facts (cont'd) | 6/29/23 | 191 | 0960-1005 |
| Defendants' Opposition to Plaintiff's Motion for Summary Judgment on Their DCMA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense | 6/01/23 | 188 | 1006-1077 |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense, and Exhibits 1-4 | 4/20/23 | 183-1 - 183-5 | 1078-1258 |
| **VOLUME 6 OF 18** | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense -- Exhibits 4(cont'd)-56 | 4/20/23 | 183-5 – 183-57 | 1260-1548 |
| **VOLUME 7 OF 18** | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion for | 4/20/23 | 183-58 – 183-72 | 1550-1614 |

iii


| Document | File Date | Dkt. No. | SER No. |
|---|---|---|---|
| Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense -- Exhibits 57-71 | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion to Strike the Report and Exclude the Testimony of Bradley M. Kuhn, and Exhibits 1-4 | 4/20/23 | 181-1 – 181-5 | 1615-1831 |
| **VOLUME 8 OF 18** | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion to Strike the Report and Exclude the Testimony of Bradley M. Kuhn -- Exhibits 5 | 4/20/23 | 181-6 – 181-15 | 1833-1933 |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Motion to Strike the Report and Exclude the Testimony of Bradley M. Kuhn; Memorandum of Points and Authorities in Support Thereof | 4/20/23 | 181 | 1934-1961 |
| Plaintiffs' Motion for Summary Judgment on Their DMCA Claim and Defendants' Breach of Contract Counterclaim and Unclean Hands Defense; Memorandum Of Points And Authorities In Support Thereof | 4/20/23 | 183 | 1962-2011 |
| Defendants Purethink LLC, IGov, Inc. and John Mark Suhy's Forth Amended Counterclaim against Neo4J, Inc. and Neo4J Sweden AB | 3/17/23 | 177 | 2012-2056 |
| Appellants' Petition for Panel Rehearing | 3/04/22 | 47-1 | 2057-2070 |
| Memorandum | 2/18/22 | 140 | 2071-2078 |
| Appellants' Reply Brief | 12/03/21 | 39 | 2079-2105 |
| **VOLUME 9 OF 18** | | | |
| Appellees' Answering Brief | 10/28/21 | 30 | 2107-2205 |

| Document | File Date | Dkt. No. | SER No. |
|---|---|---|---|
| Appellants' Opening Brief | 8/16/21 | 14 | 2206-2257 |
| Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment | 3/09/21 | 112 | 2258-2266 |
| Consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | 2/16/21 | 109 | 2267-2369 |
| **VOLUME 10 OF 18** | | | |
| Defendants' Consolidated, Combined Opposition to Plaintiff's Motion for Summary Judgment / Notice of Motion and Cross Motion for Summary Judgment; Memorandum of Points and Authorities in Support | 1/15/21 | 100 | 2371-2471 |
| Declaration of Philip Rathle in Support of Plaintiffs' Consolidated Motion for Summary Judgment | 12/11/20 | 98-2 | 2472-2552 |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Consolidated Motion for Summary Judgment, Exhibits 1-20 | 12/11/20 | 98-1 | 2553-2669 |
| **VOLUME 11 OF 18** | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Consolidated Motion for Summary Judgment (cont'd), Exhibits 21-39 | 12/11/20 | 98-1 | 2671-2969 |
| **VOLUME 12 OF 18** | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Consolidated Motion for Summary Judgment (cont'd), Exhibits 39 (cont'd)-45 | 12/11/20 | 98-1 | 2971-3268 |

v

| Document | File Date | Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 13 OF 18** | | | |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Consolidated Motion for Summary Judgment (cont'd), Exhibits 46-126 | 12/11/20 | 98-1 | 3270-3565 |
| Declaration of Jeffrey M. Ratinoff in Support of Plaintiffs' Consolidated Motion for Summary Judgment (cont'd), Exhibits 127-135 | 12/11/20 | 98-1 | 3567-3754 |
| **VOLUME 14 OF 18** | | | |
| Plaintiffs' Consolidated Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof | 12/11/20 | 98 | 3755-3821 |
| Stipulation and Order for Second Modification of the Phase 1 Case Schedule | 9/09/20 | 86 | 3822-3827 |
| Order Granting Motion to Dismiss and Strike | 8/20/20 | 85 | 3828-3839 |
| Stipulation and Order for Further Modification of Case Management Schedule | 7/15/20 | 81 | 3840-3844 |
| Plaintiff Neo4j, Inc.'s Reply in Support of Motion for Judgement on the Pleadings | 3/03/20 | 64 | 3845-3855 |
| Defendants and Counterclaimants' Memorandum of Points and Authorities in Support of Opposition to Motion for Judgment on the Pleadings | 2/25/20 | 63 | 3856-3864 |
| **VOLUME 15 OF 18** | | | |
| Plaintiff Neo4J, Inc.'s Notice of Motion and Motion for Judgment on the Pleadings; Memorandum of Points and Authorities in Support Thereof | 2/11/20 | 60 | 3866-3890 |

| Document | File Date | Dkt. No. | SER No. |
|---|---|---|---|
| Defendants Purethink LLC and IGov, Inc.'s First Amended Counterclaim Against Neo4J, Inc. and Neo4J Sweden AB | 12/09/19 | 55 | 3891-3950 |
| Defendants Purethink LLC and IGov, Inc. and John Mark Suhy's Answer to Plaintiffs' Second Amended Complaint | 12/09/19 | 54 | 3951-3971 |
| **VOLUME 16 OF 18** | | | |
| Trial Exhibit 89 | 1/26/24 | 241-25 | 3973-3983 |
| Trial Exhibit 104 | 1/26/24 | 241-28 | 3984-3985 |
| Trial Exhibit 105 | 1/26/24 | 241-29 | 3986-3988 |
| Trial Exhibit 106 | 1/26/24 | 241-30 | 3989-3991 |
| Trial Exhibit 107 | 1/26/24 | 241-31 | 3992-3995 |
| Trial Exhibit 108 | 1/26/24 | 241-32 | 3996-4002 |
| Trial Exhibit 116 | 1/26/24 | 241-40 | 4003-4008 |
| Trial Exhibit 119 | 1/26/24 | 241-43 | 4009-4011 |
| Trial Exhibit 120 | 1/26/24 | 241-44 | 4012-4015 |
| Trial Exhibit 209 | 1/26/24 | 242-30 | 4016-4105 |
| Trial Exhibit 1010 | 1/26/24 | 242-36 | 4106-4271 |
| **VOLUME 17 OF 18** | | | |
| Trial Exhibit 1010 (cont'd) | 1/26/24 | 242-36 | 4273-4484 |
| Defendant John Mark Suhy's Notice of Appeal | 9/08/24 | 255 | 4485-4489 |
| US District Court California Northern District Docket Sheet | 2/12/25 | N/A | 4490-4523 |
| **VOLUME 18 OF 18 (Sealed Documents)** | | | |
| Trial Exhibit 15 (filed under seal) | 1/26/24 | 241-4 | 4525-4527 |
| Trial Transcript (sealed portions) | 11/14/23 | | 4528-4714 |