**No. 24-5538**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

NEO4J, INC., NEO4J SWEDEN AB,

*Plaintiffs-Appellees*,

v.

JOHN MARK SUHY,

*Defendant-Appellant.*

On Appeal from the United States District Court
For the Northern District of California
No. 5:18-cv-07182-EJD
Hon. Edward J. Davila

_____

## APPELLEES' EXCERPTS OF RECORD
## Volume 6 of 18

_____

John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jeffrey M. Ratinoff (State Bar No. 197241)
jratinoff@spencerfane.com
Jeremy A. Moseley (MT Bar No. 44830177)
jmoseley@spencerfane.com

*Attorneys for Appellees*
Neo4j, Inc. and Neo4j Sweden AB

1  has updated some stuff for ONgDB."  And then you'll

2  see that there is a third bullet point that says,

3  "ONgDB 3.5.9 is now the master."

4        A.  Yes.  I do.

5        Q.  And then there's that URL.  Obviously it's

6  inactive, but it's among the words in there.  It's

7  cdwgit.web.irs.gove/ongdb/distributions/tree/master.

8        A.  Correct.  Yes.  I see that.

9        Q.  Is that referring to whatever that at the

10 time was the most current version of ONgDB that the

11 IRS was using?

12       A.  Yes.  It would have been.

13       Q.  And that main root of that URL is pointing

14 to the internal GitLab that the IRS maintains?

15       A.  That's correct.

16       Q.  And is that where Mr. Suhy would maintain

17 the most recent version at the time of ONgDB on

18 behalf of CKGE?

19       A.  Yes.  I would -- yeah.  I would think so.

20       Q.  So when you're referring to the master, you

21 mean that's just the most recent version of ONgDB

22 that at that time everyone should be using in the

23 CKGE environment?

24       A.  Yes.  I would think so.  Yeah.  I don't

25 know why the term "master."  Maybe because that's

208

1  the, that's the -- on the end of the Git URL it has

2  master, so that's probably why I use master.  I

3  don't know why else I would have used it.

4      Q.  And up until the time that the name was

5  changed to GDB, Mr. Suhy maintained the source code

6  for ONgDB on behalf of the IRS?

7      A.  Yes.  What I don't know is if these were

8  the ONgDB downloaded binaries at the time and not

9  the full source code.  So either way, my view, that

10  would have contained the ONgDB file that people

11  would use.

12      Q.  So, for instance, if they wanted to run

13  their own instance on a laptop, that's where they

14  would go to find the latest version of --

15      A.  Yes.  Yes.

16      Q.  And it was important for them to be running

17  whatever version that the actual CKGE environment

18  was running independently on their laptops for

19  compatibility?

20      A.  Yeah.  I know that there were -- I believe

21  some people had for probably I guess development

22  purposes or what, if it was down to a laptop, I

23  don't know how many people actually had it on their

24  laptops.  But this would have also been, I would

25  think, where if you were replacing or updating one

SER_1261

1    of the servers, you would get that.  So it's

2    essentially putting to -- you know, pointing

3    everybody to where the master is or the most current

4    version.

5        Q.  Okay.  Then I'm going to go ahead and put

6    the next exhibit in here.

7            (Exhibit 181 is introduced.)

8            THE WITNESS:  Okay.  I see it.

9            MR. RATINOFF:  This will be tab 474.  I

10   believe we are at Exhibit 150 --

11           (Reporter clarifies number.)

12   BY MR. RATINOFF:

13       Q.  181.  So I've just dropped in will be

14   marked as Exhibit 181.  It's an email exchange that

15   was produced by the IRS with the email -- sorry --

16   the Bates number of 473 at the end there on the

17   first page.  Subject is "Graph for local install,"

18   sent on 11/12/2019 to Mr. Suhy.  The last email

19   there.  Do you see that?

20       A.  I do.

21       Q.  Any reason to believe that this is not a

22   true and correct copy of an email produced by the

23   IRS?

24       A.  Yep.  No issues.

25       Q.  Then looking at Mr. Suhy's email on the

                                                          210

1    bottom of the first page, Bates number 473, "Here is

2    how to run it on your local laptop.  Download the

3    latest ONgDB for Windows."  It looks like a similar

4    URL to the last exhibit we were looking at.

5    Correct?

6        A.  Correct.  Yes.

7        Q.  And then there's an actual direct link to

8    3.5.11?

9        A.  Correct.

10       Q.  And that would be whatever the latest

11   version that was made available by Mr. Suhy to RAAS

12   as of November 2019.  Is that accurate?

13       A.  Correct.

14       Q.  So to best of your knowledge, at least as

15   of towards the end of 2019, the latest version of

16   ONgDB that was running on the CKGE environment would

17   have been version 3.5.11?

18       A.  That makes sense to me.

19       Q.  No reason to believe otherwise?

20       A.  No reason to believe otherwise.  Yes.

21       Q.  And going from November of 2019 -- I think

22   we talked about this a little bit earlier.

23   Unfortunately, I don't have any documents that were

24   produced by the IRS after early 2020, so I don't

25   know if you in your conversations with your

211

1    So at least in 2020, the version would have
2    been at least what version was being used at the end
3    of 2020, which was 3.5.11?
4        A.  That makes sense.  Yes.  I agree with that.
5        Q.  Okay.  So -- but it's possible in 2020 that
6    ONgDB was operated from 3.5.11 to a more recent
7    subversion, but you just don't know as you sit here
8    today what that version --
9        A.  That's correct.  That's correct.  I don't.
10       Q.  And same thing for 2021, all the servers
11   that we were talking about, including CKGE, YK1,
12   et cetera, earlier, those would be running at least
13   a version 3.5.11, if not something later of ONgDB?
14       A.  Well, I believe sometime around -- did you
15   say '21?
16       Q.  Yes.  2021.
17       A.  Sorry.
18       Q.  So in 2021, all of the servers -- strike
19   that.
20       All of the instances of ONgDB that were
21   being run at the IRS, including CKGE, as of 2021
22   would have been at least using ONgDB version 3.5.11.
23       A.  Yes.  I believe so.  Yes.
24       Q.  Including CKGE?
25       A.  Correct.  Yes.

213

Case 5:18-cv-07182-EJD    Document 183-5    Filed 04/20/23    Page 95 of 98
MICHAEL VON DORN                                                November 17, 2022

1    Q.  Okay.  And then for 2020 -- okay.  That was

2    2021.  I think you were going to 2022.  We talked

3    about this earlier.  So you said sometime between

4    March and -- well, strike that.

5          So sometime between 2020 and 2022, there

6    was an upgrade to -- sorry.  Let me start over

7    again.  I'm trying to figure out how to best

8    articulate this.

9          You previously testified that there was a

10   change in name of the version of graph database

11   software being used on the CKGE amongst other

12   instances of ONgDB.  Correct?

13   A.  Correct.

14   Q.  So as of -- and I believe you said it was

15   somewhere in March or April of 2022?

16   A.  Correct.  Yes.

17   Q.  Okay.  So up until that March/April 2022,

18   all of the servers running instances of ONgDB that

19   we were talking about were running what was called

20   ONgDB.  Actually, that's a bad question.  Strike

21   that.

22          So up until March/April of 2022, all of the

23   instances of ONgDB that you had identified in 2021

24   were still running ONgDB in 2022.  Correct?

25   A.  I believe so.  I don't know -- I don't know

214

1  when the ONgDB was switched over to something that
2  wasn't labeled ONgDB except for in March and April.
3  So does that make sense?
4       Q.  So you don't exactly when that switch in
5  nomenclature was made, but at least prior to let's
6  say March of 2022, CKGE, for instance, was running
7  some version of ONgDB?
8       A.  I was at least referring to it as ONgDB.
9  So that's when John Mark Suhy told us that, as I
10  said, it wasn't ONgDB.  So I was referring to it,
11  other people were referring to it as ONgDB up until
12  March and April until that -- John Mark Suhy
13  contacted us and said that.
14       Q.  Did he explain why the name had to be
15  different?
16       A.  Yeah, I believe -- well, I don't know quite
17  what I remember except for just the name change.  If
18  he said anything.  I do -- I -- I believe there was
19  a discussion about there was a settlement or
20  something the previous year based on the legal case,
21  which I didn't even know was over.  But that what we
22  had now was not the ONgDB version that The Graph
23  Foundation was releasing.  It was, as I said, I
24  think we called it GraphStack GDB.  And I forgot the
25  number or what version it was.

215

SER_1266

MICHAEL DUNN                                                November 17, 2022

1    Q.  So as far as the -- when Mr. Suhy asked you

2  to stop calling it ONgDB, did he say there was going

3  to be any functional changes in the operation of the

4  software?

5    A.  Nope.  He did not.

6    Q.  It was just a name change as far as you

7  knew?

8    A.  As far as I -- yes.  Correct.

9    Q.  So it wasn't like he brought in an entirely

10  new set of binaries to install on the CKGE

11  instances?

12    A.  I don't know that.  Yeah.  I don't know

13  because we didn't get into sort of the binaries and

14  if they were different.  I was just -- I was

15  understanding that as things get upgraded or bug

16  fixes or whatever, different versions are made

17  available.  But I just don't know when -- you know,

18  I don't know that, myself, anything about the

19  underlying binaries.  I would defer to John Mark

20  Suhy on that.

21    Q.  Okay.  There's no one else at the IRS who

22  would be better to talk to than Mr. Suhy?

23    A.  I don't know -- I don't know about how

24  detailed the specifics would be.  There could be

25  some people who might know, but I can't -- I don't

216

```
 1                    REPORTER'S CERTIFICATE

 2         I, SHELLEY M. SAILOR, duly authorized to

 3    administer oaths pursuant to Section 2093(b) of the

 4    California Code of Civil Procedure, do hereby

 5    certify that the witness, MICHAEL C. DUNN, in the

 6    foregoing deposition was by me duly sworn to testify

 7    the truth in the within-entitled cause; that

 8    deposition was taken at the time and place therein

 9    named; that testimony was reported by me and

10    thereafter transcribed under my direction; that the

11    foregoing is a complete and accurate record of said

12    testimony; and that the witness was given an

13    opportunity to read and correct said deposition and

14    to subscribe the same.  Should the signature of the

15    witness not be affixed, the witness shall not have

16    availed himself of the opportunity to sign or the

17    signature has been waived.  I further certify that I

18    am not of counsel nor attorney for any of the

19    parties in the foregoing deposition and caption

20    named nor in any way interested in the outcome of

21    the cause named in said caption.

22             Reading and Signing was REQUESTED.

23    DATED:  November 27, 2022

24

25                  _____
                    SHELLEY M. SAILOR, CSR 10254

                                              293
```

# EXHIBIT 5

SER_1269

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., et al.,

             Plaintiff,

vs.                                    CASE NO.
                                       5:18-cv-07182-EJD

PURETHINK LLC, et al.,

             Defendants.

_____/


VIDEOTAPED DEPOSITION OF
JIM WEYANT
as representative of CACI INTERNATIONAL, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)


**CONFIDENTIAL PORTIONS**


DATE:          September 16, 2022

TIME:          8:16 a.m. Pacific Time

LOCATION:      via videoconference


REPORTED BY:   BENJAMIN GERALD
               California CSR No. 14203
               Washington CSR No. 3468
               Texas CSR No. 11912

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., et al.,

       Plaintiff,

vs.                                    CASE NO.
                                       5:18-cv-07182-EJD
PURETHINK LLC, et al.,

       Defendants.
_____/


VIDEOTAPED DEPOSITION OF
JIM WEYANT
as representative of CACI INTERNATIONAL, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)


**ATTORNEYS' EYES ONLY PORTIONS**


DATE:         September 16, 2022

TIME:         8:16 a.m. Pacific Time

LOCATION:     via videoconference


REPORTED BY:  BENJAMIN GERALD
              California CSR No. 14203
              Washington CSR No. 3468
              Texas CSR No. 11912

1

1    Q.  Okay.  Thank you.  I appreciate that.  It's a

2    Herculean effort, and again, I appreciate your time.

3    All right.  Let's go ahead and start with Next Century's

4    work.

5         We talked about you being a program manager at

6    Next Century; what type of programs did you manage?

7    A.  We -- I managed software development programs

8    for government customers.

9    Q.  And who were those government customers?

10   A.  National Security Agency.

11   Q.  (Unintelligible.)

12        Apologies.  Even the sign on my door didn't

13   stop someone.

14        MR. RATINOFF:  Can we have the question read

15   back and -- so we'll have a cleaner record?

16        (The following record was read:

17        Question:  And who were those government

18        customers?)

19        THE WITNESS:  National Security Agency.

20   BY MR. RATINOFF:

21   Q.  Okay.  Is it okay if we call National Security

22   Agency "the NSA" for short?

23   A.  Yes.

24   Q.  Okay.  We understand what that means.

25        Is the National Security Agency sometimes

19

SER_1272

Case 5:18-cv-07182-EJD   Document 183-6   Filed 04/20/23   Page 5 of 38

BRYANT 30(b)(6)   Confidential   September 16, 2022

1   referred to as "the Maryland Procurement Office"?

2       A.  Yes.

3       Q.  Okay.  And sometimes also referred to as "the

4   MPO"?

5       A.  Yes.

6       Q.  So if we use "MPO" or "NSA," we understand

7   we're talking about the same government agency, correct?

8       A.  Yes.

9       Q.  Okay.  I'll try to use one, but I may slip, and

10  I'm sure you'll probably do the same, but as long as we

11  understand what we're talking about, then that's --

12  that's okay.

13          And what type of work did Next Century -- well,

14  let me start with, when did Next Century start working

15  with the NSA?

16      A.  Approximately 2005.

17      Q.  And so that's prior to your time there?

18      A.  Correct.

19      Q.  Okay.  Was Next Century working with the NSA in

20  2018?

21      A.  Yes.

22      Q.  And what type of work was Next Century doing

23  for the NSA in 2018?

24      A.  We were doing analytical software -- custom

25  analytical software development for this -- for the NSA.

                                                        20

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

September 16, 2022

1          (The following was deemed attorneys' eyes

2          only.)

3          MR. RATINOFF:  Did we have a question pending,

4   or not?

5          (The following record was read:

6          Question:  So Blue Rocket was the code name for

7          that particular contract or project?

8          Answer:  Yes.)

9   BY MR. RATINOFF:

10     Q.  Okay.  So we were talking about Project Blue

11  Rocket; is that correct?

12     A.  Yes.

13     Q.  And what was Project Blue Rocket?

14     A.  Blue Rocket was the name of the contract; Task

15  Order 39 is the name of the project.

16     Q.  Okay.  So Password 39 was the specific project

17  that Next Century was contracted for?

18     A.  Correct.

19     Q.  And what was Password 39?

20     A.  Task -- Task Order 39.

21     Q.  Oh, "task order."  I apologize.  Okay.

22         What was Task Order 39?

23     A.  Task Order 39 was an analysis of alternatives

24  for new technologies that the NSA customer wanted to

25  consider for research and prototyping effort.

                                                      28

```
 1              THE REPORTER:  Sorry.  "Prototyping..."

 2              THE WITNESS:  Effort.

 3    BY MR. RATINOFF:

 4        Q.  And what technology would be considered for

 5    Task 39 (sic)?

 6        A.  So the task order had multiple threads of -- of

 7    effort, five main lanes.  Specific to graph technologies

 8    that we were talking about before the break, that was

 9    one of the lanes of effort.

10        Q.  Okay.  And did Task Order 39 specify a

11    particular graph database technology?

12        A.  No.

13        Q.  And was it the assignment to Next Century to

14    determine what graph database software would work for

15    Task Order 39?

16        A.  Next Century was tasked to conduct an analysis

17    of alternatives of graph database technologies to see if

18    they were viable for implementation at the NSA.

19        Q.  And was this -- sorry.  Strike that.

20            What graph database technologies did Next

21    Century consider for Task Order 39?

22        A.  Several, including -- so there was -- Neo4j was

23    one, Oracle was a second one, DataStax and JanusGraph

24    were others that were the primary thrust.  There were

25    several others that I don't have the names of that --
```

<p style="text-align: right">29</p>

SER_1275

September 16, 2022

1    that were also under initial consideration.

2         Q.  And when were these all under consideration

3    when -- under -- let me strike that.

4         A.  In August 2018, when we were working the task

5    order.

6         Q.  And what was the -- what was the total amount

7    of the contract at Task Order 39?

8         A.  The dollar amount?

9         Q.  Yes.

10        A.  I don't have that off the top of my head.

11        Q.  Was it -- was it a six-figure award?

12        A.  Yes.

13        Q.  Was it a seven-figure award?

14        A.  Not Task Order 39, no.

15        Q.  Was it, to your best recollection, a

16   mid-six-figure award?

17        A.  Approximately.

18        Q.  And what was the term of that Task Order 39 as

19   far as was it -- was it a year?  Six months?

20        A.  Yeah, so the period of performance, the

21   timeline was August of 2018 through February of 2019.

22        Q.  And what was the scope of the -- of the

23   contract for August of 2018 to February of 2019?

24        A.  Scope of the contract, or scope of the task

25   order?

30

SER_1276

1    Q.  Scope of the task order.

2    A.  The scope of the task order was to conduct an

3    analysis of alternatives of multiple technologies,

4    including graph database technologies, for consideration

5    by the NSA to implement into their analytical software.

6    Q.  And then what did Next Century do as an

7    evaluation to rate graph database software that you

8    identified?

9    A.  Our team conducted research and evaluation of

10   multiple graph database technologies.

11   Q.  And that included Neo4j?

12   A.  Yes.

13   Q.  Okay.  And how did that analysis start as far

14   as narrowing down the graph database software programs

15   you were considering?

16   A.  The analysis started with the teams reviewing

17   other implementations of graph database technologies at

18   the NSA and in other -- other applications to assess the

19   performance, the security, lessons learned, and costs of

20   the wide range of initial technologies under

21   consideration.

22   Q.  Had Next Century used Neo4j before?

23   A.  I am aware of one other project that had at

24   least considered Neo4j.

25   Q.  And this is prior to August of 2018?

31

SER_1277

1    research also being used for the Task Order 39 project?

2        A.  Those two projects were independent of each

3    other and did not support one another.

4        Q.  Okay.  Was Michael -- was Michael Smolyak, was

5    he working on both of those projects?

6        A.  Yes.

7            MR. RATINOFF:  All right.  I'm going to drop

8    the next exhibit here.  This would be, I believe,

9    Exhibit 43.

10            (Exhibit 43 was marked for identification.)

11    BY MR. RATINOFF:

12        Q.  This document as the Bates number at the

13    beginning, you'll see it as 5178.  This document, I'll

14    represent to you, is produced by CACI in response to the

15    subpoena.

16            Do you have any reason to believe this isn't a

17    true and correct copy of what was produced?

18        A.  I have no reason to believe it's not that.

19        Q.  I'm sorry.  You broke up there.  Could you just

20    repeat your answer?

21        A.  I have no reason to believe this is not a

22    correct document.

23        Q.  Okay.  Who's -- who's Diane Griffith?

24        A.  Diane Griffith is another engineer that was

25    employed by Next Century and then CACI after the

35

1    acquisition.

2        Q.  Okay.  And was she working on Task Order 39 as

3    of October 2018?

4        A.  Yes.

5        Q.  And then who's Seth Cooper?

6        A.  Seth Cooper was a technical writer employed by

7    Next Century.

8        Q.  Okay.  And was Seth Cooper also working on Task

9    Order 39 at this time?

10       A.  Yes.

11       Q.  And then who's Shahak -- is Nagiel?  Is that

12   correct?

13       A.  Nagiel, correct.

14       Q.  Nagiel.  Who's Shahak Nagiel?

15       A.  He's also an engineer who's employed by Next

16   Century.

17       Q.  And was he, at this time, working on Task

18   Order 39?

19       A.  Yes.

20       Q.  And I'll ask the same for Sean Graff; who's

21   that?

22       A.  Same answer:  Engineer employed by Next

23   Century.

24       Q.  Also working on the Task Order 39?

25       A.  Yes.

36

Case 5:18-cv-07182-EJD   Document 183-6   Filed 04/20/23   Page 12 of 28

IN RE:ANT (30(b)(6)  480                        September 16, 2022

```
 1        Q.  And then Rebecca Butterfield, was she also an

 2   employee of Next Century?

 3        A.  Yes.

 4        Q.  Was she also working on Task Order 39?

 5        A.  Yeah.

 6        Q.  And did Task Order 39 provide a budget for

 7   paying for a license for whatever graph database

 8   software Next Century selected?

 9        A.  No.

10        Q.  Was that something that Next Century was -- if

11   it had to pay for a license, would have to do at its own

12   cost?

13        A.  Yes.

14        Q.  So cost was a consideration as far as which

15   database software Next Century would -- would choose?

16        A.  Can I ask Gregg a question?

17        Q.  Well, unless it's something that's going to be

18   attorney-client privilege information, I think you need

19   to answer the question.  Unless you don't understand the

20   question.  I can re-ask it.

21        A.  Okay.  Yeah.  Repeat the question, please.

22             MR. RATINOFF:  Can you read the question back,

23   please?

24             (The following record was read:

25             Question:  So cost was a consideration as far
```

<div align="center">37</div>

1  was a factor in the decision-making process, correct?

2       A.  Yes.

3       Q.  Okay.  So turning to what I believe was marked

4  as Exhibit 43, which is an October 1st email -- 2018

5  email from Diane Griffith.

6            She says, "I did not talk to Neo4j.  I used GSA

7  pricing I was able to find published already for intro

8  into (sic) their pricing.  Neo4j" -- (unintelligible.)

9            THE REPORTER:  I'm sorry.  You're slurring it a

10  little bit.  Can you please start over?

11           MR. RATINOFF:  Okay.  Sure.  No problem.

12  BY MR. RATINOFF:

13      Q.  Do you see at the beginning of the email where

14  it says, "I do not" -- I'm sorry -- "I did not talk to

15  Neo4j.  I used GSA pricing I was able to find published

16  already for their intro pricing (sic)."

17           Do you see that sentence?

18      A.  I do.

19      Q.  And so was Ms. Griffith -- was she researching

20  pricing in relation to Neo4j for Task Order 39?

21      A.  Yes.

22      Q.  And was that a task she was assigned to perform

23  by Next Century?

24      A.  Yes.

25      Q.  And was she instructed to go to iGov Solutions?

40

Case: 1:17-cv-07182-ED (6) Document 183-6    Filed 04/20/23    Page 14 of 38   September 16, 2022

1    You can see it -- she says -- let me strike that

2    question.

3            Do you see where she says, "Where I found the

4    GSA pricing link was off of a blog entry by iGov

5    Solutions"?  Do you see that sentence?

6        A.  I do.

7        Q.  And was this something that Next Century

8    directed her to look at?

9        A.  No.

10       Q.  She found it, and it is part of her job in

11   evaluating Neo4j?

12       A.  Yes.

13       Q.  And was it helpful to have that GSA pricing for

14   Next Century's evaluation of Neo4j for --

15       A.  Yes.

16       Q.  -- Task Order 39?

17       A.  Yes.

18       Q.  And did she circulate the price list among the

19   folks working on Task Order 39 at Next Century?

20       A.  I don't know.

21       Q.  But the recipients on this email, just for the

22   record, were also working on Task Order 39?

23       A.  Yes.

24       Q.  And then I'm just going to have you click on

25   this first link where it says "blog.igovsol.com," and

                                                         41

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

Case: 18-cv-07182-EJD (6)   Document 183-6   Filed 04/20/23   Page 15 of 38

1   then it's a string.

2          Do you see that?

3      A.  Right.

4      Q.  I'm going to go ahead and share -- actually,

5   what's the best way to share screen here?  Should I

6   have --

7          THE REPORTER:  May we go off the record for one

8   moment?

9          MR. RATINOFF:  Sure.

10         THE VIDEOGRAPHER:  All right.  We are not going

11  off the video record.  The time is 9:10 a.m.

12         (Off the record from 9:10 a.m. to 9:12 a.m.)

13         THE VIDEOGRAPHER:  We are now back on the video

14  record.  The time is 9:12 a.m.

15  BY MR. RATINOFF:

16     Q.  Okay.  You should be able to see, I believe,

17  a -- the -- do you see an email we're looking at?  It

18  should be Tab 302.  We've marked that as Exhibit 43.

19         Do you see that?

20     A.  I do.

21     Q.  Okay.  So I'm just going to go ahead and click

22  on -- and you can do the same so you can confirm for

23  yourself.  I'm going to go ahead and click on this first

24  link there that's "https://blog.igovsol.com," et cetera.

25         Go ahead and click on that.  I'm going to share

42

1    that screen now.  Let me know if you end up at the same

2    thing.

3         A.  Yup.

4         Q.  Do you see it says "Neo4j Enterprise commercial

5    Prices" at the top of the website?  Do you see that?

6         A.  I see that.

7         Q.  Okay.  And you scroll down, and you'll see,

8    towards the middle of the scroll, you'll see "Neo4j

9    Enterprise Bundle."

10              Do you see that?

11         A.  I see it.

12         Q.  Okay.  If you keep scrolling, you'll see that

13    there's "Neo4j Enterprise Base Bundle:  189,188."

14         A.  I do.

15         Q.  Okay.  And you'll see at the bottom there's

16    pricing based on core packs.

17         A.  I see it.

18         Q.  And also business model pricing.

19              So it's -- it's fair to say this website

20    provided Next Century with some basic pricing

21    information on Neo4j Enterprise software bundles; is

22    that correct?

23         A.  If Diane read it, yes.

24         Q.  Okay.  Just going back -- just going back to

25    the email we were looking at, Exhibit 43, she says, "I

                                                              43

1    was able to find published already" -- I'm sorry.

2         "I used GSA pricing I was able to find

3    published already for intros to their pricing.  Neo4j

4    prices by instances and cores, but has bundles."

5         Is it fair to say that Next Century did look at

6    this pricing -- the pricing of Neo4j Enterprise,

7    correct?

8         A.  I would say that's fair.

9         Q.  All right.  And did the NSA provide any

10   guidance on -- on pricing for the graph database

11   software or the -- strike that.

12        Were you provided any instructions from the NSA

13   on pricing considerations for the graph database

14   software that was being considered?

15        A.  The NSA asked us to provide an analysis of

16   alternatives that considered cost as one of the many

17   factors, and we were tasked to provide -- not provide --

18   to consider cost as one of the factors.

19        Q.  Okay.  And then -- and then performance was

20   another important factor?

21        A.  Yes.

22        Q.  And security was also another important factor?

23        A.  Yes.

24        MR. RATINOFF:  Okay.  I'm going to take the

25   next document here and mark this as Exhibit 43 -- I'm

44

1   sorry -- Exhibit 44.

2           (Exhibit 44 was marked for identification.)

3   BY MR. RATINOFF:

4       Q.  And let me know when you've got the it's Bates

5   number -- the starting Bates number would be CACI0000 --

6   I think I got all of them -- 4994.

7       A.  I have it up.

8       Q.  Okay.  And I think we've already discussed

9   Diane Griffith and Shahak.

10          Peter Loats and Jim Mantheiy, were they also

11  Next Century employees at that time?

12      A.  Yes.

13      Q.  So in October 2018, what -- what had Next

14  Century done at that point in evaluating various graph

15  database software programs it was considering for the

16  NSA?

17      A.  At that point, we had done initial research on

18  a wide range of graph database technologies and had a

19  requirement to deliver to the customer an initial --

20  initial evaluation, which they then reviewed.

21      Q.  Okay.  So at that point -- and when I say "at

22  that point," as of the middle October of 2018, had Next

23  Century provided any feedback to the NSA on whether it

24  had narrowed down its -- its decision on which graph

25  database program it would go with?

                                                      45

1    A.  So let's -- let's -- let's be clear.  Let me

2    first -- we had not -- at that point, we would have just

3    provided the initial evaluation of the wide range of --

4    of databases, the initial list.

5    Q.  Okay.  So then we were talking about important

6    features.  I'll just go ahead and point you to what's

7    been marked as Exhibit 44, an email; subject, "Neo4j

8    licensing."

9        Do you have that in front of you?

10   A.  I do.

11   Q.  It says at the top of this email, "Up front,

12   some reasons why we may need the Neo4j distro that has

13   the (sic) license giving access to the Neo4j Enterprise

14   features," and in parentheses, "so Neo4j commercial

15   license or the enterprise free bundle from

16   iGov/GraphStack," close parens, comma, "can be found

17   here, but the (sic) reasons that apply include" -- and

18   then there's a list of features there.

19       Do you see that?

20   A.  Yes, I do.

21   Q.  Okay.  And when we were talking about important

22   features listed here, first casual -- sorry -- causal

23   clustering; was that an important feature that Next

24   Century was looking for in the software it was

25   considering?

46

SER_1287

1      A.  Yes.

2      Q.  Okay.  Do you know what HA availability is?

3      A.  I understand the concept, yes.

4      Q.  Okay.  Let me ask -- let me ask a quick side

5  question.

6          Did -- at that time, did Next Century

7  understand that Neo4j offered multiple programs -- or

8  sorry.  Strike that.

9          Did -- at that time, in October 2018, did Next

10  Century understand that Neo4j offered a Community

11  Edition?

12      A.  I would say yes.

13      Q.  Okay.  And then it also understood that Neo4j

14  also offered an Enterprise Edition?

15      A.  Yes.

16      Q.  And did Next Century understand, in October of

17  2018, that the Enterprise Edition offered by Neo4j

18  required a paid commercial license?

19      A.  I would say yes.

20      Q.  And -- and then there was -- was it Next

21  Century's understanding that there were certain features

22  that were included in the Enterprise Edition of Neo4j

23  that weren't offered in the Community Edition?

24      A.  Yes.

25      Q.  And did Next Century believe those -- those

47

SER_1288

IN RE ANT (b)(6) Document 480                                    September 16, 2022

1    enterprise-only features were needed for the NSA project

2    it was working on?

3          A.  In October 2018, we would not have known that.

4          Q.  From the NSA's perspective, you mean?

5          A.  No, I mean from the evaluation of alternatives,

6    at that point in the evaluation, we would not have known

7    what the agency needed in terms of capabilities.

8          Q.  Okay.  But from Next Century's perspective, was

9    casual (sic) clustering important?

10         A.  Yes.

11         Q.  And then was intracluster encryption to secure

12   traffic between nodes and data centers, was that also an

13   important feature that Next Century wanted in its

14   software that it was going to go chose?

15         A.  Next Century wasn't choosing any software; we

16   were evaluating softwares (sic) for government to

17   decide.

18         Q.  Apologies.  Another plane flying by.

19             Okay.  But was intracluster encryption, was

20   that a feature that Next Century viewed as being

21   important?

22         A.  Yes.

23         Q.  And then what is "unlock number of cores

24   allowed"?  What does that mean?

25         A.  That means an additional capability to expand

                                                              48

Case: 18-cv-07182-EJD (6) Document 183-6    Filed 04/20/23    Page 32 of 38    September 16, 2022

1    on the ability of the software to scale.

2        Q.  And then was it Next Century's understanding

3    that these bullet points within the email --

4    (unintelligible.)

5            THE REPORTER:  I'm so sorry, Counsel.  You

6    broke up.  Can you please repeat?  Apologies.

7            MR. RATINOFF:  Excuse me.  Sure.

8    BY MR. RATINOFF:

9        Q.  Just looking at this list of six bullet points,

10   was it Next Century's understanding that these six

11   bullet points were referencing enterprise-only features

12   in the Neo4j software?

13           MR. BEENE:  I'm going to object to the

14   identification of those as enterprise-only.

15           What enterprise are we talking about?

16           MR. RATINOFF:  Counsel, you can object to form.

17   There's no speaking objections.  Thank you.

18   BY MR. RATINOFF:

19       Q.  Do you understand what Neo4j Enterprise is?

20       A.  Yes.

21       Q.  Okay.  And what's your understanding of Neo4j

22   Enterprise as -- as offered by Neo4j, Inc. or Sweden?

23       A.  The original software with additional features

24   in the Community Edition.

25       Q.  And it's your understanding that those features

49

1     are only in Enterprise, and can only be obtained by a

2     paid commercial subscription from Neo4j?  Strike that

3     question.  I don't know.  I think I've already kind of

4     covered that, so let's go back to the email.

5            Do you see there's a reference in that first

6     paragraph to -- to "the enterprise free bundle from

7     iGov/GraphStack"?  Do you see that?

8        A.  I do.

9        Q.  And what's that referring to?

10       A.  Reading the email, it looks like it's referring

11    to a bundled solution available from iGov.

12       Q.  And what was -- as of October 2018, what was

13    Next Century's understanding of what iGov was offering

14    as an enterprise free bundle?

15       A.  An alternative to the Neo4j Enterprise

16    solution.

17       Q.  And how was it an alternative?

18       A.  Similar features, less cost.

19       Q.  And when you say "less cost," there was no cost

20    for a license to iGov's offering of Neo4j Enterprise,

21    correct?

22       A.  Not to my knowledge.

23       Q.  So looking down at the quoted -- after these

24    bullet points it says, quote, "Right now the only

25    difference between the paid Neo4j Enterprise

50

1   (commercial) binary and Neo4j Enterprise (open source)

2   binary (we complied from source) is that intracluster

3   encryption is still offered" -- I'm sorry -- "is still

4   off by default in the AGPLv3 version."

5          Do you see that?

6      A.  I do.

7      Q.  Okay.  So was it Next Century's understanding

8   from iGov that it was offering essentially an equivalent

9   version of Neo4j Enterprise under the AGPL?

10      A.  Yes.

11      Q.  And that the features offered in iGov's Neo4j

12   Enterprise was the same as the Neo4j Enterprise software

13   that was offered by Neo4j at the enterprise level?

14      A.  Yes.

15      Q.  Okay.  And did -- at this point, had Next

16   Century reached out to -- when I say "at this point," as

17   of October 2018, did Next Century reach out to iGov or

18   Mr. Suhy regarding their alternate offering of Neo4j

19   Enterprise?

20      A.  I don't know the answer to that question.

21      Q.  Okay.  Let me see if I can help you refresh

22   your recollection.

23          MR. RATINOFF:  I've dropped in what has been --

24   it starts with the Bates number CACI00004966.

25          (Exhibit 45 was marked for identification.)

51

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

```
 1              (The confidential testimony resumed.)

 2              THE VIDEOGRAPHER:  We are now back on the video

 3    record.  The time is 9:39 a.m.

 4              Please proceed, Counsel.

 5              MR. RATINOFF:  Thank you.

 6    BY MR. RATINOFF:

 7       Q.  Okay.  So before we broke, I put up an email

 8    that was dated October 22, 2018, it was from a

 9    Mr. John Mark Suhy to Shahak -- sorry --

10       A.  Nagiel.

11       Q.  Nagiel.  Thank you -- and Diane Griffith.

12           Do you have that in front of you?

13       A.  I do.

14       Q.  Okay.  And do you understand this email was

15    produced by CACI in response to the subpoena?

16       A.  Yes.

17       Q.  And do you know who John Mark Suhy is?

18       A.  I do.

19       Q.  Okay.  Who is he?  At least to the company's

20    knowledge at the time, in 2018.

21       A.  He was a leader in the iGov Foundation.

22       Q.  Okay.  What was your understanding of what iGov

23    is or was?

24       A.  My limited understanding is a foundation

25    dedicated to open-source technologies.
```

                                                              54

MR. WEYAND   30(b)(6)   CONFIDENTIAL                     September 16, 2022

1       Q.  Okay.  And was there a specific -- well, let
2   me -- let me back up for a second.
3           Do you understand what Graph Foundation is?
4       A.  I do.
5       Q.  Okay.  And what is your understanding of
6   graph -- the Graph Foundation?
7       A.  Again, a foundation designed to advance
8   open-source graph technology.
9       Q.  And did you understand that Mr. Suhy was
10  involved in both iGov and the Graph Foundation?
11      A.  Yes.
12      Q.  Okay.  And why did Next Century reach out to
13  Mr. Suhy?  And let me point you to -- if you look at the
14  bottom of this email -- strike that question.
15          If you go to the last page of this email,
16  CACI -- it ends with 4967.
17      A.  I see it.
18      Q.  And you'll see it says, "Hi John, I'm trying to
19  better understand the licensing nuances of Neo4j
20  Enterprise Edition, and came across some posts you made
21  on StackOverflow."
22          Do you see that?
23      A.  Yes.
24      Q.  Why did Next Century reach out to Mr. Suhy in
25  regards to the licensing nuances of Neo4j Enterprise

                                                          55

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

Case 5:18-cv-07182-EJD (b)(6) Document 188-1   Filed 04/20/23   Page 37 of 38   September 16, 2022

1    Edition?

2        A.  Within part of our research effort, as part of

3    the task order requirements on Task Order 39.

4        Q.  And why -- why did Next Century in particular

5    reach out to Mr. Suhy?

6        A.  Because of the posts that were on the site.

7        Q.  Okay.  And what was it about these posts that

8    Next Century was interested in finding more about from

9    Mr. Suhy?

10       A.  Our government customer was interested in

11   open-source technologies.

12       Q.  And because open source is generally -- it

13   doesn't require to pay license?

14       A.  Correct.

15       Q.  And was it your understanding that Mr. Suhy was

16   involved with a particular graph database program called

17   ONgDB?

18       A.  Yes.

19       Q.  Okay.  And what was your -- or Next Century's

20   understanding of what ONgDB was in October of 2018?

21       A.  An open-source version of Neo4j capability.

22       Q.  Okay.  And we did talk -- (unintelligible.)

23           THE REPORTER:  Sorry.  Broke up a bit, Counsel.

24   Please repeat.

25           MR. RATINOFF:  Hold on.  A plane's flying over.

56

CONFIDENTIAL                    September 16, 2022

```
1    BY MR. RATINOFF:
2        Q.  Just so we -- earlier, I think before break,
3    talked about Neo4j offering different levels of its
4    software.
5            So which -- which -- sorry.  Strike that.
6            MR. RATINOFF:  What was the original question?
7    I'm sorry.  Before I cut that one off.
8            (The following record was read:
9            Question:  Okay.  And what was your -- or Next
10           Century's understanding of what ONgDB was in
11           October of 2018?
12           Answer:  An open-source version of Neo4j
13           capability.
14           Question:  Okay.  And we did talk --)
15           THE REPORTER:  And that's where it broke up.
16           MR. RATINOFF:  Okay.  Got it.
17   BY MR. RATINOFF:
18       Q.  So you mentioned Neo4j.  We spoke about there's
19   different versions of Neo4j.
20           Which -- which version of Neo4j did you
21   understand ONgDB to be equal to?
22       A.  At the time, it would contain features both
23   from the Community Edition and at least some of the
24   Enterprise Edition.
25       Q.  And when we refer to "the Enterprise Edition,"
```

                                                          57

```
 1    you mean Neo4j Enterprise Edition?
 2         A.  Correct.
 3         Q.  And as far as -- I think as you mentioned, you
 4    mean the paid-for, enterprise-only level of features
 5    with respect to Neo4j Enterprise?
 6         A.  To my knowledge.
 7         Q.  And was it Next Century's understanding in
 8    October of 2018 that a paid license wasn't required
 9    for -- I'm sorry -- for ONgDB?
10         A.  Correct.
11         Q.  And turning back to the email we were just
12    talking about, I'm going to scroll back up to the top
13    email, which would be the response to the one we just
14    spoke about where Mr. Suhy says, "We actually package
15    these feature's source code back into the open source
16    distributions, turning features such as causal
17    clustering encryption back on."
18             Do you see that?
19         A.  Yes.
20         Q.  Okay.  Was causal clustering encryption, to
21    Next Century's understanding, an enterprise-level
22    feature?
23         A.  Yes.
24         Q.  And that was a feature that was important to
25    its evaluation of graph database software for the Task
```

                                                              58

IN RE: NEO4J, 30(b)(6) Confidential    September 16, 2022

1    Order 39?

2        A.  Yes.

3        Q.  It says, in the email, "Not to mention the US

4    Treasury has now adopted ONgDB enterprise, which is the

5    same code base."

6            Was it Next Century's understanding that,

7    from -- at least from Mr. Suhy, that ONgDB and Neo4j

8    Enterprise were -- shared the same code base?

9        A.  Yes.

10       Q.  And what license did Next Century understand

11   that ONgDB was distributed under?

12       A.  The -- (unintelligible.)

13           THE REPORTER:  I'm sorry.  One more time?

14           THE WITNESS:  GPLv3 license.

15   BY MR. RATINOFF:

16       Q.  AGPL Version 3; is that correct?

17       A.  Yes.

18           MR. RATINOFF:  Okay.  I'm going to mark the

19   next exhibit as 46, I believe.  Oops.  I just dropped a

20   highlighted one.  Let me try that again.  I have too

21   many windows open, even with two screens.

22           (Exhibit 46 was marked for identification.)

23           MR. RATINOFF:  All right.  So the most recent

24   one that I dropped should be the one marked as the

25   exhibit.

59

BY MR. RATINOFF:

Q.  Okay.  And you see -- I'm going to go ahead and just point to -- this is the last four digits, the Bates numbers, 4931, it was produced by CACI in response to the subpoena.

Do you have any reason to believe this wasn't a true and correct copy of the email that was produced?

A.  No reason to believe otherwise.

Q.  Now, if you scroll down to the bottom of this email, which would be the start of the email thread, 4933 being the page, and you'll see this is referencing the prior email we were talking about, I believe.

And scrolling up to the October 22, 2018, 10:10 p.m. email, do you see that?

A.  I do.

Q.  Okay.  At this point, do you know what version of Neo4j Next Century was considering?

A.  No.

Q.  And didn't -- was Next Century looking at ONgDB version 3.4 at this time?

A.  I would say yes, looking at the email.

Q.  So the equivalent version of Neo4j Next Century would be looking at would have been Neo4j 3.4, correct?

A.  I don't know the answer to that question.

Q.  As -- as of October 2018, was Next Century

60

SER_1299

Case 3:18-cv-07182-EMC Document 188-6 Filed 04/20/23 Page 22 of 38

IN RE XANT [30(b)(6) Confidential] September 16, 2022

1    considering both Neo4j Enterprise and ONgDB as a

2    potential graph database program to be using for Task

3    Order 39?

4         A.   Neo4j (sic) was evaluating Neo4j, ONgDB, and

5    other graph database technologies as part of our Task

6    Order 39.

7         Q.   And both Neo4j Enterprise and ONgDB were being

8    considered as of October 2018?

9         A.   They were both being evaluated as of

10   October 2018.

11        Q.   Okay.  And then moving up to this email that's

12   dated Friday October 26, 2018, in Exhibit 46, I believe,

13   it says, "Hi John.  Can you comment on the iGov-packaged

14   enterprise distribution specifically with respect to

15   multi-data centers," and then there's a block quote

16   below that says, "Have you verified this works without

17   a" -- "the commercial license?"

18             Do you see that?

19        A.   Yes.

20        Q.   Was multi-data centers a feature that was

21   important in the evaluation of -- of Neo4j and ONgDB?

22        A.   It was.

23        Q.   And was it your -- Next Century's understanding

24   that multi-data centers was an enterprise-only feature

25   in Neo4j?

61

1    A.  Yes.

2    Q.  And was it your understanding that ONgDB also

3    offered multi-data centers as a feature?

4    A.  Yes.

5    Q.  And was this based in part on the next email

6    where Mr. Suhy confirmed, "Yes, the open source

7    enterprise distribution we package has this feature.

8    (ONgDB does as well)"?

9    A.  Yes.

10    Q.  And that was consistent with Next Century's

11    understanding at the time?

12    A.  Yes.

13    MR. RATINOFF:  Okay.  I'm going to mark the

14    next exhibit as, I believe, 47.

15    (Exhibit 47 was marked for identification.)

16    MR. RATINOFF:  I'm assuming by Ben's silence I

17    am correct.

18    THE REPORTER:  You are correct, Counsel.

19    MR. RATINOFF:  All right.  So this email starts

20    with the Bates number CACI 3832.

21    BY MR. RATINOFF:

22    Q.  Do you have that in front of you?

23    A.  Yes.

24    Q.  Okay.  And it starts with the Bates -- sorry.

25    And so this email that was produced in response

62

1   to the subpoena issued to CACI.

2       Do you have any reason to believe this isn't a

3   correct copy of that email that was produced?

4       A.  No reason to believe otherwise.

5       Q.  Okay.  Now, if you -- I'll point you to page

6   marked 3834, which should be the third page in this

7   document.

8       I just want to confirm that this is the email

9   that we were just previously talking about, and this is

10  a continuation of that thread; is that a fair

11  representation?

12      A.  Yes.

13      Q.  And then we'll scroll up now back to what would

14  be the first page of this email, or the last couple

15  emails in the thread at 3832.  You'll see Mr. Nagiel

16  says, "Hi John, happy new year.  Any idea when the 3.5.0

17  release of the ONgDB is expected?"

18      Do you see that?

19      A.  I do.

20      Q.  And was Next Century inquiring into ONgDB

21  3.5 -- I'm sorry.  Strike that.

22      Why was Next Century inquiring into the release

23  of ONgDB -- ONgDB 3.5.0?

24      A.  As a continuation of the requirement assigned

25  to us under Task Order 39 for the evaluation of graph

63

```
 1   databases.
 2        Q.  So as of January 2019, had Next Century been
 3   using ONgDB to the exclusion of Neo4j Enterprise?
 4        A.  I don't know that it was to the exclusion of
 5   Neo4j.
 6        Q.  But at that time, Next Century hadn't obtained
 7   an commercial license for a copy of -- or an
 8   installation of Neo4j Enterprise, correct?
 9        A.  Correct.
10        Q.  Okay.  And was Next Century inquiring about
11   ONgDB 3.5 because Neo4j had also recently released
12   Neo4j 3.5?
13        A.  I don't know the answer to that question.
14        Q.  Was it important for Next Century's evaluation
15   to be using the same versions of Neo4j Enterprise and
16   ONgDB?
17        A.  Yes.
18        Q.  That was for parity reasons?
19        A.  Yes.
20        Q.  And when I say "parity," I mean
21   enterprise-level features.
22        A.  Yes.
23        Q.  So it was important that ONgDB continue to --
24   to have parity in enterprise features with Neo4j
25   Enterprise for the evaluation process?
```

64

Case 5:18-cv-07182-EJD Document 188-6 Filed 04/20/23 Page 36 of 38

1    A.  Yes.

2    Q.  And did Next Century, in early 2019, obtain a

3   version of ONgDB that was 3.5.1 as referenced in this

4   top email?

5    A.  I can't tell that from the email.

6    Q.  Did Next Century upgrade its -- whatever

7   version of ONgDB it was using in January of 2019 to

8   ONgDB 3.5, and it could have been any sub-version of

9   that?

10    A.  Yeah, I can't tell that from that email, but we

11   would strive for parity.

12    Q.  You have no reason to believe that, if ONgDB

13   3.5.1 was released, that Next Century would move to that

14   version if it was equal to the current version of Neo4j

15   Enterprise?

16    A.  Yes, we would have -- we would have leveraged

17   the most current version available.

18        MR. RATINOFF:  And let me go ahead and mark the

19   next email, which I'm going to drop here.

20        (Exhibit 48 was marked for identification.)

21   BY MR. RATINOFF:

22    Q.  Just let me know when you're able to open it.

23    A.  I see it.

24    Q.  Okay.  Now, this has been marked with a Bates

25   number of -- last four digits are 3635, and I'll

65

JIM WEYANT, 30(b)(6) - AEO                          September 16, 2022

CERTIFICATE

I, BENJAMIN GERALD, Certified Shorthand Reporter, Certificate No. 14203, for the State of California do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken shorthand at the time and place herein named;

That the deposition is a true record of the witness's testimony as reported to the best of my ability by me, and was thereafter transcribed to typewriting by computer under my direction;

That request [X] was [ ] was not made to read and correct said deposition.

I further certify that I am not interested in the outcome of said action, nor am I connected with, nor related to any of the parties in said action, nor to their respective counsel.

Witness my hand this 29th day of September, 2022.

BENJAMIN GERALD
CSR No. 14203

139

SER_1305

JIM WEYANT, 30(b)(6) - Confidential                    September 16, 2022

```
 1                    CERTIFICATE
 2        I, BENJAMIN GERALD, Certified Shorthand Reporter,
 3   Certificate No. 14203, for the State of California do
 4   hereby certify:
 5        That prior to being examined, the witness named in
 6   the foregoing deposition was by me duly sworn to testify
 7   to the truth, the whole truth, and nothing but the truth
 8   in the within-entitled cause;
 9        That said deposition was taken shorthand at the
10   time and place herein named;
11        That the deposition is a true record of the
12   witness's testimony as reported to the best of my
13   ability by me, and was thereafter transcribed to
14   typewriting by computer under my direction;
15        That request [X] was [ ] was not made to read and
16   correct said deposition.
17        I further certify that I am not interested in
18   the outcome of said action, nor am I connected with, nor
19   related to any of the parties in said action, nor to
20   their respective counsel.
21        Witness my hand this 29th day of September, 2022.
22
23
24   _____
     BENJAMIN GERALD
25   CSR No. 14203
                                                    139
```

# EXHIBIT 6

SER_1307

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Erik Nolten (erik.nolten@neotechnology.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Update - things to talk about next week |
| **Attachments:** | |
| **Sent:** | 02/13/2015 11:28:07 AM -0800 (PST) |

Hi Erik,

I try to call you on skype and I realize the time difference meant it is night for you. Sorry about that.

I just wanted to let you know that I have the document almost ready regarding the security board we spoke about. I realized I was supposed to send it to you earlier but I got pulled out to Maryland and didn't want to send it until I reviewed it.  I am just about done now and will send it out before we talk.

I've gotten feedback from current leads we are working with regarding Neo4J. I also spoke with David regarding security certification needs and realized a few ways to speed up the procurement process even further which we can discuss.

Here are the things I wanted to propose to discuss next week.  We will want an hour set aside if that is ok with you.

1) Reviewing the proposed security board plans I am sending out.

2) I want to submit to speak at RSA 2016 in San Francisco on the topic of graph databases and their role in cyber security. I am a past RSA speaker and had good rating by my attendees so I get special consideration when applying to speak.   I want to propose a highly technical panel for this one and want to talk to you about who you would want on Neo4J on it.   Talk to your marketing team. This can be a 'presented by Neo Technologies'  speaking engagement.

3) I want to make sure that any US government clients are directed over to us for the actual purchase / invoicing.  We don't have to be part of the sale if your sales team doesn't want, but we should be the ones sending the invoice.   If your team does all the sales work , we have no problem just passing through the percentage you have set aside for partner support.

The reason for this is that if government agencies have the ability to purchase licenses from you and us both,even though the price is exactly the same, they may have to competitively bid it out which adds months to the purchase cycle and may give time to change their minds.

If is communicated that PureThink is the only avenue for getting Neo4J government licenses then it gives the government client an important procurement path to buy without timely competition.

4) An important issue came up this week regarding security certification. The current licenses are project-based I want to talk to you about  offering a government license that can be agency-wide. The cost of C&A can be drastically reduced for agencies that may want to use neo4j for multiple projects.

5) We have a security team that handles everything security related and we realized that it will be beneficial to add C&A services as an option of the government license so that the contracting officer does not have to worry about bidding out those services which could cause delays to a project as a whole.

6) Since your sales teams are actively going after government it may be important to have a call to explain procurement options they can present to the contract officers.  IE - sole source, leveraging one of our statuses, or leveraging our GSA contract.

Sorry for the long email.

Do you want to talk Monday anytime?  Also I am free today if you are still around.

Have a great weekend,

John Mark


John Mark Suhy
PureThink
703-862-7780
jmsuhy@purethink.com
http://purethink.com

PT00003444.002
**SER_1309**

# EXHIBIT 7

**From:**        John Mark Suhy (jmsuhy@purethink.com)
**To:**          Erik Nolten erik.nolten@neotechnology.com
**CC:**
**BCC:**
**Subject:**     I sent you a link to a google doc I shared
**Sent:**        04/09/2015 08:26:32 AM -0700 (PST)
**Attachments:** Neo4JGovernmentResellerExclusivityAgreement.pdf;

You should be able to access it - just login using your neo4j email - you guys use google apps - as does purethink - so no need to create logins, etc.

Just incase you don't have time to login and view / comment - I've also included a copy in this email as a PDF.

We can basically have 2 documents - one that we give to agencies on your letterhead (I would just scan and send to them initially), and 1 between us that says you can cancel at any time for any reason.

I tried to make it as clear as possible to show that you can cancel the agreement tomorrow - for any reason.

Take a look at it - and let me know what you think.   I am sending it to Tim Brown who is our Govt procurement expert to see if the version we send to them is suitable.


John Mark Suhy
PureThink
jmsuhy@purethink.com
mobile: 703-862-7780
office: 703-348-3968 x 101
http://purethink.com

PT00003382.001

SER_1311

## Overview:

Government Agencies must follow FAR (Federal Acquisition Regulations) when awarding or purchasing software or services. The requirements are stringent and in most cases the agencies must competitively bid out requests which is time consuming. However - under certain conditions, a bid/purchase may be "Sole Sourced" where they do not have to competitively bid the request. To be able to "Sole Source" - you must have one of the justifications defined in FAR 6.30X. Being able to "Sole Source" - can save months of time, and takes a huge load off of the Contracting Officer. Since Neo Technologies gets the same amount no-matter who the re-seller is, it makes sense to choose a reseller who is the go-between person so that the FAR regulations can be met. Furthermore - if a competitor of Neo4J has the ability to sole source because they already possess the requirements for FAR (Such as an agreement like this one) - it is possible that the choice of technology could be affected because of the ability to get a sole source of another competing product could save them months of work.

## Purpose of this Agreement:

The purpose of this agreement is to ensure that US Federal, DOD and State governments can quickly procure Neo4J Enterprise licenses via Sole-Source using the justification defined by **Federal Acquisition Regulation 6.302-1** which states: **"Only one responsible source and no other supplies or services will satisfy agency requirements."**

Reference: http://www.acquisition.gov/far/html/Subpart%206_3.html

## How this Agreement would be Used

Whenever a government agency wants to procure Neo4J Enterprise - they would be told that they can sole source using the justification: **Federal Acquisition Regulation 6.302-1** We would provide them with this agreement as proof that support the use of this regulation.

PT00003383.001

SER_1312

## Agreements

1) **Agreement We provide to Government Agencies: (On official Letterhead)**

   PureThink LLC a Virginia Company, is the exclusive reseller of Neo4J Enterprise for US Government Federal, DOD, State, and Intelligence Agencies.  This agreement can be provided to Government Agencies if requested to support any FAR regulations.

2) **Our Agreement (Internal)**

   PureThink LLC a Virginia Company, is the exclusive reseller of Neo4J Enterprise for US Government Federal, DOD, State, and Intelligence Agencies.  This agreement can be provided to Government Agencies if requested to support any FAR regulations.

   Neo Technologies has the right to cancel this exclusivity agreement at any time and for any reason.  If the agreement is to be terminated - Neo Technologies must give PureThink sufficient notice so that they can notify any current agencies, or proposals of the change, and allow any current procurements to complete.

## Notes:

1) If another vendor wants to sell to the government - we can simply pass everything through to them and they can handle support.  So this agreement will not limit what a reseller can make - if they want to resell and handle the support, then we can just pass through to them.

2) We are going to be maintaining FISMA C&A documents that can be re-used for all government agencies to get their Authority to Operate.  This project is still in it's infancy - but as it grows we will be providing a huge amount of template documentation that can be re-used for security audits.

# EXHIBIT 8

| | |
|---|---|
| **From:** | Erik Nolten (erik.nolten@neotechnology.com) |
| **To:** | John Mark Suhy jmsuhy@purethink.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Any comments on that agreement? |
| **Sent:** | 04/10/2015 12:42:26 AM -0700 (PST) |
| **Attachments:** | |

Thanks John Mark, I have forwarded this to our legal department. I will discuss internally as well..

Erik


On Fri, Apr 10, 2015 at 12:53 AM, John Mark Suhy <jmsuhy@purethink.com> wrote:
Any comments on that agreement language I sent over?

I would say to see if the wording is acceptable with your team, if so - it would be nice to get something to them ASAP incase they decide not to take the alternative procurement path I recommended as a backup.

I updated the wording to clean it and make it as simple as possible and I added that you can cancel agreement via a simple email.

If it looks good - I would just PDF the signed public version (on letterhead or at least using logos) - and just provide it along with a template sole source justification template to make the contract officer's job as quick and easy as possible.

Show this to your colleagues (or use the link to comment:
https://docs.google.com/document/d/18TFq0E_tT68rgU9WCpCrccTNC0naC2EPG5mCXD3vLzc/edit#)

Let me know if it is something you think could go through and when you think we could do it so I can communicate it to FBI.

# Copy and Pasted Wording For the 2 Agreements (Public / Private)

## 1. Agreement We provide to Government Agencies: (On official Letterhead)
## Official Logos

PureThink LLC a Delaware Company, is the exclusive reseller of Neo4J Products and Services to US Government Federal, Department of Defense (DOD), State, and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed:

| Neo Technologies | PureThink LLC<br>John Mark Suhy<br>CTO PureThink LLC<br>jmsuhy@purethink.com<br>703-862-7780 |
|---|---|

## 2) Our Agreement (Internal)

PureThink LLC a Delaware Company, is the exclusive reseller of Neo4J Products and Services to US Government Federal, Department of Defense (DOD), State, and Intelligence Agencies.

Neo Technologies has the right to cancel this exclusivity agreement at any time and for any reason. This agreement supersedes any other agreements.

Signed:

| Neo Technologies | PureThink LLC |
|---|---|
|  | John Mark Suhy |
|  | CTO PureThink LLC |
|  | jmsuhy@purethink.com |
|  | 703-862-7780 |

John Mark Suhy
PureThink
jmsuhy@purethink.com
mobile: 703-862-7780
office: 703-348-3968 x 101
http://purethink.com

# EXHIBIT 9

SER_1317

| | |
|---|---|
| **From:** | Erik Nolten (erik.nolten@neotechnology.com) |
| **To:** | John Mark Suhy (jmsuhy@purethink.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Fwd: PureThink LLC - signed |
| **Attachments:** | unnamed document.pdf; unnamed document.pdf; |
| **Sent:** | 04/10/2015 01:29:35 PM -0700 (PST) |

Here you go...

Verstuurd vanaf mijn iPhone

Begin doorgestuurd bericht:

> **Van:** Michaela Johansson <michaela.johansson@neotechnology.com>
> **Datum:** 10 april 2015 21:22:51 CEST
> **Aan:** Erik Nolten <erik.nolten@neotechnology.com>
> **Onderwerp: PureThink LLC - signed**

> Hi Erik,

> please see below.

> Have a great weekend!

> //M.

PT00003371.001
**SER_1318**

DocuSign Envelope ID: F6D9F641-CA88-486B-A5T6-365FE7206262

Case 5:18-cv-07182-EJD    Document 183-10    Filed 04/20/23    Page 3 of 4



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed: _LARS NORDWALL_     Signed: _____

5E9692354E8643E...

| Neo Technology, Inc. | PureThink LLC |
|---|---|
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |

Neo Technology, Inc.    111 East Fifth Avenue    San Mateo, CA  1-855-636-4532

PT00003372.001
SER_1319

Case 5:18-cv-07182-EJD    Document 183-10    Filed 04/20/23    Page 4 of 4
DocuSign Envelope ID: F6D9F641-CA88-486B-A5T6-365FE7206262



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

Neo Technology has the right to cancel this exclusivity agreement at any time and for any reason.

Signed: _LARS NORDWALL_          Signed: _____
       5E9692354E8643E...

| Neo Technology, Inc. | PureThink LLC |
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |

PT00003373.001
SER_1320

# EXHIBIT 10

SER_1321

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** Utpal Bhatt utpal.bhatt@neotechnology.com
**CC:**
**BCC:**
**Subject:** Re: Found your mail provider
**Sent:** 04/15/2015 10:29:40 AM -0700 (PST)
**Attachments:**

I hope you had a great vacation. What part of Florida did you visit?

Can we have a quick call at 2 pm your time today. (5 pm EST)?
I will walk you through the white paper folder so you know where to look, and I also think I have something for the blog.
While you were gone - our teams have been working together to create something called the "Government Edition" so that we can more easily 'sole source' it to government agencies.  I will give you details when we talk.

I am free anytime after 2 pm your time.

Talk to you later,

John Mark


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Thu, Mar 26, 2015 at 5:27 PM, Utpal Bhatt <utpal.bhatt@neotechnology.com> wrote:
Hi John Mark,

Hope you are well. Just circling back to see if how we can work on joint marketing programs. You had mentioned an AML whitepaper that you wanted us to take a look as well.

We also have a very vibrant Neo4j blog and that would be a good opportunity for you to blog on AML and discuss how Neo4j and Purethink are helping enterprises address this need.

Best,
Utpal



On Fri, Feb 20, 2015 at 1:27 PM, Utpal Bhatt <utpal.bhatt@neotechnology.com> wrote:
John Mark,

It was a great conversation earlier today and I am looking forward to collaborating with you.

Best,
Utpal

On Fri, Feb 20, 2015 at 1:17 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:
No need to look up who you use for mail - I just did an mx record check and see you use google apps like us.  So that makes it easier to figure out how to put together a collaboration system.

Have a good weekend,

John Mark

John Mark Suhy

PT00003363.001

SER_1322

PureThink
jmsuhy@purethink.com
mobile: 703-862-7780
office: 703-348-3968 x 101
http://purethink.com


--
Utpal Bhatt
Vice President, Marketing | Neo Technology
650-346-7868 | utpal.bhatt@neotechnology.com | @bhatt_utpal



--
Utpal Bhatt
Vice President, Marketing | Neo Technology
650-346-7868 | utpal.bhatt@neotechnology.com | @bhatt_utpal

PT00003363.002

SER_1323

# EXHIBIT 11

SER_1324

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**         David Fauth (david.fauth@neotechnology.com)
**CC:**
**BCC:**
**Subject:**    Gov Edition Update
**Attachments:**
**Sent:**       07/14/2015 08:37:01 AM -0700 (PST)

I am going to send you a breakdown of why we created the Government Edition - since it may not be apparent without an explanation.

I will send you the high level overview so it all makes sense.

In a nutshell - it was put together specifically for US government procurements to help with sole source, GSA pricing negotiations (As no commercial sales and more features for pricing justification), and so that price publications to public that are common in govt contracting don't alienate other commercial clients or other country government clients.

Right now for example - with GSA prices public for Enterprise edition it may upset other countries and clients who would also want 18% discount.  The gov edition addresses all these editions.

will send details today.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

# EXHIBIT 12

SER_1326

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Charles Fischer (charles.fischer@neotechnology.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Government Edition - How it was Formed. Read before you speak to your IAI contact |
| **Attachments:** | neo4j-purethink-sole-agreement.pdf; |
| **Sent:** | 07/28/2015 07:13:20 PM -0700 (PST) |

I tried to make this "short" as I know my brain dumps usually don't get read through most of the time. Her is my "short" overview of how the government edition came to be and how it is your company's product. I did not proof read - so sorry ahead of time for grammar issues.

I realized on our call this evening that you had assumed that we just created an edition ourselves by putting a name on it and selling it as our product. You had asked why IAI couldn't do the same thing as we did. I realize I probably should have gone over this before - I just assumed that you had this information previously.

The Government Edition was all just a virtual "concept" we put together based on our "business model". It came about initially for the FBI proposal, as they were moving in the direction of competitively bidding out a procurement because they got quotes from some companies who were not partners.

It was virtual up until Neo Technology - Your legal department to review everything, and someone with the authority to "sign it into existence". (Lars)

Among other supporting documents, we provide a copy of the  "Government Edition Exclusivity Agreement" between Neo Technology and PureThink to the contract officer as part of the sole source justification.  It's the key sole source justification document.

So you should consider the Government Edition as a product owned by Neo Technology and PureThink is the only company who can sell it to the US Government right now. For example: If you wanted to sell through another reseller in the future, you would re-assign this agreement over to the new reseller for them to continue off where we left.

Without this agreement, outside of national security reasons, the sole source path would not be available. Sandia Labs for example would have had to competitively bid it - possibly taking many months to a year longer to close the deal.

With the Enterprise Edition, we don't think there is a valid sole source justification since you don't have any 'exclusivity' agreements around US Government for it and many other partners can technically resell it to the government just by getting a SAM account.  If someone attempted to sneak an attempt at a sole source for the enterprise edition,  it would probably be protested as soon as it hit FBO by any number of partners who would want a shot at it.  The exclusivity agreement we provide is extremely strong - and the wording is simple to ensure the CO is comfortable and it will hold up down the line regarding any protests, etc.

Attached is the key document we provide to the contract officer for sole source justification for the Government Edition.

I hope this brings some light on the subject. We have to  ensure that the partner program is supported the same as it is for the Enterprise Edition by taking on the added risk by allowing full passthroughs. So in the situation where a partner wants to sell to a government client - they simply can facilitate the sale through the procurement paths we setup - everything else would be the same to them revenue and responsibility wise.  I would think that MOST partners would be happy that you have a procurement path setup for them to ensure a quick "deal".

If a partner wanted to sell the enterprise edition directly - it would make no sense for Neo as the procurement process would take a long time as it would be competed.

Hopefully I have not caused more confusion and cleared it up. To Summarize : The Government Edition is Neo Technology's product, not ours and you  have full control over it. You can reassign exclusivity to IAI, Carahsoft, etc at any

PT00003056.001
SER_1327

time for instance.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

DocuSign Envelope ID: F6D9F641-CA88-4868-A5T6-365FE7206262

Case 5:18-cv-07182-EJD    Document 183-13    Filed 04/20/23    Page 4 of 4



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed: LARS NORDWALL                   Signed: _____
5E9692354E8643E...

| Neo Technology, Inc. | PureThink LLC |
|---|---|
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |

Neo Technology, Inc.    111 East Fifth Avenue    San Mateo, CA  1-855-636-4532

PT00003057.001
SER_1329

# EXHIBIT 13

| | |
|---|---|
| **From:** | Erik Nolten(erik.nolten@neotechnology.com) |
| **To:** | Charles Fischer |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Hello Erik - good headway w IAI and PT. Question about Government Edition... |
| **Sent:** | 07/31/2015 02:14:46 AM -0700 (PST) |
| **Attachments:** | Government Edition1.pdf; Government Edition2.pdf; |

Charley, here are the two documents we created for the Government Edition. The fist document shows we cancel this any time we want.

Erik

Regards, Erik Nolten
Director alliance & channel | Neo Technology
erik.nolten@neotechnology.com
Cell: +31 652 721 808
Skype: erik.nolten


On Fri, Jul 31, 2015 at 12:01 AM, Charles Fischer <charles.fischer@neotechnology.com> wrote:

Erik can you talk tomorrow AM  - questions for you about the Gov Edition we apparently approved for PureThink?  I dont recall the details.

Let me know when is good.

--
**Charles Fischer**
VP of Sales, NA  |  Neo Technology
415-250-0458  |  charles@neotechnology.com
skype:  charlesfischer3

DocuSign Envelope ID: F6D9F641-CA88-486B-A51B-365FE7206262

Case 5:18-cv-07182-EJD    Document 183-14    Filed 04/20/23    Page 3 of 4



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

Neo Technology has the right to cancel this exclusivity agreement at any time and for any reason.

Signed: _LARS NORDWALL_        Signed: _____
DocuSigned by:
5E9692354E8643E...

| Neo Technology, Inc. | PureThink LLC |
|---|---|
| Lars Nordwall | John Mark Suhy |
| COO | CTO PureThink LLC |
| Neo Technology, Inc. | jmsuhy@purethink.com |
| lars.nordwall@neotechnology.com | 703-862-7780 |
| 1-855-636-4532 | |

Neo Technology, Inc.    111 East Fifth Avenue    San Mateo, CA    1-855-636-4532

SER_1332

DocuSign Envelope ID: F6D9F641-CA88-486B-A5T6-365FE7206262

Case 5:18-cv-07182-EJD    Document 183-14    Filed 04/20/23    Page 4 of 4



San Mateo, 11. April 2015

To whom it may concern,

PureThink LLC a Delaware Company, is the only Neo4j Government Edition reseller that is certified to resell and support to the US Federal Government, Department of Defense (DOD), and Intelligence Agencies.

This agreement can be provided to Government Agencies to support any **Federal Acquisition Regulation (FAR)** regulations.

Signed:  _LARS NORDWALL_          Signed:  _____
         5E9692354E8643E...

| | |
|---|---|
| Neo Technology, Inc.<br>Lars Nordwall<br>COO<br>Neo Technology, Inc.<br>lars.nordwall@neotechnology.com<br>1-855-636-4532 | PureThink LLC<br>John Mark Suhy<br>CTO PureThink LLC<br>jmsuhy@purethink.com<br>703-862-7780 |

Neo Technology, Inc.   111 East Fifth Avenue   San Mateo, CA  1-855-636-4532

# EXHIBIT 14

SER_1334

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Scott Colip (scolip@ksmconsulting.com) |
| **CC:** | Matthew Richards (matthew.richards@neotechnology.com) |
| **BCC:** | |
| **Subject:** | Re: Request for Evaluation and General Pricing and Procurement Options for Neo4j Enterprise for Government |
| **Attachments:** | |
| **Sent:** | 09/09/2015 08:56:34 AM -0700 (PST) |

That sounds good.  I copied Matthew Richards as well from Neo Technology to fill him in.  He is our counterpart from Neo Technology.

If you need any guidance, demos, etc - feel free to reach out to either of us at any time.

On another note - if you need any procurement guidance, please let me know.

We have all the necessary contractual paperwork for sole source justification.   We have had several sole source procurements already.  I know that government procurement can provide quite a few obstacles, which is why Neo Technology created the Government Edition.  As it's not well marketed - a lot of contract officers are not aware of it.

If you are still trying to do brand name justification - feel free to let us know if there is anything we can help with in terms of documentation, guidance, etc.

We are here if you need anything until they get back to me regarding the trial timelines they want.

Thanks,

John Mark

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Fri, Sep 4, 2015 at 10:23 AM, Scott Colip <scolip@ksmconsulting.com> wrote:

> John Mark,
>
> Thanks for the continued follow-up.  I'm working with the client to establish who will do the download and install of the trial (as only they have the admin right necessary to do so within the target environment.  I'm hopeful that someone from the Indiana Office of Technology (IOT) will be reaching out to you soon.  Stay tuned…
>
>
> Kind regards,
> Scott
>
>
> **Scott Colip**
>
> KSM Consulting

**KSM** CONSULTING

| | |
|---|---|
| **Tel** | 317.452.1798 |
| **Main** | 317.452.1700 |
| **Cell** | 317.646.6427 |
| **E-mail** | scolip@ksmconsulting.com |

800 East 96th Street, Suite 100

Indianapolis, IN 46240

www.ksmconsulting.com


From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: Monday, August 31, 2015 4:18 PM

**To:** Scott Colip <scolip@ksmconsulting.com>
**Subject:** Re: Request for Evaluation and General Pricing and Procurement Options for Neo4j Enterprise for Government


Did you want me to send you the Government / Enterprise Edition evaluation download?  I just need to know how long you want it for as you mentioned you wanted it longer than 30 days.


Also - I'd be happy to get David Fauth on the call from Neo Technology.  He is their head technology guy / trainer and may be able to give some guidance on your road map.


Let me know what else I can help with.  You can reach me anytime at 703-862-7780.  I'll try to give you a call again shortly.


Thanks,


John Mark


John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

http://purethink.com

On Mon, Aug 31, 2015 at 2:41 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:

Attached are the prices for the standard (Enterprise Edition equivalent) and the discovery bundle.

Neo4j Government Edition is an official Neo Technology product specifically created for US Government procurement. It is priced the same as the Enterprise Edition, but has a Government friendly EULA, and adds FISMA and DevOps support.  We are the only reseller of the Government Edition which allows for sole source procurement justification for Federal agencies.

Please note - that if you got a different quote for the Enterprise Edition - then we would have to match it as the Government Edition is the only version that will be acceptable for procurement.

I can give you a call and explain in more detail after my meeting I have now.

Thanks

John Mark

John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

http://purethink.com

On Mon, Aug 31, 2015 at 12:52 PM, Scott Colip <scolip@ksmconsulting.com> wrote:

John Mark,

Thank you for the quick response.  I'm sorry I was unavailable late Friday (had to head out of town). Receipt of pricing today would be great.  We're trying to generate a roadmap in order to be prepared if the client will go with Neo4j at all, and specifically if they would then require the Gov edition.

As for evaluation period, we're exploring the potential of the community version with redacted data.  I'll get back with you as soon as I know if that path will work or if we will instead need to go with the Gov edition trial.

Thanks,

Scott

**Scott Colip**

KSM Consulting



| Tel | 317.452.1798 |
| Main | 317.452.1700 |
| | |
| Cell | 317.646.6427 |
| E-mail | scolip@ksmconsulting.com |

800 East 96th Street, Suite 100

Indianapolis, IN 46240

www.ksmconsulting.com

From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: Friday, August 28, 2015 3:06 PM
To: Scott Colip <scolip@ksmconsulting.com>
Subject: Re: Request for Evaluation and General Pricing and Procurement Options for Neo4j Enterprise for Government

Hello Scott,

Sorry I missed your call, I will be back in the office Monday, I've been on vacation and just got back today.  I will get you the pricing information by Monday if that is ok for you.   As for procurement options, we are the only authorized provider of Neo4j Government Edition - which allows for different procurement paths such as sole source.     Are you looking for a specific vehicle such as GSA Schedule 70, etc?

As for the evaluation period, we can be flexible, could you tell me what type of evaluation period you would like.  You can have it the system up and running within minutes.

If you would like to download an evaluation version today, just let me know and I will set you up and send you a link by COB, otherwise I can send you something over the weekend.

You can reach me anytime today at 703-862-7780 if you need anything as well.

Have a good day,

John Mark

John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

http://purethink.com

On Fri, Aug 28, 2015 at 2:50 PM, Scott Colip <scolip@ksmconsulting.com> wrote:

Alex at Neo Technologies referred me to your website.  I called 703-348-3968 x 101 and got the mailbox.

I'm working a project with a State Government client and exploring the potential of using Neo4j Gov Edition.  Could you please provide general pricing and procurement options accordingly?  Do you offer a free evaluation period (and of what duration)?  How quickly can an evaluation download be made available, and then be up and running?

Thanks in advance.

**Scott Colip**

KSM Consulting

KSM CONSULTING

**Tel**     317.452.1798
**Main**   317.452.1700

**Cell**    317.646.6427

**E-mail**          scolip@ksmconsulting.com

800 East 96th Street, Suite 100

Indianapolis, IN 46240

www.ksmconsulting.com

# EXHIBIT 15

**From:**     John Mark Suhy (jmsuhy@purethink.com)
**To:**       John Broad john.broad@neotechnology.com
**CC:**
**BCC:**
**Subject:**  Initial Documents
**Sent:**     10/26/2015 12:05:51 PM -0700 (PST)
**Attachments:** PureThink-Neo-Technology-Overview.pdf; GSAComplicationsAsofJuly12015.pdf;

Attached is the document I wrote up in the plane on the way back.
(PureThink-Neo-Technology-Overview.pdf)

I wrote that just for you with the intent of identifying initiatives
completed, and current issues that should be addressed.

I am glad you have government experience because you will understand
the issues we need to address which are specific to the US Government.

Remember - these were all internal originally and were used to ensure
our focus and messaging was understood internally - mainly between
Sinisa, Tim, and myself. So please ignore the poor grammar. I wrote
all of them and I'm not the best writer! Tim usually cleans up
anything we send to clients, etc.

Initial Set of Documents:

1) PureThink-Neo-Technology-Overview.pdf (Attached to this email.
Read this first.)

2) A rough draft of the execution plan - this is a cut down version of
the original plan which was too aggressive for these early stages.
https://docs.google.com/a/purethink.com/document/d/1HbICEDkig-
ZAbI9I3sXIWmV_1gkysHWm1cPA_x3RXg8/edit?usp=sharing

3) Attached PDF - rough draft of internal memo discussing the issues
with IAI sneaking in Neo4j on their GSA list.

After you are ready for the next set - let me know. I will send you
all of the documents we provide to the government clients to justify
sole source procurement. This includes exclusivity agreement between
Neo Technology and PureThink, etc.

I'll probably just add you to our Google Drive folders so you can
browse everything in there if that works better for you.

We use google apps just as Neo Technology does - so we are able to
share documents on google drive, etc between the companies easily. I
shared the below links with your neotechnology email. So if you are
not already logged in - you just login using your
john.broad@neotechnology.com. You most likely will already be logged
in if you use web / gmail for your neotechnology emails.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com


On Fri, Oct 23, 2015 at 2:04 PM, John Broad
wrote:
> It was great to meet you as well. Thank you for compiling all the documents

PT00002684.001

SER_1342

> it was great to meet you as well. Thank you for compiling all the documents
> & summarizing.
>
> I look forward to poring over and discussing further very soon.
>
> Thank you again for your support. Take care.
>
> John
>
> John A. Broad | Director, Channels & Alliances | Neo Technology
> mobile: +1.925.788.2347 | www.neo4j.com
>
> On Fri, Oct 23, 2015 at 10:52 AM, John Mark Suhy
> wrote:
>>
>> It was great meeting you in San Francisco.
>>
>> I put together all the docs and wrote up a summary for you that should
>> clarify everything on the plane.
>>
>> After this call - I have a call with DSS then I am going to send you
>> everything for you to look through.
>>
>> It's a few pages of information - but the summarization really is all
>> you really need to pay attention to.
>>
>> Talk to you later
>>
>>
>> John Mark Suhy
>> PureThink
>> jmsuhy@purethink.com
>> 703-862-7780
>> http://purethink.com
>
>

PT00002684.002

SER_1343

This document is aimed at addressing key concepts and points around Neo Technology and PureThink LLC. The intent of this document is to alleviate confusion by laying out some concepts in a 'to the point' matter from PureThink's perspective.

Please note that it touches on the same subject(s) from multiple viewpoints in different places. I hope this helps to communicate the 'message'.

**Important Concepts**

1) It's important to communicate our business model as it clarifies many of the initiatives we've setup and executed. I hope that understanding our end-goal will allow Neo Technology to understand that the initiatives we are taking on , are in your best interests, and that the success of Neo4j in the Government is the only way we can be successful. Our focus is to build up the infrastructure (past performance, etc) that will let us focus on professional services around Neo4j Development for the US Government. Our status / certifications and past performance are critical drivers in taking the lead as the competition will be tough. This is a high level plan – we have not focused on the details however as as it may take many years to realize. Adoption of Neo4j in the Government is critical however. The partner fees we receive from non-partner government sales help support these initiatives – they are not looked at as 'commissions'. For example – as government adoption grows and many more sales come in – we understand if the fees must be cut to help drive your growth – and since the fees only go towards 'funding' our execution of the initiatives. They are not part of our future business modeling outside of operating costs.

2) Neo4j Government Edition is a Neo Technology Product – originally conceptualized by PureThink as part of the Government Initiatives plan. PureThink does not own this product. For example – Neo Technology can request to revoke exclusivity and assign to another company. This approach addressed most major issues that were identified if the Enterprise edition was to be sold to the US Government. From GSA pricing, to sole source procurements, etc. See the plan document for more information.

It's important to communicate the above information to the partners and Neo Technology sales people as currently we still hear it being described as a 'purethink' product.

3) PureThink assists in business development to drive adoption of Neo4j in the US Government and handling the actual procurement of Neo4j to the Government. HOWEVER – we do not do direct sales activities for specific reasons which I will touch on below. Your sales team should consider us as part of their team – to support them in getting the deal. In many cases it is not apparent that Neo Technology and PureThink are different as we try not to advertise that fact until procurement time – which usually is a different team. 2 Reasons for this are:

- To ensure the partner community feels fair and looks at our relationship as a benefit to help them, not as competition – we do not want to ever be in a situation where we may be competing for a sale with another vendor.  If a vendor brings in a sale – it goes to them.  If a sale originates directly to Neo Technology (which can be from our bizdev efforts for example) – then it will help support us.  We don't expect many vendor procurements in the US government just yet – but once we communicate what we've done to streamline the process – partners may start feeling that they can invest the time into government sales activities.  Infact – the setup we put in place may actually allow vendors to feel more comfortable investing in the government space.  (We can discuss this in detail at another time.)

4)  Neo4j Government Edition should be the only edition to sell to the US Government.  This needs to be communicated to sales people and partners – as not doing this will simply cause competitive procurements leading to very long procurement times, and possible lost deals that miss budget deadlines, etc.  Most likely there may need to be a simple clause stating this in the partner terms as it's likely that agencies may want us to 'prove' that they can not buy the enterprise edition.  We think that modifying the partner terms may be the best legal way to address this and will work with your legal team.

5)  Partners who sell to the government will get all the same benefits / fees as if they were selling the enterprise edition.  Our goal is to fully support the partner community and it's objectives – not impede it. The risk of doing this will be absorbed by both PureThink and Neo Technology –  however the risks are mainly around not being able to meet SLA's around support requests.

6)  Government Agencies who purchase Neo4j should be looked at as Neo Technology clients. Your team should treat it as if they are your direct clients.  Even though they are technically our direct clients – the goal and 'essence' of what we setup is to be an 'arm' of Neo Technology and to keep to that 'essence' – it's important for Neo Technology to understand and embrace the fact that they can treat these clients as their own.  You don't need to ask permission to contact someone,  have meetings, even sell other stuff to the clients.  However – it's important to keep us in the loop so we can offer guidance and prevent your team members from making mistakes that would not cause trouble in the commercial world.

7)  Consider us as part of your team.  Government End users of Neo4j many times do not even know that we are another company.  (The procurement officers do however).  The partner fees are letting us operate – so it's important to leverage us as team members.

**Important outstanding issues that need to be addressed:**

- (CRITICAL) Get IAI to remove their GSA listing of Neo4j Enterprise on their GSA Schedule 70.  They can keep the services just remove the subscriptions. This is one of the most critical issues that must be addressed.

   It is counterproductive to Neo Technology's government initiatives – infact it is going to damage or derail our initiatives as GSA is a reference source when deciding on competing out procurements.  It sends a mixed message to procurement offices which will ultimately end in competitive procurements, protests if awarded, etc.   There is a reason we never put it on our GSA 70 Schedule – which is a whole other discussion.  Right now would be the best time to ask them again to remove it because of 2 key reasons:  1) They had unrealistic expectations that they now realize after the end of the financial year.  And 2)  It is going to cost them money to update their schedule to reflect the new pricing changes.   You can communicate that your pricing is still in transition and there may be other changes.  (This costs more money on their side).  Finally – I believe you do have the ability to 'force' them to remove it from their listing.  I think your legal department didn't think they did – but our resources said there is a way.   It should not come to that however with the tactful persuasion.

- Educate Sales People and Vendors who may deal with government as knowing this information and what to say to leads is very important.   I think we should just setup some basic webinars, and guidance via the wiki / intranet.

- Ensure the sales teams understand that we are not competing with their team.  We are part of their team and are here to support them to get the sale done while navigating the government rules.  Any leads that come in to us are passed directly to Neo Technology as you have the sales infrastructure.

- We need to have some formal way to letting everyone including the government know that they cannot purchase Neo4j Enterprise – only the Government Edition. We can brainstorm – but it may be as simple as adding it into the partner agreement.  Remember – the goal is not to corner the market for PureThink and government, as the next line item will explain.  We will want to write up a document explaining the pros of this approach to vendors if they still have issues as many may not understand that us government is a polar opposite of the commercial space..

- Ensure Partner Community Comfortable with this structure. As PureThink's position can be looked at negatively by other partners – It's important to ensure they are comfortable with the fact that this setup benefits them, and does not introduce unfair competition. For example we may want to create an agreement that states that PureThink will not compete or offer any direct sales to government agencies.  We only handle procurements and only get our partner (operating) fees when the deal comes in to Neo directly – not originating ('registered') by a

PT00002685.003

SER_1346

partner.   Furthermore – we can have agreements ensure partners that we will not leverage our position as prime in any way to 'compete' and that they will be transparent on all activities with the client.  Possibly even taking the same approach as we do with how we see clients as Neo Technology clients.  The key is that we need to do whatever is necessary to ensure partners feel fair and the 'essence' of the partner ecosystem is maintained.

- Setup a process for partners to 'register a deal' for Government Sales.  Since the deal will be sole sourced – this may actually encourage partners to invest into neo4j government sales – which they may not have done otherwise when the sale could not be guaranteed because of competition obligations of the government.

- Prepare for the first partner government sale – we have addressed several infrastructure tasks – such as ensuring we know if a support ticket is about to miss an SLA, etc.

- We have office space Neo Technology can use whenever they need for sales, etc. If Neo Technology does setup an office in the DC area – it may be good to give access and set aside at least 2 cubes so we can come interact and support your team when needed.

# GSA Complications Caused By IAI Schedule 70 Listing

Information Analysis Incorporated added Neo4j to their GSA schedule with 17% discounts. We want to talk to discuss how we can move forward because of the issues this introduces.

Unfortunately – the only realistic resolution to addressing this issue before it effects procurements is to have IAI remove the listing from their schedule.

It's simply too early to list Neo4j on GSA for many reasons. Some of which are below:

- The enterprise edition should never have been listed. GSA considerations were major drivers in the whole Government Edition idea. Neo4j Government Edition addresses the issues that caused IAI to have to drastically cut their prices.

- Neo4j pricing has not been hammered down – and will take some time to find 'the groove'. Changes in pricing and/or terms is expensive for GSA contract holders and there are limits on the amount of changes that can be made in a certain time.

- GSA Schedule 70 will be important in the future – but right now sole source provides the best value in procurement path.

- GSA Schedule 70 simplified procurement rules are limited to 149k$ before more time consuming procedures must be followed.

- The government is not 'educated' yet on Neo4j. Unlike products like Microsoft office – people aren't just going to go buy from GSA. GSA will be important in the future – not now.

- Alianating non us government clients: GSA contract pricing is publically available – your other commercial clients and foreign governments will see your discounts, etc and may expect the same treatment. The government edition however is only sold to the us government and will follow the prices of the enterprise edition. We did this specifically to address alienation of other non us government clients, while ensuring discounts would not have to be given.

- Neo Technology took on liability when it allowed IAI to list the enterprise edition which has commercial sales. There was a large lawsuit that shows how costly this can be for the product 'owner'. (Remind me to send you the news article)

PT00002686.001

SER_1348

- There are different models for listing on a GSA schedule – those models need to be studied to identify the approach that benefits Neo Technology and the ecosystem while maintaining procurement paths such as sole source.

## Quick FAQs:

**Information Analysis Incorporated added Neo4j Subscriptions to their GSA schedule this week.**

IAI added Neo4j Enterprise Subscriptions to their GSA schedule at heavily discounted rates. (Almost 17% discount.)  This information is now public record.  Meaning that all commercial entities will be able to see prices, but more importantly contract officers will see a) There is competition, and b) They know the starting prices.  It will take some additional marketing efforts and cost to explain differences in editions.

Here is the link to their public record - it will probably start being indexed by search engines soon making searches for "Neo4j price list" show this.
https://www.gsaadvantage.gov/ref_text/GS35F0062J/GS35F0062J_online.htm

I just wanted to make sure you are aware that your commercial customers will have access to price lists now at high discounts.

https://www.gsaadvantage.gov/ref_text/GS35F0062J/GS35F0062J_online.htm
See pages 13-16 (I believe)

They used Enterprise Edition which has commercial sales which are used against them.  They should have never negotiated an 18% discount. Infact - we believe that having zero discount or a higher price is justified. Furthermore, It seems that they may have used the 25% partner fee as a "commission" where it should have been referenced differently as the fee can be justified to show that it is paying for a vendor to support a client.  It is not a commission and should not be communicated as one.

PT00002686.002

SER_1349

# EXHIBIT 16

SER_1350

**From:**        John Mark Suhy (jmsuhy@purethink.com)
**To:**          David Fauth (david.fauth@neotechnology.com)
**CC:**          Tim Brown (tbrown@purethink.com)
**BCC:**
**Subject:**     Neo4j Government Edition Info
**Attachments:** Neo4jGovernmentEditionFISMAFactSheet.pdf; Neo4j Government Edition Architecture Details.pdf; High Level
                 Architecture Diagram.pdf;
**Sent:**        01/28/2016 01:00:43 PM -0800 (PST)

Attached are internal docs that shouldn't be shared with end-users.  They are what I use to communicate the concept internally, and to Neo when needed.

Here are just some quick points to touch on:

- We have supporting docs for sole source justification in the form of legal agreements, etc.  The exclusivity agreement between  Neo Technology (signed by Lars) and PureThink essentially a) lays out that the fact that Neo Technology has an edition called Neo4j Government Edition, and b) says we are the exclusive US provider of Neo4j Government Edition.

- Neo4j Government Edition is essentially :  Neo4j Enterprise Edition + Additional Support Services for Gov + (GraphAware Enterprise Framework + FISMA plugins which plugin to GraphAware Enterprise Framework. )

- The Government Edition is the same price as the Enterprise Edition - so any quotes for Enterprise Edition have to be honored.

- PureThink's (John Mark mainly) Role is simply to ensure procurement goes through and help drive adoption.   We don't handle any sales, etc - however since we do make money from what we've setup - we basically act as a core part of your team for any government sales.

- Every US Government sale has been sole sourced through what we setup so far. So it goes to validating sole source justification questions.

- GSA Fact #1 : IAI (Who we also are partners with for other things) has a GSA schedule listing with Neo4j Enterprise. In a nutshell - they didn't do it right and had to negotiate down a huge amount. (~180k for the 'standard' enterprise).  They have not updated their prices - so most likely procurement due diligence will use GSA pricing when researching prices - and will make us come close to that price.  As we communicate that the Government Edition is the same price as Commercial right now - it highly likely that procurements like Census will end up asking us to match the GSA schedule pricing.  Of course we may be able to come up higher because of the government framework components, etc - but doubtfully up twice the price as the new pricing is.

- GSA Fact #2 : Having the ability to sole source the way we do is just as attractive as buying through GSA for most.  So if an agency prefers GSA it would only be until they realize the overall costs.  Since any sale over a threshold must be 'competed' even for GSA - and so in the end - for the big enterprise sales - we would end up still coming in and sole sourcing outside of GSA.


Hope this helps.....

see attachments too...

PT00000160.001
SER_1351

# EXHIBIT 17

SER_1352

**From:** John Mark Suhy (jmsuhy@purethink.com)
**To:** David Mohr david.mohr@neotechnology.com
**CC:**
**BCC:**
**Subject:** Re: Questions based on this morning's conversation
**Sent:** 08/25/2016 12:01:07 PM -0700 (PST)
**Attachments:** aia-neo4j-gsa-schedule.pdf; aia-neo4j-gsa-schedule.pdf;

Hi Dave - here are some answers to the questions below: I tried to outline the answers in blue text.

Also I reference Neo4j Enterprise Government a few times, below is a quick explanation of that that is:

Neo4j Enterprise Government is a Neo Technology product (Not PureThink) which extends Neo4j Enterprise (and all of it's offerings) to address FISMA and Sole Source procurements. It adds a framework called the FISMA framework to Neo4j Enterprise which adds all sorts of security controls, auditing, etc which is important for any government agency getting an Authority to Operate (ATO) for a system Neo4j will be part of.

It costs exactly the same as Neo4j Enterprise so Neo4j Enterprise quotes are valid for Neo4j Enterprise Government Edition.
It can be sole sourced because Neo Technology has given PureThink exclusivity to this specific edition specifically just to support sole source. This means fast procurements. Even GSA has it's limits for higher priced purchases - which is why every US Federal agency so far has used sole source as the procurement vehicle.

1. Client references in Federal / public sector that are currently using neo4j in production or technology labs

NIH is using Neo4j Community
IRS will be using Neo4j Enterprise / Government Edition starting in October
US Census is expirementing with Neo4j and it has passed their review process to be able to be used in their lab environment.
FBI is using Neo4j - but project is TS and you won't be able to get a reference, etc. (Keep FBI info internal between Neo Technology and PureThink)
Sandia National Labratories is using Neo4j Enterprise / Government Edition for R&D, analysis, etc.

2. Benchmark studies against RDBMS or No-SQL Databases
You can get some benchmarks from your team - but it may be important to focus on benchmarks specific to use cases where Neo4j excells - as some use-cases are just not cut out for Neo4j.

3. Largest size of data that Neo4j has supported in Production environment
I would ask Philip or Neo Team about this.

4. Horizontal scaling topology and architecture
Horizontal scaling is what Neo4j Enterprise excels at. But be careful when discussing because not everyone needs the horizontal scaling and in a lot of cases - when they don't - they find Neo4j Community Edition does everything they need except for addressing FISMA which is what keeps a lot of agencies inline for a subscription. With that said - I will try to put together some slides around Neo4j's Horizontal Scaling Architecture and Topology.

5. Cloud support
    a. Can neo4j run on AWS/ MS Azure ? How does licensing work on cloud ?
        Yes for both. You want to reach out to Benjamin Nussbaum from Atom Rain  (ben@atomrain.com)
        They are focusing on on-demand Neo4j and are already setup for GovCloud. Furthermore - they can easily launch Neo4j Enterprise Government Edition instead of the commercial Neo4j Enterprise Edition if FISMA is important.

    b. Do you have a SaaS model ? Is it FEDRamp or FISMA certified ?
Yes regarding SaaS model - See 5a above regarding SaaS.   There is no such thing as "FISMA Certified" - the FISMA Framework however addresses the NIST 800-53 security controls that need to be supported for an ATO. As for FEDRamp that is related to cloud which Ben can answer. But I believe it is the wrong question to ask just like asking if something is FISMA certified.

6. Details on Enterprise licensing - charge per user / CPU / Data / API etc. etc.

SER_1353

a. Do you have a GSA Schedule ?

We do but we do not list Neo4j on it as our partner IAI has Neo4j Enterprise on their GSA schedule. We did not add it to our Schedule 70 since we work closely with IAI on all Neo4j stuff.

Be aware that their schedule pricing for Neo4j is based on the old pricing model that is heavily discounted so be careful mentioning it if you plan on using the new pricing until we get it fixed.   We are working with IAI to update their schedule listing to reflect new pricing and the FISMA Framework.    Note that even though they only have Neo4j Enterprise Edition listed - we give them the FISMA Framework which is the big differentiator between Government and commercial edition.    On another note - depending on the procurement size - if it is over a specific threshold - then sole source may be better option. Every US Federal Government subscription of Neo4j has been sole sourced through us and upheld leveraging Government Edition.  So you may want to mention the fact that there is also a Sole Source Option if their procurement size goes over a specific threshold.

I attached IAI's GSA Schedule to this email for your review.   You can reach out to Richard Rodriguez rodriguez@infoa.com M: 571-262-9153 anytime if you have questions and can't reach me.

7. Professional services pricing.

Neo Technology has their own professional services pricing which I believe is too high for Government.   Also - usually professional services needs to be competed out meaning a long procurement cycle - so always good to separate them out or bundle them into a package. If and when it comes down to that - just let me know and I'll help you structure that.

As for professional services price list - if they go through GSA then professional services can also be done through GSA.  Otherwise for any other vehicle I attached our GSA price list for professional services to use as a reference.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Thu, Aug 25, 2016 at 12:53 PM, David Mohr <david.mohr@neotechnology.com> wrote:

David Mohr
Neo Technology
+1 (339) 236-3553

Please join me at GraphConnect San Francisco on October 13th. Discount Code: DM20



---------- Forwarded message ----------
From: **Sumant Kapoor** <sumant@radiantt.com>
Date: Wed, Aug 24, 2016 at 9:37 AM
Subject: Questions based on this morning's conversation
To: David Mohr <david.mohr@neotechnology.com>
Cc: Sumant Kapoor <sumant@radiantt.com>

Dave,

Appreciate your call this morning. As discussed, please provide us with some more information related to the following:

1. Client references in Federal / public sector that are currently using neo4j in production or technology labs
2. Benchmark studies against RDBMS or No-SQL Databases
3. Largest size of data that Neo4j has supported in Production environment
4. Horizontal scaling topology and architecture
5. Cloud support
   a. Can neo4j run on AWS/ MS Azure ? How does licensing work on cloud ?
   b. Do you have a SaaS model ? Is it FEDRamp or FISMA certified ?
6. Details on Enterprise licensing - charge per user / CPU / Data / API etc. etc.
   a. Do you have a GSA Schedule ?
7. Professional services pricing.

Thank You.

Sincerely,

Sumant Kapoor
President
**Radiant Infotech**
5520 Research Park Drive, Suite 100, Baltimore, MD, 21228
**Phone:** (443) 846-2525 | **Email:** sumant@radiantt.com | **Fax:** (443) 203-2000
**Web:** www.radiantt.com



On Aug 23, 2016, at 7:29 AM, David Mohr <david.mohr@neotechnology.com> wrote:

Hi Sumant - i can do it at 9 a.m. ET tomorrow. We can do it as a direct dial call. My phone number is 339-236-3553.

Regards,
David

**David Mohr**
Neo Technology
+1 (339) 236-3553

Please join me at GraphConnect San Francisco on October 13th. Discount Code: DM20



On Mon, Aug 22, 2016 at 8:16 PM, Sumant Kapoor <sumant@radiantt.com> wrote:
Hi David,

Yes, Wednesday morning before noon works fine. Please advise on a time and I will send out the invite.

Sincerely,

PT00001226.003

SER_1355

Sumant Kapoor
President
**Radiant Infotech**
5520 Research Park Drive, Suite 100, Baltimore, MD, 21228
**Phone:** (443) 846-2525 | **Email:** sumant@radiantt.com | **Fax:** (443) 203-2000
**Web:** www.radiantt.com

<PastedGraphic-6.png><PastedGraphic-14.png>

On Aug 22, 2016, at 7:55 PM, David Mohr <david.mohr@neotechnology.com> wrote:

Hi sumant
I am on a client site all say tomorrow. Can you talk on Wednesday morning eastern time?

On Aug 22, 2016 5:57 PM, "Sumant Kapoor" <sumant@radiantt.com> wrote:
I am available to talk now or before 9:30a EST tomorrow.

Sincerely,

Sumant Kapoor
President
**Radiant Infotech**
5520 Research Park Drive, Suite 100, Baltimore, MD, 21228
**Phone:** (443) 846-2525 | **Email:** sumant@radiantt.com | **Fax:** (443) 203-2000
**Web:** www.radiantt.com

<PastedGraphic-6.png><PastedGraphic-14.png>

On Aug 22, 2016, at 5:55 PM, Alexandria Riggs <alexandria.riggs@neotechnology.com> wrote:

Hi Sumant,

Jacob forwarded me your email. I would be happy to put you in touch with my colleague Dave (cc'd). He can help answer any of your questions. What is your availability for a quick phone call?

Best,
Lexi

On Mon, Aug 22, 2016 at 12:10 PM, Sumant Kapoor <sumant@radiantt.com> wrote:
Hi Jacob,

We are evaluating neo4j at enterprise level for a federal client in Washington DC. Could you please connect me to your rep who handles US Federal or public sector clients.

We are also interested in any Benchmark studies that you have undertaken comparing neo4J with other graph databases or rdbms. I will appreciate your response.

Sincerely,

Sumant Kapoor
**Radiant Infotech LLC**

5520 Research Park Dr, St. 100
Baltimore, MD 21228
Phone: 443-846-2525 | Email: sumant@radiantt.com | Fax: 443-203-2000
Web: www.radiantt.com


On Fri, Aug 19, 2016 at 3:53 PM, Jacob Barlow
<jacob.barlow@neotechnology.com> wrote:

> Hi Sumant,
>
> Thanks for your interest in Neo4j. I'm interested to hear what
> your working on and see if I can help out in any way.
>
> Do you have any questions so far?
>
> --
> Jacob Barlow | Neo Technology
> jacob.barlow@neotechnology.com
>
> neo4j.com // update subscriptions

PT00001226.005

SER_1357

# EXHIBIT 18

SER_1358

000105

OMB Control No. 1505-0081

## ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 9 |

IMPORTANT:  Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* | 6. SHIP TO: | | |
|---|---|---|---|---|
| 09/23/2016 | TIRNO-16-P-00202 | a. NAME OF CONSIGNEE  29999 | | |
| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. | Internal Revenue Service | | |
| | M-6-M5-22-RO-O08 000 | b. STREET ADDRESS | | |

| 5. ISSUING OFFICE  *(Address correspondence to)* | |
|---|---|
| Internal Revenue Service                3477 | 77 K Street, NW |

| | c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|---|
| 5000 Ellin Road | | | |
| Lanham, MD 20706 | Washington | DC | 20002 |

| 7. TO: | f. SHIP VIA |
|---|---|
| | Renee Goss |
| a. NAME OF CONTRACTOR | |
| ATTN:  John Mark Suhy Jr    Phone:  703-348-3968 | 8. TYPE OF ORDER |

| b. COMPANY NAME    01150027 | [X] a. PURCHASE | [ ] b. DELIVERY -- Except |
|---|---|---|
| PURETHINK, LLC | REFERENCE YOUR: _null_ | for billing instructions on the reverse, this |
| c. STREET ADDRESS | Please furnish the following on the terms | delivery order is subject to instructions |
| 1902 CAMPUS COMMONS DR STE 101 | and conditions specified on both sides of | contained on this side only of this form |
| | this order and on the attached sheet, if | and is issued subject to the terms and |

| d. CITY | e. STATE | f. ZIP CODE | any, including delivery as indicated. | conditions of the above-numbered contract. |
|---|---|---|---|---|
| RESTON | VA | 20191 | | |

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| 16160919D M522001 4R 2512 K0610 | RAS:O 202-803-9010 |

| 11. BUSINESS CLASSIFICATION *(Check appropriate box(es))* | | | 12. F.O.B. POINT |
|---|---|---|---|
| [X] a.SMALL    [ ] b.OTHER THAN SMALL    [X] c.DISADVANTAGED    [ ] d.WOMEN-OWNED    [ ] e.HUBZone | | | Destination |
| [ ] f.SERVICE-DISABLED VETERAN-OWNED    [ ] g.WOMEN-OWNED SMALL BUSINESS(WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    [ ] h.EDWOSB | | | |

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | 09/22/2017 | Terms: 0% |
| Destination | Destination | | | Days: 0 |

### 17.  SCHEDULE  *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | POC: Vivian Daniels 240-613-7385 | | | | | |
| | Period of Performance 09/23/2016 - 09/22/2017 | | | | | |
| | The purpose of this order is to acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD) in accordance with the statement of work, which is hereby incorporated as part of this order for the services described below: | | | | | |
| 0001 | Implementation of the Government Edition Neo4j project | 1.00 | YR | 229,000.00 | 229,000.00 | |

| *SEE BILLING INSTRUCTIONS ON REVERSE* | 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOT. ◄ (Cont. pages) |
|---|---|---|---|---|---|
| | 21. MAIL INVOICE TO: | | | | |
| | a. NAME                                                12108 | | | | |
| | Invoices must be submitted via the Invoice Processing Platform at www.ipp.gov | | | 0.00 | |
| | b. STREET ADDRESS  *(or P.O. Box)* | | | | ◄ 17(i) GRAND TOTAL |
| | c. CITY | d. STATE | e. ZIP CODE | 229,000.00 | |

| 22.  UNITED STATES OF AMERICA BY *(Signature)* | Genevieve Colvin  *Digitally signed by Genevieve Colvin DN: c=US, o=U.S. Government, ou=Department of the Treasury, ou=Internal Revenue Service, ou=People, serialNumber=476145, cn=Genevieve Colvin Date: 2016.09.22 11:53:11 -04'00'* | 23. NAME *(Typed)* |
|---|---|---|
| ►Genevieve Colvin | | GENEVIEVE COLVIN 2406137384 |
| | | TITLE:  CONTRACTING/ORDERING OFFICER |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

Computer Generated

OPTIONAL FORM 347 (REV.2/2012)
Prescribed by GSA/FAR 48 CFR 53.213(f)

CONFIDENTIAL
Witness: Michael Dunn

**EX 159**

11/17/2022 S. Sailor

000106

TIRNO-16-P-00202

## Statement of Work

Introduction/Overview
This contract will provide facilitate the deployment, for testing and feasibility of the Neo4j Government Edition (NGE) via an one-year use of Neo4j Government Edition, which both the software use and professional services.[1]

Background
Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD) have been evaluating the Neo4j graph database capabilities over the past 1.5 years, and Neo4j is currently an Enterprise Architecture (EA) approved graph database. RAAS' work has used the Community edition of Neo4j, and the Government Edition is a special version that is only sold to US government agencies. It provides the same capabilities as the Enterprise Edition[2]. Additionally, the Government Edition provides FISMA and 508 Compliant, and comes with professional services for configuration, setup, and troubleshooting.

Prior work using Neo4j as a graph database has shown benefits for both investigators in Fraud Operations, EITC preparer compliance, and demand exists in other units as well. The interest in the NGE is to use both the enhanced features involving FISMA and 508 compliance, and the professional services to deploy user interface capabilities. The work will allow RAAS to determine not only the continued benefits but the feasibility and extent of capabilities to implement user interaction features able to help users in both investigations and applied analytics for services and enforcement.

To move forward evolving Neo4j capabilities, RAAS is executing an R&D project to deploy the NGE.

Scope
The contract will allow the Service the ability to deploy the NGE and work with the vendor via professional services to implement user interface capabilities for both anchor and naïve pattern based use. The deployment will test these two types of investigation methods that support multiple program interests through a sophisticated UI using a single graph database instance.

Tasks
1. Deploy the NGE framework onto a provided IRS server
2. Configure the NGE with a data model and data loading suitable for evaluating abilities of Field Staff (investigators) to execute two types of investigations using a single NGE instance and Research Analysts to use more naïve-based pattern search capabilities.
3. Help facilitate testing of the configured Alpha Version platform to address refinements and produce a Beta Version.
4. Provide knowledge transfer and other help to IRS staff about deployment and configuration of the NGE platform and user interface.

---

[1] https://purethink.com/
[2] http://neo4j.com/editions/

**SER_1360**

000107

TIRNO-16-P-00202

5. Participate in an periodic monthly status meetings to help answer any questions regarding feasibility of platform and considerations for moving forward as a permanent capability
6. Provide bug fixes, and other troubleshooting of issues via helpdesk-type capabilities Monday-Friday and between 800am-500pm Eastern Time.
7. Document configuration and other implemented elements in order and participate in periodic knowledge sharing meetings with IRS staff.

Delivery[3]

| Deliverable | Description | Time Frame |
|---|---|---|
| 1. Project Kick-Off Meeting Presentation | Provides information regarding moving forward to meet key tasks and other considerations about resource needs, risks, and issues for executing Tasks | Within two calendar weeks of contract award |
| 2. Release Alpha Version of Platform | Configured Neo4j gdb and user interface | Within 160 calendar days of completed interim background clearance |
| 3. Execute support during Alpha Version testing | Help IRS staff in working through testing of the alpha version | Within two calendar weeks of Alpha Version release |
| 4. Release Beta Version of Platform | Refined version of the Alpha Version based on testing feedback | Within 90 calendar days of Alpha Version release |
| 5. Provide any Q&A support during end of project meeting | Provide answers to questions as needed to support evaluating feasibility and considerations for permanent capability | Within 90 calendar days of Beta Version release |
| 6. Provide Documentation about each milestone completed in accordance with IRS agreed-up parameters | Microsoft Word format is acceptable that includes any basic information on configuration and setup and 'How-To' for IRS work needs. | Within 14 calendar days of each Milestone |

Place of Performance
- 77 K STREET NW; WASHINGTON, DC 20002
- As agreed to by Government

---
[3] Assumption completion of interim letter and MBI clearance within 4-6 weeks of contract award

Page - 3

000108

TIRNO-16-P-00202

Period of Performance
- 9/23/2016 – 9/22/2017
- Up to one calendar year following completion of interim background check clearance post contract award

Government Furnished Property
- IRS laptops with software and network access reasonable to performing tasks
- On-site office cube space at 77K Street NW location
- At least one Linux OS Server with at least 16 cores and 1TeraByte of RAM and available hard drive space as needed and feasible by IRS

Security
- Must have or receive a IRS Medium-Risk background Clearance
- Must adhere to relevant security and safe protocols and training necessary for execute of tasks

000109

TIRNO-16-P-00202

52.252-2 Clauses Incorporated by Reference (Feb 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contacting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):http://www.arnet.gov/far/.

Federal Acquisition Regulation (48 CFR Chapter 1) Clauses Incorporated by Reference

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.232-12 | ADVANCE PAYMENTS (MAR 2001) | (MAR 2001) |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES (May 2014) | (APR 1984) |
| 52.222-50 | Combating Trafficking in Persons.(Mar 2015) | |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (June 2008) | (DEC 2003) |
| 52.225-25 | Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran-Representation and Certifications (Oct 2015) | |
| 52.232-1 | PAYMENTS (APR 1984) | (APR 1984) |
| 52.232-23 | 52.232-23 Assignment of Claims (May 2014) | (JAN 1986) |
| 52.232-39 | Unenforceability of Unauthorized Obligations (Jun 2013) | |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (SEPT 2006) | (JUL 1995) |
| 52.203-7 | 52.203-7 Anti-Kickback Procedures (May 2014) | (JUL 1995) |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights. (Apr 2014) | |
| 52.204-19 | Incorporation by Reference of Representations and Certifications (Dec 2014) | |
| 52.209-5 | Certification Regarding Responsibility Matters.  (Oct 2015) | (DEC 2001) |
| 52.213-4 | TERMS AND CONDITIONS--SIMPLIFIED ACQUISITIONS (OTHER THAN COMMERCIAL ITEMS) (Jun 2016) | (JUN 2004) |
| 52.216-24 | LIMITATION OF GOVERNMENT LIABILITY (APR 1984) | (APR 1984) |
| 52.216-25 | CONTRACT DEFINITIZATION (OCT 2010) | (OCT 1997) |
| 52.232-33 | Payment by Electronic Funds Transfer-System for Award Management. (Jul 2013) | (OCT 2003) |
| 52.202-1 | DEFINITIONS (Nov 2013) | (Dec 2001) |
| 52.222-17 | 52.222-17 Non-displacement of Qualified Workers (May 2014) | (FEB 1988) |
| 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving.  (Aug 2011) | |

Page  - 5

SER_1363

TIRNO-16-P-00202

| 1052.232-7003 | Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Aug 2012) | |
|---|---|---|
| 52.233-2 | SERVICE OF PROTEST (SEPT 2006) | (AUG 1996) |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1996) | (AUG 1996) |
| 52.233-4 | Applicable Law for Breach of Contract Claim (Oct 2004) | |
| 52.244-6 | Subcontracts for Commercial Items. (Jun 2016) | (DEC 2001) |

## IR1052.239-9009 Section 508 Conformance (Sep 2006)

Each electronic and information technology (EIT) product and/or product-related service delivered under the terms of this contract, at a minimum, shall conform to applicable EIT accessibility standards at 36 CFR 1194 at the level of conformance specified in Section J, Attachment X.  The following technical standards have been determined to be applicable to this contract:

_X__   1194.21, Software applications and operating systems.

X_(a) X_(b) X_(c) X_(d) X_(e) X_(f) X_(g) X_(h) X_(i)  _(j)  _(k)  _(l)

_X__   1194.22, Web-based intranet and internet information and applications.

X_(a) X_(b) X_(c) X_(d) X_(e) X_(f) X_(g) X_(h) X_(i) X_(j) X_(k) X_(l) X_(m) X_(n) X_(o) X_(p)

_ __    1194.23, Telecommunications products.

_(a)  _(b)  _(c)  _(d)  _(e)  _(f)  _(g)  _(h)  _(i)  _(j)  _(k)

_ __    1194.24, Video and multimedia products.

_(a)  _(b)  _(c)  _(d)

_ __    1194.25, Self -contained, closed products.

_(a)  _(b)  _(c)  _(d)  _(e)  _(f)  _(g)  _(h)  _(i)  _(j)

_ __    1194.26, Desktop and portable computers.

_(a)  _(b)  _(c)  _(d)

The standards do not require the installation of specific accessibility-related software or the attachment of an assistive technology device, but merely require that the EIT be compatible with such software and devices so that it can be made accessible if so required by the agency in the future.

The following functional performance criteria (36 CFR 1194.31) apply to this contract.

_X_    (a)    At least one mode of operation and information retrieval that does not require user vision shall be provided, or support for assistive technology used by people who are blind or visually impaired shall be provided.

X_    (b)    At least one mode of operation and information retrieval that does not require visual acuity greater than 20/70 shall be provided in audio and enlarged print output working together or independently, or support for assistive technology used by people who are visually impaired shall be provided.

_X_    (c)    At least one mode of operation and information retrieval that does not require user hearing shall be provided, or support for assistive technology used by people who are deaf or hard of hearing shall be provided.

_X_    (d)    Where audio information is important for the use of a product, at least one mode of operation and information retrieval shall be provided in an enhanced auditory fashion, or support for assistive hearing devices shall be provided.

_X_    (e)    At least one mode of operation and information retrieval that does not require user speech shall be provided, or support for assistive technology used by

SER_1364

TIRNO-16-P-00202

people with disabilities shall be provided.
_X_    (f)    At least one mode of operation and information retrieval that does not require fine motor control or simultaneous actions and that is operable with limited reach and strength shall be provided. [End of clause]

### IR1052.239-9008 Section 508 - Information, Documentation, and Support (Sep 2006)

In accordance with 36 CFR 1194, Subpart D, the electronic information technology (EIT) products and product support services furnished in performance of this contract shall be documented to indicate the current conformance level with Section 508 of the Rehabilitation Act of 1973, per the 1998 Amendments, and the Architectural and Transportation Barriers Compliance Boards Electronic and Information Technology Accessibility Standards.  At no time during the performance of the award shall the level of conformance go below the level of conformance in place at the time of award.  At no additional cost, the contractor shall provide information, documentation, and support relative to the supplies and services as described in Section J, Attachment A, B, C  The contractor shall maintain this detailed listing of compliant products for the full contract term, including forms of extensions, and shall ensure that it is current within five calendar days after award and within three calendar days of changes in products being utilized as follows:

(a) _X_    Product support documentation provided to end-users shall be made available in alternate formats upon request, at no additional charge.
(b) _X_    End-users shall have access to a description of the accessibility and compatibility features of products in alternate formats or alternate methods upon request, at no additional charge.
(c) _X_    Support services for products shall accommodate the communication needs of end-users with disabilities. [End of clause]

### 52.252-2 Clauses Incorporated by Reference (Feb 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contacting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://www.arnet.gov/far/

### IR1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (JUL 2015)

(a)    Definitions: "Short payment" as used in this clause means an invoice that includes the cost or price for supplies or services delivered or performed, as well as the cost or price for supplies or services not yet tendered to the Government in accordance with the terms of the contract, order or agreement. "Short payment" example:  The contract requires the delivery of a set number of items, with the price, delivery location, and delivery due date also specified.  The vendor delivers 50% of the items as specified but invoices for 100% of the items. Before implementation of the IPP, the IRS would have paid the vendor for the items delivered and instructed the vendor to re-invoice the IRS when the balances of the items were delivered.  In other words, the IRS would

SER_1365

Case 5:18-cv-07182-EJD    Document 183-19    Filed 04/20/23    Page 9 of 10

TIRNO-16-P-00202

"short pay" the invoice since the IRS did not remit payment for the full invoice amount. With implementation of the IPP, the IRS can no longer do this because the IRS cannot accept an electronic invoice that includes items not yet received. The IRS will reject the invoice. The vendor needs to submit an invoice for only the items received by the IRS (in this case, 50%), and, assuming that these items meet all other contract terms and conditions, the IRS will pay the invoiced amount. The vendor submits subsequent invoice(s) for items as they are delivered and accepted.(b) The Invoice Processing Platform (IPP) is a secure Web-based electronic invoicing and payment information service available to all Federal agencies and their suppliers. Effective October 1, 2012, invoicing for payment through the IPP will be mandatory for all new contract awards. Additional information regarding the IPP may be found at the IPP website address https://www.ipp.gov. Contractors must complete the contractor point of contact information below, and submit it with their proposal submissions. Contractors may contact the IPP Helpdesk for assistance via e-mail atippgroup@bos.frb.org or via phone at (866) 973-3131. Once a contract award has been made, the contractor will be contacted by the IPP via e-mail to set-up an account. It will be necessary for contractors to login to their IPP accounts every 90 days to keep their IPP accounts active.

**(c) PURETHINK**
**Contractor Name:   JOHN MARK SUHY JR**
**Contractor IPP Point of Contact Name:  JOHN MARK SUHY JR**
**Contractor Phone Number:703-348-3968**
**Contractor E-mail Address:jmsuhy@purethink.com**

(d) Electronic Invoicing and Payment Requirements Vendor invoices submitted electronically through the IPP should be in the proper format and contain the information required for payment processing.  In order to be approved for payment, a "proper invoice" must list the items specified in FAR 52.232-25 (a)(3)(i) through (a)(3)(x), or in the case of a Commercial Item Contract, the items included in 52.212-4(g)(1)(i) through (g)(1)(x). If the vendor is offering a discount via the IPP, the discount must be reflected on the invoice. The vendor will select 'Create Invoice'.  The IPP system will default to `Net 30 Prompt Pay` under the Payment Terms dropdown box. The vendor will select from 54 different discount options for the invoice that is being created. If the vendor chooses to offer a discount on the invoice screen, the information will interface to the payment system for processing.  Discounts that are offered on attachments rather than the invoice itself cannot be accepted. Under this contract, the following documents are required to be submitted as an attachment to the invoice (Contracting Officer fills in additional documentation that must be furnished by the contractor (e.g. timesheet)) Please do not submit into IPP any documentation/attachments that conflict with what is stated on the invoice:

(e) Payment and Invoice Questions For payment and invoice questions, contact the Beckley Finance Center at (304) 254-3372 or via e-mail at cfo.bfc.ipp.customer.support@irs.gov.

(f) Waiver If the Contractor is unable to use the IPP for submitting payment requests starting on October 1, 2012, then a waiver form must be completed and submitted with the contractor`s proposal submission for review and approval by the Contracting Officer based on one of the conditions listed in the waiver form included as Attachment 1 to this clause.  The vendor will be notified prior to award as to whether their request

000113

Case 5:18-cv-07182-EJD    Document 183-19    Filed 04/20/23    Page 10 of 10

TIRNO-16-P-00202

for waiver has been approved or denied. If the waiver is granted, then a copy of the waiver must be submitted with each paper invoice that the vendor submits to the payment office or the invoice will be returned.
(g) Short Payment Short payment on vendor submitted invoices will no longer be processed or paid. If any portion of the invoice does not meet the requirements for a proper invoice, the entire invoice shall be rejected and returned to the vendor unpaid.
(End of Clause)

## DTAR 1052.209-71 REPRESENTATION BY CORPORATIONS REGARDING A UNPAID FEDERAL TAX LIABILITY OR CONVICTION OF A FELONY CRIMINAL VIOLATION UNDER FEDERAL LAW (DEVIATION 2015-00002) (JAN 2015)

(a) In accordance with Sections 744 and 745 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Public Law 113-235) none of the funds made available by this or any other Act may be used to enter into a contract with any corporation
that-

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-

(1)  It is %% It is **7501 [] is not %% Is not **7501 []a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

(2) It is %% It is **7501 [] is not %% Is not **7501 [ ] a corporation that was convicted of a felony criminal violation under any Federal law within the preceding 24 months.
(End of provision)

SER_1367

# EXHIBIT 19

SER_1368

| | |
|---|---|
| **From:** | John A. Broad (john.broad@neotechnology.com) |
| **To:** | John Mark Suhy (jmsuhy@purethink.com) |
| **CC:** | Jason Zagalsky (jason.zagalsky@neotechnology.com) |
| **BCC:** | |
| **Subject:** | Discontinuation of Neo4j Government Edition |
| **Attachments:** | |
| **Sent:** | 06/19/2017 07:12:14 PM -0700 (PST) |

John Mark,

Neo4j is hereby providing notice that Neo4j is discontinuing Neo4j Government Edition effective June 19, 2017 such that it is no longer available for sale.

As such, PureThink is no longer authorized to market, resell, demonstrate or provide training on the Neo4j Government Edition.

All references to Neo4j Government Edition must be removed immediately from any marketing materials, including any web sites.

Neo4j will be notifying actual and potential Neo4j Government Edition Users of this discontinuation.

John

John A. Broad | Director, Strategic Alliances & Channels | Neo Technology
mobile: +1.925.788.2347 | skype: john.a.broad | www.neo4j.com

Case 5:18-cv-07182-EJD    Document 183-21    Filed 04/20/23    Page 1 of 2

# EXHIBIT 20

SER_1370

**From:**         John Mark Suhy (jmsuhy@purethink.com)
**To:**           John Broad (john.broad@neotechnology.com)
**CC:**           Jason Zagalsky (jason.zagalsky@neotechnology.com)
**BCC:**
**Subject:**      Re: Discontinuation of Neo4j Government Edition
**Attachments:**
**Sent:**         06/29/2017 06:26:57 PM -0700 (PST)

---

We are removing references from the website.  It hurts you guys as well but it does no good leaving it up as of now.


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
https://purethink.com

On Jun 19, 2017 22:12, "John A. Broad" <john.broad@neotechnology.com> wrote:

> John Mark,
>
>
> Neo4j is hereby providing notice that Neo4j is discontinuing Neo4j Government Edition effective June 19, 2017 such that it is no longer available for sale.
>
>
> As such, PureThink is no longer authorized to market, resell, demonstrate or provide training on the Neo4j Government Edition.
>
>
> All references to Neo4j Government Edition must be removed immediately from any marketing materials, including any web sites.
>
>
> Neo4j will be notifying actual and potential Neo4j Government Edition Users of this discontinuation.
>
>
> John
>
>
> John A. Broad | Director, Strategic Alliances & Channels | Neo Technology
>
> mobile: +1.925.788.2347 | skype: john.a.broad | www.neo4j.com

# EXHIBIT 21

SER_1372

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Moccozet, Sascha A. (IntlAssoc) (sascha.moccozet@nist.gov) |
| **CC:** | Brundage, Michael P. (Fed) (michael.brundage@nist.gov) |
| **BCC:** | |
| **Subject:** | Re: Information about neo4j |
| **Attachments:** | |
| **Sent:** | 07/06/2017 07:49:40 AM -0700 (PST) |

You do not need to open source anything you are doing around Neo4j or that connects to Neo4j.

Here is an example to illustrate what would need to be open sourced:

If you 1) take the Neo4j Enterprise source code from GitHub and customize Neo4j Enterprise by adding something such as a custom kernel module, etc, then 2) distribute it in a certain way (will skip those details), then you simply would be required to make the source code of that customization available.

You do not need to open source your other tools, webapps, infrastructure, etc that connect to Neo4j.

We don't even customize Neo4j Enterprise, we just make plugins (Java jar files) that are dropped into the plug-in directory which add features to support NIST 800-53 Security controls at several levels.

As for moving between editions, as long as the version number is the same, then it's very simple - you can just copy the data directory over.

The Neo4j Government Edition is just Neo4j Enterprise + FISMA Framework plugins + Additional support and services to help get through C&A and setup the system in a secure manner. I will explain more when I email you the information.

I actually do have a few questions for you so I don't overwhelm you with information you may not need.

Do you have time for a 15 minute call? If so, let me know if I can call you, or you can call me at 703-862-7780 anytime today. I just wanted to get a few pieces of information such as if the system you are building around Neo4j will be obtaining an ATO, etc. This will help me determine what information to send you.

What version of Neo4j Community edition are you using? I will send you the link for the corresponding Enterprise edition.

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

On Thu, Jul 6, 2017 at 8:55 AM, Moccozet, Sascha A. (IntlAssoc) <sascha.moccozet@nist.gov> wrote:

> Hello John,
>
> Thank for your fast answer.
>
> For me today it's fine, I'm not in a rush but I will need to use the one we selected in a near future.
> That is awesome, thanks for the advice I'm checking that edition.

IGOV0001570573.001
SER_1373

I only have to make it open source if I distributed it, but if it is only for a couple of computer around my team is it ok? because we are still developing it so it's not ready.

Also, is it easy to transfer from the community to the edition and the governmental one? Or there is some tips I need to know?


Thank you.


Sascha


--

Sascha MOCCOZET

---

**From:** John Mark Suhy <jmsuhy@purethink.com>
**Date:** Wednesday, July 5, 2017 at 5:06 PM
**To:** "Moccozet, Sascha A. (IntlAssoc)" <sascha.moccozet@nist.gov>
**Cc:** Mike <michael.brundage@nist.gov>
**Subject:** Re: Information about neo4j


Hello,


I'd be happy to provide you with that information.


Do you mind if I send it to you tomorrow by COB? We have a new product announcement too, which I will fill you in on before the announcement this week.


I am just about to run out, but can get back online in a few hours this evening if you need it tonight.


Also , I should point out that Neo4j Enterprise Edition is also open source under the AGPL open source license, so there is no reason to be using Community edition when you can use that. Many people are not aware of this.


It's just the standard GNU AGPL open source license used by companies like MongoDB, etc.


You don't get the commercial support which is what you really get with a Neo4j Enterprise subscription, but if you are already using Neo4j Community on your own, you might as well switch to Neo4j Enterprise since you are supporting yourself right now.

Under the Neo4j Enterprise open source license, if you are making a custom derivative (custom version of Neo4j Enterprise), you have to open source your custom version in specific situations.   All the agencies we work with have never created their own custom version, they have  used Neo4j Enterprise as a server - running it stand alone.

Neo4j partners are not allowed to promote services,  or offer support and services for the open source license, and you won't find many details about it on their website.

Below are the links to download Neo4j Enterprise - it's the same as the commercial subscription version, you just defaults to the open source AGPL license if you don't have a support subscription.  If you are planning on creating your own custom version or fork of Neo4j enterprise - be aware you are supposed to open source that fork if you distribute it.

Newest 3.2.1 Version:

Unix Version:  http://dist.neo4j.org/neo4j-enterprise-3.2.1-unix.tar.gz

Windows Version: http://dist.neo4j.org/neo4j-enterprise-3.2.1-windows.zip

3.1.x Version:

Unix Version:  http://dist.neo4j.org/neo4j-enterprise-3.1.5-unix.tar.gz

Windows Version: http://dist.neo4j.org/neo4j-enterprise-3.1.5-windows.zip

Thank you,

John Mark

John Mark Suhy

PureThink

jmsuhy@purethink.com

703-862-7780

http://purethink.com

On Wed, Jul 5, 2017 at 4:07 PM, Moccozet, Sascha A. (IntlAssoc) <sascha.moccozet@nist.gov> wrote:

IGOV0001570573.003
**SER_1375**

Good Morning PureThink team,


Our team is actually working on Neo4j Community edition and we would like more information about the governmental edition.

As you may think we are part of the US government in the Department of commerce in the NIST (National Institute of Standards and Technologies).


We would like to know the price of the governmental edition (which should be the same as the enterprise edition), and all information we should know before purchasing this edition (contract, license, training, …).


If you have any question, I will be glade to respond to you.

Thank you

Best regards


--

Sascha MOCCOZET

NIST

Division 734 – Systems Integration Division

Extension - #6609

IGOV0001570573.004

SER_1376

# EXHIBIT 22

| | |
|---|---|
| **From:** | Jason Zagalsky(jason@neo4j.com) |
| **To:** | Michael Dunn |
| **CC:** | vvivian.d.daniels@irs.gov; John Broad |
| **BCC:** | |
| **Subject:** | Termination of Neo4j Solution Partner PureThink LLC |
| **Sent:** | 07/11/2017 04:49:15 PM -0700 (PST) |
| **Attachments:** | |

CONFIDENTIAL
Witness: Michael Dunn
**EX 161**
11/17/2022 S. Sailor

July 11, 2017


Internal Revenue Service

Attn: Michael Dunn

Cc: Vivian Daniels

Department of Treasury


To: Michael Dunn

Re:    Termination of Neo4j Solution Partner PureThink LLC ("PureThink")

I write to inform you that Neo4j, Inc., formerly Neo Technology, Inc. ("Neo"), recently terminated its partnership agreement with PureThink. I understand that IRS has a relationship with PureThink relating to Neo's products. Because this change in PureThink's status may affect the services and support IRS receives, Neo wanted to notify IRS of this development and to offer Neo's assistance in transitioning IRS to an authorized Neo4j partner to ensure IRS continues to receive the support it requires in a manner that respects Neo's intellectual property rights and contractual relationships.

Neo understands that IRS entered into an agreement with PureThink in September 2016 to purchase a commercial license to Neo4j Government Edition and for consulting services and support. We understand that the term of that agreement expires on September 22, 2017. We further understand that IRS paid PureThink $229,000 for a Neo4j subscription and the consulting services.

Regarding IRS's purchase of a Neo4j subscription, Neo still has not received a purchase order from PureThink. As a result of PureThink's termination, please be advised that PureThink is no longer authorized to purchase a Neo4j subscription on behalf of IRS. Neo will work with IRS to purchase a subscription through an authorized Neo4j partner.

Regarding the consulting services, please be advised that PureThink is not authorized to provide consulting services and support on open source versions of Neo4j products. This prohibition applies not only to the APGL-licensed Enterprise Edition but also to the GPL-licensed Community Edition. While IRS has stated its intention to proceed with the AGPL-licensed Enterprise Edition, please understand that Neo's agreements with its partners, including PureThink, prohibit them from providing any consulting services on these products during the term of their agreement and for a period of thirty six (36) months following termination. Neo will work with IRS to ensure that it receives the correct product and services from an authorized Neo4j partner.

We appreciate that this news may come as a surprise to IRS, and Neo wanted to make sure that IRS was promptly notified of this action so that it can make the appropriate decisions. Neo is available to answer any questions you may have and to assist in transitioning your subscription and support to an authorized Neo4j partner. We appreciate your continued interest in Neo4j and look forward to continuing to work with you.

Please do not hesitate to reach out to me with any questions regarding this notification.

Case 5:18-cv-07182-EJD   Document 183-23   Filed 04/20/23   Page 3 of 3

Sincerely,

**Jason Zagalsky**

Federal Technical Account Manager  |  Neo4j
410-280-9697  |  jason@neo4j.com



CONFIDENTIAL

N4J_010917

# EXHIBIT 23

SER_1380

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Brian Rodrigue (brian.rodrigue@excella.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Some updates on new package |
| **Attachments:** | VPAT Government Package for Neo4j 3.x.pdf; Neo4j-GovernmentPackage-Pricing-New.pdf; |
| **Sent:** | 07/11/2017 10:35:29 AM -0700 (PST) |

Hello Brian,

We have some information that has just changed that you should be aware of as you now have another option for development packages.

So far all our current agency clients who were given this package option have decided they would like to go with these packages for renewals. I can fill you in on those details once we officially announce everything.

The information below is not public yet, we are making an announcement next week, but I wanted to get you this information now as it has some important procurement updates.

Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : **Government Package for Neo4j.** Our team developed Neo4j Government Edition and obtained exclusive rights to use Neo4j Government Edition trademark name from Neo Technology under PureThink. Every Neo4j subscription sale to the Federal government has been sold and supported by our team so we are in the unique position of having the only verifiable past performance and being able to support both commercial and open source licenses of Neo4j Enterprise.

In order to be able to offer the best value to our US agency client, split out the framework and change the name. Because Neo4j Solution partners are forbidden from dealing with any Neo4j open source licenses and this package gives you the option to choose between open source or commercial licenses, we have moved this package to iGov Inc, our other company. We are still the sole provider with this solution.

We've simply taken the framework and services that made a Neo4j Enterprise (Commercial only) into Neo4j Government Edition and made them available as a stand alone package we call (Government Package for Neo4j). By default if you don't have a commercial production support subscription - you get everything you physically get in the commercial package except the license is a Neo4j Enterprise open source license. If you need a commercial support subscription, then you can obtain one from any partner, or through our strategic partner AtomRain, the makers of GraphGrid and part of our support team.

1) Now you can make any Neo4j edition a Government Edition. This means you can combine it with Neo4j Enterprise open source or commercial licenses, its your choice.

2) This new breakout allows us to offer Government Dev Packages where 100% of the cost (same price as commercial support subscription) goes to software development and consulting services to help your team build a solution around Neo4j. When you go to production, and if your system is mission critical, you can switch to the Neo4j Enterprise commercial support subscription which gives you production email and phone support, which has a fallback to Neo Technology. (Since we launched Neo4j Government Edition, we've never had to use this support.)

Of course, Neo4j Enterprise is open source, so you do have the option to use that on your own, our new website will provide agencies with the proper downloads if you decide Neo4j Enterprise commercial subscription or Government Packages are not for you.

Let me know if you have any questions. The attached pricing package also gives the development package pricing. You can now choose between dev packages or the standard Neo4j commercial package.

Respectfully,

IGOV0001573919.001

SER_1381

John Mark

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

# EXHIBIT 24

SER_1383

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Moccozet, Sascha A. (IntlAssoc) (sascha.moccozet@nist.gov) |
| **CC:** | Brundage, Michael P. (Fed) (michael.brundage@nist.gov) |
| **BCC:** | |
| **Subject:** | Price List Attached |
| **Attachments:** | Neo4j-GovernmentPackage-Pricing.pdf; VPAT Government Package for Neo4j 3.x.pdf; |
| **Sent:** | 07/11/2017 10:26:18 AM -0700 (PST) |

I wanted to just send you the full price list so you have it as a reference. It is at the bottom of this email.

The information below is not public yet, we are making an announcement next week, but I wanted to get you this information now as it has some important procurement updates.

Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : **Government Package for Neo4j.** Our team developed Neo4j Government Edition and obtained exclusive rights to use Neo4j Government Edition trademark name from Neo Technology under PureThink. Every Neo4j subscription sale to the Federal government has been sold and supported by our team so we are in the unique position of having the only verifiable past performance and being able to support both commercial and open source licenses of Neo4j Enterprise.

PureThink is still a Neo4j Solution partner and has the same exact team. In order to be able to offer the best value to our US agency client, we had to move the Government Package to under our other company iGov Inc , because Neo4j Solution partners are forbidden from dealing with any Neo4j open source licenses and this package gives you the option to choose between open source or commercial licenses.

We've simply taken the framework and services that made a Neo4j Enterprise (Commercial only) into Neo4j Government Edition and made them available as a stand alone package we call (Government Package for Neo4j). By default if you don't have a commercial production support subscription - you get everything you physically get in the commercial package except the license is a Neo4j Enterprise open source license. If you need a commercial support subscription, then you can obtain one from any partner, or through our strategic partner AtomRain, the makers of GraphGrid and part of our support team.

1) Now you can make any Neo4j edition a Government Edition. This means you can combine it with Neo4j Enterprise open source or commercial licenses, its your choice.

2) This new breakout allows us to offer Government Dev Packages where 100% of the cost (same price as commercial support subscription) goes to software development and consulting services to help your team build a solution around Neo4j. When you go to production, and if your system is mission critical, you can switch to the Neo4j Enterprise commercial support subscription which gives you production email and phone support, which has a fallback to Neo Technology. (Since we launched Neo4j Government Edition, we've never had to use this support.)

Of course, Neo4j Enterprise is open source, so you do have the option to use that on your own, our new website will provide agencies with the proper downloads if you decide Neo4j Enterprise commercial subscription or Government Packages are not for you.

Let me know if you have any questions. The attached pricing package also gives the development package pricing.

Respectfully,

John Mark


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com

IGOV0001573922.001

**SER_1384**

703-862-7780
https://igovsol.com

IGOV0001573922.002
**SER_1385**

# EXHIBIT 25

SER_1386

**From:**      John Mark Suhy (jmsuhy@purethink.com)
**To:**        Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:**        Hess Chris (Christopher.E.Hess@irs.gov), Rosenmerkel Lisa S (Lisa.S.Rosenmerkel@irs.gov), Goss Renee Y (Renee.Y.Goss@irs.gov), Colvin Genevieve (Genevieve.Colvin@irs.gov), Daniels Vivian D (Vivian.D.Daniels@irs.gov), Suhy John M Jr [Contractor] (John.M.SuhyJr@irs.gov), Butler Jeff (Jeff.Butler@irs.gov)
**BCC:**
**Subject:**   RE: Quick Solution
**Attachments:**
**Sent:**      07/12/2017 09:28:02 AM -0700 (PST)

You are correct , there is no work stoppage.



John Mark Suhy
PureThink
jmsuhy@purethink.com
703.862.7780
https://purethink.com

On Jul 12, 2017 12:16 PM, "Dunn Michael C" <Michael.C.Dunn@irs.gov> wrote:

> I would like to know from my perspective that I appreciate you communication and involvement helping to clarify and work on options.  I'll let the Procurement talk to anything regarding the nature of the SOW arrangements and needs. I'm assuming under the current contract that there is no work stoppage.
>
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Business Systems Planning
>
> Research, Applied Analytics, & Statistics
>
> (o) 202.803.9009
>
>
> From: John Mark Suhy [mailto:jmsuhy@purethink.com]
> Sent: July-12-17 11:31 AM
> To: Dunn Michael C <Michael.C.Dunn@irs.gov>
> Cc: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Hess Chris <Christopher.E.Hess@irs.gov>; Goss Renee Y <Renee.Y.Goss@irs.gov>; Colvin Genevieve <Genevieve.Colvin@irs.gov>; Daniels Vivian D <Vivian.D.Daniels@irs.gov>; Butler Jeff <Jeff.Butler@irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
> Subject: Quick Solution
>
>
> Our lawyer just pointed out that since iGov Inc has no limitations on supporting or providing services for Neo4j Enterprise open source licenses, we can just have iGov Inc. assume over all the obligations of the current contract now instead of waiting for the next procurement.

IGOV0001570544.001

SER_1387

Nothing would change, we would have the same team, locations and would keep working as we always have.   iGov owns the new Government Package for Neo4j as well.

Neo Technology can't prevent us from fulfilling our obligations under PureThink, but this move would remove any concerns you may still have.

After Jason and John's behavior and actions to this point, who knows what they will try next.

Neo Technology should have never brought you into this because  PureThink has a contract with Treasury, not Neo Technology, and if they think we've done something wrong, they should sue PureThink, not go to you.

I just want to reassure you that we will fulfill our obligations on our contract, that is not in question. I hope that is clear.

I hope their behavior does not reflect poorly on us.

Let me know your thoughts.

Respectfully,

John Mark

John Mark Suhy
jmsuhy@igovsol.com
703.862.7780
https://igovsol.com

On Jul 12, 2017 9:42 AM, "John Mark Suhy" <jmsuhy@purethink.com> wrote:

> Renee, Vivian, and Genevieve
>
> I happen to be meeting with our lawyer at 10 am and would be happy to call you and give you an update so you have a clear picture of everything.

IGOV0001570544.002

SER_1388

The termination letter they sent seems to be in response to finding out they won't get a commercial renewal.

Let me know the best number to reach you at and we can fill you in.

We are continuing forward as normal with our work.

Thank you,

John Mark

John Mark Suhy
PureThink
jmsuhy@purethink.com
703.862.7780
https://purethink.com

On Jul 12, 2017 9:09 AM, "Dunn Michael C" <Michael.C.Dunn@irs.gov> wrote:

> Renee, Vivian, and Genevieve,
>
> John Mark replied to the situation regarding the Neo4j email, and he wants to know if you all want to talk about this: if so, you can reach out to him at his contact information.

Let me know if I need to know/do anything in response please.

_____

Michael C. Dunn

Data Management Division/Business Systems Planning

Research, Applied Analytics, & Statistics

(o) 202.803.9009


From: John Mark Suhy [mailto:jmsuhy@purethink.com]
Sent: July-12-17 9:02 AM

To: Dunn Michael C <Michael.C.Dunn@irs.gov>

Cc: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Hess Chris <Christopher.E.Hess@irs.gov>; Goss Renee Y <Renee.Y.Goss@irs.gov>; Butler Jeff <Jeff.Butler@irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
Subject: Re: FW: Termination of Neo4j Solution Partner PureThink LLC


Hi Mike,


 This is something John Broad  wrote after finding out you were not going to renew a commercial subscription again. Our lawyer indicated it is not legally enforcable on many fronts.  You don't have anything to worry about and our lawyer would be happy to talk to you if you have any doubts.


I am surprised that Neo is allowing their employees to act in this fashion, it makes them look unstable which effects their partners.


We are confident this has no impact on the current contract, we are continuing forward with our deliverables as normal. You could switch to iGov if you felt more comfortable before September, but it is not necessary.


Let me know if you have any questions.


John Mark Suhy
PureThink
jmsuhy@purethink.com

703.862.7780
https://purethink.com

On Jul 12, 2017 6:13 AM, "Dunn Michael C" <Michael.C.Dunn@irs.gov> wrote:

> Hello John Mark,
>
>
> We received this notification from Jason (Neo4j), and so it's been passed onto Procurement too: Vivian and Genevieve.  One question I have for this existing contract is if services are stopped due to what Neo4j states below regarding Purethink's inability to provide open-source version support in the below? Now this is me asking from an initial statement, and so there's probably also a need to either work through Renee to the Procurement folks and/or talk with them too, since I figured they're going to reach out after receiving this email from Jason.
>
>
> "Regarding the consulting services, please be advised that PureThink is not authorized to provide consulting services and support on open source versions of Neo4j products… prohibit them from providing any consulting services on these products during the term of their agreement and for a period of thirty six (36) months following termination.  Neo will work with IRS to ensure that it receives the correct product and services from an authorized Neo4j partner."
>
>
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Business Systems Planning
>
> Research, Applied Analytics, & Statistics
>
> (o) 202.803.9009
>
>
> _____
>
> From: Dunn Michael C
> Sent: July-12-17 6:03 AM
> To: 'Jason Zagalsky' <jason@neo4j.com>
> Cc: vvivian.d.daniels@irs.gov; John Broad <john.broad@neo4j.com>; Goss Renee Y <Renee.Y.Goss@irs.gov>
> Subject: RE: Termination of Neo4j Solution Partner PureThink LLC
>
>
> Hello, Thank Jason. I'm looping in Renee Goss, our COR on the Purethink contract.
>
>
>
> _____

IGOV0001570544.005
SER_1391

Michael C. Dunn

Data Management Division/Business Systems Planning

Research, Applied Analytics, & Statistics

(o) 202.803.9009

From: Jason Zagalsky [mailto:jason@neo4j.com]
Sent: July-11-17 7:49 PM
To: Dunn Michael C <Michael.C.Dunn@irs.gov>
Cc: vvivian.d.daniels@irs.gov; John Broad <john.broad@neo4j.com>
Subject: Termination of Neo4j Solution Partner PureThink LLC

July 11, 2017

Internal Revenue Service

Attn: Michael Dunn

Cc: Vivian Daniels

Department of Treasury

To: Michael Dunn

Re:      Termination of Neo4j Solution Partner PureThink LLC ("PureThink")

I write to inform you that Neo4j, Inc., formerly Neo Technology, Inc. ("Neo"), recently terminated its partnership agreement with PureThink. I understand that IRS has a relationship with PureThink relating to Neo's products. Because this change in PureThink's status may affect the services and support IRS receives, Neo wanted to notify IRS of this development and to offer Neo's assistance in transitioning IRS to an authorized Neo4j partner to ensure IRS continues to receive the support it requires in a manner that respects Neo's intellectual property rights and contractual relationships.

Neo understands that IRS entered into an agreement with PureThink in September 2016 to purchase a commercial license to Neo4j Government Edition and for consulting services and support. We understand that the term of that agreement expires on September 22, 2017. We further understand that IRS paid PureThink $229,000 for a Neo4j subscription and the consulting services.

Regarding IRS's purchase of a Neo4j subscription, Neo still has not received a purchase order from PureThink. As a result of PureThink's termination, please be advised that PureThink is no longer authorized to purchase a Neo4j subscription on behalf of IRS. Neo will work with IRS to purchase a subscription through an authorized Neo4j partner.

Regarding the consulting services, please be advised that PureThink is not authorized to provide consulting services and support on open source versions of Neo4j products. This prohibition applies not only to the APGL-licensed Enterprise Edition but also to the GPL-licensed Community Edition. While IRS has stated its intention to proceed with the AGPL-licensed Enterprise Edition, please understand that Neo's agreements with its partners, including PureThink, prohibit them from providing any consulting services on these products during the term of their agreement and for a period of thirty six (36) months following termination. Neo will work with IRS to

IGOV0001570544.006
SER_1392

ensure that it receives the correct product and services from an authorized Neo4j partner.

We appreciate that this news may come as a surprise to IRS, and Neo wanted to make sure that IRS was promptly notified of this action so that it can make the appropriate decisions.  Neo is available to answer any questions you may have and to assist in transitioning your subscription and support to an authorized Neo4j partner.  We appreciate your continued interest in Neo4j and look forward to continuing to work with you.

Please do not hesitate to reach out to me with any questions regarding this notification.

Sincerely,


**Jason Zagalsky**

Federal Technical Account Manager  |  Neo4j

410-280-9697  |  jason@neo4j.com

# EXHIBIT 26



**From:**        Daniels Vivian D (Vivian.D.Daniels@irs.gov)
**To:**          John Mark Suhy (jmsuhy@purethink.com)
**CC:**
**BCC:**
**Subject:**     SF18 TIRNO-17-Q-00209/M7M528ROO00
**Attachments:** SF18.pdf; Statement of Work_CKGE_FY17.docx;
**Sent:**        07/27/2017 09:38:40 AM -0700 (PST)

Greetings,

Please furnish quote to the issuing office on or before 8/1/17 @ 11:00 am EST.  Attached is statement of work (SOW) helping with providing the quote.  Complete every section of SF18.  Please provide a digital or wet signature.

V/r,
Vivian Daniels
SA & IA
(OS:A:P:B:A:B)
Vivian.d.daniels@irs.gov

Form Approved OMB Control No. 1505-0081

| REQUEST FOR QUOTATIONS | THIS RFQ ☐ IS ☒ IS NOT A SMALL BUSINESS PURCHASE SET-ASIDE. | PAGE 1 | OF | PAGES 7 |
|---|---|---|---|---|
| *(THIS IS NOT AN ORDER)* | | | | |

| 1. REQUEST NO. TIRNO-17-Q-00209 | 2. DATE ISSUED 07/27/2017 | 3. REQUISITION/PURCHASE REQUEST NO. M-7-M5-28-RO-O00 000 | 4. CERT. FOR NAT. DEF. UNDER BDSA REG. 2 AND/OR DMS REG. 1 > | RATING |
|---|---|---|---|---|

| 5a. ISSUED BY | | 6. DELIVER BY (Date) |
|---|---|---|
| Internal Revenue Service 5000 Ellin Road Lanham, MD 20706 | 3477 | 08/01/2017 |

| 5b. FOR INFORMATION CALL: *(No collect calls)* | | 7. DELIVERY |
|---|---|---|

| TELEPHONE NUMBER | | ☒ FOB DESTINATION    ☐ OTHER  (See Schedule) |
|---|---|---|

| NAME Vivian Daniels | AREA CODE 240 | NUMBER 613 - 7385 | 9. DESTINATION |
|---|---|---|---|

8. TO:All Offerors

| | | a. NAME OF CONSIGNEE | 29999 |
|---|---|---|---|
| a. NAME | b. COMPANY | Internal Revenue Service | |
| | | b. STREET ADDRESS 77 K Street, NW | |
| c. STREET ADDRESS | | c. CITY Washington | |
| d. CITY | e. STATE | f. ZIP CODE | d. STATE DC | e. ZIP CODE 20002 |

| 10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE IN BLOCK 5A ON OR BEFORE CLOSE OF BUSINESS (Date) 08/01/2017 | IMPORTANT:  This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it to the address in Block 5A. This request does not commit the Government to pay any costs incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to this Request for Quotations must be completed by the quoter. |
|---|---|

**11. SCHEDULE (Include applicable Federal, State and local taxes)**

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
|---|---|---|---|---|---|
| | Please return filled in where RED & Yellow is marked | | | | |
| | Contract POC: | | | | |
| | Print Name: _____ (Fill In) | | | | |
| | E-mail: _____ (Fill In) | | | | |
| | Phone#: _____ (Fill In) | | | | |
| | DUN#: _____ (Fill In) | | | | |
| | Tax ID#: _____ NAICS Code: _____ (Fill In) | | | | |
| | Open Market   Yes ☐   No ☐ | | | | |
| | GSA  Yes ☐   No ☐  GSA#_____ (Fill in) | | | | |
| | Fed-Link Yes ☐   No ☐  Fed-Link# _____ (Fill in) | | | | |
| | Billing POC: Print Name: _____ | | | | |
| | Telephone#: _____ | | | | |
| | Email Address: _____ | | | | |
| | Business Size: Large _____  Small _____ Women Owned _____ SBA cert 8(a) Firm _____ SBA cert disadvantaged SB _____ Svc disabled vet owned SB _____ SBA cert HUBzone Firm _____ Veteran owned SB _____ (Check all that applies) | | | | |
| | In order to be a valid quote section 13 – 16 in yellow must be completed and provide electronic or wet signature. | | | | |

| 12. DISCOUNT FOR PROMPT PAYMENT | A. 10 Calendar Days % | B. 20 Calendar Days % | C. 30 Calendar Days % | d. Calendar Days Number | Percentage % |
|---|---|---|---|---|---|

NOTE:    Additional provisions and representations ☐ are ☐ are not attached.

| 13. NAME AND ADDRESS OF QUOTER | 14. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION | 15. DATE OF QUOTATION |
|---|---|---|
| a. NAME OF QUOTER | | |
| b. STREET ADDRESS | 16. SIGNER | |
| | a. NAME (Type or Print) | b. TELEPHONE |
| c. COUNTY | | AREA CODE |
| d. CITY | e. STATE | f. ZIP CODE | c. TITLE (Type or Print) | NUMBER |

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition not usable | **Standard Form 18** (Rev. 6-95) Prescribed by GSA – FAR (48 CFR) 53.125-1 (a) |
|---|---|

IGOV0001570512.001

SER_1396

TIRNO-17-Q-00209

**Please complete all sections Bold in Red sign and date at the bottom either electronic or wet signature.   Provide the quote on page B-6 – page B-7.**

**52.209-5 Certification Regarding Responsibility Matters.  (Apr 2010)**

As prescribed in 9.104-7(a), insert the following clause:

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that

(i) The Offeror and/or any of its Principals

**(Fill In) (A)** Are [  ] are not [  ] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

**(Fill In) (B)** Have [  ] have not [  ] within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks have, the offeror shall also see 52.209-7, if included in this solicitation);

**(Fill In) (C)** Are [  ] are not [  ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

**(Fill In) (D)** Have [  ] have not [  ] within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. # 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. # 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior

IGOV0001570512.002

SER_1397

TIRNO-17-Q-00209

opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. # 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

**(Fill In)  (ii)** The Offeror has [   ] has not [   ] within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(a) Principal, for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offerors responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default. (End of provision)

**DTAR 1052.209-71 Representation By Corporations Regarding An Unpaid Federal Tax Liability Or Conviction Of A Felony Criminal Violation Under Federal Law (Deviation 2015-00002) (Jan 2015)**

IGOV0001570512.003
SER_1398

TIRNO-17-Q-00209

(a) In accordance with Sections 744 and 745 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Public Law 113-235) none of the funds made available by this or any other Act may be used to enter into a contract with any corporation that-

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless a Federal agency has considered suspension or debarment of the corporation and has made a determination that this further action is not necessary to protect the interests of the Government.

(b) The Offeror represents that-

**(Fill In) (1)** It is [ ] is not [ ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

**(Fill In) (2)** It is [ ] is not [ ] a corporation that was convicted of a felony criminal violation under any Federal law within the preceding 24 months. (End of provision)

**IR1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION**

(a)    Definitions. As used in this provision- "Authorized representative(s) of the offeror" means the person(s) identified to the Internal Revenue Service (IRS) within the consent to disclose by the offeror as authorized to represent the offeror in disclosure matters pertaining to the offer. "Delinquent Federal tax liability" means any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability. "Tax check" means an IRS process that accesses and uses taxpayer return information to support the Government`s determination of an offeror`s eligibility to receive an award, including but not limited to implementation of the statutory prohibition of making an award to corporations that have an unpaid Federal tax liability (see FAR 9.104-5(b)). (b) Notice. Pursuant to 26 U.S.C. 6103(a) taxpayer return information, with few exceptions, is confidential. Under the authority of 26 U.S.C. 6103(h)(1), officers and employees of the Department of the Treasury, including the IRS, may have access to taxpayer return information as necessary for purposes of tax administration.

The Department of the Treasury, Internal Revenue Service, may disclose the results of the tax check conducted in connection with the offeror's response to this solicitation, including taxpayer return

IGOV0001570512.004

SER_1399

TIRNO-17-Q-00209

information as necessary to resolve any matters pertaining to the results of the tax check, to the authorized representatives of

**Insert** **Offeror Name:** _____ on this offer.  I am aware that in the absence of this authorization, the taxpayers return information of

**Insert** **Offeror Name:** _____ is confidential and may not be disclosed, which subsequently may remove the offer from eligibility to receive an award under this solicitation. I consent to disclosure of taxpayer return information to the following person(s):

**Insert** **Person(s) Name and Contact Information:**_____ I certify that I have the authority to execute this consent on behalf of:

**Insert** **Offeror Name:** _____

**Insert** **Offeror Taxpayer Identification Number:** _____

**Insert** **Offeror Address:** _____

**Insert** **Name of Individual Executing Consent:** _____

**Insert** **Title of Individual Executing Consent:** _____

**Insert** **Print Name:** _____

**Insert** **Signature:** _____

**Insert** **Date:** _____ (End of provision)

**52.252-1 Solicitation Provisions Incorporated by Reference (Feb 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): http://www.arnet.gov/far/

**Federal Acquisition Regulation (48 CFR Chapter 1) Clauses Incorporated by Reference**

| NUMBER | TITLE | DATE |
|---|---|---|
| 1052.232-7003 | Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Aug 2012) | |
| IR1052.209-9002 | NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION | |

IGOV0001570512.005

SER_1400

TIRNO-17-Q-00209

# Section B

## SUPPLIES OR SERVICES AND PRICES/COSTS

| Line Item No. | Description of Supplies/Services | Qty | U/I | Unit Price | Total |
|---|---|---|---|---|---|
| | Base Year: 9/22/2017 - 9/21/2018<br>-Option Year 1 (9/22/2018 - 9/21/2019)<br>-Option Year 2 (9/22/2019 - 9/21/2020)<br>-Option Year 3 (9/22/2020 - 9/21/2021)<br>-Option Year 4 (9/22/2021 - 9/21/2022) | | | | |
| 0001 | Base Year: 9/22/2017 - 9/21/2018 | 1.00 | YR | _____ | _____ |
| | Period of Performance:<br> 9/22/2017 - 9/21/2018 | | | | |
| | Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD). | | | | |
| | Period of Performance: Start 09/22/2017 - End 09/21/2018 | | | | |
| | Delivery To: 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 | | | | |
| | FOB: Destination | | | | |
| 1001 | Option Year 1 (9/22/2018 - 9/21/2019) | 1.00 | YR | _____ | _____ |
| | Period of Performance:<br>9/22/2018 - 9/21/2019 | | | | |
| | Acquire services for agency support for the activity of the Research, Applied Analytics, and Statistics (RAAS)/Office of Program Evaluation and Risk Analysis (OPERA) and Data Management Division (DMD). | | | | |
| | Period of Performance: Start 09/22/2018 - End 09/21/2019 | | | | |
| | Delivery To: 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 | | | | |
| | FOB: Destination | | | | |

IGOV0001570512.006
SER_1401

TIRNO-17-Q-00209

| | | | | | |
|---|---|---|---|---|---|
| 2001 | Option Year 2<br>(9/22/2019 - 9/21/2020) | 1.00 | YR | _____ | _____ |

Period of Performance:
9/22/2019 -9/21/2020
Acquire services for agency support for
the activity of the Research, Applied
Analytics, and Statistics (RAAS)/Office of
Program Evaluation and Risk Analysis
(OPERA) and Data Management Division
(DMD).

| | |
|---|---|
| Period of Performance: | Start 09/22/2019 - End 09/21/2020 |
| Delivery To: | 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 |
| FOB: | Destination |

| | | | | | |
|---|---|---|---|---|---|
| 3001 | Option Year 3<br>(9/22/2020 - 9/21/2021) | 1.00 | YR | _____ | _____ |

Period of Performance:
9/22/2020 -9/21/2021

Acquire services for agency support for
the activity of the Research, Applied
Analytics, and Statistics (RAAS)/Office of
Program Evaluation and Risk Analysis
(OPERA) and Data Management Division
(DMD).

| | |
|---|---|
| Period of Performance: | Start 09/22/2020 - End 09/21/2021 |
| Delivery To: | 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 |
| FOB: | Destination |

| | | | | | |
|---|---|---|---|---|---|
| 4001 | Option Year 4<br>(9/22/2021 - 9/21/2022) | 1.00 | YR | _____ | _____ |

Period of Performance:
 9/22/2021 -9/21/2022

Acquire services for agency support for
the activity of the Research, Applied
Analytics, and Statistics (RAAS)/Office of
Program Evaluation and Risk Analysis
(OPERA) and Data Management Division
(DMD).

| | |
|---|---|
| Period of Performance: | Start 09/22/2021 - End 09/21/2022 |
| Delivery To: | 2567<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington , DC 20224 |
| FOB: | Destination |

IGOV0001570512.007
SER_1402

**Statement of Work/Performance Work**

**Statement Submitted by RAAS**

**For Continued Development and O&M of DMD's CDW Graph Environment via Vendor Support**

Introduction/Overview

This contract will facilitate the continued deployment and O&M support needs of DMD's CDW Knowledge Graph Environment (CKGE).   The environment provides critical graph research and analytics resources for investigators and research analysts.  This contract will provide necessary consulting and professional services to maintain the environment elements have been deployed and develop additional analytical features, and help IRS staff become more knowledge and skilled on using existing capabilities from the R&D project.

Background

Research, Applied Analytics, and Statistics' (RAAS) Data Management Division (DMD) and Data Exploration & Testing (DET), provide Graph Environment capabilities that is comprised of a several analytical support elements that will require consulting and professionals services to sustain and enhance.  RAAS' plans are to continue to evolve a knowledge-based environment underpinned by linked-data and graph related capabilities for use by the broader Research & Analytics community, which current emphasis on Fraud related case work by Exam and Collection during Filing Season and Post-Filing season.  Prior work using the CKGE has shown benefits for both investigators in a variety of units, such as Fraud Operations, EITC preparer compliance, Exam, Collection, CI, and RICS.  Principally, the environment will continue to facilitate a range investigator and research graph type analyses.

The CKGE framework includes a Neo4j's Enterprise Edition open-source version[2], Elastic Search capabilities, and micro-services components useful for supporting graph- related research; the framework, additionally and importantly, has a Federal Information Security Modernization Ac (FISMA) related module interacting within the Neo4j and the framework, that has been specially designed and requires maintenance; the environment also has Section 508 features— along with associated capabilities—to have an efficient and flexible user-interface and processes that help work with data and make them available directly for analysts using open-source capabilities.  Services will also involve working with a Hadoop/Spark cluster for enhancing analytical capabilities.  Moving forward, IRS staff should be able to increasing support O&M and enhancement services to adjust and update user-interface features, provide efficient FISMA reporting, and  maintain and trouble-shoot the environment to the extent of their KSAs.

The current interest is to use both the enhanced features involving FISMA and 508-compliance, and the professional services to maintain the existing capabilities and provide consultation and professional services to expand analytical graph and text search capabilities. The vendor of choice must be familiar with the tools and resources that are currently used in the CKGE environment, and able to promote FISMA security features such as the existing capabilities deployed.

This work has been successful in helping evolve the analytical capabilities using related entities using a different framework of open-source software capabilities to strive for cost-effectiveness and enhance expanded benefits from flexibility to integrated several different linked-data sources. It is a complex environment that requires unique skills and knowledge.

Scope

The contract will provide consulting and professional services to maintenance and enhancements to the CKGE. Furthermore, the vendor will help on modifications to the user interface and overall environment will seek to expand data elements, adjustments to the user interface search and rendering features, and improved interface for naïve, pattern-based use using java or cypher. Consulting and professional service activities will seek to finalize transition of the yK1 components from the existing environment into the CKGE; a specific subtask involves a conversion of some computations that is part of the yK1 related features. In addition, there is an interest testing out using a Spark/ Hadoop cluster to improve any ETL aspects for improved efficiency.

The contract will provide options for up to four additional years. The vendor must have IRS MBI clearances at time of award to avoid delays in support in FY18 needs, specifically Filing Season and ongoing fraud operations. In addition, the vendor must be able to immediately work with the FISMA components without any learning, be Neo4j certified, and have knowledge of React, Angularjs, JAVA, micro-services architecture, and Hadoop/Spark as currently deployed in the CKGE framework.

Tasks

1. Provide consulting and professional services support for configuration and evaluation of any expanded CKGE framework elements originally developed during FY17 project and ensure FY18 Quarter 1 readiness for Filing Season support.
   a. Ensure continued availability of the FISMA and 508 related components for FY18 requirements

b. Develop a plan and consideration to integrate the yK1 linked-data sources to provide query for specific yK1 analytics and provide direct work support as needed for, but not limited, to the following:
   i. yK1 Build-Out Tool (BOT) conversion.
c. Enhanced UI and supporting elements, as needed, with search and graph rendering changes based on user feedback at least twice.
d. Provide support to DBAs and analysts testing Spark/Hadoop for ETL changes that involved modification to the existing CKGE framework elements.
e. Consult and, as needed direct work, for Elastic Search capabilities.

2. Help ensure IRS staff and the CKGE framework has capabilities sufficient for FY18 filing season support activities.

3. Provide knowledge transfer and other help to IRS staff about deployment and configuration of the CKGE framework, including the deployed Graph Explorer.

4. Ensure any open source products conform to their license-terms.
   a. Any modification to the Neo4j Enterprise, open-source edition available through AGPL must be prior approved by IRS

5. Participate in an periodic monthly status meetings to help answer any questions regarding feasibility of platform and considerations for moving forward as a permanent capability

6. Provide troubleshooting of issues and bugs via a helpdesk-type capabilities Monday- Friday and between 800am-500pm Eastern Time.

7. Document and provide configuration and other implemented elements in order to 1) Provide IRS with necessary materials to self-sustain deployment and participate in periodic knowledge sharing meetings with IRS staff.

8. Option Years will focus on continued similar core-related deployment framework and the professional services component will be reduced to approximately ½ of the "Base Year" and be conducted as a time and material type arrangement.

Year 1 (Base) Delivery[1]

| Deliverable | Description | Time Frame |
| --- | --- | --- |
| 1. Project Kick-Off Meeting Presentation | Provides information regarding moving forward to meet key tasks and other considerations about resource needs, risks, and issues for executing Tasks | Within two calendar weeks of contract award |
| 2. Provide consultation and final design options for a modified CKGE framework for evaluation within | A modified KGCE framework will be based upon agreed changes stemming from yK1 plans and user feedback | Within 160 calendar days of completed interim background |

---

[1] Assuming existing MBI cleared-personnel carry-over from prior work

| | Development stage (Alpha Version) | | clearance |
|---|---|---|---|
| 3. | Execute support during Alpha Version testing | Help IRS staff work through testing of the alpha version | Within two calendar weeks of Alpha Version release |
| 4. | Release Beta Version of Platform | Refined version of the Alpha Version based on testing feedback | Within 90 calendar days of Alpha Version release |
| 5. | Provide any Q&A support during end of project meeting | Provide answers to questions as needed to support evaluating feasibility and considerations for permanent capability | Within 90 calendar days of Beta Version release |
| 6. | Provide Documentation about each milestone completed in accordance with IRS agreed-up parameters | Microsoft Word format is acceptable that includes any basic information on configuration and setup and 'How-To' for IRS work needs | Within 14 calendar days of each Milestone |

Place of Performance

- 77 K STREET NW; WASHINGTON, DC 20002
- As agreed to by Government

Period of Performance

- Base Year: 9/22/2017 – 9/21/2018
- Option Years1 (9/22/2018 – 9/21/2019)
- Option Year 2 (9/22/2019 – 9/21/2020)
- Option Year 3 (9/22/2020 – 9/21/2021)
- Option Year 4 (9/22/2021 – 9/21/2022)

Government Furnished Property

- IRS laptops with software and network access reasonable to performing tasks
- On-site office cube space at 77K Street NW location
- At least one Linux OS Server with at least 16 cores and 1TeraByte of RAM and available hard drive space as needed and feasible by IRS

Security

- Must have a IRS Medium-Risk background Clearance
- Must adhere to relevant security and safe protocols and training necessary for execute of tasks

# EXHIBIT 27

SER_1407

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Moccozet, Sascha A. (IntlAssoc) (sascha.moccozet@nist.gov) |
| **CC:** | Brundage, Michael P. (Fed) (michael.brundage@nist.gov) |
| **BCC:** | |
| **Subject:** | Re: Price List Attached |
| **Attachments:** | |
| **Sent:** | 08/03/2017 12:28:46 PM -0700 (PST) |

I just wanted to follow you with you and give you some updates.

US Treasury has decided to make the move to our new company iGov Inc and the new Government Packages for Neo4j Enterprise. It allowed them to spend their budget 100% on development of their Neo4j solutions which we have been building for them. I would be happy to connect you to them to find out more.

It also looks like our current PureThink customers are going to make the move to our new company for the same reasons.

Treasury said that one of the Neo Federal sales people tried to tell them they couldn't work with us and to work with another vendor. That did not work out for them and obviously this is not the case, but I did want to give you a heads up that it has happened at least once. It is strange behavior, but I guess It is a good sign that we are doing things right and bringing some healthy competition to the market.

We should have a procurement comparison document ready by Monday which I will send you.

Also - I would like to connect you with our current federal clients incase you want to ask them any questions.

Let me know if you have any questions.

If you would like to talk this week or next, I'd be happy to talk more about the other architecture components that come with this package. It's not just Neo4j Enterprise, it comes with a starter graph explorer application you can use as a starting point for visualization, GraphGrid , and many other open source tools such as ElasticSearch and Apache Kafka that are all supported under the package.

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Tue, Jul 11, 2017 at 1:26 PM, John Mark Suhy <jmsuhy@igovsol.com> wrote:
I wanted to just send you the full price list so you have it as a reference. It is at the bottom of this email.

The information below is not public yet, we are making an announcement next week, but I wanted to get you this information now as it has some important procurement updates.

Neo4j Government Edition is being retired and the framework and services we developed are going to be offered under the new name : **Government Package for Neo4j.** Our team developed Neo4j Government Edition and obtained exclusive rights to use Neo4j Government Edition trademark name from Neo Technology under PureThink. Every Neo4j subscription sale to the Federal government has been sold and supported by our team so we are in the unique position of having the only verifiable past performance and being able to support both commercial and open source licenses of Neo4j Enterprise.

PureThink is still a Neo4j Solution partner and has the same exact team. In order to be able to offer the best value to our US agency client, we had to move the Government Package to under our other company iGov Inc , because Neo4j

IGOV0001573905.001
SER_1408

Solution partners are forbidden from dealing with any Neo4j open source licenses and this package gives you the option to choose between open source or commercial licenses.

We've simply taken the framework and services that made a Neo4j Enterprise (Commercial only)  into  Neo4j Government Edition and made them available as a stand alone package we call (Government Package for Neo4j). By default if you don't have a commercial production support subscription - you get everything you physically get in the commercial package except the license is a Neo4j Enterprise open source license.  If you need a commercial support subscription, then you can obtain one from any partner, or through our strategic partner AtomRain, the makers of GraphGrid and part of our support team.

1) Now you can make any Neo4j edition a Government Edition.  This means you can combine it with Neo4j Enterprise open source or commercial licenses, its your choice.

2) This new breakout allows us to offer Government Dev Packages where 100% of the cost (same price as commercial support subscription) goes to software development and consulting services to help your team build a solution around Neo4j.  When you go to production, and if your system is mission critical, you can switch to the Neo4j Enterprise commercial support subscription which gives you production email and phone support, which has a fallback to Neo Technology.   (Since we launched Neo4j Government Edition, we've never had to use this support.)

Of course, Neo4j Enterprise is open source, so you do have the option to use that on your own, our new website will provide agencies with the proper downloads if you decide Neo4j Enterprise commercial subscription or Government Packages are not for you.

Let me know if you have any questions.   The attached pricing package also gives the development package pricing.

Respectfully,

John Mark

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573905.002
**SER_1409**

# EXHIBIT 28

**Witness:**
**John Mark Suhy**
**EX 214**
11/29/2022 K. Buchanan

| | |
|---|---|
| **From:** | Dunn Michael C (Michael.C.Dunn@irs.gov) |
| **To:** | John Mark Suhy (jmsuhy@egovsol.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Market Research: eGovernment Solutions Inc (Hubzone) |
| **Attachments:** | |
| **Sent:** | 10/04/2017 09:32:39 AM -0700 (PST) |

Awesome! thank you.

_____
Mike Dunn
Data Management Division/Business Systems Planning
Research, Applied Analytics, & Statistics
Home of the Compliance Data Warehouse
(o) 202.803.9009

-----Original Message-----
From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
Sent: October-04-17 12:22 PM
To: Dunn Michael C
Subject: Market Research: eGovernment Solutions Inc (Hubzone)

Hello Michael,

Here is some information for market research regarding eGovernment Solutions Inc.

eGovernment Solutions Inc is a Virginia corporation located in Northern Virginia.
We are a certified hubzone company. (See link below).
http://dsbs.sba.gov/dsbs/search/dsp_profile.cfm?RequestTimeout=60&DUNS=831040907

We also have a GSA Schedule 70 contract.
Our GSA contract number is GS35F0051Y

Here is our other information:
DUNS #: 831040907
Cage #: 5RN96
Tax ID: 26-435-1689
https://eGovsol.com


eGovernment Solutions focuses on IT professional services including
software development, enterprise architecture, etc. We also have a
current DOD facility clearance and have no restrictions doing work with the government.


The current CKGE environment will require any potential vendor to
provide 2 critical components: 1) The Government Package / Suite for
Neo4j and
2) professional services for continued development.

Other vendors may be able to offer the professional services, but only iGov Inc can fulfill the Government Package / Suite for
Neo4j requirement.

To address the first requirement for the Government Package / Suite for Neo4j , eGovernment Solutions Inc can form a teaming partnership with iGov Inc (sub-contractor) specifically to address the first requirement above.

I would like to point out that no other company would be able to address this critical requirement because the Government Package / Suite for Neo4j is only available through iGov Inc which has no other reseller or partner agreements in place with other vendors at this time.

Here is some more information that may be useful for your market research:

- The Government Package / Suite for Neo4j provides the tools and vendor support for the entire graph architecture which covers Neo4j, ElasticSearch, Redis, GE Micro Services, and UI components, Import Tools, and other libraries which makes up the GraphExplorer core.
The package provides services and tools to address FISMA and accessibility, and it has a wide range of libraries and toolsets that
are currently being implemented in the CKGE architecture. It is only
available from a single vendor.

- The same team members from the past contract would be able to stay on under eGovernment Solutions Inc. All of the development environments, tools, etc would also be maintained meaning there would be no ramp up time.

- We spent considerable time setting up the development environment and orchestration tools that allow us to do modern development with IRS because of the limitations on their current development hardware.
Another vendor would have to do this from scratch incurring additional time and cost, and a long ramp up period.

- Regarding the Neo4j component of the architecture. Our team members are all Neo4j certified professionals. We are the only team we know of whom has these qualifications and can also support Neo4j under it's open source license.

Disclosure: I am a minority partner in eGovernment Solutions, and a majority partner (only partner) in iGov Inc. iGov Inc holds the rights and sells and supports the Neo4j Government Package / Suite
which is critical to this project. iGov Inc is only focused on Graph
products and services only.

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

Case 5:18-cv-07182-EJD    Document 183-30    Filed 04/20/23    Page 1 of 5

# EXHIBIT 29

SER_1413

**From:** John Mark Suhy (jmsuhy@egovsol.com)
**To:** Michael.C.Dunn@irs.gov
**CC:**
**BCC:**
**Subject:** Neo4j latest happenings
**Attachments:** fsf-agpl-confirmation.pdf;
**Sent:** 05/22/2018 03:26:36 PM -0700 (PST)



I just wanted to reach out to you to keep you apprised of the latest happenings involving Neo4j Inc and their handling of the open source Neo4j Enterprise GitHub repository to prevent any confusion.

Off the bat, I just want to make sure that it is clear that nothing has changed that will prevent us from fulfilling any obligations to IRS or IRS using Neo4j Enterprise open source distributions.

A few days ago, Neo4j Inc attempted to add a restrictive term to their open source AGPL license, which is prohibited and unenforceable under the AGPL open source license terms.

The new term attempted to prevent any company from selling Neo4j Enterprise open source distributions for money. I.E. Charging a fee for access to Neo4j Enterprise open source distributions.

We do not sell Neo4j Enterprise software for money, and this has no effect on potential upcoming contracts at Treasury.

Our team has received guidance from the Licensing and Compliance Manager at the Free Software Foundation on this new term, indicating that adding this type of restriction is prohibited by the AGPL license and is therefore not enforceable by Neo4j.

I've attached the free software foundation's guidance to us on the matter via an attachment. If you are not aware, the free software foundation is the organization who manages the open source AGPL license. All open source products who adopt the license must adhere to it.

Again this does not effect IRS in any way, even if the term was enforceable.

On another note, we are pushing up the all new Neo4j Enterprise 3.4.0 open source distribution next week for public access and download.

Neo4j Enterprise 3.4.0 has some very exciting features, go to the Neo4j.com website to learn more about it. It remains free and open source.

Have a good evening,


John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780

https://egovsol.com



John Mark Suhy <jmsuhy@purethink.com>

---

## Neo4j Inc recently added restrictive license conditions to AGPL license.

**Donald R Robertson III via RT** <licensing@fsf.org>    Tue, May 22, 2018 at 11:38 AM
Reply-To: licensing@fsf.org
To: jmsuhy@purethink.com

> On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license.  It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file.  The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition
> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at
<https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright
holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

IGOV0001573246.001
SER_1416

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

IGOV0001573246.002
SER_1417

# EXHIBIT 30

SER_1418

## ORDER FOR SUPPLIES OR SERVICES

| | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 6 |

IMPORTANT:  Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER 05/24/2018 | 2. CONTRACT NO. *(If any)* | | 6. SHIP TO: | | |
|---|---|---|---|---|---|
| 3. ORDER NO. 2032H8-18-P-00151 | 4. REQUISITION/REFERENCE NO. 5000007221 | | a. NAME OF CONSIGNEE See Attached Delivery Schedule | | |
| | | | b. STREET ADDRESS | | |
| 5. ISSUING OFFICE *(Address correspondence to)* Vivian Daniels Internal Revenue Service Procurement 5000 Ellin Road New Carrollton MD 20706-3816 | | | c. CITY | d. STATE | e. ZIP CODE |

| 7. TO: | | f. SHIP VIA | |
|---|---|---|---|
| a. NAME OF CONTRACTOR John Suhy 703-862-7780 | | 8. TYPE OF ORDER | |
| b. COMPANY NAME eGovernment Solutions Inc | | ☐ a. PURCHASE REFERENCE YOUR: Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated. | ☐ b. DELIVERY -- Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract. |
| c. STREET ADDRESS 7686 Richmond Highway, Suite 111 | | | |
| d. CITY Alexandria | e. STATE VA   f. ZIP CODE 22306-2800 | | |

| 9. ACCOUNTING AND APPROPRIATION DATA See Attached Schedule(s) | 10. REQUISITIONING OFFICE RAAS Renee Goss 202-803-9010 |
|---|---|

| 11. BUSINESS CLASSIFICATION *(Check appropriate box(es))* | 12. F.O.B. POINT |
|---|---|
| ☒ a. SMALL    ☐ b. OTHER THAN SMALL    ☒ c. DISADVANTAGED    ☐ d. WOMEN-OWNED    ☒ e. HUBZone ☐ f. SERVICE-DISABLED VETERAN-OWNED    ☐ g. WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOSB PROGRAM    ☐ h. EDWOSB | DESTINATION |

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION DESTINATION | b. ACCEPTANCE DESTINATION | | 05/23/2019 | |

### 17. SCHEDULE (*See reverse for Rejections*)

| ITEM NO (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | See Attached Schedule(s) | | | | | |

Witness: PMQ
Ashwani Mayur

**EX 103**

10/25/2022 K. Buchanan

| | 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOT. ◁ *(Cont. pages)* |
|---|---|---|---|---|---|
| *SEE BILLING INSTRUCTIONS ON REVERSE* | 21. MAIL INVOICE TO: | | | | |
| | a. NAME | | | | |
| | b. STREET ADDRESS *(or P.O. Box)* www.IPP.gov | | | | |
| | c. CITY | | d. STATE | e. ZIP CODE | $300,000.00 | 17(i) ◁ GRAND TOTAL |

| 22. UNITED STATES OF AMERICA BY *(Signature)*  ▷  2gtrb | Digitally signed by 2gtrb Date: 2018.05.24 13:56:55 -04'00' | 23. NAME *(Typed)* HOLLY DONAWA 240-613-6657 TITLE: Contracting/ Ordering Officer |
|---|---|---|

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION NOT USABLE | OPTIONAL FORM 347 (REV. 2/2012) Prescribed by GSA/FAR 48 CFR 53.213(f) |
|---|---|

EGOVS_000015
SER_1419

**Line Item Table**

| Item No. | Item Description | QTY | Unit | Price | Value |
|---|---|---|---|---|---|
| 0001 | Base 5/24/18 - 5/23/2029<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 300000.00 | 300000.00 |
| 1001 | Option Year 1 5/24/2019 – 5/23/2020<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |
| 2001 | Option Year 2 5/24/2020 – 5/23/2021<br><br>CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |
| 3001 | Option Year 3 5/24/2021 – 5/23/2022<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |
| 4001 | Option Year 4 5/24/2022 – 5/23/2023<br><br>CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | EA | 200000.00 | 200000.00 |

**Accounting and Appropriation Data**

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 0001-0001 | 16180919D M500003 4R 2512 | 300000.00 |

**Delivery Schedule**

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
|  | 0001 | 300000.000 | 05/23/2019 |

EGOVS_000016
**SER_1420**

52.217-9 Option to Extend the Term of the Contract (Mar 2000)
52.222-50 I Combating Trafficking in Persons - ALTERNATE I (Mar 2015)
52.232-29 Terms for Financing of Purchases of Commercial Items (Feb 2002)
52.252-2 Clauses Incorporated by Reference (Feb 1998)
52.202-1 Definitions (Nov 2013) – Incorporated by Reference 52.203-3
Gratuities (Apr 1984) – Incorporated by Reference
52.203-5 Covenant Against Contingent Fees (May 2014) – Incorporated by
Reference
52.203-6 Restrictions on Subcontractor Sales to the Government (Oct 1995) –
Incorporated by Reference
52.203-7 Anti-Kickback Procedures (May2014) – Incorporated by Reference
52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or
Improper Activity (May 2014) – Incorporated by Reference
52.203-10 Price or Fee Adjustment for Illegal or Improper Activity (May 2014)
– Incorporated by Reference
52.203-12 Limitation on Payments to Influence Certain Federal Transactions
(Oct 2010) – Incorporated by Reference
52.203-17 Contractor Employee Whistleblower Rights and Requirement To
Inform Employees of Whistleblower Rights (Apr 2014) – Incorporated by
Reference
52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content
Paper (May 2011) – Incorporated by Reference
52.204-13 System for Award Management Maintenance (Oct 2016) –
Incorporated by Reference
52.209-6 Protecting the Government's Interest When Subcontracting with
Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) –
Incorporated by Reference
52.209-9 Updates of Publicly Available Information Regarding Responsibility
Matters (Jul 2013) - Incorporated by Reference
52.209-10 Prohibition on Contracting with Inverted Domestic Corporations
(Nov 2015) – Incorporated by Reference
52.215-2 Audit and Records—Negotiation (Oct 2010) – Incorporated by
Reference
52.215-8 Order of Precedence—Uniform Contract Format (Oct 1997) –
Incorporated by Reference
52.215-14 I Integrity of Unit Prices - ALTERNATE I (Oct 2010) – Incorporated
by Reference
52.216-20 Definite Quantity (Oct 1995) – Incorporated by Reference
52.217-8 Option to Extend Services (Mar 1999) – Incorporated by Reference

EGOVS_000017
SER_1421

**52.219-3 Notice of HUBZone Set-Aside or Sole Source Award (Nov 2011) – Incorporated by Reference**
**52.219-4 Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2014)**
**52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) – Incorporated by Reference**
**52.225-13 Restrictions on Certain Foreign Purchases (June 2008) – Incorporated by Reference**
**52.232-17 Interest (May 2014) – Incorporated by Reference**
**52.232-23 Assignment of Claims (May 2014) – Incorporated by Reference**
**52.232-33 Payment by Electronic Funds Transfer-System for Award Management (Jul 2013) – Incorporated by Reference**
**52.232-39 Unenforceability of Unauthorized Obligations (Jun 2014) – Incorporated by Reference**
**52.232-40 Providing Accelerated Payments to Small Business Subcontractors (Dec 2013) – Incorporated by Reference**
**52.233-1 Disputes (May 2014) – Incorporated by Reference**
**52.233-3 Protest after Award (Aug 1996) – Incorporated by Reference**
**52.233-4 Applicable Law for Breach of Contract Claim (Oct 2004) – Incorporated by Reference**
**52.242-3 Penalties for Unallowable Costs (May 2014) – Incorporated by Reference**
**52.242-13 Bankruptcy (July 1995) – Incorporated by Reference**
**52.244-5 Competition in Subcontracting (Dec 1996) – Incorporated by Reference**
**52.244-6 Subcontracts for Commercial Items (Jun 2016) – Incorporated by Reference**
**52.249-1 Termination for Convenience of the Government (Fixed-Price) (Short Form) (Apr 1984) – Incorporated by Reference**
**52.253-1 Computer Generated Forms (Jan 1991) – Incorporated by Reference**
**IR1052.209-9002 Notice and Consent to Disclose and use of Taxpayer Return Information**
**1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (Aug 2012) Incorporated by Reference**

EGOVS_000018
**SER_1422**

## IR1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP) (JUL 2015)

Definitions: "Short payment" as used in this clause means an invoice that includes the cost or price for supplies or services delivered or performed, as well as the cost or price for supplies or services not yet tendered to the Government in accordance with the terms of the contract, order or agreement. "Short payment" example: The contract requires the delivery of a set number of items, with the price, delivery location, and delivery due date also specified. The vendor delivers 50% of the items as specified but invoices for 100% of the items. Before implementation of the IPP, the IRS would have paid the vendor for the items delivered and instructed the vendor to re-invoice the IRS when the balances of the items were delivered. In other words, the IRS would "short pay" the invoice since the IRS did not remit payment for the full invoice amount. With implementation of the IPP, the IRS can no longer do this because the IRS cannot accept an electronic invoice that includes items not yet received. The IRS will reject the invoice. The vendor needs to submit an invoice for only the items received by the IRS (in this case, 50%), and, assuming that these items meet all other contract terms and conditions, the IRS will pay the invoiced amount. The vendor submits subsequent invoice(s) for items as they are delivered and accepted.

The Invoice Processing Platform (IPP) is a secure Web-based electronic invoicing and payment information service available to all Federal agencies and their suppliers. Effective October 1, 2012, invoicing for payment through the IPP will be mandatory for all new contract awards. Additional information regarding the IPP may be found at the IPP website address https://www.ipp.gov. Contractors must complete the contractor point of contact information below, and submit it with their proposal submissions. Contractors may contact the IPP Helpdesk for assistance via e-mail atippgroup@bos.frb.org or via phone at (866) 973-3131. Once a contract award has been made, the contractor will be contacted by the IPP via e- mail to set-up an account. It will be necessary for contractors to login to their IPP accounts every 90 days to keep their IPP accounts active.

eGovernment Solutions Inc Contractor Name: John Suhy
Contractor IPP Point of Contact Name: John Suhy
Contractor Phone Number: 703-862-7780
Contractor E-mail Address: jmsuhy@egovsol.com

Electronic Invoicing and Payment Requirements Vendor invoices submitted electronically through the IPP should be in the proper format and contain the information required for payment processing. In order to be approved for payment, a "proper invoice" must list the items specified in FAR 52.232- 25 (a)(3)(i) through (a)(3)(x), or in the case of a Commercial Item Contract, the items included in 52.212-4(g)(1)(i) through (g)(1)(x). If the vendor is offering a discount via the IPP, the discount must be reflected on the invoice. The vendor will select 'Create Invoice'. The IPP system will default to `Net 30 Prompt Pay` under the Payment Terms dropdown box. The vendor will select from 54 different discount options for the invoice that is being created. If the vendor chooses to offer a

discount on the invoice screen, the information will interface to the payment system for processing. Discounts that are offered on attachments rather than the invoice itself cannot be accepted. Under this contract, the following documents are required to be submitted as an attachment to the invoice (Contracting Officer fills in additional documentation that must be furnished by the contractor (e.g. timesheet)) Please do not submit into IPP any

EGOVS_000019
**SER_1423**

documentation/attachments that conflict with what is stated on the invoice:
Payment and Invoice Questions For payment and invoice questions, contact the Beckley
Finance Center at (304) 254- 3372 or via e-mail at cfo.bfc.ipp.customer.support@irs.gov.
Waiver If the Contractor is unable to use the IPP for submitting payment requests starting
on October 1, 2012, then a waiver form must be completed and submitted with the
contractor`s proposal submission for review and approval by the Contracting Officer based
on one of the conditions listed in the waiver form included as Attachment 1 to this clause.
The vendor will be notified prior to award as to whether their request for waiver has been
approved or denied. If the waiver is granted, then a copy of the waiver must be submitted
with each paper invoice that the vendor submits to the payment office or the invoice will be
returned.
Short Payment Short payment on vendor submitted invoices will no longer be processed or
paid. If any portion of the invoice does not meet the requirements for a proper invoice, the
entire invoice shall be rejected and returned to the vendor unpaid. (End of Clause)

EGOVS_000020
**SER_1424**

Case 5:18-cv-07182-EJD     Document 183-32     Filed 04/20/23     Page 1 of 2

# EXHIBIT 31

SER_1425

**From:** John Mark Suhy (jmsuhy@egovsol.com)
**To:** Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:**
**BCC:**
**Subject:** Final Project Name: Open Native Graph DB
**Attachments:**
**Sent:** 06/29/2018 10:55:33 AM -0700 (PST)

---

The final name of what we have been calling 'open neo4j' is : Open Native Graph DB.

All of the java packages remain org.neo4j.* as the code is kept in sync with Neo4j's GitHub repo.

In documentation and some pages on the neo4j-browser (which is part of code base we merge) - we simply replace Neo4j -> ONgDB

Ex:

About Neo4j ...  -> About ONgDB ...


--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

Case 5:18-cv-07182-EJD     Document 183-33     Filed 04/20/23     Page 1 of 5

# EXHIBIT 32

SER_1427

| | |
|---|---|
| **From:** | Rosenmerkel Lisa S (Lisa.S.Rosenmerkel@irs.gov) |
| **To:** | 'Jason Zagalsky' (jason@neo4j.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: discussion of Neo4j options |
| **Attachments:** | |
| **Sent:** | 07/27/2018 05:04:24 AM -0700 (PST) |

CONFIDENTIAL
Witness: Michael Dunn
**EX 168**
11/17/2022 S. Sailor

Hi Jason –

Thank you for providing the pricing.  It will be an important component for planning purposes.  I've spoken at length with Jeff, and after considering options and our current budget position, we do not intend to follow-up with a new acquisition at this time.

Thank you again for all your assistance on this!
Lisa

Associate Director | Data Management | Research, Applied Analytics and Statistics
Home of the Compliance Data Warehouse (CDW)
(W) 202.803.9259 | (C) 443.621.0666

From: Jason Zagalsky [mailto:jason@neo4j.com]
Sent: Thursday, July 26, 2018 7:05 AM
To: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
Subject: Re: discussion of Neo4j options

Hi Lisa,

Following up to see whether you have discussed the pricing with Jeff and whether we should schedule a phone call to discuss next steps?

Thanks,
Jason

Jason Zagalsky
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com
*Join me on September 20th for GraphConnect 2018 in New York City's Times Square*

GraphConnect is the world's largest graph conference focused on graph databases and applications.

On Mon, Jul 23, 2018 at 2:06 PM, Jason Zagalsky <jason@neo4j.com> wrote:

> Hi Lisa,
>
> Philip's slides are attached.
>
> Let's connect to discuss next steps after you review the pricing and slides with Jeff.

Thanks,
Jason


Jason Zagalsky
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com

_____

On Thu, Jul 19, 2018 at 2:37 PM, Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov> wrote:

> Thanks very much – As long as I have it to go over with Jeff early next week I am fine!
>
> Associate Director  |  Data Management  |  Research, Applied Analytics and Statistics
> Home of the Compliance Data Warehouse (CDW)
> (W) 202.803.9259  |  (C) 443.621.0666
>
> From: Jason Zagalsky [mailto:jason@neo4j.com]
> Sent: Thursday, July 19, 2018 2:35 PM
>
> To: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
> Subject: Re: discussion of Neo4j options
>
> Yes, will do.  Philip was headed straight to Chicago for a GraphTour appearance, but I hope he will find time to send me his slides on his flight home tomorrow.
>
> Jason Zagalsky
> Federal Technical Account Manager  |  Neo4j, Inc.
> 410-280-9697  |  jason@neo4j.com
>
> _____
>
> On Thu, Jul 19, 2018 at 2:32 PM, Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov> wrote:
>
>> Hi Jason – Yes I got it and forwarded it to Jeff to review.  He is on travel through the end of this week but I have blocked time to discuss with him on Monday.
>>
>> Speaking of which , I don't think I've gotten Phillips slides yet – could you please reach out to him for me?
>>
>> Associate Director  |  Data Management  |  Research, Applied Analytics and Statistics
>> Home of the Compliance Data Warehouse (CDW)
>> (W) 202.803.9259 | (C) 443.621.0666
>>
>> From: Jason Zagalsky [mailto:jason@neo4j.com]
>> Sent: Thursday, July 19, 2018 2:30 PM
>> To: Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
>> Subject: Re: discussion of Neo4j options
>>
>> Hi Lisa,

Just following up to make sure message was received and I am not sure I was as clear as I could be... glad to have a phone call to discuss.

Best Regards,
Jason

**Jason Zagalsky**
Federal Technical Account Manager  |  Neo4j, Inc.
410-280-9697  |  jason@neo4j.com

On Wed, Jul 18, 2018 at 4:19 PM, Jason Zagalsky <jason@neo4j.com> wrote:

> Hi Lisa,
>
> For large memory configs, we build in blocks of 24 cores / 256GB RAM... so even if you don't need more than 12 cores, with 512GB of memory (gives you some headroom on the 300GB you have), you will be licensed for up to 48 cores, if you want to cut your server back from 1TB of RAM to 512GB of RAM.
>
> So it would be ($72k x 2 ) + $12k = $156k for 1-year subscription, or $397,800 for a 3-year subscription (includes 15% discount for 3-year prepay).
>
> If this works for you, I can send you a proposal reflecting these numbers.
> I can also include our training and consulting rates if you would like.
>
> I know you are just looking for budgetary pricing at the moment, by have you given any thought to procurement vehicle or purchase timeframe?
>
> Thanks,
> Jason
>
> **Jason Zagalsky**
> Federal Technical Account Manager  |  Neo4j, Inc.
> 410-280-9697  |  jason@neo4j.com
>
> On Wed, Jul 18, 2018 at 1:32 PM, Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov> wrote:
>
>> Hi Jason – I spoke with Mike about your concerns regarding the amount of storage included in the quote information.  Mike estimates we are currently using about 300 GB.  Is that more in line with the ratio you expected?
>>
>> Associate Director | Data Management | Research, Applied Analytics and Statistics
>> Home of the Compliance Data Warehouse (CDW)
>> (W) 202.803.9259 | (C) 443.621.0666
>>
>> -----Original Appointment-----
>> From: Dunn Michael C
>> Sent: Thursday, May 24, 2018 3:07 PM

To: Dunn Michael C; Rosenmerkel Lisa S; Butler Jeff; Garnish JC; Raub Brian G; jason@neo4j.com; Scoffic Matthew L; Hess Chris
Subject: discussion of Neo4j options
When: Monday, July 16, 2018 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: 77K street NE; room 3191

Purpose: provide a forum for Neo4j to provide a demo/discussion of products

Lisa Rosenmerkel will pick up Neo4j Inc group at Guards Desk.

# EXHIBIT 33

SER_1432

**From:**       John Mark Suhy (jmsuhy@egovsol.com)
**To:**         Dunn Michael C (Michael.C.Dunn@irs.gov)
**CC:**         Manoharan Linkavan [Contractor] (Linkavan.Manoharan@irs.gov), Rosenmerkel Lisa S
                (Lisa.S.Rosenmerkel@irs.gov), Weng Guoqing [Contractor] (Guoqing.Weng@irs.gov)
**BCC:**
**Subject:**    Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb
**Attachments:**
**Sent:**       08/13/2018 12:13:46 PM -0700 (PST)

That sounds good.

Lisa,

I am confident that upgrading to ONgDB 3.4.x for the launch is the smart move for a number of reasons.

We actually prefer to support you on the newest 3.4.x ONgDB versions.

We have been testing the platform with the newest 3.4.x versions within for quite some time as well - switching between 3.3.x and 3.4.x distributions does not require any changes to the platform.

Also, it is trivial to flip between 3.3 and 3.4 versions in the future as well.

ONgDB open source licenses come directly from the Graph Foundation as well, not from Neo4j Inc, which is a huge benefit based on their past behavior.

The upgrade would be a low risk move in our opinion.

We can talk more if you wish this week anytime.

Thank you,

John Mark

CONFIDENTIAL
Witness: Michael Dunn

**EX 169**

11/17/2022 S. Sailor

On Mon, Aug 13, 2018 at 12:12 PM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Thanks John Mark. Making sure Lisa is looped in on this, and ask her if we're ok to go ahead and just use ONgDB from
> now on in the CKGE environment.  Let's just hold with 3.3.2 until we get clearance from Lisa.
>
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics
>
>
> **From:** John Mark Suhy [mailto:jmsuhy@egovsol.com]

**Sent:** Monday, August 13, 2018 11:58 AM
**To:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Rosenmerkel Lisa S
<Lisa.S.Rosenmerkel@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

I think we should use ONgDB 3.4.x for the launch.  It has a lot of performance enhancements over 3.3.x

We have been testing everything with the 3.3.x and 3.4.x versions , so we know the platform works great with both.

On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Hi John Mark,
>
> Would it be easier to go ahead and use ONgDB now in CKGE or wait and deploy CKGE with Neo4j 3.3.2 we have, and
> then later transition to ONgDB?
>
> We do not want to move to Neo4j 3.4.x AGPL.
>
> _____
>
> Michael C. Dunn
>
> Data Management Division/Planning and Analysis
>
> Research, Applied Analytics, and Statistics

--

John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573217.0002

**SER_1434**

--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

IGOV0001573217.0003

**SER_1435**

# EXHIBIT 34

**From:**    Dunn Michael C (Michael.C.Dunn@irs.gov)
**To:**    John Mark Suhy jmsuhy@egovsol.com, Rosenmerkel Lisa S Lisa.S.Rosenmerkel@irs.gov
**CC:**    Manoharan Linkavan [Contractor] Linkavan.Manoharan@irs.gov, Weng Guoqing [Contractor] Guoqing.Weng@irs.gov, Tikekar Rahul Rahul.Tikekar@irs.gov
**BCC:**
**Subject:**    RE: transition risk question from our ckge neo4j 3.3.2 to ONgdb
**Sent:**    08/14/2018 09:52:46 AM -0700 (PST)
**Attachments:**

John Mark, Go ahead and integrate the ONGDB into the CKGE framework we'll deploy.  Can you also loop in Rahul on the topic so he's aware of the option and ideas for yK1 transition.

_____

Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

CONFIDENTIAL
Witness: Michael Dunn
**EX 170**
11/17/2022 S. Sailor

**From:** Dunn Michael C
**Sent:** Monday, August 13, 2018 12:12 PM
**To:** 'John Mark Suhy' <jmsuhy@egovsol.com>; Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** RE: transition risk question from our ckge neo4j 3.3.2 to ONgdb

Thanks John Mark. Making sure Lisa is looped in on this, and ask her if we're ok to go ahead and just use ONgDB from now on in the CKGE environment.  Let's just hold with 3.3.2 until we get clearance from Lisa.

_____

Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

**From:** John Mark Suhy [mailto:jmsuhy@egovsol.com]
**Sent:** Monday, August 13, 2018 11:58 AM
**To:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Cc:** Manoharan Linkavan [Contractor] <Linkavan.Manoharan@irs.gov>; Rosenmerkel Lisa S <Lisa.S.Rosenmerkel@irs.gov>; Weng Guoqing [Contractor] <Guoqing.Weng@irs.gov>
**Subject:** Re: transition risk question from our ckge neo4j 3.3.2 to ONgdb

I think we should use ONgDB 3.4.x for the launch.  It has a lot of performance enhancements over 3.3.x

We have been testing everything with the 3.3.x and 3.4.x versions , so we know the platform works great with both.

On Mon, Aug 13, 2018 at 8:55 AM Dunn Michael C <Michael.C.Dunn@irs.gov> wrote:

> Hi John Mark,

Would it be easier to go ahead and use ONgDB now in CKGE or wait and deploy CKGE with Neo4j 3.3.2 we have, and then later transition to ONgDB?

We do not want to move to Neo4j 3.4.x AGPL.

_____

Michael C. Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics, and Statistics

--
John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com

Case 5:18-cv-07182-EJD    Document 183-36    Filed 04/20/23    Page 1 of 15

# EXHIBIT 35

SER_1439

Witness: PMQ
Ashwani Mayur

**EX 100**

10/25/2022 K. Buchanan

# Stock Purchase Agreement

Between John Mark Suhy (The "Seller") with his residence located at:
4202 Adrienne Dr, Alexandria VA 22309

AND

ASHWANI Mayur (the "Purchaser") an individual with his main address located at 41958 Greenlook Lane, Ashburn, VA 20148

Nikhil BUDHIRAJA (the "Purchaser") an individual with his main address located at 42037 MISTFLOWER CIR, ASHBURN, VA 20148

eGovernment Solutions Inc a corporation with its main address located at 7686 Richmond Highway, Suite 101 Alexandria, Virginia 22306

It is agreed as follows:

**1. Subject-Matter**
1.1 The purchasers agree to buy and the seller agrees to sell to the purchaser ⅓ shares (33.⅓% of the total shares) owned by the seller in eGovernment Solutions Inc (the "Shares"). The purchasers each currently own ⅓ of the company, respectively and there are currently no other shares outstanding.

**2. Purchase Price**

2.1 The purchase price payable for the shares is the total of the amounts allocated among the shares as follows:

  (a) For 33-⅓% of the equity shares of eGovernment Solutions Inc - $20,000 (Twenty thousand dollars).

**3. Terms of Payment**

3.1 The seller acknowledges receiving a check(s) for $20,000 (Twenty Thousand Dollars) from the purchaser on execution of this agreement.

4. John Mark Suhy will continue to act as an Facility Security Officer (FSO) , or assistant Facility Security Officer (AFSO) for eGovernment Solutions Inc.

5. Re: Treasury contract 2032H8-18-P-00151 (aka CKGE Knowledge Environment contract) dated 05/24/2018.

5.1 eGovernment Solutions Inc hereby hires John Mark Suhy as an Independent Contractor for all option years that are exercised on the CKGE contract. His compensation will be $200,000 per year paid when eGovernment Solutions gets paid. eGovernment Solutions will not be liable to pay John Mark Suhy for any work done on this contract in the event they donot get paid from the client. If the payment for the project is received all at once, then John Mark Suhy will also be paid his total salary for the option year up front, otherwise salary will be paid as eGovernment Solutions Inc get paid by the Treasury.

5.2 eGovernment Solutions Inc will give John Mark Suhy the authority to drive the direction of the project (Section 5) and is given the authority to enter into agreements on behalf of eGovernment Solutions Inc relating to this project as long as the agreements are in line with government contracting laws and hubzone regulations.

5.3 The option years that may be exercised by Treasury are listed below. The salary would correspond to these dates.
All option years are for: CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment

Option Year 1 5/24/2019 – 5/23/2020

Option Year 2 5/24/2020 – 5/23/2021

Option Year 3 5/24/2021 – 5/23/2022

Option Year 4 5/24/2022 – 5/23/2023

6. Profit on any future contracts with Department of Treasury the CACI Army contract (prime award, teaming, or sub-contracts) shall be subject to a ⅓ commission on Net-Profit to John Mark Suhy, payable when such funds are received.

## 7. ACCEPTANCE

7.1 This agreement executed on behalf of the Purchaser constitutes an offer to purchase which can only be accepted by the Seller by return of at least one originally accepted copy of agreement to the Purchaser on or before December 31st 2018 failing which the offer becomes null and void. If this offer becomes null and void or is validly revoked before acceptance or this agreement is not completed by the Purchaser for any valid reason, any deposit tendered with it on behalf of the Purchaser shall be returned without penalty or interest.

**SER_1441**

# Stock Purchase Agreement

Between John Mark Suhy (The "Seller") with his residence located at:
4202 Adrienne Dr, Alexandria VA 22309

AND

ASHWANI Mayur (the "Purchaser") an individual with his main address located at 41958 Greenlook Lane, Ashburn, VA 20148

Nikhil BUDHIRAJA (the "Purchaser") an individual with his main address located at 42037 MISTFLOWER CIR, ASHBURN, VA 20148

eGovernment Solutions Inc a corporation with its main address located at 7686 Richmond Highway, Suite 101 Alexandria, Virginia 22306

It is agreed as follows:

**1. Subject-Matter**
1.1 The purchasers agree to buy and the seller agrees to sell to the purchaser ⅓ shares (33.⅓% of the total shares) owned by the seller in eGovernment Solutions Inc (the "Shares"). The purchasers each currently own ⅓ of the company, respectively and there are currently no other shares outstanding.

**2. Purchase Price**

2.1 The purchase price payable for the shares is the total of the amounts allocated among the shares as follows:

  (a) For 33-⅓% of the equity shares of eGovernment Solutions Inc - $20,000 (Twenty thousand dollars).

**3. Terms of Payment**

3.1 The seller acknowledges receiving a check(s) for $20,000 (Twenty Thousand Dollars) from the purchaser on execution of this agreement.

4. John Mark Suhy will continue to act as an Facility Security Officer (FSO) , or assistant Facility Security Officer (AFSO) for eGovernment Solutions Inc.

5. Re: Treasury contract 2032H8-18-P-00151 (aka CKGE Knowledge Environment contract) dated 05/24/2018.

5.1 eGovernment Solutions Inc hereby hires John Mark Suhy as an Independent Contractor for all option years that are exercised on the CKGE contract. His compensation will be $200,000 per year paid when eGovernment Solutions gets paid. eGovernment Solutions will not be liable to pay John Mark Suhy for any work done on this contract in the event they donot get paid from the client. If the payment for the project is received all at once, then John Mark Suhy will also be paid his total salary for the option year up front, otherwise salary will be paid as eGovernment Solutions Inc get paid by the Treasury.

5.2 eGovernment Solutions Inc will give John Mark Suhy the authority to drive the direction of the project (Section 5) and is given the authority to enter into agreements on behalf of eGovernment Solutions Inc relating to this project as long as the agreements are in line with government contracting laws and hubzone regulations.

5.3 The option years that may be exercised by Treasury are listed below. The salary would correspond to these dates.
All option years are for: CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment

Option Year 1 5/24/2019 – 5/23/2020

Option Year 2 5/24/2020 – 5/23/2021

Option Year 3 5/24/2021 – 5/23/2022

Option Year 4 5/24/2022 – 5/23/2023

6. Profit on any future contracts with Department of Treasury the CACI Army contract (prime award, teaming, or sub-contracts) shall be subject to a ⅓ commission on Net-Profit to John Mark Suhy, payable when such funds are received.

## 7. ACCEPTANCE

7.1 This agreement executed on behalf of the Purchaser constitutes an offer to purchase which can only be accepted by the Seller by return of at least one originally accepted copy of agreement to the Purchaser on or before December 31st 2018 failing which the offer becomes null and void. If this offer becomes null and void or is validly revoked before acceptance or this agreement is not completed by the Purchaser for any valid reason, any deposit tendered with it on behalf of the Purchaser shall be returned without penalty or interest.

Signed, Sealed and Delivered in the Presence of:

| Seller | Purchaser #1 |
|---|---|
| Authorized Signature | Authorized Signature |
| John Mark Suhy | Ashwani Mayur |
| Print Name and Title | Print Name and Title for eGovernment Solutions Inc |
| Purchaser #2 | eGovernment Solutions Inc |
| Authorized Signature | Authorized Signature |
| Nikhil Budhiraja | Ashwani Mayur |
| Print Name and Title for eGovernment Solutions Inc | Print Name and Title |





*For value received,* _____ *hereby sells, assigns and transfers unto*
_____ *Shares represented by the within certificate, and do hereby irrevocably*
*constitute and appoint* _____
*Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in*
*the premises.*

*Dated,* 12/26/2018

Diluted h reissue

_____
*(signature)*

*In presence of*

*Notice: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.*



| NUMBER | | SHARES |
|--------|--|--------|
| 11 | | 1-1/3 |

## E-Government Solutions INC

The Corporation is authorized To Issue 5,000 Shares of Common Stock with Par Value $1.00

Incorporated Under the Laws of the State of Virginia

This Certifies that _____John Mark Suhy_____ is the registered holder of ___1-1/3 (One and One third)_____ Shares transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof. the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

This 26th day of December A.D 2018.

SECRETARY

SER_1447

Case 5:18-cv-07182-EJD     Document 183-36     Filed 04/20/23     Page 10 of 15

*For value received,* _____ *hereby sells, assigns and transfers unto*
_____ *Shares represented by the within certificate, and do hereby irrevocably*
*constitute and appoint* _____
*Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated,* 12/31/2018

_____
(signature)

*In presence of*

_____

*Notice: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.*



NUMBER
8

SHARES
33-1/3

## E-Government Solutions INC

The Corporation is authorized To Issue 5,000 Shares of Common Stock with Par Value $1.00

Incorporated Under the Laws of the State of Virginia

This Certifies that _____John Mark Suhy_____ is the registered holder of
___33-1/3 (Thirty Three and One third) _____ Shares transferable only on
the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this
Certificate properly endorsed.

In Witness Whereof. the said Corporation has caused this Certificate to be signed by its duly authorized
officers and its Corporate Seal to be hereunto affixed

This 31ˢᵗ day                              of December A.D 2013.

SECRETARY

SER_1449

For value received, _____ hereby sells, assigns and transfers unto

_____Shares represented by the within certificate, and do hereby irrevocably

constitute and appoint_____

Attorney to transfer the said shares on the books of the within-named Corporation with full power of substitution in the premises.

Dated, 12/26/2018

*Diluted & reissue*

_____
(signature)

In presence of

Notice: The signature to this assignment must correspond with the name as written upon the face of the certificate in every particular, without alteration or enlargement, or any change whatever.

# STOCK LEDGER

## eGOVERNMENT SOLUTIONS INC.

| | | Addition | | | Transferred Certificates | | | Balance |
|---|---|---|---|---|---|---|---|---|
| Cert. No. | No. of shares allotted | Issued to: | Date Issued | Transfer Date | cert. No. | No. of shares Sold | |
| 1 | 100 | Benjamin Siegler | 1/29/2009 | 12/31/2013 | 1 | 100 | 0 |
| 2 | 100 | John Mark Suhy | 1/29/2009 | 12/26/2018 | | | |
| 4 | 100 | Ashwani Mayur | 8/1/2013 | 12/26/2018 | | | |
| 5 | 100 | Nikhil Budhiraja | 8/1/2013 | 12/26/2018 | | | |
| 6 | 33-1/3 | Nikhil Budhiraja | 12/31/2013 | 12/26/2018 | | New Share certificate issued as | |
| 7 | 33-1/3 | Ashwani Mayur | 12/31/2013 | 12/26/2018 | | part of Dilutions - Every 100 | |
| 8 | 33-1/3 | John Mark Suhy | 12/31/2013 | 12/26/2018 | | shares will received 1 share | |
| 9 | 1-1/3 | Nikhil Budhiraja | 12/26/2018 | | | | |
| 10 | 1-1/3 | Ashwani Mayur | 12/26/2018 | | | | |
| 11 | 1-1/3 | John Mark Suhy | 12/26/2018 | 12/31/2018 | 11 | 1-1/3 | 0 |
| 12 | 2/3 | Nikhil Budhiraja | 12/31/2018 | | | | |
| 13 | 2/3 | Ashwani Mayur | 12/31/2018 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



John Mark Suhy    Ashwani Mayur

Nikhil Budhiraja

PLEASE SIGN & DATE

## BOARD OF DIRECTORS - MEETING MINUTES
## eGOVERNMENT SOLUTIONS INC.

**Opening**:

This an urgent meeting of eGOVERNMENT SOLUTIONS INC. duly called and held on 30th September 2018 at 7686 Richmond Highway, Suite 111 Alexandria, VA 22306-2800, commencing at 9:00 AM.

**Present were**:
NIKHIL BUDHIRAJA
ASHWANI MAYUR
JOHN MARK SUHY

With the approval of the present board members ASHWANI MAYUR, acted as Chairman of the meeting and recorded the minutes.

**1. Approval of Agenda**

The agenda was unanimously approved as distributed.

**2. Approval of Minutes**

The minutes of the previous meeting were unanimously approved as distributed.

**3. Declarations – Dilution of the Shares**

Directors proposed to dilute the no of issued share capital. Currently company has 5000/- authorized share capital and 400 shares has issued to shareholders. As proposed all 100 shares will convert to 1 share and after dilution total issued share capital will be 4 shares. Special shareholder meeting will be schedule for shareholder approval.

**4. Open Issues**

There are no open issues.

**5. New Business**

There is no new business is planned...

**6. Agenda for Next Meeting**

Agenda for next meeting will be distributed before the meeting.

**Adjournment**:

Meeting was adjourned at [11 AM] by [NIKHIL BUDHIRAJA]. The next general meeting will be at [9:00 AM] on [3rd January. 2019] in 7686 Richmond Highway, Suite 111 Alexandria, VA 22306-2800.

Minutes submitted by: NIKHIL BUDHIRAJA        Approved by: JOHN MARK SUHY / ASHWANI MAYUR

PLEASE SIGN & DATE

# eGOVERNMENT SOLUTIONS INC.

## Minutes of Special Shareholders Meeting

Pursuant to special notice, dated 5th November 2018 the meeting of shareholders of eGOVERNMENT SOLUTIONS INC., was held at 7686 Richmond Highway, Suite 111 Alexandria, VA 22306-2800, on 26th day of December 2018 at registered office of eGOVERNMENT SOLUTIONS INC.

The following directors were presents at the meeting:

NIKHIL BUDHIRAJA
ASHWANI MAYUR
JOHN MARK SUHY

A quorum of shareholders attended, the meeting was called to order by the meeting's chairman, NIKHIL BUDHIRAJA

The following action were taken at this meeting.

The Directors proposed to dilute the no of issued share capital. Currently company has 5000/- authorized share capital and 400 shares has issued to shareholders. As proposed all 100 shares will convert to 1 share and after dilution total issued share capital will be 4 shares.

The shareholder has unanimously approved the above proposal.

No dividend is declared per share,

There being no further business to come before the meeting the same was adjourned.

Dated: ___12/26/2018_____

_____

Secretary: Ashwani Mayur

_____

Attest: President – John Mark Suhy

# EXHIBIT 36

SER_1454

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 1 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| A00001 | 05/31/2018 | 5000007221 | |

| 6. ISSUED BY | CODE | 2050 | 7. ADMINISTERED BY (If other than Item 6.) | CODE | |
|---|---|---|---|---|---|

Vivian Daniels
Internal Revenue Procurement 5000 Ellin Road, New Carrollton MD 20706

SEE BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (Number, street, county, State and ZIP Code)

EGOVERNMENT SOLUTIONS INC.
7686 RICHMOND HIGHWAY
ALEXANDRIA , VA 22306 US
Tel: 8008774833 Email:

| (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|
| ☐ | |
| | 9B. DATED (SEE ITEM 11) 05/24/2018 |
| ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 2032H8-18-P-00168 |
| | 10B. DATED (SEE ITEM 13) 05/24/2018 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Attached Schedule(s)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☒ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☐ | D. | OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to correct OF 347 block 3 order number Smart ID from 2032H8-18-P-00151 to 2032H8-18-P-00168.

There are no funds associated with this action.

All other terms and conditions remain unchanged.

Direct all contractual questions or concerns to Vivian Daniels 240-613-7385

> Witness: PMQ
> Ashwani Mayur
> **EX 104**
> 10/25/2022 K. Buchanan

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | Holly Donawa | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA Holly N. Donawa  *Digitally signed by Holly N. Donawa Date: 2018.05.31 07:54:12 -04'00'* | 16C. DATE SIGNED 05/31/2018 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| Previous edition unusable | STANDARD FORM 30 (REV. 11/2016) |
|---|---|
| | Prescribed by GSA FAR (48 CFR) 53.243 |

# EXHIBIT 37

SER_1456

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00007 | 05/24/2019 | 2000097863 | |

| 6. ISSUED BY | CODE | 2050 |
|---|---|---|

IRS-Procurement -Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: Vivian Daniels
Tel: +1 240-613-7385  Email: vivian.d.daniels@irs.gov

7. ADMINISTERED BY (If other than Item 6)    CODE

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | (X) | |
|---|---|---|

EGOVERNMENT SOLUTIONS INC.
ATTN: JOHN SUHY
7686 RICHMOND HIGHWAY
ALEXANDRIA, VA 22306 US
Tel: 703-862-7780

| | |
|---|---|
| [ ] | 9A. AMENDMENT OF SOLICITATION NUMBER |
| | 9B. DATED (SEE ITEM 11)<br>05/24/2018 |
| [X] | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>2032H8-18-P-00168 |
| | 10B. DATED (SEE ITEM 13)<br>05/24/2018 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended.  [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15 and returning_____copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If
by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic
communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
  See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. | |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| [X] | D. OTHER (Specify type of modification and authority)<br>FAR 52.217-9 Unilateral Modification – Exercise Option Period | |

**E. IMPORTANT:** Contractor [X] is not  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose for this modification is to exercise option year 1 in the amount of $200,000.00 with a period of performance is 5/24/2019 - 5/23/2020.

CONTINUE

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Holly Donawa          Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| | | Holly N. Donawa  *Digitally signed by Holly N. Donawa Date: 2019.04.03 15:36:02 -04'00'* | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 04/03/2019 |

Previous edition unusable

Witness: PMQ
Ashwani Mayur
**EX 105**
10/25/2022 K. Buchanan

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000030

SER_1457

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 2 | OF | PAGES 2 |
| --- | --- | --- | --- | --- |

As a result of this modification,
Increased from: $300,000.00
By: $200,000.00
For a Total of: $500,000.00

IR 1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION

1052.232-7003 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS FOR THE INVOICE PROCESSING PLATFORM (IPP) (AUG 2012)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

52.217-9 OPTION TO EXTEND THE TERMS OF THE CONTRACT (MAR 2000)

Contractual Point of Contact: Vivian Daniels 240-613-7385 All terms and conditions remain unchanged and in full effect.

*Previous edition unusable*

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000031
**SER_1458**

# EXHIBIT 38

Case 5:18-cv-07182-EJD    Document 183-39    Filed 04/20/23    Page 2 of 3

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | | PAGE 1 | OF PAGES 2 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00010 | 09/26/2019 | 2000097863 / 5000076404 | |

| 6. ISSUED BY | CODE | 2050 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

6. ISSUED BY
IRS Procurement - Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: Vivian Daniels
T:240-613-7385 E:vivian.d.daniels@irs.gov

7. ADMINISTERED BY (If other than Item 6)
Internal Revenue Service - Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: Vivian Daniels
Email: Vivian.D.Daniels@irs.gov

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|

eGovernment Solutions Inc
Attn: John Suhy T:703-376-8002 E:jmsuhy@egovsol.com
7686 Richmond Highway
Alexandria, VA 22306

| | 9B. DATED (SEE ITEM 11) 05/24/2018 |

| [X] | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 2032H8-18-P-00168 |

| | 10B. DATED (SEE ITEM 13) 05/24/2018 |

| CODE | | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [x] | D. OTHER (Specify type of modification and authority) Bi-lateral Modification per FAR 43.103(a)(1) |

E. **IMPORTANT:** Contractor [ ] is not [X] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose for this modification is to increase the funding for option year 1 by $216,000.00 and revise the Statement of Work. The total obligated on the order is changed from $500,000.00 by $216,000.00 to $716,000.00.

CONTINUE

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| John Mark Suhy FSO / ICTO | Holly Donawa          Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 09/26/2019 | Holly N. Donawa  Digitally signed by Holly N. Donawa Date: 2019.09.26 14:44:31 -04'00'  (Signature of Contracting Officer) | |

Previous edition unusable

Witness: PMQ
Ashwani Mayur
**EX 106**
10/25/2022 K. Buchanan

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000034
SER_1460

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| PAGE | OF PAGES |
|------|----------|
| 2 | 2 |

The modification will require the Contractor to perform the following:

• Identify data elements and relevant nodes, relationship, and property attributes for a corporate graph structure;

• Enhance ETL process for extracting corporate data from Computer Data Warehouse (CDW) into a corporate graph structure;

• Integrate corporate graph data into CKCE environment for testing with enhancements to user interface as needed;

• Make environment available for end user testing; and

• Review user feedback and make enhancements for 1st operational release.

IR 1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION

1052.232-7003 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS FOR THE INVOICE PROCESSING PLATFORM (IPP) (AUG 2012)

Contractual Point of Contact: Vivian Daniels 240-613-7385

All terms and conditions remain unchanged and in full effect.

*Previous edition unusable*

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

# EXHIBIT 39

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 4 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER P00014 | 3. EFFECTIVE DATE 05/24/2020 | 4. REQUISITION/PURCHASE REQUISITION NUMBER 5000092580 | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE 2050 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

IRS-Procurement-Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: Vivian Daniels
 Tel: 240-613-7385 Email: vivian.d.daniels@irs.gov

8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code)

JOHN SUHY Tel: 703-862-7780 Email: jmsuhy@egovsol.com
EGOVERNMENT SOLUTIONS INC.
7686 RICHMOND HIGHWAY
ALEXANDRIA , VA 22306 US

| (X) | |
|---|---|
| [ ] | 9A. AMENDMENT OF SOLICITATION NUMBER |
| | 9B. DATED (SEE ITEM 11) |
| [X] | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 2032H8-18-P-00168/2000097863 |
| | 10B. DATED (SEE ITEM 13) 05/24/2018 |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning_____copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
 See Attached Schedule(s)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| [ ] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. OTHER (Specify type of modification and authority) 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) |

E. IMPORTANT: Contractor [X] is not [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to exercise CLIN 2001A option year 2 for a period of performance of 5/24/2020 through 5/23/2021. Accordingly, CLIN 2001A is fully funded in the amount of $200,000.00. The purchase order funding is hereby increased from $716,000.00 by $200,000.00 to $916,000.00.

CONTINUE

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Erik Stephenson          Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | Erik Stephenson  Digitally signed by Erik Stephenson Date: 2020.04.29 09:48:06 -04'00' (Signature of Contracting Officer) | |
| 15C. DATE SIGNED | | |

Previous edition unusable

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

Witness: PMQ
Ashwani Mayur
**EX 107**
10/25/2022 K. Buchanan

EGOVS_000042
**SER_1463**

## Line Item Table

| Item No. | FSC | Item Description | QTY | Unit | Unit Price | Total Value |
|---|---|---|---|---|---|---|
| 2001A | R425 | Exercised Option Year 2 Option Year 2 5/24/2020 – 5/23/2021CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Know ledge Graph Environment | 1.000 | YR | 200000.00 | 200000.00 |

## Accounting and Appropriation Data

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 2001A-0001 | 20200919D M552001 4R 2512 | 200000.00 |

## Delivery Schedule

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
| | 2001A | 1.000 | 05/24/2020 |

EGOVS_000043

**SER_1464**

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 3 | 4 |

As a result of this modification,

Increased from: $716,000.00
By: $200,000.00
For a Total of: $916,000.00

IR 1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION

1052.232-7003 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS FOR THE INVOICE PROCESSING PLATFORM (IPP) (AUG 2012)

52.217-9 OPTION TO EXTEND THE TERMS OF THE CONTRACT (MAR 2000)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

Contract Vivian Daniels for contractual questions 240-613-7385.

All terms and conditions remain unchanged and in full force and effect.

End of Modification

*Previous edition unusable*

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

EGOVS_000044
**SER_1465**

| Tasks | Deliverable(s) | Original Deliverable Date(s)/Completion |
|---|---|---|
| 1. Identify data elements and relevant nodes, relationship, and property attributes for a corporate graph structure; | An initial graph store that provides proof of concept of capability to render data into graph form along with initial user interface of features | 90 calendar days after award modification |
| 2. Enhance ETL process for extracting corporate data from Computer Data Warehouse (CDW) into a corporate graph structure; | An initial ETL process that takes data from sources and stored the data model in the graph data store. | 90 calendar days after award modification |
| 3. Integrate corporate graph data into CKCE environment for testing with enhancements to user interface as needed; | An initial demonstration of the completely research environment using full CKGE capabilities for storage, interaction, and governance | 120 calendar days after award modification |
| 4. Make environment available for end user testing; and | CKGE Team Testers are able to fully conduct appropriate research | 30 calendar days after Task 3 completion |
| 5. Review user feedback and make enhancements for 1st operational release. | An final environment is available for regular use | 60 calendar days after Task 4 completion or May 23, 2020 |

Page 4 of 4

EGOVS_000045

**SER_1466**

# EXHIBIT 40

SER_1467

| | | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | | 4 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00016 | 5/24/2021 | 5000115828 | |

**6. ISSUED BY**   CODE   2050

Procurement-Program Services
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
  Attn: Carolina  Young
  Email: carolina.young@irs.gov

**7. ADMINISTERED BY (If other than Item 6)**   CODE

Procurement-Program Services
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
  Attn: Carolina  Young
  Email: carolina.young@irs.gov

**8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code)**

EGOVERNMENT SOLUTIONS INC.
7686 RICHMOND HIGHWAY
ALEXANDRIA , VA 22306 US
Tel: 8008693557

| (X) | |
|---|---|
| | **9A. AMENDMENT OF SOLICITATION NUMBER** |
| ☐ | |
| | **9B. DATED (SEE ITEM 11)** |
| ☒ | **10A. MODIFICATION OF CONTRACT/ORDER NUMBER**  2032H8-18-P-00168 |
| | **10B. DATED (SEE ITEM 11)**  5/24/2018 |

CODE                          FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended.  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
  See Attached Schedule(s)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. | OTHER (Specify type of modification and authority)  52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) |

**E. IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to exercise CLIN 3001 option year 3 for a period of performance of 5/24/2021 through 5/23/2022. Accordingly, CLIN 3001 is fully funded in the amount of $200,000.00. The purchase order funding is hereby increased from $916,000.00 by $200,000.00 to $1,116,000.00.

CONTINUE

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | Faith M Ashton | Contracting Officer |
| **15B. CONTRACTOR/OFFEROR** | **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA**  N1VLB  Digitally signed by N1VLB  Date: 2021.03.18 13:14:45 -04'00' | **16C. DATE SIGNED**  3/18/2021 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

Previous edition unusable

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

Witness: PMQ
Ashwani Mayur
**EX 108**
10/25/2022 K. Buchanan

EGOVS_000058
**SER_1468**

**Line Item Table**

| Item No. | FSC | Item Description | QTY | Unit | Unit Price | Total Value |
|---|---|---|---|---|---|---|
| 3001 | R425 | Exercised Option Year 3 5/24/2021 –5/23/2022; CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | YR | 200000.00 | 200000.00 |

**Accounting and Appropriation Data**

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 3001-0001 | 20210919D M555001 4R 2512 | 200000.00 |

**Delivery Schedule**

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
| | 3001 | 1.000 | 05/24/2021 |

EGOVS_000059

**SER_1469**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 3 | 4 |

Case 5.18-cv-07182-EJD    Document 183-41    Filed 04/20/23    Page 4 of 5

As a result of this modification, the total amount is:

Increased from: $  916,000.00
By:              $  200,000.00
For a Total of:  $1,116,000.00

IR 1052.209-9002 NOTICE AND CONSENT TO DISCLOSE AND USE OF TAXPAYER RETURN INFORMATION

1052.232-7003 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS FOR THE INVOICE PROCESSING PLATFORM (IPP) (AUG 2012)

52.217-9 OPTION TO EXTEND THE TERMS OF THE CONTRACT (MAR 2000)

Contact Carolina Young for contractual questions (240) 613-6546.

All terms and conditions remain unchanged and in full force and effect.

End of Modification

| Tasks | Deliverable(s) | Original Deliverable Date(s)/Completion |
|---|---|---|
| 1. Identify data elements and relevant nodes, relationship, and property attributes for a corporate graph structure; | An initial graph store that provides proof of concept of capability to render data into graph form along with initial user interface of features | 90 calendar days after award modification |
| 2. Enhance ETL process for extracting corporate data from Computer Data Warehouse (CDW) into a corporate graph structure; | An initial ETL process that takes data from sources and stored the data model in the graph data store. | 90 calendar days after award modification |
| 3. Integrate corporate graph data into CKCE environment for testing with enhancements to user interface as needed; | An initial demonstration of the completely research environment using full CKGE capabilities for storage, interaction, and governance | 120 calendar days after award modification |
| 4. Make environment available for end user testing; and | CKGE Team Testers are able to fully conduct appropriate research | 30 calendar days after Task 3 completion |
| 5. Review user feedback and make enhancements for 1st operational release. | An final environment is available for regular use | 60 calendar days after Task 4 completion or May 23, 2022 |

Page 4 of 4

EGOVS_000061

**SER_1471**

# EXHIBIT 41

SER_1472

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | |
|---|---|---|
| | 1. CONTRACT ID CODE | PAGE 1  OF PAGES 3 |

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| P00017 | 05/24/2022 | 2000097863 | |

| 6. ISSUED BY | CODE | 2050 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

**6. ISSUED BY**
Off of Chief Proc Officer-Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: FAITH  ASHTON
Tel:  +1 240-613-7386  Email:  faith.m.ashton@irs.gov

**7. ADMINISTERED BY**
Off of Chief Proc Officer-Building Operations Branch
5000 Ellin Rd
Lanham-Seabrook, MD 20706-1348
Attn: Faith Ashton
Tel: +1 240-613-7386 Email: faith.m.ashton@irs.gov

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| EGOVERNMENT SOLUTIONS INC. 7686 RICHMOND HIGHWAY ALEXANDRIA, VA 22306 US Tel: 8008693557 | | 9B. DATED (SEE ITEM 11) |
| | [X] | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER 2032H8-18-P-00168 |
| | | 10B. DATED (SEE ITEM 13) |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers  [ ] is extended.  [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Attached Schedule(s)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| [ ] | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| [ ] | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [X] | D. | OTHER (Specify type of modification and authority) 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) |

E.  **IMPORTANT:**  Contractor  [X] is not  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

The purpose of this modification is to exercise option year 4 for a period of performance of 5/24/2022 through 5/23/2023. Accordingly, CLIN 4001A is fully funded in the amount of $200,000.00. The purchase order funding is hereby increased from $1,116,000.00 by $200,000.00 to $1,316,000.00.

All other terms and conditions will remain unchanged.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Faith Ashton                          Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | Faith M. Ashton  Digitally signed by Faith M. Ashton Date: 2022.03.10 10:28:42 -05'00' (Signature of Contracting Officer) | 3/10/2022 |

Previous edition unusable

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

Witness: PMQ
Ashwani Mayur

**EX 109**

10/25/2022 K. Buchanan

EGOVS_000062

SER_1473

**2032H8-18-P-00168**

**2000098763**

**EGOVERNMENT SOLUTIONS, LLC**

## PART I

### Line Item Table

| Item No. | FSC | Item Description | QTY | Unit | Unit Price | Total Value |
|---|---|---|---|---|---|---|
| 4001A | R425 | Exercise Option Year 4<br><br>Period of performance (5/24/2022 through 5/23/2023)<br><br>CDW Graphic Environment Continued development and operations & maintenance for the CDW Knowledge Graph Environment | 1.000 | YR | 200000.00 | 200000.00 |

### Accounting and Appropriation Data

| ACCT. Line No. | Accounting and Appropriation Data | Amount |
|---|---|---|
| 4001A-0001 | 22220919D M555001 4R 2512 | 200000.00 |

### Delivery Schedule

| Delivery Address | Item No. | QTY | Delivery Date |
|---|---|---|---|
| | 4001A | 1.000 | 05/23/2023 |

EGOVS_000063

**SER_1474**

2032H8-18-P-00168

2000098763

**EGOVERNMENT SOLUTIONS, LLC**

# PART III

**52.252-2 Clauses Incorporated by Reference (Feb 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.acquisition.gov (End of clause)

| NUMBER | TITLE | DATE |
|---|---|---|

**52.204- 7 System for Award Management (Oct 2018)**

**52.204-13 System for Award Management Maintenance (Oct 2018)**

**52.217-9 Option to Extend the Term of the Contract (Mar 2000)**

**1052.232-7003 Electronic Invoicing and Payment Requirements for the Invoice Processing Platform (IPP)(Jul 2019)**

EGOVS_000064
**SER_1475**

# EXHIBIT 42

SER_1476

# eGovernment Solutions

**Invoice #817**

---

**eGovernment Solutions Inc**
DUNS: 831040907
CAGE: 5RN96
EIN: 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 111
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #817
**Date:** June 15th, 2018
**PO #:** 2032H8-18-P-00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO | |
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 111<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **BB&T**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **0514-0426-0**<br>Bank Account Number: **1470001235222**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM No | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0001 | CDW Graphic Environment Cont. Year 1 | 1.00 | YR | $300,000(USD) | $300,000 (USD) |
| | | | | **TOTAL** | $300,000 (USD) |

eGovernment Solutions Inc  - https://egovsol.com  - 703-376-8002


Witness: PMQ
Ashwani Mayur
**EX 110**
10/25/2022 K. Buchanan

EGOVS_000068

**SER_1477**

# eGovernment
## Solutions

**Invoice #827**

---

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #827
**Date:** May 20th, 2019
**PO #:** 2032H818P00168 R 0

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO | |
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0001 | CDW Graphic Environment Cont. Option Year 1 | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | **Total** | $200,000 (USD) |

eGovernment Solutions Inc   - https://egovsol.com   -  703-862-7780

EGOVS_000069

**SER_1478**

# eGovernment Solutions

**Invoice #901**

---

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #901
**Date:** Jan 04th, 2020
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO | |
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM No | PART NUMBER / description | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0003 | CDW Graphic Environment Cont. Option Year 1 Modification. Item code: 1001B | 1.00 | YR | $216,000(USD) | $216,000 (USD) |
| | | | | **TOTAL** | $216,000 (USD) |

eGovernment Solutions Inc   - https://egovsol.com  - 703-862-7780

EGOVS_000070

**SER_1479**

# eGovernment Solutions

## Invoice #955

**eGovernment Solutions Inc**
**DUNS:** 831040907
**CAGE:** 5RN96
**EIN:** 26-435-1689
**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #955
**Date:** May 27th, 2020
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|---|---|---|

| PAYMENT TERMS / REMITTANCE INFO | |
|---|---|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM No | PART NUMBER / description | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 0004 | / Option Year 2 5/24/2020 # 5/23/2021CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment Item Code: 2001A | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | **TOTAL** | $200,000 (USD) |

eGovernment Solutions Inc  - https://egovsol.com  - 703-862-7780

EGOVS_000071

**SER_1480**

# eGovernment Solutions

# Invoice #960

**eGovernment Solutions Inc**

DUNS: 831040907

CAGE: 5RN96

EIN: 26-435-1689

**Main Office:**

7686 Richmond Highway, Suite 101

Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr

Phone 703-862-7780

Email: jmsuhy@egovsol.com

**Invoice:** #960

**Date:** June 3rd, 2021

**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | **Deliver To:**<br>Renee Y. Goss<br>RAAS Management and Engagement<br>202-803-9010 (desk)<br>202-813-2023 (cell)<br>Renee.Y.Goss@irs.gov |
|----|----|----|

| PAYMENT TERMS / REMITTANCE INFO | |
|----|----|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|----|----|----|----|----|----|
| 0005 | Option Year 3 5/24/2021 # 5/23/2022 CDW Graphic Environment Cont. Continued development and operations & maintenance for the CDW Knowledge Graph Environment Item Code: 001 | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | **TOTAL** | $200,000 (USD) |

eGovernment Solutions Inc  - https://egovsol.com  - 571-366-7096

EGOVS_000072

SER_1481

# eGovernment Solutions

# Invoice #912

**eGovernment Solutions Inc**

**DUNS:** 831040907

**CAGE:** 5RN96

**EIN:** 26-435-1689

**Main Office:**
7686 Richmond Highway, Suite 101
Alexandria, Virginia 22306

Contact Name: John Mark Suhy Jr
Phone 703-862-7780
Email: jmsuhy@egovsol.com

**Invoice:** #912
**Date:** May 31st, 2022
**PO #:** 2032H818P00168

| To | Internal Revenue Service<br>77 K Street, NW<br>Washington, DC 20002 | Deliver To:<br>Faith Ashton<br>240-613-7368 (desk)<br>faith.m.ashton@irs.gov |
|----|----|----|

| PAYMENT TERMS / REMITTANCE INFO | |
|----|----|
| Payment Terms: Net 30 | Final Invoice: YES<br>Freight Terms: NOT APPLICABLE<br>FOB: NOT APPLICABLE |
| **Remit To:**<br>eGovernment Solutions Inc<br>7686 Richmond Highway, Suite 101<br>Alexandria, Virginia 22306<br>Phone 703-862-7780<br>Email: invoices@egovsol.com | **EFT Information**<br>Depository Institution: **WELLS FARGO**<br>Name on Bank Account: **eGovernment Solutions Inc**<br>Bank Transit Routing Number: **051400549**<br>Bank Account Number: **5581518783**<br>E-mail Address: **invoices@egovsol.com** |

| LINE ITEM NO | PART NUMBER / DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | LINE TOTAL |
|----|----|----|----|----|----|
| Line # 6<br><br>Item #<br>4001A | Exercise Option Year 4<br>Period of performance<br>(5/24/2022 through 5/23/2023)<br>CDW Graphic Environment<br>Continued development and<br>operations & maintenance for<br>the CDW Knowledge Graph<br>Environment | 1.00 | YR | $200,000(USD) | $200,000 (USD) |
| | | | | **TOTAL** | $200,000 (USD) |

eGovernment Solutions Inc   - https://egovsol.com   - 703-862-7780

EGOVS_000073

**SER_1482**

# Related Documents - PO #2032H818P00168

Case 5:18-cv-07182-EJD    Document 183-43    Filed 04/20/23    Page 8 of 8

**PO #**  2032H818P00168
**Agency**  Internal Revenue Service

**Invoices and Credit Memos**                                                                    Showing 1-6 of 6

| CM | Invoice # | PO # | Amount | Invoice Date | Status: | Document Source | |
|---|---|---|---|---|---|---|---|
| | 912 🔗 | 2032H818P00168 | 200,000.00 USD | May 31, 2022 | Paid | Original | View |
| | 960 🔗 | 2032H818P00168 | 200,000.00 USD | Jun 3, 2021 | Paid | Original | View |
| | 955 🔗 | 2032H818P00168 | 200,000.00 USD | May 27, 2020 | Paid | Original | View |
| | 901 🔗 | 2032H818P00168 | 216,000.00 USD | Dec 19, 2019 | Paid | Original | View |
| | 827 🔗 | 2032H818P00168 | 200,000.00 USD | May 20, 2019 | Paid | Original | View |
| | 817 🔗 | 2032H818P00168 | 300,000.00 USD | Jun 22, 2018 | Paid | Original | View |

Showing 1-6 of 6

**Rejected and Voided Invoices History**                                                         Showing 1-2 of 2

| CM | Invoice # | PO # | Amount | Invoice Date | Status | Document Source | |
|---|---|---|---|---|---|---|---|
| | 817 🔗 | | 300,000.00 USD | Jun 15, 2018 | Rejected | Original | View |
| | 817 🔗 | | 300,000.00 USD | Jun 8, 2018 | Rejected | Original | View |

Showing 1-2 of 2

**Payments**                                                                                     Showing 1-7 of 7

| Payment Type | Payment Type Reference # | Payer Name | Issue Date | Returned Date | Status | Amount | Reason | |
|---|---|---|---|---|---|---|---|---|
| ACH | 101036151288912 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 13, 2022 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036152650139 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 15, 2021 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036155557259 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 17, 2020 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036151053657 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jan 9, 2020 | N/A | Settled Full | 216,000.00 USD | N/A | View |
| ACH | 101036150599539 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 5, 2019 | N/A | Settled Full | 200,000.00 USD | N/A | View |
| ACH | 101036152485380 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jul 20, 2018 | N/A | Settled Full | 300,000.00 USD | N/A | View |
| ACH | 101036153217688 | Department of the Treasury - IRS BECKLEY FINANCE CENTER | Jun 27, 2018 | N/A | Settled Full | 300,000.00 USD | N/A | View |

Showing 1-7 of 7

EGOVS_000074

SER_1483

# EXHIBIT 43

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Case 5:18-cv-07182-EJD     Document 183-44     Filed 04/20/23     Page 2 of 2

---

**Message**

---

**From:**     Martin Patrick [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2HPPB]
**Sent:**     4/24/2019 2:26:04 PM
**To:**     Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov]
**Subject:**     RE: Docker Info

Thank you.
I've followed the steps to load the docker image, include the ports to the firewall, and change the start.sh file to match
the newest docker image.
However the container still isn't starting and I'm not seeing any error messages.
Any suggestions or would you prefer a brief meeting to go over this?

████████████████████
██████████████████████████████████████████
████████████████████████████████

CONTAINER ID     IMAGE          COMMAND          CREATED          STATUS          PORTS          NAMES

Patrick Martin
Data Management Division
(202)-803-9343
Patrick.Martin@irs.gov

---

**From:** Suhy John M Jr [Contractor]
**Sent:** Tuesday, April 23, 2019 10:53 PM
**To:** Martin Patrick <Patrick.Martin@irs.gov>
**Subject:** Docker Info

Here is the link to the most current docker images in gitlab for ongdb-enterprise-3.5.3

The README has the command for loading new images.

███████████████████████████████████████████

You can download the image directly using the raw link.  Ex:   Use raw button at ████████████████████████
████████████████████████
If you want to pull it by curl or wget.

Let me know if you have any issues.

Have a good evening.

# EXHIBIT 44

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Message

---

**From:**  Suhy John M Jr [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=XTPRB99B]
**Sent:**  9/13/2019 4:13:36 PM
**To:**  Gire Nathan J [nathan.j.gire@irs.gov]
**CC:**  Bourque Michael J [michael.j.bourque@irs.gov]; Dunn Michael C [michael.c.dunn@irs.gov]; D'Itri Jessica C [jessica.c.ditri@irs.gov]
**Subject:**  RE: Issue with ONGDB install

This was a bug in the windows script, it is fixed in newer neo and ongdb versions.

The patched 3.5.4 version that fixes your issue can be found at the link below.

It also has the newest apoc library as well.   Just an FYI – 3.5.9 should be ready soon.

Extract it, then you can run:          bin\neo4j.bat console

███████████████████████████████████████

---

**From:** Gire Nathan J <Nathan.J.Gire@irs.gov>
**Sent:** Friday, September 13, 2019 11:02 AM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Cc:** Bourque Michael J <Michael.J.Bourque@irs.gov>; Dunn Michael C <Michael.C.Dunn@irs.gov>; D'Itri Jessica C <Jessica.C.DItri@irs.gov>
**Subject:** Issue with ONGDB install

Hi John Mark,

I hope you're well!  I've got a bit of an issue with installing ONGDB through the command line.  I've attached the error I get when simply calling the neo4j file for install – any ideas on how to overcome this?

Thanks!
-Nate

Confidential

Case 5:18-cv-07182-EJD    Document 183-45    Filed 04/20/23    Page 3 of 3



-------------------------------------------------
Nathan Gire
Program Evaluation and Risk Analyst
IRS – Research, Applied Analytics and Statistics
Data Exploration and Testing Division
77 K Street NE, Washington, DC
Phone: (202) 803-9038

Confidential

Case 5:18-cv-07182-EJD    Document 183-46    Filed 04/20/23    Page 1 of 3

# EXHIBIT 45

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

SER_1489

Case 5:18-cv-07182-EJD    Document 183-46    Filed 04/20/23    Page 2 of 3

Message (Encrypted)

| | |
|---|---|
| **From:** | Suhy John M Jr [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=XTPRB99B] |
| **Sent:** | 9/17/2019 7:56:31 PM |
| **To:** | Porter Joshua R [Contractor] [joshua.r.porter@irs.gov] |
| **CC:** | Dunn Michael C [michael.c.dunn@irs.gov]; Young Michael N [Contractor] [michael.n.young@irs.gov] |
| **Subject:** | RE: Athena ckge-v2 rsync |

<mark>I am copying the data into my home directory – it should be done within the hour.</mark>
<mark>I can use it to take a load off of indexing, then once complete – I can use it to test 3.5.9 with the full dataset.</mark>

Please don't start the server for an hour or 2 – because doing so can corrupt the data I am copying.

Thanks

**From:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:24 PM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** RE: Athena ckge-v2 rsync

████████████████████████████████

That database isn't running at the moment, but I think the permissions should allow you to start it, change settings, etc.

-- Josh

**Joshua R. Porter, Ph.D.**
RAAS Analytics and Strategy Support
m: (571) 289-0795
joshua.r.porter@irs.gov

**From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:20 PM
**To:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** Athena ckge-v2 rsync

Did you say you already synced the ckge-v2 graph to Athena?

If not – could you do that – we are going to want 2 instances at least to be used for indexing based the metrics I got from GDB1.

It will also be faster on Athena – so the 2 combined will help a lot.

Thanks



CONFIDENTIAL
Witness: Michael Dunn
**EX 178**
11/17/2022 S. Sailor

Case 5:18-cv-07182-EJD    Document 183-46    Filed 04/20/23    Page 3 of 3

**From:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:09 PM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; jmsuhy@egovsol.com
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** RE: newer version?

Sure, that would be great. Thanks!

**Joshua R. Porter, Ph.D.**
RAAS Analytics and Strategy Support
m: (571) 289-0795
joshua.r.porter@irs.gov

**From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Sent:** Tuesday, September 17, 2019 3:06 PM
**To:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>; jmsuhy@egovsol.com
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** RE: newer version?

I can give you 3.5.9-SNAPSHOT – which is still going through testing – but I think it good to go.

**From:** Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>
**Sent:** Tuesday, September 17, 2019 2:58 PM
**To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; jmsuhy@egovsol.com
**Cc:** Dunn Michael C <Michael.C.Dunn@irs.gov>; Young Michael N [Contractor] <Michael.N.Young@irs.gov>
**Subject:** newer version?

Hey John Mark,

Do you happen to have a newer version of ONgDB available? We are using 3.5.3 for everything, but it looks like there was a bug fix in 3.5.6 that could help address some issues we're having.

Thanks,
Josh

**Joshua R. Porter, Ph.D.**
Data Scientist
RAAS Analytics and Strategy Support
m: (571) 289-0795
joshua.r.porter@irs.gov

Confidential

IRS-PROD-00002202
**SER_1491**

# EXHIBIT 46

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

SER_1492

Case 5:18-cv-07182-EJD    Document 183-47    Filed 04/20/23    Page 2 of 3

Message (Encrypted)

| | |
|---|---|
| **From:** | Bird Brian [Contractor] [/O=INTERNAL REVENUE SERVICE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JV5PB729] |
| **Sent:** | 9/20/2019 11:57:49 AM |
| **To:** | Tylor Deborah A [Contractor] [deborah.a.tylor@irs.gov] |
| **CC:** | Stavrianos Michael [Contractor] [michael.stavrianos@irs.gov]; Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov] |
| **Subject:** | FW: ONgDB deepwalk and new graph analytics library etc |

Hi Deb,

See below for a note from Mike Dunn regarding some new ongdb libraries related to machine learning that are available on the CDW GitLab site. Perhaps these are something we could layer onto existing IDT problems as we take on more of the IDT graph work?

Thanks,
Brian

**Brian Bird**
Research, Applied Analytics, and Statistics (RAAS) Support
(v): 410.430.2966
brian.bird@irs.gov

Witness:
Michael Stavrianos
**EX 149**
11/7/2022 B. Gerald

**From:** Dunn Michael C <Michael.C.Dunn@irs.gov>
**Sent:** Friday, September 20, 2019 7:18 AM
**To:** Bourque Michael J <Michael.J.Bourque@irs.gov>; Katch Aaron J <Aaron.J.Katch@irs.gov>; Ramos Brock <Brock.Ramos@irs.gov>; Frankenstein William [Contractor] <William.Frankenstein@irs.gov>; Bird Brian [Contractor] <Brian.Bird@irs.gov>; Horvath Ririko <Ririko.Horvath@irs.gov>; Tikekar Rahul <Rahul.Tikekar@irs.gov>
**Cc:** Young Michael N [Contractor] <Michael.N.Young@irs.gov>; Porter Joshua R [Contractor] <Joshua.R.Porter@irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; Martin Patrick <Patrick.Martin@irs.gov>; Butler Jeff <Jeff.Butler@irs.gov>; Edelson Jonathan L <Jonathan.L.Edelson@irs.gov>
**Subject:** ONgDB deepwalk and new graph analytics library etc

Hi,

The team has updated some stuff for ONgDB:

- The deepWalk neo4j/ongdb library is located under the plugins/graph-analytics/neo4j-ml-models folder using the link below.

- The newest graph analytics library, apoc, etc are all in their respective folders using the link below. Just download them and put them in the plugins folder:

  ██████████████████████████████████████████

- ONgDB 3.5.9 is now the master: ████████████████████████

IRS-PROD-00001292
**SER_1493**

Mike Dunn
Data Management Division/Planning and Analysis
Research, Applied Analytics & Statistics

# EXHIBIT 47

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Case 5:18-cv-07182-EJD    Document 183-48    Filed 04/20/23    Page 2 of 3

Message

**From:**      Huynh Hai H [Hai.Huynh@ci.irs.gov]
**Sent:**      11/12/2019 9:11:18 PM
**To:**      Suhy John M Jr [Contractor] [john.m.suhyjr@irs.gov]
**Subject:**      RE: RE: Graph for local install

CONFIDENTIAL
Witness: Michael Dunn

**EX 181**

11/17/2022 S. Sailor

Thanks much John!

-Hai

> **From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
> **Sent:** Tuesday, November 12, 2019 11:43 AM
> **To:** Huynh Hai H <Hai.Huynh@ci.irs.gov>; Katch Aaron J <Aaron.J.Katch@irs.gov>
> **Subject:** RE: RE: Graph for local install
>
> This is open – they can just follow the instructions that you have. No special usernames, etc for accessing the distributions.

> **From:** Huynh Hai H <Hai.Huynh@ci.irs.gov>
> **Sent:** Tuesday, November 12, 2019 8:06 AM
> **To:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>; Katch Aaron J <Aaron.J.Katch@irs.gov>
> **Subject:** RE: RE: Graph for local install
>
> GM John and Aaron,
>
> If some additional folks on my team want to install, am I good to just pass the below along to them or should they initiate the request the same way I did and route through you?
>
> Thanks again!
> -Hai

> > **From:** Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
> > **Sent:** Friday, November 08, 2019 4:56 PM
> > **To:** Katch Aaron J <Aaron.J.Katch@irs.gov>; Huynh Hai H <Hai.Huynh@ci.irs.gov>
> > **Subject:** RE: RE: Graph for local install
> >
> > Hello,
> >
> > Here is how you run it on your local laptop.
> >
> > Download the latest ongdb for windows.
> >
> > ████████████████████████████████████
> >
> > Direct link to 3.5.11
> >
> > █████████████████████████████████████
> > ███████████.
> >
> > Extract the zip.
> >
> > Using windows command prompt go into the directory and run:

bin\neo4j.bat console

---

**From:** Katch Aaron J <Aaron.J.Katch@irs.gov>
**Sent:** Friday, November 08, 2019 4:43 PM
**To:** Huynh Hai H <Hai.Huynh@ci.irs.gov>; Suhy John M Jr [Contractor] <John.M.SuhyJr@irs.gov>
**Subject:** RE: Graph for local install

Hi Hai,
To get started, you can try to locally host a graph instance – it's all in Java so you don't need to install. The is an GUI with the browser – but you need Chrome, maybe Edge will work. I've included some how to files.
Reach out with questions – see you next week!

@Suhy John M Jr [Contractor] can you please FW the link to the ONgDB program?

Thanks, Aaron


Aaron Katch
@Katch Aaron J
Data Exploration and Testing Division
Research, Applied Analytics and Statistics
Email: aaron.j.katch@irs.gov

Confidential

# EXHIBIT 48

SER_1498

The Wayback Machine – https://web.archive.org/web/20210305064735/https://graphstack.io/

# February 2021 : GraphStack Updates!

ONgDB 3.5.x and 3.6.x enterprise distributions packaged by GraphStack.io are available to download or use as docker images.

\* Starting with 3.5.26 and soon 4.2.x – users will have the option to download graphstack gdb full enterprise distros or download a single plugin that turns your Neo4j community edition distribution into an enterprise powerhouse. As always there are no limitations on cores or number of cluster instances. Clustering, security, and more are included. 100% Free.

**ABOUT GRAPHSTACK**          **DOWNLOADS**

## About GraphStack

GraphStack was created and is run by iGov Inc. We have no relationship with Neo4j Inc, the company who created and open sourced Neo4j.

## What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

GraphStack leverages many different open source technologies allowing teams to build flexible analytic platforms with a graph focus.

The platform provides the developer tooling to build production ready SAAS alternatives to Neo4j Desktop and it's apps. It focuses on allowing teams to build and deploy scalable, enterprise analytic and graph applications inside an enterprise ecosystem.

It comes with growing suite of free services/apps including graph visualization apps (free alternative to Neo4j Bloom), cross platform data access auditing service, and platform level security which allows you to apply security across all data sources that make up your ecosystem.

GraphStack is being used in large production graph environments in the US Government.

More information is coming very soon.

## Who is GraphStack for?

GraphStack is for anyone who has adopted Neo4j and plans on building a large scale production graph solution.

GraphStack is not a hosted solution. It is a suite of developer tools, apis, and services that allow you to build production ready enterprise graph SAAS platforms.

SER_1499

More to come soon...

# Downloads

The GraphStack.io team compiles and packages ONgDB and the new "GraphStack GDB" branded/flavored distributions as a free service for the open source graph community.

We are not sponsored or endorsed by Neo4j, or the GraphFoundation.

All source code is available and can be packaged by anyone themselves from the code in our GitHub repository (See link below.)

GraphStack.io GDB is the name we use to identify the packages we build starting from v3.5.26 on (4.2.x coming soon). We simply build Neo4j Core directly from the Neo4j GitHub Repo, then package the enterprise plugin source code into a single distribution.

These distributions have clustering, security, enterprise cypher, and everything you would expect from an enterprise graph database.

Using these distributions is as simple as copying your data and plugins folder from your Neo4j Enterprise or community version over and starting it up. (See our GitHub repository).

Starting 3.5.26 – We started packaging both an enterprise distribution as well as a 'library plugin' that simply drops into the lib directory of your Neo4j Community distribution, turning it into an enterprise workhorse. All free and no limits on cores or cluster instances. The plugins will be available shortly. See the GraphStack.io Github page for all source code, etc. The enterprise server distributions essentially package the plugin with Neo4j Core, rebrand it so you know you have a GraphStack.io distribution.

The plugin will be available as a download shortly – it is built as part of the distribution packaging.

## GraphStack.io GDB 3.5.26

**Packaged by GraphStack.io Team**

| | |
|---|---|
| Mac/Linux | graphstack-gdb-3.5.26-unix.tar.gz |
| Windows 64 bit | graphstack-gdb-3.5.26-windows.zip |
| Windows 32 bit | graphstack-gdb-3.5.26-windows.zip |
| Docker Image | GraphStack GDB 3.5.26 (Enterprise) Docker Hub |

```
docker run \
   --publish=7474:7474 --publish=7687:7687 \
   --volume=$HOME/neo4j/data:/data \
   graphstack/gdb:3.5.26

 Go to:  http://localhost:7474
```

SER_1500

# ONgDB Enterprise 3.6.2

**Packaged by GraphStack.io Team**

| | |
|---|---|
| Mac/Linux | graphstack-ongdb-enterprise-3.6.2-unix.tar.gz |
| Windows 64 bit | graphstack-ongdb-enterprise-3.6.2-windows.zip |
| Windows 32 bit | graphstack-ongdb-enterprise-3.6.2-windows.zip |
| Docker Image | GraphStack ONgDB 3.6.2 Enterprise Docker Hub |

```
docker run \
   --publish=7474:7474 --publish=7687:7687 \
   --volume=$HOME/neo4j/data:/data \
   graphstack/ongdb:3.6.2

 Go to:  http://localhost:7474
```

# ONgDB Enterprise 3.5.22

**Packaged by GraphStack.io Team**

| | |
|---|---|
| Mac/Linux | graphstack-ongdb-enterprise-3.5.22-unix.tar.gz |
| Windows 64 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| Windows 32 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| Docker Image | GraphStack ONgDB 3.5.22 Enterprise Docker Hub |

```
docker run \
   --publish=7474:7474 --publish=7687:7687 \
   --volume=$HOME/neo4j/data:/data \
   graphstack/ongdb:3.5.22

 Go to:  http://localhost:7474
```

# About Us

iGov Inc is the company behind GraphStack.

We are open source advocates and ensure the community has access to free and open source technologies.

We are not sponsored or endorsed by Neo4j Inc, or Neo4j Sweden. (They don't seem to like us much as our free community resources compete with their expensive enterprise offerings.)

We are also not sponsored or endorsed by the GraphFoundation – the creators of ONgDB.

SER_1501

[iGov Inc](#)

[GitHub](#)

[Docker Hub](#)



[Facebook](#)



[Twitter](#)

[info@igovsol.com](#)

iGov Inc and GraphStack has no relationship with Neo4j Inc, the innovative software company who created Neo4j.

SER_1502

Case 5:18-cv-07182-EJD     Document 183-50     Filed 04/20/23     Page 1 of 2

# EXHIBIT 49

SER_1503



Explore

Settings

## Tweet

**ian** @ianhunter · Apr 2, 2021
@neo4j do you have any stats on how many cypher/neo4j projects are in existence?
2

**John Mark** @jmsuhy · Apr 3, 2021
Replying to @ianhunter and @neo4j
Neo4j sends out stats from their installs by default so they may have an idea. The most popular forks of Neo4j : ongdb and graphstack.io GDB disable the outgoing stats 'pings' for privacy - so it would be hard to get accurate stats on those.
1

**ian** @ianhunter · Apr 3, 2021
Replying to @jmsuhy and @neo4j
Thanks. Hadn't heard of @graph_stack before.
1

**John Mark**
@jmsuhy

Replying to @ianhunter @neo4j and @graph_stack

GraphStack.io - is a fork: Neo4j core code + enterprise features added back in. It is powering huge production graphs in US government. 4.x is around the corner. You can learn more about what led to the forks at

blog.igovsol.com
iGov IncBlog

8:25 AM · Apr 3, 2021

**1** Retweet **2** Likes

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**John Mark** @jmsuhy Follow
software developer / enterprise architect, open source advocate, entrepreneur, and amateur angler.

**ian** @ianhunter Follow

**Neo4j** @neo4j Follow
The #1 platform for connected data. Developers start here: neo4j.com/developer. Our community: community.neo4j.com Same handle on all other platforms.

## What's happening

NHL · LIVE
**Penguins at Avalanche**

Trending in United States
**Tech N9ne**

Sports · Trending
**DeAndre Hopkins**
4,920 Tweets

Trending in United States
**Lindsay Lohan**
7,217 Tweets

Sports · Trending
**Jeff Van Gundy**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

# EXHIBIT 50

SER_1505

The Wayback Machine – https://web.archive.org/web/20211203033123/https://graphstack.io/

# November 2021 : GraphStack Updates!

———

GraphStack GDB 4.3 is expected to be released very soon.

GraphStack GDB 4.3 has adopted the GraphFoundation's ONgDB 2.x upcoming enterprise platform moving forward. The enterprise platform was built from scratch by the community which is an impressive undertaking!

**ABOUT GRAPHSTACK**          **DOWNLOADS**

## About

———

### What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

GraphStack leverages many different open source technologies allowing teams to build flexible analytic platforms with a graph focus.

The platform provides the developer tooling to build production ready SAAS alternatives to Neo4j Desktop and it's apps. It focuses on allowing teams to build and deploy scalable, enterprise analytic and graph applications inside an enterprise ecosystem.

It comes with growing suite of free services/apps including graph visualization apps (free alternative to Neo4j Bloom), cross platform data access auditing service, and platform level security which allows you to apply security across all data sources that make up your ecosystem.

GraphStack is being used in large production graph environments in the US Government.

### Who is GraphStack for?

GraphStack is for anyone who has adopted Neo4j and plans on building large scale production graph solutions.

GraphStack is not a hosted solution. It is a suite of developer tools, apis, and services that allow you to build and deploy / host production ready enterprise graph SAAS platforms.

More to come soon...

SER_1506

# Downloads

The GraphStack.io team builds and packages GraphStack GDB.

We are not sponsored or endorsed by Neo4j, or the GraphFoundation. The person behind GraphStack is also a contributor to the GraphFoundation's ONgDB fork of Neo4j.

All source code is available and can be packaged by anyone themselves from the code in our GitHub repository (See link below.)

'GraphStack GDB' is the name we use to identify the graph packages we build. GraphStack GDB first builds the core code from https://github.com/neo4j/neo4j, then packages a plugin adding clustering, security, etc into a single distribution.

Using these distributions is as simple as copying your data and plugins folder or exporting your graph using apoc and importing it into GraphStack GDB (for conflicting version numbers / versions).

Starting with 4.x - the GraphStack.io team will offer GraphStack GDB as a full distribution or as a plugin that can be dropped into a neo4j community distribution adding features such as clustering and security.

## GraphStack.io GDB 3.5.26

### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-gdb-3.5.26-unix.tar.gz |
| Windows 64 bit | graphstack-gdb-3.5.26-windows.zip |
| Windows 32 bit | graphstack-gdb-3.5.26-windows.zip |
| Docker Image | GraphStack GDB 3.5.26 (Enterprise) Docker Hub |

```
docker run \
   --publish=7474:7474 --publish=7687:7687 \
   --volume=$HOME/neo4j/data:/data \
   graphstack/gdb:3.5.26

Go to:  http://localhost:7474
```

## ONgDB Enterprise 3.6.2

### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-ongdb-enterprise-3.6.2-unix.tar.gz |
| Windows 64 bit | graphstack-ongdb-enterprise-3.6.2-windows.zip |
| Windows 32 bit | graphstack-ongdb-enterprise-3.6.2-windows.zip |

SER_1507

| | |
|---|---|
| Docker Image | **GraphStack ONgDB 3.6.2 Enterprise Docker Hub** |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphstack/ongdb:3.6.2

  Go to:  http://localhost:7474
```

## ONgDB Enterprise 3.5.22

### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-ongdb-enterprise-3.5.22-unix.tar.gz |
| Windows 64 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| Windows 32 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| Docker Image | **GraphStack ONgDB 3.5.22 Enterprise Docker Hub** |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphstack/ongdb:3.5.22

  Go to:  http://localhost:7474
```

# About Us

We are open source advocates and ensure the community has access to free and open source technologies.

GitHub

Docker Hub



Facebook



SER_1508

Twitter

info@graphstack.io/a>

GraphStack has no relationship with Neo4j Inc, the creators of Neo4j.

SER_1509

# EXHIBIT 51

SER_1510

2/27/23, 7:05 PM

The Wayback Machine – https://web.archive.org/web/20220331104947/https://graphstack.io/

# What is GraphStack

GraphStack is a platform and development suite that allows teams to build production ready large scale graph analytics platforms.

GraphStack is powering innovation in graph analytics inside the US Government. It is also graph agnostic. You can use Neo4j, ONgDB, or your favorite proprietary or open source graph database technology.

**ABOUT GRAPHSTACK**     **DOWNLOADS**

# About

## What is GraphStack?

GraphStack is a development suite and platform that allows teams to build large scale analytics apps.

GraphStack leverages many different open source technologies allowing teams to build flexible analytic platforms with a graph focus.

The platform provides the developer tooling to build production ready SAAS alternatives to Neo4j Desktop and it's apps. It focuses on allowing teams to build and deploy scalable, enterprise analytic and graph applications inside an enterprise ecosystem.

It comes with growing suite of free services/apps including graph visualization apps (free alternative to Neo4j Bloom), cross platform data access auditing service, and platform level security which allows you to apply security across all data sources that make up your ecosystem.

GraphStack is being used in large production graph environments in the US Government.

## Who is GraphStack for?

GraphStack is for anyone who has adopted Neo4j and plans on building large scale production graph solutions.

GraphStack is not a hosted solution. It is a suite of developer tools, apis, and services that allow you to build and deploy / host production ready enterprise graph SAAS platforms.

More to come soon...

## Graph Downloads

The GraphStack Platform is not open source – however we do provide open source and free resources for the community.

Note: With the release of ONgDB 2.x, which is based on Neo4j 4.4 core, we will be releasing a plugin for those who already have a Neo4j 4.4 community installation. The release of ONgDB 2.x is expected in early 2022.

The GraphStack.io team builds and packages GraphStack GDB as a graph database option.

We are not sponsored or endorsed by Neo4j, or the GraphFoundation. The team behind GraphStack is also a contributor to the GraphFoundation's ONgDB fork of Neo4j.

All source code is available and can be packaged by anyone themselves from the code in our GitHub repository (See link

SER_1512

below.)

'GraphStack GDB' is the name we use to identify the graph packages we build. GraphStack GDB first builds the core code from https://github.com/neo4j/neo4j, then packages a plugin adding clustering, security, etc into a single distribution.

Using these distributions is as simple as copying your data and plugins folder or exporting your graph using apoc and importing it into GraphStack GDB (for conflicting version numbers / versions).

Starting with 4.x - the GraphStack.io team will offer GraphStack GDB as a full distribution or as a plugin that can be dropped into a neo4j community distribution adding features such as clustering and security.

## GraphStack.io GDB 3.5.26
### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-gdb-3.5.26-unix.tar.gz |
| Windows 64 bit | graphstack-gdb-3.5.26-windows.zip |
| Windows 32 bit | graphstack-gdb-3.5.26-windows.zip |
| Docker Image | GraphStack GDB 3.5.26 (Enterprise) Docker Hub |

```
docker run \
   --publish=7474:7474 --publish=7687:7687 \
   --volume=$HOME/neo4j/data:/data \
   graphstack/gdb:3.5.26

  Go to:  http://localhost:7474
```

## ONgDB Enterprise 3.6.2
### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-ongdb-enterprise-3.6.2-unix.tar.gz |
| Windows 64 bit | graphstack-ongdb-enterprise-3.6.2-windows.zip |
| Windows 32 bit | graphstack-ongdb-enterprise-3.6.2-windows.zip |
| Docker Image | GraphStack ONgDB 3.6.2 Enterprise Docker Hub |

```
docker run \
   --publish=7474:7474 --publish=7687:7687 \
   --volume=$HOME/neo4j/data:/data \
   graphstack/ongdb:3.6.2

  Go to:  http://localhost:7474
```

## ONgDB Enterprise 3.5.22
### Packaged by GraphStack.io Team

| | |
|---|---|
| Mac/Linux | graphstack-ongdb-enterprise-3.5.22-unix.tar.gz |
| Windows 64 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |

SER_1513

| Windows 32 bit | graphstack-ongdb-enterprise-3.5.22-windows.zip |
| --- | --- |
| Docker Image | GraphStack ONgDB 3.5.22 Enterprise Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphstack/ongdb:3.5.22

Go to:  http://localhost:7474
```

# About Us

---

We are open source advocates and ensure the community has access to free and open source technologies.

GitHub

Docker Hub



Facebook



Twitter

info@graphstack.io/a>

GraphStack has no relationship with Neo4j Inc, the creators of Neo4j.

# EXHIBIT 52

SER_1515

| | |
|---|---|
| **From:** | John Mark Suhy(jmsuhy@igovsol.com) |
| **To:** | Philip Kreismayr |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: future concerns, do I need to switch to Neo4j |
| **Sent:** | 03/04/2021 08:05:33 AM -0800 (PST) |
| **Attachments:** | |

Hello Philip,

I'm going to write you this week or weekend explaining everything.  I think the GraphFoundation is actually stronger than ever now that they've settled that silly lawsuit with Neo4j.

Things will make more sense once I fill you in.

But short answer is - I think you will feel much more comfortable once you know what's happening.  And the 4.2 EE release my company , iGov Inc, is finishing up will be donated to the GraphFoundation just as we did with 3.5.  I think they may call it 2.0 while we are not changing versions.

Our distributions we package, are in large federal government production environments, and we use them heavily for our internal and upcoming security products , so we are going to be maintaining, developing, and donating to the community as we have in the past for the foreseeable future.

I am starting to see an influx of people switching to our distributions because 3.5 releases are no longer on the graphfoundation site.   We simply call the distributions we package GraphStack GDB.   Everything, including the plugin,  will make sense when I write a more in depth message.  I probably need to write a blog post as well.

I'm actually moving our repos from bitbucket to GitHub to make things easier to find for the community, so we should be done with that next week.

On another note - can you send me more details about the bug you mentioned.  We will fix that issue - We just weren't aware of it and so didn't know to look to fix it.   It's important for us to fix things like this as our distributions are being used on huge graphs in the government so someone else is bound to come across it as well.

jmsuhy@igovsol.com
https://iGovsol.com

On Thu, Mar 4, 2021 at 7:33 AM Philip Kreismayr <philip.kreismayr@lemon42.com> wrote:
> Hi,
>
> I already built a larger application for one of the biggest real estate companies in germany based on ONgDB.
> We started about 2.5 years ago and therefore used version 3.5.3 i think.
> After I recently tried to upgrade the database to the latest version 3.5.22 and 3.6.2 I ran into a couple of issues.
> For instance I use neo4j-graphql-js for some services which will generate cypher queries using the head() procedure, which will fail in the newer ONgDB versions.
> Since I really want to update my DB I'm concerned that I may have reached "trhe end of the road" with ONgDB and maybe need to move to Neo4j Enterprise (maybe 4.2).
>
> What's your advice on this? Do I need to be concerned. Is ONgDB dying?

IGOV0002956759.001
**SER_1516**

I've also read the article
https://www.graphfoundation.org/graph-foundation-resolution-for-future-ongdb-development/
where you describe that versions 3.4, 3.5 and 3.6 will no longer be supported and the focus on GQL.

In contrast to all of that I'm confused by the announcement on graphstack.io

# February 2021 : GraphStack Updates!

ONgDB 3.5.x and 3.6.x enterprise distributions packaged by GraphStack.io are available to download or use as docker images.

\* Starting with 3.5.26 and soon 4.2.x - users will have the option to download graphstack gdb full enterprise distros or download a single plugin that turns your Neo4j community edition distribution into an enterprise powerhouse. As always there are no limitations on cores or number of cluster instances. Clustering, security, and more are included. 100% Free.

Does this now mean that you will be able to offer a Neo4j 4.2 version via plugin for free soon?

Thanks for your advice and answer upfront!

All the best and thanks for your great work!

Best Regards,
Philip

--

_____ Best Regards Philip Kreismayr Head of Software Development lemon42 GmbH Schönbrunner Straße 108, Top 1.06 A-1050 Vienna Tel: +43-1-4030195-457 Mobil: +43-676-840 301 457 Fax: +43-1-4030195-30 www.lemon42.com Handelsgericht: Wien Firmenbuchnummer: FN 205.746v Umsatzsteuer-ID: ATU 51418103

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

# EXHIBIT 53

Witness:
Turin Pollard 30(b)
**EX 244**
12/1/2022 C. Denlinger

| | |
|---|---|
| **From:** | Sheila Duffy <SDuffy@greystonesgroup.com> |
| **Sent:** | Wednesday, May 1, 2019 7:58 AM |
| **To:** | Crowley, Kelly A |
| **Cc:** | =SMTP:NMuthu@greystonesgroup.com; =SMTP:WMarker@greystonesgroup.com |
| **Subject:** | RE: Market Research - Agile DevSecOps IT Services GREYSTONES GROUP Response |
| **Attachments:** | Greystones Capability Statement - 1 Page.pdf; SBIR - Data Analytics - GreyRaven.pdf; Greystones Corporate Capabilities Brief + GreyRaven Demo.pdf |

Good Morning Kelly –

Thanks for reaching out to me, we are excited to show the demo for Topic Area 2. We would be available to come in for the demo on May 9th (anytime). The largest agile team we've had on a project would be about 30 FTEs. We were recently awarded a Phase 1 SBIR for data analytics, specifically ingestion, fusion and visualization of big data sets using ONgDB (Open Native Graph Database).  The technology is COTS and is currently in use at US Treasury            for forensic analysis, Sanofi for behavioral prediction, and several financial institutions for dynamic authentication and forensic analysis.

Greystones is an EDWOSB with excellent DOD and IC past performance in; Enterprise Architecture; Big Data Analytics/AI-including Data Ingest, Data Fusion, Data Visualization; Software Development; Software Integration; Cloud Migration; Software Testing, Requirements Development; Training; Documentation; and Website Development.  Greystones' software development methodology supports both Agile and DevOps environments.  Greystones has a TS Facility Security Clearance and has been certified at CMMI SVC Level 3 and ISO 9001-2015.

Attached, are some relevant informative documents for your review and distribution to the team. If you require any additional information or have any questions please let me know.

Very Respectfully,
Sheila



Sheila Duffy
CEO and Founder
*Greystones Group*
1201 M St. SE, Suite 120, Washington, DC 20003
Office 202.644.8998 Ext 701 Mobile 202.460.0371
http://www.greystonesgroup.com

Sheila Duffy
CEO and Founder
-------------------------
*Greystones Group*
1201 M St. SE, Suite 120, Washington, DC 20003
OFFICE 202.644.8998 Ext 701  |  MOBILE 202.460.0371  |  WEB http://www.greystonesgroup.com

1

SER_1519

**From:** Crowley, Kelly A <kelly.a.crowley@uscis.dhs.gov>
**Sent:** Tuesday, April 30, 2019 2:59 PM
**To:** Sheila Duffy <SDuffy@greystonesgroup.com>
**Subject:** [BULK] Market Research - Agile DevSecOps IT Services

Good Afternoon Sheila,

The Office of Information Technology at USCIS is conducting market research and would like to invite you for a demonstration of innovative projects you have or are working on. The government is interested in agile delivery capabilities related to the three topics listed below. Please identify ONE topic you would like to address in your presentation. The 45 minute demonstration is a technical demo (no slides are permitted) of a solution in production using AWS.  If you decide to demo more than one topic, please note the timeframe will still be 45 minutes. This is not a sales meeting and is limited to five people from the vendor side.

- Topic Area 1: Automation-first approach to assist in the advancement of services and technologies using artificial intelligence and machine learning for operations and site reliability

- Topic Area 2: Entity/person network relationship discovery and mapping with intelligent searching across disparate open-source data sources using artificial intelligence / machine learning models

- Topic Area 3: Fault-tolerant data connectors across disparate sources and interfaces with learning and adaptive functions

The government is interested in solutions that use opensource technologies and are deployed through a 100% automated continuous integration/continuous delivery pipeline with cybersecurity and performance testing from end-to-end.

In your response, please include the largest size agile delivery team your company has provided, the topic area with an infographic of a business solution related to USCIS, and corporate certifications (i.e. ISO, CMMI-DEV, etc.).

We will be available Wednesday, Thursday, and Friday the following week on May 8th, 9th, and 10th respectively. Please pick your preferred date and indicate morning or afternoon. We will be in touch with you shortly with a more specific time.

We look forward to meeting with you.

Kelly

**Kelly Crowley**
**Identity, Records, and National Security Delivery Division**
**Office of Information Technology**
**US Citizenship and Immigration Services**
**111 Massachusetts Ave NW**
**Washington, DC**
**(202) 316-6034**

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. Access to this email by anyone other than the intended recipient is unauthorized. If you

SER_1520

received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify the sender immediately by return e-mail and delete all copies from your system.

**Greystones Consulting Group, LLC**
100 M Street SE, Suite 914, Washington DC 20003
(202) 644-8998



# GREYSTONES

### DUNS: 164563582 / CAGE CODE: 31RQ4 / EIN: 83-0420407

## Corporate Overview

| | |
|---|---|
| Status | Economically Disadvantaged Woman-Owned Small Business (EDWOSB, WOSB, SDB) |
| Locations | Corporate HQ: Washington, DC; Client Locations: Pentagon, Washington Navy Yard, Fort Leavenworth, KS, Fort Gordon, GA, Huntsville, AL |
| Certifications | ISO 9001-2015 / CMMI SVCS Maturity Level 3 |
| Clearance Level | Top Secret Facility Clearance; 90% of Employees are cleared at Secret or higher |
| Contract Vehicles | GSA 8(a) STARS II; Seaport-E; Seaport-NxG; GSA PSS and other several subcontracts |
| Teaming Partners | Alion Science and Technology, GDIT, CDI Marine Co, Janus Research and many Small Businesses |
| Accounting Systems | DCAA Approved |

  

**Greystones' Core IT Capabilities / Customers**

| Capability | [redacted] | [redacted] | [redacted] | [redacted] | HQDA ARMY SECURITY COOPERATION | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|
| Cloud Transition | ✓ | | ✓ | ✓ | | | | |
| Mobile Application Development | | | ✓ | ✓ | | | | |
| Big Data, Data Management, and Predictive Analytics | ✓ | | ✓ | ✓ | ✓ | | | |
| Modeling & Simulation | ✓ | | ✓ | ✓ | ✓ | | | |
| Data Visualization | ✓ | | ✓ | ✓ | ✓ | | | |
| Decision Support | ✓ | | ✓ | ✓ | ✓ | | ✓ | |
| Machine Learning | ✓ | | ✓ | | | | | |
| User Interface and Visual Design | ✓ | ✓ | ✓ | | | | | |
| Application Development | ✓ | ✓ | ✓ | | | ✓ | | ✓ |
| Agile Software Development | ✓ | ✓ | ✓ | | ✓ | | | |
| Software Engineering, Development, and Integration | ✓ | ✓ | ✓ | | ✓ | ✓ | | ✓ |
| System Design and Architecture | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| System Integration | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Web and Portal Systems Development, Integration, Maintenance, and Management | | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Development & Test Environment Support | ✓ | ✓ | ✓ | | ✓ | | | |
| Data Services, Data Administration, and Database Management | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Legacy Systems Modernization & Migration | ✓ | ✓ | ✓ | | ✓ | | | ✓ |
| Help Desk Support | | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| Network Operation & Maintenance | | | | ✓ | | | | ✓ |
| Cybersecurity | | | ✓ | ✓ | | | | ✓ |
| Training | | ✓ | | | | ✓ | | |
| Risk Management Framework | | | | | | | | ✓ |

**Nav Muthu, COO**
+1 (301) 538-7664
nmuthu@greystonesgroup.com

**Sheila Duffy, CEO and Founder**
+1 (202) 460-0371
sduffy@greystonesgroup.com

| GREYSTONES CONSULTING GROUP, LLC | WWW.GREYSTONESGROUP.COM |
|---|---|

SER_1522

**Greystones Consulting Group, LLC**
1201 M Street SE, Suite 102, Washington DC 20003
(202) 644-8998



## SBIR for Data Analytics
### Greystones SBIR Contract # FA875119PA096

Contract scope is capable of supporting the following functional areas:

- Data Analytics
- Data Management
- Data Ingest, Fusion, Visualization
- Cloud Migration and Testing
- Machine Learning
- Artificial Intelligence

- Knowledge Graph Services
- Program Management
- Training and Education
- Manpower Assessment
- Performance Metrics
- Logistics

*The key technology underlying this SBIR award is **GreyRaven**, a COTS based managed services platform for intelligence and analysis.  The technology takes large sets of data and translates them into meaningful and actionable information.*

### Unique features of the GreyRaven platform

| | |
|---|---|
| **Data Control** | Government Customer, not vendor, maintains ownership of data, supports PKI, multiple data classifications |
| **Data Management** | Government Customer, not vendor, controls data, faster ingest with greater accuracy tag data upon ingestion |
| **Data Integration** | Add new or edit existing data sources with minimal effort-SME supported operational integration-business logic enhanced with AI, can assign different confidence values by data source. |
| **Application Integration** | Rapidly operationalize vendor apps and algorithms easily, quickly and securely |
| **Cloud Native** | Purpose built to seamlessly scale storage and performances needed (mirrors AWS model-no hardware purchases required) Supports AWS GovCloud C2S regions. |
| **Infrastructure Automation and Monitoring** | Highly responsive disaster recovery, Automatic load balancing, multi-region automatic failover with zero downtime |
| **Customizable Analyst Dashboard** | Highly configurable to analyst needs, can create standardized reports, Intuitive/User Friendly-faster operator training time |
| **Security** | Compliance with NIST and supports FISMA security controls, SSO API, Federated login supports CAC/PIV, Real time notification of security issues |

Capable of supporting up to 1B+ notes and edges, 1M+ edge densities, 1B+ writes/day and 100+ instance clusters, the platform has been globally deployed with zero-downtime at the following organizations:

### *U.S. Department of the Treasury*
**Description:**  Supporting 5,000+ investigators for AI forensic analysis of big data sets.
**Program Highlights:** Reduces Data Refresh processing time from >1 month to <1 minute.
**Scope/size:**  Supports 1 Billion nodes/relationships.

**_Sony_**
**Description:** Supports AI driven User Personalization and Media Recommendations
**Program Highlights:** Reduces time to add a new data source from >1 week to < 1 minute
**Scope/size:** Supports ingest of 100+ sources (Netflix, Amazon, Hulu, HBO)

**_Kharon - Illicit Finance Research Organization_**
**Description:** Supports AI driven OSINT forensic analysis and automated analyst workflows
**Program Highlights:** <1 hour to support the preparation and publishing of new Intel for over 80 instances
**Scope/size:** Utilized by the top 5 Tier One global financial institutions for data curation for 50+ forensic analysts

**_ForgeRock.  Identity Management Provider_**
**Description:** Supports AI enhanced dynamic authorization and access controls for Fortune 500 hotel chains
**Program Highlights:** Solution supports over 40 instances at 10 milliseconds/updated authorization
**Scope/size:** 1+ Million individual user identities

### _Benefits of SBIR Phase III Vehicle_

➢ Distinctly unique from anything/everything associated with traditional procurement

➢ Sole Source (No Competition Required)

➢ Rapid Acquisition – Contracts awarded instantaneously

➢ Small Business does not have to do 51% of the work

➢ Ability to scope unfunded requirements for incremental funding

➢ Have unlimited dollar values/ceilings

➢ No time limit between Phase I/II award and a Phase III & No limit on quantity

➢ Can take any type of Government funds (e.g., OMA, O&M, SCN, WCF, RDT&E, etc.)

➢ Can be for "products, production, services, research/R&D"

➢ Flexibility in contract type (e.g., FFP, CPFF, T&M, etc.)

➢ No limit on Government agencies that can create or use the vehicle

➢ Each task order is managed like a separate contract, muti-tier subcontracting

➢ Ability to perform Secret, Top-Secret/SCI requirements

**Contact us for a Demo or Contract Vehicle Info:**

**Nav Muthu, COO**                                   **Sheila Duffy, CEO and Founder**
+1 (301) 538-7664                                   +1 (202) 460-0371
nmuthu@greystonesgroup.com                          sduffy@greystonesgroup.com

| GREYSTONES CONSULTING GROUP, LLC | WWW.GREYSTONESGROUP.COM |
|---|---|

SER_1524









# Briefing and Demo

PROPRIETARY NOTICE: This file contains confidential and privileged information that is protected by law. Any additional distribution without written consent of the Greystones Group CEO is unauthorized. If you received this file in error, any review, use, dissemination, distribution, or copying of the information is strictly prohibited.

1201 M St. SE, Ste 120, Wash, D.C.    |    www.greystonesgroup.com    Greystones Consulting Group, LLC

# Greystones Group Fast Facts



**Incorporated in 2000:** Commercial industry focused until 2009, then transitioned to U.S. Gov/DoD

**EDWOSB:** Economically-Disadvantaged Woman-Owned Small Business

**Washington, DC Corporate Headquarters**

**Client Locations:** Pentagon, Washington Navy Yard (WNY), General Services Administration – DC,  Fort Leavenworth - KS and Huntsville – AL

**Prime Contract Vehicles:** AFWERX/AFRL SBIR Phase 1, PSS Schedule, SEAPORT-e and GSA 8(a) STARS II

**Top Secret Facility Clearance**

**AWS Consulting Partner (APN)**

**Mature Infrastructure**

- Approved Accounting System
- ISO 9001-2015
- CMMI SVCS Maturity Level 3





SER_1526

# Team Greystones





Greystones' extensive software development, big data analytics/AI and sustainment experience with DOD and the IC community:

- Defense Intelligence Agency-Visual Media Reasoning for Forensic Analysis

- Naval Sea Systems Command-Navy Data Environment user interface /system integration development and sustainment

- Office of Naval Research-Web based dashboard for program metric analytics



**GreyRAVEN©:**
- Neo4j-based global Connected Intelligence Platform for DOD/IC community supporting the integration of publicly available information and private data into artificial intelligence and analyst workflows.
- Supports **Joint Interface Control Document (JICD**) 4.1/4.2 compliance

SER_1527

Case 5:18-cv-07182-EJD    Document 183-54    Filed 04/20/23    Page 11 of 16

# FM 3-12 2-5: Near Real Time Analysis



## RELATIONAL VS. GRAPH MODELS

### Relational Model



**Good for data that is predictable and fits into tables**

- Good for data that is predictable, fits well into tables, columns, rows, and where queries are not very join intensive.
- Performance fails as the connectedness of the data increases.
- Queries are technically complex to construct and expensive to run.

### Graph Model



**Good for finding real time connections in big data sets**

- Used to make real time connections in big datasets.
- Uses graph structures for semantic queries with nodes, edges and properties to represent and store data.
- Optimized for connected data, real time, mirrors neural networks, real time analytics.

Case 5:18-cv-07182-EJD    Document 183-54    Filed 04/20/23    Page 12 of 16

# GraphGrid: COTS Proven Data Analytics/AI Platform



## Production Hardened Since 2013

**SCALE:**
100B+ Nodes and Edges
1M+ Edge Densities
1B+ Writes per Day
100+ Instance Clusters

**RELIABILITY:**
Multi-Region Automatic Failover
Zero-Downtime Lifecycle

**SECURITY:**
AWS GovCloud, C2S Regions
Private Global Deployments
Routine Security Audits

## Production Use Cases Since 2013

**U.S. DEPT OF THE TREASURY:**
2 years Deployed
Knowledge Graph Environment
5k+ Investigators
>1mo to <1wk for Data Refresh
1B+ Nodes/Relationships

**SONY:**
5 years Deployed
Continuous Source (100+) Ingest
<1day to Add New source
>1wk to <1min Source Changes
100+ Instances; 1B+ Writes/Day

**IDENTITY COMPANY:**
1.5 years Deployed
Dynamic Authentication
1M+ Identities: People & Devices
<10ms to Update Authorization
40+ Instances

**FINANCIAL COMPANIES:**
2.5 years Deployed
OSINT on Illicit Actor Networks
50+ Analysts Curate Data
<1hr to Prep & Publish New Intel
80+ Instances

SER_1529

Case 5:18-cv-07182-EJD    Document 183-54    Filed 04/20/23    Page 13 of 16

# Rapid Technology Adoption



**GREYRAVEN** — Managed Services Platform for Intelligence & Analysis

| RAPID Integration of Applications, APIs, and Algorithms | Features | Benefits |
|---|---|---|
|  | Data Control | Government customer – not vendor – maintains ownership of data, supports PKI, multiple data classifications |
| | Data Management | Government customer controls data, faster ingest with greater accuracy, tag data upon ingestion |
| | Data Integration | Add new or edit existing data sources with minimal effort-SME supported operational integration-business logic enhanced with AI, can assign different confidence values by data source |
| | Application Integration | Add external vendor apps easily, quickly and securely |
| | Cloud Native | Purpose built to seamlessly scale storage and performance as needed (mirrors AWS model), no hardware purchases required |
| | Infrastructure Automation and Monitoring | Highly responsive disaster recovery |
| | | Automatic load balancing |
| | Customizable Analyst Dashboard | Highly configurable to analyst needs, can create standardized reports |
| | | Intuitive/User Friendly-faster operator training time |
| | Security | Compliance with NIST and supports FISMA security controls |
| | | SSO API/Federated Login that supports CAC/PIV |
| | | Real time notification of security issues |

SER_1530

# Platform Functionality



Ingest          Fusion          Visualization

**GREY**RAVEN

**Data Sources**

| Intel & Infrastructure | STIX2 |
| Embed & Tooling Logs | OSINT |
| Social Media | IDS Logs |
| Mobile/ Communications | Gabriel Nimbus |

kafka

Complete Situational Awareness

Intel & Infrastructure

Embed & Tooling

Mobile Communications

Social Media

SER_1531

# Analyst/Operator View



Case 5:18-cv-07182-EJD    Document 183-54    Filed 04/20/23    Page 16 of 16

# Information Layers





GreyRAVEN© can analyze one layer at a time, and access all layers at the same time.



SER_1533

# EXHIBIT 54

SER_1534

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Sheila Duffy (sduffy@greystonesgroup.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Questions (UNCLASSIFIED) |
| **Attachments:** | |
| **Sent:** | 08/02/2019 02:17:53 PM -0700 (PST) |

That would be great. They are calling me at 11:30 am EST on Monday. What is a good number for me to conference you in on?

On Fri, Aug 2, 2019, 9:49 PM Sheila Duffy <sduffy@greystonesgroup.com> wrote:

I know of them, and yes, would love to offer a package together.  We have a contract vehicle that they would probably be interested in.  Do you want me to jump in on the call with you?

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Friday, August 2, 2019 1:13 PM
**To:** Sheila Duffy <sduffy@greystonesgroup.com>
**Subject:** Fwd: Questions (UNCLASSIFIED)

Do you know this division of Army?  If you would like - we can offer a package together or maybe you can push greyraven.

See below.

---------- Forwarded message ---------
From: Delawder, Colleen M CTR USARMY NGIC (USA) <colleen.m.delawder.ctr@mail.mil>
Date: Fri, Aug 2, 2019 at 4:22 PM
Subject: Questions (UNCLASSIFIED)
To: jmsuhy@igovsol.com <jmsuhy@igovsol.com>

CLASSIFICATION: UNCLASSIFIED

Sir/Ma'am,

Good morning!  I received your email address from Mr. David Waugh who has been in contact with you concerning Neo4j. I am trying to gather information and answer some questions about Neo4j as well.  Could you please give me a call at 434-951-1643 at your convenience?

Thank you,

Colleen

Colleen Delawder, CTR
Lead Senior Systems Engineer
NGIC Mission Systems Engineering (NMSE) II

IGOV0001573322.001
SER_1535

Phone: 434-951-1643
NIPR: colleen.m.delawder.ctr@mail.mil
SIPR: colleen.m.delawder.ctr@mail.smil.mil
JWICS: frdelcm@army.ic.gov


CLASSIFICATION: UNCLASSIFIED

--

John Mark Suhy

iGov Inc

jmsuhy@igovsol.com

703-862-7780

https://igovsol.com

IGOV0001573322.002
SER_1536

# EXHIBIT 55

| | |
|---|---|
| **From:** | Sheila Duffy (sduffy@greystonesgroup.com) |
| **To:** | John Mark Suhy jmsuhy@igovsol.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Introduction GreyStonesGroup |
| **Sent:** | 08/05/2019 09:32:58 AM -0700 (PST) |
| **Attachments:** | |

Just a couple of changes in line below

-----Original Message-----
From: John Mark Suhy
Sent: Monday, August 5, 2019 12:29 PM
To: Sheila Duffy
Subject: Introduction GreyStonesGroup

Does this look good - or could you help clean it up so I can send it out?

------------

It was nice meeting you and your team today. As promised, virtual introduction to Sheila Duffy from GreyStones Group, a TS cleared EDWOSB. Their website is: https://www.greystonesgroup.com/

Greystones Group has active contract vehicles with Army, just won a recent SBIR contract vehicle that supports AI and Graph scope, and are working with Neo4j / ONgDB open source distributions.

Your teams should talk ASAP because you may be working on similar certifications and functionality around Neo4j.

I will send you another email with the links for the open source distribution downloads by tomorrow morning.

Have a great day,

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573317.001

SER_1538

# EXHIBIT 56

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Delawder, Colleen M CTR USARMY NGIC (USA) colleen.m.delawder.ctr@mail.mil |
| **CC:** | Stinemire, Daniel J CTR USARMY NGIC (USA) daniel.j.stinemire.ctr@mail.mil, Sheila Duffy sduffy@greystonesgroup.com |
| **BCC:** | |
| **Subject:** | Neo4j Followup : Introduction GreyStones Group |
| **Sent:** | 08/05/2019 09:41:03 AM -0700 (PST) |
| **Attachments:** | |

It was nice meeting you and your team today. As promised, virtual introduction to Sheila Duffy from GreyStones Group, a TS cleared EDWOSB. Their website is: https://www.greystonesgroup.com/

Greystones Group has active contract vehicles with Army, just won a recent SBIR contract vehicle that supports AI and Graph scope, and are working with Neo4j / ONgDB open source distributions.

Your teams should talk ASAP because you may be working on similar certifications and functionality around Neo4j.

I will send you another email with the links for the open source distribution downloads by tomorrow morning.

Have a great day,

Respectfully,


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com


On Fri, Aug 2, 2019 at 3:11 PM Delawder, Colleen M CTR USARMY NGIC (USA) wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> Great, thanks! We look forward to talking to you on Monday. Enjoy your weekend as well!
>
>
>
> Best,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>

IGOV0001573316.001

> NIPR: colleen.m.delawder.ctr@mail.mil
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil
>
> JWICS: frdelcm@army.ic.gov
>
>
> From: John Mark Suhy
> Sent: Friday, August 2, 2019 3:01 PM
> To: Delawder, Colleen M CTR USARMY NGIC (USA)
> Cc: Stinemire, Daniel J CTR USARMY NGIC (USA)
> Subject: Re: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
> Monday at 11:30 works for me.
>
>
> I am free all Monday so it is ok if you need to make any last minute changes.
>
>
> The best number to reach me is my personal mobile :
>
>
> (571) 551-8935
>
>
> Have a good weekend ,
>
>
> John Mark Suhy
>
>
> On Fri, Aug 2, 2019 at 8:54 PM Delawder, Colleen M CTR USARMY NGIC (USA) > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
> Sorry, how about 11:30 instead?
>
>
> Colleen
>
>
> Colleen Delawder, CTR

>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov >
>
>
>
> From: Delawder, Colleen M CTR USARMY NGIC (USA)
> Sent: Friday, August 2, 2019 2:51 PM
> To: 'John Mark Suhy' >
> Cc: Stinemire, Daniel J CTR USARMY NGIC (USA) >
> Subject: RE: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> How about 10:00 on Monday? We can call you at your 703 number below.
>
>
>
> Best,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov >
>
>
>
> From: John Mark Suhy >
> Sent: Friday, August 2, 2019 2:32 PM
> To: Delawder, Colleen M CTR USARMY NGIC (USA) >
> Cc: Stinemire, Daniel J CTR USARMY NGIC (USA) >
> Subject: Re: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>

IGOV0001573316.003

SER_1542

> ✓
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
> Sure,
>
>
> Let me know a time that works best for you.
>
>
> I am available anytime Monday.
>
>
> Have a good weekend,
>
>
> John Mark Suhy
>
>
>
>
>
>
> On Fri, Aug 2, 2019 at 8:24 PM Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
> John,
>
>
> No, he sure didn't mention a free Enterprise addition. Would we be able to talk to you Monday morning sometime?
>
>
> Best,
>
> Colleen
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643

IGOV0001573316.004

SER_1543

>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > >
>
>
>
> From: John Mark Suhy < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > >
> Sent: Friday, August 2, 2019 1:11 PM
> To: Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > >
> Subject: Re: [Non-DoD Source] Re: Questions (UNCLASSIFIED)
>
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
>
> If you talked to a Neo4j employee it is highly unlikely that they mentioned that Neo4j and the Neo4j Enterprise fork: ONgDB (Open Native Graph Database) are free and open source and require no licenses in production if you don't want phone and email support from them directly.
>
>
>
> Neo4j Staff only sell Neo4j Commercial packages and forbid their vendors from discussing or promoting the open source licensed options - so you only learned about part of the options.
>
>
>
> If you are working on any support for brand justification then you will want to know all your options.
>
>
>
> I am happy to give you a quick update of all your options to help you make an informed decision , especially since you have free options that have no limits on cores, cluster options, etc.
>
>
>
> Have a good weekend,
>
>
>
> John Mark Suhy
>
>
>
>
>
>
>
>
>
>
> `

IGOV0001573316.005

SER_1544

>
>
>
>
> On Fri, Aug 2, 2019 at 5:55 PM Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
> John,
>
>
>
> I actually just got in contact with Gary Mann at Neo4j who was able to answer all my questions. Thanks, though,
and enjoy your weekend!
>
>
>
> Best regards,
>
> Colleen
>
>
>
> Colleen Delawder, CTR
>
> Lead Senior Systems Engineer
>
> NGIC Mission Systems Engineering (NMSE) II
>
> Phone: 434-951-1643
>
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > >
>
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-
Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > <
Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-
mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil <
Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > >
>
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-
mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > < Caution-Caution-Caution-
mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-
mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > >
>
>
> From: John Mark Suhy < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com >
> < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-
Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > > >
> Sent: Friday, August 2, 2019 11:53 AM
> To: Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil
< Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-
mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > >
> Subject: [Non-DoD Source] Re: Questions (UNCLASSIFIED)

IGOV0001573316.006

>
>
>
> All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.
>
> _____
>
>
>
> Hello Colleen,
>
>
>
> I can try giving you a call after 4 PM EST today. If I can't reach you then , I can try again Monday.
>
>
>
> Thank you,
>
>
>
> John Mark Suhy
>
> iGov Inc
>
> 703-862-7780
>
> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com > < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > > < Caution-Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > > >
>
> Caution-Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > > < Caution-Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > > >
>
>
> On Fri, Aug 2, 2019, 4:22 PM Delawder, Colleen M CTR USARMY NGIC (USA) < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > > > wrote:
>
> CLASSIFICATION: UNCLASSIFIED
>
> Sir/Ma'am,
>
> Good morning! I received your email address from Mr. David Waugh who has been in contact with you concerning Neo4j. I am trying to gather information and answer some questions about Neo4j as well. Could you

IGOV0001573316.007

please give me a call at 434-951-1643 at your convenience?
>
> Thank you,
>
> Colleen
>
> Colleen Delawder, CTR
> Lead Senior Systems Engineer
> NGIC Mission Systems Engineering (NMSE) II
> Phone: 434-951-1643
> NIPR: colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > < Caution-Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.mil < Caution-mailto:colleen.m.delawder.ctr@mail.mil > > > >
> SIPR: colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > > < Caution-Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > < Caution-Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > < Caution-Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil < Caution-mailto:colleen.m.delawder.ctr@mail.smil.mil > > > >
> JWICS: frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > < Caution-Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > > < Caution-Caution-Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > < Caution-Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > < Caution-Caution-mailto:frdelcm@army.ic.gov < Caution-mailto:frdelcm@army.ic.gov > > > >
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED
>
> --
>
> John Mark Suhy
>
> iGov Inc
>
> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com > > < Caution-Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > >
>
> 703-862-7780
>
> Caution-Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-

https://igovsol.com < Caution-https://igovsol.com > > < Caution-Caution-Caution-https://igovsol.com < Caution-
https://igovsol.com > < Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > > >

>

>

>

>

>

> CLASSIFICATION: UNCLASSIFIED

>

> --

>

> John Mark Suhy

>

> iGov Inc

>

> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > < Caution-Caution-mailto:jmsuhy@igovsol.com <
Caution-mailto:jmsuhy@igovsol.com > >

>

> 703-862-7780

>

> Caution-Caution-https://igovsol.com < Caution-https://igovsol.com > < Caution-Caution-https://igovsol.com <
Caution-https://igovsol.com > >

>

>

>

>

>

> CLASSIFICATION: UNCLASSIFIED

>

>

>

>

>

> CLASSIFICATION: UNCLASSIFIED

>

> --

>

> John Mark Suhy

>

> iGov Inc

>

> jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com >

>

> 703-862-7780

>

> Caution-https://igovsol.com < Caution-https://igovsol.com >

>

>

>

>

>

> CLASSIFICATION: UNCLASSIFIED

IGOV0001573316.009

SER_1548