**No. 24-5538**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

NEO4J, INC., NEO4J SWEDEN AB,

*Plaintiffs-Appellees,*

v.

JOHN MARK SUHY,

*Defendant-Appellant.*

On Appeal from the United States District Court
For the Northern District of California
No. 5:18-cv-07182-EJD
Hon. Edward J. Davila

_____

**APPELLEES' EXCERPTS OF RECORD
Volume 11 of 18**

_____

John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jeffrey M. Ratinoff (State Bar No. 197241)
jratinoff@spencerfane.com
Jeremy A. Moseley (MT Bar No. 44830177)
jmoseley@spencerfane.com

*Attorneys for Appellees*
Neo4j, Inc. and Neo4j Sweden AB

# EXHIBIT 21

SER_2671

iGov : Innovative Government Solutions



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers.

# July 2018 News: Neo4j 3.4.4 has been released!

==Get the open source licensed **Neo4j Enterprise** distributions we package for our government customers from our== downloads page. ==These are 100% free and open source, with all the enterprise features.== They have no restrictions on the number of cluster instances or cores that the commercial licensed packages impose!

==We compile and packaged the open source licenced distributions from the same== official Neo4j Github Repositories ==as Neo4j Inc uses for their paid commercial licensed builds.==

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_018822

SER_2672

iGov : Innovative Government Solutions

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 111-B Alexandria, VA 22306



© 2018 iGov Inc. All Rights Reserved.

N4J_018823

SER_2673

# EXHIBIT 22

**From:**       John Mark Suhy (jmsuhy@purethink.com)
**To:**         Benjamin Nussbaum (ben@atomrain.com), Brad Nussbaum (brad@atomrain.com)
**CC:**
**BCC:**
**Subject:**    graphstack.io - avoid trademark issues
**Attachments:**
**Sent:**       03/26/2018 01:18:42 PM -0700 (PST)

---

I added you as admins to graphstack.io repos.

Incase you are wondering what this is - graphstack.io is the website I will have completed soon that will be used to provide Neo4j Enterprise open source packages for downloads without infringing on Neo4j's trademarks.

It is the only name I could find that was open.

I.E.  I can get away with allowing downloads of Neo4j on the site that have no code modifications or plugins but as soon as we add apoc or something else - the nominative trademark protection does not apply as easily.
So:    Neo4j Enterprise AGPL + APOC (and other plugins) = GraphStack

When you download it and extract it - it is /neo4j-enterprise-x.x.x   same as before.





IGOV0001570252

**SER_2675**

# EXHIBIT 23

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Benjamin Nussbaum (ben@atomrain.com), Brad Nussbaum (brad@atomrain.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Quick Notes on fork |
| **Attachments:** | |
| **Sent:** | 05/21/2018 11:24:17 AM -0700 (PST) |

Just comments That may be good to think about on your end.

When I spoke about setting up a non profit for a fork - it makes other kernel devs more inclined to be part of it - if they are truely open source advocates. I would think that they would be wary going with another 'neo situation'.  Assume that Steve baker and team are doing another fork in parallel - would be better to work all together I would think.

<mark>But being on the board of this new none profit is a big piece of the pie - if a fork became popular - GraphGrid is what makes it a viable alternative to adopt for agencies / companies who want production support.  IE - if done right - it would allow you to hit Neo from many different angles - weakening their hold.  We will get US agencies using this fork right away so it has past performance.</mark>

Just something to think about - I could literally reach out to MariaDB.org and ask them if they can give you copy of their bylaws so there would be hardly any upfront effort.  That may be enough to just let people know we are planning...

Worst case - you spend under $1000 for an org that you close without traction.  You dont have to setup org until you are ready.

Borrow everything from:

https://mariadb.org/about/governance/

I already know we could get several large companies to sponsor it in terms of names : Maybe not money to start.  But we would ask ASR, and kther top analytic companies we work with to sponsor it. Including sheila's companies and of course all of our companies.  (That is a big list already)

<mark>Do you want me to take a stab at rebrading Neo4j Enterprise dist - besides the documentation, and misc stuff in distribution? This would be a prppf of concept to see just how hard it would be to do a complete automated rebrand from all current code. the biggest visible part would be for a new logo in Neo4j Browser.</mark>

<mark>Technically the way they license browser, etc - you could technically use Neo4j browser without rebrand - but why not see how it would look with different brand name.</mark>

<mark>Make sure openneo4j won't be something Neo comes after you around trademark on.  I would ask your lawyers since I know it can be a hit if you build that brand and only have to start over if Neo hits with trademark.</mark>

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com





IGOV0001570192

**SER_2677**

# EXHIBIT 24

SER_2678

**From:**      John Mark Suhy (jmsuhy@egovsol.com)
**To:**        Mariano Lopez (mariano.lopez@analytica.net)
**CC:**
**BCC:**
**Subject:**   Re: GraphFoundation
**Attachments:**
**Sent:**      07/09/2018 10:37:59 AM -0700 (PST)

---

We can add you as a sponsor without you contributing, but if you would
like to make a donation you can do so at:
https://www.graphfoundation.org/support/donations/

If you want to have a call later today or anytime this week, <mark>I can
explain why the foundation was created and how we package Neo4j
Enterprise (We call ONgDB) distributions that are being adopted at IRS
and most likely DHS as they are already using the open source
distributions we packaged before we assigned them to the foundation.</mark>

Do you happen to have a good LOGO we can use or can I just grab one
from your website?


John Mark Suhy
eGovernment Solutions Inc
jmsuhy@egovsol.com
703-862-7780
https://egovsol.com


On Mon, Jul 9, 2018 at 8:33 AM, Mariano Lopez
wrote:
> Hi John Mark –
>
> Definitely and would be willing to contribute. If we were to contribute
> $500 how would I do this, process, etc?
>
>
>
> From: John Mark Suhy [mailto:jmsuhy@egovsol.com]
> Sent: Friday, July 06, 2018 9:59 AM
> To: Mariano Lopez
> Subject: GraphFoundation
>
>
>
> Hello Mariano,
>
>
>
> I wanted to ask you if you would like us to list Analytica as a sponsor of
> the GraphFoundation. https://graphfoundation.org
>
>
>
> It is free for you, you can ignore the sponsorship prices page.

IGOV0001573221.0001

>
>
> IRS is adopting the open source Neo4j Enterprise distributions we are
> transfered to the GraphFoundation, and I think having our team members all
> involved in it could help give an advantage in the BPA Award. I can explain
> more on a call if you would like.
>
>
>
> Let me know if I can add you to the sponsorship page:
>
> https://www.graphfoundation.org/support/thanks/
>
>
>
> On another note, let me know if you would like to meet up for coffee or
> lunch sometime.
>
>
>
> Talk to you later,
>
>
>
> John Mark
>
>
>
> --
>
> John Mark Suhy
> eGovernment Solutions Inc
> jmsuhy@egovsol.com
> 703-862-7780
> https://egovsol.com

# EXHIBIT 25

SER_2681

Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 129 of 1198

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Brian Rodrigue (brian.rodrigue@excella.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Checking In |
| **Attachments:** | |
| **Sent:** | 08/10/2018 08:09:41 AM -0700 (PST) |

Good Morning Brian,

I just wanted to check in as we have not talked for a while.

I hope all is well.

If you have time next week, I can give you an update on our Neo4j activities.

We created a non profit with an Apache like governance model to ensure Neo4j stays open source incase Neo decides to take it closed source anytime in the future.

Check out https://graphfoundation.org

All the Neo4j enterprise distributions we package from now on will come from the foundation and have the standard vanilla AGPLv3 open source license.

Treasury and a bunch of analytic companies in the area now use these.

I figured you would want to know because Neo4j Inc has been trying to scare companies lately telling them they will close source, etc.

Most recently, they tried adding a 'commons clause' to the AGPL license , trying to precent companies from selling (and competing against them on procurements)

The free software foundation guidamce was to ignore it as it was invalid because restrictions like this, cant be added to the AGPL license, but it doesn't stop them from trying to use it to cause confusion.

Anyway, the foundation was actually setup because of this behavior.

On another note, how is your wife's cyber focus coming?

Have you been working with any interesting texhnology lately?

Have a good weekend,

John Mark

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

IGOV0001570129

**SER_2682**

# EXHIBIT 26

SER_2683

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | A-Sun Truth (asuntzu@gmail.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | EMAIL |
| **Attachments:** | micro-service-architecture-with-graphstack.pdf; |
| **Sent:** | 08/28/2018 07:06:58 PM -0700 (PST) |

I apologize for taking so long to get back to you. We have a large deployment coming up in Sept for a government contract we are priming on - so it's been taking all my available bandwidth.

I wanted to send you the links we spoke about so you can understand more about what we are doing in the graph / analytics space.

I manage the Neo4j Enterprise open source distributions used by the Treasury, DHS, etc.
If you don't know about Neo4j - here is their website: http://neo4j.com

Our open-source fork we manage can be found at https://graphfoundation.org

Our focus is on 'connected data' which leverages several different technologies to collect, and connect data from different data sources.

Attached is a diagram of the high level overview of the platform.

We leverage Neo4j, ElasticSearch, Kafka, Apache Spark, and a suite of services (All Java - Spring Boot for the most part)

Here are some white papers that can tell you more about Neo4j - which we use as the 'system of record' for our connected data. We did not write these - but they do a good job of explaining the technology.

https://drive.google.com/drive/folders/0B7w76NCg0bmVdmZoZTJQaGl4Vnc?usp=sharing

What we have is not something we sell right now - it is the platform that we use for any of our graph analytics projects - that is how everything originally came together.

One way I could see us working together is to work on your data integration platform assuming you don't already have one. Everything from AI, to enrichment, to services that utilize this data would use the platform.

For example - if you want to create a sentiment analysis service, or some other service (micro-service architecture) for leveraging natural language processing - then it may involve creating a service that takes 1) data from the graph , 2) uses the 'bus' (kafka) to push data to spark to do sentiment analysis, etc , 3) Takes the new data generated and augments the graph.

I.E. This would be a central part of your data integration strategy I would think.

Let me know if this information is useful.

# EXHIBIT 27

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@purethink.com) |
| **To:** | Philip Rathle (philip@neo4j.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Touching base |
| **Attachments:** | purethink Mail - IRS breakdown.pdf; april-2016-email-number-5-agreement.pdf; |
| **Sent:** | 05/21/2018 02:46:30 PM -0700 (PST) |

Please give me some time to digest your proposal and see if this makes
sense from a business perspective for us. I probably will have some
questions, In fact I have one right offhand.

Question:

If we were to consider what you proposed, would you require us to
waive our right to pursue our claims, such as tortious interference
against Neo4j Inc in the
future? I believe we can work together moving forward, and in
parallel let the courts decide what is fair for the past. We have
invested quite a bit of time and money into preparation based on the
statute of limitations, and I would think that you would also say it
is fair to let the courts work out what is right - if we agree to
accept the court's decision and move on.

Beyond that question,

In order to trust us, I think based on your email response, you should
really just peak at the attachments I re-attached to this email. Not
to prove anything, but to show that you should be wary of taking one
side of the story from John and Jason.
These attachments are just so you keep an open mind when working with
us. Please read them - they are attached, short and can help our
relationship. I highlighted them to make it quick.

On another note, regarding the licensing, you may want to consider the
implications of going closed source right now.

I completely understand where you are coming from, and you have a
tough decision to make. I wouldn't want to be in your position
regarding that topic, so I respect that you are in a precarious
position and have to make a decision.

My biggest worry does not have to do with you going closed source, but
with how the community reacts. As you can imagine, there will be
probably be several community forks of Neo4j if you go the closed
source router. An unorganized fork without the proper governance
model can lead to the community being in the same situation as they
would be with you if you do go closed source. It would force us to do
a proper fork that addresses governance, meaning spending time I
don't feel like spending. But it would be needed for the Government.

I've already done the preparation to create non profit organization
with the necessary bylaws and governance model for a community fork of
Neo4j to get things started, and to ensure it's long term success (if
adopted).

CONFIDENTIAL

IGOV00000298.0001

We took guidance from MariaDb and my mentors on how to do it right and for the community, I am very confident that this will benefit the community.

By design, if we do launch this community fork and re-brand , it won't be something I can stop once the legal entity is in place and launched, which is the point of ensuring the community has control. I am not sure how it would effect our working together, but as you can guess - it could actually hurt us all if we end up making this partnership work and this fork becomes popular.

Let me know if there is a time Friday that you want to catch up for a call.

Have a good day,

Sincerely,


John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com


REDACTED - CONFIDENTIAL

CONFIDENTIAL



REDACTED - CONFIDENTIAL

CONFIDENTIAL

IGOV00000298.0003



CONFIDENTIAL

REDACTED - CONFIDENTIAL

CONFIDENTIAL

REDACTED - CONFIDENTIAL

CONFIDENTIAL

# EXHIBIT 28

SER_2692

**From:** Graph Foundation Admin
**To:** btrudeau@micron.com
**Subject:** Re: GraphStack Neo4j Question
**Date:** Monday, July 16, 2018 6:52:30 AM

Hi Bob,

I received your question from iGov. We're consolidating support of the open source neo4j graph database distributions under a non-profit organization: Graph Foundation - www.graphfoundation.org

I can help you answer your questions.

The naming you'll see for the build on the foundation site is ONgDB - this is a fully AGPL fork of the open source Neo4j Github repository with all restrictive marks from Neo4j, Inc. removed. We've taken the necessary steps make sure we keep the repository fully AGPL which is the license that Neo4j, Inc has released it under, but then added additional sections to the AGPL license, which in our conversations with FSF (Free Software Foundation) is not legal to do when using the AGPL license.

If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid. I can put you in contact with them if that full shield is of interest.

If it makes sense to have a call or if you have specific references that would help your organization assess the validity of it, please let us know and we can try to accommodate.

Thanks You,
GF


---------- Forwarded message ---------
From: **Bob Trudeau (btrudeau)** <btrudeau@micron.com>
Date: Wed, Jul 11, 2018 at 11:47 AM
Subject: GraphStack Neo4j Question
To: info@igovsol.com <info@igovsol.com>


To:      iGov Information (info@igovsol.com)
From:  Bob Trudeau (Micron Technology, Inc.)
Date:   Wednesday, July 11, 2018


I am currently evaluating potential Neo4j options other than a commercial license. The availability of a free, open-source version of Neo4j Enterprise from GraphStack is of obvious interest.


As an employee of Micron I need to ensure that I am operating with integrity and complying with all legal requirements in the procurement and use of software such as Neo4j.

**CONFIDENTIAL**

GFI 30(b)(6)
Brad Nussbaum
**Ex 14**
10/16/2020  D Myers

GFI000287

**SER_2693**

What references and/or other information can GraphStack provide to assist me in confirming the legality of the GraphStack Neo4j Enterprise software?

Regards,

**Bob Trudeau**

Enterprise Architect
IT Enterprise Analytics & Data
Micron Technology, Inc.

Office +1 (916) 458-3277
btrudeau@micron.com

# EXHIBIT 29

SER_2695

**From:**     John Mark Suhy (jmsuhy@purethink.com)
**To:**        Benjamin Nussbaum (ben@atomrain.com)
**CC:**
**BCC:**
**Subject:**  Neo4j Procurement
**Attachments:**
**Sent:**    07/25/2018 08:48:04 AM -0700 (PST)

---

https://www.fbo.gov/index?s=opportunity&mode=form&id=02e83be8f7f905fff05de915b30d3418&tab=core&_cview=1

**Quick Summary:**

- Airforce wants Neo4j Enterprise.
They do not realize that Neo4j Enterprise is dual licensed and therefore unique for procurement.

 People can pay money for a restrictive commercial license, or use Neo4j Enterprise for free under it's open source license.
The open source licensed version has no restrictions on number of cluster instances or cores.   This fact is very
counterintuitive.    What the commercial 'subscription' really offers is support, because it's better to use the open source
license than the commercial license in this case.

- We are quite sure that only one Neo4j partner will be able to bid on this because of Neo4j Inc's partner rules requiring
registration of a lead.

- We have an idea about what the quote will be, since Neo4j Inc commercial price lists were placed on GSA for a short time.
 ($29,000)
https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html


**Proposed Approach:**

1) You quote for $25,000.
   AirForce gets the Neo4j Enterprise open source distributions we package for the government already.

2) We would manage all support with our existing infrastructure for you. (Managed support).
   Required support to meet AF needs would be:
   Phone support normal business hours Monday-Friday.  24 hour turn around on all support  tickets.  $200 / month or
$2400

We will ensure all the SLA's and requirements specified are met with our existing infrastructure and team.   We can fully
manage support for you using our support system that can be branded with your information.   Ex:  Email:
support@fedstore.com   Online:  https://support.fedstore.com
If you have your own - we can use yours too. Whatever works.

So you would make:  $25,000 - $2400 : $22,600


3) The software (supply) is unlimited, because these are simply open and free neo4j distributions that are downloadable from
the distribution sites.  Your company can even become a mirror - i .e.  https://dist.fedstore.com/neo4j/neo4j-enterprise-3.4.4-
unix.tar.gz


**Up sell:**

IGOV0001570130.0001

**SER_2696**

-Neo4j packages are yearly subscription models, so this has high potential to be reoccurring.

- Once you are supporting Airforce with Neo4j, then there is a large potential for custom software development services. Since Neo4j partners are usually forbidden from using Neo4j under it's open source license - this puts you in a very unique position for anyone who wants custom Neo4j development.   We could support you on all development tasks, and bring past performance from our other federal Neo4j projects.

**Possible Scenarios / Risks:**

- Neo4j Inc will protest, and try to prevent this from happening through bullying tactics with the AirForce.  They tried this with Treasury which delayed one of our awards for 8 months and their behavior really upset Treasury.   This was the catalyst for the creation of the GraphFoundation https://graphfoundation.org - which ensures Neo4j stays free and open.

- US Treasury legal precedent is what we use when Neo4j tried to interfere with other agencies.  Treasury / IRS POCs are happy to talk with other agencies to

Links:

1) What I sent to airforce just to let them know there were other options so the competition could be more competitive. (See attached PDF).

 2) https://igovsol.com/downloads.html -> The open source Neo4j Enterprise distributions we package for government agencies.

3) Blog posts that show commercial prices, and will give more information about Neo4j's bad behavior:
 https://blog.igovsol.com

Our team:  iGov Inc, GraphGrid (https://graphgrid.com), and AtomRain (https://atomrain.com).   We work together as one company.  We all are the founders of the GraphFoundation.  https://graphfoundation.org

IGOV0001570130.0002

SER_2697

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 145 of 1198

# EXHIBIT 30

# ARTICLES OF INCORPORATION OF
# GRAPH FOUNDATION, INC.

The undersigned, desiring to form a corporation not for profit under the Non-Profit Corporation Law of Ohio, do hereby certify:

FIRST:  The name of said corporation shall be Graph Foundation, Inc.

SECOND:  The place in Ohio where the principal office of the corporation is to be located is the City of Wooster, Wayne County, Ohio.

THIRD: The corporation is organized exclusively for charitable, religious, educational and scientific purposes including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code, or the corresponding provision of any future federal tax code.  The charitable purposes of the corporation include the following:

(a) to further, at no charge, the Open Source development and distribution of graph technology in the areas of software, storage, networking, clustering, parallel and distributed computation, query processing, analytics, visualization, machine learning, artificial intelligence and cloud accessibility, while serving the community with mentoring, leadership and vision for a healthy graph ecosystem;

(b) to receive and administer funds for the benefit of the corporation, or its successor, and to that end to take and hold, by bequest, devise, gift, purchase or lease, either absolutely or in trust, any property, real, personal or mixed, without limitation as to amount or value, except such limitations, if any, as may be imposed by law;

(c) to sell, lease, borrow, encumber, exchange, subdivide, convey and dispose of any such property and to invest and reinvest principal and income thereof and to deal with and expend principal and income therefrom for the purposes set forth in this Article Third without limitation, except such limitations, if any, as may be contained in the instrument under which such property is received or such limitations, if any, as may be imposed by law;

(d) to borrow money and issue evidence of indebtedness in furtherance of the charitable purposes of this corporation and to secure same by mortgage, pledge, or other lien on property;

(e) to own, use, buy, sell, mortgage or encumber real and personal property as will tend to promote the objects of this corporation and the doing of all things necessary or incident to the purposes of this corporation; and

GFI 30(b)(6)
Brad Nussbaum

**Ex 3**

10/16/2020   D Myers

(f) to do such other lawful acts or activities to accomplish its charitable purposes as contemplated by Section 501(c)(3) of the Internal Revenue Code, or the corresponding provision of any future federal tax code, and the nonprofit corporation laws of the State of Ohio;

FOURTH: The following persons shall serve said corporation as directors until the first annual meeting or other meeting called to elect directors:

1. Bradley Nussbaum, President;

2. Benjamin Nussbaum, Vice President.

FIFTH: No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Third hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these Articles, the corporation shall not, except to an unsubstantiated degree, engage in any activities or exercise any powers that are not in furtherance of the purposes of this corporation.

SIXTH: The corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to tax on undistributed income imposed by Section 4942 of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

SEVENTH: The corporation shall not engage in any act of self-dealing as defined in Section 4941(d) of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

EIGHTH: The corporation shall not retain any excess business holdings as defined in Section 4943(c) of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

NINTH: The corporation shall not make any investments in such a manner as to subject it to tax under Section 4944 of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

TENTH: The corporation shall not make any taxable expenditures as defined in Section 4945(d) of the Internal Revenue Code, or corresponding provisions of any subsequent federal tax code.

ELEVENTH: Any person, his heirs, executors or administrators, may be indemnified or reimbursed by the organization for reasonable expenses actually incurred (including attorney's fees, judgments, fines and amounts paid in settlement) in connection with any action, suit or proceeding, civil or criminal, to which he or they shall be made a party by reason of being or having been a member of the Board of Directors, officer, employee or member of the organization if such person

CONFIDENTIAL

acted in good faith and in the manner he reasonably believed to be in or not opposed to the best interests of the organization or (with respect to any criminal action or proceeding) he had no reasonable cause to believe his conduct was unlawful.

The foregoing rights of indemnification or reimbursement shall not be exclusive of other rights to which such person, his heirs, executors or administrators may be entitled as a matter of law or equity.

TWELFTH: Notwithstanding any other provision of these Articles of Incorporation, the corporation shall not conduct or carry on any activities not permitted to be conducted or carried on by any organization exempt from taxation under Section 501(c)(3) of the Internal Revenue Code and its Regulations as they now exist or as they may hereafter be amended, or by an organization, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code and Regulations as they now exist or as they may hereafter be amended.

THIRTEENTH: Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

IN WITNESS WHEREOF, we have hereunto subscribed our names this __22__ of June, 2018.

_____
Bradley Nussbaum

_____
Benjamin Nussbaum

## ORIGINAL APPOINTMENT OF AGENT

Know all men by these presents, that Jeffrey D. Musselman of 140 West Liberty St., Wooster, OH 44691, a natural person and a resident of the State of Ohio, is hereby appointed as the person on whom process, tax notice, and demands against said Graph Foundation, Inc., may be served and shall serve as incorporator for Graph Foundation, Inc. on behalf of the undersigned.

Graph Foundation, Inc.

_____
Bradley Nussbaum

_____
Benjamin Nussbaum

# EXHIBIT 31

SER_2703

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware        ) CASE NO.
corporation, and NEO4J        ) 5:19-CV-06226-EJD
SWEDEN AB, a Swedish          )
corporation,                  )
                              )
            Plaintiffs,       )
                              )
    vs.                       )
                              )
GRAPH FOUNDATION, INC., an    )
Ohio corporation,             )
GRAPHGRID, INC., an Ohio      )
corporation, and ATOMRAIN     )
INC., a Nevada corporation,   )
                              )
            Defendants.       )


REMOTE VIA ZOOM


30(b)(6) DEPOSITION OF NEO4J INC


BY BRAD NUSSBAUM


_____
9:17 A.M. PDT
FRIDAY, OCTOBER 16, 2020
_____




By:  Denise Myers Byrd, CSR 8340, RPR

1

SER_2704

1    maybe touch on a few things later when Jeff gets on

2    board.

3    BY MR. RATINOFF:

4        Q.  Okay.  Let me go ahead and move on to Topic 1

5    on the formation of Graph Foundation.

6        Do you recall when you formed Graph Foundation

7    or when -- let me strike that.

8        When was Graph Foundation founded?

9        A.  Yeah, I think I looked this up, and I'm pretty

10    sure we have it everywhere as June 2018.  I can pull up

11    the exact incorporation document.

12        Q.  I'll do that, actually.  Thank you, though.  I

13    appreciate that.

14        A.  All right.  I have some of these in front of me

15    because, honestly, I'm not going to remember this stuff

16    exactly.

17        Q.  Well, that's -- I'm going to ask you questions.

18    If you don't remember --

19        A.  Yeah, I have effective June 21, 2018.

20        Q.  Okay.  And so I just put up Tab 2 so we'll mark

21    that as Exhibit 3.

22        (WHEREUPON, Exhibit 3 was marked for

23        identification.)

24    BY MR. RATINOFF:

25        Q.  Why don't you take a quick look at that time

24

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 153 of 199
BRAD NUSSBAUM                                              October 16, 2020

1    and let me know if that's what you had in mind as the

2    founding document.

3         A.  Seems to be pretty big.  It's taking a while.

4    If it says State of Ohio corporate registration,

5    that's --

6         Q.  It's actually -- the title of the document

7    should be in your chat as Tab 2.  It's the Articles of

8    Incorporation of Graph Foundation Inc.

9         Do you see that?

10        A.  Oh, okay.  Yeah, okay.  So 22nd of June, okay.

11   So I guess my State of Ohio certificate is June 21st and

12   this is signed June 22nd.  I'm not exactly sure which

13   one.

14        Q.  You recognize the document?

15        A.  Yes.  Yeah, this is what our lawyer here in

16   Ohio drafted.

17        Q.  And then what's -- the signature page -- I

18   think it's the third page -- you see there's two

19   signatures there?

20        A.  Yes.

21        Q.  The date?

22        A.  My signature and Ben's signature, yeah.

23        Q.  Okay.  All right.  Thank you.

24        Leading up to the formation, did you have any

25   discussions with anybody about forming Graph Foundation,

25

BRAD NUSSBAUM                                    October 16, 2020

1      Q.   I'm just asking yes or no.

2           Did you talk to Mr. Suhy about forming Graph

3    Foundation prior to forming Graph Foundation?

4      A.   I mean, I guess it feels vague to me because

5    forming is a very vague word.  So he was -- so to answer

6    specifically, we did not consult him about how to

7    structure the foundation as a nonprofit with any of

8    these articles here; that came just from our lawyer.  We

9    did not consult him about any of the mission.  So when

10   we filed for a nonprofit status with the IRS and we

11   posted a mission and what we were about, we did not

12   consult him about any of those things.  So he was not

13   consulted, I guess, in any material way about, like,

14   what you could call the actual formation of the corp.

15     Q.   Who -- what led you to form Graph Foundation?

16   Strike that.

17          When did you come up with the idea to form

18   Graph Foundation?

19     A.   Must have been, like, early 2018, maybe late

20   2017, but probably early 2018.

21     Q.   Whose idea was it to form Graph Foundation?

22     A.   Primarily mine, but Ben was also very on board

23   with it.

24     Q.   Why did you decide to form Graph Foundation?

25     A.   I think we see a strong need for graph

                                                          27

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

BRAD NUSSBAUM                                        October 16, 2020

1  technology to be open and available to a broader

2  community.  I think that we both, you know, sort of come

3  up through a lot of the open source world where, you

4  know, the Linux Foundations, the Apache Foundations, the

5  Free Software Foundations of the world have sort of

6  shaped and enabled everybody to do really great things.

7  And I think being in the graph space we see, you know,

8  just the potential for greater work to be done by having

9  technology that's developed and opened collaboratively.

10  I think that's what led us to write the mission

11  statement that we did about generally making graph

12  technology available.  We see a lot of avenues where

13  that can be applied.

14      Q.  Was there a specific graph technology that you

15  had in mind?

16      A.  I think generally, you know, there's a lot of

17  years to be played out, so, you know, Ben and I see that

18  there are many different technologies, graph

19  technologies that this may be applicable to.  I think we

20  listed several in our mission statement.

21          But, you know, there's certainly areas in data

22  processing and algorithms in -- you know, especially in

23  AI.  There's a lot of capabilities that I think we see

24  graph having a big impact, and so we see the foundation

25  as being a place that, you know, may one day be able to

                                                      28

BRAD NUSSBAUM                                                      October 16, 2020

1    provide an overall benefit to humanity through those

2    things.

3        Q.  Was Neo4j the primary driver for forming Graph

4    Foundation?

5        A.  Neo4j was definitely one driver.  We see an

6    open source database, certainly something that can store

7    data as a graph, as being a key part and it's definitely

8    where we put a lot of our time and effort in the early

9    days.

10       Q.  And did you discuss with Mr. Suhy about forming

11   Graph Foundation to promote open source Neo4j?

12           MR. PERNICK:  Objection; vague as to time.

13   BY MR. RATINOFF:

14       Q.  Prior to the formation of Graph Foundation.

15       A.  I mean, discuss is a very broad word so could

16   you be more specific?

17       Q.  Did you talk to Mr. Suhy within three months of

18   forming Graph Foundation about forming Graph Foundation?

19       A.  I mean, there must have been some conversations

20   about it, but I don't really think he was very -- I'm

21   not really sure what he offered, if anything, toward

22   like the overall -- I don't think he offered anything in

23   the discussions.  I don't remember him really having

24   much of a drive on the open source side.  I remember

25   him -- you know, he's very practical when it comes to

                                                              29

SER_2709

Case 5:19-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 157 of 199

BRAD NUSSBAUM                                    October 16, 2020

1   business, so I think the foundation has always just

2   been, you know, really for me and Ben to decide on.

3           MR. RATINOFF:  I would like to upload a

4   document.  This is going to be Tab 4.

5           (WHEREUPON, Exhibit 4 was marked for

6       identification.)

7   BY MR. RATINOFF:

8       Q.  Let me know when that's up on your chat.

9           Do you see this document that I put up?  It

10  should be an email from John Mark Suhy dated

11  May 5th -- I'm sorry -- May 21, 2018.  Do you see that?

12      A.  Yeah.

13      Q.  "Subject:  Quick Notes on fork."

14      A.  Yeah, I see it.

15      Q.  And looking at the "to" line, there's a Brad

16  Nussbaum, brad@atomrain.com.  Do you see that email

17  address?

18      A.  Yep.  Yep.

19      Q.  Is that an email address that you use

20  currently?

21      A.  Yes.

22      Q.  And were you using that email address back in

23  2018, in May?

24      A.  Yes.

25      Q.  And the other address, Benjamin Nussbaum,

30

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2710

Case 5:19-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 158 of 188

BRAD NUSSBAUM                                          October 16, 2020

1   that's your brother Ben?

2       A.  Yes.

3       Q.  And that's his email address, ben@atomrain.com?

4       A.  Yes.

5       Q.  Prior to forming Graph Foundation, when you

6   were in the preformation stage, were you using your

7   AtomRain account to communicate about forming Graph

8   Foundation?

9       A.  We've -- we've spoken with John Mark with our

10  AtomRain accounts.

11      Q.  So the answer is --

12      A.  I don't know if it's --

13      Q.  Sometimes I'm asking very simple yes-or-no

14  questions, and I appreciate you wanting to elaborate,

15  but I think it will go a lot smoother if you just answer

16  my questions as they're asked.  I'm going to ask it one

17  more time.

18          Did you use your AtomRain email address to

19  discuss forming Graph Foundation with John Mark?

20      A.  You're saying like prior to us ever having a

21  Graph Foundation email?

22      Q.  Yes.

23      A.  I mean, prior to having a Graph Foundation

24  email and prior to Graph Foundation existing, John Mark

25  and, you know, Ben and I communicated with our AtomRain

31

SER_2711

1   emails as the main form, I would say.

2       Q.  At this time in May of 2018, were you an

3   employee of AtomRain?

4       A.  Yes.

5       Q.  And what was your -- what was your position at

6   AtomRain at that time?

7       A.  I was the CEO.

8       Q.  Do you still hold that position at AtomRain?

9       A.  Yes.

10      Q.  And was Ben also an employee of AtomRain at

11  that time in May 2018?

12      A.  Yes.

13      Q.  What was his role at that time?

14      A.  He's the CTO.

15      Q.  And is he still the CTO?

16      A.  Yes.

17      Q.  Were you also employed by anyone else at that

18  time besides AtomRain in May of 2018?

19      A.  No.

20      Q.  Okay.  Turning back to this email, which I

21  believe would be Exhibit 4.

22      MR. RATINOFF:  Mark this as Exhibit 4.  It's

23  got the Bates number IGOV0001570192, and I'll represent

24  this is produced by iGov in the related litigation.  It

25  was not produced by your attorney.

32

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

1    accurate.

2        Q.  Looking at the blue section, it says JMSuhy

3    initial commit.  Do you see that?

4        A.  Yes.

5        Q.  And do you know -- do you understand who

6    JM Suhy is?

7        A.  Yes.

8        Q.  And who is JM Suhy?

9        A.  To my knowledge, that's John Mark's user on

10   GitHub.

11       Q.  And you see there's a date there on August 29,

12   2018?

13       A.  August, yeah, 29, yeah.

14       Q.  So is it fair to say that Graph Foundation had

15   a GitHub account as of August 29, 2018?

16       A.  Well, yeah, I think that's how those commits

17   are tracked.  There's a difference between the actual

18   commit that goes to get repo and what shows up in

19   GitHub, but I think that date is when it's actually

20   merged into GitHub.

21       Q.  But in order to be merged in the Graph

22   Foundation's GitHub, Graph Foundation would have to have

23   a GitHub account, correct?

24       A.  Right.  Yeah.

25       Q.  All right.  And does this at all refresh your

                                                        81

SER_2713

1           What specifically are you looking for?

2       Q.  Well, did he start up the ONgDB fork on

3   GitHub's repository?

4       A.  Well, if what we're looking at here, Neo4j-OE

5   or something, that's not the ONgDB fork.  This doesn't

6   look like much of anything.  I don't even think there's

7   about more than seven files here.  I'm pretty sure ONgDB

8   is well over a million.

9       Q.  Okay, let's go ahead and move on, then.

10          MR. RATINOFF:  All right.  I'm going to drop

11  another.  It should be Tab 46, and this should be

12  Exhibit 14.

13          (WHEREUPON, Exhibit 14 was marked for

14      identification.)

15  BY MR. RATINOFF:

16      Q.  We'll mark this Exhibit 14.  And the Bates

17  number starting with GFI000287 which was produced by

18  your counsel.

19          Do you have the document in front of you,

20  Exhibit 14?

21      A.  Yes.

22      Q.  Looking at Exhibit 14, there's an HTML address.

23  You have to hover your cursor over it, but if you -- it

24  says Graph Foundation admin.  When you hover over that,

25  it should say admin@graphfoundation.org.



83

SER_2714

BRAD NUSSBAUM                                           October 16, 2020

1     A.  Uh-huh.  Yeah.

2     Q.  That's a Graph Foundation email that Graph

3  Foundation owns?

4     A.  Correct.  Yes.

5     Q.  Does Graph Foundation still use that email

6  address?

7     A.  Yes.

8     Q.  And you searched for documents in this case in

9  that email account?

10     A.  Yes.

11     Q.  So looking at the date of this email, it says

12  July 16, 2018.  Do you see that?

13     A.  Yes.

14     Q.  Does that help refresh your recollection as to

15  whether Graph Foundation had their own ONgDB up on

16  GitHub at that time?

17     A.  Did we?

18     Q.  I'm asking you.

19     A.  I don't think this gives me anything to

20  refresh.  Sorry, what do you mean by get up on GitHub?

21  You mean like does this help establish a date point in

22  time when the ONgDB repository was created?

23     Q.  Yes.

24     A.  No, this would not do that.

25     Q.  All right.  Let's go to the bottom, looking at

84

1    Q.  It's fair to say it says forwarded message, so

2  this is forwarded from iGov to Graph Foundation?

3    A.  Right.

4    Q.  Do you have an understanding of why it was

5  forwarded to Graph Foundation?

6    A.  They must have felt we could better answer or

7  give better details than they could.

8    Q.  About GraphStack?

9    A.  I'm assuming about the state of, like, an

10 open source version of Neo.  It looks like they want to

11 get information like -- it looks like they're

12 redirecting them to the root source of, like, how to

13 best get involved with the open source project.

14   Q.  Okay.  So then looking at the first paragraph

15 of the top email, that's the July 16, 2018, email, it

16 says:

17           "I received your question from

18       iGov.  We're consolidating support of

19       the open source Neo4j graph database

20       distributions under a nonprofit

21       organization:  Graph Foundation."

22       Do you see that?

23   A.  Right.  Yes.

24   Q.  And then the next paragraph, "I can help you

25 answer your questions."  And then I want you to take a



87

BRAD NUSSBAUM                                              October 16, 2020

1   look at the following paragraph that says:

2                   "The naming you'll see for the

3            build on the foundation site is ONgDB.

4            This is a fully AGPL fork of the open

5            source Neo4J GitHub repository with

6            all restrictive marks from Neo4j Inc.

7            removed."

8            Do you see that?

9       A.  Yes.

10      Q.  So at this point is Graph Foundation saying

11  that there's a fork of Neo4j called ONgDB available as

12  of July 16, 2018?

13      A.  I'm not sure what the state was on this site

14  then that we were directing them to.  It would seem that

15  there was something there.  I don't know what the state

16  was.  Maybe we had pre-built -- there was a point in

17  time where we were -- I don't know, I don't know when

18  that was.  Yeah, I don't know.  There must be something

19  up there for him then.  I'm not sure what was up there.

20      Q.  What do you mean by this is a fully AGPL fork

21  of the open source Neo4j GitHub repository with all

22  restrictive marks from Neo4j removed?

23      A.  I think it was, like, in January or March 2018

24  when the Commons Clause came in to, like, 3.4, something

25  like that.  I don't know the exact date.  So I think

                                                          88

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 165 of 189   BRAD NUSSBAUM   October 16, 2020

1    this is when some of the Commons Clause stuff was going

2    on.  So I think all -- all that would mean by

3    restrictive marks is that we were conveying the

4    open source code as the pure open source under AGPL.

5         Q.  So with an AGPL license without the

6    Commons Clause?

7         A.  Right.  Yeah.  Because I think we -- yeah, we

8    had removed the Commons Clause I think at this point.

9         Q.  Is that what you're saying in the next

10   sentence?

11            "We've taken the necessary steps

12            to make sure we keep the repository

13            fully AGPL which is the license that

14            Neo4j has released it under, but then

15            added additional sections to the AGPL

16            license."

17       Are you referring to the Commons Clause there?

18       A.  Yeah, we're referring to Neo4j Inc. adding the

19   Commons Clause in to the AGPL license, yeah.

20       Q.  It says:

21            "Which in our conversations with

22            FSF (Free Software Foundation) is not

23            legal to do when using the AGPL

24            license."

25       Do you see that?

89

SER_2718

1    A.  Yeah.  I think our understanding of this, you

2  know --

3    Q.  I'm just asking you --

4    A.  -- has evolved since then, but, yeah, I see

5  this.  I see this, yeah.

6    Q.  So as of July 16, 2018, had you had any

7  conversations with the Free Software Foundation

8  regarding Neo4j adding the Commons Clause to AGPL?

9    A.  We did not, no, not the Graph Foundation.

10    Q.  Did you personally have any conversations with

11  the Free Software Foundation whether it was legal for

12  Neo4j to add the Commons Clause to the AGPL?

13    A.  No.  I think I saw a conversation about it, but

14  we did not.

15    Q.  Saw, what do you mean by saw a conversation?

16    A.  I think I saw an email about a conversation.

17  I'm not sure how I saw that.

18    Q.  You don't remember who that email was from?

19    A.  I remember there was a conversation.  I'm not

20  sure what we were telling them, though.  I never spoke

21  to the Free Software Foundation direct.

22    Q.  Have you ever spoken to the Free Software

23  Foundation about whether Neo4j was able to add the

24  Commons Clause, quote, unquote, legally?

25    A.  I have not, no.

90

SER_2719

BRAD NUSSBAUM                                    October 16, 2020

```
 1            (WHEREUPON, Exhibit 15 was marked for
 2        identification.)
 3   BY MR. RATINOFF:
 4        Q.  So we'll mark this document which was produced
 5   by iGov.  Do you have what's Tab 56 in front of you?
 6        A.  Yes.
 7        Q.  Okay.  And so we'll call this Exhibit 15 now.
 8   It's got the Bates number IGOV0001570185.001 on the
 9   first page.  So again, this is dated May 22, 2018.  I
10   think that was around the same time we looked at that
11   earlier email and you had mentioned that Graph
12   Foundation wasn't in existence yet officially, correct?
13        A.  Sorry, that was too much.  What are you asking?
14        Q.  You see the date May 22, 2018?
15        A.  Yes.
16        Q.  So you didn't have a Graph Foundation email at
17   this point, right?
18        A.  I don't think Graph Foundation was formed so
19   definitely no.
20        Q.  And we looked at a prior email where you were
21   discussing forming Graph Foundation, correct, around
22   this time?
23        A.  I would say I don't think --
24            MR. PERNICK:  Objection, misstates testimony.
25            THE WITNESS:  I don't think we were doing that.
```

                                                          97

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

BRAD NOSSAMAN                                                    October 16, 2020

1    I don't think that's quite the right way to say that.

2            MR. RATINOFF:  Well, let's go back to -- I know

3    your counsel made an objection, and just make sure you

4    let me finish my question, give like a slight pause, let

5    Mr. Pernick have a chance to object if he needs to.

6            MR. PERNICK:  Especially since I generally have

7    to press my unmute button so it takes a little bit

8    longer.

9            The objection is misstates testimony.

10           MR. RATINOFF:  I'm going to strike the

11   testimony -- there was a lot of talk over -- so I'll

12   start over again.  In case he wants to object, just give

13   him a second.

14           JOHN PICONE:  Jeff -- Mr. Pernick, if you have

15   your spacebar, if you press it, it will unmute

16   temporarily.  I found that's an effective method.

17           MR. PERNICK:  I wasn't able to get that to work

18   in our test run, but it is working now.

19           JOHN PICONE:  As long as your cursor is on the

20   Zoom application it will work.

21           MR. PERNICK:  Thank you.

22           MR. RATINOFF:  Technology is great.

23   BY MR. RATINOFF:

24       Q.  Let's look again -- I think we looked at this

25   email address before, brad@atomrain.com.  That's your



                                                              98

BRAD NUSSBAUM                                        October 16, 2020

1    email address, right?

2        A.  Yes.

3        Q.  You have no reason to believe you didn't

4    receive this email?

5        A.  No.  I received it, yeah.

6        Q.  And looking over this email, is this the email

7    you referenced from -- maybe seen from John Mark

8    earlier?

9        A.  It sounds about right.  This seems like an

10   email that came from Free Software Foundation discussing

11   this topic, yes.  I forget what they said, but yes.

12       Q.  Do you see anywhere in here where Free Software

13   Foundation's giving legal advice to Mr. Suhy?

14       A.  I think my view on that was that they -- I

15   think they didn't -- I don't think they could give us

16   legal advice or I don't think they said it was legal

17   advice.  I think it was, like, an opinion.  So I

18   don't -- you know, giving legal advice is not something

19   that they would do so I don't think that makes sense,

20   but I don't see what they're saying here.  I would have

21   to read it.

22       Q.  Okay.  Well, why don't you go ahead and do

23   that.

24       A.  I think they're giving us advice on the further

25   restrictions clause in Section 7, and I think they're

99

SER_2722

BRAD NUSSBAUM                                                    October 16, 2020

1    that I ever saw.  I think there was only ever one.

2              MR. PERNICK:  Jeff, we've been going for about

3    an hour and a half.  Can we take a brief five-minute

4    break.

5              MR. RATINOFF:  Sure.  Let me show one more

6    document.

7              MR. PERNICK:  Okay, no problem.  Nothing dire.

8              MR. RATINOFF:  Thank you for the reminder,

9    though.

10             (WHEREUPON, Exhibit 16 was marked for

11        identification.)

12   BY MR. RATINOFF:

13        Q.  Do you have that in front of you?  So this

14   would be the document produced by iGov, Bates number

15   IGOV0001570125.001, and this is Exhibit 16.

16             And do you recognize this email?

17        A.  Yes.

18        Q.  So you've seen this email before?

19        A.  I'm sorry.  I thought you meant do I know

20   what's in front of me.  You're asking if I -- I'm sorry.

21   What are you asking me?

22        Q.  I'm asking whether you've seen this email

23   before.

24        A.  This looks like a conversation happening with

25   the Free Software Foundation by John Mark.

                                                          108

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

BRAD NUSSBAUM                                             October 16, 2020

```
 1        Q.  And this is the same Donald Robertson that we
 2   saw to your knowledge in the last email that we were
 3   looking at?
 4        A.  Yeah, it looks like it.
 5        Q.  And then -- but you don't know -- you don't
 6   know whether you've seen this email or not, before or
 7   not?
 8        A.  This may have been, like, one of the other
 9   emails I mentioned; like, it was probably forwarded to
10   me at one point, but I don't know.  I'd have to go find
11   it.
12        Q.  Okay.  Maybe we'll have you do that after the
13   deposition.  But for the time being, we have this email
14   from the Free Software Foundation to John Mark which you
15   see here.
16            Looking at first where it says "snip" under
17   June 20th, do you see that?
18        A.  Yes, uh-huh.
19        Q.   "1) As the copyright holder,
20            is Neo4j Inc. allowed to add the
21            specific additional terms mentioned
22            above to the license.txt file
23            (containing the AGPL license terms)
24            and enforce these new additions?"
25            Do you see is that?
```

109

SER_2724

BRAD NUSSBAUM                                              October 16, 2020

```
1        Q.  Yeah.
2        A.  I mean, I guess because our goal is to make
3   ONgDB available publicly, so 3.5 was the next version.
4        Q.  And that's because Neo4j released its
5   Version 3.5?
6        A.  Are you asking a question about our versioning?
7        Q.  Well, is there a significant difference between
8   version -- I'm sorry -- Neo4j 3.4 and 3.5?
9        A.  I mean, there are definitely differences.
10           MR. RATINOFF:  Okay.  I'm going to put Tab 13
11  back up.  So this will be Exhibit 18.
12           (WHEREUPON, Exhibit 18 was marked for
13           identification.)
14  BY MR. RATINOFF:
15       Q.  Do you have Tab 13 up on your screen?
16       A.  Yes, I have it up.
17       Q.  And this again was produced with the Bates
18  number N4J_018661.  It was printed out from the
19  internet, from Twitter's website, on 5/20/2020.
20           This is, again, I believe Graph Foundation's
21  Twitter account, correct?
22       A.  Yes, this is our Twitter account.
23       Q.  Do you have any reason to believe these tweets
24  that are included in this document are accurate as far
25  as being from Graph Foundation's account?
```

137

BRAD NUSSBAUM                                    October 16, 2020

1    A.  They look accurate to me.

2    Q.  Do you see the first tweet right here at the

3    top?  It says:

4              "It's official:  #Neo4j

5              Enterprise is closed source.  As of

6              November 2, 2018, Neo4j Inc. has

7              moved all enterprise modules of the

8              3.5 release to a private repository."

9    A.  Yep.

10   Q.  Do you see that?

11   A.  I see that.

12   Q.  What did that mean?

13   A.  I think exactly what it says.

14   Q.  Why did Graph Foundation tweet that?

15   A.  I think it's a factual statement.  Enterprise

16   is closed source.  I think that's true.  There were

17   commits that I know that I reversed as of November 2nd,

18   2018, that removed all the enterprise code and all the

19   enterprise modules, yeah, to the private repository, so

20   that's true.  And, yeah, they even announced I think

21   that they were open core.

22   Q.  Was there a prior release Version 3.5 that had

23   enterprise modules that were not part of the enterprise

24   repository?

25   A.  Was there a prior release.  Like -- well, so

                                                         138

1       A.  Yeah.  Yeah.

2           MR. RATINOFF:  I'm going to put up another

3   document.  This is -- Tab 25 will be Exhibit 19.

4           (WHEREUPON, Exhibit 19 was marked for

5       identification.)

6   BY MR. RATINOFF:

7       Q.  Let me know if you have that up.

8       A.  Yep, I've got it.

9       Q.  So looking at this email, it shows ben@atomrain

10  and brad@atomrain.com.  Do you see those two email

11  addresses?

12      A.  Yes.

13      Q.  Those are the email addresses we discussed

14  earlier that belong to you and your brother, correct?

15      A.  Yes.

16      Q.  This is johnmarksuhy@purethink.com.  I don't

17  know if we've seen that address before.  Do you

18  recognize it?

19      A.  Yeah.  Yeah.

20      Q.  So this is a document that was produced by

21  Mr. Suhy's counsel.  And do you have any reason to

22  believe this isn't an accurate email that you received?

23      A.  No, no reason.

24      Q.  Do you see the subject there, graphstack.io -

25  avoid trademark issues?

147

SER_2727

```
 1    good way, and I don't think Neo was too receptive of
 2    being in a position of wanting to help find a solution,
 3    kind of filed a lawsuit against us, so I don't think
 4    there was really much opportunity to discuss it.
 5            MR. RATINOFF:  Okay.  So let me move on to
 6    another exhibit.
 7            (WHEREUPON, Exhibit 21 was marked for
 8        identification.)
 9    BY MR. RATINOFF:
10        Q.  This will be Exhibit 21, I believe.  This was
11    produced as Bates number N4J-GFI_000092.  This is a
12    printout from Graph Foundation's website as of
13    September 24, 2019.
14            Do you have any reason to believe this isn't a
15    correct printout of what was on Graph Foundation's
16    website as of that date?
17        A.  No reason, no.
18        Q.  And looking at Licensing, do you see that
19    heading right there?
20        A.  Yes.
21        Q.  And it says:
22            "ONgDB distributions are
23            licensed under AGPLv3 as a free and
24            open drop-in replacements of Neo4j
25            Enterprise commercial licensed
```

157

1           distributions with the same version

2           number."

3           Do you see that?

4      A.  Yes.

5      Q.  What did Graph Foundation mean by drop-in

6  replacement?

7      A.  I think we provided an explanation of this.

8  Drop-in, I think as everybody understands it in

9  development, you know, essentially functions

10  equivalently from one version to another.  So if you

11  took a Neo4j Enterprise version, let's say 3.5.4, the

12  database format that it creates would work with ONgDB

13  3.5.4, so you can essentially write your data, and with

14  Neo4j Enterprise, you can use that same data with ONgDB.

15      Q.  And just to clarify, that's Graph Foundation's

16  understanding of drop-in replacement?

17      A.  Yeah.  Yeah, that's on our site, so.

18      Q.  And as of ONgDB Version 3.5.4, it's Graph

19  Foundation's belief at that time it was a hundred

20  percent identical to Neo4j Enterprise 3.5.4?

21      A.  No, it was not one -- I mean, it couldn't be

22  100 percent identical because Neo4j was close source as

23  of 3.5.0-RC1, and so any time after that there have to

24  be some differences.  And so drop-in does not mean

25  identical; it refers more to compatibility.

                                                        158

SER_2729

1    Q.  Okay.  You mentioned release I guess -- let me

2    start over.

3         You mentioned Neo4j 3.5.0-RC1.  Is that a

4    pre-release version of Neo4j 3.5?

5    A.  Yes, it's a release candidate.

6    Q.  And that was available on Neo4j's GitHub?

7    A.  Yes.

8    Q.  And was Neo4j 3.5.0-RC1, was that released

9    under the AGPL plus Commons Clause by Neo4j?

10   A.  Yes.

11   Q.  Is that -- is 3.5.0-RC1, is that the code base

12   that ONgDB 3.5.4 is based on?

13   A.  What do you mean by based on?

14   Q.  Well, you mentioned that it couldn't be

15   identical because the last version that was available

16   before one closed was 3.5.0-RC1.

17   A.  Right.

18   Q.  So ONgDB 3.5.4 isn't 100 percent identical to

19   Neo4j 3.5.4, correct?

20   A.  Correct, they're not 100 percent identical.

21   Q.  So if they're not 100 percent identical, what

22   is -- what is the same between ONgDB 3.5.4 and Neo4j

23   3.5.4?

24   A.  It's a great question.  Neo4j source is closed

25   so we don't know.

159

1   Q.  So as of ONgDB 3.5.4, Graph Foundation had no

2   way of knowing whether that was identical to Neo4j's

3   3.5.4, correct?

4   A.  Yeah, there's no way to know that they're

5   100 percent identical, correct.

6   Q.  How is Graph Foundation able to represent that

7   3.5.4 was a drop-in replacement, ONgDB, that is, for

8   Neo4j 3.5.4?

9   A.  I think I described it earlier.  Drop-in

10  replacement refers more to compatibility of features, so

11  we were able to take a Neo4j 3.5.4 version, create a

12  database and just show that it worked with ONgDB at that

13  same version.  So I think that's exactly what we

14  described, and I think that's exactly what we did.

15  That's the only thing that we can really do absent

16  having the source code is just show that they are

17  compatible, they can both read the same database format

18  which is one of the most essential things to make it

19  drop-in.

20  Q.  Did the Graph Foundation do one for one -- let

21  me strike that.

22  So with ONgDB -- do you mind if I leave out the

23  dots -- it's a mouthful -- and just say 3-5-4 is easier?

24  A.  That's fine.

25  Q.  So ONgDB 3.5.4, does that -- did that contain

160

1    additional or different source code from Neo4j 3.5.4?

2        A.  We have no way of knowing, but we assume that

3    they were different.  Neo4j could have used our code

4    because it's open, but we could not have used their code

5    because it's closed.  So they could have used our code

6    to make their release.  We assume that they didn't, but

7    we can't see their code.

8        Q.  So ONgDB 3.5.4 contains source code that's not

9    authored by Neo4j, correct?

10       A.  Yes, that's correct.

11       Q.  Do you understand what the term glue code is?

12       A.  Yes.

13       Q.  What's your understanding of glue code?

14       A.  That it's mostly code that's used to maintain

15   compatibility between interfaces.

16       Q.  So ONgDB 3.5.4 contains glue code.  Is that a

17   fair statement?

18       A.  It certainly contains some code that's needed

19   to maintain compatibility with core, which we bring in,

20   which is part of common, so it does contain some of that

21   for shifting interfaces as well as fixes and

22   enhancements.

23       Q.  So how did -- how did you, meaning Graph

24   Foundation, create 3.5.4 if Neo4j was no longer

25   releasing its code at that time?

161

1    A.  We merged in all of the core commits for 3.5.4,

2    so that's everything for community, and then, based on

3    whatever feedback was given from the community,

4    developed any of the fixes that we could for releasing

5    the enterprise code.

6    Q.  Okay.  So the fixes that you put into 3.5.4,

7    they were authored by non-Neo4j coders; is that correct?

8    A.  Yes.

9    Q.  And so -- and Graph Foundation would have no

10   way for certain to know whether it actually included

11   every fix that Neo4j put in its Neo4j 3.5.4, correct?

12   A.  I'm sorry.  Could you repeat.

13   Q.  Sure.  So Graph Foundation would have no way to

14   know for certain whether -- strike that.

15       Graph Foundation -- you mentioned fixes for the

16   community, and in reference to that, you did not include

17   patches that came from Neo4j per se, correct?

18   A.  We did not include patches that came -- are you

19   asking if we have code?  What do you mean by we did not

20   include patches that came from Neo4j?

21   Q.  You mentioned there were fixes that were put in

22   place through ONgDB repository, correct?

23   A.  Yes.

24   Q.  And where did those fixes come from?

25   A.  Oh, from community contributors.

162

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 181 of 1192

BRAD NUSSBAUM                                                   October 16, 2020

1     Q.  And Graph Foundation would have no way of

2  knowing whether there were patches included in Neo4j's

3  close portion of enterprise 3.5.4, correct?

4     A.  Right.  We wouldn't know what code changes

5  they're making to their source because it's private.

6     Q.  So the only way you would understand what the

7  potential fixes there were would be looking at Neo4j's

8  changelog for each version?

9     A.  We could use what was reported on GitHub, so

10  some people report issues on GitHub still.  We can use

11  what our community users report to us, and we can

12  include fixes that are in core.

13     Q.  So you mention there was enterprise features

14  that were taken to be closed after 3.5.  Which features

15  were those?

16     A.  I'm sorry.  What did you say I mentioned?

17     Q.  You said that when Neo4j took its enterprise

18  portion of the software to close core or private, I

19  guess was maybe the word you used, which features were

20  taken private?

21     A.  Everything in the enterprise directory.

22     Q.  Were there key features in the enterprise

23  software that were taken private in your mind?

24     A.  Yes.

25     Q.  What were those key features?

163

BRAD NUSSBAUM                                      October 16, 2020

1    A.  Causal clustering, backups, restore,
2  monitoring, security, advanced Cypher.  You know, that's
3  about -- I think that's the list.
4    Q.  So ONgDB 3.5.4 had those features in it,
5  correct?
6    A.  Yes.
7    Q.  And -- but those weren't necessarily the same
8  exact code for those features in Neo4j 3.5.4, correct?
9    A.  That's right, they wouldn't have been a hundred
10  percent identical.
11    Q.  Where did the code for those features in ONgDB
12  3.5.4 come from?
13    A.  They started out open source and then changes
14  in enhancements would have been made thereafter by
15  commits to Graph Foundation.
16    Q.  Okay.  But the base code of those features came
17  from Neo4j 3.5.0-RC1?
18    A.  That would have been I suspect the start of it.
19    MR. RATINOFF:  I'm sorry.  Can you read that
20  answer back, please.
21    (Record Read.)
22  BY MR. RATINOFF:
23    Q.  What do you mean by the start of it?
24    A.  I mean that that's -- that that was like the
25  state of the code as of 3.5.0-RC1 was the last time that

164

SER_2735

1    Neo made any public contribution, so thereafter

2    everything would have been from the open source

3    community.

4        Q.  For those particular enterprise features that

5    you mentioned?

6        A.  Yes.

7        Q.  Give me one second.  You mentioned

8    contributions from the community.  So Graph Foundation

9    relied on open source contributors to fix issues with

10   various versions of ONgDB?

11       A.  Yes.

12       Q.  And were those -- when you say open source

13   community, does that include Neo4j contributors?

14       A.  Yes.

15       Q.  And that would also include Graph Foundation

16   contributors?

17       A.  Yes.

18       Q.  So you would have to go to Neo4j's GitHub

19   repository to find the open source contributions to

20   Neo4j's software?

21       A.  You can see it on our repo too.

22       Q.  You would be able to see Neo4j contributors'

23   open source contribution on Graph Foundation's GitHub?

24       A.  Yeah, because it's a fork.

25       Q.  What do you mean by that?

165

BRAD NUSSBAUM                                    October 16, 2020

1    and the release repository links to the distributions on

2    the CDN.

3         Q.  Does the testing include a function that

4    includes function testing?

5         A.  Yes.

6         Q.  It includes performance testing?

7         A.  Yes.

8         Q.  And what other type of testing is done before

9    it's released, a particular version?

10        A.  Integration testing, stress testing, integrity

11   of the packaging.

12        Q.  That's all done by Graph Foundation?

13        A.  Yes.

14        Q.  And do you have any idea of what type of

15   testing Neo4j uses on its coded versions of Neo4j

16   software?

17        A.  Only the stuff that was public is what we would

18   know about.  We wouldn't know anything about their

19   private testing.

20        Q.  For example, Neo4j 3.5.4, you wouldn't have any

21   idea what testing is done before Neo4j released that

22   software?

23        A.  We know of all the tests that are committed

24   that are open source so there's quite a few.  The

25   open source code base contains tests.

168

BRAD NUSSBAUM                                          October 16, 2020

```
 1        Q.  But you wouldn't have any insight into the
 2   testing that's done on the closed source components of
 3   Neo4j 3.5.4?
 4        A.  Correct.  If it's closed source, we don't
 5   know -- we don't have the code and we don't know their
 6   methods.
 7             MR. RATINOFF:  Okay.  Let me see.  I want to
 8   put this exhibit up.  Hopefully I will guess the right
 9   number.
10             (WHEREUPON, Exhibit 22 was marked for
11        identification.)
12   BY MR. RATINOFF:
13        Q.  So we'll mark Tab 21 as Exhibit 22.  This is --
14   first page bearing Bates number N4J_018667, and this is
15   a printout from Graph Foundation's Twitter account dated
16   7/19/2020.
17             Do you have this document in front of you?  Do
18   you recognize this document?
19        A.  Yep.
20        Q.  What is it?
21        A.  It's a tweet from our account.
22        Q.  "Our" being Graph Foundation?
23        A.  Yeah, Graph Foundation account.
24        Q.  It says:
25             "Please report all #Neo4j
```

169

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 186 of 192

1              Enterprise 3.5 issues to the ONgDB
2              GitHub."
3              Do you see that?
4       A.   Yep.
5       Q.   And continues after the web address:
6              "...so we can more effectively
7              track bugs related to open source
8              enterprise code versus open core
9              community."
10      A.   Right.
11      Q.   Why did Graph Foundation tweet this?
12      A.   Yeah, so a lot of -- a lot of users tend
13   to -- you know, in the past have reported issues to
14   Neo4j's repo that affected enterprise and community code
15   because it was open source, they were both open source,
16   but as soon as Neo4j took enterprise away, there's no
17   longer an open source project there so they kind of left
18   a hole and users didn't really know where to be
19   redirected to to report enterprise issues on
20   open source.  So this was to try to redirect them, to
21   inform them where open source development was being
22   maintained and where they can track bugs.
23      Q.   So you're asking Neo4j users to go to ONgDB's
24   GitHub repository to report bugs?
25      A.   That are related to enterprise, yeah.

                                                        170

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

BRAD NUSSBAUM                                    October 16, 2020

1      Q.  Neo4j Enterprise, correct?

2      A.  The -- yeah, as we understand it, the

3   enterprise -- open source enterprise, yeah.

4      Q.  You don't think that's confusing the customers

5   out there to redirect Neo4j bugs to -- I'm sorry -- to

6   Graph Foundation's GitHub repository?

7          MR. PERNICK:  Objection; vague.  Can you

8   restate that.

9          MR. RATINOFF:  Sure.

10  BY MR. RATINOFF:

11     Q.  So did you think that your tweet would confuse

12  anyone as to where to report bugs to Neo4j software?

13         MR. PERNICK:  Objection; vague; calls for

14  speculation.

15         THE WITNESS:  Yeah, I can't speak to other

16  people's -- how they would interpret this.  I can see

17  what my intent with it was which is what I think I said.

18  BY MR. RATINOFF:

19     Q.  I'm asking you I guess what -- I appreciate

20  your prior testimony, but what I'm asking you is did it

21  occur to you when tweeting this that it may confuse

22  Neo4j users to report their bugs to Graph Foundation's

23  GitHub repository rather than Neo4j's repository?

24         MR. PERNICK:  Objection; vague.

25         THE WITNESS:  I felt that it was fairly clear

                                                        171

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2740

BRAD NUSSBAUM                                           October 16, 2020

1    that enterprise no longer existed, open source, and that

2    was the sole reason that anybody would report an

3    enterprise issue on Neo4j's GitHub.  If enterprise is no

4    longer open source, there's no reason to report anything

5    on their GitHub, so I feel like it's very clear to

6    redirect open source enterprise users to the right

7    place.

8    BY MR. RATINOFF:

9        Q.  The right place being Graph Foundation's

10   GitHub?

11       A.  Yeah, where open source enterprise was being

12   worked on.

13       Q.  Okay.  So you're basically soliciting users of

14   Neo4j Enterprise, which is closed, to report their

15   issues to Graph Foundation's GitHub repository, correct?

16           MR. PERNICK:  Objection; vague.

17   BY MR. RATINOFF:

18       Q.  Strike that question.  Let me ask another

19   question.

20           I noticed you use Neo4j hashtag there.  Do you

21   see that?

22       A.  Yeah.

23       Q.  Why would you use a Neo4j hashtag there?

24       A.  It's a topic relevant to Neo4j users.

25       Q.  Okay.  So you use the hashtag to raise the

                                                          172

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 189 of 1192
BRAD NUSSBAUM                                                  October 16, 2020

1       A.  Did you want me to restate what we're doing?

2       Q.  Sure, if it answers the question.

3       A.  Maybe you have to re-ask your question, then.

4           MR. RATINOFF:  Can you please read my question

5  back.

6           (Record Read.)

7           MR. PERNICK:  Objection; vague.

8           THE WITNESS:  Can you just ask that as a

9  question.

10 BY MR. RATINOFF:

11      Q.  I'll strike the question.  I didn't quite hear

12 all of it, but it didn't sound like -- there was some

13 extra word in there.

14          So let me ask you this:  Do you understand what

15 hashtags are?

16      A.  I understand that a hashtag is used to make or

17 create a topic so that people that want to go read about

18 a topic or, you know, look at things that are related to

19 a certain topic, yeah, it's a way to tag things.

20      Q.  So by tagging Neo4j, if someone's searching

21 Twitter for #Neo4j, it would be more likely this tweet

22 would come up, correct?

23      A.  Yes, if they're interested in -- if they're a

24 Neo4j user or if they're looking at, you know, things

25 relating to Neo4j that are happening, this would be

174

BRAD NUSSBAUM                                        October 16, 2020

```
1   something that's happening around Neo4j.
2       Q.  And I notice there's no hashtag next to ONgDB.
3   Why is that?
4       A.  I'm not sure.
5       Q.  So you use the #Neo4j to make it more likely
6   for a person interested in Neo4j Enterprise to have seen
7   this tweet, correct?
8           MR. PERNICK:  Objection; vague.
9           THE WITNESS:  I think like what I said, we use
10  the hashtag so that Neo4j users can be informed.
11  BY MR. RATINOFF:
12      Q.  So my question is it's more likely that a Neo4j
13  user will find this tweet because he used the hashtag
14  Neo4j, correct?
15          MR. PERNICK:  Same objection; vague.
16          THE WITNESS:  I mean, that assumes -- yeah,
17  that assumes that Neo4j users are looking at that
18  hashtag, but anybody that is looking at the Neo4j
19  hashtag can become informed and that includes Neo4j
20  users.
21  BY MR. RATINOFF:
22      Q.  So it's more likely that a Neo4j user would
23  find this tweet by using the Neo4j hashtag versus using
24  just the word Neo4j, correct?
25          MR. PERNICK:  Objection; vague; calls for
```

175

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2743

BRAD NUSSBAUM                                          October 16, 2020

1    speculation.

2           THE WITNESS:  I mean, we can't -- I mean, we

3    can't really speculate about how people find us.  I

4    mean, what we can do is try to give information to as

5    many places as possible.

6    BY MR. RATINOFF:

7       Q.  I understand that, but what I'm saying is is

8    you've already explained your understanding of what a

9    hashtag is.  What I'm asking you is by using a hashtag

10   with Neo4j, it's raising the prominence of this tweet to

11   people looking for Neo4j versus had you simply

12   referenced Neo4j without the hashtag, correct?

13      A.  It places that tweet in a topic so it is

14   possible that more people would see it as a result.

15      Q.  So you used the hashtag Neo4j to make it more

16   likely that this tweet would be seen by Neo4j users,

17   correct?

18      A.  Yes because our objective is to inform.  We

19   want Neo4j users to be informed about their options.

20      Q.  But you're not giving an option here.  You're

21   just asking to report bugs in Neo4j Enterprise to Graph

22   Foundation, correct?

23          MR. PERNICK:  Objection; vague.  The document

24   speaks for itself.

25          THE WITNESS:  So the option that they knew of

176

SER_2744

today was one.  Prior to this, they only had one option

which was the Neo4j repo, so in our mind we were giving

them a second option which is to inform them that

there's another place that they can report open source

enterprise issues, and I think that's exactly what we

said, effectively track bugs related to open source

enterprise, and that would no longer apply to Neo4j's

code base because it was no longer open source

enterprise.  So I think that's clear.

            MR. RATINOFF:  Let me put up Tab 23.  And this

was attached as Exhibit K to the first set of RFAs,

John, so I just wanted to let you know.  So I'm only

going to ask a couple questions about this since it's

already been subject to RFAs and been authenticated.

            (WHEREUPON, Exhibit 23 was marked for

identification.)

BY MR. RATINOFF:

    Q.  So this starts with the Bates number

N4J-GFI_000078, and this is a printout from the Graph

Foundation website dated September 24, 2019.

            Do you recognize this document?

    A.  Yes.

    Q.  Okay.  What is it?

    A.  It's a blog post.

    Q.  Did you author this blog post?

177

Case 5:19-cv-06182-EJD   Document 98-1   Filed 12/11/20   Page 193 of 199

BRAD NUSSBAUM                                                    October 16, 2020

1      A.   Yes.

2      Q.   Why did you put this post up on Graph

3   Foundation's website?

4      A.   Because it's relevant to Graph Foundation.

5      Q.   Other than being relevant, was there a specific

6   reason why you drafted this post?

7      A.   Well, I mean, I think the post speaks for

8   itself.  It's informative, I think it's an informative

9   post so to inform people.

10      Q.   Okay.  I'm asking the reason why you did it,

11   not what it does to people.  So I'll ask it a different

12   way.

13           Why did you author this post and put it up on

14   Graph Foundation's website at this time, which is

15   January 31, 2019?

16      A.   To inform people of the changes that happened

17   and to let them know what was happening in the community

18   in response to it.

19      Q.   And when you came up with the name ONgDB, it

20   stood for not just Open Native Graph Database, but in

21   your mind did it also stand for open Neo4j graph

22   database?

23      A.   It stood for Open Native Graph DB, and then I

24   think there was an early version of this blog that

25   included some developer humor as a throwback to GNU and

178

SER_2746

BRAD NUSSBAUM

1  the Free Software Foundation and its recursive name that

2  I think was cited as part of the original claim that I

3  guess was offensive to Neo, and so we decided, like,

4  that joke might have been in bad taste so we removed it.

5      Q.  Okay.  So in other words, it was just a joke

6  that you -- and you can look at the specific page.  It's

7  4 out of 8 and it's in the second paragraph at the end.

8      A.  Yeah.

9      Q.  It says:

10              "As a throwback to those early

11          days and our beginnings on GNU

12          (remember GNU's not Unix), we decided

13          on the name ONgDB."

14          That's -- do you see where I'm at?

15      A.  Yes, I see where you're at.

16      Q.  The last part of that says "but also ONgDB's

17  Neo4j Graph DB"?

18      A.  Correct.

19      Q.  So that was just a joke?

20      A.  Yes.  We apparently should have resisted the

21  double meaning because it was a bad joke in bad taste.

22          The thing that we cared about was -- it stands

23  for Open Native Graph DB.  That's what we always cared

24  about.  We felt like it needed to be open and it needed

25  to be native and it was a graph.

179

SER_2747

BRAD NUSSBAUM                                                October 16, 2020

1        Q.  Did Graph Foundation change the way it was

2   referring to Neo4j based on those guidelines?

3             MR. PERNICK:  Objection; asked and answered.

4             THE WITNESS:  I don't think the guidelines

5   actually give us a way to talk about the open source

6   Neo4j graph database, do they?  I think it just says you

7   can't do that.  I don't think it -- I don't know.  Do

8   they actually give you a way to do that?

9             MR. RATINOFF:  You reviewed them so you can

10  tell me.  I can bring the exhibit back up.  We'll move

11  on.  If I have time I'll come back to that.

12            Let's go ahead and put this one up here.  This

13  should be Tab 31.

14            (WHEREUPON, Exhibit 24 was marked for

15            identification.)

16  BY MR. RATINOFF:

17       Q.  Let me know when you've got that.  Do you have

18  Tab 31 in front of you?

19       A.  Yes.

20       Q.  So this was printed out on June 10, 2020, from

21  Graph Foundation's GitHub.  You can see that down at the

22  footer there.  And right next to that is Bates number

23  N4J_018645.  Do you see that?

24       A.  Yes.

25       Q.  Do you have any reason to believe this isn't an

                                                        183

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

BRAD NUSSBAUM                                                    October 16, 2020

1  accurate printout from Graph Foundation's GitHub

2  repository?

3       A.  No reason.  It looks right.

4       Q.  All right.  Let's mark this as Exhibit 24.

5           And then looking at the second text box here,

6  it says "Brad Nussbaum commented February 13th."

7           Is that you?

8       A.  Yes.

9       Q.  So -- and that's your user name on GitHub?

10      A.  Yes.

11      Q.  Okay.  Moving down, it says -- you have an

12  entry here on April 13, 2020.  Do you see that?

13      A.  Yes.

14      Q.  It says:

15              "The Graph Foundation can only

16          change the license of source code

17          where it holds the copyright."

18      A.  Yes.

19      Q.  So you understand that only a licensor can

20  change the source code -- I'm sorry -- change the

21  license for its source code, correct?

22      A.  I understand that the Graph Foundation can only

23  change the license of the source code that it holds the

24  copyright to.

25          MR. RATINOFF:  Okay, I'm just trying to skip a

                                                          184

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

BRAD NUSSBAUM                                          October 16, 2020

```
 1        A.  Yes, I see that.
 2        Q.  So what Graph Foundation means by that is it's
 3   made fixes that it's aware of in the open -- strike
 4   that.
 5            Previously you testified that the fixes would
 6   come from the community.  Is that also true with
 7   Version 3.5.14?
 8        A.  Yes.
 9        Q.  And was ONgDB 3.5.14 a drop-in replacement for
10   Neo4j 3.5.14?
11        A.  I don't know -- I don't know.  It might -- it
12   might still be.  I'd have to go back and look at the
13   list.  Some of these we stopped noting -- if it was, we
14   noted it as such or the language on the site was as
15   such.
16        Q.  But there's no -- there's no way to know
17   whether the important improvements and fixes in 3.5.14
18   were made in Neo4j's 3.5.14, assuming there is a 3.5.14?
19        A.  Sorry.  No way to know what?
20            MR. PERNICK:  Can you restate that, Jeff.
21            MR. RATINOFF:  Thank you.  That was my --
22   strike that.
23   BY MR. RATINOFF:
24        Q.  What's the -- what's the last version of ONgDB
25   that Graph Foundation believes is a drop-in replacement
```

186

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 198 of 199   October 16, 2020

1   for a closed version of Neo4j?

2       A.  I mean, I think we changed it pretty early on

3   in the 3.5 cycle because after some period of time it

4   gets harder and harder to verify that just because the

5   source code can drift more and more.  So I have to go

6   back and look at what exact date we took that language

7   off of the site, but it's no longer on our current site

8   to describe ONgDB that way.  We changed it to be an

9   open source alternative, so yeah.

10      Q.  You can't pinpoint which version that occurred?

11      A.  I mean, it must have been some time

12  between -- I don't know.  I don't know when it was, when

13  that changed.  I could try to find out, but I don't

14  know.  I'm sure it was between 3.5.4 and 3.5.11.  I

15  think that those are -- yeah, 3.5.4 might have been the

16  last time that we referred to it that way.

17      Q.  But you're not sure?

18      A.  Actually, it's probably pretty close because

19  3.5.4 was October 2019.  Yeah, I don't think we were

20  referring to it all the way then, so by 3.5.11 we

21  weren't.  I think 3.5.4 was the last release I see on

22  here that probably had it.

23      Q.  So looking at the bottom of Tab 39, you see

24  there's a list of different versions of ONgDB.

25      A.  Yes.

187

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2751

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 199 of 1198

BRAD NUSSBAUM                                          October 16, 2020

1        Q.  So as of versions listed here starting

2   after -- I'm sorry, which version was it where you

3   believe -- 3.5.11?

4        A.  It would have been after 3.5.4, I think.

5        Q.  3.5.4.  So after 3.5.4, all these subsequent

6   versions that Graph Foundation no longer referred to

7   ONgDB as a drop-in replacement for the equivalent

8   version of Neo4j?

9        A.  So the statement about it being drop-in

10  replacement was on the main page describing it and we

11  would have taken that language down at a point in time,

12  and that point in time is probably when we felt like

13  it -- we no longer could, you know, maybe reliably

14  guarantee that it was a drop-in replacement.  So the

15  language did get dropped, and I think it's somewhere

16  around the time where we either felt it could no longer

17  be reliably described that way, yeah.

18       Q.  And that was sometime between 3.5.4 and 3.5.11?

19       A.  Well, yeah, yeah.

20       Q.  Yes, it was sometime between --

21       A.  Yeah.  Yes, sometime between that period, I

22  believe.

23       Q.  Why couldn't Graph Foundation continue to refer

24  to ONgDB as a drop-in replacement for Neo4j?

25       A.  I think for the same reasons we said that it

188

SER_2752

BRAD NUSSBAUM                                          October 16, 2020

1  could be and that, you know, we think it can be a

2  drop-in replacement as long as the compatibility is

3  there and other systems can integrate with it on its

4  interfaces effectively.  I think at some point we become

5  less and less sure as time moves on and we don't see the

6  source code from Neo and there's possible drift, so

7  we -- early on we were able to do, you know, some degree

8  of testing, although we dropped it into existing 3.5.4

9  releases.

10          I don't think we -- we had a desire to do that

11  testing for every single release, and so I think for us,

12  later on, it just -- it felt like a harder thing to try

13  to guarantee, and what we wanted to focus on was telling

14  folks that this is going to be divergent and it's going

15  to be forking and not always have to guarantee that it's

16  going to be a drop-in replacement.

17          I mean, just to fast forward, like 4.0, we've

18  seen -- you know, there's so many changes that have

19  happened to core in 4.0 that the odds of ONgDB's 4.0

20  being a drop-in are just very small.  So I think early

21  on, in the early days, we used it because we could

22  demonstrate it and it was true, and as things move on we

23  dropped it because it's just too hard to demonstrate.

24      Q.  Well, I don't want you to guess when that was.

25  If you want, on a break, if it's okay with your counsel,

189

BRAD NUSSBAUM                                          October 16, 2020

1    you're welcome to confirm what version that was at.

2         MR. RATINOFF:  But that being said, I'm going

3    to go ahead and drop in this next exhibit.  I believe

4    it's going to be Exhibit 26.  You should see Tab 41.

5         (WHEREUPON, Exhibit 26 was marked for

6         identification.)

7    BY MR. RATINOFF:

8         Q.  Do you see that?  It should have a Bates number

9    at the bottom, N4J_018732.  It's a printout dated

10   6/10/2020 from the Graph Foundation's website.

11        Do you see that?

12        A.  Yes.

13        Q.  And this is the page for ONgDB 3.6.0-RC1,

14   correct?

15        A.  Yeah.  This is the landing page for ONgDB,

16   yeah.

17        Q.  And so there is no Neo4j 3.6, correct?

18        A.  To our knowledge, correct.  Neo4j's never

19   released a 3.6 version.

20        Q.  So at this point, ONgDB 3.6.0, this is in your

21   mind a divergent fork of Neo4j?

22        A.  Most definitely.

23        Q.  And it wouldn't be accurate to describe it as a

24   drop-in replacement at this point?

25        A.  3.6 is definitely not a drop-in replacement.

                                                        190

BRAD NUSSBAUM                                    October 16, 2020

```
 1        Q.  And you wouldn't describe 4.0 as a drop-in
 2   replacement either?
 3        A.  I mean, because Neo4j has released a 4.0, it's
 4   possible that it can be, but it's very unlikely.  I
 5   don't know that we want to take the effort to prove it
 6   so that we can say it is such.
 7        Q.  Okay.  Do you know offhand which entities are
 8   using ONgDB currently?
 9             MR. PERNICK:  I'm going to object; vague.
10             Are you asking him whether he knows every
11   entity or what entities he knows?
12             MR. RATINOFF:  What entity.
13             MR. PERNICK:  So --
14   BY MR. RATINOFF:
15        Q.  Let me ask the question:  Which entities are
16   you aware of that are currently using ONgDB?
17        A.  I think we know that there are -- that the IRS
18   is using it.  I think what we sent in some emails, I
19   think Tufin is using it.  There's handfuls of
20   individuals.  I think, like, our one donor, Liquan I
21   think is his name, I think he's using it.  He donated.
22   I think I had a small conversation with him about it.
23   There's various people in the Slack channel that we have
24   that are using it.
25        Q.  Okay.  Actually, before we -- I'm going to show
```

191

SER_2755

BRAD NUSSBAUM                                              October 16, 2020

1    and accurate printout from AtomRain's website?

2            MR. PERNICK:  So Mr. Nussbaum is not here to

3    testify on behalf of AtomRain.

4            MR. RATINOFF:  I understand.  I'm asking him

5    whether -- he's got his own personal knowledge since he

6    works for AtomRain, so to the extent he knows

7    personally, I think that's fairly imputed on Graph

8    Foundation.  I'm not going to be asking questions from

9    AtomRain's perspective.

10           MR. PERNICK:  Okay.

11           THE WITNESS:  Yes, this appears to be a

12   printout of AtomRain's site.

13   BY MR. RATINOFF:

14       Q.  And AtomRain, is that a company that utilizes

15   ONgDB?

16       A.  To the best of my knowledge, does work --

17   consulting work that involves Neo4j and ONgDB.

18       Q.  So I'm just going to run through these various

19   entities here.  I'll start with Sony pictures.  Do you

20   know if Sony pictures is using ONgDB?

21       A.  No.  And I doubt any of these -- most of these

22   companies are probably not.  A few of them might be.

23       Q.  Okay.  So which ones do you understand are

24   using ONgDB?

25       A.  I think Tufin and the IRS, yeah.

                                                          194

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

1    Q.  The Department of Defense?

2    A.  I don't think so, no.

3    Q.  No entities fall within the Department of

4    Defense?

5    A.  I'm sorry.  No what?

6    Q.  No entities or agencies fall within the

7    Department of Defense?

8    A.  No.

9    Q.  US Air Force using ONgDB to your knowledge?

10   A.  Not that I know of.

11   Q.  UBS, are they using ONgDB?

12   A.  No.

13   Q.  WiserCare, are they using ONgDB?

14   A.  Again, none of these except for Tufin and IRS

15   are the ones that I know are.  Oh, yeah, and Cyber GRX

16   is on this list.

17   Q.  Cyber GRX?

18   A.  Yeah.

19   Q.  Where is that?  Okay, I see.  They've got the

20   little logo in the middle there.

21        I think you had mentioned some other entities

22   that aren't on here.  Do you know who Next Century is?

23   A.  Next Century?

24   Q.  Yeah.

25   A.  Like, do I personally know who they are as a

195

Case 5:19-cv-07123-EJD    Document 98-1    Filed 12/11/20    Page 205 of 1192    October 16, 2020

```
1   company, or are you asking if I know that they're using

2   ONgDB?

3       Q.  Do you know -- well, I guess one follows the

4   other.  Do you know who at Next Century is, as a

5   company?

6       A.  The name sounds familiar.  I think there was an

7   email or something from them.  Are they a gov company or

8   something?

9       Q.  I don't know.  I'm just asking if you know who

10  they are.

11          Do you know if they're a user of ONgDB?

12      A.  I don't, no.

13      Q.  AdForm, do you know who AdForm is?

14      A.  I think I had one email with them, yes.  I

15  mean, I know they are a company.

16      Q.  Are they using ONgDB?

17      A.  I don't know.

18      Q.  How about Soft Strategy, do you know who

19  Soft Strategy is?

20      A.  Soft Strategy, the name sounds familiar.  I

21  don't know them deeply or anything.

22      Q.  Okay.  I've lost my chat apparently so I'm just

23  going to throw this up again.  And this was previously

24  marked as Exhibit -- unfortunately, I don't have the

25  exhibit number.  Tab 10 was previously marked as
```



196

1     Exhibit 9.  I just re-dropped it here for your

2     convenience.  And I'll direct your attention to page 17

3     out of 180.  Are you there?

4          A.  Yes.

5          Q.  It states toward the bottom of the page:

6               "GFI has identified the

7               following entities or individuals

8               that may have downloaded ONgDB."

9          Do you see that?

10         A.  Yes.

11         Q.  So there's -- Next Century is listed there,

12    Soft Strategy, AdForm.  Do you see those three names?

13         A.  Yes.

14         Q.  Does that refresh your recollection as to

15    whether they're using ONgDB?

16         A.  So these are individuals that we -- that we've

17    shared emails with, so I mean, I think our assumption is

18    that they're using ONgDB still, but GFI doesn't track

19    that usage.  So at some point in time they've contacted

20    us or made it seem like they would use it.

21         Q.  Then you already mentioned Tufin, I believe you

22    testified, is using ONgDB and so is the US Department of

23    Treasury, correct?

24         A.  Yeah.  Yes.

25         Q.  Is there any other government agencies that

                                                          197

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

BRAD NUSSBAUM                                    October 16, 2020

```
 1   you're aware of that are using ONgDB?
 2        A.  No.
 3            MR. RATINOFF:  Okay.  Let me go ahead and jump
 4   ahead here.  I'm going to go ahead and drop in another
 5   exhibit.
 6            (WHEREUPON, Exhibit 28 was marked for
 7        identification.)
 8   BY MR. RATINOFF:
 9        Q.  Do you see this email?
10        A.  Yes.
11        Q.  It looks like it's an email to you.
12        A.  Yes.
13        Q.  It says "Hello Brad."  I'm going to skip to the
14   second sentence.  It says:
15                "I am currently leading the
16            Graph Database team responsible for
17            deploying an ONgDB-based solution
18            into production."
19            Do you see that?
20        A.  Yes.
21        Q.  Does that refresh your recollection as to
22   whether Next Century is using ONgDB?
23        A.  I mean, I guess that's what he said so I assume
24   that's correct.  I assume they are.
25        Q.  Have you had any further correspondence with
```

                                                      198

SER_2760

BRAD HUSSERMAN                                    October 16, 2020

1      Q.  So you never had, like, a video conference or

2   telephone call after COVID hit?

3      A.  No.

4          MR. PERNICK:  Can you restate -- were you

5   asking just with respect to him or with anyone ever?

6          MR. RATINOFF:  Well, with AdForm.  I'll ask the

7   question to be clearer.

8   BY MR. RATINOFF:

9      Q.  After this email, you never had any telephone

10   calls or Zoom conferences with AdForm?

11      A.  No.  I don't remember -- this one I just

12   remember kind of dying somewhere around that time, but

13   there might have been, like, one or two more exchanges,

14   but I think it just kind of died at some point.

15          MR. RATINOFF:  Okay, I'm just going to drop

16   this next one in.  It's Tab 103.  Mark this as

17   Exhibit 30.

18          (WHEREUPON, Exhibit 30 was marked for

19      identification.)

20   BY MR. RATINOFF:

21      Q.  Do you recognize this as Exhibit 30?  Sir?  Are

22   you still reading the document?  Sorry.

23      A.  Yes.  Yep, I've got it.

24      Q.  Actually, if you hover your cursor over your

25   name at the top there, it should be a hyperlink.  If you

                                                        200

Case 5:19-cv-07210-EJD   Document 98-1   Filed 12/11/20   Page 209 of 1109    October 16, 2020

1    hover over there, it should say -- I'll just do a screen

2    share so we'll be on the literal same page.

3        A.   Yeah.

4        Q.   So you should be seeing the same email now.

5        A.   Yes.

6        Q.   And if I hover over your name there, it says

7    mailto:brad@graphgrid.com.

8        A.   Yes.

9        Q.   Do you see that?

10       A.   Yes.

11       Q.   Below your email address is

12   brad@graphfoundation.org.  Do you see that?

13       A.   Yes.

14       Q.   Do you use your GraphGrid email sometimes to

15   communicate about Graph Foundation business?

16       A.   No.

17       Q.   So why is there a graphfoundation.org address

18   on that prior email and you've got your response from

19   brad@graphgrid?

20       A.   Because I think we answered all the questions

21   they had that were about open source and they wanted

22   help with a five-day boot camp, I think.  They wanted

23   some kind of services and the foundation doesn't offer

24   any services.

25       Q.   So that would be GraphGrid that offers that

                                                          201

BRAD NUSSBAUM                                          October 16, 2020

1    services?

2        A.  Yeah, GraphGrid does offer services like that

3    so it was a redirect.

4        Q.  You didn't forward this email to your GraphGrid

5    account, though, right?

6        A.  I believe it was, yeah.

7        Q.  Oh, okay.  Does it say forward?

8        A.  It was included or sent in there.  I don't -- I

9    don't know.

10        Q.  Did this training ever happen, this boot camp?

11        A.  No.  No, it didn't.

12        MR. RATINOFF:  Okay.  Let me go ahead and mark

13    the next exhibit.  This is Tab 48 which I'll mark as

14    Exhibit 31.  So my screen share should stop.  You should

15    be able to download this new document.

16        (WHEREUPON, Exhibit 31 was marked for

17        identification.)

18    BY MR. RATINOFF:

19        Q.  Can you see this document?  It should be an

20    email that's from Benjamin Nussbaum to John Mark Suhy

21    and cc'd to Bradley Nussbaum.  Do you see that?

22        A.  Yes.

23        Q.  And again, these are your AtomRain email

24    addresses.  Is there any reason to believe you didn't

25    receive this email in your AtomRain email account?

202

BRAD NUSSBAUM                                                    October 16, 2020

```
 1        Q.  Did AtomRain -- did you at AtomRain ever hand
 2   off potential users to Graph Foundation?
 3             MR. PERNICK:  Objection; vague.
 4             THE WITNESS:  What do you mean by hand off
 5   potential users?
 6   BY MR. RATINOFF:
 7        Q.  Well, I'll use the words -- I'm using the words
 8   in the email that was sent to you which you said you
 9   received.
10             So what did you understand "To continue the
11   conversation, do you want to hand off to someone at the
12   foundation," what did you understand that to mean?
13             MR. PERNICK:  Objection; vague; calls for
14   speculation.
15             THE WITNESS:  I think at times we tried to
16   figure out whether or not -- because, obviously, all of
17   us are wearing a lot of hats, so I think if a
18   conversation was better to be handled by somebody from
19   the foundation, I think that's -- that's all that was
20   intended was to say should somebody from the foundation
21   be contacting them about discussing the open source
22   project.
23             MR. RATINOFF:  Okay.  I'm going to drop another
24   document in here.  This is Tab 50, and I'm going to mark
25   this as Exhibit 32.
```

                                                              204

1           (WHEREUPON, Exhibit 32 was marked for

2       identification.)

3    BY MR. RATINOFF:

4       Q.  Do you have this open?  This is an email that

5    was produced by your attorney.  It's dated February 19,

6    2019, and the beginning Bates number GFI000071.

7           Do you recognize this email?

8       A.  Yes.

9       Q.  I'm hovering over your email address.  It looks

10   to be from your Graph Foundation email account; is that

11   correct?

12      A.  Yes.

13      Q.  You can scroll down.  This is a pretty lengthy

14   email chain so kind of takes off from where the other

15   one ended.  So I'm going to have you scroll down to your

16   email that you sent on February 19, 2019, at 9:07.

17          Do you see that?

18      A.  Okay.

19      Q.  It says:

20              "Our intent is to move ONgDB

21          forward in a fully open source

22          manner governed by The Graph

23          Foundation (nonprofit)."

24          Do you see that?

25      A.  Yes.

205

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

SER_2765

BRAD NUSSBAUM                                      October 16, 2020

1     Q.  Has Graph Foundation applied for a copyright
2  for any source code that's in ONgDB?
3     A.  Have we applied for a copyright?  What do you
4  mean by that?
5     Q.  Literally filing a copyright application for
6  source code for ONgDB.
7     A.  Oh, no, we have not filed a copyright
8  application.  I'm not sure if we would need to file
9  that.
10     Q.  Moving up to the next email -- this would be
11  from Shahak Nagiel -- I hope I said his name
12  correctly -- February 19, 2019, at 10:46.
13        Do you see that?
14     A.  Yes.
15     Q.  He says:
16           "Nice to meet you as well.
17        Could you please elaborate on this
18        sentence:  'And when Neo4j realized
19        that the additional Commons Clause
20        didn't prevent usage of enterprise
21        features, it made the ultimate
22        decision to remove all enterprise
23        modules.'"
24        Do you see that?
25     A.  Yes.

                                                        207

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 214 of 1192

BRAD NUSSBAUM                                          October 16, 2020

1      Q.  And what did you understand that to mean?

2      A.  I think that's a quote that's taken from my

3  blog post, but I'm not sure.  I'm not sure where that's

4  from, actually, but -- actually, I'm not sure where that

5  came from.

6          I think -- I think it means that at some point

7  I believe that Neo4j realized that a developer had just

8  put in the Commons Clause and didn't really understand

9  licensing and they were still hoping to appear

10 open source and deceive the community, because I think

11 open source has gained them a lot, but then at some

12 point they kind of realized that, you know, they

13 couldn't pretend to be under AGPL any more and still

14 secretively, like, try to tack on the Commons and

15 somehow be closed.  So this is just a simplified way of

16 saying that they realized it didn't work and so they

17 close-sourced it.

18     Q.  You're just speculating why Neo4j went close

19 core, correct?

20     A.  Not why they went close core, but I would say

21 speculating -- yeah, yeah, I would say speculating.

22 That was our belief that they realized it must not have

23 worked.

24     Q.  So you have no personal knowledge as to why

25 Neo4j added the Commons Clause?

                                                        208

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2767

1     A.  No.

2     Q.  You have no personal knowledge as to why Neo4j

3 went open core with its community and closed on

4 enterprise?

5     A.  No, not more than what they said publicly.

6 Yeah, we speculated that it was because of that.

7     Q.  So then the last would be the top, the last

8 email in the string says:

9       "The Free Software Foundation,

10     which owns the rights to AGPLv3

11     license and its use, reviewed the

12     Commons Clause that had been added

13     and determined that it was not valid.

14     AGPLv3 has clauses preventing

15     additional clauses from being added

16     and still licensing under the AGPLv3

17     license."

18     Do you see that?

19     A.  Yes.

20     Q.  The Free Software Foundation didn't actually

21 determine that the Commons Clause was improperly added,

22 correct?

23     A.  No, I think they determined that.

24     Q.  They didn't give a legal opinion.  That was

25 your prior testimony.

209

1     A.  Correct.  I don't think I told him that they

2  gave a legal opinion, did I?

3     Q.  You're just extrapolating?

4     A.  Yeah, correct.  I think I'm surmising the

5  response that was given to us.

6     Q.  They never expressly stated that the

7  Commons Clause not to be valid, correct?

8     A.  They never expressed a legal opinion.

9     Q.  Is there an email anywhere where the Free

10 Software Foundation made a determination that the

11 Commons Clause added to the Neo4j AGPL was invalid?

12        MR. PERNICK:  Objection; asked and answered.

13        THE WITNESS:  Yeah, I think I answered.  I

14 think what they responded stands on its own.

15        MR. RATINOFF:  Can you please read back the

16 question.  I'm entitled to an answer.  It's actually a

17 different question because he's using the word valid.

18 I'm just using the language.

19        (Record Read.)

20        MR. PERNICK:  Objection; asked and answered and

21 vague.

22        THE WITNESS:  Yeah, I mean, this is obviously a

23 way of giving a summary that's maybe more plain

24 language.  So the Free Software Foundation did not use

25 those exact words, but the answer they did give us

                                                    210

1   might have something in another one that he forwarded,

2   I'm not sure.  It may have been something that I just

3   heard over the phone too.  I heard of a discussion that

4   happened.

5          So of my present knowledge, I'm aware of a

6   discussion that happened within the IRS and that they

7   went through a process and they ultimately determined

8   that they could use ONgDB.

9      Q.  How did you learn that?

10     A.  I think, like I said, it was either through a

11  series of calls and/or there may have been an email

12  forwarded to some account.  I personally learned about

13  it in some way.

14     Q.  How did you personally learn it?  Was it from

15  John Mark?

16     A.  I believe he was one of the individuals that

17  was involved in the discussions.  I don't know if it was

18  him that actually forwarded things out or I was talking

19  with on calls.  I'm not sure.  Maybe I learned of it

20  secondhand through Ben, but I became aware of it.

21         MR. RATINOFF:  So then I'm going to go ahead

22  and drop down Tab 53, and this will be Exhibit 34.

23         (WHEREUPON, Exhibit 34 was marked for

24     identification.)

25  BY MR. RATINOFF:



218

1    Q. I'll just represent this was produced by your
2  counsel. And it's cut off the rest of the trailing
3  email here, but if you look at the -- if you look at the
4  date and timestamp in the words there, do you agree it
5  matches up to the prior Exhibit 33? That would be
6  Tab 51 in your chat.
7    A. Yeah, this looks like my response to him. Yes.
8    Q. You have no reason to believe it's not your
9  response to the prior email asking for an additional
10 opinion?
11   A. No.
12   Q. And here you state:
13        "ONgDB is currently in use
14        at US Treasury (IRS). Their legal
15        counsel conducted a thorough
16        evaluation of the licensing
17        situation and arrived at the
18        conclusion that Graph Foundation
19        distributions of ONgDB could be used
20        without needing a Neo4j Inc. license."
21        Do you see that?
22   A. Yes.
23   Q. So you just said at this time you didn't have
24 any personal knowledge of that opinion, correct?
25   A. No. I think I said I did, I heard of it.

                                                    219

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

1    Q.  Right, but you never heard directly from the

2    IRS that -- about their conclusion that Graph Foundation

3    distributions of ONgDB could be used without needing a

4    Neo4j Inc. license, correct?

5    A.  I -- no.  I mean, I heard the general

6    conclusion that I stated right in here.  This is the

7    conclusion that I heard.

8    Q.  But you didn't hear that from the IRS?

9    A.  Sorry.  What are you getting at?  I mean, I

10   heard it through individuals that were in the

11   conversations.

12       So what are you trying to say, that that's not

13   good enough or --

14   Q.  I'm just asking a question.  I don't need to

15   explain what the purpose of my question is.

16   A.  Okay.

17   Q.  Let me ask you the question again.

18   A.  Okay.

19   Q.  Did you directly receive a communication from

20   the IRS expressing that the IRS could use ONgDB without

21   needing a license from Neo4j?

22   A.  I personally do not recall receiving a direct

23   communication from my Graph Foundation email from the

24   IRS.

25   Q.  Okay.  I'm not asking about your Graph

220

1    answer without it being couched in a different way.  I

2    mean my question is being misstated.  I didn't say

3    direct communication, I didn't say email.  I said simply

4    personally communicated with.  That can mean email,

5    telephone or whatever.

6         MR. PERNICK:  We understand the question.  Did

7    he have a communication from an IRS person with this

8    information, whether in an email, a cc of an email,

9    anything.  The answer right now is he doesn't recall.

10        MR. RATINOFF:  Well, I want to hear his answer.

11   I would like to have the question read back and then

12   I'll get his answer, now that you've completely coached

13   him.

14        (Record Read.)

15        THE WITNESS:  Based on what I recall, no, I did

16   not directly communicate with them.  I believe it came

17   through a forward from or a conversation through some

18   other person that was directly there.

19        MR. RATINOFF:  Okay, I'm going to put up the

20   next exhibit.  This is Tab 54 which would be Exhibit 35.

21        (WHEREUPON, Exhibit 35 was marked for

22        identification.)

23   BY MR. RATINOFF:

24        Q.  Do you see this email?  It should end with the

25   email at the top February 19, 2019, 11:57:33 a.m.

226

Case 5:19-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 221 of 1199
BRAD NUSSBAUM                                                   October 16, 2020

```
 1              Do you see that?
 2       A.  It's coming up.  Okay.
 3       Q.  So let's go ahead and go down to the second
 4   email in this chain.  It's on February 19, 2019, at
 5   15:04.  Do you see that?
 6       A.  Okay.
 7       Q.  Is it fair to say that this is the direct
 8   response to the last email we were discussing,
 9   Exhibit 33 -- I'm sorry -- Exhibit 34?  Yes?
10       A.  Yes.
11       Q.  And Shahak says:
12              "Aha, any chance I could get
13          a copy of that?"
14          Do you see that?
15       A.  Yes.
16       Q.  Your response is:
17              "It was an internal review so
18          there isn't a document that can be
19          distributed."
20          Do you see that?
21       A.  Yes.
22       Q.  And then is that statement it was an internal
23   review based on your knowledge gained through someone
24   else other than the IRS?
25       A.  More than likely yes.  As per what we just said
```

<div align="right">227</div>

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2774

1  before, I think yeah.

2      Q.  You said there might be an email, and now that

3  you're saying in this email, Exhibit 35, it was an

4  internal review so there isn't a document that can be

5  distributed.  So you never received an actual written

6  evaluation from the IRS, either directly or indirectly,

7  about whether they could use ONgDB without any Neo4j

8  license, correct?

9      A.  This statement simply means that the decision

10  that the IRS made, they determined -- they did so

11  internally and those conversations are not intended for

12  public distribution or just generally to be re-sent.

13      Q.  And you weren't privy to those conversations

14  with the IRS, correct?

15      A.  What do you mean by I was privy to them?  I

16  think we've established that I did know these

17  conversations were happening and I understood the

18  outcome.

19      Q.  Right.  My question is you didn't participate

20  personally in the internal IRS discussions regarding

21  evaluating whether ONgDB could be used without a Neo4j

22  license, correct?

23      A.  Correct.  I did not participate in the

24  discussions.

25      Q.  Okay.  Thank you.

228

BRAD NUSSBAUM                                                     October 16, 2020

1          MR. RATINOFF:  Let me go ahead and drop the

2    next Tab 44.

3          (WHEREUPON, Exhibit 36 was marked for

4      identification.)

5    BY MR. RATINOFF:

6      Q.  Do you see Tab 44?  We'll mark this as

7    Exhibit 36.

8      A.  Before we move on, just for the record, when

9    you say participate, I want to make sure that it's very

10   clear that you meant, like, actively participating in

11   the discussion, not participating in the extent we were

12   just discussing about receiving information that we

13   still need to confirm.

14     Q.  Okay, I'm going to strike that.  There's no

15   question pending so the record will say what the record

16   says.

17         THE WITNESS:  John, can you make a note that to

18   maybe go back and look at that.

19         MR. PERNICK:  Brad, if we need to clarify a

20   question, I can address it or we can address it in

21   review.

22   BY MR. RATINOFF:

23     Q.  So you should be looking at a printout from

24   community.neo4j.com.  Do you see what's in front of you?

25   The first Bates number page would be N4J-GFI_00008.



                                                          229

1          Do you see that?

2      A.  I'm sorry.  Where are we at?

3      Q.  It should be Tab 44 in the chat.

4      A.  Yes, I have that open.

5      Q.  Do you recognize this document?

6      A.  Not immediately.

7      Q.  Take a second to review it and let me know when

8  you're finished.

9      A.  Okay.  Yeah, all right.

10     Q.  You're done looking at it?

11     A.  Yes.

12     Q.  Do you recognize Exhibit 36?

13     A.  Yes.

14     Q.  What is Exhibit 36?

15     A.  I think this is a conversation that is taken

16  from the Neo4j online community site.

17     Q.  And how did you come to learn of this?

18     A.  I think this was shared in the case at some

19  point.

20          MR. RATINOFF:  And let me go ahead and mark the

21  next exhibit.  It should be Tab 45 coming up on your

22  chat.

23          (WHEREUPON, Exhibit 37 was marked for

24     identification.)

25  BY MR. RATINOFF:

                                                    230

BRAD NUSSBAUM                                          October 16, 2020

```
 1        Q.  And then I'll mark this as Exhibit 37.  This
 2   was produced by iGov, and it's got the Bates number
 3   IGOV0001570054.  And I'll direct you to the top cc line.
 4   It says Brad Nussbaum and it's brad@atomrain.com.
 5            Do you see that email?
 6        A.  Yes.
 7        Q.  Do you have any reason to believe you didn't
 8   receive this email in your AtomRain account?
 9        A.  No.
10        Q.  And if you go ahead and look down at the web
11   address in the bottom email, do you see that?
12        A.  Yes.
13        Q.  And so this -- let's go back to Exhibit -- the
14   prior exhibit here, the Neo4j Desktop versus Neo4j
15   Server.  Do you see that?
16            Would you agree, other than the last portion of
17   the web address in the prior exhibit, it's the same
18   address, web address?
19        A.  It appears to be the same.
20        Q.  If you're not comfortable, feel free to click
21   on it.
22        A.  Yes, it looks the same.
23        Q.  So you said it was produced in the case, but do
24   you believe now that you received this -- reviewed this
25   posting on Neo4j's community site via this email?
```

231

**BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500**

BRAD NUSSBAUM                                           October 16, 2020

```
 1        A.  I received this email.  This would have come
 2   into my account.  I see Ben responded to it.  I'm not
 3   sure if this is one I missed.  I probably saw it.  I
 4   don't know, is this something I responded to?
 5        Q.  Going back to the Neo4j Desktop versus Neo4j
 6   Server, the prior exhibit, do you see where it says "Do
 7   the terms of use for 'Neo4j Desktop' apply to the ONgDB
 8   server which I downloaded under AGPLv3 license"?  Do you
 9   see that?
10        A.  Yes.
11        Q.  What -- what do you understand that to mean?
12        A.  I think they're asking whether they can use the
13   Neo4j desktop tool, which is a tool, as I understand it.
14   I think they're trying to figure out if they can use
15   that with ONgDB.
16        Q.  Is there an ONgDB server?
17        A.  ONgDB is a server application.
18        Q.  So there's not -- I'm sorry.  Go ahead.
19        A.  Just like Neo4j is a server.
20        Q.  It's not a stand-alone ONgDB server that
21   someone or anyone can use, you actually have to create
22   your own using the software?
23        A.  No, there's a stand-alone server.  That's what
24   we distribute.  That's the same as the Neo4j server.
25   They're both server technologies.
```

232

SER_2779

BRAD NUSSBAUM                                          October 16, 2020

1       Q.  As of November 16, 2018, did Graph Foundation

2  have an ONgDB desktop application?

3       A.  No, Graph Foundation does not have a Neo4j -- a

4  desktop application.

5       Q.  Has Graph Foundation ever tested to see whether

6  the Neo4j desktop application would work with ONgDB?

7       A.  I don't think I have ever tested that, no.

8       Q.  When you say I, you mean Graph Foundation?

9       A.  Yeah, Graph Foundation has not tested that.

10  No, that's not something we support currently.

11       MR. RATINOFF:  Okay.  Let me go ahead and put

12  the next exhibit up.  It should be Exhibit 38.  Tab 58

13  is Exhibit 38.

14       (WHEREUPON, Exhibit 38 was marked for

15       identification.)

16  BY MR. RATINOFF:

17       Q.  Let me know when you've had a chance to review

18  Exhibit 38.

19       A.  I've got it.

20       Q.  Do you recognize this printout?

21       A.  Yes.

22       Q.  Is this a tweet that was put out by the Graph

23  Foundation on March 17, 2019?

24       A.  Yes.

25       Q.  Okay.  Looking at the tweet here, there's -- it

                                                              233

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

BRAD NUSSBAUM                                                    October 16, 2020

```
 1    says #ONgDB, then in parens it's #FOSS.  What does FOSS
 2    stand for?
 3        A.  Free open source software.
 4        Q.  Then there's a #Neo4j Enterprise.
 5        A.  Yes.
 6        Q.  So are you using that hashtag to refer to the
 7    Neo4j's Enterprise Edition?
 8            MR. PERNICK:  Objection; vague.
 9            THE WITNESS:  I'm sorry.  What?  I think we're
10    including hashtags again because there's topics ONgDB
11    free open source software and Neo4j in this tweet.
12    BY MR. RATINOFF:
13        Q.  So you're referring to ONgDB Version 3.5.3 in
14    this tweet?
15        A.  ONgDB 3.5.3.  Yeah, it's a support release.
16        Q.  And you're not referring to Neo4j Enterprise
17    3.5.3?
18        A.  Correct.
19        Q.  Why did you use a hashtag in the middle of
20    ONgDB 3.5.3?
21            MR. PERNICK:  I'm sorry.  Can you repeat that.
22            THE WITNESS:  What do you mean in the middle
23    of --
24    BY MR. RATINOFF:
25        Q.  You've got ONgDB -- let me ask the question
```

234

BRAD NUSSBAUM                                    October 16, 2020

1     again.

2            So you see it says ONgDB and there's the parens

3     with Neo4j hashtag and then after the close parens it's

4     3.5.3.  Do you see that?

5        A.  Uh-huh.

6        Q.  Why are you referring to Neo4j Enterprise in

7     the middle of ONgDB 3.5.3?

8        A.  To help give people that don't know what ONgDB

9     is an opportunity to learn about it and learn more, to

10    get a quick idea of what it is.

11       Q.  So you're using the Neo4j hashtag to draw

12    attention to ONgDB 3.5.3?

13           MR. PERNICK:  Objection; vague; misstates

14    testimony.

15           THE WITNESS:  I think what I said is that it's

16    a topic that Neo4j users may be interested in to see

17    that there are -- there are releases coming out

18    consistently of ONgDB.  That's how users know that

19    software is being maintained.

20           MR. RATINOFF:  That wasn't my question.  I'll

21    ask it again.  Actually, why don't you go ahead and read

22    it back, please.

23           (Record Read.)

24           MR. PERNICK:  Objection; misstates testimony.

25           THE WITNESS:  I don't think that's a question.

                                                          235

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

BRAD NUSSBAUM                                              October 16, 2020

1   BY MR. RATINOFF:

2       Q.  Well, actually, it is, and I'll just ask it

3   again.

4           So are you using Neo4j -- the Neo4j hashtag to

5   draw users to ONgDB 3.5.3?

6       A.  I think the answer I've given applies.  We're

7   using the Neo4j hashtag to inform users about ONgDB,

8   Neo4j users that may be interested in understanding that

9   there's a free open-source version that's being

10  maintained and released.  That's something generally

11  that people in the open source community want to know.

12      Q.  Could you have referred to Neo4j Enterprise

13  without the hashtag?

14      A.  Is it possible to write a tweet without a

15  hashtag, yes.

16      Q.  That's not my question.

17          Would it have been sufficient to put this tweet

18  out with using Neo4j Enterprise without the hashtag?

19          MR. PERNICK:  Objection; vague.

20          THE WITNESS:  The Neo4j hashtag is a hashtag

21  that has been used for many years for people in the

22  Neo4j community and around the project to see important

23  things around the project.

24  BY MR. RATINOFF:

25      Q.  You're not directing people to Neo4j, you're

                                                        236

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 231 of 1102   October 16, 2020

1   directing people to ONgDB with the Neo4j hashtag,

2   correct?

3        A.   The Neo4j hashtag is a topic.  Neo4j is a topic

4   in this case, so we're directing people that are

5   interested in that topic to ONgDB and the support

6   release.

7        Q.   I'm sorry.  Go ahead.

8        A.   No, that was it.

9        Q.   You understand Neo4j is a trademark of Neo4j

10  Inc., correct?

11       A.   I think we've established that I understand now

12  that Neo4j is a trademark, yes.

13       Q.   I think we established you knew that before the

14  lawsuit, too, so let me ask that again.

15            You understood at this time of this tweet that

16  Neo4j was a trademark owned by Neo4j Inc., correct?

17       A.   Yes.  Yes, Neo4j is a trademark, yes, of Neo4j

18  Inc.

19       Q.   And you knew that at the time you made this

20  tweet on March 17, 2019, correct?

21       A.   Yes.

22       Q.   And I know you keep changing my question.  What

23  do you mean it's a topic of discussion?  Neo4j hashtag

24  is a topic of discussion, what do you mean by that?

25       A.   Do you see on the left how it says # Explore?

237

BRAD NUSSBAUM                                          October 16, 2020

On Twitter's site, you use hashtags to explore topics of

interest.  You hashtag something when you want to be

able to find topics of interest.  So Neo4j for a long

time has been understood by the community as a topic on

Twitter.  People talk about what they're doing in the

community by hashtagging Neo4j in their tweets.

Q.  In order for someone to search this topic,

would they tag just Neo4j in the search Twitter window

right here?  I'm looking right above where you're

referring to.

A.  There are a lot of ways that people can search

Twitter and find information.  Tagging is one way that

you can help surface information that's relevant to the

right people, as I understand it.

Q.  So would I have to type in #Neo4j to search

Twitter to come up with this tweet?

A.  You could just be looking at all -- a lot of

the tweets that are under that hashtag.  I don't know

all the ways that Twitter surfaces what you do when

you -- you know, you put a hashtag in something, but it

uses it to help direct people to relevant information.

Q.  So if I click on the Neo4j hashtag, is it your

understanding that would just bring up all the tweets

that have Neo4j hashtag in it?

A.  I think that's roughly how that works.  It

238

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2785

Case 5:19-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 233 of 1190

BRAD NUSSBAUM                                             October 16, 2020

1   might be filtered based on preferences and stuff.  I

2   don't think it's the exact, like, time list or anything.

3        Q.  So if you use Neo4j without the hashtag and

4   someone in another tweet clicked on #Neo4j, it wouldn't

5   necessarily pull up this tweet, right?

6        A.  Without doing a hashtag, it would just be a

7   text field.

8        Q.  Is there anything in this tweet that

9   differentiates ONgDB from -- I'm sorry, strike that.

10        Is there anything in this tweet that

11   differentiates ONgDB 3.5.3 from Neo4j Enterprise?

12        MR. PERNICK:  Object.  The document speaks for

13   itself.

14        THE WITNESS:  What we've linked here says it's

15   open source.  I think it's free open source.  I think,

16   you know, it's different and it says ONgDB so it looks

17   to me like it's different.  It's talking about ONgDB

18   3.5.3.

19   BY MR. RATINOFF:

20        Q.  That's in the link, but in the top here there's

21   nothing that suggests Neo4j Enterprise is a separate

22   product from ONgDB 3.5.3, right?

23        MR. PERNICK:  Objection; misstates the

24   document.  The document speaks for itself.

25        MR. RATINOFF:  He can speak to what the

239

SER_2786

BRAD NUSSBAUM                                          October 16, 2020

1    document means to him.

2           THE WITNESS:  To me, I read the document and it

3    says ONgDB 3.5.3, so I think it's talking about ONgDB

4    3.5.3, and then in parentheses saying this is free

5    open source Neo4j Enterprise.  So if you look at other

6    tweets and if you look at the site, you can get an idea

7    more about what's there.  Not every tweet is meant to be

8    self-encompassing in every way.  If you look at the

9    Graph Foundation Twitter feed in context, you'll see

10   other tweets about changes that have been happening, so

11   this naturally rolls out in that story.

12          MR. RATINOFF:  Let me go ahead and mark -- the

13   next exhibit will be Exhibit 39.  It will be Tab 60.

14          (WHEREUPON, Exhibit 39 was marked for

15      identification.)

16   BY MR. RATINOFF:

17      Q.  Do you have that?  Do you have Tab 60 which

18   is -- I'm going to mark as Exhibit 39 in front of you?

19      A.  Okay, I see it.

20      Q.  So this is a printout from Twitter, a tweet

21   from the Graph Foundation dated May 10, 2019.  Do you

22   have any reason to believe this wasn't sent out at that

23   point?

24      A.  No.

25      Q.  And again, this looks like a very similar tweet

                                                        240

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

BRAD NUSSBAUM                                           October 16, 2020

1   to the one we just looked at in Exhibit 38.  It seems to

2   be referencing just a different version of ONgDB.

3           Is that fair?

4       A.  Yes.

5       Q.  And so again, you're using a Neo4j hashtag in

6   between words -- or ONgDB and 3.5.4, correct?

7       A.  Yes.

8       Q.  And why are you using a Neo4j hashtag in this

9   tweet?

10      A.  I think this -- so this is just a template for

11  how we send out our releases.  Again, support releases

12  are something that shows activity on a project, so this

13  is consistently drawing everybody and bringing awareness

14  that the project is being maintained and developed.

15      Q.  Is it fair to say, though, you could have drawn

16  attention to ONgDB without #Neo4j?

17      A.  I think the three things that we decided we

18  wanted to try to raise awareness in was ONgDB as our

19  main tag, free open source software as a tag that people

20  look at when they're just looking for FOSS, because it's

21  a thing, and then to everybody in the Neo4j community,

22  so those three things are things that we felt, you know,

23  for people on Twitter we wanted to try to raise

24  awareness to the maintenance of the project and that it

25  existed and that it was being developed.

241

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2788

BRAD NUSSBAUM                                                    October 16, 2020

1       Q.  So you believe that ONGDB wasn't really readily

2   identifiable at this point as a standalone product?

3       A.  I mean, ONgDB has -- you know, like anything,

4   it was -- it's newly created and so you -- you know, you

5   have to let people know that it exists, just like --

6   just like anything so people that are in the community

7   that -- there's a lot of people in the community that

8   didn't -- that may to this day still don't know that

9   they have options and they have choice.  You know, it's

10  a sad thing that Neo has never told anybody they have a

11  choice, so we do what we can to try to tell people they

12  have choice and freedom.

13      Q.  Although -- strike that.

14          Let me ask this question:  So by using a Neo4j

15  hashtag, you were hoping to draw more attention to the

16  ONgDB; is that correct?

17          MR. PERNICK:  Objection; vague.

18          THE WITNESS:  I think you've asked that before.

19  BY MR. RATINOFF:

20      Q.  Different document.

21      A.  I think the answer is the same.

22      Q.  Okay.  Well, let me ask the question again

23  because this is a new document.

24          So it's Exhibit 39.  You're using the Neo4j

25  hashtag to draw more attention to ONgDB's new release,

                                                              242

1   correct?

2       A.   I think I've given a description of why we use

3   hashtags.  We use hashtags so that people that are

4   looking at that hashtag that are interested in Neo4j can

5   also learn about ONgDB and the support releases that

6   we're making so that they can see an actively maintained

7   project.

8           MR. RATINOFF:  Can you read my question back

9   because I don't think that was an answer.

10          (Record Read.)

11          MR. PERNICK:  I believe he's answered the

12  question, Jeff.

13          MR. RATINOFF:  I'll ask a new question.

14  BY MR. RATINOFF:

15      Q.   So using -- by using the #Neo4j, Graph

16  Foundation's would make it more likely that this tweet

17  would come up under a search for Neo4j, correct?

18      A.   Based on my understanding of Twitter, somebody

19  that is looking for Neo4j directly or has interest in

20  Neo4j through related things would be able to become

21  aware of this tweet by hashtagging it.

22      Q.   Thank you.

23          MR. RATINOFF:  The next is Exhibit 61.  Tab 61.

24  I apologize.  And this will be marked as Exhibit 40.

25  ///

                                                        243

BRAD NUSSBAUM                                    October 16, 2020

```
 1              (WHEREUPON, Exhibit 40 was marked for

 2       identification.)

 3   BY MR. RATINOFF:

 4       Q.  Let me know when you've had a chance to review

 5   it.

 6       A.  Okay, I have it.

 7       Q.  Do you recognize this document?

 8       A.  Yes.

 9       Q.  What is it?

10       A.  It's a tweet from the Graph Foundation.

11       Q.  Do you have any reason to believe this isn't an

12   accurate printout of Graph Foundation tweet from

13   October 9, 2019?

14       A.  No.

15       Q.  So looking at this tweet, is it fair to say

16   it's different than the last two we looked at?

17       A.  Yes.

18       Q.  And is it fair to say in the body of the tweet,

19   this one uses the Neo4j hashtag in a different way?

20       A.  Yes.

21       Q.  And how is it different?

22       A.  I mean, hashtags are often used in sentences,

23   so it's used in a different part of a sentence than the

24   previous one.

25       Q.  You're not using the Neo4j hashtag format in
```

                                                      244

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

SER_2791

1   ONgDB in 3.5.11, correct?

2       A.  Correct, we did not use this exact same format

3   as the previous ones.

4       Q.  And then below you're saying "What is ONgDB?"

5   Do you see that?

6       A.  Yes.

7       Q.  "Open Native Graph DB is an open source fork of

8   Neo4j," right?

9       A.  Yes.

10      Q.  And that's the main difference in the use of

11  the hashtag?

12      A.  Yeah.  It's a completely different tweet.

13          MR. RATINOFF:  Okay.  I'm going to mark the

14  next exhibit.  This is Tab 62.  You should get this in

15  your chat here momentarily.  This will be Exhibit 41.

16          (WHEREUPON, Exhibit 41 was marked for

17          identification.)

18          MR. RATINOFF:  Let me know when you've had a

19  chance to download it.

20          THE WITNESS:  I have it.

21  BY MR. RATINOFF:

22      Q.  This is a printout of a tweet dated

23  November 27, 2019, on the Graph Foundation Twitter

24  account.  Is that a fair description?

25      A.  Yes.

245

1   Q.  Do you have any reason to believe this tweet

2   wasn't sent out by the Graph Foundation on November 27,

3   2019?

4   A.  No.

5   Q.  And is it fair to say this tweet reverted back

6   to the prior format in Exhibits 38 and 39?

7   A.  This appears to be a condensed format that we

8   use.

9   Q.  So again, you're using Neo4j hashtag -- I'm

10  sorry -- #Neo4j in the middle of ONgDB 3.5.12?

11  A.  In this template, yes.

12  Q.  There's no reference to Neo4j -- I'm sorry,

13  strike that.

14      And there's no reference in the top of this

15  tweet stating that ONgDB is a fork in the Neo4j

16  Enterprise, correct?

17      MR. PERNICK:  Objection; misstates the

18  document.  The document speaks for itself.

19      THE WITNESS:  This tweet has what it has.

20  BY MR. RATINOFF:

21  Q.  Okay.  So it's got the Neo4j hashtag next to

22  the word Enterprise and it's right in the middle of

23  #ONgDB 3.5.12, correct?

24  A.  The hashtag is in, yes, in parentheses in

25  between, sure, yes.

246

SER_2793

1    Q.  Again, you're using the hashtag here to allow

2   people to search for Neo4j hashtag to find this tweet,

3   correct?

4    A.  I think it's the same as the other -- it's the

5   same answer as the other ones.  This is essentially the

6   same document.  I don't know what we answered the other

7   ones.  This is no different than the other two.  These

8   are all the same template.

9    Q.  Understood.  So you're using in this particular

10  tweet the #Neo4j to bring people's attention to ONgDB

11  3.5.12?

12   A.  Yes, we are using -- we are using this tweet to

13  bring awareness to the latest release that -- the

14  support release that came out and including the tags

15  that we have in our condensed version on topics that we

16  want people that are interested to be able to see.

17       MR. RATINOFF:  I'm going to mark Exhibit 63

18  [sic].  I'm sorry, it's getting late.  I know it's later

19  there for you so thanks for hanging with us.

20       (WHEREUPON, Exhibit 42 was marked for

21       identification.)

22  BY MR. RATINOFF:

23   Q.  And I'll mark this as Exhibit 42.  This is a

24  printout of a tweet from the Graph Foundation account

25  dated January 18, 2020.



247

SER_2794

BRAD NUSSBAUM                                    October 16, 2020

```
 1          Do you have any reason to believe this isn't a

 2   correct copy of the tweet that was issued by the Graph

 3   Foundation on this date?

 4       A.  No.

 5          MR. RATINOFF:  I'm sorry.  Denise, did you get

 6   that?

 7          THE REPORTER:  I did.

 8   BY MR. RATINOFF:

 9       Q.  And this is again following the same format as

10   the prior Exhibit 41 that we just discussed, correct?

11       A.  Yes.

12       Q.  And again, the #Neo4j has been inserted between

13   ONgDB and 3.5.14?

14       A.  Yes.

15       Q.  And the reason why you're using the hashtag

16   Neo4j is to get those who are interested in Neo4j to

17   find ONgDB?

18       A.  I'm sorry.  Can you repeat this?  What was it?

19          MR. RATINOFF:  Can you read the question back,

20   please.

21          (Record Read.)

22          THE WITNESS:  I don't know if that's exactly

23   how I said it, but I mean, that's -- that's roughly

24   right.  We want to enable -- we want to make aware -- we

25   want to enable Neo4j users to become aware that there is
```

248

BRAD NUSSBAUM                                          October 16, 2020

1    another option that's open source and that is

2    maintained.

3         MR. PERNICK:  Jeff, can we take a quick break.

4         MR. RATINOFF:  Yeah, let me just do one more

5    document and then I think I want to have a quick

6    discussion off the record.  I'm kind of at a stopping

7    point not necessarily for the day, but --

8         MR. PERNICK:  Okay.

9         MR. RATINOFF:  Then this is Exhibit -- I'm

10   sorry -- Tab 64, which you'll get momentarily, which

11   I'll mark as Exhibit 43.  Let me know when you've had a

12   chance to review it.

13        (WHEREUPON, Exhibit 43 was marked for

14        identification.)

15   BY MR. RATINOFF:

16        Q.  And this is a tweet from May 19, 2020, from a

17   Graph Foundation Twitter account.  Do you have any

18   reason to believe this isn't an accurate and correct

19   printout of this tweet?

20        A.  No.

21        Q.  And in this particular tweet I note there's a

22   Neo4j hashtag which is in a different format than the

23   last one, correct?

24        A.  Correct.

25        Q.  And the Neo4j hashtag here is just by itself,

                                                        249

COURT REPORTER'S CERTIFICATE

I, DENISE MYERS BYRD, CA CSR 8340, RPR, the officer before whom the foregoing proceeding was conducted, do hereby certify that the witness whose testimony appears in the foregoing proceeding was duly sworn by me; that the testimony of said witness was taken down by me in stenotype to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to this action, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of said action.  Signed this 9th day of October 2020.

*Denise Myers Byrd*
Denise Myers Byrd
CSR 8340, RPR, CLR 102409-02

253

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


NEO4J, INC., a Delaware
corporation; and NEO4J SWEDEN
AB, a Swedish corporation,

      Plaintiffs,

vs.                                CASE NO.
                                   5:19-cv-06226-EJD

GRAPH FOUNDATION, INC., an
Ohio corporation; GRAPHGRID,
INC., an Ohio corporation;
and ATOMRAIN, INC., a Nevada
corporation,

      Defendants.
_____/

REMOTE VIDEOTAPED DEPOSITION OF
BRAD NUSSBAUM
as representative of GRAPH FOUNDATION, INC.
pursuant to Federal Rule of Civil Procedure 30(b)(6)

VOLUME II


DATE:         November 9, 2020

TIME:         10:03 a.m.

LOCATION:     via videoconference


REPORTED BY:  BENJAMIN GERALD
              California CSR No. 14203
              Washington CSR No. 3468

256

BRAD KUHN   November 9, 2020



1    Q.  Okay.  So similar question:  One of the things

2    that you had said you would check into after your last

3    deposition is whether there were any other

4    communications by you with other customers besides

5    Next Century regarding the Free Software Foundation's

6    alleged determination that the Commons Clause was an

7    improper addition to the AGPL.

8         Do you recall that?

9    A.  I didn't recall anything about looking for

10   other customers, though I don't believe that there -- I

11   mean, I'm not sure what even you mean by "customers,"

12   but I don't -- I don't think from the Foundation's

13   standpoint there were other organizations that we -- we

14   talked to about this.

15        What I recall from our past conversation was

16   looking into what information we received in dialog from

17   the IRS about the AGPL.

18   Q.  Okay.  But you didn't go and look to see

19   whether there was any other communications about the IRS

20   opinion?

21        MR. PERNICK:  You mean the IRS now, or the Free

22   Software Foundation?

23        MR. RATINOFF:  Well, he just mentioned IRS, so

24   I'm --

25        MR. PERNICK:  Okay.  I just wanted to make

266

SER_2799

BRAD NUSSBAUM                                    November 9, 2020

1   sure.

2          THE WITNESS:  Yeah.  From our last

3   conversation, I -- I did discuss with Ben, because he

4   was the one involved, how the conversations occurred

5   within the IRS.

6   BY MR. RATINOFF:

7      Q.  And what did you learn?

8      A.  I learned that there was one call that he was

9   on where the IRS lawyers asked him some questions,

10  mostly a conversation with John Mark, and I think he got

11  asked maybe -- or he answered maybe one question, he had

12  said.  Yeah.

13     Q.  When did that call --

14     A.  It was also not --

15     Q.  Sorry.  Go ahead.

16     A.  It was also not a conversation that was under

17  any capacity as the Foundation at that time.  He had

18  said that the conversation was because we were --

19  because AtomRain was doing consulting work inside of the

20  IRS.

21     Q.  Okay.  Do you know when that conversation

22  occurred?

23     A.  I don't.  It was by phone, and I think Ben said

24  he took it from a tree stand while he was hunting

25  sometime in the fall, so...

                                                        267

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS  408-287-7500

1    Q.  Good way to scare away the deer.

2    A.  I don't know how he does it.  He manages to

3    pull it off somehow.

4    Q.  Good stuff.  Okay.

5        You said IRS counsel; do you recall, or did Ben

6    tell you who from the IRS was on that call?

7    A.  No, he didn't mention any names.

8    Q.  And you said John -- there was a conversation

9    with John Mark; are you referring to the same telephone

10   call with the IRS?

11   A.  Yeah.  John Mark was -- I think he had

12   organized the call because he was leading those

13   discussions there.

14   Q.  Okay.  But -- but Ben was not attending that

15   call on behalf of Graph Foundation, correct?

16   A.  No.  He was attending it because of the work

17   done through AtomRain.

18   Q.  And did Ben tell you when the IRS conveyed on

19   that call?

20   A.  They didn't convey anything.  They asked

21   questions.  There were no conclusions that were stated

22   on that particular call.  It was more of a fact-finding

23   call or just information gathering.  And then they

24   ultimately, you know, made their -- their decisions and

25   their -- their decisions afterwards.

268

SER_2801

BRAD NUSSBAUM                                          November 9, 2020

1    Q.  Okay.  But you weren't privy to -- strike that.

2         Graph Foundation wasn't privy to those

3    decisions made by the IRS, correct?

4    A.  We learned about the decisions, you know,

5    following that call and the eventual use of ONgDB by the

6    IRS.  So the Graph Foundation found out about it because

7    of our relationship with AtomRain.

8    Q.  Okay.  And what did Graph Foundation find out?

9    A.  That the IRS decided to move forward with using

10   ONgDB, and they accepted their use was under AGPL.

11   Q.  Graph Foundation was never privy to the actual

12   internal deliberations of the IRS, correct?

13   A.  What does it mean to be "privy to the internal

14   deliberations"?

15   Q.  Did Graph Foundation have any inside

16   information -- sorry.  Strike that.

17        Graph Foundation didn't have any insight into

18   the IRS' deliberative process on whether they could use

19   ONgDB under the AGPL, correct?

20   A.  Correct.  They -- they conducted whatever

21   internal process that they did with their legal counsel

22   and came to their conclusions.

23   Q.  Okay.  And then going back to the original

24   question on this Exhibit 32, was there any other

25   communications that you were able to locate from Graph

269

1    apparently, it wasn't.  Okay.

2          So this will be Tab 40, and we'll go ahead and

3    mark this as Exhibit 45.

4          (Exhibit 45 was marked for identification.)

5    BY MR. RATINOFF:

6          Q.  Let me know when you have a chance to open this

7    and take a look at it.

8          A.  Yup.  I've got it.

9          Q.  Okay.  So this is a printout, you can see down

10   at the -- the gutter, from Graph Foundation's website on

11   October 13, 2020.

12         Do you see that?

13         A.  Yes.

14         Q.  Okay.  And do you have any reason to believe

15   this printout is -- is not a true and accurate

16   representation of this page on Graph Foundation's

17   website as of that date?

18         A.  No.

19         Q.  Okay.  ONgDB 3.5.19, is that the last 3.5

20   version that Graph Foundation published?

21         A.  I think it might be the latest one on the

22   site --

23         Q.  And --

24         A.  -- as of today.

25         Q.  And was there, to your knowledge, a Neo4j

                                                              276

BRAD NUSSBAUM                                        November 9, 2020

1    Enterprise 3.5.19, as well?

2         A.  Yes.

3         Q.  Okay.  So I am going to go ahead and share this

4    now.  So I want to cover a couple of things on it and

5    make sure this gets captured.  You can keep looking -- I

6    think this is going to pull up on your screen over

7    your -- what you're looking at, so I want you to refer

8    to the screen share.  All right.  You should be able to

9    see -- should -- you should see Exhibit 45 on my screen

10   as I scroll.

11           Do you see that?

12        A.  Uh-huh.

13        Q.  Okay.  So I'm going to go ahead and hover over

14   this docs, HTML link; do you see that?

15        A.  Yes.

16        Q.  And that leads to

17   github.com/graphfoundation/ongdb/wiki/ongdb-3.5-docs.

18           Do you see that?

19        A.  Yes.

20        Q.  I'm going to go ahead and click on that.  It's

21   going to bring up my browser.  I'm going to have to

22   switch over.  Give me one second here to switch over.

23           Okay.  You should now be looking at the target

24   site, which should be

25   github.com/graphfoundation/ongdb/wiki.

                                                        277

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

Case 5:19-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 252 of 1198

BRAD NUSSBAUM                                                   November 9, 2020

1              Do you see that?

2        A.   Yes.

3        Q.   All right.  I've overcome that technological

4   challenge.  Now I'm going to go ahead and click on the

5   number one line here, "ONgDB Docs."  I'm going to go

6   ahead and click on that, and we're going to go to what

7   appears to be a web page with the title "Docs."  The

8   address is github.com/graphfoundation/ongdb/wiki/docs.

9              Do you see that?

10       A.   Yes.

11       Q.   Okay.  And this is -- sorry.  Strike that.

12             What are we looking at now?

13       A.   A wiki page for finding docs for ONgDB.

14       Q.   Is this essentially a document repository on

15   Graph Foundation's GitHub repository?

16       A.   It's a wiki page with a location to find docs

17   for ONgDB.

18       Q.   All right.  So I'm going to go ahead and click

19   on this link under -- it says "LTS release."

20             Do you see that?

21       A.   Yes.

22       Q.   And then underneath it's a hyperlink, which

23   doesn't bring up what it is, but it's ONgDB 3.5.

24       A.   Yes.

25       Q.   I'm going to go ahead and click on that.

                                                          278

BRAD NUSSBAUM                                    November 9, 2020

1      And can you tell me what we just went to after

2  clicking that hyperlink?

3      A.  The site title is called "Neo4j Operations

4  Manual v3.5."

5          MR. RATINOFF:  And that -- for the record,

6  that's -- the web address we just went to is

7  neo4j.com/docs/operations-manual/3.5/, correct?

8          THE WITNESS:  Yes.

9  BY MR. RATINOFF:

10     Q.  So we're not looking at the

11 Graph-Foundation-generated document, correct?

12     A.  Correct.

13     Q.  This -- this wasn't an operations manual that

14 Graph Foundation created, correct?

15     A.  Correct.

16     Q.  And do you recall, at our last deposition, we

17 were talking about the Creative Commons license?

18     A.  Vaguely, yes.

19     Q.  And what's your understanding of the Creative

20 Commons license?

21     A.  I'm not sure I have a very thorough one.

22     Q.  Do you recall we had a discussion about

23 commercial restrictions in the Creative Commons license?

24     A.  I remember -- I remember you mentioned it, yes.

25     Q.  Well, let me just ask you this:  What's your

                                                      279

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

SER_2806

1   that.

2        Let me go ahead and go back to -- we're going

3   to go back to the

4   github.com/graphfoundation/ongdb/wiki/docs.  I'm just

5   going to go ahead and go down to where it says "Older

6   Releases."

7        Do you see that?

8     A.  Yes.

9     Q.  I'm going to go ahead and click on that.  And

10  if you see that link I clicked took us to

11  neo4j.com/docs/operations manual -- I'm sorry.  Let me

12  re-read that.

13        neo4j.com/docs/operations-manual/3.4/.

14        Do you see that?

15    A.  Yes.

16    Q.  And what is at that URL address?

17    A.  What is the URL address?

18    Q.  What -- what did the URL address take us to?

19    A.  The Neo4j operations manual 3.4.

20    Q.  And do you see where it says, "This is the

21  operations manual for Neo4j version 3.4, authored by the

22  Neo4j team"?

23    A.  Yes, I see that.

24    Q.  So this manual was authored by Neo4j, correct?

25    A.  As stated by the site.

284

1    Q.  Sorry.  Graph Foundation didn't author an

2    operations manual for ONgDB version 3.4, correct?

3    A.  Based on how we established authoring last

4    time, yes, that's correct.

5    Q.  And then you'll see there's a link here again

6    to the Creative Commons 4.0.

7    Do you see that?

8    A.  Yes.

9    Q.  And we'll go to that license again.  It takes

10   us back to neo4j.com/docs/license/.

11   Do you see that?

12   A.  Yes.

13   Q.  Okay.  And can we agree this is the same

14   license we were just looking at?

15   A.  Yes.

16   Q.  And then under "non-commercial," it says, "You

17   may not use the material for commercial purposes"?

18   A.  Yes.

19   Q.  Okay.  Just give me one second here.  I'll go

20   ahead and stop sharing.

21   MR. RATINOFF:  I'm just going to go ahead and

22   drop a new exhibit in.  I just wanted to make sure we

23   have an exhibit to mark for the Creative Commons

24   license.  So let me know when you see what should be

25   Tab 91.1.

285

SER_2808

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 256 of 1198

BRAD NUSSBAUM                                    November 9, 2020

```
 1          THE VIDEOGRAPHER:  And this would be
 2   Exhibit 46?
 3          MR. RATINOFF:  Correct.  So I'd like to mark
 4   this as Exhibit 46.
 5          (Exhibit 46 was marked for identification.)
 6   BY MR. RATINOFF:
 7      Q.  Let me know when you have that in front of you.
 8          Mr. Nussbaum?  Are you able to look at --
 9      A.  I have it.
10      Q.  Okay.  Thank you.  All right.
11          Can you go ahead and look at this and look at
12   the bottom in the gutter there?  It's -- this is a web
13   archive capture.  You can see the dates 2019-08-2018.
14          Do you see that?  I'm sorry.  Strike that?
15          It's 2019-08-20; do you see that?
16      A.  Yes.
17      Q.  I'll represent to you this was printed out from
18   the web archive, and this is a capture that was on
19   August 20, 2019, from -- which I believe is the same
20   page we were looking at, neo4j.com/docs/license.
21          Do you see that?
22      A.  Yes.
23          MR. PERNICK:  Objection.
24          Okay.  I didn't understand that question, but
25   Brad, if you did, that's fine.
```

286

BELL & MYERS COURT REPORTERS AND LEGAL VIDEOGRAPHERS   408-287-7500

BRAD NUSSBAUM                                              November 9, 2020

```
1          THE WITNESS:  I think he was just saying it's
2    from the Neo4j site as of that date.
3          MR. PERNICK:  Okay.  Got it.
4          THE WITNESS:  Did I understand it wrong?
5    BY MR. RATINOFF:
6        Q.  No, I think -- I think you got it.
7          MR. PERNICK:  All right.  Thank you.
8    BY MR. RATINOFF:
9        Q.  Can we agree that this is the same license we
10   were just looking at live on Neo4j's website?
11         MR. PERNICK:  I'm going to object to the extent
12   you're asking him to review it word for word, but he can
13   give you his understanding without having a
14   word-for-word comparison.
15         THE WITNESS:  I generally see the same
16   structure and content, the same sections.
17   BY MR. RATINOFF:
18       Q.  So I'm going to try to narrow down -- you
19   mentioned that you had spoken to counsel about this
20   license, and I'm not asking about those communications,
21   but was it prior to August 2019 that you had
22   conversations with counsel regarding the Creative
23   Commons license?
24       A.  Any conversations we had would have gone back
25   to the formation, prior to formation when we reviewed
```

287

SER_2810

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 258 of 1198
BRAD NUSSBAUM                                          November 9, 2020

CERTIFICATE

1
2       I, BENJAMIN GERALD, Certified Shorthand Reporter,

3   Certificate No. 14203, for the State of California do

4   hereby certify:

5       That prior to being examined, the witness named in

6   the foregoing deposition was by me duly sworn to testify

7   to the truth, the whole truth, and nothing but the truth

8   in the within-entitled cause;

9       That said deposition was taken shorthand at the

10  time and place herein named;

11      That the deposition is a true record of the

12  witness's testimony as reported to the best of my

13  ability by me, and was thereafter transcribed to

14  typewriting by computer under my direction;

15      That request [X] was [ ] was not made to read and

16  correct said deposition.

17      I further certify that I am not interested in

18  the outcome of said action, nor am I connected with, nor

19  related to any of the parties in said action, nor to

20  their respective counsel.

21      Witness my hand this 11th day of October, 2020.

22

23

24
                    BENJAMIN GERALD

25                  CSR No. 14203

                                                            308

SER_2811

# EXHIBIT 32

SER_2812

| | |
|---|---|
| **From:** | Donald R Robertson III via RT (licensing@fsf.org) |
| **To:** | jmsuhy@purethink.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license. |
| **Attachments:** | |
| **Sent:** | 05/22/2018 08:38:28 AM -0700 (PST) |

---

On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license. It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file. The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition
> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10. If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."



If the distribution includes code that is copyright to someone else, then you can follow the instructions at for filing a violation
report with the copyright holder. Only the copyright holder has the power to enforce the terms of the license.

IGOV0001570187.001

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56


---

IGOV0001570187.002

SER_2814

# EXHIBIT 33

| | |
|---|---|
| **From:** | Benjamin Nussbaum (ben@atomrain.com) |
| **To:** | John Mark Suhy (jmsuhy@purethink.com) |
| **CC:** | Brad Nussbaum (brad@atomrain.com) |
| **BCC:** | |
| **Subject:** | Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license. |
| **Attachments:** | |
| **Sent:** | 05/22/2018 09:09:53 AM -0700 (PST) |

Good to have that confirmation. We can keep that as our advantage and decide if/when we make it known to Neo4j Inc that we received that answer.

--
**Benjamin Nussbaum**
President and Chief Technology Officer
**Phone:** (310) 433-9305
**Email:** ben@atomrain.com

AtomRain | Innovation for a Connected World

On May 22, 2018, at 11:41 AM, John Mark Suhy <jmsuhy@purethink.com> wrote:

I just got this - I just said this in slack an hour ago too....

---------- Forwarded message ---------
From: John Mark Suhy <jmsuhy@purethink.com>
Date: Tue, May 22, 2018 at 11:40 AM
Subject: Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
To: <licensing@fsf.org>

This helps, thank you for your time.

Respectfully,

John Mark Suhy

On Tue, May 22, 2018 at 11:38 AM Donald R Robertson III via RT <licensing@fsf.org> wrote:
> On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license.  It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file.  The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition



GFI 30(b)(6)
Brad Nussbaum
**Ex 15**
10/16/2020   D Myers

> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at
<https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright
holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56


---

--
John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com
--
John Mark Suhy

IGOV0001570185.002

SER_2817

PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com

IGOV0001570185.003

SER_2818

**EXHIBIT 34**

SER_2819

Witness:
John Mark Suhy
**Exhibit 24**
10/22/2020  B Gerald

| | |
|---|---|
| **From:** | Donald R Robertson III via RT (licensing-comment@fsf.org) |
| **To:** | |
| **CC:** | jmsuhy@purethink.com |
| **BCC:** | |
| **Subject:** | [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license. |
| **Attachments:** | |
| **Sent:** | 08/21/2018 08:50:57 AM -0700 (PST) |

I apologize for the delay in responding here, as a small non-profit we are sometimes overwhelmed with the requests for our services. Also, I want to preface the following by stating that we cannot provide you with legal advice. The information we provide is hopefully useful, but if you need legal advice, you'll have to talk with legal counsel.

On Wed Jun 20 17:51:51 2018, jmsuhy@purethink.com wrote:
> Good evening Donald,
>
[snip]
>
> 1) As the copyright holder, is Neo4j Inc allowed to add the specific
> additional terms mentioned above to the License.txt file (containing
> the
> AGPL license terms) and enforce these new additions?
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/
> neo4j-enterprise/LICENSE.txt

The copyright holder on a work is the one with the power to enforce the terms of the license. So when the copyright holder fails to uphold the terms of the license, there unfortunately isn't anyone to turn to in order to force their hand in a legal sense. But the community can work to persuade them to do the right thing. And if the copyright holder won't do the right thing, then the community should simply avoid their work.

>
> 2) In our fork, are we allowed to remove the additional terms and
> comments
> they have added to the License.txt files that go beyond the standard
> AGPL
> v3 license content?
> Neo4j Inc is telling us that we can not change these License.txt
> files,
> i.e. we must leave these additional restrictions and content in the
> AGPL
> License.txt files of our forked code.
> They then reference them to cause legal uncertainty.
>
>

If a work was previously available under a free license, and later that license is changed, users can always use that earlier version under the terms of the free license. Also, as noted before, the GPL and AGPL also both have this provision:

"All other non-permissive additional terms are considered "further restrictions" within the meaning of section 10. If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term."



GFI 30(b)(6)
Brad Nussbaum
**Ex 16**
10/16/2020  D Myers

Unfortunately, I cannot give you legal advice as to how that would work for your particular situation, but I hope that this information proves useful to you.

IGOV0001570125.001

[snip]

--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager
Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

IGOV0001570125.002

# EXHIBIT 35

SER_2822

Status of Project Post Open Core Licensing Model · Issue #3 · graphfoundation/ongdb · GitHub



graphfoundation / ongdb

Sign up

Code    Issues ●    Pull requests ●    Projects ●    Actions    Wiki    Security    Pulse

## Status of Project Post Open Core Licensing Model #3

New issue

`Closed`    jgupta opened this issue Feb 13, 2019 · 6 comments

 jgupta commented Feb 13, 2019

What is status of this project post Open Core Licensing Model?

I do see releases of v3.5.2 and v3.5.3 in last commit but it would be good to know status of this project and how change in Neo4j liceancing model changes things.

 bradnussbaum commented Feb 13, 2019

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. contributions will continue to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

3

 jgupta commented Feb 13, 2019

We will be using ONgDB

 jgupta closed this Feb 13, 2019

https://github.com/graphfoundation/ongdb/issues/3[6/10/2020 5:33:44 PM]

GFI 30(b)(6)
Brad Nussbaum
**Ex 24**
10/16/2020   D Myers

N4J_018645

**SER_2823**

Status of Project Post Open Core Licensing Model · Issue #3 · graphfoundation/ongdb · GitHub

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 271 of 1198





 bradnussbaum mentioned this issue Mar 13, 2019

Did you remove the enterprise edition code? #12178

Closed

 renannprado commented Apr 13, 2020

@bradnussbaum any news about this?

 bradnussbaum commented Apr 13, 2020

@renannprado You can find the latest releases on the repo all under AGPLv3. The current 3.6 release branch has reached milestone 1, the latest maintenance branch is 3.5.17 and 4.0 development is in progress.

 renannprado commented Apr 13, 2020

@bradnussbaum sorry I believe I was not clear.

I meant news about changing the license to Apache 2.0 like you suggested, any news about it?

 bradnussbaum commented Apr 13, 2020

@renannprado The Graph Foundation can only change the license of source code where it holds the copyright. There will be a substantial amount in 4.0 but for 3.5 and 3.6 there are still many classes that Neo Technology Sweden holds copyright over. The goal of moving to Apache 2 is a very long term goal that will be achieved gradually throughout future releases.

Sign up for free   to join this conversation on GitHub. Already have an account?

https://github.com/graphfoundation/ongdb/issues/3[6/10/2020 5:33:44 PM]

N4J_018646

SER_2824

Case: 24-5538, 02/24/2025, DktEntry: 52.12, Page 156 of 300

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 272 of 1198

Status of Project Post Open Core Licensing Model · Issue #3 · graphfoundation/ongdb · GitHub

Sign in to comment

Assignees

No one assigned

Labels

None yet

Projects

None yet

Milestone

No milestone

Linked pull requests

Successfully merging a pull
request may close this issue.

None yet

3 participants



© 2020 GitHub, Inc.

Terms
Privacy
Security
Status
Help

Contact GitHub
Pricing
API
Training
Blog
About

N4J_018647

SER_2825

# EXHIBIT 36

SER_2826

Why neo4j clustering is not part of open source? · Issue #12237 · neo4j/neo4j · GitHub



neo4j / neo4j

Sign up

Code   Issues    Pull requests ●   Projects ●   Actions   Wiki   Security   Pulse

# Why neo4j clustering is not part of open source? #12237

New issue

**Open**   kant111 opened this issue Jun 27, 2019 · 13 comments

 kant111 commented Jun 27, 2019

> Why neo4j clustering is not part of open source? A lot of databases like Cassandra, Hbase etc..all offer to clustering out of the box.
>
> Without clustering, it is very hard to prove that neo4j would scale for any use case specific workloads.



 kant111 added the `feature` label Jun 27, 2019

 nicorikken commented Jun 27, 2019

> Neo4j as a query engine and GUI is nice, but Neo4j as a database is quite immature compared to other products. And so they probably need an income to improve their database features like clustering. Pretty much a business decision I'd say.

 kant111 commented Jun 27, 2019 • edited

> @nicorikken what are the other graphdb products that are mature and opensource?

 bradnussbaum commented Jun 27, 2019

> @kant111 Neo4j Enterprise was closed source as of 3.5. Open source

N4J_019439

SER_2827

Why neo4j clustering is not part of open source? · Issue #12237 · neo4j/neo4j · GitHub

development continues under The Graph Foundation.

Open source project with clustering here:
https://github.com/graphfoundation/ongdb

Download for distirbutions are here:
https://www.graphfoundation.org/projects/ongdb/

 **kant111** commented Jun 27, 2019

@bradnussbaum When you say open source you mean it's AGPL? is clustering AGPL?

 **bradnussbaum** commented Jun 27, 2019

@kant111 Yes, it has same AGPLv3 license that it's had since 2008.

 **kant111** commented Jun 28, 2019

okies we treat AGPL as closed source and we stay away from it as far as possible. Thanks for your response.

 **bradnussbaum** commented Jun 28, 2019 • edited

@kant111 completely agree that AGPLv3 is not the right license and any contributions by the Graph Foundation will be going in under Apache2. We cannot change the AGPL license on any code where we don't hold a copy-right. As the foundation projects move forward it will get more open from contributors, not less.

 **kant111** commented Jun 28, 2019

"We cannot change the AGPL license on any code where we don't hold a copy-right." I would think it would be better to write from scratch. Also ongdb has lot of references to neo4j including the binary names etc to the point where it confuses me if I am using neo4j or ongdb.

N4J_019440

SER_2828

openCypher is great work! Love the language. not sure if I can say the same with neo4j.



VeryHardWorker commented Jul 1, 2019

@bradnussbaum I don't see graphfoundation named here [https://www.pacermonitor.com/public/case/26298162/Neo4j,_Inc_v_PureT hink,_LLC_et_al] but is graphfoundation affected?



nicorikken commented Jul 3, 2019 • edited

@nicorikken what are the other graphdb products that are mature and opensource?

@kant111 I don't know the whole space of graphdb products. I do know that database like MariaDB and PostgreSQL are much more mature in their operational features. Sure, that has been built up over time, but Neo4j is lacking here. I expect more. That's what I'm referring to. For example AgensGraph and JanusGraph stand on the shoulders of database giants, and I therefore assume they'll do a better job of features like scaling. To be fair, I haven't tried any of them, and Neo4j is still on top of most graphDB lists.
So I hope it's a matter of time until Neo4j will open up more features, but I think that'll take 1 or 2 years at least.



kant111 commented Jul 3, 2019

@nicorikken Thanks for the response! I am new to Neo4j and I like it. Any idea why all of a sudden Neo4j went closed source? and what is the point of going closed source now and opening up in the future? Answers to this will help us(our team) pick the right tech stack so please let me know



nicorikken commented Jul 3, 2019

@kant111 I don't know, but I assume it is a similar situation as other database projects like MongoDB and Redis. AWS started offering their project as a hosted service, not giving back improvements, and thereby stripping the project from a revenue-stream. Neo4j enterprise can be found in the AWS Marketplace, but in that case the revenue-stream flows

N4J_019441

SER_2829

Why neo4j clustering is not part of open source? · Issue #12237 · neo4j/neo4j · GitHub

back to the Neo4j project.

This is also why I'm in favor of the AGPL licence: it prevents cloud providers keeping improvements for themselves and not giving back to the upstream project. And complying with AGPL in deployments is reasonable in most user contexts. This is better than the custom license Redis introduced, which doesn't even comply with the Open Source Initiative definition for Open Source software.



**kant111** commented Jul 8, 2019 • edited

@nicorikken I am not sure if anyone in the community appreciates MongoDB's move! But I certainly think other projects were able to solve this problem better. A notable example would be https://www.confluent.io/blog/license-changes-confluent-platform

If the problem is about SaaS providers then the solution should be targeted towards that but not everyone else!

Now speaking of Neo4j I believe its a pretty good database. It just needs to offer Clustering and other features that can showcase scalability such that more people will be inclined to use it. And there is also a lot of competition in this space like Dgraph, Cayley, JanusGraph etc which are all Apache 2.0 License and claim they are 100X faster than Neo4j or whatever. This would make Neo4j a secondary choice over others which in my opinion shouldn't be the case because for FWIW, Neo4j 3,5 does a decent Job!

**Sign up for free** to join this conversation on GitHub. Already have an account?
Sign in to comment

Assignees

No one assigned

Labels

`feature`

Projects

None yet

N4J_019442

SER_2830

Case: 24-5538, 02/24/2025, DktEntry: 52.12, Page 162 of 300

Why neo4j clustering is not part of open source? · Issue #12237 · neo4j/neo4j · GitHub

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 278 of 1198

Milestone

No milestone

---

Linked pull requests

Successfully merging a pull request may close this issue.

None yet

---

4 participants

---

© 2020 GitHub, Inc.

Terms
Privacy
Security
Status
Help

Contact GitHub
Pricing
API
Training
Blog
About

N4J_019443

SER_2831

**EXHIBIT 37**

SER_2832

# The Graph Foundation

Open Graph Technology for Public Good

Menu



## Neo4j is Open Core – Now What?

**31** JAN 2019

1 COMMENT

The word responsibility can be thought of in a simple way. If you have an *ability* what is your *response* to that ability? If there's a need and you're able to meet it, what is your response? Will you act and use your ability to improve the situation for the betterment of everyone? If keeping the best open source graph database on the market today fully open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization then keep reading through to the end. If you care but don't need to know all the details right now then skip down to the TL;DR.

We've been in the graph community for a while now (circa 2011) and we know a bit about the origins of the open source neo4j graph database. We've seen first-hand the powerful transformation that graph brings to organizations and its potential to enhance the way complex data is stored, processed and queried now and in the future. We know that the success of an open source database goes well beyond the commits made to the repository. Engineering is important, yes, and there is plenty of that needed when building a database, but it's not the only contributing factor to enabling a great open source database, especially in the emerging graph database space. There are many key roles including entrepreneurs to build supporting businesses and ecosystem products, early customer adopters, implementations that stress and push the technology to the edge, testing and reporting defects from usage, promotion, discussion and exposure at events, meetups and conferences, community support, training and skill building across the user base, a sharing of vision and community involvement and likely many more that we don't even see.

The open source neo4j graph database (hereafter the lowercase "neo4j") has thrived since 2011 because it has been fully open source. In the very early days it's difficult to get adoption of a new database technology, especially one that is closed source. Many organizations have open source initiatives, especially around databases, to avoid the lock-in and closed ecosystems that occur with relational databases from Oracle, SAP and Microsoft. The open stack initiative was born out the need to scale database technologies to achieve business solutions without facing unknown and often staggering licensing costs. The Open Source Initiative created momentum around the adoption of open source databases and neo4j has benefitted from this by being fully open source.

GFI 30(b)(6)
Brad Nussbaum
**Ex 23**
10/16/2020   D Myers

N4J-GFI_000078

SER_2833

Unfortunately neo4j has always had a split licensing personality. In the early days, Emil (founder and CEO of Neo Technology, Inc.) faced challenges in how to commercialize neo4j and figure out what features were enterprise vs. community. In the end, the line was drawn to designate clustering, backups, restore, monitoring, metrics, security, constraints, scalable database format for big graphs, and enhance cypher as *enterprise* features while the core kernel, cypher and server capabilities would be designated as *community*. With the separate designations for enterprise and community came separate licenses AGPLv3 and GPLv3 respectively. Why Emil chose these licenses stems from the beginning when neo4j was mostly used as an embedded database and the less permissible enterprise AGPLv3 license would have required some projects embedding neo4j enterprise to be open source or get a commercial license (in the early days we worked on some of these embedded cases).

When server mode emerged in 1.8 (2012) and folks stopped embedding neo4j, the AGPLv3 open source license allowed usage of the standalone server without a commercial license. The introduction of server mode was essential and if the license had changed at that time to restrict enterprise features (such as clustering in server mode), it would have greatly impacted the adoption of still very immature database. Instead, what followed was the start of Neo Technology's split licensing personality. On the one hand, if you visited the Github neo4j open source project you would see an AGPLv3 license that allowed enterprise usage and at the major Graph Connect conference Neo Technology would promote these enterprise features and the open source contribution of them. On the other hand, sales and marketing would create confusion among commercial users that neo4j enterprise needed a license to avoid open sourcing their project code (which was only true for embedded use cases of which there are only a handful still to date).

It was only recently that Neo4j, Inc. came into existence. Before that it was Neo Technology, Inc. and the commercial license was so appropriately called the Neo Technology Commercial License (NTCL). This meant community and enterprise could be used as-is without warranty under GPLv3 and AGPLv3 respectively or exclusively enterprise supported under the NTCL. Any neo4j users had the freedom to checkout neo4j community and enterprise source under one GitHub repository, compile and run all the tests, see the open development of the project, report issues and build distributions of both community and enterprise under GPLv3 and AGPLv3 respectively. This was good for community as it showed a vibrant ecosystem where everyone understood that core freedoms were being promoted and Neo Technology was able to commercialize enterprise under NTCL for enterprise customers that needed support.

At some point in neo4j's growth and adoption, around year 2015, neo4j became a clearly viable database – this wasn't the case from 2011-2015 when it suffered heavily from failed deployments as the result of scalability and reliability issues for many now common use cases. With neo4j becoming increasingly popular and more commercial licenses in hand, Neo Technology accelerated commercialization efforts around neo4j enterprise which included an increase in marketing rhetoric that focused on commercial customers needing a license (NTCL) to use enterprise. At the same time, Neo Technology continued to promote the open source nature and contributions of the company. This dual position led to confusion in the community and frustrations among commercial neo4j users but ultimately allowed Neo Technology to grow its commercial customer base while appealing to open source communities giving it all the benefits of riding the open source wave.

N4J-GFI_000079

SER_2834

It was between 2016-2018 that Neo Technology made the big changes. Unknown to the community they acquired trade marks on Neo4j and Cypher (both were commons usage until that point) and Neo Technology, Inc. changed its name to Neo4j, Inc. The build tooling that had allowed neo4j enterprise users to build enterprise distributions was removed from the open source repository. The enterprise license changed from AGPLv3 to AGPLv3 + Commons Clause and was applied to the then mainline 3.4 release and backported to patch releases for 3.2 and 3.3 to attempt a block at subsequent patch releases. And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules including tools and tests from open source and declare publicly that Neo4j, Inc. is now an Open Core organization leaving neo4j community alone as open source.

So why does it matter so much that the enterprise features were taken closed? Well for any like-minded architects out there with open source initiatives we know that a database we choose needs to be open source so we can see it, build it, know there is a community engaged around it and good commercial support so that our organization has the option to reduce risk and improve business continuity as desired. We also know that any viable database needs to be performant (enhanced cypher runtime), vertical and horizonal scale (clustering, sharding, query parallelization), operational and administration ease (backups, restore, monitoring, metrics, logging), security to lock it down and constraints to ensure integrity. All of these are core features for a modern database to be in a modern data architecture. It was the enterprise features and the fact they were open that enabled neo4j to enter the modern architecture. The reason we say modern architecture is because it's not just an enterprise architecture. Any more these days, any initiative worth undertaking requires a scalable architecture. Any product or platform worth building demands an underlying scalable foundation and very often an open source architecture in addition. The remaining community features do not meet these needs and while enterprise features can still be access through Neo4j, Inc. they are propriety and do not meet open initiative requirements.

Organizations that adopt a proprietary enterprise should be aware of the specialized data format in enterprise today. The database format for building large graphs (bigger than 34 billion nodes/relationships) was designated as an enterprise feature and is required when using enterprise. When users move from community to enterprise there is a data format migration performed that is irreversible. This means that all enterprise users today, after they upgrade to 3.5 will be using a proprietary data format that will forever have them locked-in. Based on Neo4j, Inc.'s trajectory, this may be intentional so they can continue to move closer to their vision of becoming the Oracle of graph databases as they think of it.

We see a bigger vision for graph unfolding where there is going to be a much bigger need for scalability, performance and compute in a distributed manner as graphs begin to play a central role in machine learning, artificial intelligence and the new age definitions of both as they will be continue to be redefined to move beyond the definitions from the 60's. The way we see it, clustering, sharding, parallel cypher and big graph performance will be essential in this coming age and cannot be proprietary, closed source enterprise features. Every organization has a vested interest in this future mission and it's essential that the handling of this critical component is done in the open for everyone.

N4J-GFI_000080

SER_2835

The only way for neo4j enterprise users and those community users needing enterprise features is to make a bold move to The Graph Foundation. We started Graph Foundation, Inc. (referred to as The Graph Foundation) in June 2018 when we noticed Neo4j's position beginning to change and the implications of this for the community and ecosystem. The Graph Foundation is a nonprofit with 501(c)(3) status and its goal is to take over neo4j enterprise development and continue forward under a model that closely resembles that of The Linux Foundation.

We see that one of the most important aspect about neo4j is that it's an open source native graph database. We call it native to separate from other graph layers built on RDBMS and NoSQL databases that use indexes or joins to form relationships while native graphs like neo4j store nodes and relationships as fast mapped pointers at a store level giving peak performance when traversing complex, densely connected data. In 2003, we were obsessed with learning about open source and the world that it had created. As a big users of Linux we learned of the efforts of the Free Software Foundation that gave us not only the freedoms we came to know and love but the tools to build and thrive without limitations. As a throwback to those early days and our beginnings on GNU (remember GNU's Not Unix), we decided on the name ONgDB (oh-n-gee-db) which stands for Open Native Graph DB but also ONgDB's Neo4j Graph DB. We just couldn't resist the double meaning and the shout out to those that have come before us in pioneering the Free Open Source Software movement.

In order to move ONgDB forward in a significant way, we're going to need a lot of help. If keeping the best graph database on the market today open source and truly enabling "Graphs for Everyone" is a mission for you and/or your organization, there are a few things you can do to be an activist in this mission and help the cause.

First, help spread the word and make every individual and organization aware of what's happening. Don't let the conversation end at a press release from Neo4j, Inc. This is bigger than that and Neo4j does not represent the collective voice of the graph community now or those that will need an open community and its solutions in the future. The fate of many is incorrectly in the hands of a few that do not seek interests in the best alignment for the future in store for us all.

Second, if you have the skill, ability or just sheer passion for learning and working with a foundation of inspiring individuals ready to teach and help you grow, this is one of the greatest technology initiative of your time to be part of in ushering in a change for the ages. We are going to take graph to the next level and you will be part of this historical movement.

Third, if you have open initiatives for data architecture at your organization then you need to cut your licenses from Neo4j, Inc. Don't invest monetarily in a proprietary future. If you need commercial support beyond the community, and many organizations will, The Graph Foundation has commercial sponsors working and contributing to the open source initiative and you should contact us for those commercial sponsors that will work with you to give you the support, liability and warranty you need to succeed. Many of the engineers working on ONgDB alongside foundation engineers are coming from commercial sponsors that are donating time and resource to move the mission forward. Sponsors such as GraphGrid,

N4J-GFI_000081

SER_2836

the top contributor to date have the most talented pool of engineers and commercial momentum to give enterprise customers the best choice for commercial support.

Lastly, The Graph Foundation does have operating costs and is being donated to heavily by sponsors like GraphGrid. In order for the foundation to move forward we need to have more capacity within the foundation to continue on development and road mapping. Our desire is to have many commercial entities influencing the future decisions of The Graph Foundation. The Graph Foundation is a 501(c)(3) which has nonprofit status from the IRS so any donations are tax deductible by any enterprise that makes a donation. Corporate sponsorship will help ensure The Graph Foundation thrives and has the backing to correctly move the broader graph vision forward in a way that serves those most invested in the future of graph.

We see the future ahead; it's connected and built on graph. We want to connect with you, right now to ensure that this future remains free and open to all. To this end we will not stop to until we have brought to fruition this vision which stands before us all. Will you join this mission?

TL;DR

Neo4j, Inc. made key performance, scalability and security features proprietary as of 3.5

We must protect the freedoms of neo4j enterprise users by keeping enterprise open source to ensure a vibrant future for everyone, not the few

Under current enterprise designations, the biggest gains in big graphs to power AI/ML/DeepGL, distributed/parallel Cypher and large clusters with sharding will be Neo4j Enterprise Edition features and require lock-in to a proprietary database

The Graph Foundation, a nonprofit 501(c)(3), is taking over enterprise open source development and with the help of sponsors and the community will push forward a vision of graph that will be for everyone

The Graph Foundation needs help! Consider sponsoring and getting commercial support from approved commercial sponsors to ensure enterprise development continues forward

 **Brad Nussbaum**

Tags: **FOSS**, **Neo4j**, **ONgDB**

---

NEXT

## 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

N4J-GFI_000082

SER_2837

# 1 Comment

Pingback: 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

# Pages

N4J-GFI_000083

SER_2838

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - **ONgDB 3.4.11**
    - **ONgDB 3.4.12**
    - **ONgDB 3.4.9**
    - **ONgDB 3.5.1**
    - **ONgDB 3.5.3**
    - **ONgDB 3.5.4**

**Support TGF**

- **Donations**
- **Sponsorship**
- **Thanks**

**The Graph Foundation**

- **Public Records**
  - **Articles of Incorporation**
  - **Code of Regulations**

## Site Search

Search ...

**Search**

## Support GF Today!

N4J-GFI_000084

SER_2839

9/24/2019 Case 5:18-cv-07182-EJD Neo4j is open core now- what does that mean for the Graph Foundation Document 98 Filed 12/11/20 Page 287 of 1198

Donate

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000085

SER_2840

# EXHIBIT 38

SER_2841

Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorney at Law
1754 Technology Drive, Suite 228
San Jose, CA 95110
Tel: (408) 392-9233
Fax: (866) 329-0453
adron@adronlaw.com

Attorneys for defendants and Counter Claimant:
PURETHINK LLC, a Delaware limited
liability company, IGOV INC., a Virginia
corporation, and JOHN MARK SUHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.  5:18-cv-07182-EJD<br><br>**DEFENDANT IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S SECOND SET OF INTERROGATORIES TO IGOV INC.** |

**PROPOUNDING PARTY:  Plaintiff and Counter-Defendant NEO4J SWEDEN AB.**

**RESPONDING PARTY:**     **Defendant and Counter-Claimant IGOV INC.**

**DISCOVERY:**              **Response to Interrogatories**

**SET NO.:**                **One**

DEFENDANT IGOV INC. responds to Plaintiff and Counter-Defendant NEO4J

SWEDEN AB's Second set of Interrogatories as follows:

---

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

**OBJECTIONS TO DEFINITIONS**

1.      Responding party objects to the definition of "YOU," or "YOUR" as they are overbroad. Defendant and Counter-Claimant John Mark Suhy will provide information in his custody and control and without distinguishing between which party may or may not have specific information regarding the responses.

2.      Responding parties object to the definition "IDENTIFY" and "IDENTITY" as it is overbroad and overly burdensome, and plaintiffs may review the same documents and information to derive the information. Responding parties will meet and confer over specific requests if required.

**RESPONSE TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

*Describe in detail each feature, function, and/or capability in which YOU contend ONgDB software differs from NEO4J SOFTWARE, including but not limited to any source code implementing that capability and corresponding reference within Graph Foundation's repositories for ONgDB (i.e. GitHub, Docker), and IDENTIFY all DOCUMENTS that evidence each such feature, function, and/or capability.*

**Response:**

This request asks respondent to review third party open source software from ONgDB with Neo4J, Inc. software, which respondent does not have, and detail every feature, function and/or capability it contends is different. Propounding Party can do this themselves such that the interrogatory is improper. "They have within their own knowledge all the information from which to draw the same conclusions, comparisons, contentions, and opinions they ask the plaintiffs to draw concerning the relationship of the prior structure with the claims in suit." *Besly-Welles Corp. v. Balax, Inc.* (E.D. Wis. 1968) 43 F.R.D. 368, 373 Responding Party objects this request is overly broad, harassing, oppressive and burdensome as it requests a source code level review and comparison of "NEO4J SOFTWARE" which is defined very broadly as "Plaintiff's software, namely

- 2 -

1    NEO4J® Community Edition, NEO4J® Enterprise Edition and their pre-releases, betas,

2    source code files, readme files, license files, APIs, and other files that constitute the

3    software" without reference to a particular version and which is not available to

4    Responding Party, to a third parties ONgDB software, without reference to version. This

5    would require Responding Party to have access to all version of plaintiff Neo4J, Inc.'s

6    versions of Neo4J software in source, which it does not have, and would represent a

7    massive undertaking and software engineering effort which would take several months,

8    and represents a burdensome request on Responding Party who is a one person company

9    and cannot undertake this detailed investigation on a reasonable basis. As Propounding

10   Party most likely has access to Neo4J Inc.'s source code of that software and can get

11   OMgDB as it is publicly available, Propounding Party has the ability to make this

12   determination.

13        Responding Party objects to this request as it is compound. Responding Party

14   objects that the electronically stored "NEO4J SOFTWARE" is not reasonably accessible

15   to Responding Party. Responding Party objects to this request as it is not relevant to

16   Propounding Party's claims or defenses in this litigation nor likely to lead to discovery of

17   admissible evidence. It appears Propounding Party is attempting to use discovery that is

18   limited to 25 questions FRCP Rule 33 (a)(1) to ask questions for another party which

19   should not be allowed. Defendants are three parties with one person. Plaintiffs are trying

20   to extend the 25 interrogatory limit by asking Mr. Suhy to answer questions from 2

21   plaintiffs through three defendants which could be a total of 150 interrogatories which

22   certainly is not the import of the limitations on discovery.

23        Responding party objects to the instructions for this request as the instructions

24   exceed what is required under the federal rules. Responding party objects to the definition

25   of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

26   Responding Party only.

27   Subject to and without waiver of the foregoing objections, Responding Party responds as

28   follows:

- 3 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

Mr Suhy is an open source committer to the ONgDB project who has made substantial contributions to it. However, this question should be aimed at the GraphFoundation. Furthermore, in order to respond to this interrogatory Mr. Suhy will need full access to the current Neo4j Enterprise source code for each version that should be compared.   As ONgDB extends Neo4j's core code from github, it has at least everything Neo4j core has. To identify documents and Pursuant to Rule 33(d), the answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records and the burden to Propounding party is at least substantially the same to that of Responding Party. Responding party identifies the records as: "NEO4J SOFTWARE" as defined by, and in the possession and control of Propounding Party; and "ONgDB software" in the possession and control of a party in a related action, Graph Foundation, as made publicly accessible by them.

To meet and confer, without waiver of the foregoing, Responding Party provides a general comparison of features as follows:

**Facts**

ONgDB is a superset of Neo4j core for each released version.

Neo4j Enterprise Commercial packages released by Neo4j Inc are a superset of Neo4j core.

This means that both ONgDB and Neo4j Enterprise are supersets of Neo4j core.  I.E.  they both contain all the features of Neo4j core and add additional features beyond core.

Unit and Integration tests that ensure the quality and functionality of the software are built into the project. All these tests must pass in order to package a distribution of the software.  For example – there are 10s of thousands of tests built into Neo4j core.

ONgDB is continuously synced with Neo4j's github repositories on a regular basis.

The versioning of Neo4j software uses the Semantic Versioning approach to versioning software.

Given a version number MAJOR.MINOR.PATCH, increment the:

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

SER_2845

1  MAJOR version when you make incompatible API changes,

2  MINOR version when you add functionality in a backwards compatible manner, and

3  PATCH version when you make backwards compatible bug fixes.

4  **Comparison:**

5

6

7  Because both ONgDB and Neo4j Enterprise are both supersets of Neo4j Core (also called
   Neo4j Community Edition), that means that all the standard features that make up Neo4j Core

8  are the same for both distributions.

9  The enterprise features are found under the enterprise folder in the project. Without having
   access to neo4j enterprise source code, we can only give a high level comparison of known

10 features:

11

12

13 | Enterprise Feature | ONgDB 3.5.x | Neo4j EE 3.5.x |
   |---|---|---|
   | Causal Clustering | X | X |
14 | Akka Based Clustering Implementation | | X |
15 | Backup | X | X |
   | Enterprise Cypher | X | X |
16 | Metrics | X | X |
17 | Query-logging | X | X |
   | Security | X | X |
18 | Enterprise Management | X | X |
   | Kerberos Plugin | | X |

19

20

21

22 | Enterprise Feature | ONgDB 3.6.x | Neo4j EE 3.5.x |
   |---|---|---|
   | Causal Clustering | X | X |
23 | Akka Based Clustering Implementation | | X |
24 | Backup | X | X |
25 | Enterprise Cypher | X | X |
   | Metrics | X | X |
26 | Query-logging | X | X |
   | Security | X | X |
27 | Enterprise Management | X | X |
28 | Kerberos Plugin | | X |

- 5 -

| | | |
|---|---|---|
| Single Property Sort on Multi-Property Sorted Node | X | |
| Result Count on Full-text Indexes | X | |
| Full-text search for numeric properties | X | |

| Enterprise Feature | ONgDB 3.6.x | Neo4j EE 4.1.x |
|---|---|---|
| Causal Clustering | X | X |
| Akka Based Clustering Implementation | | X |
| Backup | X | X |
| Enterprise Cypher | X | X |
| Metrics | X | X |
| Query-logging | X | X |
| Security | X | X |
| Enterprise Management | X | X |
| Kerberos Plugin | | X |
| Multi-database | | X |
| Cypher Parallel Runtime | | X |
| Cypher Pipelined Runtime | | X |
| Fabric | | X |
| Single Property Sort on Multi-Property Sorted Node | X | |
| Result Count on Full-text Indexes | X | |
| Full-text search for numeric properties | X | |
| schema-based security model | | X |
| Reactive Architecture | | X |

**INTERROGATORY NO. 2:**

IDENTIFY and describe in detail the NEO4J SOFTWARE source code, function and/or feature which has been incorporated into ONgDB software that YOU contend Neo4j Sweden AB improperly released subject to the GNU Affero General Public License version 3 ("AGPLv3") with the Commons Clause that had not been previously released under either the AGPLv3 or GNU General Public License version 3 ("GPLv3"), and IDENTIFY all DOCUMENTS that

- 6 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

**SER_2847**

1   *evidence such source code, function and/or feature.*

2   **Response:**

3   This request asks respondent to review third party open source software from ONgDB

4   with Neo4J, Sweden's open source software in different versions and detail every feature,

5   function and/or capability it contends is different. Propounding Party can do this

6   themselves such that the interrogatory is improper. "They have within their own

7   knowledge all the information from which to draw the same conclusions, comparisons,

8   contentions, and opinions they ask the plaintiffs to draw concerning the relationship of the

9   prior structure with the claims in suit." *Besly-Welles Corp. v. Balax, Inc.* (E.D. Wis. 1968)

10  43 F.R.D. 368, 373. Responding Party objects this request as compound, is overly broad,

11  harassing, oppressive and burdensome as it requests a source code level review and

12  comparison of open source versions NEO4J software to ONgDB software, which is also

13  available to Propounding Party as open source software, without reference to version. This

14  would represent a massive undertaking and software engineering effort by Responding

15  Party who is a one-person company which could not be reasonably done.  Responding

16  Party objects to this request as it is not relevant to Neo4J Sweden's claims or defenses nor

17  likely to lead to discovery of admissible evidence. Responding party objects to the

18  instructions for this request as the instructions exceed what is required under the federal

19  rules. Responding party objects to the definition of  "YOU," or "YOUR" as vague and

20  overbroad, and responds to this request as the Responding Party only.

21  Subject to and without waiver of the foregoing objections, Responding Party responds as

22  follows:

23  To identify documents and Pursuant to Rule 33(d), the answer to this interrogatory may be

24  determined by examining, auditing, compiling, abstracting, or summarizing business

25  records and the burden to Propounding Party is at least substantially the same to that of

26  Responding Party. Responding party identifies the records as: NEO4J Sweden's open

27  source software it has loaded to the Github repository and in the possession and control of

28  Propounding Party, including under the packaging and enterprise directories of the Neo4j

repository located at https://github.com/neo4j/neo4j; and "ONgDB software" in the possession and control of a party in a related action, Graph Foundation, as made publicly accessible by them.

To meet and confer, without waiver of the foregoing, Responding Party provides as follows:

The following files were released improperly having not had a previous release under AGPLv3 only:

enterprise/backup/src/main/java/org/neo4j/backup/impl/BackupPageCacheContainer.java

enterprise/backup/src/main/java/org/neo4j/backup/impl/BackupProtocolServiceFactory.java

enterprise/backup/src/test/java/org/neo4j/backup/OnlineBackupExtensionFactoryTest.java

enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupPageCacheContainerTest.java

enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupProtocolServiceFactoryTest.java

enterprise/backup/src/test/java/org/neo4j/backup/impl/BackupProtocolServiceTest.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/BoundedPriorityQueue.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/DiscoveryType.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/consensus/protocol/v2/RaftProtocolClientInstallerV2.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/consensus/protocol/v2/RaftProtocolServerInstallerV2.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/replication/LeaderProvider.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/ByteArrayReplicatedTransaction.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/ChunkedTransaction.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/TransactionRepresentationExtractor.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/core/state/machines/tx/TransactionRepresentationReplicatedTransaction.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/diagnostics/CoreMonitor.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/AbstractCoreTopologyService.java

enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/DiscoveryServiceFactorySelector.java

SER_2849

| | |
|---|---|
| 1 2 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/EnterpriseDiscoveryServiceFactorySelector.java |
| 3 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/InitialDiscoveryMembersResolver.java |
| 4 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/KubernetesResolver.java |
| 5 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/RemoteMembersResolver.java |
| 6 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/RetryingHostnameResolver.java |
| 7 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/SecurePassword.java |
| 8 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/KubernetesType.java |
| 9 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/ObjectMetadata.java |
| 10 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/ServiceList.java |
| 11 12 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/discovery/kubernetes/Status.java |
| | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/helper/Limiters.java |
| 13 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/ChunkingNetworkChannel.java |
| 14 15 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ByteArrayChunkedEncoder.java |
| 16 17 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ChunkedReplicatedContent.java |
| 18 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/Codec.java |
| 19 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ContentBuilder.java |
| 20 21 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/CoreReplicatedContentMarshal.java |
| 22 23 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/InputStreamReadableChannel.java |
| 24 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/Marshal.java |
| 25 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/MaxTotalSize.java |
| 26 27 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/OutputStreamWritableChannel.java |
| 28 | |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

**SER_2850**

| | |
|---|---|
| 1 | enterprise/causal- |
| 2 | clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/ReplicatedContentHandler.java |
| 3 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/ContentType.java |
| 4 | enterprise/causal- |
| 5 | clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ContentTypeDispatcher.java |
| 6 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/DecodingDispatcher.java |
| 7 | |
| 8 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/RaftLogEntryTermsDecoder.java |
| 9 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/RaftMessageComposer.java |
| 10 | |
| 11 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/RaftMessageDecoder.java |
| 12 | |
| 13 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ReplicatedContentChunkDecoder.java |
| 14 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ReplicatedContentDecoder.java |
| 15 | |
| 16 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/ContentTypeEncoder.java |
| 17 | |
| 18 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/RaftLogEntryTermsSerializer.java |
| 19 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/RaftMessageContentEncoder.java |
| 20 | |
| 21 | enterprise/causal-clustering/src/main/java/org/neo4j/causalclustering/messaging/marshalling/v2/encoding/RaftMessageEncoder.java |
| 22 | |
| 23 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/BoundedPriorityQueueTest.java |
| 24 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/replication/LeaderProviderTest.java |
| 25 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/core/state/machines/tx/TransactionRepresentationReplicatedTransactionTest.java |
| 26 | |
| 27 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/diagnostics/CoreMonitorTest.java |
| 28 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/discovery/EnterpriseCluster.java |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 2 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/discovery/InitialDiscoveryMembersResolverTest.java |
| 3 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/helper/LimitersTest.java |
| | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/helpers/Buffers.java |
| 4 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/identity/ClusterIdMarshalTest.java |
| 5 6 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/ChunkingNetworkChannelTest.java |
| 7 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/ByteArrayChunkedEncoderTest.java |
| 8 9 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/ByteBufChunkHandlerTest.java |
| 10 11 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/ChunkedReplicatedContentTest.java |
| 12 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/v2/CoreReplicatedContentMarshallingTest.java |
| 13 14 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/v2/RaftMessageEncoderDecoderTest.java |
| 15 16 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/messaging/marshalling/v2/decoding/ClusterIdAwareMessageComposerTest.java |
| 17 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseClusterIpFamilyIT.java |
| 18 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseClusterOverviewIT.java |
| 19 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseDiscoveryServiceType.java |
| 20 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseMultiClusterRoutingIT.java |
| 21 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/EnterpriseMultiClusteringIT.java |
| 22 23 | enterprise/causal-clustering/src/test/java/org/neo4j/causalclustering/scenarios/HazelcastCoreTopologyServiceIT.java |
| | enterprise/cypher/acceptance-spec-suite/src/test/resources/blacklists/compatibility-34.txt |
| 24 | enterprise/cypher/acceptance-spec-suite/src/test/resources/blacklists/cost-morsel.txt |
| 25 | enterprise/cypher/acceptance-spec-suite/src/test/scala/cypher/features/CostMorselAcceptanceTests.scala |
| 26 27 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/IndexWithProvidedOrderAcceptanceTest.scala |
| 28 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/IndexWithValuesAcceptanceTest.scala |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/ListExpressionAcceptanceTest.scala |
| 2 3 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/MorselRuntimeAcceptanceTest.scala |
| 4 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/NullListAcceptanceTest.scala |
| 5 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/OrderAcceptanceTest.scala |
| 6 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/PlannerRobustnessAcceptanceTest.scala |
| 7 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/ResourceTracking.scala |
| 8 9 | enterprise/cypher/acceptance-spec-suite/src/test/scala/org/neo4j/internal/cypher/acceptance/UnsupportedFeaturesAcceptanceTest.scala |
| 10 | enterprise/cypher/compatibility-spec-suite/src/test/resources/blacklists/cost-morsel.txt |
| 11 | enterprise/cypher/compatibility-spec-suite/src/test/scala/cypher/features/CostSlottedWithCompiledExpressionsTCKTests.scala |
| 12 | enterprise/cypher/compiled-expressions/src/main/java/org/neo4j/cypher/internal/runtime/compiled/expressions/CompiledHelpers.java |
| 13 14 | enterprise/cypher/compiled-expressions/src/main/java/org/neo4j/cypher/internal/runtime/compiled/expressions/CompiledProjection.java |
| 15 16 | enterprise/cypher/compiled-expressions/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/CodeGeneration.scala |
| 17 | enterprise/cypher/compiled-expressions/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/IntermediateCodeGeneration.scala |
| 18 19 | enterprise/cypher/compiled-expressions/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/IntermediateRepresentation.scala |
| 20 21 | enterprise/cypher/compiled-expressions/src/test/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/CodeGenerationDbAccessTest.scala |
| 22 23 | enterprise/cypher/compiled-expressions/src/test/scala/org/neo4j/cypher/internal/runtime/compiled/expressions/CodeGenerationTest.scala |
| 24 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/CompiledRuntime.scala |
| | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/EnterpriseCompilerFactory.scala |
| 25 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/EnterpriseRuntimeFactory.scala |
| | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/MorselRuntime.scala |
| 26 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/SlottedRuntime.scala |
| 27 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/CompiledExecutionResult.scala |
| 28 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/RunnablePlan.scala |

<div align="center">- 12 -</div>

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/codegen/ir/expressions/Pow.scala |
| 2 | enterprise/cypher/cypher/src/main/scala/org/neo4j/cypher/internal/runtime/compiled/projectIndexProperties.scala |
| 3 | enterprise/cypher/cypher/src/test/java/org/neo4j/cypher/internal/javacompat/ExpressionEngineConfigurationTest.java |
| 4 | enterprise/cypher/cypher/src/test/java/org/neo4j/cypher/internal/javacompat/MorselRuntimeStressIT.java |
| 5 | enterprise/cypher/cypher/src/test/scala/org/neo4j/cypher/internal/runtime/compiled/projectIndexPropertiesTest.scala |
| 6 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/CsvStdOutDataWriter.scala |
| 7 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/DataPoint.scala |
| 8 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/DataPointSchedulerTracer.scala |
| 9 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/Scheduler.scala |
| 10 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/SchedulerTracer.scala |
| 11 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/SimpleScheduler.scala |
| 12 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/SingleThreadScheduler.scala |
| 13 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/parallel/ThreadSafeDataWriter.scala |
| 14 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/Dispatcher.scala |
| 15 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/Pipeline.scala |
| 16 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/StreamingOperator.scala |
| 17 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/MorselSorting.scala |
| 18 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexContainsScanOperator.scala |
| 19 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexOperator.scala |
| 20 | enterprise/cypher/morsel-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexScanOperator.scala |
| 21 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/parallel/SchedulerTest.scala |
| 22 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/parallel/ThreadSafeDataWriterTest.scala |

(line numbers 1–28 along left margin)

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

SER_2854

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 302 of 1198

| | |
|---|---|
| 1 2 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/AllNodeScanOperatorTest.scala |
| 3 4 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/ArgumentOperatorTest.scala |
| 5 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexContainsScanOperatorTest.scala |
| 6 7 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexScanOperatorTest.scala |
| 8 9 | enterprise/cypher/morsel-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/vectorized/operators/NodeIndexSeekOperatorTest.scala |
| 10 11 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/PhysicalPlanningAttributes.scala |
| 12 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/SlottedIndexedProperty.scala |
| 13 14 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/GetDegreePrimitive.scala |
| 15 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/IdFromSlot.scala |
| 16 17 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/IsPrimitiveNull.scala |
| 18 19 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/NodeFromSlot.scala |
| 20 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/NodeProperty.scala |
| 21 22 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/PrimitiveEquals.scala |
| 23 24 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/ReferenceFromSlot.scala |
| 25 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/RelationshipFromSlot.scala |
| 26 27 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/RuntimeExpression.scala |
| 28 | |

- 14 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| | |
|---|---|
| 1<br>2 | enterprise/cypher/physical-planning/src/main/scala/org/neo4j/cypher/internal/compatibility/v3_5/runtime/ast/RuntimeVariable.scala |
| 3<br>4 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/CompiledExpressionConverter.scala |
| 5 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/SlottedCachedNodeProperty.scala |
| 6<br>7 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/SlottedCommandProjection.scala |
| 8 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/CreateSlottedPipe.scala |
| 9<br>10 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/DistinctSlottedPrimitivePipe.scala |
| 11<br>12 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/DistinctSlottedSinglePrimitivePipe.scala |
| 13 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/EagerAggregationSlottedPrimitivePipe.scala |
| 14<br>15 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/IndexSlottedPipeWithValues.scala |
| 16<br>17 | enterprise/cypher/slotted-runtime/src/main/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeHashJoinSlottedPrimitivePipe.scala |
| 18 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/expressions/CompiledExpressionConverterTest.scala |
| 19<br>20 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/EagerAggregationSlottedPipeTest.scala |
| 21<br>22 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/EagerAggregationSlottedPrimitivePipeTest.scala |
| 23 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeHashJoinSlottedPrimitivePipeTest.scala |
| 24<br>25 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeIndexScanSlottedPipeTest.scala |
| 26<br>27 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/NodeIndexSeekSlottedPipeTest.scala |
| 28 | |

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

| # | |
|---|---|
| 1 | enterprise/cypher/slotted-runtime/src/test/scala/org/neo4j/cypher/internal/runtime/slotted/pipes/SlottedPipeTestHelper.scala |
| 2 | enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/api/security/provider/EnterpriseNoAuthSecurityProvider.java |
| 3 | enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/builtinprocs/ConnectionTerminationFailedResult.java |
| 4 | enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/builtinprocs/ConnectionTerminationResult.java |
| 5 | enterprise/kernel/src/main/java/org/neo4j/kernel/enterprise/builtinprocs/ListConnectionResult.java |
| 6 | enterprise/kernel/src/main/java/org/neo4j/kernel/impl/net/DefaultNetworkConnectionTracker.java |
| 7 | enterprise/kernel/src/main/java/org/neo4j/kernel/impl/pagecache/monitor/PageCacheWarmerLoggingMonitor.java |
| 8 | enterprise/kernel/src/main/resources/META-INF/services/org.neo4j.kernel.impl.constraints.ConstraintSemantics |
| 9 | enterprise/kernel/src/test/java/org/neo4j/kernel/impl/enterprise/BatchInserterEnterpriseConstraintIT.java |
| 10 | enterprise/kernel/src/test/java/org/neo4j/kernel/impl/net/DefaultNetworkConnectionTrackerTest.java |
| 11 | enterprise/metrics/src/main/java/org/neo4j/metrics/output/PrometheusHttpServer.java |
| 12 | enterprise/metrics/src/test/java/org/neo4j/metrics/source/Neo4jMetricsBuilderTest.java |
| 13 | enterprise/neo4j-harness-enterprise/src/test/java/org/neo4j/harness/PortAuthorityPortPickingStrategy.java |
| 14 | enterprise/server-enterprise/src/main/java/org/neo4j/server/database/EnterpriseGraphFactory.java |
| 15 | enterprise/server-enterprise/src/main/java/org/neo4j/server/rest/EnterpriseDiscoverableURIs.java |
| 16 | enterprise/server-enterprise/src/main/java/org/neo4j/server/rest/causalclustering/ClusterStatusResponse.java |
| 17 | enterprise/server-enterprise/src/test/java/org/neo4j/server/enterprise/OpenEnterpriseNeoServerTest.java |
| 18 | enterprise/server-enterprise/src/test/java/org/neo4j/server/rest/EnterpriseDiscoverableURIsTest.java |
| 19 | enterprise/server-enterprise/src/test/java/org/neo4j/server/rest/causalclustering/FakeTopologyService.java |
| 20 | enterprise/server-enterprise/src/test/java/org/neo4j/server/rest/causalclustering/FakeTransactionIdStore.java |
| 21 | tools/src/main/java/org/neo4j/tools/dbstructure/DbStructureTool.java |
| 22 | tools/src/main/java/org/neo4j/tools/dump/inconsistency/Inconsistencies.java |
| 23 | tools/src/main/java/org/neo4j/tools/dump/inconsistency/ReportInconsistencies.java |
| 24 | tools/src/test/java/org/neo4j/kernel/impl/util/dbstructure/GraphDbStructureGuideTest.java |
| 25 | tools/src/test/java/org/neo4j/tools/org/neo4j/index/GBPTreePlayground.java |
| 26 | tools/src/test/resources/neostore |

**INTERROGATORY NO. 3:**

Describe in detail each feature, function, and/or capability in which YOU contend makes ONgDB software to make it a drop in replacement for an existing commercial licensed Neo4j®

- 16 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1   *Enterprise Edition distribution of the same version number.*

2   **Response:**

3   Responding Party objects this request is harassing, oppressive and burdensome.

4   Responding Party objects to this request as it is compound. Responding Party objects to

5   this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

6   discovery of admissible evidence. Responding party objects to the instructions for this

7   request as the instructions exceed what is required under the federal rules. Responding

8   party objects to the definition of "YOU," or "YOUR" as vague and overbroad, and

9   responds to this request as the Responding Party only.

10  Subject to and without waiver of the foregoing objections, Responding Party responds as

11  follows:

12  ONgDB is a fork of Neo4j core.   Neo4j Enterprise is also built on-top of Neo4j Core in a

13  similar manner.  The underlying storage and kernel mechanisms both come from the same

14  Neo4j core.

15  Further, no claim is made that ONgDB matches every feature of Neo4j Enterprise Edition.

16  "Drop-in replacement" as used by responding party means the ability for a user to copy

17  their data from a neo4j instance and place into an ONgDB instance of the same version

18  and have it function with ONgDB using the cypher language version defined in neo4j core

19  for that version.

20  To identify documents and Pursuant to Rule 33(d), the answer to this interrogatory may be

21  determined by examining, auditing, compiling, abstracting, or summarizing business

22  records and the burden to Propounding party is at least substantially the same to that of

23  Responding Party. Responding party identifies the records as: "NEO4J SOFTWARE" as

24  defined by, and in the possession and control of Propounding Party, including under the

25  packaging and enterprise directories of the Neo4j repository located at

26  https://github.com/neo4j/neo4j; and "ONgDB software" in the possession and control of a

27  party in a related action, Graph Foundation, as made publicly accessible by them.

28

- 17 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 4:**

*Describe in detail the quality control procedures and assurance YOU put in place for ONgDB software to make it a drop in replacement for an existing commercial licensed Neo4j® Enterprise Edition distribution of the same version number, including the build infrastructure, testing methods for function, performance, load, stress, and any other tests to ensure quality and consistency in ONgDB.*

**Response:**

Responding Party objects this request is harassing, oppressive and burdensome.

Responding Party objects to this request as it is compound. Responding Party objects to this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to discovery of admissible evidence. Responding party objects to the instructions for this request as the instructions exceed what is required under the federal rules. Responding party objects to the definition of  "YOU," or "YOUR" as vague and overbroad, and responds to this request as the Responding Party only.

Subject to and without waiver of the foregoing objections, Responding Party responds as follows:

ONgDB is a superset of Neo4j Core.

Neo4j Enterprise commercial packages are also a superset of Neo4j core.

The neo4j software repository has integration and unit tests build into the actual project and source code.  When building the package using Maven software, 1000s of tests that exist in the project source code are run.  In order to build the entire distribution package, all the tests must pass.   Running:  mvn verify  will ensure all the tests are run and reports on failures will be provided if there are any.

The same tests in neo4j core which ensure the quality of and consistency for Neo4j community and enterprise are all run inside ONgDB when packaging.

- 18 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

SER_2859

1

2     Further, no claim is made that ONgDB matches every feature of Neo4j Enterprise Edition.

3     "Drop-in replacement" as used by responding party means the ability for a user to copy

4     their data from a neo4j instance and place into an ONgDB instance of the same version

5     and have it function with ONgDB using the cypher language version defined in neo4j core

6     for that version.

7     Defendants did not place any quality control procedures or assurance into ONgDB that

8     were not already in the code base.

9     Mr Suhy is an open source committer to the ONgDB project and is not responsible for the

10    quality control procedures which the GraphFoundation implements. This question should

11    be asked to the GraphFoundation.    However, all the testing infrastructure that is present

12    inside the Neo4j core code base is also part of the ONgDB code base and is run as part of

13    the build process.   Building the software runs these tests that number in the thousands.

14    Further, quality control mechanisms are not related to the "drop-in replacement" ability.

15    No claim is made that ONgDB matches every feature of Neo4j Enterprise Edition. "Drop-

16    in replacement" as used by responding party means the ability for a user to copy their data

17    from a neo4j instance and place into an ONgDB instance of the same version and have it

18    function with ONgDB.

19

20    **INTERROGATORY NO. 5:**

21         *IDENTIFY each PERSON that YOU have solicited or encouraged to use ONgDB, and all*

22    *DOCUMENTS and COMMUNICATIONS reflecting where YOU have recommended, solicited or*

23    *encouraged to use ONgDB software thereto.*

24         **Response:**

25    Responding Party objects this request is harassing, oppressive and burdensome.

26    Responding Party objects to this request as it is compound. Responding Party objects to

27    this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

28    discovery of admissible evidence. Responding Party objects to the request to the extent it

- 19 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1    seeks information protected by the attorney client privilege and work product doctrine.

2    Responding Party objects to the request as the information sought is subject to privacy

3    rights. Responding party objects to the instructions for this request as the instructions

4    exceed what is required under the federal rules Responding party objects to the definition

5    of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

6    Responding Party only.

7    Subject to and without waiver of the foregoing objections, Responding Party responds as

8    follows:

9

10    Mr. Suhy and iGov Inc recommends that anyone using Neo4j should consider switching

11    to ONgDB because of the past history of deception and fraud perpetrated by Neo4j Inc.

12    Mr Suhy also believes that investing in Neo4j branded software at this time is inherently

13    risky as he believes the deception and fraud perpetrated by Neo4j Inc may directly affect

14    its long term viability and initial public offering, which has high standards to ensure the

15    investing public is protected.  Mr. Suhy believes that Neo4j Inc has a high potential to fail

16    if funding dries up, and an IPO or future investment round does not come to fruition.  This

17    directly effects the agencies and people who invested in adoption of Neo4j.  Furthermore,

18    Mr. Suhy believes that there is a possibility that Neo4j Inc closes the source of Neo4j Core

19    the way they did with the enterprise code, and this would also negatively affect the

20    community who adopted the technology because it was open source.

21    Below is a list of companies and people that iGov Inc. has recommended use of ONgDB

22    to:

23    Northrop Grumman

24    Internal Revenue Service

25    US Postal Service

26    Department of Homeland Security

27    Sandia National Laboratories

28    Federal Bureau of Investigation

- 20 -

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1     National Security Agency

2     eGovernment Solutions

3     Anyone who talks to Mr. Suhy about Neo4j or asks for recommendations.

4     Anyone reading iGov Inc's twitter page

5     Anyone reading iGov Inc's website

6     Anyone who emails iGov Inc asking about graph topics.

7     Anyone who wants to verbally discuss graph topics with iGov Inc.

8     Anyone who discussed any graph topics with iGov Inc. or Mr. Suhy.

9     See email documents under IGOV-ROG1-AMMENDED/INTERROGATORY-5/emails

10     See twitter documents under IGOV-ROG1-Ammended/INTERROGATORY-5/tweets/

11

12     **INTERROGATORY NO. 6:**

13     *IDENTIFY each PERSON that YOU have solicited or encouraged to use YOUR services*

14     *in relation to ONgDB, and all DOCUMENTS and COMMUNICATIONS reflecting where YOU*

15     *have recommended, solicited or encouraged to use ONgDB software thereto.*

16     **Response:**

17     Responding Party objects this request is harassing, oppressive and burdensome.

18     Responding Party objects to this request as it is compound. Responding Party objects to

19     this request as it is not relevant to Neo4J Inc.'s claims or defenses nor likely to lead to

20     discovery of admissible evidence. Responding Party objects to the request to the extent it

21     seeks information protected by the attorney client privilege and work product doctrine.

22     Responding Party objects to the request as the information sought is subject to privacy

23     rights. Responding party objects to the instructions for this request as the instructions

24     exceed what is required under the federal rules. Responding party objects to the definition

25     of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

26     Responding Party only. Responding Party objects that this interrogatory has been asked

27     and answered.

28     Subject to and without waiver of the foregoing objections, Responding Party responds as

1    follows:

2    Interrogatory No. 5 and Interrogatory No 7 together identify each PERSON that

3    Responding Party has solicited or encouraged to use its services in relation to ONgDB,

4    and all DOCUMENTS and COMMUNICATIONS reflecting where it has recommended,

5    solicited or encouraged to use ONgDB software thereto.

6

7    **INTERROGATORY NO. 7:**

8    *IDENTIFY each instance where YOU have proposed, offered, solicited or encouraged the*

9    *use of ONgDB software or YOUR services in relation to ONgDB software, including all bids and*

10   *responses to requests for quotes (RFQs), requests for proposals (RFPs), invitations for bids*

11   *(IFBs) and all other procurement opportunities, and all DOCUMENTS and*

12   *COMMUNICATIONS evidencing or relating thereto.*

13   **Response:**

14   Responding Party objects this request is harassing, oppressive and burdensome.

15   Responding Party objects to this request as it is compound. Responding Party objects to

16   this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to

17   discovery of admissible evidence. Responding Party objects to the request to the extent it

18   seeks information protected by the attorney client privilege and work product doctrine.

19   Responding Party objects to the request as the information sought is subject to privacy

20   rights. Responding party objects to the instructions for this request as the instructions

21   exceed what is required under the federal rules. Responding party objects to the definition

22   of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the

23   Responding Party only. Responding Party objects that this interrogatory has been asked

24   and answered.

25   Subject to and without waiver of the foregoing objections, Responding Party responds as

26   follows:

27

28

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

National Geospatial-Intelligence Agency: (NGA) – iGov Inc. was an interested vendor in providing a support subscription for an NGA Neo4j procurement that was advertised and which did not have proper brand name justification.

US Airforce: (Airforce) – iGov Inc. was an interested vendor in providing a support subscription for an Airforce Neo4j procurement that was advertised and which did not have proper brand name justification.

Northrup Grumman – iGov Inc. was asked to quote a graph solution for Northrup Grumman which leveraged Neo4j Enterprise under the free open source AGPL license.

Accenture - iGov Inc. was working with DHS USCIS and their Accenture backed team on a potential opportunity that was different than the DHS deal which PureThink is owed the commission on.

eGovernment Solutions for one IRS project.
Internal Revenue Service
iGov Inc Protested awards involving GAO and IRS.

See documents under IGOV-ROG1-Ammended/INTERROGATORY-7

**INTERROGATORY NO. 8:**

*IDENTIFY each PERSON that is using ONgDB software to whom YOU previously provided or currently provide services or support in relation to ONgDB software.*

**Response:**

Responding Party objects this request is harassing, oppressive and burdensome.

Responding Party objects to this request as it is compound. Responding Party objects to this request as it is not relevant to Neo4J Sweden's claims or defenses nor likely to lead to discovery of admissible evidence. Responding Party objects to the request to the extent it seeks information protected by the attorney client privilege and work product doctrine. Responding Party objects to the request as the information sought is subject to privacy rights. Responding party objects to the instructions for this request as the instructions exceed what is required under the federal rules. Responding Party objects to the definition of "YOU," or "YOUR" as vague and overbroad, and responds to this request as the Responding Party only.

- 23 -

1        Without waiver of objections, Responding Party responds as follows:

2            • US Treasury Internal Revenue Service (IRS) : 2018-current

3            • eGovernment Solutions: May 24, 2018 - current

4

5

6    Dated:  October 26, 2020                    __/s/ Adron G. Beene_____
                                                 Adron W. Beene Sb# 129040
7                                                Adron G. Beene Sb# 298088
                                                 Attorney At Law
8                                                1754 Technology Drive, Suite 228
                                                 San Jose, CA 95110
9                                                Tel: (408) 392-9233
                                                 Fax: (866) 329-0453
10                                               adron@adronlaw.com

11                                               Attorney For Defendants and Counter
                                                 Claimant PURETHINK LLC, a Delaware
12                                               Limited Liability Company, IGOV INC., a
                                                 Virginia Corporation, and JOHN MARK
13                                               SUHY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IGOV INC.'S AMENDED RESPONSE TO NEO4J SWEDEN AB'S FIRST SET OF INTERROGATORIES

1

### Verification

2

3
I, John Mark Suhy, am a defendant, and an officer for defendants Purethink LLC and IGOV
Inc. in the above cause of action. I have read the following:

4
**1. DEFENDANT PURETHINK LLC'S SECOND AMENDED RESPONSE TO**
5
**PLAINTIFF NEO4J SWEDEN AB'S  REQUEST FOR ADMISSION, SET ONE TO**
**DEFENDANT PURETHINK LLC**

6
**2. DEFENDANT IGOV INC.'S AMENDED RESPONSE TO PLAINTIFF NEO4J**
7
**SWEDEN AB'S  REQUEST FOR ADMISSION, SET ONE TO DEFENDANT**
**IGOV INC.**

8

9
I am familiar with the contents of the above.

10

11
        I declare under penalty of perjury under the laws of the United Stated of America that the

12
foregoing responses are true and correct, except as to those matters which are therein stated to be

13
on information or belief, and as to those matters, I believe them to be true.

14

15

16

17
Signed in Alexandria, Virginia, on October 26, 2020

_____

John Mark Suhy

18

19

20

21

22

23

24

25

26

27

28

VERIFICATION

**EXHIBIT 39**



graphfoundation / ongdb

**Updated the LICENSE.txt file to be pure AGPL as to not violate the fs...**

Browse files

…f copyright and to be in line with the AGPL license.

⌥ 3.5   🏷 3.5.9 … 3.5.3

John Mark Suhy committed on Mar 1     1 parent c90a39d    commit c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

Showing **29 changed files** with **6,790 additions** and **6,962 deletions**.

Unified | Split

∨   661 ▪▪▪▪▪ LICENSE.txt 📋

```
...   ...   @@ -0,0 +1,661 @@
        1   + GNU AFFERO GENERAL PUBLIC LICENSE
        2   +  Version 3, 19 November 2007
        3   +
        4   + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
        5   + Everyone is permitted to copy and distribute verbatim copies
        6   + of this license document, but changing it is not allowed.
        7   +
        8   + Preamble
        9   +
       10   + The GNU Affero General Public License is a free, copyleft license for
       11   + software and other kinds of works, specifically designed to ensure
       12   + cooperation with the community in the case of network server software.
       13   +
       14   + The licenses for most software and other practical works are designed
       15   + to take away your freedom to share and change the works.  By contrast,
       16   + our General Public Licenses are intended to guarantee your freedom to
       17   + share and change all versions of a program--to make sure it remains free
       18   + software for all its users.
       19   +
       20   + When we speak of free software, we are referring to freedom, not
       21   + price.  Our General Public Licenses are designed to make sure that you
       22   + have the freedom to distribute copies of free software (and charge for
       23   + them if you wish), that you receive source code or can get it if you
       24   + want it, that you can change the software or use pieces of it in new
       25   + free programs, and that you know you can do these things.
       27   + Developers that use our General Public Licenses protect your rights
       28   + with two steps: (1) assert copyright on the software, and (2) offer
       29   + you this License which gives you legal permission to copy, distribute
       30   + and/or modify the software.
       31   +
       32   + A secondary benefit of defending all users' freedom is that
       33   + improvements made in alternate versions of the program, if they
       34   + receive widespread use, become available for other developers to
       35   + incorporate.  Many developers of free software are heartened and
       36   + encouraged by the resulting cooperation.  However, in the case of
       37   + software used on network servers, this result may fail to come about.
       38   + The GNU General Public License permits making a modified version and
       39   + letting the public access it on a server without ever releasing its
       40   + source code to the public.
       41   +
       42   + The GNU Affero General Public License is designed specifically to
       43   + ensure that, in such cases, the modified source code becomes available
       44   + to the community.  It requires the operator of a network server to
       45   + provide the source code of the modified version running there to the
```

N4J_019041

SER_2868

```
46   + users of that server.  Therefore, public use of a modified version, on
47   + a publicly accessible server, gives the public access to the source
48   + code of the modified version.
49   +
50   + An older license, called the Affero General Public License and
51   + published by Affero, was designed to accomplish similar goals.  This is
52   + a different license, not a version of the Affero GPL, but Affero has
53   + released a new version of the Affero GPL which permits relicensing under
54   + this license.
55   +
56   + The precise terms and conditions for copying, distribution and
57   + modification follow.
58   +
59   + TERMS AND CONDITIONS
60   +
61   + 0. Definitions.
62   +
63   + "This License" refers to version 3 of the GNU Affero General Public License.
64   +
65   + "Copyright" also means copyright-like laws that apply to other kinds of
66   + works, such as semiconductor masks.
67   +
68   + "The Program" refers to any copyrightable work licensed under this
69   + License.  Each licensee is addressed as "you".  "Licensees" and
70   + "recipients" may be individuals or organizations.
71   +
72   + To "modify" a work means to copy from or adapt all or part of the work
73   + in a fashion requiring copyright permission, other than the making of an
74   + exact copy.  The resulting work is called a "modified version" of the
75   + earlier work or a work "based on" the earlier work.
76   +
77   + A "covered work" means either the unmodified Program or a work based
78   + on the Program.
79   +
80   + To "propagate" a work means to do anything with it that, without
81   + permission, would make you directly or secondarily liable for
82   + infringement under applicable copyright law, except executing it on a
83   + computer or modifying a private copy.  Propagation includes copying,
84   + distribution (with or without modification), making available to the
85   + public, and in some countries other activities as well.
86   +
87   + To "convey" a work means any kind of propagation that enables other
88   + parties to make or receive copies.  Mere interaction with a user through
89   + a computer network, with no transfer of a copy, is not conveying.
90   +
91   + An interactive user interface displays "Appropriate Legal Notices"
92   + to the extent that it includes a convenient and prominently visible
93   + feature that (1) displays an appropriate copyright notice, and (2)
94   + tells the user that there is no warranty for the work (except to the
95   + extent that warranties are provided), that licensees may convey the
96   + work under this License, and how to view a copy of this License.  If
97   + the interface presents a list of user commands or options, such as a
98   + menu, a prominent item in the list meets this criterion.
99   +
100  + 1. Source Code.
101  +
102  + The "source code" for a work means the preferred form of the work
103  + for making modifications to it.  "Object code" means any non-source
104  + form of a work.
105  +
106  + A "Standard Interface" means an interface that either is an official
107  + standard defined by a recognized standards body, or, in the case of
108  + interfaces specified for a particular programming language, that
```

N4J_019042

SER_2869

10/2/2019          Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 317 of 398 · GitHub

```
109  + is widely used among developers working in that language.
110  +
111  + The "System Libraries" of an executable work include anything, other
112  + than the work as a whole, that (a) is included in the normal form of
113  + packaging a Major Component, but which is not part of that Major
114  + Component, and (b) serves only to enable use of the work with that
115  + Major Component, or to implement a Standard Interface for which an
116  + implementation is available to the public in source code form.  A
117  + "Major Component", in this context, means a major essential component
118  + (kernel, window system, and so on) of the specific operating system
119  + (if any) on which the executable work runs, or a compiler used to
120  + produce the work, or an object code interpreter used to run it.
121  +
122  + The "Corresponding Source" for a work in object code form means all
123  + the source code needed to generate, install, and (for an executable
124  + work) run the object code and to modify the work, including scripts to
125  + control those activities.  However, it does not include the work's
126  + System Libraries, or general-purpose tools or generally available free
127  + programs which are used unmodified in performing those activities but
128  + which are not part of the work.  For example, Corresponding Source
129  + includes interface definition files associated with source files for
130  + the work, and the source code for shared libraries and dynamically
131  + linked subprograms that the work is specifically designed to require,
132  + such as by intimate data communication or control flow between those
133  + subprograms and other parts of the work.
134  +
135  + The Corresponding Source need not include anything that users
136  + can regenerate automatically from other parts of the Corresponding
137  + Source.
138  +
139  + The Corresponding Source for a work in source code form is that
140  + same work.
141  +
142  + 2. Basic Permissions.
143  +
144  + All rights granted under this License are granted for the term of
145  + copyright on the Program, and are irrevocable provided the stated
146  + conditions are met.  This License explicitly affirms your unlimited
147  + permission to run the unmodified Program.  The output from running a
148  + covered work is covered by this License only if the output, given its
149  + content, constitutes a covered work.  This License acknowledges your
150  + rights of fair use or other equivalent, as provided by copyright law.
151  +
152  + You may make, run and propagate covered works that you do not
153  + convey, without conditions so long as your license otherwise remains
154  + in force.  You may convey covered works to others for the sole purpose
155  + of having them make modifications exclusively for you, or provide you
156  + with facilities for running those works, provided that you comply with
157  + the terms of this License in conveying all material for which you do
158  + not control copyright.  Those thus making or running the covered works
159  + for you must do so exclusively on your behalf, under your direction
160  + and control, on terms that prohibit them from making any copies of
161  + your copyrighted material outside their relationship with you.
162  +
163  + Conveying under any other circumstances is permitted solely under
164  + the conditions stated below.  Sublicensing is not allowed; section 10
165  + makes it unnecessary.
166  +
167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
168  +
169  + No covered work shall be deemed part of an effective technological
170  + measure under any applicable law fulfilling obligations under article
171  + 11 of the WIPO copyright treaty adopted on 20 December 1996, or
```

N4J_019043

SER_2870

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 318 of 198 · GitHub

```
172  + similar laws prohibiting or restricting circumvention of such
173  + measures.
174  +
175  + When you convey a covered work, you waive any legal power to forbid
176  + circumvention of technological measures to the extent such circumvention
177  + is effected by exercising rights under this License with respect to
178  + the covered work, and you disclaim any intention to limit operation or
179  + modification of the work as a means of enforcing, against the work's
180  + users, your or third parties' legal rights to forbid circumvention of
181  + technological measures.
182  +
183  + 4. Conveying Verbatim Copies.
184  +
185  + You may convey verbatim copies of the Program's source code as you
186  + receive it, in any medium, provided that you conspicuously and
187  + appropriately publish on each copy an appropriate copyright notice;
188  + keep intact all notices stating that this License and any
189  + non-permissive terms added in accord with section 7 apply to the code;
190  + keep intact all notices of the absence of any warranty; and give all
191  + recipients a copy of this License along with the Program.
192  +
193  + You may charge any price or no price for each copy that you convey,
194  + and you may offer support or warranty protection for a fee.
195  +
196  + 5. Conveying Modified Source Versions.
197  +
198  + You may convey a work based on the Program, or the modifications to
199  + produce it from the Program, in the form of source code under the
200  + terms of section 4, provided that you also meet all of these conditions:
201  +
202  + a) The work must carry prominent notices stating that you modified
203  + it, and giving a relevant date.
204  +
205  + b) The work must carry prominent notices stating that it is
206  + released under this License and any conditions added under section
207  + 7.  This requirement modifies the requirement in section 4 to
208  + "keep intact all notices".
209  +
210  + c) You must license the entire work, as a whole, under this
211  + License to anyone who comes into possession of a copy.  This
212  + License will therefore apply, along with any applicable section 7
213  + additional terms, to the whole of the work, and all its parts,
214  + regardless of how they are packaged.  This License gives no
215  + permission to license the work in any other way, but it does not
216  + invalidate such permission if you have separately received it.
217  +
218  + d) If the work has interactive user interfaces, each must display
219  + Appropriate Legal Notices; however, if the Program has interactive
220  + interfaces that do not display Appropriate Legal Notices, your
221  + work need not make them do so.
222  +
223  + A compilation of a covered work with other separate and independent
224  + works, which are not by their nature extensions of the covered work,
225  + and which are not combined with it such as to form a larger program,
226  + in or on a volume of a storage or distribution medium, is called an
227  + "aggregate" if the compilation and its resulting copyright are not
228  + used to limit the access or legal rights of the compilation's users
229  + beyond what the individual works permit.  Inclusion of a covered work
230  + in an aggregate does not cause this License to apply to the other
231  + parts of the aggregate.
232  +
233  + 6. Conveying Non-Source Forms.
234  +
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019044

SER_2871

10/2/2019     Case 5:18-cv-07182-EJD   Document 98-1 ... Filed 12/11/20   Page 319 of 298 · GitHub

```
235  + You may convey a covered work in object code form under the terms
236  + of sections 4 and 5, provided that you also convey the
237  + machine-readable Corresponding Source under the terms of this License,
238  + in one of these ways:
239  +
240  + a) Convey the object code in, or embodied in, a physical product
241  + (including a physical distribution medium), accompanied by the
242  + Corresponding Source fixed on a durable physical medium
243  + customarily used for software interchange.
244  +
245  + b) Convey the object code in, or embodied in, a physical product
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
282  + from the Corresponding Source as a System Library, need not be
283  + included in conveying the object code work.
284  +
285  + A "User Product" is either (1) a "consumer product", which means any
286  + tangible personal property which is normally used for personal, family,
287  + or household purposes, or (2) anything designed or sold for incorporation
288  + into a dwelling.  In determining whether a product is a consumer product,
289  + doubtful cases shall be resolved in favor of coverage.  For a particular
290  + product received by a particular user, "normally used" refers to a
291  + typical or common use of that class of product, regardless of the status
292  + of the particular user or of the way in which the particular user
293  + actually uses, or expects or is expected to use, the product.  A product
294  + is a consumer product regardless of whether the product has substantial
295  + commercial, industrial or non-consumer uses, unless such uses represent
296  + the only significant mode of use of the product.
297  +
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019045

SER_2872

```
298  + "Installation Information" for a User Product means any methods,
299  + procedures, authorization keys, or other information required to install
300  + and execute modified versions of a covered work in that User Product from
301  + a modified version of its Corresponding Source.  The information must
302  + suffice to ensure that the continued functioning of the modified object
303  + code is in no case prevented or interfered with solely because
304  + modification has been made.
305  +
306  + If you convey an object code work under this section in, or with, or
307  + specifically for use in, a User Product, and the conveying occurs as
308  + part of a transaction in which the right of possession and use of the
309  + User Product is transferred to the recipient in perpetuity or for a
310  + fixed term (regardless of how the transaction is characterized), the
311  + Corresponding Source conveyed under this section must be accompanied
312  + by the Installation Information.  But this requirement does not apply
313  + if neither you nor any third party retains the ability to install
314  + modified object code on the User Product (for example, the work has
315  + been installed in ROM).
316  +
317  + The requirement to provide Installation Information does not include a
318  + requirement to continue to provide support service, warranty, or updates
319  + for a work that has been modified or installed by the recipient, or for
320  + the User Product in which it has been modified or installed.  Access to a
321  + network may be denied when the modification itself materially and
322  + adversely affects the operation of the network or violates the rules and
323  + protocols for communication across the network.
324  +
325  + Corresponding Source conveyed, and Installation Information provided,
326  + in accord with this section must be in a format that is publicly
327  + documented (and with an implementation available to the public in
328  + source code form), and must require no special password or key for
329  + unpacking, reading or copying.
330  +
331  + 7. Additional Terms.
332  +
333  + "Additional permissions" are terms that supplement the terms of this
334  + License by making exceptions from one or more of its conditions.
335  + Additional permissions that are applicable to the entire Program shall
336  + be treated as though they were included in this License, to the extent
337  + that they are valid under applicable law.  If additional permissions
338  + apply only to part of the Program, that part may be used separately
339  + under those permissions, but the entire Program remains governed by
340  + this License without regard to the additional permissions.
341  +
342  + When you convey a copy of a covered work, you may at your option
343  + remove any additional permissions from that copy, or from any part of
344  + it.  (Additional permissions may be written to require their own
345  + removal in certain cases when you modify the work.)  You may place
346  + additional permissions on material, added by you to a covered work,
347  + for which you have or can give appropriate copyright permission.
348  +
349  + Notwithstanding any other provision of this License, for material you
350  + add to a covered work, you may (if authorized by the copyright holders of
351  + that material) supplement the terms of this License with terms:
352  +
353  + a) Disclaiming warranty or limiting liability differently from the
354  + terms of sections 15 and 16 of this License; or
355  +
356  + b) Requiring preservation of specified reasonable legal notices or
357  + author attributions in that material or in the Appropriate Legal
358  + Notices displayed by works containing it; or
359  +
360  + c) Prohibiting misrepresentation of the origin of that material, or
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019046

SER_2873

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 not violated that the agency compilation 2,1 of 0,298 · GitHub

```
361  + requiring that modified versions of such material be marked in
362  + reasonable ways as different from the original version; or
363  +
364  + d) Limiting the use for publicity purposes of names of licensors or
365  + authors of the material; or
366  +
367  + e) Declining to grant rights under trademark law for use of some
368  + trade names, trademarks, or service marks; or
369  +
370  + f) Requiring indemnification of licensors and authors of that
371  + material by anyone who conveys the material (or modified versions of
372  + it) with contractual assumptions of liability to the recipient, for
373  + any liability that these contractual assumptions directly impose on
374  + those licensors and authors.
375  +
376  + All other non-permissive additional terms are considered "further
377  + restrictions" within the meaning of section 10.  If the Program as you
378  + received it, or any part of it, contains a notice stating that it is
379  + governed by this License along with a term that is a further
380  + restriction, you may remove that term.  If a license document contains
381  + a further restriction but permits relicensing or conveying under this
382  + License, you may add to a covered work material governed by the terms
383  + of that license document, provided that the further restriction does
384  + not survive such relicensing or conveying.
385  +
386  + If you add terms to a covered work in accord with this section, you
387  + must place, in the relevant source files, a statement of the
388  + additional terms that apply to those files, or a notice indicating
389  + where to find the applicable terms.
390  +
391  + Additional terms, permissive or non-permissive, may be stated in the
392  + form of a separately written license, or stated as exceptions;
393  + the above requirements apply either way.
394  +
395  + 8. Termination.
396  +
397  + You may not propagate or modify a covered work except as expressly
398  + provided under this License.  Any attempt otherwise to propagate or
399  + modify it is void, and will automatically terminate your rights under
400  + this License (including any patent licenses granted under the third
401  + paragraph of section 11).
402  +
403  + However, if you cease all violation of this License, then your
404  + license from a particular copyright holder is reinstated (a)
405  + provisionally, unless and until the copyright holder explicitly and
406  + finally terminates your license, and (b) permanently, if the copyright
407  + holder fails to notify you of the violation by some reasonable means
408  + prior to 60 days after the cessation.
409  +
410  + Moreover, your license from a particular copyright holder is
411  + reinstated permanently if the copyright holder notifies you of the
412  + violation by some reasonable means, this is the first time you have
413  + received notice of violation of this License (for any work) from that
414  + copyright holder, and you cure the violation prior to 30 days after
415  + your receipt of the notice.
416  +
417  + Termination of your rights under this section does not terminate the
418  + licenses of parties who have received copies or rights from you under
419  + this License.  If your rights have been terminated and not permanently
420  + reinstated, you do not qualify to receive new licenses for the same
421  + material under section 10.
422  +
423  + 9. Acceptance Not Required for Having Copies.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019047

SER_2874

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1 to license to contribute to Violate a license information of... · GitHub   Filed 12/11/20   Page 322 of 298

```
424  +
425  + You are not required to accept this License in order to receive or
426  + run a copy of the Program.  Ancillary propagation of a covered work
427  + occurring solely as a consequence of using peer-to-peer transmission
428  + to receive a copy likewise does not require acceptance.  However,
429  + nothing other than this License grants you permission to propagate or
430  + modify any covered work.  These actions infringe copyright if you do
431  + not accept this License.  Therefore, by modifying or propagating a
432  + covered work, you indicate your acceptance of this License to do so.
433  +
434  + 10. Automatic Licensing of Downstream Recipients.
435  +
436  + Each time you convey a covered work, the recipient automatically
437  + receives a license from the original licensors, to run, modify and
438  + propagate that work, subject to this License.  You are not responsible
439  + for enforcing compliance by third parties with this License.
440  +
441  + An "entity transaction" is a transaction transferring control of an
442  + organization, or substantially all assets of one, or subdividing an
443  + organization, or merging organizations.  If propagation of a covered
444  + work results from an entity transaction, each party to that
445  + transaction who receives a copy of the work also receives whatever
446  + licenses to the work the party's predecessor in interest had or could
447  + give under the previous paragraph, plus a right to possession of the
448  + Corresponding Source of the work from the predecessor in interest, if
449  + the predecessor has it or can get it with reasonable efforts.
450  +
451  + You may not impose any further restrictions on the exercise of the
452  + rights granted or affirmed under this License.  For example, you may
453  + not impose a license fee, royalty, or other charge for exercise of
454  + rights granted under this License, and you may not initiate litigation
455  + (including a cross-claim or counterclaim in a lawsuit) alleging that
456  + any patent claim is infringed by making, using, selling, offering for
457  + sale, or importing the Program or any portion of it.
458  +
459  + 11. Patents.
460  +
461  + A "contributor" is a copyright holder who authorizes use under this
462  + License of the Program or a work on which the Program is based.  The
463  + work thus licensed is called the contributor's "contributor version".
464  +
465  + A contributor's "essential patent claims" are all patent claims
466  + owned or controlled by the contributor, whether already acquired or
467  + hereafter acquired, that would be infringed by some manner, permitted
468  + by this License, of making, using, or selling its contributor version,
469  + but do not include claims that would be infringed only as a
470  + consequence of further modification of the contributor version.  For
471  + purposes of this definition, "control" includes the right to grant
472  + patent sublicenses in a manner consistent with the requirements of
473  + this License.
474  +
475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
476  + patent license under the contributor's essential patent claims, to
477  + make, use, sell, offer for sale, import and otherwise run, modify and
478  + propagate the contents of its contributor version.
479  +
480  + In the following three paragraphs, a "patent license" is any express
481  + agreement or commitment, however denominated, not to enforce a patent
482  + (such as an express permission to practice a patent or covenant not to
483  + sue for patent infringement).  To "grant" such a patent license to a
484  + party means to make such an agreement or commitment not to enforce a
485  + patent against the party.
486  +
```

N4J_019048

SER_2875

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1 ... Filed 12/11/20   Page 323 of 298 · GitHub

```
487  + If you convey a covered work, knowingly relying on a patent license,
488  + and the Corresponding Source of the work is not available for anyone
489  + to copy, free of charge and under the terms of this License, through a
490  + publicly available network server or other readily accessible means,
491  + then you must either (1) cause the Corresponding Source to be so
492  + available, or (2) arrange to deprive yourself of the benefit of the
493  + patent license for this particular work, or (3) arrange, in a manner
494  + consistent with the requirements of this License, to extend the patent
495  + license to downstream recipients.  "Knowingly relying" means you have
496  + actual knowledge that, but for the patent license, your conveying the
497  + covered work in a country, or your recipient's use of the covered work
498  + in a country, would infringe one or more identifiable patents in that
499  + country that you have reason to believe are valid.
500  +
501  + If, pursuant to or in connection with a single transaction or
502  + arrangement, you convey, or propagate by procuring conveyance of, a
503  + covered work, and grant a patent license to some of the parties
504  + receiving the covered work authorizing them to use, propagate, modify
505  + or convey a specific copy of the covered work, then the patent license
506  + you grant is automatically extended to all recipients of the covered
507  + work and works based on it.
508  +
509  + A patent license is "discriminatory" if it does not include within
510  + the scope of its coverage, prohibits the exercise of, or is
511  + conditioned on the non-exercise of one or more of the rights that are
512  + specifically granted under this License.  You may not convey a covered
513  + work if you are a party to an arrangement with a third party that is
514  + in the business of distributing software, under which you make payment
515  + to the third party based on the extent of your activity of conveying
516  + the work, and under which the third party grants, to any of the
517  + parties who would receive the covered work from you, a discriminatory
518  + patent license (a) in connection with copies of the covered work
519  + conveyed by you (or copies made from those copies), or (b) primarily
520  + for and in connection with specific products or compilations that
521  + contain the covered work, unless you entered into that arrangement,
522  + or that patent license was granted, prior to 28 March 2007.
523  +
524  + Nothing in this License shall be construed as excluding or limiting
525  + any implied license or other defenses to infringement that may
526  + otherwise be available to you under applicable patent law.
527  +
528  + 12. No Surrender of Others' Freedom.
529  +
530  + If conditions are imposed on you (whether by court order, agreement or
531  + otherwise) that contradict the conditions of this License, they do not
532  + excuse you from the conditions of this License.  If you cannot convey a
533  + covered work so as to satisfy simultaneously your obligations under this
534  + License and any other pertinent obligations, then as a consequence you may
535  + not convey it at all.  For example, if you agree to terms that obligate you
536  + to collect a royalty for further conveying from those to whom you convey
537  + the Program, the only way you could satisfy both those terms and this
538  + License would be to refrain entirely from conveying the Program.
539  +
540  + 13. Remote Network Interaction; Use with the GNU General Public License.
541  +
542  + Notwithstanding any other provision of this License, if you modify the
543  + Program, your modified version must prominently offer all users
544  + interacting with it remotely through a computer network (if your version
545  + supports such interaction) an opportunity to receive the Corresponding
546  + Source of your version by providing access to the Corresponding Source
547  + from a network server at no charge, through some standard or customary
548  + means of facilitating copying of software.  This Corresponding Source
549  + shall include the Corresponding Source for any work covered by version 3
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

9/377

N4J_019049

SER_2876

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 324 of 298 · GitHub

```
550  + of the GNU General Public License that is incorporated pursuant to the
551  + following paragraph.
552  +
553  + Notwithstanding any other provision of this License, you have
554  + permission to link or combine any covered work with a work licensed
555  + under version 3 of the GNU General Public License into a single
556  + combined work, and to convey the resulting work.  The terms of this
557  + License will continue to apply to the part which is the covered work,
558  + but the work with which it is combined will remain governed by version
559  + 3 of the GNU General Public License.
560  +
561  + 14. Revised Versions of this License.
562  +
563  + The Free Software Foundation may publish revised and/or new versions of
564  + the GNU Affero General Public License from time to time.  Such new versions
565  + will be similar in spirit to the present version, but may differ in detail to
566  + address new problems or concerns.
567  +
568  + Each version is given a distinguishing version number.  If the
569  + Program specifies that a certain numbered version of the GNU Affero General
570  + Public License "or any later version" applies to it, you have the
571  + option of following the terms and conditions either of that numbered
572  + version or of any later version published by the Free Software
573  + Foundation.  If the Program does not specify a version number of the
574  + GNU Affero General Public License, you may choose any version ever published
575  + by the Free Software Foundation.
576  +
577  + If the Program specifies that a proxy can decide which future
578  + versions of the GNU Affero General Public License can be used, that proxy's
579  + public statement of acceptance of a version permanently authorizes you
580  + to choose that version for the Program.
581  +
582  + Later license versions may give you additional or different
583  + permissions.  However, no additional obligations are imposed on any
584  + author or copyright holder as a result of your choosing to follow a
585  + later version.
586  +
587  + 15. Disclaimer of Warranty.
588  +
589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
590  + APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
591  + HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
592  + OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
593  + THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
594  + PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM
595  + IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
596  + ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
597  +
598  + 16. Limitation of Liability.
599  +
600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
601  + WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
602  + THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
603  + GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
604  + USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF
605  + DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD
606  + PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS),
607  + EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
608  + SUCH DAMAGES.
609  +
610  + 17. Interpretation of Sections 15 and 16.
611  +
612  + If the disclaimer of warranty and limitation of liability provided
```

N4J_019050

SER_2877

10/2/2019     Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 325 of 398 · GitHub

```
613  + above cannot be given local legal effect according to their terms,
614  + reviewing courts shall apply local law that most closely approximates
615  + an absolute waiver of all civil liability in connection with the
616  + Program, unless a warranty or assumption of liability accompanies a
617  + copy of the Program in return for a fee.
618  +
619  + END OF TERMS AND CONDITIONS
620  +
621  + How to Apply These Terms to Your New Programs
622  +
623  + If you develop a new program, and you want it to be of the greatest
624  + possible use to the public, the best way to achieve this is to make it
625  + free software which everyone can redistribute and change under these terms.
626  +
627  + To do so, attach the following notices to the program.  It is safest
628  + to attach them to the start of each source file to most effectively
629  + state the exclusion of warranty; and each file should have at least
630  + the "copyright" line and a pointer to where the full notice is found.
631  +
632  + <one line to give the program's name and a brief idea of what it does.>
633  + Copyright (C) <year>  <name of author>
634  +
635  + This program is free software: you can redistribute it and/or modify
636  + it under the terms of the GNU Affero General Public License as published by
637  + the Free Software Foundation, either version 3 of the License, or
638  + (at your option) any later version.
639  +
640  + This program is distributed in the hope that it will be useful,
641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
643  + GNU Affero General Public License for more details.
644  +
645  + You should have received a copy of the GNU Affero General Public License
646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
647  +
648  + Also add information on how to contact you by electronic and paper mail.
649  +
650  + If your software can interact with users remotely through a computer
651  + network, you should also make sure that it provides a way for users to
652  + get its source.  For example, if your program is a web application, its
653  + interface could display a "Source" link that leads users to an archive
654  + of the code.  There are many ways you could offer source, and different
655  + solutions will be better for different programs; see section 13 for the
656  + specific requirements.
657  +
658  + You should also get your employer (if you work as a programmer) or school,
659  + if any, to sign a "copyright disclaimer" for the program, if necessary.
660  + For more information on this, and how to apply and follow the GNU AGPL, see
661  + <https://www.gnu.org/licenses/>.
```



```
       486 ▮▮▮▮   enterprise/auth-plugin-api/LICENSE.txt
...  ...   @@ -1,51 +1,35 @@
  1        - NOTICE
  2        - This package contains software licensed under different
  3        - licenses, please refer to the NOTICE.txt file for further
  4        - information and LICENSES.txt for full license texts.
        1  + GNU AFFERO GENERAL PUBLIC LICENSE
        2  +   Version 3, 19 November 2007
  5     3
  6        - Neo4j Enterprise object code can be licensed independently from
  7        - the source under separate commercial terms. Email inquiries can be
  8        - directed to: licensing@neo4j.com. More information is also
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

```
  9           - available at:https://neo4j.com/licensing/
        4     + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
        5     + Everyone is permitted to copy and distribute verbatim copies
        6     + of this license document, but changing it is not allowed.
 10     7
 11           - The software ("Software") is developed and owned by Neo4j Sweden AB
 12           - (referred to in this notice as "Neo4j") and is subject to the terms
 13           - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
        8     + Preamble
 14     9
 15           -
 16           -
 17           -                    GNU AFFERO GENERAL PUBLIC LICENSE
 18           -                       Version 3, 19 November 2007
 19           -
 20           - Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21           - Everyone is permitted to copy and distribute verbatim copies
 22           - of this license document, but changing it is not allowed.
 23           -
 24           -                              Preamble
 25           -
 26           -   The GNU Affero General Public License is a free, copyleft license
 27           - for software and other kinds of works, specifically designed to ensure
       10     + The GNU Affero General Public License is a free, copyleft license for
       11     + software and other kinds of works, specifically designed to ensure
 28      12     cooperation with the community in the case of network server software.
 29      13
 30           -   The licenses for most software and other practical works are
 31           - designed to take away your freedom to share and change the works.  By
 32           - contrast, our General Public Licenses are intended to guarantee your
 33           - freedom to share and change all versions of a program--to make sure it
 34           - remains free software for all its users.
       14     + The licenses for most software and other practical works are designed
       15     + to take away your freedom to share and change the works.  By contrast,
       16     + our General Public Licenses are intended to guarantee your freedom to
       17     + share and change all versions of a program--to make sure it remains free
       18     + software for all its users.
 35      19
 36           -   When we speak of free software, we are referring to freedom, not
       20     + When we speak of free software, we are referring to freedom, not
 37      21     price.  Our General Public Licenses are designed to make sure that you
 38      22     have the freedom to distribute copies of free software (and charge for
 39      23     them if you wish), that you receive source code or can get it if you
 40      24     want it, that you can change the software or use pieces of it in new
 41      25     free programs, and that you know you can do these things.
 42      26
 43           -   Developers that use our General Public Licenses protect your rights
       27     + Developers that use our General Public Licenses protect your rights
 44      28     with two steps: (1) assert copyright on the software, and (2) offer
 45      29     you this License which gives you legal permission to copy, distribute
 46      30     and/or modify the software.
 47      31
 48           -   A secondary benefit of defending all users' freedom is that
       32     + A secondary benefit of defending all users' freedom is that
 49      33     improvements made in alternate versions of the program, if they
 50      34     receive widespread use, become available for other developers to
 51      35     incorporate.  Many developers of free software are heartened and
 55      39     letting the public access it on a server without ever releasing its
 56      40     source code to the public.
 57      41
 58           -   The GNU Affero General Public License is designed specifically to
       42     + The GNU Affero General Public License is designed specifically to
 59      43     ensure that, in such cases, the modified source code becomes available
```

N4J_019052

SER_2879

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 327 of 1298 licensed-under-the-gnu-affero... Do not violate... GitHub

```
60  44      to the community.  It requires the operator of a network server to
61  45      provide the source code of the modified version running there to the
62  46      users of that server.  Therefore, public use of a modified version, on
63  47      a publicly accessible server, gives the public access to the source
64  48      code of the modified version.
65  49

66      -   __An older license, called the Affero General Public License and
    50  + An older license, called the Affero General Public License and
67  51      published by Affero, was designed to accomplish similar goals.  This is
68  52      a different license, not a version of the Affero GPL, but Affero has
69  53      released a new version of the Affero GPL which permits relicensing under
70  54      this license.
71  55

72      -   __The precise terms and conditions for copying, distribution and
    56  + The precise terms and conditions for copying, distribution and
73  57      modification follow.
74  58

75      -                       TERMS AND CONDITIONS
    59  + TERMS AND CONDITIONS
    60  +
    61  + 0. Definitions.

76  62

77      -    0. Definitions.
    63  + "This License" refers to version 3 of the GNU Affero General Public License.

78  64

79      -    "This License" refers to version 3 of the GNU Affero General Public
80      -  License.
    65  + "Copyright" also means copyright-like laws that apply to other kinds of
    66  + works, such as semiconductor masks.

81  67

82      -    "Copyright" also means copyright-like laws that apply to other kinds
83      -  of works, such as semiconductor masks.
84      -
85      -    "The Program" refers to any copyrightable work licensed under this
    68  + "The Program" refers to any copyrightable work licensed under this
86  69      License.  Each licensee is addressed as "you".  "Licensees" and
87  70      "recipients" may be individuals or organizations.
88  71

89      -    To "modify" a work means to copy from or adapt all or part of the work
    72  + To "modify" a work means to copy from or adapt all or part of the work
90  73      in a fashion requiring copyright permission, other than the making of an
91  74      exact copy.  The resulting work is called a "modified version" of the
92  75      earlier work or a work based on" the earlier work.
93  76

94      -    A "covered work" means either the unmodified Program or a work based
    77  + A "covered work" means either the unmodified Program or a work based
95  78      on the Program.
96  79

97      -    To "propagate" a work means to do anything with it that, without
    80  + To "propagate" a work means to do anything with it that, without
98  81      permission, would make you directly or secondarily liable for
99  82      infringement under applicable copyright law, except executing it on a
100 83      computer or modifying a private copy.  Propagation includes copying,
101 84      distribution (with or without modification), making available to the
102 85      public, and in some countries other activities as well.
103 86

104     -    To "convey" a work means any kind of propagation that enables other
    87  + To "convey" a work means any kind of propagation that enables other
105 88      parties to make or receive copies.  Mere interaction with a user through
106 89      a computer network, with no transfer of a copy, is not conveying.
107 90

108     -    An interactive user interface displays "Appropriate Legal Notices"
    91  + An interactive user interface displays "Appropriate Legal Notices"
```

N4J_019053

SER_2880

```
109   92        to the extent that it includes a convenient and prominently visible
110   93        feature that (1) displays an appropriate copyright notice, and (2)
111   94        tells the user that there is no warranty for the work (except to the
114   97        the interface presents a list of user commands or options, such as a
115   98        menu, a prominent item in the list meets this criterion.
116   99

117       -   __1. Source Code.
      100   + 1. Source Code.
118  101

119       -   __The "source code" for a work means the preferred form of the work
      102   + The "source code" for a work means the preferred form of the work
120  103        for making modifications to it.  "Object code" means any non-source
121  104        form of a work.
122  105

123       -   __A "Standard Interface" means an interface that either is an official
      106   + A "Standard Interface" means an interface that either is an official
124  107        standard defined by a recognized standards body, or, in the case of
125  108        interfaces specified for a particular programming language, one that
126  109        is widely used among developers working in that language.
127  110

128       -   __The "System Libraries" of an executable work include anything, other
      111   + The "System Libraries" of an executable work include anything, other
129  112        than the work as a whole, that (a) is included in the normal form of
130  113        packaging a Major Component, but which is not part of that Major
131  114        Component, and (b) serves only to enable use of the work with that
136  119        (if any) on which the executable work runs, or a compiler used to
137  120        produce the work, or an object code interpreter used to run it.
138  121

139       -   __The "Corresponding Source" for a work in object code form means all
      122   + The "Corresponding Source" for a work in object code form means all
140  123        the source code needed to generate, install, and (for an executable
141  124        work) run the object code and to modify the work, including scripts to
142  125        control those activities.  However, it does not include the work's
149  132        such as by intimate data communication or control flow between those
150  133        subprograms and other parts of the work.
151  134

152       -   __The Corresponding Source need not include anything that users
      135   + The Corresponding Source need not include anything that users
153  136        can regenerate automatically from other parts of the Corresponding
154  137        Source.
155  138

156       -   __The Corresponding Source for a work in source code form is that
      139   + The Corresponding Source for a work in source code form is that
157  140        same work.
158  141

159       -   __2. Basic Permissions.
      142   + 2. Basic Permissions.
160  143

161       -   __All rights granted under this License are granted for the term of
      144   + All rights granted under this License are granted for the term of
162  145        copyright on the Program, and are irrevocable provided the stated
163  146        conditions are met.  This License explicitly affirms your unlimited
164  147        permission to run the unmodified Program.  The output from running a
165  148        covered work is covered by this License only if the output, given its
166  149        content, constitutes a covered work.  This License acknowledges your
167  150        rights of fair use or other equivalent, as provided by copyright law.
168  151

169       -   __You may make, run and propagate covered works that you do not
      152   + You may make, run and propagate covered works that you do not
170  153        convey, without conditions so long as your license otherwise remains
171  154        in force.  You may convey covered works to others for the sole purpose
172  155        of having them make modifications exclusively for you, or provide you
177  160        and control, on terms that prohibit them from making any copies of
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019054

SER_2881

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 329 of 398 · GitHub

```
178  161       your copyrighted material outside their relationship with you.
179  162
180      -   __Conveying under any other circumstances is permitted solely under
     163  + Conveying under any other circumstances is permitted solely under
181  164       the conditions stated below.  Sublicensing is not allowed; section 10
182  165       makes it unnecessary.
183  166
184      -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168
186      -   __No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170       measure under any applicable law fulfilling obligations under article
188  171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172       similar laws prohibiting or restricting circumvention of such
190  173       measures.
191  174
192      -   __When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176       circumvention of technological measures to the extent such circumvention
194  177       is effected by exercising rights under this License with respect to
195  178       the covered work, and you disclaim any intention to limit operation or
196  179       modification of the work as a means of enforcing, against the work's
197  180       users, your or third parties' legal rights to forbid circumvention of
198  181       technological measures.
199  182
200      -   __4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184
202      -   __You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186       receive it, in any medium, provided that you conspicuously and
204  187       appropriately publish on each copy an appropriate copyright notice;
205  188       keep intact all notices stating that this License and any
206  189       non-permissive terms added in accord with section 7 apply to the code;
207  190       keep intact all notices of the absence of any warranty; and give all
208  191       recipients a copy of this License along with the Program.
209  192
210      -   __You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194       and you may offer support or warranty protection for a fee.
212  195
213      -   __5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215      -   __You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199       produce it from the Program, in the form of source code under the
217  200       terms of section 4, provided that you also meet all of these conditions:
218  201
219      -   __  a) The work must carry prominent notices stating that you modified
220      -   __it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204
222      -   __  b) The work must carry prominent notices stating that it is
223      -   __released under this License and any conditions added under section
224      -   __7.  This requirement modifies the requirement in section 4 to
225      -   __"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
```

N4J_019055

SER_2882

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1 ... not ... Filed 12/11/20    Page 330 of 498 · GitHub

```
226  209
227      -    ___c) You must license the entire work, as a whole, under this
228      -    ___License to anyone who comes into possession of a copy.  This
229      -    ___License will therefore apply, along with any applicable section 7
230      -    ___additional terms, to the whole of the work, and all its parts,
231      -    ___regardless of how they are packaged.  This License gives no
232      -    ___permission to license the work in any other way, but it does not
233      -    ___invalidate such permission if you have separately received it.
     210 + c) You must license the entire work, as a whole, under this
     211 + License to anyone who comes into possession of a copy.  This
     212 + License will therefore apply, along with any applicable section 7
     213 + additional terms, to the whole of the work, and all its parts,
     214 + regardless of how they are packaged.  This License gives no
     215 + permission to license the work in any other way, but it does not
     216 + invalidate such permission if you have separately received it.
234  217
235      -    ___d) If the work has interactive user interfaces, each must display
236      -    ___Appropriate Legal Notices; however, if the Program has interactive
237      -    ___interfaces that do not display Appropriate Legal Notices, your
238      -    ___work need not make them do so.
     218 + d) If the work has interactive user interfaces, each must display
     219 + Appropriate Legal Notices; however, if the Program has interactive
     220 + interfaces that do not display Appropriate Legal Notices, your
     221 + work need not make them do so.
239  222
240      -  __A compilation of a covered work with other separate and independent
     223 + A compilation of a covered work with other separate and independent
241  224    works, which are not by their nature extensions of the covered work,
242  225    and which are not combined with it such as to form a larger program,
243  226    in or on a volume of a storage or distribution medium, is called an
247  230    in an aggregate does not cause this License to apply to the other
248  231    parts of the aggregate.
249  232
250      -  __6. Conveying Non-Source Forms.
     233 + 6. Conveying Non-Source Forms.
251  234
252      -  __You may convey a covered work in object code form under the terms
     235 + You may convey a covered work in object code form under the terms
253  236    of sections 4 and 5, provided that you also convey the
254  237    machine-readable Corresponding Source under the terms of this License,
255  238    in one of these ways:
256  239
257      -    ___a) Convey the object code in, or embodied in, a physical product
258      -    ___(including a physical distribution medium), accompanied by the
259      -    ___Corresponding Source fixed on a durable physical medium
260      -    ___customarily used for software interchange.
261      -
262      -    ___b) Convey the object code in, or embodied in, a physical product
263      -    ___(including a physical distribution medium), accompanied by a
264      -    ___written offer, valid for at least three years and valid for as
265      -    ___long as you offer spare parts or customer support for that product
266      -    ___model, to give anyone who possesses the object code either (1) a
267      -    ___copy of the Corresponding Source for all the software in the
268      -    ___product that is covered by this License, on a durable physical
269      -    ___medium customarily used for software interchange, for a price no
270      -    ___more than your reasonable cost of physically performing this
271      -    ___conveying of source, or (2) access to copy the
272      -    ___Corresponding Source from a network server at no charge.
273      -
274      -    ___c) Convey individual copies of the object code with a copy of the
275      -    ___written offer to provide the Corresponding Source.  This
276      -    ___alternative is allowed only occasionally and noncommercially, and
277      -    ___only if you received the object code with such an offer, in accord
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019056

SER_2883

10/2/2019    Case 5:18-cv-07182-EJD  Document 98-1 tended to make to make the code to make the code does not violate · 1:1graphfoundation/ongdb@c0b23b · GitHub    Filed 12/11/20   Page 331 of 298

```
278     - ___with subsection 6b.
279     -
280     - ___d) Convey the object code by offering access from a designated
281     - ___place (gratis or for a charge), and offer equivalent access to the
282     - ___Corresponding Source in the same way through the same place at no
283     - ___further charge.  You need not require recipients to copy the
284     - ___Corresponding Source along with the object code.  If the place to
285     - ___copy the object code is a network server, the Corresponding Source
286     - ___may be on a different server (operated by you or a third party)
287     - ___that supports equivalent copying facilities, provided you maintain
288     - ___clear directions next to the object code saying where to find the
289     - ___Corresponding Source.  Regardless of what server hosts the
290     - ___Corresponding Source, you remain obligated to ensure that it is
291     - ___available for as long as needed to satisfy these requirements.
292     -
293     - ___e) Convey the object code using peer-to-peer transmission, provided
294     - ___you inform other peers where the object code and Corresponding
295     - ___Source of the work are being offered to the general public at no
296     - ___charge under subsection 6d.
297     -
298     - __A separable portion of the object code, whose source code is excluded
240     + a) Convey the object code in, or embodied in, a physical product
241     + (including a physical distribution medium), accompanied by the
242     + Corresponding Source fixed on a durable physical medium
243     + customarily used for software interchange.
244     +
245     + b) Convey the object code in, or embodied in, a physical product
246     + (including a physical distribution medium), accompanied by a
247     + written offer, valid for at least three years and valid for as
248     + long as you offer spare parts or customer support for that product
249     + model, to give anyone who possesses the object code either (1) a
250     + copy of the Corresponding Source for all the software in the
251     + product that is covered by this License, on a durable physical
252     + medium customarily used for software interchange, for a price no
253     + more than your reasonable cost of physically performing this
254     + conveying of source, or (2) access to copy the
255     + Corresponding Source from a network server at no charge.
256     +
257     + c) Convey individual copies of the object code with a copy of the
258     + written offer to provide the Corresponding Source.  This
259     + alternative is allowed only occasionally and noncommercially, and
260     + only if you received the object code with such an offer, in accord
261     + with subsection 6b.
262     +
263     + d) Convey the object code by offering access from a designated
264     + place (gratis or for a charge), and offer equivalent access to the
265     + Corresponding Source in the same way through the same place at no
266     + further charge.  You need not require recipients to copy the
267     + Corresponding Source along with the object code.  If the place to
268     + copy the object code is a network server, the Corresponding Source
269     + may be on a different server (operated by you or a third party)
270     + that supports equivalent copying facilities, provided you maintain
271     + clear directions next to the object code saying where to find the
272     + Corresponding Source.  Regardless of what server hosts the
273     + Corresponding Source, you remain obligated to ensure that it is
274     + available for as long as needed to satisfy these requirements.
275     +
276     + e) Convey the object code using peer-to-peer transmission, provided
277     + you inform other peers where the object code and Corresponding
278     + Source of the work are being offered to the general public at no
279     + charge under subsection 6d.
280     +
281     + A separable portion of the object code, whose source code is excluded
```

N4J_019057

SER_2884

```
299  282      from the Corresponding Source as a System Library, need not be
300  283      included in conveying the object code work.
301  284

302       -  __A "User Product" is either (1) a "consumer product", which means any
     285  +  A "User Product" is either (1) a "consumer product", which means any
303  286      tangible personal property which is normally used for personal, family,
304  287      or household purposes, or (2) anything designed or sold for incorporation
305  288      into a dwelling.  In determining whether a product is a consumer product,
312  295      commercial, industrial or non-consumer uses, unless such uses represent
313  296      the only significant mode of use of the product.
314  297

315       -  __"Installation Information" for a User Product means any methods,
     298  +  "Installation Information" for a User Product means any methods,
316  299      procedures, authorization keys, or other information required to install
317  300      and execute modified versions of a covered work in that User Product from
318  301      a modified version of its Corresponding Source.  The information must
319  302      suffice to ensure that the continued functioning of the modified object
320  303      code is in no case prevented or interfered with solely because
321  304      modification has been made.
322  305

323       -  __If you convey an object code work under this section in, or with, or
     306  +  If you convey an object code work under this section in, or with, or
324  307      specifically for use in, a User Product, and the conveying occurs as
325  308      part of a transaction in which the right of possession and use of the
326  309      User Product is transferred to the recipient in perpetuity or for a
331  314      modified object code on the User Product (for example, the work has
332  315      been installed in ROM).
333  316

334       -  __The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318      requirement to continue to provide support service, warranty, or updates
336  319      for a work that has been modified or installed by the recipient, or for
337  320      the User Product in which it has been modified or installed.  Access to a
338  321      network may be denied when the modification itself materially and
339  322      adversely affects the operation of the network or violates the rules and
340  323      protocols for communication across the network.
341  324

342       -  __Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326      in accord with this section must be in a format that is publicly
344  327      documented (and with an implementation available to the public in
345  328      source code form), and must require no special password or key for
346  329      unpacking, reading or copying.
347  330

348       -  __7. Additional Terms.
     331  +  7. Additional Terms.
349  332

350       -  __"Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334      License by making exceptions from one or more of its conditions.
352  335      Additional permissions that are applicable to the entire Program shall
353  336      be treated as though they were included in this License, to the extent
356  339      under those permissions, but the entire Program remains governed by
357  340      this License without regard to the additional permissions.
358  341

359       -  __When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343      remove any additional permissions from that copy, or from any part of
361  344      it.  (Additional permissions may be written to require their own
362  345      removal in certain cases when you modify the work.)  You may place
363  346      additional permissions on material, added by you to a covered work,
364  347      for which you have or can give appropriate copyright permission.
365  348
```

N4J_019058

SER_2885

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 not violate the terms of the license. add-on · ongdb/ongdb · GitHub Filed 12/11/20 Page 333 of 1298

```
366         -  __Notwithstanding any other provision of this License, for material you
       349  + Notwithstanding any other provision of this License, for material you
367    350    add to a covered work, you may (if authorized by the copyright holders of
368    351    that material) supplement the terms of this License with terms:
369    352

370         -  ____a) Disclaiming warranty or limiting liability differently from the
371         -  ____terms of sections 15 and 16 of this License; or
       353  + a) Disclaiming warranty or limiting liability differently from the
       354  + terms of sections 15 and 16 of this License; or
372    355

373         -  ____b) Requiring preservation of specified reasonable legal notices or
374         -  ____author attributions in that material or in the Appropriate Legal
375         -  ____Notices displayed by works containing it; or
       356  + b) Requiring preservation of specified reasonable legal notices or
       357  + author attributions in that material or in the Appropriate Legal
       358  + Notices displayed by works containing it; or
376    359

377         -  ____c) Prohibiting misrepresentation of the origin of that material, or
378         -  ____requiring that modified versions of such material be marked in
379         -  ____reasonable ways as different from the original version; or
       360  + c) Prohibiting misrepresentation of the origin of that material, or
       361  + requiring that modified versions of such material be marked in
       362  + reasonable ways as different from the original version; or
380    363

381         -  ____d) Limiting the use for publicity purposes of names of licensors or
382         -  ____authors of the material; or
       364  + d) Limiting the use for publicity purposes of names of licensors or
       365  + authors of the material; or
383    366

384         -  ____e) Declining to grant rights under trademark law for use of some
385         -  ____trade names, trademarks, or service marks; or
       367  + e) Declining to grant rights under trademark law for use of some
       368  + trade names, trademarks, or service marks; or
386    369

387         -  ____f) Requiring indemnification of licensors and authors of that
388         -  ____material by anyone who conveys the material (or modified versions of
389         -  ____it) with contractual assumptions of liability to the recipient, for
390         -  ____any liability that these contractual assumptions directly impose on
391         -  ____those licensors and authors.
       370  + f) Requiring indemnification of licensors and authors of that
       371  + material by anyone who conveys the material (or modified versions of
       372  + it) with contractual assumptions of liability to the recipient, for
       373  + any liability that these contractual assumptions directly impose on
       374  + those licensors and authors.
392    375

393         -  __All other non-permissive additional terms are considered "further
       376  + All other non-permissive additional terms are considered "further
394    377    restrictions" within the meaning of section 10.  If the Program as you
395    378    received it, or any part of it, contains a notice stating that it is
396         -  governed by this License along with a term that is a further restriction,
397         -  you may remove that term.  If a license document contains a further
398         -  restriction but permits relicensing or conveying under this License, you
399         -  may add to a covered work material governed by the terms of that license
400         -  document, provided that the further restriction does not survive such
401         -  relicensing or conveying.
402         -
403         -  __If you add terms to a covered work in accord with this section, you
       379  + governed by this License along with a term that is a further
       380  + restriction, you may remove that term.  If a license document contains
       381  + a further restriction but permits relicensing or conveying under this
       382  + License, you may add to a covered work material governed by the terms
       383  + of that license document, provided that the further restriction does
       384  + not survive such relicensing or conveying.
```

N4J_019059

SER_2886

```
385    +
386    + If you add terms to a covered work in accord with this section, you
404  387      must place, in the relevant source files, a statement of the
405  388      additional terms that apply to those files, or a notice indicating
406  389      where to find the applicable terms.
407  390

408      -   __Additional terms, permissive or non-permissive, may be stated in the
     391  +   Additional terms, permissive or non-permissive, may be stated in the
409  392      form of a separately written license, or stated as exceptions;
410  393      the above requirements apply either way.
411  394

412      -   __8. Termination.
     395  +   8. Termination.
413  396

414      -   __You may not propagate or modify a covered work except as expressly
     397  +   You may not propagate or modify a covered work except as expressly
415  398      provided under this License.  Any attempt otherwise to propagate or
416  399      modify it is void, and will automatically terminate your rights under
417  400      this License (including any patent licenses granted under the third
418  401      paragraph of section 11).
419  402

420      -   __However, if you cease all violation of this License, then your
     403  +   However, if you cease all violation of this License, then your
421  404      license from a particular copyright holder is reinstated (a)
422  405      provisionally, unless and until the copyright holder explicitly and
423  406      finally terminates your license, and (b) permanently, if the copyright
424  407      holder fails to notify you of the violation by some reasonable means
425  408      prior to 60 days after the cessation.
426  409

427      -   __Moreover, your license from a particular copyright holder is
     410  +   Moreover, your license from a particular copyright holder is
428  411      reinstated permanently if the copyright holder notifies you of the
429  412      violation by some reasonable means, this is the first time you have
430  413      received notice of violation of this License (for any work) from that
431  414      copyright holder, and you cure the violation prior to 30 days after
432  415      your receipt of the notice.
433  416

434      -   __Termination of your rights under this section does not terminate the
     417  +   Termination of your rights under this section does not terminate the
435  418      licenses of parties who have received copies or rights from you under
436  419      this License.  If your rights have been terminated and not permanently
437  420      reinstated, you do not qualify to receive new licenses for the same
438  421      material under section 10.
439  422

440      -   __9. Acceptance Not Required for Having Copies.
     423  +   9. Acceptance Not Required for Having Copies.
441  424

442      -   __You are not required to accept this License in order to receive or
     425  +   You are not required to accept this License in order to receive or
443  426      run a copy of the Program.  Ancillary propagation of a covered work
444  427      occurring solely as a consequence of using peer-to-peer transmission
445  428      to receive a copy likewise does not require acceptance.  However,
448  431      not accept this License.  Therefore, by modifying or propagating a
449  432      covered work, you indicate your acceptance of this License to do so.
450  433

451      -   __10. Automatic Licensing of Downstream Recipients.
     434  +   10. Automatic Licensing of Downstream Recipients.
452  435

453      -   __Each time you convey a covered work, the recipient automatically
     436  +   Each time you convey a covered work, the recipient automatically
454  437      receives a license from the original licensors, to run, modify and
455  438      propagate that work, subject to this License.  You are not responsible
456  439      for enforcing compliance by third parties with this License.
```

N4J_019060

SER_2887

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 335 of 398 ongdb/gpl-3.0.txt at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```
457  440
458       -  __An "entity transaction" is a transaction transferring control of an
     441  +  An "entity transaction" is a transaction transferring control of an
459  442     organization, or substantially all assets of one, or subdividing an
460  443     organization, or merging organizations.  If propagation of a covered
461  444     work results from an entity transaction, each party to that
465  448     Corresponding Source of the work from the predecessor in interest, if
466  449     the predecessor has it or can get it with reasonable efforts.
467  450
468       -  __You may not impose any further restrictions on the exercise of the
     451  +  You may not impose any further restrictions on the exercise of the
469  452     rights granted or affirmed under this License.  For example, you may
470  453     not impose a license fee, royalty, or other charge for exercise of
471  454     rights granted under this License, and you may not initiate litigation
472  455     (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456     any patent claim is infringed by making, using, selling, offering for
474  457     sale, or importing the Program or any portion of it.
475  458
476       -  __11. Patents.
     459  +  11. Patents.
477  460
478       -  __A "contributor" is a copyright holder who authorizes use under this
     461  +  A "contributor" is a copyright holder who authorizes use under this
479  462     License of the Program or a work on which the Program is based.  The
480  463     work thus licensed is called the contributor's "contributor version".
481  464
482       -  __A contributor's "essential patent claims" are all patent claims
     465  +  A contributor's "essential patent claims" are all patent claims
483  466     owned or controlled by the contributor, whether already acquired or
484  467     hereafter acquired, that would be infringed by some manner, permitted
485  468     by this License, of making, using, or selling its contributor version,
489  472     patent sublicenses in a manner consistent with the requirements of
490  473     this License.
491  474
492       -  __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  +  Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476     patent license under the contributor's essential patent claims, to
494  477     make, use, sell, offer for sale, import and otherwise run, modify and
495  478     propagate the contents of its contributor version.
496  479
497       -  __In the following three paragraphs, a "patent license" is any express
     480  +  In the following three paragraphs, a "patent license" is any express
498  481     agreement or commitment, however denominated, not to enforce a patent
499  482     (such as an express permission to practice a patent or covenant not to
500  483     sue for patent infringement).  To "grant" such a patent license to a
501  484     party means to make such an agreement or commitment not to enforce a
502  485     patent against the party.
503  486
504       -  __If you convey a covered work, knowingly relying on a patent license,
     487  +  If you convey a covered work, knowingly relying on a patent license,
505  488     and the Corresponding Source of the work is not available for anyone
506  489     to copy, free of charge and under the terms of this License, through a
507  490     publicly available network server or other readily accessible means,
515  498     in a country, would infringe one or more identifiable patents in that
516  499     country that you have reason to believe are valid.
517  500
518       -  __If, pursuant to or in connection with a single transaction or
     501  +  If, pursuant to or in connection with a single transaction or
519  502     arrangement, you convey, or propagate by procuring conveyance of, a
520  503     covered work, and grant a patent license to some of the parties
521  504     receiving the covered work authorizing them to use, propagate, modify
522  505     or convey a specific copy of the covered work, then the patent license
523  506     you grant is automatically extended to all recipients of the covered
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019061

SER_2888

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 336 of 198 · GitHub

```
524  507       work and works based on it.
525  508
526      -  __A patent license is "discriminatory" if it does not include within
     509  +  A patent license is "discriminatory" if it does not include within
527  510       the scope of its coverage, prohibits the exercise of, or is
528  511       conditioned on the non-exercise of one or more of the rights that are
529  512       specifically granted under this License.  You may not convey a covered
538  521       contain the covered work, unless you entered into that arrangement,
539  522       or that patent license was granted, prior to 28 March 2007.
540  523
541      -  __Nothing in this License shall be construed as excluding or limiting
     524  +  Nothing in this License shall be construed as excluding or limiting
542  525       any implied license or other defenses to infringement that may
543  526       otherwise be available to you under applicable patent law.
544  527
545      -  __12. No Surrender of Others' Freedom.
     528  +  12. No Surrender of Others' Freedom.
546  529
547      -  __If conditions are imposed on you (whether by court order, agreement or
     530  +  If conditions are imposed on you (whether by court order, agreement or
548  531       otherwise) that contradict the conditions of this License, they do not
549  532       excuse you from the conditions of this License.  If you cannot convey a
550  533       covered work so as to satisfy simultaneously your obligations under this
554  537       the Program, the only way you could satisfy both those terms and this
555  538       License would be to refrain entirely from conveying the Program.
556  539
557      -  __13. Remote Network Interaction; Use with the GNU General Public License.
     540  +  13. Remote Network Interaction; Use with the GNU General Public License.
558  541
559      -  __Notwithstanding any other provision of this License, if you modify the
     542  +  Notwithstanding any other provision of this License, if you modify the
560  543       Program, your modified version must prominently offer all users
561  544       interacting with it remotely through a computer network (if your version
562  545       supports such interaction) an opportunity to receive the Corresponding
567  550       of the GNU General Public License that is incorporated pursuant to the
568  551       following paragraph.
569  552
570      -  __Notwithstanding any other provision of this License, you have permission
571      -  to link or combine any covered work with a work licensed under version 3
572      -  of the GNU General Public License into a single combined work, and to
573      -  convey the resulting work.  The terms of this License will continue to
574      -  apply to the part which is the covered work, but the work with which it is
575      -  combined will remain governed by version 3 of the GNU General Public
576      -  License.
577      -
578      -  __14. Revised Versions of this License.
579      -
580      -  __The Free Software Foundation may publish revised and/or new versions of
581      -  the GNU Affero General Public License from time to time.  Such new
582      -  versions will be similar in spirit to the present version, but may differ
583      -  in detail to address new problems or concerns.
584      -
585      -  __Each version is given a distinguishing version number.  If the
586      -  Program specifies that a certain numbered version of the GNU Affero
587      -  General Public License "or any later version" applies to it, you have
588      -  the option of following the terms and conditions either of that
589      -  numbered version or of any later version published by the Free
590      -  Software Foundation.  If the Program does not specify a version number
591      -  of the GNU Affero General Public License, you may choose any version
592      -  ever published by the Free Software Foundation.
593      -
594      -  __If the Program specifies that a proxy can decide which future
595      -  versions of the GNU Affero General Public License can be used, that
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019062

SER_2889

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 337 of 298 · GitHub

```
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    - Later license versions may give you additional or different
       553   + Notwithstanding any other provision of this License, you have
       554   + permission to link or combine any covered work with a work licensed
       555   + under version 3 of the GNU General Public License into a single
       556   + combined work, and to convey the resulting work.  The terms of this
       557   + License will continue to apply to the part which is the covered work,
       558   + but the work with which it is combined will remain governed by version
       559   + 3 of the GNU General Public License.
       560   +
       561   + 14. Revised Versions of this License.
       562   +
       563   + The Free Software Foundation may publish revised and/or new versions of
       564   + the GNU Affero General Public License from time to time.  Such new versions
       565   + will be similar in spirit to the present version, but may differ in detail to
       566   + address new problems or concerns.
       567   +
       568   + Each version is given a distinguishing version number.  If the
       569   + Program specifies that a certain numbered version of the GNU Affero General
       570   + Public License "or any later version" applies to it, you have the
       571   + option of following the terms and conditions either of that numbered
       572   + version or of any later version published by the Free Software
       573   + Foundation.  If the Program does not specify a version number of the
       574   + GNU Affero General Public License, you may choose any version ever published
       575   + by the Free Software Foundation.
       576   +
       577   + If the Program specifies that a proxy can decide which future
       578   + versions of the GNU Affero General Public License can be used, that proxy's
       579   + public statement of acceptance of a version permanently authorizes you
       580   + to choose that version for the Program.
       581   +
       582   + Later license versions may give you additional or different
600    583     permissions.  However, no additional obligations are imposed on any
601    584     author or copyright holder as a result of your choosing to follow a
602    585     later version.
603    586
604    - 15. Disclaimer of Warranty.
605    587   + 15. Disclaimer of Warranty.
606    - THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
       589   + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607    590     APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608    591     HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609    592     OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612    595     IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613    596     ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614    597
615    - 16. Limitation of Liability.
       598   + 16. Limitation of Liability.
616    599
617    - IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
       600   + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618    601     WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619    602     THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620    603     GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624    607     EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625    608     SUCH DAMAGES.
626    609
627    - 17. Interpretation of Sections 15 and 16.
       610   + 17. Interpretation of Sections 15 and 16.
628    611
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019063

SER_2890

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 338 of 1298 · GitHub

```
629   -   If the disclaimer of warranty and limitation of liability provided
      612 +  If the disclaimer of warranty and limitation of liability provided
630   613    above cannot be given local legal effect according to their terms,
631   614    reviewing courts shall apply local law that most closely approximates
632   615    an absolute waiver of all civil liability in connection with the
633   616    Program, unless a warranty or assumption of liability accompanies a
634   617    copy of the Program in return for a fee.
635   618

636   -              END OF TERMS AND CONDITIONS
      619 +  END OF TERMS AND CONDITIONS
637   620

638   -        How to Apply These Terms to Your New Programs
      621 +  How to Apply These Terms to Your New Programs
639   622

640   -   If you develop a new program, and you want it to be of the greatest
      623 +  If you develop a new program, and you want it to be of the greatest
641   624    possible use to the public, the best way to achieve this is to make it
642   625    free software which everyone can redistribute and change under these terms.
643   626

644   -   To do so, attach the following notices to the program.  It is safest
      627 +  To do so, attach the following notices to the program.  It is safest
645   628    to attach them to the start of each source file to most effectively
646   629    state the exclusion of warranty; and each file should have at least
647   630    the "copyright" line and a pointer to where the full notice is found.
648   631

649   -   <one line to give the program's name and a brief idea of what it does.>
650   -   Copyright (C) <year>  <name of author>
      632 + <one line to give the program's name and a brief idea of what it does.>
      633 + Copyright (C) <year>  <name of author>
651   634

652   -   This program is free software: you can redistribute it and/or modify
653   -   it under the terms of the GNU Affero General Public License as
654   -   published by the Free Software Foundation, either version 3 of the
655   -   License, or (at your option) any later version.
      635 + This program is free software: you can redistribute it and/or modify
      636 + it under the terms of the GNU Affero General Public License as published by
      637 + the Free Software Foundation, either version 3 of the License, or
      638 + (at your option) any later version.
656   639

657   -   This program is distributed in the hope that it will be useful,
658   -   but WITHOUT ANY WARRANTY; without even the implied warranty of
659   -   MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660   -   GNU Affero General Public License for more details.
      640 + This program is distributed in the hope that it will be useful,
      641 + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642 + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643 + GNU Affero General Public License for more details.
661   644

662   -   You should have received a copy of the GNU Affero General Public License
663   -   along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645 + You should have received a copy of the GNU Affero General Public License
      646 + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647

665   648    Also add information on how to contact you by electronic and paper mail.
666   649

667   -   If your software can interact with users remotely through a computer
      650 + If your software can interact with users remotely through a computer
668   651    network, you should also make sure that it provides a way for users to
669   652    get its source.  For example, if your program is a web application, its
670   653    interface could display a "Source" link that leads users to an archive
671   654    of the code.  There are many ways you could offer source, and different
672   655    solutions will be better for different programs; see section 13 for the
673   656    specific requirements.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019064

SER_2891

```
- _You should also get your employer (if you work as a programmer) or school,
+ You should also get your employer (if you work as a programmer) or school,
  if any, to sign a "copyright disclaimer" for the program, if necessary.
  For more information on this, and how to apply and follow the GNU AGPL, see
- <http://www.gnu.org/licenses/>.
-
-
- "Commons Clause" License Condition
-
- The Software is provided to you by the Licensor under the License, as
- defined below, subject to the following condition. Without limiting
- other conditions in the License, the grant of rights under the License
- will not include, and the License does not grant to you, the right to
- Sell the Software.  For purposes of the foregoing, "Sell" means
- practicing any or all of the rights granted to you under the License
- to provide to third parties, for a fee or other consideration,
- a product or service that consists, entirely or substantially,
- of the Software or the functionality of the Software. Any license
- notice or attribution required by the License must also include
- this Commons Cause License Condition notice.
+ <https://www.gnu.org/licenses/>.
```

486 enterprise/backup/LICENSE.txt

```
@@ -1,51 +1,35 @@
- NOTICE
- This package contains software licensed under different
- licenses, please refer to the NOTICE.txt file for further
- information and LICENSES.txt for full license texts.
+ GNU AFFERO GENERAL PUBLIC LICENSE
+   Version 3, 19 November 2007

- Neo4j Enterprise object code can be licensed independently from
- the source under separate commercial terms. Email inquiries can be
- directed to: licensing@neo4j.com. More information is also
- available at:https://neo4j.com/licensing/
+ Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
+ Everyone is permitted to copy and distribute verbatim copies
+ of this license document, but changing it is not allowed.

- The software ("Software") is developed and owned by Neo4j Sweden AB
- (referred to in this notice as “Neo4j”) and is subject to the terms
- of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
+ Preamble

-
-
-                     GNU AFFERO GENERAL PUBLIC LICENSE
-                        Version 3, 19 November 2007
-
-  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
-  Everyone is permitted to copy and distribute verbatim copies
-  of this license document, but changing it is not allowed.
-
-                             Preamble
-
-   The GNU Affero General Public License is a free, copyleft license
- for software and other kinds of works, specifically designed to ensure
+ The GNU Affero General Public License is a free, copyleft license for
+ software and other kinds of works, specifically designed to ensure
  cooperation with the community in the case of network server software.

```

```
30    -     The licenses for most software and other practical works are
31    - designed to take away your freedom to share and change the works.  By
32    - contrast, our General Public Licenses are intended to guarantee your
33    - freedom to share and change all versions of a program--to make sure it
34    - remains free software for all its users.
      14 + The licenses for most software and other practical works are designed
      15 + to take away your freedom to share and change the works.  By contrast,
      16 + our General Public Licenses are intended to guarantee your freedom to
      17 + share and change all versions of a program--to make sure it remains free
      18 + software for all its users.
35    19
36    -     When we speak of free software, we are referring to freedom, not
      20 + When we speak of free software, we are referring to freedom, not
37    21 price.  Our General Public Licenses are designed to make sure that you
38    22 have the freedom to distribute copies of free software (and charge for
39    23 them if you wish), that you receive source code or can get it if you
40    24 want it, that you can change the software or use pieces of it in new
41    25 free programs, and that you know you can do these things.
42    26
43    -     Developers that use our General Public Licenses protect your rights
      27 + Developers that use our General Public Licenses protect your rights
44    28 with two steps: (1) assert copyright on the software, and (2) offer
45    29 you this License which gives you legal permission to copy, distribute
46    30 and/or modify the software.
47    31
48    -     A secondary benefit of defending all users' freedom is that
      32 + A secondary benefit of defending all users' freedom is that
49    33 improvements made in alternate versions of the program, if they
50    34 receive widespread use, become available for other developers to
51    35 incorporate.  Many developers of free software are heartened and
55    39 letting the public access it on a server without ever releasing its
56    40 source code to the public.
57    41
58    -     The GNU Affero General Public License is designed specifically to
      42 + The GNU Affero General Public License is designed specifically to
59    43 ensure that, in such cases, the modified source code becomes available
60    44 to the community.  It requires the operator of a network server to
61    45 provide the source code of the modified version running there to the
62    46 users of that server.  Therefore, public use of a modified version, on
63    47 a publicly accessible server, gives the public access to the source
64    48 code of the modified version.
65    49
66    -     An older license, called the Affero General Public License and
      50 + An older license, called the Affero General Public License and
67    51 published by Affero, was designed to accomplish similar goals.  This is
68    52 a different license, not a version of the Affero GPL, but Affero has
69    53 released a new version of the Affero GPL which permits relicensing under
70    54 this license.
71    55
72    -     The precise terms and conditions for copying, distribution and
      56 + The precise terms and conditions for copying, distribution and
73    57 modification follow.
74    58
75    -                       TERMS AND CONDITIONS
      59 + TERMS AND CONDITIONS
      60 +
      61 + 0. Definitions.
76    62
77    -     0. Definitions.
      63 + "This License" refers to version 3 of the GNU Affero General Public License.
78    64
79    -     "This License" refers to version 3 of the GNU Affero General Public
80    - License.
```

N4J_019066

SER_2893

26/37

10/2/2019     Case 5:18-cv-07182-EJD   ongdb/COPYING at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub   Document 98-1   Filed 12/11/20   Page 341 of 298

```
     65  + "Copyright" also means copyright-like laws that apply to other kinds of
     66  + works, such as semiconductor masks.
 81  67
 82      -   "Copyright" also means copyright-like laws that apply to other kinds
 83      - of works, such as semiconductor masks.
 84      -
 85      -   "The Program" refers to any copyrightable work licensed under this
     68  + "The Program" refers to any copyrightable work licensed under this
 86  69    License.  Each licensee is addressed as "you".  "Licensees" and
 87  70    "recipients" may be individuals or organizations.
 88  71
 89      -   To "modify" a work means to copy from or adapt all or part of the work
     72  + To "modify" a work means to copy from or adapt all or part of the work
 90  73    in a fashion requiring copyright permission, other than the making of an
 91  74    exact copy.  The resulting work is called a "modified version" of the
 92  75    earlier work or a work "based on" the earlier work.
 93  76
 94      -   A "covered work" means either the unmodified Program or a work based
     77  + A "covered work" means either the unmodified Program or a work based
 95  78    on the Program.
 96  79
 97      -   To "propagate" a work means to do anything with it, without
     80  + To "propagate" a work means to do anything with it, without
 98  81    permission, would make you directly or secondarily liable for
 99  82    infringement under applicable copyright law, except executing it on a
100  83    computer or modifying a private copy.  Propagation includes copying,
101  84    distribution (with or without modification), making available to the
102  85    public, and in some countries other activities as well.
103  86
104      -   To "convey" a work means any kind of propagation that enables other
     87  + To "convey" a work means any kind of propagation that enables other
105  88    parties to make or receive copies.  Mere interaction with a user through
106  89    a computer network, with no transfer of a copy, is not conveying.
107  90
108      -   An interactive user interface displays "Appropriate Legal Notices"
     91  + An interactive user interface displays "Appropriate Legal Notices"
109  92    to the extent that it includes a convenient and prominently visible
110  93    feature that (1) displays an appropriate copyright notice, and (2)
111  94    tells the user that there is no warranty for the work (except to the
114  97    the interface presents a list of user commands or options, such as a
115  98    menu, a prominent item in the list meets this criterion.
116  99
117      - 1. Source Code.
    100  + 1. Source Code.
118 101
119      -   The "source code" for a work means the preferred form of the work
    102  + The "source code" for a work means the preferred form of the work
120 103    for making modifications to it.  "Object code" means any non-source
121 104    form of a work.
122 105
123      -   A "Standard Interface" means an interface that either is an official
    106  + A "Standard Interface" means an interface that either is an official
124 107    standard defined by a recognized standards body, or, in the case of
125 108    interfaces specified for a particular programming language, one that
126 109    is widely used among developers working in that language.
127 110
128      -   The "System Libraries" of an executable work include anything, other
    111  + The "System Libraries" of an executable work include anything, other
129 112    than the work as a whole, that (a) is included in the normal form of
130 113    packaging a Major Component, but which is not part of that Major
131 114    Component, and (b) serves only to enable use of the work with that
136 119    (if any) on which the executable work runs, or a compiler used to
137 120    produce the work, or an object code interpreter used to run it.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019067

SER_2894

10/2/2019        Case 5:18-cv-07182-EJD Document 98-1 ... to ... Filed 12/11/20 · ongdb... · GitHub

```
138  121
139       -   __The "Corresponding Source" for a work in object code form means all
     122  +   The "Corresponding Source" for a work in object code form means all
140  123       the source code needed to generate, install, and (for an executable
141  124       work) run the object code and to modify the work, including scripts to
142  125       control those activities.  However, it does not include the work's
149  132       such as by intimate data communication or control flow between those
150  133       subprograms and other parts of the work.
151  134

152       -   __The Corresponding Source need not include anything that users
     135  +   The Corresponding Source need not include anything that users
153  136       can regenerate automatically from other parts of the Corresponding
154  137       Source.
155  138

156       -   __The Corresponding Source for a work in source code form is that
     139  +   The Corresponding Source for a work in source code form is that
157  140       same work.
158  141

159       -   __2. Basic Permissions.
     142  +   2. Basic Permissions.
160  143

161       -   __All rights granted under this License are granted for the term of
     144  +   All rights granted under this License are granted for the term of
162  145       copyright on the Program, and are irrevocable provided the stated
163  146       conditions are met.  This License explicitly affirms your unlimited
164  147       permission to run the unmodified Program.  The output from running a
165  148       covered work is covered by this License only if the output, given its
166  149       content, constitutes a covered work.  This License acknowledges your
167  150       rights of fair use or other equivalent, as provided by copyright law.
168  151

169       -   __You may make, run and propagate covered works that you do not
     152  +   You may make, run and propagate covered works that you do not
170  153       convey, without conditions so long as your license otherwise remains
171  154       in force.  You may convey covered works to others for the sole purpose
172  155       of having them make modifications exclusively for you, or provide you
177  160       and control, on terms that prohibit them from making any copies of
178  161       your copyrighted material outside their relationship with you.
179  162

180       -   __Conveying under any other circumstances is permitted solely under
     163  +   Conveying under any other circumstances is permitted solely under
181  164       the conditions stated below.  Sublicensing is not allowed; section 10
182  165       makes it unnecessary.
183  166

184       -   __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  +   3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186       -   __No covered work shall be deemed part of an effective technological
     169  +   No covered work shall be deemed part of an effective technological
187  170       measure under any applicable law fulfilling obligations under article
188  171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172       similar laws prohibiting or restricting circumvention of such
190  173       measures.
191  174

192       -   __When you convey a covered work, you waive any legal power to forbid
     175  +   When you convey a covered work, you waive any legal power to forbid
193  176       circumvention of technological measures to the extent such circumvention
194  177       is effected by exercising rights under this License with respect to
195  178       the covered work, and you disclaim any intention to limit operation or
196  179       modification of the work as a means of enforcing, against the work's
197  180       users, your or third parties' legal rights to forbid circumvention of
198  181       technological measures.
199  182

200       -   __4. Conveying Verbatim Copies.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019068

SER_2895

```
183    + 4. Conveying Verbatim Copies.
201    184
202           - _You may convey verbatim copies of the Program's source code as you
       185    + You may convey verbatim copies of the Program's source code as you
203    186      receive it, in any medium, provided that you conspicuously and
204    187      appropriately publish on each copy an appropriate copyright notice;
205    188      keep intact all notices stating that this License and any
206    189      non-permissive terms added in accord with section 7 apply to the code;
207    190      keep intact all notices of the absence of any warranty; and give all
208    191      recipients a copy of this License along with the Program.
209    192
210           - _You may charge any price or no price for each copy that you convey,
       193    + You may charge any price or no price for each copy that you convey,
211    194      and you may offer support or warranty protection for a fee.
212    195
213           - _5. Conveying Modified Source Versions.
       196    + 5. Conveying Modified Source Versions.
214    197
215           - _You may convey a work based on the Program, or the modifications to
       198    + You may convey a work based on the Program, or the modifications to
216    199      produce it from the Program, in the form of source code under the
217    200      terms of section 4, provided that you also meet all of these conditions:
218    201
219           - ___a) The work must carry prominent notices stating that you modified
220           - ___it, and giving a relevant date.
       202    + a) The work must carry prominent notices stating that you modified
       203    + it, and giving a relevant date.
221    204
222           - ___b) The work must carry prominent notices stating that it is
223           - ___released under this License and any conditions added under section
224           - ___7.  This requirement modifies the requirement in section 4 to
225           - ___"keep intact all notices".
       205    + b) The work must carry prominent notices stating that it is
       206    + released under this License and any conditions added under section
       207    + 7.  This requirement modifies the requirement in section 4 to
       208    + "keep intact all notices".
226    209
227           - ___c) You must license the entire work, as a whole, under this
228           - ___License to anyone who comes into possession of a copy.  This
229           - ___License will therefore apply, along with any applicable section 7
230           - ___additional terms, to the whole of the work, and all its parts,
231           - ___regardless of how they are packaged.  This License gives no
232           - ___permission to license the work in any other way, but it does not
233           - ___invalidate such permission if you have separately received it.
       210    + c) You must license the entire work, as a whole, under this
       211    + License to anyone who comes into possession of a copy.  This
       212    + License will therefore apply, along with any applicable section 7
       213    + additional terms, to the whole of the work, and all its parts,
       214    + regardless of how they are packaged.  This License gives no
       215    + permission to license the work in any other way, but it does not
       216    + invalidate such permission if you have separately received it.
234    217
235           - ___d) If the work has interactive user interfaces, each must display
236           - ___Appropriate Legal Notices; however, if the Program has interactive
237           - ___interfaces that do not display Appropriate Legal Notices, your
238           - ___work need not make them do so.
       218    + d) If the work has interactive user interfaces, each must display
       219    + Appropriate Legal Notices; however, if the Program has interactive
       220    + interfaces that do not display Appropriate Legal Notices, your
       221    + work need not make them do so.
239    222
240           - _A compilation of a covered work with other separate and independent
       223    + A compilation of a covered work with other separate and independent
```

N4J_019069

SER_2896

```
241  224    works, which are not by their nature extensions of the covered work,
242  225    and which are not combined with it such as to form a larger program,
243  226    in or on a volume of a storage or distribution medium, is called an
247  230    in an aggregate does not cause this License to apply to the other
248  231    parts of the aggregate.
249  232
250       -  __6. Conveying Non-Source Forms.
     233  +  6. Conveying Non-Source Forms.
251  234
252       -  __You may convey a covered work in object code form under the terms
     235  +  You may convey a covered work in object code form under the terms
253  236    of sections 4 and 5, provided that you also convey the
254  237    machine-readable Corresponding Source under the terms of this License,
255  238    in one of these ways:
256  239
257       -  ____a) Convey the object code in, or embodied in, a physical product
258       -  ____(including a physical distribution medium), accompanied by the
259       -  ____Corresponding Source fixed on a durable physical medium
260       -  ____customarily used for software interchange.
261       -  ____
262       -  ____b) Convey the object code in, or embodied in, a physical product
263       -  ____(including a physical distribution medium), accompanied by a
264       -  ____written offer, valid for at least three years and valid for as
265       -  ____long as you offer spare parts or customer support for that product
266       -  ____model, to give anyone who possesses the object code either (1) a
267       -  ____copy of the Corresponding Source for all the software in the
268       -  ____product that is covered by this License, on a durable physical
269       -  ____medium customarily used for software interchange, for a price no
270       -  ____more than your reasonable cost of physically performing this
271       -  ____conveying of source, or (2) access to copy the
272       -  ____Corresponding Source from a network server at no charge.
273       -  ____
274       -  ____c) Convey individual copies of the object code with a copy of the
275       -  ____written offer to provide the Corresponding Source.  This
276       -  ____alternative is allowed only occasionally and noncommercially, and
277       -  ____only if you received the object code with such an offer, in accord
278       -  ____with subsection 6b.
279       -  ____
280       -  ____d) Convey the object code by offering access from a designated
281       -  ____place (gratis or for a charge), and offer equivalent access to the
282       -  ____Corresponding Source in the same way through the same place at no
283       -  ____further charge.  You need not require recipients to copy the
284       -  ____Corresponding Source along with the object code.  If the place to
285       -  ____copy the object code is a network server, the Corresponding Source
286       -  ____may be on a different server (operated by you or a third party)
287       -  ____that supports equivalent copying facilities, provided you maintain
288       -  ____clear directions next to the object code saying where to find the
289       -  ____Corresponding Source.  Regardless of what server hosts the
290       -  ____Corresponding Source, you remain obligated to ensure that it is
291       -  ____available for as long as needed to satisfy these requirements.
292       -  ____
293       -  ____e) Convey the object code using peer-to-peer transmission, provided
294       -  ____you inform other peers where the object code and Corresponding
295       -  ____Source of the work are being offered to the general public at no
296       -  ____charge under subsection 6d.
297       -  ____
298       -  __A separable portion of the object code, whose source code is excluded
     240  +  a) Convey the object code in, or embodied in, a physical product
     241  +  (including a physical distribution medium), accompanied by the
     242  +  Corresponding Source fixed on a durable physical medium
     243  +  customarily used for software interchange.
     244  +
     245  +  b) Convey the object code in, or embodied in, a physical product
```

N4J_019070

SER_2897

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 345 of 1298 ongdb-enterprise/GPL.txt at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```
246  + (including a physical distribution medium), accompanied by a
247  + written offer, valid for at least three years and valid for as
248  + long as you offer spare parts or customer support for that product
249  + model, to give anyone who possesses the object code either (1) a
250  + copy of the Corresponding Source for all the software in the
251  + product that is covered by this License, on a durable physical
252  + medium customarily used for software interchange, for a price no
253  + more than your reasonable cost of physically performing this
254  + conveying of source, or (2) access to copy the
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302      - _A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315      - _"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323      - _If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019071

SER_2898

```
333  316
334       -  __The requirement to provide Installation Information does not include a
     317  +  The requirement to provide Installation Information does not include a
335  318     requirement to continue to provide support service, warranty, or updates
336  319     for a work that has been modified or installed by the recipient, or for
337  320     the User Product in which it has been modified or installed.  Access to a
338  321     network may be denied when the modification itself materially and
339  322     adversely affects the operation of the network or violates the rules and
340  323     protocols for communication across the network.
341  324

342       -  __Corresponding Source conveyed, and Installation Information provided,
     325  +  Corresponding Source conveyed, and Installation Information provided,
343  326     in accord with this section must be in a format that is publicly
344  327     documented (and with an implementation available to the public in
345  328     source code form), and must require no special password or key for
346  329     unpacking, reading or copying.
347  330

348       -  __7. Additional Terms.
     331  +  7. Additional Terms.
349  332

350       -  __"Additional permissions" are terms that supplement the terms of this
     333  +  "Additional permissions" are terms that supplement the terms of this
351  334     License by making exceptions from one or more of its conditions.
352  335     Additional permissions that are applicable to the entire Program shall
353  336     be treated as though they were included in this License, to the extent
356  339     under those permissions, but the entire Program remains governed by
357  340     this License without regard to the additional permissions.
358  341

359       -  When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348

366       -  Notwithstanding any other provision of this License, for material you
     349  +  Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352

370       -  ___a) Disclaiming warranty or limiting liability differently from the
371       -  ___terms of sections 15 and 16 of this License; or
     353  +  a) Disclaiming warranty or limiting liability differently from the
     354  +  terms of sections 15 and 16 of this License; or
372  355

373       -  ___b) Requiring preservation of specified reasonable legal notices or
374       -  ___author attributions in that material or in the Appropriate Legal
375       -  ___Notices displayed by works containing it; or
     356  +  b) Requiring preservation of specified reasonable legal notices or
     357  +  author attributions in that material or in the Appropriate Legal
     358  +  Notices displayed by works containing it; or
376  359

377       -  ___c) Prohibiting misrepresentation of the origin of that material, or
378       -  ___requiring that modified versions of such material be marked in
379       -  ___reasonable ways as different from the original version; or
     360  +  c) Prohibiting misrepresentation of the origin of that material, or
     361  +  requiring that modified versions of such material be marked in
     362  +  reasonable ways as different from the original version; or
380  363

381       -  ___d) Limiting the use for publicity purposes of names of licensors or
382       -  ___authors of the material; or
     364  +  d) Limiting the use for publicity purposes of names of licensors or
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019072

SER_2899

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 ... Code to provide GitHub ... that does not violate the GPL ... information. · GitHub

```
365   + authors of the material; or
383   366
384   -   __e) Declining to grant rights under trademark law for use of some
385   -   __trade names, trademarks, or service marks; or
      367 + e) Declining to grant rights under trademark law for use of some
      368 + trade names, trademarks, or service marks; or
386   369
387   -   __f) Requiring indemnification of licensors and authors of that
388   -   __material by anyone who conveys the material (or modified versions of
389   -   __it) with contractual assumptions of liability to the recipient, for
390   -   __any liability that these contractual assumptions directly impose on
391   -   __those licensors and authors.
      370 + f) Requiring indemnification of licensors and authors of that
      371 + material by anyone who conveys the material (or modified versions of
      372 + it) with contractual assumptions of liability to the recipient, for
      373 + any liability that these contractual assumptions directly impose on
      374 + those licensors and authors.
392   375
393   -   __All other non-permissive additional terms are considered "further
      376 + All other non-permissive additional terms are considered "further
394   377   restrictions" within the meaning of section 10.  If the Program as you
395   378   received it, or any part of it, contains a notice stating that it is
396   - governed by this License along with a term that is a further restriction,
397   - you may remove that term.  If a license document contains a further
398   - restriction but permits relicensing or conveying under this License, you
399   - may add to a covered work material governed by the terms of that license
400   - document, provided that the further restriction does not survive such
401   - relicensing or conveying.
402   -
403   -
      379 + governed by this License along with a term that is a further
      380 + restriction, you may remove that term.  If a license document contains
      381 + a further restriction but permits relicensing or conveying under this
      382 + License, you may add to a covered work material governed by the terms
      383 + of that license document, provided that the further restriction does
      384 + not survive such relicensing or conveying.
      385 +
      386 + If you add terms to a covered work in accord with this section, you
404   387   must place, in the relevant source files, a statement of the
405   388   additional terms that apply to those files, or a notice indicating
406   389   where to find the applicable terms.
407   390
408   -   __Additional terms, permissive or non-permissive, may be stated in the
      391 + Additional terms, permissive or non-permissive, may be stated in the
409   392   form of a separately written license, or stated as exceptions;
410   393   the above requirements apply either way.
411   394
412   -   __8. Termination.
      395 + 8. Termination.
413   396
414   -   __You may not propagate or modify a covered work except as expressly
      397 + You may not propagate or modify a covered work except as expressly
415   398   provided under this License.  Any attempt otherwise to propagate or
416   399   modify it is void, and will automatically terminate your rights under
417   400   this License (including any patent licenses granted under the third
418   401   paragraph of section 11).
419   402
420   -   __However, if you cease all violation of this License, then your
      403 + However, if you cease all violation of this License, then your
421   404   license from a particular copyright holder is reinstated (a)
422   405   provisionally, unless and until the copyright holder explicitly and
423   406   finally terminates your license, and (b) permanently, if the copyright
424   407   holder fails to notify you of the violation by some reasonable means
```

N4J_019073

SER_2900

33/37

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 348 of 1298 · GitHub

```
425  408        prior to 60 days after the cessation.
426  409

427       -     __Moreover, your license from a particular copyright holder is
     410  +     Moreover, your license from a particular copyright holder is
428  411        reinstated permanently if the copyright holder notifies you of the
429  412        violation by some reasonable means, this is the first time you have
430  413        received notice of violation of this License (for any work) from that
431  414        copyright holder, and you cure the violation prior to 30 days after
432  415        your receipt of the notice.
433  416

434       -     __Termination of your rights under this section does not terminate the
     417  +     Termination of your rights under this section does not terminate the
435  418        licenses of parties who have received copies or rights from you under
436  419        this License.  If your rights have been terminated and not permanently
437  420        reinstated, you do not qualify to receive new licenses for the same
438  421        material under section 10.
439  422

440       -     __9. Acceptance Not Required for Having Copies.
     423  +     9. Acceptance Not Required for Having Copies.
441  424

442       -     __You are not required to accept this License in order to receive or
     425  +     __You are not required to accept this License in order to receive or
443  426        run a copy of the Program.  Ancillary propagation of a covered work
444  427        occurring solely as a consequence of using peer-to-peer transmission
445  428        to receive a copy likewise does not require acceptance.  However,
448  431        not accept this License.  Therefore, by modifying or propagating a
449  432        covered work, you indicate your acceptance of this License to do so.
450  433

451       -     __10. Automatic Licensing of Downstream Recipients.
     434  +     10. Automatic Licensing of Downstream Recipients.
452  435

453       -     __Each time you convey a covered work, the recipient automatically
     436  +     Each time you convey a covered work, the recipient automatically
454  437        receives a license from the original licensors, to run, modify and
455  438        propagate that work, subject to this License.  You are not responsible
456  439        for enforcing compliance by third parties with this License.
457  440

458       -     __An "entity transaction" is a transaction transferring control of an
     441  +     An "entity transaction" is a transaction transferring control of an
459  442        organization, or substantially all assets of one, or subdividing an
460  443        organization, or merging organizations.  If propagation of a covered
461  444        work results from an entity transaction, each party to that
465  448        Corresponding Source of the work from the predecessor in interest, if
466  449        the predecessor has it or can get it with reasonable efforts.
467  450

468       -     __You may not impose any further restrictions on the exercise of the
     451  +     You may not impose any further restrictions on the exercise of the
469  452        rights granted or affirmed under this License.  For example, you may
470  453        not impose a license fee, royalty, or other charge for exercise of
471  454        rights granted under this License, and you may not initiate litigation
472  455        (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456        any patent claim is infringed by making, using, selling, offering for
474  457        sale, or importing the Program or any portion of it.
475  458

476       -     __11. Patents.
     459  +     11. Patents.
477  460

478       -     __A "contributor" is a copyright holder who authorizes use under this
     461  +     A "contributor" is a copyright holder who authorizes use under this
479  462        License of the Program or a work on which the Program is based.  The
480  463        work thus licensed is called the contributor's "contributor version".
481  464

482       -     __A contributor's "essential patent claims" are all patent claims
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374    34/37

N4J_019074

SER_2901

10/2/2019     Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 349 of 1198   GitHub

```
465  + A contributor's "essential patent claims" are all patent claims
483  466    owned or controlled by the contributor, whether already acquired or
484  467    hereafter acquired, that would be infringed by some manner, permitted
485  468    by this License, of making, using, or selling its contributor version,
489  472    patent sublicenses in a manner consistent with the requirements of
490  473    this License.
491  474

492       - __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475  + Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476    patent license under the contributor's essential patent claims, to
494  477    make, use, sell, offer for sale, import and otherwise run, modify and
495  478    propagate the contents of its contributor version.
496  479

497       - __In the following three paragraphs, a "patent license" is any express
     480  + In the following three paragraphs, a "patent license" is any express
498  481    agreement or commitment, however denominated, not to enforce a patent
499  482    (such as an express permission to practice a patent or covenant not to
500  483    sue for patent infringement).  To "grant" such a patent license to a
501  484    party means to make such an agreement or commitment not to enforce a
502  485    patent against the party.
503  486

504       - __If you convey a covered work, knowingly relying on a patent license,
     487  + If you convey a covered work, knowingly relying on a patent license,
505  488    and the Corresponding Source of the work is not available for anyone
506  489    to copy, free of charge and under the terms of this License, through a
507  490    publicly available network server or other readily accessible means,
515  498    in a country, would infringe one or more identifiable patents in that
516  499    country that you have reason to believe are valid.
517  500

518       - __If, pursuant to or in connection with a single transaction or
     501  + If, pursuant to or in connection with a single transaction or
519  502    arrangement, you convey, or propagate by procuring conveyance of, a
520  503    covered work, and grant a patent license to some of the parties
521  504    receiving the covered work authorizing them to use, propagate, modify
522  505    or convey a specific copy of the covered work, then the patent license
523  506    you grant is automatically extended to all recipients of the covered
524  507    work and works based on it.
525  508

526       - __A patent license is "discriminatory" if it does not include within
     509  + A patent license is "discriminatory" if it does not include within
527  510    the scope of its coverage, prohibits the exercise of, or is
528  511    conditioned on the non-exercise of one or more of the rights that are
529  512    specifically granted under this License.  You may not convey a covered
530  521    contain the covered work, unless you entered into that arrangement,
539  522    or that patent license was granted, prior to 28 March 2007.
540  523

541       - __Nothing in this License shall be construed as excluding or limiting
     524  + Nothing in this License shall be construed as excluding or limiting
542  525    any implied license or other defenses to infringement that may
543  526    otherwise be available to you under applicable patent law.
544  527

545       - __12. No Surrender of Others' Freedom.
     528  + 12. No Surrender of Others' Freedom.
546  529

547       - __If conditions are imposed on you (whether by court order, agreement or
     530  + If conditions are imposed on you (whether by court order, agreement or
548  531    otherwise) that contradict the conditions of this License, they do not
549  532    excuse you from the conditions of this License.  If you cannot convey a
550  533    covered work so as to satisfy simultaneously your obligations under this
554  537    the Program, the only way you could satisfy both those terms and this
555  538    License would be to refrain entirely from conveying the Program.
556  539

557       - __13. Remote Network Interaction; Use with the GNU General Public License.
```

N4J_019075

SER_2902

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1 … not violate the terms of licensing information · GitHub    Filed 12/11/20   Page 350 of 1298 · GitHub

```
540   + 13. Remote Network Interaction; Use with the GNU General Public License.
558   541
559   -    Notwithstanding any other provision of this License, if you modify the
      542   + Notwithstanding any other provision of this License, if you modify the
560   543   Program, your modified version must prominently offer all users
561   544   interacting with it remotely through a computer network (if your version
562   545   supports such interaction) an opportunity to receive the Corresponding
567   550   of the GNU General Public License that is incorporated pursuant to the
568   551   following paragraph.
569   552
570   -    Notwithstanding any other provision of this License, you have permission
571   - to link or combine any covered work with a work licensed under version 3
572   - of the GNU General Public License into a single combined work, and to
573   - convey the resulting work.  The terms of this License will continue to
574   - apply to the part which is the covered work, but the work with which it is
575   - combined will remain governed by version 3 of the GNU General Public
576   - License.
577   -
578   -    14. Revised Versions of this License.
579   -
580   -    The Free Software Foundation may publish revised and/or new versions of
581   - the GNU Affero General Public License from time to time.  Such new
582   - versions will be similar in spirit to the present version, but may differ
583   - in detail to address new problems or concerns.
584   -
585   -    Each version is given a distinguishing version number.  If the
586   - Program specifies that a certain numbered version of the GNU Affero
587   - General Public License "or any later version" applies to it, you have
588   - the option of following the terms and conditions either of that
589   - numbered version or of any later version published by the Free
590   - Software Foundation.  If the Program does not specify a version number
591   - of the GNU Affero General Public License, you may choose any version
592   - ever published by the Free Software Foundation.
593   -
594   -    If the Program specifies that a proxy can decide which future
595   - versions of the GNU Affero General Public License can be used, that
596   - proxy's public statement of acceptance of a version permanently
597   - authorizes you to choose that version for the Program.
598   -
599   -    Later license versions may give you additional or different
      553   + Notwithstanding any other provision of this License, you have
      554   + permission to link or combine any covered work with a work licensed
      555   + under version 3 of the GNU General Public License into a single
      556   + combined work, and to convey the resulting work.  The terms of this
      557   + License will continue to apply to the part which is the covered work,
      558   + but the work with which it is combined will remain governed by version
      559   + 3 of the GNU General Public License.
      560   +
      561   + 14. Revised Versions of this License.
      562   +
      563   + The Free Software Foundation may publish revised and/or new versions of
      564   + the GNU Affero General Public License from time to time.  Such new versions
      565   + will be similar in spirit to the present version, but may differ in detail to
      566   + address new problems or concerns.
      567   +
      568   + Each version is given a distinguishing version number.  If the
      569   + Program specifies that a certain numbered version of the GNU Affero General
      570   + Public License "or any later version" applies to it, you have the
      571   + option of following the terms and conditions either of that numbered
      572   + version or of any later version published by the Free Software
      573   + Foundation.  If the Program does not specify a version number of the
      574   + GNU Affero General Public License, you may choose any version ever published
      575   + by the Free Software Foundation.
```

N4J_019076

SER_2903

10/2/2019        Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 351 of 1298 · GitHub

```
576    +
577    + If the Program specifies that a proxy can decide which future
578    + versions of the GNU Affero General Public License can be used, that proxy's
579    + public statement of acceptance of a version permanently authorizes you
580    + to choose that version for the Program.
581    +
582    + Later license versions may give you additional or different
600 583   permissions.  However, no additional obligations are imposed on any
601 584   author or copyright holder as a result of your choosing to follow a
602 585   later version.
603 586
604    -  __15. Disclaimer of Warranty.
587    + 15. Disclaimer of Warranty.
605 588
606    -  __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
589    + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607 590   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608 591   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609 592   OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612 595   IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613 596   ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614 597
615    -  __16. Limitation of Liability.
598    + 16. Limitation of Liability.
616 599
617    -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
600    + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618 601   WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619 602   THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620 603   GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624 607   EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625 608   SUCH DAMAGES.
626 609
627    -  __17. Interpretation of Sections 15 and 16.
610    + 17. Interpretation of Sections 15 and 16.
628 611
629    -  __If the disclaimer of warranty and limitation of liability provided
612    + If the disclaimer of warranty and limitation of liability provided
630 613   above cannot be given local legal effect according to their terms,
631 614   reviewing courts shall apply local law that most closely approximates
632 615   an absolute waiver of all civil liability in connection with the
633 616   Program, unless a warranty or assumption of liability accompanies a
634 617   copy of the Program in return for a fee.
635 618
636    -  _____END OF TERMS AND CONDITIONS
619    + END OF TERMS AND CONDITIONS
637 620
638    -  _____How to Apply These Terms to Your New Programs
621    + How to Apply These Terms to Your New Programs
639 622
640    -  __If you develop a new program, and you want it to be of the greatest
623    + If you develop a new program, and you want it to be of the greatest
641 624   possible use to the public, the best way to achieve this is to make it
642 625   free software which everyone can redistribute and change under these terms.
643 626
644    -  __To do so, attach the following notices to the program.  It is safest
627    + To do so, attach the following notices to the program.  It is safest
645 628   to attach them to the start of each source file to most effectively
646 629   state the exclusion of warranty; and each file should have at least
647 630   the "copyright" line and a pointer to where the full notice is found.
648 631
649    -  _____<one line to give the program's name and a brief idea of what it does.>
650    -  __Copyright (C) <year>  <name of author>
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019077

SER_2904

10/2/2019     Case 5:18-cv-07182-EJD     Document 98-1 ... Filed 12/11/20 ... Page 352 of 398 · GitHub

```
       632   + <one line to give the program's name and a brief idea of what it does.>
       633   + Copyright (C) <year>  <name of author>
652    634
653          -     This program is free software: you can redistribute it and/or modify
654          -     it under the terms of the GNU Affero General Public License as
655          -     published by the Free Software Foundation, either version 3 of the
             -     License, or (at your option) any later version.
       635   + This program is free software: you can redistribute it and/or modify
       636   + it under the terms of the GNU Affero General Public License as published by
       637   + the Free Software Foundation, either version 3 of the License, or
       638   + (at your option) any later version.
656    639
657          -     This program is distributed in the hope that it will be useful,
658          -     but WITHOUT ANY WARRANTY; without even the implied warranty of
659          -     MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660          -     GNU Affero General Public License for more details.
       640   + This program is distributed in the hope that it will be useful,
       641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
       642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
       643   + GNU Affero General Public License for more details.
661    644
662          -     You should have received a copy of the GNU Affero General Public License
663          -     along with this program.  If not, see <http://www.gnu.org/licenses/>.
       645   + You should have received a copy of the GNU Affero General Public License
       646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664    647
665    648     Also add information on how to contact you by electronic and paper mail.
666    649
667          - If your software can interact with users remotely through a computer
       650   + If your software can interact with users remotely through a computer
668    651   network, you should also make sure that it provides a way for users to
669    652   get its source.  For example, if your program is a web application, its
670    653   interface could display a "Source" link that leads users to an archive
671    654   of the code.  There are many ways you could offer source, and different
672    655   solutions will be better for different programs; see section 13 for the
673    656   specific requirements.
674    657
675          - You should also get your employer (if you work as a programmer) or school,
       658   + You should also get your employer (if you work as a programmer) or school,
676    659   if any, to sign a "copyright disclaimer" for the program, if necessary.
677    660   For more information on this, and how to apply and follow the GNU AGPL, see
678          - <http://www.gnu.org/licenses/>.
679          -
680          -
681          - "Commons Clause" License Condition
682          -
683          - The Software is provided to you by the Licensor under the License, as
684          - defined below, subject to the following condition. Without limiting
685          - other conditions in the License, the grant of rights under the License
686          - will not include, and the License does not grant to you, the right to
687          - Sell the Software.  For purposes of the foregoing, "Sell" means
688          - practicing any or all of the rights granted to you under the License
689          - to provide to third parties, for a fee or other consideration,
690          - a product or service that consists, entirely or substantially,
691          - of the Software or the functionality of the Software. Any license
692          - notice or attribution required by the License must also include
693          - this Commons Cause License Condition notice.
       661   + <https://www.gnu.org/licenses/>.
```

```
 ...   ...   486 ■■■■ enterprise/causal-clustering/LICENSE.txt 📋

 ...   ...   @@ -1,51 +1,35 @@
   1         - NOTICE
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

```
 2        - This package contains software licensed under different
 3        - licenses, please refer to the NOTICE.txt file for further
 4        - information and LICENSES.txt for full license texts.
      1   + GNU AFFERO GENERAL PUBLIC LICENSE
      2   +    Version 3, 19 November 2007
 5    3
 6        - Neo4j Enterprise object code can be licensed independently from
 7        - the source under separate commercial terms. Email inquiries can be
 8        - directed to: licensing@neo4j.com. More information is also
 9        - available at:https://neo4j.com/licensing/
      4   + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5   + Everyone is permitted to copy and distribute verbatim copies
      6   + of this license document, but changing it is not allowed.
10    7
11        - The software ("Software") is developed and owned by Neo4j Sweden AB
12        - (referred to in this notice as "Neo4j") and is subject to the terms
13        - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8   + Preamble
14    9
15        -
16        -
17        -                  GNU AFFERO GENERAL PUBLIC LICENSE
18        -                    Version 3, 19 November 2007
19        -
20        -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21        -  Everyone is permitted to copy and distribute verbatim copies
22        -  of this license document, but changing it is not allowed.
23        -
24        -                          Preamble
25        -
26        -   The GNU Affero General Public License is a free, copyleft license
27        - for software and other kinds of works, specifically designed to ensure
     10   + The GNU Affero General Public License is a free, copyleft license for
     11   + software and other kinds of works, specifically designed to ensure
28   12     cooperation with the community in the case of network server software.
29   13
30        -   The licenses for most software and other practical works are
31        - designed to take away your freedom to share and change the works.  By
32        - contrast, our General Public Licenses are intended to guarantee your
33        - freedom to share and change all versions of a program--to make sure it
34        - remains free software for all its users.
     14   + The licenses for most software and other practical works are designed
     15   + to take away your freedom to share and change the works.  By contrast,
     16   + our General Public Licenses are intended to guarantee your freedom to
     17   + share and change all versions of a program--to make sure it remains free
     18   + software for all its users.
35   19
36        -   When we speak of free software, we are referring to freedom, not
     20   + When we speak of free software, we are referring to freedom, not
37   21     price.  Our General Public Licenses are designed to make sure that you
38   22     have the freedom to distribute copies of free software (and charge for
39   23     them if you wish), that you receive source code or can get it if you
40   24     want it, that you can change the software or use pieces of it in new
41   25     free programs, and that you know you can do these things.
42   26
43        -   Developers that use our General Public Licenses protect your rights
     27   + Developers that use our General Public Licenses protect your rights
44   28     with two steps: (1) assert copyright on the software, and (2) offer
45   29     you this License which gives you legal permission to copy, distribute
46   30     and/or modify the software.
47   31
48        -   A secondary benefit of defending all users' freedom is that
     32   + A secondary benefit of defending all users' freedom is that
```

N4J_019079

SER_2906

```
49  33    improvements made in alternate versions of the program, if they
50  34    receive widespread use, become available for other developers to
51  35    incorporate.  Many developers of free software are heartened and
55  39    letting the public access it on a server without ever releasing its
56  40    source code to the public.
57  41

58      -  __The GNU Affero General Public License is designed specifically to
    42  + The GNU Affero General Public License is designed specifically to
59  43    ensure that, in such cases, the modified source code becomes available
60  44    to the community.  It requires the operator of a network server to
61  45    provide the source code of the modified version running there to the
62  46    users of that server.  Therefore, public use of a modified version, on
63  47    a publicly accessible server, gives the public access to the source
64  48    code of the modified version.
65  49

66      -  __An older license, called the Affero General Public License and
    50  + An older license, called the Affero General Public License and
67  51    published by Affero, was designed to accomplish similar goals.  This is
68  52    a different license, not a version of the Affero GPL, but Affero has
69  53    released a new version of the Affero GPL which permits relicensing under
70  54    this license.
71  55

72      -  __The precise terms and conditions for copying, distribution and
    56  + The precise terms and conditions for copying, distribution and
73  57    modification follow.
74  58

75      -                     TERMS AND CONDITIONS
    59  + TERMS AND CONDITIONS
    60  +
    61  + 0. Definitions.
76  62

77      -  __0. Definitions.
    63  + "This License" refers to version 3 of the GNU Affero General Public License.
78  64

79      -   "This License" refers to version 3 of the GNU Affero General Public
80      - License.
    65  + "Copyright" also means copyright-like laws that apply to other kinds of
    66  + works, such as semiconductor masks.
81  67

82      -   "Copyright" also means copyright-like laws that apply to other kinds
83      - of works, such as semiconductor masks.
84      -
85      -   "The Program" refers to any copyrightable work licensed under this
    68  + "The Program" refers to any copyrightable work licensed under this
86  69    License.  Each licensee is addressed as "you".  "Licensees" and
87  70    "recipients" may be individuals or organizations.
88  71

89      -  __To "modify" a work means to copy from or adapt all or part of the work
    72  + To "modify" a work means to copy from or adapt all or part of the work
90  73    in a fashion requiring copyright permission, other than the making of an
91  74    exact copy.  The resulting work is called a "modified version" of the
92  75    earlier work or a work "based on" the earlier work.
93  76

94      -  __A "covered work" means either the unmodified Program or a work based
    77  + A "covered work" means either the unmodified Program or a work based
95  78    on the Program.
96  79

97      -  __To "propagate" a work means to do anything with it that, without
    80  + To "propagate" a work means to do anything with it that, without
98  81    permission, would make you directly or secondarily liable for
99  82    infringement under applicable copyright law, except executing it on a
100 83    computer or modifying a private copy.  Propagation includes copying,
101 84    distribution (with or without modification), making available to the
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019080

SER_2907

```
102   85
103   86         public, and in some countries other activities as well.

104        -  __To "convey" a work means any kind of propagation that enables other
      87   +  To "convey" a work means any kind of propagation that enables other
105   88         parties to make or receive copies.  Mere interaction with a user through
106   89         a computer network, with no transfer of a copy, is not conveying.
107   90

108        -  __An interactive user interface displays "Appropriate Legal Notices"
      91   +  An interactive user interface displays "Appropriate Legal Notices"
109   92         to the extent that it includes a convenient and prominently visible
110   93         feature that (1) displays an appropriate copyright notice, and (2)
111   94         tells the user that there is no warranty for the work (except to the
114   97         the interface presents a list of user commands or options, such as a
115   98         menu, a prominent item in the list meets this criterion.
116   99

117        -  __1. Source Code.
     100   +  1. Source Code.
118  101

119        -  __The "source code" for a work means the preferred form of the work
     102   +  The "source code" for a work means the preferred form of the work
120  103         for making modifications to it.   "Object code" means any non-source
121  104         form of a work.
122  105

123        -  __A "Standard Interface" means an interface that either is an official
     106   +  A "Standard Interface" means an interface that either is an official
124  107         standard defined by a recognized standards body, or, in the case of
125  108         interfaces specified for a particular programming language, one that
126  109         is widely used among developers working in that language.
128  110

128        -  __The "System Libraries" of an executable work include anything, other
     111   +  The "System Libraries" of an executable work include anything, other
129  112         than the work as a whole, that (a) is included in the normal form of
130  113         packaging a Major Component, but which is not part of that Major
131  114         Component, and (b) serves only to enable use of the work with that
136  119         (if any) on which the executable work runs, or a compiler used to
137  120         produce the work, or an object code interpreter used to run it.
138  121

139        -  __The "Corresponding Source" for a work in object code form means all
     122   +  The "Corresponding Source" for a work in object code form means all
140  123         the source code needed to generate, install, and (for an executable
141  124         work) run the object code and to modify the work, including scripts to
142  125         control those activities.  However, it does not include the work's
149  132         such as by intimate data communication or control flow between those
150  133         subprograms and other parts of the work.
151  134

152        -  __The Corresponding Source need not include anything that users
     135   +  The Corresponding Source need not include anything that users
153  136         can regenerate automatically from other parts of the Corresponding
154  137         Source.
155  138

156        -  __The Corresponding Source for a work in source code form is that
     139   +  The Corresponding Source for a work in source code form is that
157  140         same work.
158  141

159        -  __2. Basic Permissions.
     142   +  2. Basic Permissions.
160  143

161        -  __All rights granted under this License are granted for the term of
     144   +  All rights granted under this License are granted for the term of
162  145         copyright on the Program, and are irrevocable provided the stated
163  146         conditions are met.  This License explicitly affirms your unlimited
164  147         permission to run the unmodified Program.  The output from running a
165  148         covered work is covered by this License only if the output, given its
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019081

SER_2908

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 356 of 392 · GitHub

```
166  149    content, constitutes a covered work.  This License acknowledges your
167  150    rights of fair use or other equivalent, as provided by copyright law.
168  151
169      -  __You may make, run and propagate covered works that you do not
     152  + You may make, run and propagate covered works that you do not
170  153    convey, without conditions so long as your license otherwise remains
171  154    in force.  You may convey covered works to others for the sole purpose
172  155    of having them make modifications exclusively for you, or provide you
177  160    and control, on terms that prohibit them from making any copies of
178  161    your copyrighted material outside their relationship with you.
179  162
180      -  __Conveying under any other circumstances is permitted solely under
     163  + Conveying under any other circumstances is permitted solely under
181  164    the conditions stated below.  Sublicensing is not allowed; section 10
182  165    makes it unnecessary.
183  166
184      -  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167  + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168
186      -  __No covered work shall be deemed part of an effective technological
     169  + No covered work shall be deemed part of an effective technological
187  170    measure under any applicable law fulfilling obligations under article
188  171    11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172    similar laws prohibiting or restricting circumvention of such
190  173    measures.
191  174
192      -  __When you convey a covered work, you waive any legal power to forbid
     175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182
200      -  __4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184
202      -  __You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192
210      -  __You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195
213      -  __5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215      -  __You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201
219      -  ____a) The work must carry prominent notices stating that you modified
220      -  __it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 to be used as the source code of Vulnerabilities in graph foundation/ongdb at c0b... · GitHub    Filed 12/11/20    Page 357 of 398

| 221 | 204 |  |
|---|---|---|
| 222 |  | - ___b) The work must carry prominent notices stating that it is |
| 223 |  | - ___released under this License and any conditions added under section |
| 224 |  | - ___7.  This requirement modifies the requirement in section 4 to |
| 225 |  | - ___"keep intact all notices". |
|  | 205 | + b) The work must carry prominent notices stating that it is |
|  | 206 | + released under this License and any conditions added under section |
|  | 207 | + 7.  This requirement modifies the requirement in section 4 to |
|  | 208 | + "keep intact all notices". |
| 226 | 209 |  |
| 227 |  | - ___c) You must license the entire work, as a whole, under this |
| 228 |  | - ___License to anyone who comes into possession of a copy.  This |
| 229 |  | - ___License will therefore apply, along with any applicable section 7 |
| 230 |  | - ___additional terms, to the whole of the work, and all its parts, |
| 231 |  | - ___regardless of how they are packaged.  This License gives no |
| 232 |  | - ___permission to license the work in any other way, but it does not |
| 233 |  | - ___invalidate such permission if you have separately received it. |
|  | 210 | + c) You must license the entire work, as a whole, under this |
|  | 211 | + License to anyone who comes into possession of a copy.  This |
|  | 212 | + License will therefore apply, along with any applicable section 7 |
|  | 213 | + additional terms, to the whole of the work, and all its parts, |
|  | 214 | + regardless of how they are packaged.  This License gives no |
|  | 215 | + permission to license the work in any other way, but it does not |
|  | 216 | + invalidate such permission if you have separately received it. |
| 234 | 217 |  |
| 235 |  | - ___d) If the work has interactive user interfaces, each must display |
| 236 |  | - ___Appropriate Legal Notices; however, if the Program has interactive |
| 237 |  | - ___interfaces that do not display Appropriate Legal Notices, your |
| 238 |  | - ___work need not make them do so. |
|  | 218 | + d) If the work has interactive user interfaces, each must display |
|  | 219 | + Appropriate Legal Notices; however, if the Program has interactive |
|  | 220 | + interfaces that do not display Appropriate Legal Notices, your |
|  | 221 | + work need not make them do so. |
| 239 | 222 |  |
| 240 |  | - _A compilation of a covered work with other separate and independent |
|  | 223 | + A compilation of a covered work with other separate and independent |
| 241 | 224 | works, which are not by their nature extensions of the covered work, |
| 242 | 225 | and which are not combined with it such as to form a larger program, |
| 243 | 226 | in or on a volume of a storage or distribution medium, is called an |
| 247 | 230 | in an aggregate does not cause this License to apply to the other |
| 248 | 231 | parts of the aggregate. |
| 249 | 232 |  |
| 250 |  | - _6. Conveying Non-Source Forms. |
|  | 233 | + 6. Conveying Non-Source Forms. |
| 251 | 234 |  |
| 252 |  | - _You may convey a covered work in object code form under the terms |
|  | 235 | + You may convey a covered work in object code form under the terms |
| 253 | 236 | of sections 4 and 5, provided that you also convey the |
| 254 | 237 | machine-readable Corresponding Source under the terms of this License, |
| 255 | 238 | in one of these ways: |
| 256 | 239 |  |
| 257 |  | - ___a) Convey the object code in, or embodied in, a physical product |
| 258 |  | - ___(including a physical distribution medium), accompanied by the |
| 259 |  | - ___Corresponding Source fixed on a durable physical medium |
| 260 |  | - ___customarily used for software interchange. |
| 261 |  | - _ |
| 262 |  | - ___b) Convey the object code in, or embodied in, a physical product |
| 263 |  | - ___(including a physical distribution medium), accompanied by a |
| 264 |  | - ___written offer, valid for at least three years and valid for as |
| 265 |  | - ___long as you offer spare parts or customer support for that product |
| 266 |  | - ___model, to give anyone who possesses the object code either (1) a |
| 267 |  | - ___copy of the Corresponding Source for all the software in the |
| 268 |  | - ___product that is covered by this License, on a durable physical |

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019083

SER_2910

```
269  -    _medium customarily used for software interchange, for a price no
270  -    _more than your reasonable cost of physically performing this
271  -    _conveying of source, or (2) access to copy the
272  -    _Corresponding Source from a network server at no charge.
273  -
274  -    _c) Convey individual copies of the object code with a copy of the
275  -    _written offer to provide the Corresponding Source.  This
276  -    _alternative is allowed only occasionally and noncommercially, and
277  -    _only if you received the object code with such an offer, in accord
278  -    _with subsection 6b.
279  -
280  -    _d) Convey the object code by offering access from a designated
281  -    _place (gratis or for a charge), and offer equivalent access to the
282  -    _Corresponding Source in the same way through the same place at no
283  -    _further charge.  You need not require recipients to copy the
284  -    _Corresponding Source along with the object code.  If the place to
285  -    _copy the object code is a network server, the Corresponding Source
286  -    _may be on a different server (operated by you or a third party)
287  -    _that supports equivalent copying facilities, provided you maintain
288  -    _clear directions next to the object code saying where to find the
289  -    _Corresponding Source.  Regardless of what server hosts the
290  -    _Corresponding Source, you remain obligated to ensure that it is
291  -    _available for as long as needed to satisfy these requirements.
292  -
293  -    _e) Convey the object code using peer-to-peer transmission, provided
294  -    _you inform other peers where the object code and Corresponding
295  -    _Source of the work are being offered to the general public at no
296  -    _charge under subsection 6d.
297  -
298  -  _A separable portion of the object code, whose source code is excluded
               240  + a) Convey the object code in, or embodied in, a physical product
               241  + (including a physical distribution medium), accompanied by the
               242  + Corresponding Source fixed on a durable physical medium
               243  + customarily used for software interchange.
               244  +
               245  + b) Convey the object code in, or embodied in, a physical product
               246  + (including a physical distribution medium), accompanied by a
               247  + written offer, valid for at least three years and valid for as
               248  + long as you offer spare parts or customer support for that product
               249  + model, to give anyone who possesses the object code either (1) a
               250  + copy of the Corresponding Source for all the software in the
               251  + product that is covered by this License, on a durable physical
               252  + medium customarily used for software interchange, for a price no
               253  + more than your reasonable cost of physically performing this
               254  + conveying of source, or (2) access to copy the
               255  + Corresponding Source from a network server at no charge.
               256  +
               257  + c) Convey individual copies of the object code with a copy of the
               258  + written offer to provide the Corresponding Source.  This
               259  + alternative is allowed only occasionally and noncommercially, and
               260  + only if you received the object code with such an offer, in accord
               261  + with subsection 6b.
               262  +
               263  + d) Convey the object code by offering access from a designated
               264  + place (gratis or for a charge), and offer equivalent access to the
               265  + Corresponding Source in the same way through the same place at no
               266  + further charge.  You need not require recipients to copy the
               267  + Corresponding Source along with the object code.  If the place to
               268  + copy the object code is a network server, the Corresponding Source
               269  + may be on a different server (operated by you or a third party)
               270  + that supports equivalent copying facilities, provided you maintain
               271  + clear directions next to the object code saying where to find the
               272  + Corresponding Source.  Regardless of what server hosts the
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019084

SER_2911

```
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302  -  __A "User Product" is either (1) a "consumer product", which means any
285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315  -  __"Installation Information" for a User Product means any methods,
298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323  -  __If you convey an object code work under this section in, or with, or
306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334  -  __The requirement to provide Installation Information does not include a
317  + The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
341  324
342  -  __Corresponding Source conveyed, and Installation Information provided,
325  + Corresponding Source conveyed, and Installation Information provided,
343  326    in accord with this section must be in a format that is publicly
344  327    documented (and with an implementation available to the public in
345  328    source code form), and must require no special password or key for
346  329    unpacking, reading or copying.
347  330
348  -  __7. Additional Terms.
331  + 7. Additional Terms.
349  332
350  -  __"Additional permissions" are terms that supplement the terms of this
333  + "Additional permissions" are terms that supplement the terms of this
351  334    License by making exceptions from one or more of its conditions.
352  335    Additional permissions that are applicable to the entire Program shall
353  336    be treated as though they were included in this License, to the extent
356  339    under those permissions, but the entire Program remains governed by
357  340    this License without regard to the additional permissions.
```

SER_2912

10/2/2019          Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 360 of 198 · GitHub

```diff
358  341
359      -   __When you convey a copy of a covered work, you may at your option
     342  +  When you convey a copy of a covered work, you may at your option
360  343     remove any additional permissions from that copy, or from any part of
361  344     it.  (Additional permissions may be written to require their own
362  345     removal in certain cases when you modify the work.)  You may place
363  346     additional permissions on material, added by you to a covered work,
364  347     for which you have or can give appropriate copyright permission.
365  348
366      -   Notwithstanding any other provision of this License, for material you
     349  +  Notwithstanding any other provision of this License, for material you
367  350     add to a covered work, you may (if authorized by the copyright holders of
368  351     that material) supplement the terms of this License with terms:
369  352
370      -    __a) Disclaiming warranty or limiting liability differently from the
371      -    __terms of sections 15 and 16 of this License; or
     353  +  a) Disclaiming warranty or limiting liability differently from the
     354  +  terms of sections 15 and 16 of this License; or
372  355
373      -    __b) Requiring preservation of specified reasonable legal notices or
374      -    __author attributions in that material or in the Appropriate Legal
375      -    __Notices displayed by works containing it; or
     356  +  b) Requiring preservation of specified reasonable legal notices or
     357  +  author attributions in that material or in the Appropriate Legal
     358  +  Notices displayed by works containing it; or
376  359
377      -    __c) Prohibiting misrepresentation of the origin of that material, or
378      -    __requiring that modified versions of such material be marked in
379      -    __reasonable ways as different from the original version; or
     360  +  c) Prohibiting misrepresentation of the origin of that material, or
     361  +  requiring that modified versions of such material be marked in
     362  +  reasonable ways as different from the original version; or
380  363
381      -    __d) Limiting the use for publicity purposes of names of licensors or
382      -    __authors of the material; or
     364  +  d) Limiting the use for publicity purposes of names of licensors or
     365  +  authors of the material; or
383  366
384      -    __e) Declining to grant rights under trademark law for use of some
385      -    __trade names, trademarks, or service marks; or
     367  +  e) Declining to grant rights under trademark law for use of some
     368  +  trade names, trademarks, or service marks; or
386  369
387      -    __f) Requiring indemnification of licensors and authors of that
388      -    __material by anyone who conveys the material (or modified versions of
389      -    __it) with contractual assumptions of liability to the recipient, for
390      -    __any liability that these contractual assumptions directly impose on
391      -    __those licensors and authors.
     370  +  f) Requiring indemnification of licensors and authors of that
     371  +  material by anyone who conveys the material (or modified versions of
     372  +  it) with contractual assumptions of liability to the recipient, for
     373  +  any liability that these contractual assumptions directly impose on
     374  +  those licensors and authors.
392  375
393      -   __All other non-permissive additional terms are considered "further
     376  +  All other non-permissive additional terms are considered "further
394  377     restrictions" within the meaning of section 10.  If the Program as you
395  378     received it, or any part of it, contains a notice stating that it is
396      -  governed by this License along with a term that is a further restriction,
397      -  you may remove that term.  If a license document contains a further
398      -  restriction but permits relicensing or conveying under this License, you
399      -  may add to a covered work material governed by the terms of that license
400      -  document, provided that the further restriction does not survive such
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374                                                    16/337

N4J_019086

SER_2913

```
401          - relicensing or conveying.
402          -
403          - __If you add terms to a covered work in accord with this section, you
     379     + governed by this License along with a term that is a further
     380     + restriction, you may remove that term.  If a license document contains
     381     + a further restriction but permits relicensing or conveying under this
     382     + License, you may add to a covered work material governed by the terms
     383     + of that license document, provided that the further restriction does
     384     + not survive such relicensing or conveying.
     385     +
     386     + If you add terms to a covered work in accord with this section, you
404  387       must place, in the relevant source files, a statement of the
405  388       additional terms that apply to those files, or a notice indicating
406  389       where to find the applicable terms.
407  390
408          - __Additional terms, permissive or non-permissive, may be stated in the
     391     + Additional terms, permissive or non-permissive, may be stated in the
409  392       form of a separately written license, or stated as exceptions;
410  393       the above requirements apply either way.
411  394
412          - __8. Termination.
     395     + 8. Termination.
413  396
414          - __You may not propagate or modify a covered work except as expressly
     397     + You may not propagate or modify a covered work except as expressly
415  398       provided under this License.  Any attempt otherwise to propagate or
416  399       modify it is void, and will automatically terminate your rights under
417  400       this License (including any patent licenses granted under the third
418  401       paragraph of section 11).
419  402
420          - __However, if you cease all violation of this License, then your
     403     + However, if you cease all violation of this License, then your
421  404       license from a particular copyright holder is reinstated (a)
422  405       provisionally, unless and until the copyright holder explicitly and
423  406       finally terminates your license, and (b) permanently, if the copyright
424  407       holder fails to notify you of the violation by some reasonable means
425  408       prior to 60 days after the cessation.
426  409
427          - __Moreover, your license from a particular copyright holder is
     410     + Moreover, your license from a particular copyright holder is
428  411       reinstated permanently if the copyright holder notifies you of the
429  412       violation by some reasonable means, this is the first time you have
430  413       received notice of violation of this License (for any work) from that
431  414       copyright holder, and you cure the violation prior to 30 days after
432  415       your receipt of the notice.
433  416
434          - __Termination of your rights under this section does not terminate the
     417     + Termination of your rights under this section does not terminate the
435  418       licenses of parties who have received copies or rights from you under
436  419       this License.  If your rights have been terminated and not permanently
437  420       reinstated, you do not qualify to receive new licenses for the same
438  421       material under section 10.
439  422
440          - __9. Acceptance Not Required for Having Copies.
     423     + 9. Acceptance Not Required for Having Copies.
441  424
442          - __You are not required to accept this License in order to receive or
     425     + You are not required to accept this License in order to receive or
443  426       run a copy of the Program.  Ancillary propagation of a covered work
444  427       occurring solely as a consequence of using peer-to-peer transmission
445  428       to receive a copy likewise does not require acceptance.  However,
448  431       not accept this License.  Therefore, by modifying or propagating a
449  432       covered work, you indicate your acceptance of this License to do so.
```

N4J_019087

SER_2914

```
450  433      -  __10. Automatic Licensing of Downstream Recipients.
451  434      +  10. Automatic Licensing of Downstream Recipients.
452  435

453  436      -  __Each time you convey a covered work, the recipient automatically
     437      +  Each time you convey a covered work, the recipient automatically
454  438         receives a license from the original licensors, to run, modify and
455  439         propagate that work, subject to this License.  You are not responsible
456  440         for enforcing compliance by third parties with this License.
457

458  441      -  __An "entity transaction" is a transaction transferring control of an
     442      +  An "entity transaction" is a transaction transferring control of an
459  443         organization, or substantially all assets of one, or subdividing an
460  444         organization, or merging organizations.  If propagation of a covered
461  445         work results from an entity transaction, each party to that
465  448         Corresponding Source of the work from the predecessor in interest, if
466  449         the predecessor has it or can get it with reasonable efforts.
467  450

468  451      -  __You may not impose any further restrictions on the exercise of the
     452      +  You may not impose any further restrictions on the exercise of the
469  453         rights granted or affirmed under this License.  For example, you may
470  454         not impose a license fee, royalty, or other charge for exercise of
471  455         rights granted under this License, and you may not initiate litigation
472  456         (including a cross-claim or counterclaim in a lawsuit) alleging that
473  457         any patent claim is infringed by making, using, selling, offering for
474  458         sale, or importing the Program or any portion of it.
475

476  459      -  __11. Patents.
     460      +  11. Patents.
477

478  461      -  __A "contributor" is a copyright holder who authorizes use under this
     462      +  A "contributor" is a copyright holder who authorizes use under this
479  463         License of the Program or a work on which the Program is based.  The
480  464         work thus licensed is called the contributor's "contributor version".
481

482  465      -  __A contributor's "essential patent claims" are all patent claims
     466      +  A contributor's "essential patent claims" are all patent claims
483  467         owned or controlled by the contributor, whether already acquired or
484  468         hereafter acquired, that would be infringed by some manner, permitted
485  469         by this License, of making, using, or selling its contributor version,
489  472         patent sublicenses in a manner consistent with the requirements of
490  473         this License.
491  474

492  475      -  __Each contributor grants you a non-exclusive, worldwide, royalty-free
     476      +  Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476         patent license under the contributor's essential patent claims, to
494  477         make, use, sell, offer for sale, import and otherwise run, modify and
495  478         propagate the contents of its contributor version.
496  479

497  480      -  __In the following three paragraphs, a "patent license" is any express
     481      +  In the following three paragraphs, a "patent license" is any express
498  481         agreement or commitment, however denominated, not to enforce a patent
499  482         (such as an express permission to practice a patent or covenant not to
500  483         sue for patent infringement).  To "grant" such a patent license to a
501  484         party means to make such an agreement or commitment not to enforce a
502  485         patent against the party.
503  486

504  487      -  __If you convey a covered work, knowingly relying on a patent license,
     487      +  If you convey a covered work, knowingly relying on a patent license,
505  488         and the Corresponding Source of the work is not available for anyone
506  489         to copy, free of charge and under the terms of this License, through a
507  490         publicly available network server or other readily accessible means,
515  498         in a country, would infringe one or more identifiable patents in that
```

N4J_019088

SER_2915

10/2/2019          Case 5:18-cv-07182-EJD Document 98-1 · Filed 12/11/20 · Page 363 of 298 · GitHub

```
516   499   country that you have reason to believe are valid.
517   500
518       -   __If, pursuant to or in connection with a single transaction or
      501   +  If, pursuant to or in connection with a single transaction or
519   502      arrangement, you convey, or propagate by procuring conveyance of, a
520   503      covered work, and grant a patent license to some of the parties
521   504      receiving the covered work authorizing them to use, propagate, modify
522   505      or convey a specific copy of the covered work, then the patent license
523   506      you grant is automatically extended to all recipients of the covered
524   507      work and works based on it.
525   508
526       -   __A patent license is "discriminatory" if it does not include within
      509   +  A patent license is "discriminatory" if it does not include within
527   510      the scope of its coverage, prohibits the exercise of, or is
528   511      conditioned on the non-exercise of one or more of the rights that are
529   512      specifically granted under this License.  You may not convey a covered
538   521      contain the covered work, unless you entered into that arrangement,
539   522      or that patent license was granted, prior to 28 March 2007.
540   523
541       -   __Nothing in this License shall be construed as excluding or limiting
      524   +  Nothing in this License shall be construed as excluding or limiting
542   525      any implied license or other defenses to infringement that may
543   526      otherwise be available to you under applicable patent law.
544   527
545       -   __12. No Surrender of Others' Freedom.
      528   +  12. No Surrender of Others' Freedom.
546   529
547       -   __If conditions are imposed on you (whether by court order, agreement or
      530   +  If conditions are imposed on you (whether by court order, agreement or
548   531      otherwise) that contradict the conditions of this License, they do not
549   532      excuse you from the conditions of this License.  If you cannot convey a
550   533      covered work so as to satisfy simultaneously your obligations under this
554   537      the Program, the only way you could satisfy both those terms and this
555   538      License would be to refrain entirely from conveying the Program.
556   539
557       -   __13. Remote Network Interaction; Use with the GNU General Public License.
      540   +  13. Remote Network Interaction; Use with the GNU General Public License.
558   541
559       -   __Notwithstanding any other provision of this License, if you modify the
      542   +  Notwithstanding any other provision of this License, if you modify the
560   543      Program, your modified version must prominently offer all users
561   544      interacting with it remotely through a computer network (if your version
562   545      supports such interaction) an opportunity to receive the Corresponding
567   550      of the GNU General Public License that is incorporated pursuant to the
568   551      following paragraph.
569   552
570       -   __Notwithstanding any other provision of this License, you have permission
571       -   to link or combine any covered work with a work licensed under version 3
572       -   of the GNU General Public License into a single combined work, and to
573       -   convey the resulting work.  The terms of this License will continue to
574       -   apply to the part which is the covered work, but the work with which it is
575       -   combined will remain governed by version 3 of the GNU General Public
576       -   License.
577       -
578       -   __14. Revised Versions of this License.
579       -
580       -   __The Free Software Foundation may publish revised and/or new versions of
581       -   the GNU Affero General Public License from time to time.  Such new
582       -   versions will be similar in spirit to the present version, but may differ
583       -   in detail to address new problems or concerns.
584       -
585       -   __Each version is given a distinguishing version number.  If the
586       -   Program specifies that a certain numbered version of the GNU Affero
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019089

SER_2916

```
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation.  If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    -   If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    -   Later license versions may give you additional or different
       553 + Notwithstanding any other provision of this License, you have
       554 + permission to link or combine any covered work with a work licensed
       555 + under version 3 of the GNU General Public License into a single
       556 + combined work, and to convey the resulting work.  The terms of this
       557 + License will continue to apply to the part which is the covered work,
       558 + but the work with which it is combined will remain governed by version
       559 + 3 of the GNU General Public License.
       560 +
       561 + 14. Revised Versions of this License.
       562 +
       563 + The Free Software Foundation may publish revised and/or new versions of
       564 + the GNU Affero General Public License from time to time.  Such new versions
       565 + will be similar in spirit to the present version, but may differ in detail to
       566 + address new problems or concerns.
       567 +
       568 + Each version is given a distinguishing version number.  If the
       569 + Program specifies that a certain numbered version of the GNU Affero General
       570 + Public License "or any later version" applies to it, you have the
       571 + option of following the terms and conditions either of that numbered
       572 + version or of any later version published by the Free Software
       573 + Foundation.  If the Program does not specify a version number of the
       574 + GNU Affero General Public License, you may choose any version ever published
       575 + by the Free Software Foundation.
       576 +
       577 + If the Program specifies that a proxy can decide which future
       578 + versions of the GNU Affero General Public License can be used, that proxy's
       579 + public statement of acceptance of a version permanently authorizes you
       580 + to choose that version for the Program.
       581 +
       582 + Later license versions may give you additional or different
600    583   permissions.  However, no additional obligations are imposed on any
601    584   author or copyright holder as a result of your choosing to follow a
602    585   later version.
603    586
604    -   15. Disclaimer of Warranty.
       587 + 15. Disclaimer of Warranty.
605    588
606    -   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
       589 + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607    590   APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608    591   HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609    592   OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612    595   IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613    596   ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614    597
615    -   16. Limitation of Liability.
       598 + 16. Limitation of Liability.
616    599
617    -   IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
       600 + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
```

N4J_019090

SER_2917

```
618   601        WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619   602        THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620   603        GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624   607        EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625   608        SUCH DAMAGES.
626   609
627       -    __17. Interpretation of Sections 15 and 16.
      610   +  17. Interpretation of Sections 15 and 16.
628   611
629       -    __If the disclaimer of warranty and limitation of liability provided
      612   +  If the disclaimer of warranty and limitation of liability provided
630   613        above cannot be given local legal effect according to their terms,
631   614        reviewing courts shall apply local law that most closely approximates
632   615        an absolute waiver of all civil liability in connection with the
633   616        Program, unless a warranty or assumption of liability accompanies a
634   617        copy of the Program in return for a fee.
635   618
636       -                     END OF TERMS AND CONDITIONS
      619   +  END OF TERMS AND CONDITIONS
637   620
638       -    _____How to Apply These Terms to Your New Programs
      621   +  How to Apply These Terms to Your New Programs
639   622
640       -    __If you develop a new program, and you want it to be of the greatest
      623   +  If you develop a new program, and you want it to be of the greatest
641   624        possible use to the public, the best way to achieve this is to make it
642   625        free software which everyone can redistribute and change under these terms.
643   626
644       -    __To do so, attach the following notices to the program.  It is safest
      627   +  To do so, attach the following notices to the program.  It is safest
645   628        to attach them to the start of each source file to most effectively
646   629        state the exclusion of warranty; and each file should have at least
647   630        the "copyright" line and a pointer to where the full notice is found.
648   631
649       -    ____<one line to give the program's name and a brief idea of what it does.>
650       -    __Copyright (C) <year>  <name of author>
      632   +  <one line to give the program's name and a brief idea of what it does.>
      633   +  Copyright (C) <year>  <name of author>
651   634
652       -    __This program is free software: you can redistribute it and/or modify
653       -    __it under the terms of the GNU Affero General Public License as
654       -    __published by the Free Software Foundation, either version 3 of the
655       -    __License, or (at your option) any later version.
      635   +  This program is free software: you can redistribute it and/or modify
      636   +  it under the terms of the GNU Affero General Public License as published by
      637   +  the Free Software Foundation, either version 3 of the License, or
      638   +  (at your option) any later version.
656   639
657       -    __This program is distributed in the hope that it will be useful,
658       -    __but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -    __MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -    __GNU Affero General Public License for more details.
      640   +  This program is distributed in the hope that it will be useful,
      641   +  but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   +  MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   +  GNU Affero General Public License for more details.
661   644
662       -    __You should have received a copy of the GNU Affero General Public License
663       -    __along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   +  You should have received a copy of the GNU Affero General Public License
      646   +  along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647
665   648        Also add information on how to contact you by electronic and paper mail.
```

N4J_019091

SER_2918



10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1 ongdb: Enhance to provide the... not violated 12/11/20 on software development of... · GitHub    Filed    Page 366 of 398

```
666  649       -   __If your software can interact with users remotely through a computer
667  650       +   If your software can interact with users remotely through a computer
668  651           network, you should also make sure that it provides a way for users to
669  652           get its source.  For example, if your program is a web application, its
670  653           interface could display a "Source" link that leads users to an archive
671  654           of the code.  There are many ways you could offer source, and different
672  655           solutions will be better for different programs; see section 13 for the
673  656           specific requirements.
674  657
675  658       -   __You should also get your employer (if you work as a programmer) or school,
676  658       +   You should also get your employer (if you work as a programmer) or school,
676  659           if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660           For more information on this, and how to apply and follow the GNU AGPL, see
678          -   <http://www.gnu.org/licenses/>.
679          -
680          -
681          -   "Commons Clause" License Condition
682          -
683          -   The Software is provided to you by the Licensor under the License, as
684          -   defined below, subject to the following condition. Without limiting
685          -   other conditions in the License, the grant of rights under the License
686          -   will not include, and the License does not grant to you, the right to
687          -   Sell the Software.  For purposes of the foregoing, "Sell" means
688          -   practicing any or all of the rights granted to you under the License
689          -   to provide to third parties, for a fee or other consideration,
690          -   a product or service that consists, entirely or substantially,
691          -   of the Software or the functionality of the Software. Any license
692          -   notice or attribution required by the License must also include
693          -   this Commons Cause License Condition notice.
     661       +   <https://www.gnu.org/licenses/>.
```

```
   486 ▰▰▰▰  enterprise/cluster/LICENSE.txt

...  ...    @@ -1,51 +1,35 @@
 1         -   NOTICE
 2         -   This package contains software licensed under different
 3         -   licenses, please refer to the NOTICE.txt file for further
 4         -   information and LICENSES.txt for full license texts.
      1    +   GNU AFFERO GENERAL PUBLIC LICENSE
      2    +     Version 3, 19 November 2007
 5    3
 6         -   Neo4j Enterprise object code can be licensed independently from
 7         -   the source under separate commercial terms. Email inquiries can be
 8         -   directed to: licensing@neo4j.com. More information is also
 9         -   available at:https://neo4j.com/licensing/
      4    +   Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
      5    +   Everyone is permitted to copy and distribute verbatim copies
      6    +   of this license document, but changing it is not allowed.
11    7
11         -   The software ("Software") is developed and owned by Neo4j Sweden AB
12         -   (referred to in this notice as "Neo4j") and is subject to the terms
13         -   of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
      8    +   Preamble
14    9
15         -
16         -
17         -                GNU AFFERO GENERAL PUBLIC LICENSE
18         -                    Version 3, 19 November 2007
19         -
20         -   Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21         -   Everyone is permitted to copy and distribute verbatim copies
22         -   of this license document, but changing it is not allowed.
```

N4J_019092
SER_2919

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 [Update ongdb's file to not violate the GNU AGPL information. by ... Filed 12/11/20 · Page 367 of 398 · GitHub

```
23     -
24     -                      Preamble
25     -
26     -    The GNU Affero General Public License is a free, copyleft license
27     - for software and other kinds of works, specifically designed to ensure
       10 + GNU Affero General Public License is a free, copyleft license for
       11 + software and other kinds of works, specifically designed to ensure
28     12   cooperation with the community in the case of network server software.
29     13
30     -    The licenses for most software and other practical works are
31     - designed to take away your freedom to share and change the works.  By
32     - contrast, our General Public Licenses are intended to guarantee your
33     - freedom to share and change all versions of a program--to make sure it
34     - remains free software for all its users.
       14 + The licenses for most software and other practical works are designed
       15 + to take away your freedom to share and change the works.  By contrast,
       16 + our General Public Licenses are intended to guarantee your freedom to
       17 + share and change all versions of a program--to make sure it remains free
       18 + software for all its users.
35     19
36     -    When we speak of free software, we are referring to freedom, not
       20 + When we speak of free software, we are referring to freedom, not
37     21   price.  Our General Public Licenses are designed to make sure that you
38     22   have the freedom to distribute copies of free software (and charge for
39     23   them if you wish), that you receive source code or can get it if you
40     24   want it, that you can change the software or use pieces of it in new
41     25   free programs, and that you know you can do these things.
42     26
43     -    Developers that use our General Public Licenses protect your rights
       27 + Developers that use our General Public Licenses protect your rights
44     28   with two steps: (1) assert copyright on the software, and (2) offer
45     29   you this License which gives you legal permission to copy, distribute
46     30   and/or modify the software.
47     31
48     -    A secondary benefit of defending all users' freedom is that
       32 + A secondary benefit of defending all users' freedom is that
49     33   improvements made in alternate versions of the program, if they
50     34   receive widespread use, become available for other developers to
51     35   incorporate.  Many developers of free software are heartened and
55     39   letting the public access it on a server without ever releasing its
56     40   source code to the public.
57     41
58     -    The GNU Affero General Public License is designed specifically to
       42 + The GNU Affero General Public License is designed specifically to
59     43   ensure that, in such cases, the modified source code becomes available
60     44   to the community.  It requires the operator of a network server to
61     45   provide the source code of the modified version running there to the
62     46   users of that server.  Therefore, public use of a modified version, on
63     47   a publicly accessible server, gives the public access to the source
64     48   code of the modified version.
65     49
66     -    An older license, called the Affero General Public License and
       50 + An older license, called the Affero General Public License and
67     51   published by Affero, was designed to accomplish similar goals.  This is
68     52   a different license, not a version of the Affero GPL, but Affero has
69     53   released a new version of the Affero GPL which permits relicensing under
70     54   this license.
71     55
72     -    The precise terms and conditions for copying, distribution and
       56 + The precise terms and conditions for copying, distribution and
73     57   modification follow.
74     58
75     -                     TERMS AND CONDITIONS
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019093

SER_2920

10/2/2019　　Case 5:18-cv-07182-EJD Document 98-1 to violate the GNU Affero GPL, License 1 (3)... Filed 12/11/20 Page 368 of 298 · GitHub

```
 59   + TERMS AND CONDITIONS
 60   +
 61   + 0. Definitions.
76  62
77    -  0. Definitions.
    63 + "This License" refers to version 3 of the GNU Affero General Public License.
78  64
79    -  "This License" refers to version 3 of the GNU Affero General Public
80    - License.
    65 + "Copyright" also means copyright-like laws that apply to other kinds of
    66 + works, such as semiconductor masks.
82  67
    -  "Copyright" also means copyright-like laws that apply to other kinds
83    - of works, such as semiconductor masks.
84    -
85    -  "The Program" refers to any copyrightable work licensed under this
    68 + "The Program" refers to any copyrightable work licensed under this
86  69   License.  Each licensee is addressed as "you".  "Licensees" and
87  70   "recipients" may be individuals or organizations.
88  71
89    -  To "modify" a work means to copy from or adapt all or part of the work
    72 + To "modify" a work means to copy from or adapt all or part of the work
90  73   in a fashion requiring copyright permission, other than the making of an
91  74   exact copy.  The resulting work is called a "modified version" of the
92  75   earlier work or a work "based on" the earlier work.
93  76
94    -  A "covered work" means either the unmodified Program or a work based
    77 + A "covered work" means either the unmodified Program or a work based
95  78   on the Program.
96  79
97    -  To "propagate" a work means to do anything with it that, without
    80 + To "propagate" a work means to do anything with it that, without
98  81   permission, would make you directly or secondarily liable for
99  82   infringement under applicable copyright law, except executing it on a
100 83   computer or modifying a private copy.  Propagation includes copying,
101 84   distribution (with or without modification), making available to the
102 85   public, and in some countries other activities as well.
103 86
104   -  To "convey" a work means any kind of propagation that enables other
    87 + To "convey" a work means any kind of propagation that enables other
105 88   parties to make or receive copies.  Mere interaction with a user through
106 89   a computer network, with no transfer of a copy, is not conveying.
107 90
108   -  An interactive user interface displays "Appropriate Legal Notices"
    91 + An interactive user interface displays "Appropriate Legal Notices"
109 92   to the extent that it includes a convenient and prominently visible
110 93   feature that (1) displays an appropriate copyright notice, and (2)
111 94   tells the user that there is no warranty for the work (except to the
114 97   the interface presents a list of user commands or options, such as a
115 98   menu, a prominent item in the list meets this criterion.
116 99
117   -  1. Source Code.
    100+ 1. Source Code.
118 101
119   -  The "source code" for a work means the preferred form of the work
    102+ The "source code" for a work means the preferred form of the work
120 103   for making modifications to it.  "Object code" means any non-source
121 104   form of a work.
122 105
123   -  A "Standard Interface" means an interface that either is an official
    106+ A "Standard Interface" means an interface that either is an official
124 107   standard defined by a recognized standards body, or, in the case of
125 108   interfaces specified for a particular programming language, one that
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019094

SER_2921

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 ... Filed 12/11/20 Page 369 of 298 · GitHub

```
126  109      is widely used among developers working in that language.
127  110

128           - The "System Libraries" of an executable work include anything, other
     111      + The "System Libraries" of an executable work include anything, other
129  112        than the work as a whole, that (a) is included in the normal form of
130  113        packaging a Major Component, but which is not part of that Major
131  114        Component, and (b) serves only to enable use of the work with that
136  119        (if any) on which the executable work runs, or a compiler used to
137  120        produce the work, or an object code interpreter used to run it.
138  121

139           - The "Corresponding Source" for a work in object code form means all
     122      + The "Corresponding Source" for a work in object code form means all
140  123        the source code needed to generate, install, and (for an executable
141  124        work) run the object code and to modify the work, including scripts to
142  125        control those activities.  However, it does not include the work's
149  132        such as by intimate data communication or control flow between those
150  133        subprograms and other parts of the work.
151  134

152           - The Corresponding Source need not include anything that users
     135      + The Corresponding Source need not include anything that users
153  136        can regenerate automatically from other parts of the Corresponding
154  137        Source.
155  138

156           - The Corresponding Source for a work in source code form is that
     139      + The Corresponding Source for a work in source code form is that
157  140        same work.
158  141

159           - 2. Basic Permissions.
     142      + 2. Basic Permissions.
160  143

161           - All rights granted under this License are granted for the term of
     144      + All rights granted under this License are granted for the term of
162  145        copyright on the Program, and are irrevocable provided the stated
163  146        conditions are met.  This License explicitly affirms your unlimited
164  147        permission to run the unmodified Program.  The output from running a
165  148        covered work is covered by this License only if the output, given its
166  149        content, constitutes a covered work.  This License acknowledges your
167  150        rights of fair use or other equivalent, as provided by copyright law.
168  151

169           - You may make, run and propagate covered works that you do not
     152      + You may make, run and propagate covered works that you do not
170  153        convey, without conditions so long as your license otherwise remains
171  154        in force.  You may convey covered works to others for the sole purpose
172  155        of having them make modifications exclusively for you, or provide you
177  160        and control, on terms that prohibit them from making any copies of
178  161        your copyrighted material outside their relationship with you.
179  162

180           - Conveying under any other circumstances is permitted solely under
     163      + Conveying under any other circumstances is permitted solely under
181  164        the conditions stated below.  Sublicensing is not allowed; section 10
182  165        makes it unnecessary.
183  166

184           - 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
     167      + 3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185  168

186           - No covered work shall be deemed part of an effective technological
     169      + No covered work shall be deemed part of an effective technological
187  170        measure under any applicable law fulfilling obligations under article
188  171        11 of the WIPO copyright treaty adopted on 20 December 1996, or
189  172        similar laws prohibiting or restricting circumvention of such
190  173        measures.
191  174

192           - When you convey a covered work, you waive any legal power to forbid
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 270 of 298 · GitHub

```
175  + When you convey a covered work, you waive any legal power to forbid
193  176    circumvention of technological measures to the extent such circumvention
194  177    is effected by exercising rights under this License with respect to
195  178    the covered work, and you disclaim any intention to limit operation or
196  179    modification of the work as a means of enforcing, against the work's
197  180    users, your or third parties' legal rights to forbid circumvention of
198  181    technological measures.
199  182
200      -   _4. Conveying Verbatim Copies.
     183  + 4. Conveying Verbatim Copies.
201  184
202      -   _You may convey verbatim copies of the Program's source code as you
     185  + You may convey verbatim copies of the Program's source code as you
203  186    receive it, in any medium, provided that you conspicuously and
204  187    appropriately publish on each copy an appropriate copyright notice;
205  188    keep intact all notices stating that this License and any
206  189    non-permissive terms added in accord with section 7 apply to the code;
207  190    keep intact all notices of the absence of any warranty; and give all
208  191    recipients a copy of this License along with the Program.
209  192
210      -   _You may charge any price or no price for each copy that you convey,
     193  + You may charge any price or no price for each copy that you convey,
211  194    and you may offer support or warranty protection for a fee.
212  195
213      -   _5. Conveying Modified Source Versions.
     196  + 5. Conveying Modified Source Versions.
214  197
215      -   _You may convey a work based on the Program, or the modifications to
     198  + You may convey a work based on the Program, or the modifications to
216  199    produce it from the Program, in the form of source code under the
217  200    terms of section 4, provided that you also meet all of these conditions:
218  201
219      -     _a) The work must carry prominent notices stating that you modified
220      -     _it, and giving a relevant date.
     202  + a) The work must carry prominent notices stating that you modified
     203  + it, and giving a relevant date.
221  204
222      -     _b) The work must carry prominent notices stating that it is
223      -     _released under this License and any conditions added under section
224      -     _7.  This requirement modifies the requirement in section 4 to
225      -     _"keep intact all notices".
     205  + b) The work must carry prominent notices stating that it is
     206  + released under this License and any conditions added under section
     207  + 7.  This requirement modifies the requirement in section 4 to
     208  + "keep intact all notices".
226  209
227      -     _c) You must license the entire work, as a whole, under this
228      -     _License to anyone who comes into possession of a copy.  This
229      -     _License will therefore apply, along with any applicable section 7
230      -     _additional terms, to the whole of the work, and all its parts,
231      -     _regardless of how they are packaged.  This License gives no
232      -     _permission to license the work in any other way, but it does not
233      -     _invalidate such permission if you have separately received it.
     210  + c) You must license the entire work, as a whole, under this
     211  + License to anyone who comes into possession of a copy.  This
     212  + License will therefore apply, along with any applicable section 7
     213  + additional terms, to the whole of the work, and all its parts,
     214  + regardless of how they are packaged.  This License gives no
     215  + permission to license the work in any other way, but it does not
     216  + invalidate such permission if you have separately received it.
234  217
235      -     _d) If the work has interactive user interfaces, each must display
236      -     _Appropriate Legal Notices; however, if the Program has interactive
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019096

SER_2923

```
237        -   ___interfaces that do not display Appropriate Legal Notices, your
238        -   ___work need not make them do so.
      218  + d) If the work has interactive user interfaces, each must display
      219  + Appropriate Legal Notices; however, if the Program has interactive
      220  + interfaces that do not display Appropriate Legal Notices, your
      221  + work need not make them do so.
239   222
240        -   __A compilation of a covered work with other separate and independent
      223  + A compilation of a covered work with other separate and independent
241   224      works, which are not by their nature extensions of the covered work,
242   225      and which are not combined with it such as to form a larger program,
243   226      in or on a volume of a storage or distribution medium, is called an
247   230      in an aggregate does not cause this License to apply to the other
248   231      parts of the aggregate.
249   232
250        -   __6. Conveying Non-Source Forms.
      233  + 6. Conveying Non-Source Forms.
251   234
252        -   __You may convey a covered work in object code form under the terms
      235  + You may convey a covered work in object code form under the terms
253   236      of sections 4 and 5, provided that you also convey the
254   237      machine-readable Corresponding Source under the terms of this License,
255   238      in one of these ways:
256   239
257        -   ___a) Convey the object code in, or embodied in, a physical product
258        -   ___(including a physical distribution medium), accompanied by the
259        -   ___Corresponding Source fixed on a durable physical medium
260        -   ___customarily used for software interchange.
261        -
262        -   ___b) Convey the object code in, or embodied in, a physical product
263        -   ___(including a physical distribution medium), accompanied by a
264        -   ___written offer, valid for at least three years and valid for as
265        -   ___long as you offer spare parts or customer support for that product
266        -   ___model, to give anyone who possesses the object code either (1) a
267        -   ___copy of the Corresponding Source for all the software in the
268        -   ___product that is covered by this License, on a durable physical
269        -   ___medium customarily used for software interchange, for a price no
270        -   ___more than your reasonable cost of physically performing this
271        -   ___conveying of source, or (2) access to copy the
272        -   ___Corresponding Source from a network server at no charge.
273        -
274        -   ___c) Convey individual copies of the object code with a copy of the
275        -   ___written offer to provide the Corresponding Source.  This
276        -   ___alternative is allowed only occasionally and noncommercially, and
277        -   ___only if you received the object code with such an offer, in accord
278        -   ___with subsection 6b.
279        -
280        -   ___d) Convey the object code by offering access from a designated
281        -   ___place (gratis or for a charge), and offer equivalent access to the
282        -   ___Corresponding Source in the same way through the same place at no
283        -   ___further charge.  You need not require recipients to copy the
284        -   ___Corresponding Source along with the object code.  If the place to
285        -   ___copy the object code is a network server, the Corresponding Source
286        -   ___may be on a different server (operated by you or a third party)
287        -   ___that supports equivalent copying facilities, provided you maintain
288        -   ___clear directions next to the object code saying where to find the
289        -   ___Corresponding Source.  Regardless of what server hosts the
290        -   ___Corresponding Source, you remain obligated to ensure that it is
291        -   ___available for as long as needed to satisfy these requirements.
292        -
293        -   ___e) Convey the object code using peer-to-peer transmission, provided
294        -   ___you inform other peers where the object code and Corresponding
295        -   ___Source of the work are being offered to the general public at no
```

N4J_019097

SER_2924

10/2/2019     Case 5:18-cv-07182-EJD   Document 98-1 not violated... (9) Information Integrated - GitHub
Updated Chef lee to Developer to to me - graphfoundation/ongdb@c0b23b2 · GitHub

```
296  -    ____charge under subsection 6d.
297  -
298  -  _ A separable portion of the object code, whose source code is excluded
   240  + a) Convey the object code in, or embodied in, a physical product
   241  + (including a physical distribution medium), accompanied by the
   242  + Corresponding Source fixed on a durable physical medium
   243  + customarily used for software interchange.
   244  +
   245  + b) Convey the object code in, or embodied in, a physical product
   246  + (including a physical distribution medium), accompanied by a
   247  + written offer, valid for at least three years and valid for as
   248  + long as you offer spare parts or customer support for that product
   249  + model, to give anyone who possesses the object code either (1) a
   250  + copy of the Corresponding Source for all the software in the
   251  + product that is covered by this License, on a durable physical
   252  + medium customarily used for software interchange, for a price no
   253  + more than your reasonable cost of physically performing this
   254  + conveying of source, or (2) access to copy the
   255  + Corresponding Source from a network server at no charge.
   256  +
   257  + c) Convey individual copies of the object code with a copy of the
   258  + written offer to provide the Corresponding Source.  This
   259  + alternative is allowed only occasionally and noncommercially, and
   260  + only if you received the object code with such an offer, in accord
   261  + with subsection 6b.
   262  +
   263  + d) Convey the object code by offering access from a designated
   264  + place (gratis or for a charge), and offer equivalent access to the
   265  + Corresponding Source in the same way through the same place at no
   266  + further charge.  You need not require recipients to copy the
   267  + Corresponding Source along with the object code.  If the place to
   268  + copy the object code is a network server, the Corresponding Source
   269  + may be on a different server (operated by you or a third party)
   270  + that supports equivalent copying facilities, provided you maintain
   271  + clear directions next to the object code saying where to find the
   272  + Corresponding Source.  Regardless of what server hosts the
   273  + Corresponding Source, you remain obligated to ensure that it is
   274  + available for as long as needed to satisfy these requirements.
   275  +
   276  + e) Convey the object code using peer-to-peer transmission, provided
   277  + you inform other peers where the object code and Corresponding
   278  + Source of the work are being offered to the general public at no
   279  + charge under subsection 6d.
   280  +
   281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302  -  _ A "User Product" is either (1) a "consumer product", which means any
   285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315  -  _ "Installation Information" for a User Product means any methods,
   298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019098

SER_2925

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 373 of 398 · GitHub

| 321 | 304 | | modification has been made. |
| 322 | 305 | | |
| 323 | | - | __If you convey an object code work under this section in, or with, or |
| | 306 | + | If you convey an object code work under this section in, or with, or |
| 324 | 307 | | specifically for use in, a User Product, and the conveying occurs as |
| 325 | 308 | | part of a transaction in which the right of possession and use of the |
| 326 | 309 | | User Product is transferred to the recipient in perpetuity or for a |
| 327 | 314 | | modified object code on the User Product (for example, the work has |
| 332 | 315 | | been installed in ROM). |
| 333 | 316 | | |
| 334 | | - | __The requirement to provide Installation Information does not include a |
| | 317 | + | The requirement to provide Installation Information does not include a |
| 335 | 318 | | requirement to continue to provide support service, warranty, or updates |
| 336 | 319 | | for a work that has been modified or installed by the recipient, or for |
| 337 | 320 | | the User Product in which it has been modified or installed.  Access to a |
| 338 | 321 | | network may be denied when the modification itself materially and |
| 339 | 322 | | adversely affects the operation of the network or violates the rules and |
| 340 | 323 | | protocols for communication across the network. |
| 341 | 324 | | |
| 342 | | - | __Corresponding Source conveyed, and Installation Information provided, |
| | 325 | + | Corresponding Source conveyed, and Installation Information provided, |
| 343 | 326 | | in accord with this section must be in a format that is publicly |
| 344 | 327 | | documented (and with an implementation available to the public in |
| 345 | 328 | | source code form), and must require no special password or key for |
| 346 | 329 | | unpacking, reading or copying. |
| 347 | 330 | | |
| 348 | | - | __7. Additional Terms. |
| | 331 | + | 7. Additional Terms. |
| 349 | 332 | | |
| 350 | | - | __"Additional permissions" are terms that supplement the terms of this |
| | 333 | + | "Additional permissions" are terms that supplement the terms of this |
| 351 | 334 | | License by making exceptions from one or more of its conditions. |
| 352 | 335 | | Additional permissions that are applicable to the entire Program shall |
| 353 | 336 | | be treated as though they were included in this License, to the extent |
| 356 | 339 | | under those permissions, but the entire Program remains governed by |
| 357 | 340 | | this License without regard to the additional permissions. |
| 358 | 341 | | |
| 359 | | - | __When you convey a copy of a covered work, you may at your option |
| | 342 | + | When you convey a copy of a covered work, you may at your option |
| 360 | 343 | | remove any additional permissions from that copy, or from any part of |
| 361 | 344 | | it.  (Additional permissions may be written to require their own |
| 362 | 345 | | removal in certain cases when you modify the work.)  You may place |
| 363 | 346 | | additional permissions on material, added by you to a covered work, |
| 364 | 347 | | for which you have or can give appropriate copyright permission. |
| 365 | 348 | | |
| 366 | | - | __Notwithstanding any other provision of this License, for material you |
| | 349 | + | Notwithstanding any other provision of this License, for material you |
| 367 | 350 | | add to a covered work, you may (if authorized by the copyright holders of |
| 368 | 351 | | that material) supplement the terms of this License with terms: |
| 369 | 352 | | |
| 370 | | - | __    a) Disclaiming warranty or limiting liability differently from the |
| 371 | | - | __    terms of sections 15 and 16 of this License; or |
| | 353 | + | a) Disclaiming warranty or limiting liability differently from the |
| | 354 | + | terms of sections 15 and 16 of this License; or |
| 372 | 355 | | |
| 373 | | - | __    b) Requiring preservation of specified reasonable legal notices or |
| 374 | | - | __    author attributions in that material or in the Appropriate Legal |
| 375 | | - | __    Notices displayed by works containing it; or |
| | 356 | + | b) Requiring preservation of specified reasonable legal notices or |
| | 357 | + | author attributions in that material or in the Appropriate Legal |
| | 358 | + | Notices displayed by works containing it; or |
| 376 | 359 | | |
| 377 | | - | __    c) Prohibiting misrepresentation of the origin of that material, or |

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019099

SER_2926

10/2/2019 · Case 5:18-cv-07182-EJD · Document 98-1 · Filed 12/11/20 · Page 374 of 398 · ongdb_change_log.txt at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```
378    -    ____requiring that modified versions of such material be marked in
379    -    ____reasonable ways as different from the original version; or
       360  + c) Prohibiting misrepresentation of the origin of that material, or
       361  + requiring that modified versions of such material be marked in
       362  + reasonable ways as different from the original version; or
380    363
381    -    ____d) Limiting the use for publicity purposes of names of licensors or
382    -    ____authors of the material; or
       364  + d) Limiting the use for publicity purposes of names of licensors or
       365  + authors of the material; or
383    366
384    -    ____e) Declining to grant rights under trademark law for use of some
385    -    ____trade names, trademarks, or service marks; or
       367  + e) Declining to grant rights under trademark law for use of some
       368  + trade names, trademarks, or service marks; or
386    369
387    -    ____f) Requiring indemnification of licensors and authors of that
388    -    ____material by anyone who conveys the material (or modified versions of
389    -    ____it) with contractual assumptions of liability to the recipient, for
390    -    ____any liability that these contractual assumptions directly impose on
391    -    ____those licensors and authors.
       370  + f) Requiring indemnification of licensors and authors of that
       371  + material by anyone who conveys the material (or modified versions of
       372  + it) with contractual assumptions of liability to the recipient, for
       373  + any liability that these contractual assumptions directly impose on
       374  + those licensors and authors.
392    375
393    -    __All other non-permissive additional terms are considered "further
       376  + All other non-permissive additional terms are considered "further
394    377    restrictions" within the meaning of section 10.  If the Program as you
395    378    received it, or any part of it, contains a notice stating that it is
396    -    governed by this License along with a term that is a further restriction,
397    -    you may remove that term.  If a license document contains a further
398    -    restriction but permits relicensing or conveying under this License, you
399    -    may add to a covered work material governed by the terms of that license
400    -    document, provided that the further restriction does not survive such
401    -    relicensing or conveying.
402    -
403    -    __If you add terms to a covered work in accord with this section, you
       379  + governed by this License along with a term that is a further
       380  + restriction, you may remove that term.  If a license document contains
       381  + a further restriction but permits relicensing or conveying under this
       382  + License, you may add to a covered work material governed by the terms
       383  + of that license document, provided that the further restriction does
       384  + not survive such relicensing or conveying.
       385  +
       386  + If you add terms to a covered work in accord with this section, you
404    387    must place, in the relevant source files, a statement of the
405    388    additional terms that apply to those files, or a notice indicating
406    389    where to find the applicable terms.
407    390
408    -    __Additional terms, permissive or non-permissive, may be stated in the
       391  + Additional terms, permissive or non-permissive, may be stated in the
409    392    form of a separately written license, or stated as exceptions;
410    393    the above requirements apply either way.
411    394
412    -    __8. Termination.
       395  + 8. Termination.
413    396
414    -    __You may not propagate or modify a covered work except as expressly
       397  + You may not propagate or modify a covered work except as expressly
415    398    provided under this License.  Any attempt otherwise to propagate or
416    399    modify it is void, and will automatically terminate your rights under
```

N4J_019100

SER_2927

```
417  400      this License (including any patent licenses granted under the third
418  401      paragraph of section 11).
419  402

420       -  __However, if you cease all violation of this License, then your
     403  +  However, if you cease all violation of this License, then your
421  404      license from a particular copyright holder is reinstated (a)
422  405      provisionally, unless and until the copyright holder explicitly and
423  406      finally terminates your license, and (b) permanently, if the copyright
424  407      holder fails to notify you of the violation by some reasonable means
425  408      prior to 60 days after the cessation.
426  409

427       -  __Moreover, your license from a particular copyright holder is
     410  +  Moreover, your license from a particular copyright holder is
428  411      reinstated permanently if the copyright holder notifies you of the
429  412      violation by some reasonable means, this is the first time you have
430  413      received notice of violation of this License (for any work) from that
431  414      copyright holder, and you cure the violation prior to 30 days after
432  415      your receipt of the notice.
433  416

434       -  __Termination of your rights under this section does not terminate the
     417  +  Termination of your rights under this section does not terminate the
435  418      licenses of parties who have received copies or rights from you under
436  419      this License.  If your rights have been terminated and not permanently
437  420      reinstated, you do not qualify to receive new licenses for the same
438  421      material under section 10.
439  422

440       -  __9. Acceptance Not Required for Having Copies.
     423  +  9. Acceptance Not Required for Having Copies.
441  424

442       -  __You are not required to accept this License in order to receive or
     425  +  You are not required to accept this License in order to receive or
443  426      run a copy of the Program.  Ancillary propagation of a covered work
444  427      occurring solely as a consequence of using peer-to-peer transmission
445  428      to receive a copy likewise does not require acceptance.  However,
448  431      not accept this License.  Therefore, by modifying or propagating a
449  432      covered work, you indicate your acceptance of this License to do so.
450  433

451       -  __10. Automatic Licensing of Downstream Recipients.
     434  +  10. Automatic Licensing of Downstream Recipients.
453  435

453       -  __Each time you convey a covered work, the recipient automatically
     436  +  Each time you convey a covered work, the recipient automatically
454  437      receives a license from the original licensors, to run, modify and
455  438      propagate that work, subject to this License.  You are not responsible
456  439      for enforcing compliance by third parties with this License.
457  440

458       -  __An "entity transaction" is a transaction transferring control of an
     441  +  An "entity transaction" is a transaction transferring control of an
459  442      organization, or substantially all assets of one, or subdividing an
460  443      organization, or merging organizations.  If propagation of a covered
461  444      work results from an entity transaction, each party to that
465  448      Corresponding Source of the work from the predecessor in interest, if
466  449      the predecessor has it or can get it with reasonable efforts.
467  450

468       -  __You may not impose any further restrictions on the exercise of the
     451  +  You may not impose any further restrictions on the exercise of the
469  452      rights granted or affirmed under this License.  For example, you may
470  453      not impose a license fee, royalty, or other charge for exercise of
471  454      rights granted under this License, and you may not initiate litigation
472  455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456      any patent claim is infringed by making, using, selling, offering for
474  457      sale, or importing the Program or any portion of it.
475  458
```

N4J_019101

SER_2928

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 ... Filed 12/11/20 Page 376 of 298 · GitHub

```
476               -   __11. Patents.
        459       +   11. Patents.
477     460

478               -   __A "contributor" is a copyright holder who authorizes use under this
        461       +   A "contributor" is a copyright holder who authorizes use under this
479     462           License of the Program or a work on which the Program is based.  The
480     463           work thus licensed is called the contributor's "contributor version".
481     464

482               -   __A contributor's "essential patent claims" are all patent claims
        465       +   A contributor's "essential patent claims" are all patent claims
483     466           owned or controlled by the contributor, whether already acquired or
484     467           hereafter acquired, that would be infringed by some manner, permitted
485     468           by this License, of making, using, or selling its contributor version,
489     472           patent sublicenses in a manner consistent with the requirements of
490     473           this License.
491     474

492               -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
        475       +   Each contributor grants you a non-exclusive, worldwide, royalty-free
493     476           patent license under the contributor's essential patent claims, to
495     478           make, use, sell, offer for sale, import and otherwise run, modify and
496     479           propagate the contents of its contributor version.

497               -   __In the following three paragraphs, a "patent license" is any express
        480       +   In the following three paragraphs, a "patent license" is any express
498     481           agreement or commitment, however denominated, not to enforce a patent
499     482           (such as an express permission to practice a patent or covenant not to
500     483           sue for patent infringement).  To "grant" such a patent license to a
501     484           party means to make such an agreement or commitment not to enforce a
502     485           patent against the party.
503     486

504               -   __If you convey a covered work, knowingly relying on a patent license,
        487       +   If you convey a covered work, knowingly relying on a patent license,
505     488           and the Corresponding Source of the work is not available for anyone
506     489           to copy, free of charge and under the terms of this License, through a
507     490           publicly available network server or other readily accessible means,
515     498           in a country, would infringe one or more identifiable patents in that
516     499           country that you have reason to believe are valid.
517     500

518               -   __If, pursuant to or in connection with a single transaction or
        501       +   If, pursuant to or in connection with a single transaction or
519     502           arrangement, you convey, or propagate by procuring conveyance of, a
520     503           covered work, and grant a patent license to some of the parties
521     504           receiving the covered work authorizing them to use, propagate, modify
522     505           or convey a specific copy of the covered work, then the patent license
523     506           you grant is automatically extended to all recipients of the covered
524     507           work and works based on it.
525     508

526               -   __A patent license is "discriminatory" if it does not include within
        509       +   A patent license is "discriminatory" if it does not include within
527     510           the scope of its coverage, prohibits the exercise of, or is
528     511           conditioned on the non-exercise of one or more of the rights that are
529     512           specifically granted under this License.  You may not convey a covered
538     521           contain the covered work, unless you entered into that arrangement,
539     522           or that patent license was granted, prior to 28 March 2007.
540     523

541               -   __Nothing in this License shall be construed as excluding or limiting
        524       +   Nothing in this License shall be construed as excluding or limiting
542     525           any implied license or other defenses to infringement that may
543     526           otherwise be available to you under applicable patent law.
544     527

545               -   __12. No Surrender of Others' Freedom.
        528       +   12. No Surrender of Others' Freedom.
546     529
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019102

SER_2929

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 377 of 398 · GitHub
Update ownone to license to Document 98-1 not violate the ... ongdb in ongraphfoundation/ongdb · GitHub

```
547         -  If conditions are imposed on you (whether by court order, agreement or
     530    +  If conditions are imposed on you (whether by court order, agreement or
548    531       otherwise) that contradict the conditions of this License, they do not
549    532       excuse you from the conditions of this License.  If you cannot convey a
550    533       covered work so as to satisfy simultaneously your obligations under this
554    537       the Program, the only way you could satisfy both those terms and this
555    538       License would be to refrain entirely from conveying the Program.
556    539
557         -   14. Remote Network Interaction; Use with the GNU General Public License.
     540    + 13. Remote Network Interaction; Use with the GNU General Public License.
558    541
559         -   Notwithstanding any other provision of this License, if you modify the
     542    +  Notwithstanding any other provision of this License, if you modify the
560    543       Program, your modified version must prominently offer all users
561    544       interacting with it remotely through a computer network (if your version
562    545       supports such interaction) an opportunity to receive the Corresponding
567    550       of the GNU General Public License that is incorporated pursuant to the
568    551       following paragraph.
569    552
570         -   Notwithstanding any other provision of this License, you have permission
571         -  to link or combine any covered work with a work licensed under version 3
572         -  of the GNU General Public License into a single combined work, and to
573         -  convey the resulting work.  The terms of this License will continue to
574         -  apply to the part which is the covered work, but the work with which it is
575         -  combined will remain governed by version 3 of the GNU General Public
576         -  License.
577         -
578         -   14. Revised Versions of this License.
579         -
580         -   The Free Software Foundation may publish revised and/or new versions of
581         -  the GNU Affero General Public License from time to time.  Such new
582         -  versions will be similar in spirit to the present version, but may differ
583         -  in detail to address new problems or concerns.
584         -
585         -   Each version is given a distinguishing version number.  If the
586         -  Program specifies that a certain numbered version of the GNU Affero
587         -  General Public License "or any later version" applies to it, you have
588         -  the option of following the terms and conditions either of that
589         -  numbered version or of any later version published by the Free
590         -  Software Foundation.  If the Program does not specify a version number
591         -  of the GNU Affero General Public License, you may choose any version
592         -  ever published by the Free Software Foundation.
593         -
594         -   If the Program specifies that a proxy can decide which future
595         -  versions of the GNU Affero General Public License can be used, that
596         -  proxy's public statement of acceptance of a version permanently
597         -  authorizes you to choose that version for the Program.
598         -
599         -   Later license versions may give you additional or different
     553    + Notwithstanding any other provision of this License, you have
     554    + permission to link or combine any covered work with a work licensed
     555    + under version 3 of the GNU General Public License into a single
     556    + combined work, and to convey the resulting work.  The terms of this
     557    + License will continue to apply to the part which is the covered work,
     558    + but the work with which it is combined will remain governed by version
     559    + 3 of the GNU General Public License.
     560    +
     561    + 14. Revised Versions of this License.
     562    +
     563    + The Free Software Foundation may publish revised and/or new versions of
     564    + the GNU Affero General Public License from time to time.  Such new versions
     565    + will be similar in spirit to the present version, but may differ in detail to
     566    + address new problems or concerns.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019103

SER_2930

```
567  +
568  + Each version is given a distinguishing version number.  If the
569  + Program specifies that a certain numbered version of the GNU Affero General
570  + Public License "or any later version" applies to it, you have the
571  + option of following the terms and conditions either of that numbered
572  + version or of any later version published by the Free Software
573  + Foundation.  If the Program does not specify a version number of the
574  + GNU Affero General Public License, you may choose any version ever published
575  + by the Free Software Foundation.
576  +
577  + If the Program specifies that a proxy can decide which future
578  + versions of the GNU Affero General Public License can be used, that proxy's
579  + public statement of acceptance of a version permanently authorizes you
580  + to choose that version for the Program.
581  +
582  + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
602  585    later version.
603  586
604       -  __15. Disclaimer of Warranty.
587  + 15. Disclaimer of Warranty.
605  588
606       -  __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615       -  __16. Limitation of Liability.
598  + 16. Limitation of Liability.
616  599
617       -  __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627       -  __17. Interpretation of Sections 15 and 16.
610  + 17. Interpretation of Sections 15 and 16.
628  611
629       -  __If the disclaimer of warranty and limitation of liability provided
612  + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618
636       -  _____END OF TERMS AND CONDITIONS
619  + END OF TERMS AND CONDITIONS
637  620
638       -  _____How to Apply These Terms to Your New Programs
621  + How to Apply These Terms to Your New Programs
639  622
640       -  __If you develop a new program, and you want it to be of the greatest
623  + If you develop a new program, and you want it to be of the greatest
641  624    possible use to the public, the best way to achieve this is to make it
642  625    free software which everyone can redistribute and change under these terms.
```

N4J_019104

SER_2931

```
643   626
644         -   __To do so, attach the following notices to the program.  It is safest
      627   + To do so, attach the following notices to the program.  It is safest
645   628     to attach them to the start of each source file to most effectively
646   629     state the exclusion of warranty; and each file should have at least
647   630     the "copyright" line and a pointer to where the full notice is found.
648   631

649         -   __<one line to give the program's name and a brief idea of what it does.>
650         -   __Copyright (C) <year>  <name of author>
      632   + <one line to give the program's name and a brief idea of what it does.>
      633   + Copyright (C) <year>  <name of author>
651   634

652         -   __This program is free software: you can redistribute it and/or modify
653         -   __it under the terms of the GNU Affero General Public License as
654         -   __published by the Free Software Foundation, either version 3 of the
655         -   __License, or (at your option) any later version.
      635   + This program is free software: you can redistribute it and/or modify
      636   + it under the terms of the GNU Affero General Public License as published by
      637   + the Free Software Foundation, either version 3 of the License, or
      638   + (at your option) any later version.
656   639

657         -   __This program is distributed in the hope that it will be useful,
658         -   __but WITHOUT ANY WARRANTY; without even the implied warranty of
659         -   __MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660         -   __GNU Affero General Public License for more details.
      640   + This program is distributed in the hope that it will be useful,
      641   + but WITHOUT ANY WARRANTY; without even the implied warranty of
      642   + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
      643   + GNU Affero General Public License for more details.
661   644

662         -   __You should have received a copy of the GNU Affero General Public License
663         -   __along with this program.  If not, see <http://www.gnu.org/licenses/>.
      645   + You should have received a copy of the GNU Affero General Public License
      646   + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664   647

665   648     Also add information on how to contact you by electronic and paper mail.
666   649

667         -   __If your software can interact with users remotely through a computer
      650   + If your software can interact with users remotely through a computer
668   651     network, you should also make sure that it provides a way for users to
669   652     get its source.  For example, if your program is a web application, its
670   653     interface could display a "Source" link that leads users to an archive
671   654     of the code.  There are many ways you could offer source, and different
672   655     solutions will be better for different programs; see section 13 for the
673   656     specific requirements.
674   657

675         -   __You should also get your employer (if you work as a programmer) or school,
      658   + You should also get your employer (if you work as a programmer) or school,
676   659     if any, to sign a "copyright disclaimer" for the program, if necessary.
677   660     For more information on this, and how to apply and follow the GNU AGPL, see
678         - <http://www.gnu.org/licenses/>.
679         -
680         -
681         - "Commons Clause" License Condition
682         -
683         - The Software is provided to you by the Licensor under the License, as
684         - defined below, subject to the following condition. Without limiting
685         - other conditions in the License, the grant of rights under the License
686         - will not include, and the License does not grant to you, the right to
687         - Sell the Software.  For purposes of the foregoing, "Sell" means
688         - practicing any or all of the rights granted to you under the License
689         - to provide to third parties, for a fee or other consideration,
690         - a product or service that consists, entirely or substantially,
```

N4J_019105

SER_2932

65/37

```
691   - of the Software or the functionality of the Software. Any license
692   - notice or attribution required by the License must also include
693   - this Commons Cause License Condition notice.
      661   + <https://www.gnu.org/licenses/>.
```

⌄  486 ▪▪▪▪▪  enterprise/com/LICENSE.txt

```
...   ...   @@ -1,51 +1,35 @@
  1         - NOTICE
  2         - This package contains software licensed under different
  3         - licenses, please refer to the NOTICE.txt file for further
  4         - information and LICENSES.txt for full license texts.
        1   + GNU AFFERO GENERAL PUBLIC LICENSE
        2   +    Version 3, 19 November 2007
  5
  6         - Neo4j Enterprise object code can be licensed independently from
  7         - the source under separate commercial terms. Email inquiries can be
  8         - directed to: licensing@neo4j.com. More information is also
  9         - available at:https://neo4j.com/licensing/
        4   + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
        5   + Everyone is permitted to copy and distribute verbatim copies
        6   + of this license document, but changing it is not allowed.
 10         7
 11         - The software ("Software") is developed and owned by Neo4j Sweden AB
 12         - (referred to in this notice as "Neo4j") and is subject to the terms
 13         - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
        8   + Preamble
 14         9
 15         -
 16         -
 17         -                  GNU AFFERO GENERAL PUBLIC LICENSE
 18         -                     Version 3, 19 November 2007
 19         -
 20         -  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
 21         - Everyone is permitted to copy and distribute verbatim copies
 22         - of this license document, but changing it is not allowed.
 23         -
 24         -                           Preamble
 25         -
 26         -   The GNU Affero General Public License is a free, copyleft license
 27         - for software and other kinds of works, specifically designed to ensure
       10   + The GNU Affero General Public License is a free, copyleft license for
       11   + software and other kinds of works, specifically designed to ensure
 28         12   cooperation with the community in the case of network server software.
 29         13
 30         -   The licenses for most software and other practical works are
 31         - designed to take away your freedom to share and change the works.  By
 32         - contrast, our General Public Licenses are intended to guarantee your
 33         - freedom to share and change all versions of a program--to make sure it
 34         - remains free software for all its users.
       14   + The licenses for most software and other practical works are designed
       15   + to take away your freedom to share and change the works.  By contrast,
       16   + our General Public Licenses are intended to guarantee your freedom to
       17   + share and change all versions of a program--to make sure it remains free
       18   + software for all its users.
 35         19
 36         -   When we speak of free software, we are referring to freedom, not
       20   + When we speak of free software, we are referring to freedom, not
 37         21   price.  Our General Public Licenses are designed to make sure that you
 38         22   have the freedom to distribute copies of free software (and charge for
 39         23   them if you wish), that you receive source code or can get it if you
 40         24   want it, that you can change the software or use pieces of it in new
 41         25   free programs, and that you know you can do these things.
```

N4J_019106

SER_2933

66/327

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 301 of 198 ... GitHub

```
42   26
43   27  - __Developers that use our General Public Licenses protect your rights
     27  + Developers that use our General Public Licenses protect your rights
44   28    with two steps: (1) assert copyright on the software, and (2) offer
45   29    you this License which gives you legal permission to copy, distribute
46   30    and/or modify the software.
47   31
48       - __A secondary benefit of defending all users' freedom is that
     32  + A secondary benefit of defending all users' freedom is that
49   33    improvements made in alternate versions of the program, if they
50   34    receive widespread use, become available for other developers to
51   35    incorporate.  Many developers of free software are heartened and
55   39    letting the public access it on a server without ever releasing its
56   40    source code to the public.
57   41
58       - __The GNU Affero General Public License is designed specifically to
     42  + The GNU Affero General Public License is designed specifically to
59   43    ensure that, in such cases, the modified source code becomes available
60   44    to the community.  It requires the operator of a network server to
61   45    provide the source code of the modified version running there to the
62   46    users of that server.  Therefore, public use of a modified version, on
63   47    a publicly accessible server, gives the public access to the source
64   48    code of the modified version.
65   49
66       - __An older license, called the Affero General Public License and
     50  + An older license, called the Affero General Public License and
67   51    published by Affero, was designed to accomplish similar goals.  This is
68   52    a different license, not a version of the Affero GPL, but Affero has
69   53    released a new version of the Affero GPL which permits relicensing under
70   54    this license.
71   55
72       - __The precise terms and conditions for copying, distribution and
     56  + The precise terms and conditions for copying, distribution and
73   57    modification follow.
74   58
75       -                       TERMS AND CONDITIONS
     59  + TERMS AND CONDITIONS
     60  +
     61  + 0. Definitions.
76   62
77       -   0. Definitions.
     63  + "This License" refers to version 3 of the GNU Affero General Public License.
78   64
79       -   "This License" refers to version 3 of the GNU Affero General Public
80       - License.
     65  + "Copyright" also means copyright-like laws that apply to other kinds of
     66  + works, such as semiconductor masks.
81   67
82       -   "Copyright" also means copyright-like laws that apply to other kinds
83       - of works, such as semiconductor masks.
84       -
85       -   "The Program" refers to any copyrightable work licensed under this
     68  + "The Program" refers to any copyrightable work licensed under this
86   69    License.  Each licensee is addressed as "you".  "Licensees" and
87   70    "recipients" may be individuals or organizations.
88   71
89       - __To "modify" a work means to copy from or adapt all or part of the work
     72  + To "modify" a work means to copy from or adapt all or part of the work
90   73    in a fashion requiring copyright permission, other than the making of an
91   74    exact copy.  The resulting work is called a "modified version" of the
92   75    earlier work or a work "based on" the earlier work.
93   76
94       - __A "covered work" means either the unmodified Program or a work based
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019107

SER_2934

```
77    + A "covered work" means either the unmodified Program or a work based
78    +   on the Program.

79
- __To "propagate" a work means to do anything with it that, without
80    + To "propagate" a work means to do anything with it that, without
      permission, would make you directly or secondarily liable for
      infringement under applicable copyright law, except executing it on a
      computer or modifying a private copy.  Propagation includes copying,
      distribution (with or without modification), making available to the
      public, and in some countries other activities as well.

- __To "convey" a work means any kind of propagation that enables other
87    + To "convey" a work means any kind of propagation that enables other
      parties to make or receive copies.  Mere interaction with a user through
      a computer network, with no transfer of a copy, is not conveying.

- __An interactive user interface displays "Appropriate Legal Notices"
91    + An interactive user interface displays "Appropriate Legal Notices"
      to the extent that it includes a convenient and prominently visible
      feature that (1) displays an appropriate copyright notice, and (2)
      tells the user that there is no warranty for the work (except to the
      the interface presents a list of user commands or options, such as a
      menu, a prominent item in the list meets this criterion.

- __1. Source Code.
100   + 1. Source Code.

- __The "source code" for a work means the preferred form of the work
102   + The "source code" for a work means the preferred form of the work
      for making modifications to it.  "Object code" means any non-source
      form of a work.

- __A "Standard Interface" means an interface that either is an official
106   + A "Standard Interface" means an interface that either is an official
      standard defined by a recognized standards body, or, in the case of
      interfaces specified for a particular programming language, one that
      is widely used among developers working in that language.

- __The "System Libraries" of an executable work include anything, other
111   + The "System Libraries" of an executable work include anything, other
      than the work as a whole, that (a) is included in the normal form of
      packaging a Major Component, but which is not part of that Major
      Component, and (b) serves only to enable use of the work with that
      (if any) on which the executable work runs, or a compiler used to
      produce the work, or an object code interpreter used to run it.

- __The "Corresponding Source" for a work in object code form means all
122   + The "Corresponding Source" for a work in object code form means all
      the source code needed to generate, install, and (for an executable
      work) run the object code and to modify the work, including scripts to
      control those activities.  However, it does not include the work's
      such as by intimate data communication or control flow between those
      subprograms and other parts of the work.

- __The Corresponding Source need not include anything that users
135   + The Corresponding Source need not include anything that users
      can regenerate automatically from other parts of the Corresponding
      Source.

- __The Corresponding Source for a work in source code form is that
139   + The Corresponding Source for a work in source code form is that
      same work.
```

N4J_019108

SER_2935

```
159    142  -  __2. Basic Permissions.
       142  +  __2. Basic Permissions.
160    143
161    144  -  __All rights granted under this License are granted for the term of
       144  +  __All rights granted under this License are granted for the term of
162    145     copyright on the Program, and are irrevocable provided the stated
163    146     conditions are met.  This License explicitly affirms your unlimited
164    147     permission to run the unmodified Program.  The output from running a
165    148     covered work is covered by this License only if the output, given its
166    149     content, constitutes a covered work.  This License acknowledges your
167    150     rights of fair use or other equivalent, as provided by copyright law.
168    151
169    152  -  __You may make, run and propagate covered works that you do not
       152  +  __You may make, run and propagate covered works that you do not
170    153     convey, without conditions so long as your license otherwise remains
171    154     in force.  You may convey covered works to others for the sole purpose
172    155     of having them make modifications exclusively for you, or provide you
177    160     and control, on terms that prohibit them from making any copies of
178    161     your copyrighted material outside their relationship with you.
179    162
180    163  -  __Conveying under any other circumstances is permitted solely under
       163  +  __Conveying under any other circumstances is permitted solely under
181    164     the conditions stated below.  Sublicensing is not allowed; section 10
182    165     makes it unnecessary.
183    166
184    167  -  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
       167  +  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185    168
186    169  -  __No covered work shall be deemed part of an effective technological
       169  +  __No covered work shall be deemed part of an effective technological
187    170     measure under any applicable law fulfilling obligations under article
188    171     11 of the WIPO copyright treaty adopted on 20 December 1996, or
189    172     similar laws prohibiting or restricting circumvention of such
190    173     measures.
191    174
192    175  -  __When you convey a covered work, you waive any legal power to forbid
       175  +  __When you convey a covered work, you waive any legal power to forbid
193    176     circumvention of technological measures to the extent such circumvention
194    177     is effected by exercising rights under this License with respect to
195    178     the covered work, and you disclaim any intention to limit operation or
196    179     modification of the work as a means of enforcing, against the work's
197    180     users, your or third parties' legal rights to forbid circumvention of
198    181     technological measures.
199    182
200    183  -  __4. Conveying Verbatim Copies.
       183  +  __4. Conveying Verbatim Copies.
201    184
202    185  -  __You may convey verbatim copies of the Program's source code as you
       185  +  __You may convey verbatim copies of the Program's source code as you
203    186     receive it, in any medium, provided that you conspicuously and
204    187     appropriately publish on each copy an appropriate copyright notice;
205    188     keep intact all notices stating that this License and any
206    189     non-permissive terms added in accord with section 7 apply to the code;
207    190     keep intact all notices of the absence of any warranty; and give all
208    191     recipients a copy of this License along with the Program.
209    192
210    193  -  __You may charge any price or no price for each copy that you convey,
       193  +  __You may charge any price or no price for each copy that you convey,
211    194     and you may offer support or warranty protection for a fee.
212    195
213    196  -  __5. Conveying Modified Source Versions.
       196  +  __5. Conveying Modified Source Versions.
214    197
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019109

SER_2936

10/2/2019 Case 5:18-cv-07182-EJD Document 98-1 ... Filed 12/11/20 Page 304 of 1198 ... GitHub

```
215            -   __You may convey a work based on the Program, or the modifications to
      198      +   You may convey a work based on the Program, or the modifications to
216   199          produce it from the Program, in the form of source code under the
217   200          terms of section 4, provided that you also meet all of these conditions:
218   201

219            -   ____a) The work must carry prominent notices stating that you modified
220            -   ____it, and giving a relevant date.
      202      + a) The work must carry prominent notices stating that you modified
      203      + it, and giving a relevant date.
221   204

222            -   ____b) The work must carry prominent notices stating that it is
223            -   ____released under this License and any conditions added under section
224            -   ____7.  This requirement modifies the requirement in section 4 to
225            -   ____"keep intact all notices".
      205      + b) The work must carry prominent notices stating that it is
      206      + released under this License and any conditions added under section
      207      + 7.  This requirement modifies the requirement in section 4 to
      208      + "keep intact all notices".
226   209

227            -   ____c) You must license the entire work, as a whole, under this
228            -   ____License to anyone who comes into possession of a copy.  This
229            -   ____License will therefore apply, along with any applicable section 7
230            -   ____additional terms, to the whole of the work, and all its parts,
231            -   ____regardless of how they are packaged.  This License gives no
232            -   ____permission to license the work in any other way, but it does not
233            -   ____invalidate such permission if you have separately received it.
      210      + c) You must license the entire work, as a whole, under this
      211      + License to anyone who comes into possession of a copy.  This
      212      + License will therefore apply, along with any applicable section 7
      213      + additional terms, to the whole of the work, and all its parts,
      214      + regardless of how they are packaged.  This License gives no
      215      + permission to license the work in any other way, but it does not
      216      + invalidate such permission if you have separately received it.
234   217

235            -   ____d) If the work has interactive user interfaces, each must display
236            -   ____Appropriate Legal Notices; however, if the Program has interactive
237            -   ____interfaces that do not display Appropriate Legal Notices, your
238            -   ____work need not make them do so.
      218      + d) If the work has interactive user interfaces, each must display
      219      + Appropriate Legal Notices; however, if the Program has interactive
      220      + interfaces that do not display Appropriate Legal Notices, your
      221      + work need not make them do so.
239   222

240            -   __A compilation of a covered work with other separate and independent
      223      + A compilation of a covered work with other separate and independent
241   224          works, which are not by their nature extensions of the covered work,
242   225          and which are not combined with it such as to form a larger program,
243   226          in or on a volume of a storage or distribution medium, is called an
247   230          in an aggregate does not cause this License to apply to the other
248   231          parts of the aggregate.
249   232

250            -   __6. Conveying Non-Source Forms.
      233      + 6. Conveying Non-Source Forms.
251   234

252            -   __You may convey a covered work in object code form under the terms
      235      + You may convey a covered work in object code form under the terms
253   236          of sections 4 and 5, provided that you also convey the
254   237          machine-readable Corresponding Source under the terms of this License,
255   238          in one of these ways:
256   239

257            -   ____a) Convey the object code in, or embodied in, a physical product
258            -   ____(including a physical distribution medium), accompanied by the
259            -   ____Corresponding Source fixed on a durable physical medium
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019110

SER_2937

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1 to be violated 12/11/20   Page 305 of 198 · GitHub

```
260    -    customarily used for software interchange.
261    -
262    -    b) Convey the object code in, or embodied in, a physical product
263    -    (including a physical distribution medium), accompanied by a
264    -    written offer, valid for at least three years and valid for as
265    -    long as you offer spare parts or customer support for that product
266    -    model, to give anyone who possesses the object code either (1) a
267    -    copy of the Corresponding Source for all the software in the
268    -    product that is covered by this License, on a durable physical
269    -    medium customarily used for software interchange, for a price no
270    -    more than your reasonable cost of physically performing this
271    -    conveying of source, or (2) access to copy the
272    -    Corresponding Source from a network server at no charge.
273    -
274    -    c) Convey individual copies of the object code with a copy of the
275    -    written offer to provide the Corresponding Source.  This
276    -    alternative is allowed only occasionally and noncommercially, and
277    -    only if you received the object code with such an offer, in accord
278    -    with subsection 6b.
279    -
280    -    d) Convey the object code by offering access from a designated
281    -    place (gratis or for a charge), and offer equivalent access to the
282    -    Corresponding Source in the same way through the same place at no
283    -    further charge.  You need not require recipients to copy the
284    -    Corresponding Source along with the object code.  If the place to
285    -    copy the object code is a network server, the Corresponding Source
286    -    may be on a different server (operated by you or a third party)
287    -    that supports equivalent copying facilities, provided you maintain
288    -    clear directions next to the object code saying where to find the
289    -    Corresponding Source.  Regardless of what server hosts the
290    -    Corresponding Source, you remain obligated to ensure that it is
291    -    available for as long as needed to satisfy these requirements.
292    -
293    -    e) Convey the object code using peer-to-peer transmission, provided
294    -    you inform other peers where the object code and Corresponding
295    -    Source of the work are being offered to the general public at no
296    -    charge under subsection 6d.
297    -
298    -  A separable portion of the object code, whose source code is excluded
240    + a) Convey the object code in, or embodied in, a physical product
241    + (including a physical distribution medium), accompanied by the
242    + Corresponding Source fixed on a durable physical medium
243    + customarily used for software interchange.
244    +
245    + b) Convey the object code in, or embodied in, a physical product
246    + (including a physical distribution medium), accompanied by a
247    + written offer, valid for at least three years and valid for as
248    + long as you offer spare parts or customer support for that product
249    + model, to give anyone who possesses the object code either (1) a
250    + copy of the Corresponding Source for all the software in the
251    + product that is covered by this License, on a durable physical
252    + medium customarily used for software interchange, for a price no
253    + more than your reasonable cost of physically performing this
254    + conveying of source, or (2) access to copy the
255    + Corresponding Source from a network server at no charge.
256    +
257    + c) Convey individual copies of the object code with a copy of the
258    + written offer to provide the Corresponding Source.  This
259    + alternative is allowed only occasionally and noncommercially, and
260    + only if you received the object code with such an offer, in accord
261    + with subsection 6b.
262    +
263    + d) Convey the object code by offering access from a designated
```

N4J_019111

SER_2938

```
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302      - __"A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315      - __"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323      - __If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
327  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334      - __The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
341  324
342      - __Corresponding Source conveyed, and Installation Information provided,
     325  + Corresponding Source conveyed, and Installation Information provided,
343  326    in accord with this section must be in a format that is publicly
344  327    documented (and with an implementation available to the public in
345  328    source code form), and must require no special password or key for
346  329    unpacking, reading or copying.
347  330
348      - __7. Additional Terms.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019112

SER_2939

10/2/2019  Case 5:18-cv-07182-EJD  Document 98-1 ... Filed 12/11/20 · GitHub · Page 307 of 298

```
331   +  7. Additional Terms.
349 332
350   -    "Additional permissions" are terms that supplement the terms of this
    333 +    "Additional permissions" are terms that supplement the terms of this
351 334    License by making exceptions from one or more of its conditions.
352 335    Additional permissions that are applicable to the entire Program shall
353 336    be treated as though they were included in this License, to the extent
356 339    under those permissions, but the entire Program remains governed by
357 340    this License without regard to the additional permissions.
358 341
359   -    When you convey a copy of a covered work, you may at your option
    342 +    When you convey a copy of a covered work, you may at your option
360 343    remove any additional permissions from that copy, or from any part of
361 344    it.  (Additional permissions may be written to require their own
362 345    removal in certain cases when you modify the work.)  You may place
363 346    additional permissions on material, added by you to a covered work,
364 347    for which you have or can give appropriate copyright permission.
365 348
366   -    Notwithstanding any other provision of this License, for material you
    349 +    Notwithstanding any other provision of this License, for material you
367 350    add to a covered work, you may (if authorized by the copyright holders of
368 351    that material) supplement the terms of this License with terms:
369 352
370   -      a) Disclaiming warranty or limiting liability differently from the
371   -      terms of sections 15 and 16 of this License; or
    353 +    a) Disclaiming warranty or limiting liability differently from the
    354 +    terms of sections 15 and 16 of this License; or
372 355
373   -      b) Requiring preservation of specified reasonable legal notices or
374   -      author attributions in that material or in the Appropriate Legal
375   -      Notices displayed by works containing it; or
    356 +    b) Requiring preservation of specified reasonable legal notices or
    357 +    author attributions in that material or in the Appropriate Legal
    358 +    Notices displayed by works containing it; or
376 359
377   -      c) Prohibiting misrepresentation of the origin of that material, or
378   -      requiring that modified versions of such material be marked in
379   -      reasonable ways as different from the original version; or
    360 +    c) Prohibiting misrepresentation of the origin of that material, or
    361 +    requiring that modified versions of such material be marked in
    362 +    reasonable ways as different from the original version; or
380 363
381   -      d) Limiting the use for publicity purposes of names of licensors or
382   -      authors of the material; or
    364 +    d) Limiting the use for publicity purposes of names of licensors or
    365 +    authors of the material; or
383 366
384   -      e) Declining to grant rights under trademark law for use of some
385   -      trade names, trademarks, or service marks; or
    367 +    e) Declining to grant rights under trademark law for use of some
    368 +    trade names, trademarks, or service marks; or
386 369
387   -      f) Requiring indemnification of licensors and authors of that
388   -      material by anyone who conveys the material (or modified versions of
389   -      it) with contractual assumptions of liability to the recipient, for
390   -      any liability that these contractual assumptions directly impose on
391   -      those licensors and authors.
    370 +    f) Requiring indemnification of licensors and authors of that
    371 +    material by anyone who conveys the material (or modified versions of
    372 +    it) with contractual assumptions of liability to the recipient, for
    373 +    any liability that these contractual assumptions directly impose on
    374 +    those licensors and authors.
392 375
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019113

SER_2940

73/37

10/2/2019  Case 5:18-cv-07182-EJD  Document 98-1 · Filed 12/11/20 · Page 308 of 398 · GitHub  Update the source code to not violate the GPL · graphfoundation/ongdb · GitHub

```
393            -   All other non-permissive additional terms are considered "further
       376     +   All other non-permissive additional terms are considered "further
394    377         restrictions" within the meaning of section 10.  If the Program as you
395    378         received it, or any part of it, contains a notice stating that it is
396            -   governed by this License along with a term that is a further restriction,
397            -   you may remove that term.  If a license document contains a further
398            -   restriction but permits relicensing or conveying under this License, you
399            -   may add to a covered work material governed by the terms of that license
400            -   document, provided that the further restriction does not survive such
401            -   relicensing or conveying.
402            -
403            -   If you add terms to a covered work in accord with this section, you
       379     +   governed by this License along with a term that is a further
       380     +   restriction, you may remove that term.  If a license document contains
       381     +   a further restriction but permits relicensing or conveying under this
       382     +   License, you may add to a covered work material governed by the terms
       383     +   of that license document, provided that the further restriction does
       384     +   not survive such relicensing or conveying.
       385     +
       386     +   If you add terms to a covered work in accord with this section, you
404    387         must place, in the relevant source files, a statement of the
405    388         additional terms that apply to those files, or a notice indicating
406    389         where to find the applicable terms.
407    390
408            -   Additional terms, permissive or non-permissive, may be stated in the
       391     +   Additional terms, permissive or non-permissive, may be stated in the
409    392         form of a separately written license, or stated as exceptions;
410    393         the above requirements apply either way.
411    394
412            -   8. Termination.
       395     +   8. Termination.
413    396
414            -   You may not propagate or modify a covered work except as expressly
       397     +   You may not propagate or modify a covered work except as expressly
415    398         provided under this License.  Any attempt otherwise to propagate or
416    399         modify it is void, and will automatically terminate your rights under
417    400         this License (including any patent licenses granted under the third
418    401         paragraph of section 11).
419    402
420            -   However, if you cease all violation of this License, then your
       403     +   However, if you cease all violation of this License, then your
421    404         license from a particular copyright holder is reinstated (a)
422    405         provisionally, unless and until the copyright holder explicitly and
423    406         finally terminates your license, and (b) permanently, if the copyright
424    407         holder fails to notify you of the violation by some reasonable means
425    408         prior to 60 days after the cessation.
426    409
427            -   Moreover, your license from a particular copyright holder is
       410     +   Moreover, your license from a particular copyright holder is
428    411         reinstated permanently if the copyright holder notifies you of the
429    412         violation by some reasonable means, this is the first time you have
430    413         received notice of violation of this License (for any work) from that
431    414         copyright holder, and you cure the violation prior to 30 days after
432    415         your receipt of the notice.
433    416
434            -   Termination of your rights under this section does not terminate the
       417     +   Termination of your rights under this section does not terminate the
435    418         licenses of parties who have received copies or rights from you under
436    419         this License.  If your rights have been terminated and not permanently
437    420         reinstated, you do not qualify to receive new licenses for the same
438    421         material under section 10.
439    422
440            -   9. Acceptance Not Required for Having Copies.
```

N4J_019114

SER_2941

```
423        + 9. Acceptance Not Required for Having Copies.
441   424
442        -   You are not required to accept this License in order to receive or
      425  +   You are not required to accept this License in order to receive or
443   426      run a copy of the Program.  Ancillary propagation of a covered work
444   427      occurring solely as a consequence of using peer-to-peer transmission
445   428      to receive a copy likewise does not require acceptance.  However,
448   431      not accept this License.  Therefore, by modifying or propagating a
449   432      covered work, you indicate your acceptance of this License to do so.
450   433
451        -   10. Automatic Licensing of Downstream Recipients.
      434  +   10. Automatic Licensing of Downstream Recipients.
452   435
453        -   Each time you convey a covered work, the recipient automatically
      436  +   Each time you convey a covered work, the recipient automatically
454   437      receives a license from the original licensors, to run, modify and
455   438      propagate that work, subject to this License.  You are not responsible
456   439      for enforcing compliance by third parties with this License.
457   440
458        -   An "entity transaction" is a transaction transferring control of an
      441  +   An "entity transaction" is a transaction transferring control of an
459   442      organization, or substantially all assets of one, or subdividing an
460   443      organization, or merging organizations.  If propagation of a covered
461   444      work results from an entity transaction, each party to that
465   448      Corresponding Source of the work from the predecessor in interest, if
466   449      the predecessor has it or can get it with reasonable efforts.
467   450
468        -   You may not impose any further restrictions on the exercise of the
      451  +   You may not impose any further restrictions on the exercise of the
469   452      rights granted or affirmed under this License.  For example, you may
470   453      not impose a license fee, royalty, or other charge for exercise of
471   454      rights granted under this License, and you may not initiate litigation
472   455      (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456      any patent claim is infringed by making, using, selling, offering for
474   457      sale, or importing the Program or any portion of it.
475   458
476        -   11. Patents.
      459  +   11. Patents.
477   460
478        -   A "contributor" is a copyright holder who authorizes use under this
      461  +   A "contributor" is a copyright holder who authorizes use under this
479   462      License of the Program or a work on which the Program is based.  The
480   463      work thus licensed is called the contributor's "contributor version".
481   464
482        -   A contributor's "essential patent claims" are all patent claims
      465  +   A contributor's "essential patent claims" are all patent claims
483   466      owned or controlled by the contributor, whether already acquired or
484   467      hereafter acquired, that would be infringed by some manner, permitted
485   468      by this License, of making, using, or selling its contributor version,
489   472      patent sublicenses in a manner consistent with the requirements of
490   473      this License.
491   474
492        -   Each contributor grants you a non-exclusive, worldwide, royalty-free
      475  +   Each contributor grants you a non-exclusive, worldwide, royalty-free
493   476      patent license under the contributor's essential patent claims, to
494   477      make, use, sell, offer for sale, import and otherwise run, modify and
495   478      propagate the contents of its contributor version.
496   479
497        -   In the following three paragraphs, a "patent license" is any express
      480  +   In the following three paragraphs, a "patent license" is any express
498   481      agreement or commitment, however denominated, not to enforce a patent
499   482      (such as an express permission to practice a patent or covenant not to
500   483      sue for patent infringement).  To "grant" such a patent license to a
```

N4J_019115

SER_2942

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 Updated GPL license to version 3 to properly add no warranty clause - ongdb information and GitHub    Filed 12/11/20   Page 390 of 518   · GitHub

```
501  484        party means to make such an agreement or commitment not to enforce a
502  485        patent against the party.
503  486

504         -    __If you convey a covered work, knowingly relying on a patent license,
     487   +     If you convey a covered work, knowingly relying on a patent license,
505  488        and the Corresponding Source of the work is not available for anyone
506  489        to copy, free of charge and under the terms of this License, through a
507  490        publicly available network server or other readily accessible means,
515  499        in a country, would infringe one or more identifiable patents in that
516  499        country that you have reason to believe are valid.
517  500

518         -    __If, pursuant to or in connection with a single transaction or
     501   +     If, pursuant to or in connection with a single transaction or
519  502        arrangement, you convey, or propagate by procuring conveyance of, a
520  503        covered work, and grant a patent license to some of the parties
521  504        receiving the covered work authorizing them to use, propagate, modify
522  505        or convey a specific copy of the covered work, then the patent license
523  506        you grant is automatically extended to all recipients of the covered
524  507        work and works based on it.
525  508

526         -    __A patent license is "discriminatory" if it does not include within
     509   +     A patent license is "discriminatory" if it does not include within
527  510        the scope of its coverage, prohibits the exercise of, or is
528  511        conditioned on the non-exercise of one or more of the rights that are
529  512        specifically granted under this License.  You may not convey a covered
538  521        contain the covered work, unless you entered into that arrangement,
539  522        or that patent license was granted, prior to 28 March 2007.
540  523

541         -    __Nothing in this License shall be construed as excluding or limiting
     524   +     Nothing in this License shall be construed as excluding or limiting
542  525        any implied license or other defenses to infringement that may
543  526        otherwise be available to you under applicable patent law.
544  527

545         -    __12. No Surrender of Others' Freedom.
     528   +     12. No Surrender of Others' Freedom.
546  529

547         -    __If conditions are imposed on you (whether by court order, agreement or
     530   +     If conditions are imposed on you (whether by court order, agreement or
548  531        otherwise) that contradict the conditions of this License, they do not
549  532        excuse you from the conditions of this License.  If you cannot convey a
550  533        covered work so as to satisfy simultaneously your obligations under this
554  537        the Program, the only way you could satisfy both those terms and this
555  538        License would be to refrain entirely from conveying the Program.
556  539

557         -    __13. Remote Network Interaction; Use with the GNU General Public License.
     540   +     13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559         -    __Notwithstanding any other provision of this License, if you modify the
     542   +     Notwithstanding any other provision of this License, if you modify the
560  543        Program, your modified version must prominently offer all users
561  544        interacting with it remotely through a computer network (if your version
562  545        supports such interaction) an opportunity to receive the Corresponding
567  550        of the GNU General Public License that is incorporated pursuant to the
568  551        following paragraph.
569  552

570         -    __Notwithstanding any other provision of this License, you have permission
571         -    to link or combine any covered work with a work licensed under version 3
572         -    of the GNU General Public License into a single combined work, and to
573         -    convey the resulting work.  The terms of this License will continue to
574         -    apply to the part which is the covered work, but the work with which it is
575         -    combined will remain governed by version 3 of the GNU General Public
576         -    License.
577         -
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019116

SER_2943

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 not voilated.11java...rmation GitHub at 0b298 · GitHub    Filed 12/11/20    Page 391 of 298

```
578    -    __ 14. Revised Versions of this License.
579    -
580    -    __The Free Software Foundation may publish revised and/or new versions of
581    - the GNU Affero General Public License from time to time.  Such new
582    - versions will be similar in spirit to the present version, but may differ
583    - in detail to address new problems or concerns.
584    -
585    -    __Each version is given a distinguishing version number.  If the
586    - Program specifies that a certain numbered version of the GNU Affero
587    - General Public License "or any later version" applies to it, you have
588    - the option of following the terms and conditions either of that
589    - numbered version or of any later version published by the Free
590    - Software Foundation.  If the Program does not specify a version number
591    - of the GNU Affero General Public License, you may choose any version
592    - ever published by the Free Software Foundation.
593    -
594    -    __If the Program specifies that a proxy can decide which future
595    - versions of the GNU Affero General Public License can be used, that
596    - proxy's public statement of acceptance of a version permanently
597    - authorizes you to choose that version for the Program.
598    -
599    -    __Later license versions may give you additional or different
       553  + Notwithstanding any other provision of this License, you have
       554  + permission to link or combine any covered work with a work licensed
       555  + under version 3 of the GNU General Public License into a single
       556  + combined work, and to convey the resulting work.  The terms of this
       557  + License will continue to apply to the part which is the covered work,
       558  + but the work with which it is combined will remain governed by version
       559  + 3 of the GNU General Public License.
       560  +
       561  + 14. Revised Versions of this License.
       562  +
       563  + The Free Software Foundation may publish revised and/or new versions of
       564  + the GNU Affero General Public License from time to time.  Such new versions
       565  + will be similar in spirit to the present version, but may differ in detail to
       566  + address new problems or concerns.
       567  +
       568  + Each version is given a distinguishing version number.  If the
       569  + Program specifies that a certain numbered version of the GNU Affero General
       570  + Public License "or any later version" applies to it, you have the
       571  + option of following the terms and conditions either of that numbered
       572  + version or of any later version published by the Free Software
       573  + Foundation.  If the Program does not specify a version number of the
       574  + GNU Affero General Public License, you may choose any version ever published
       575  + by the Free Software Foundation.
       576  +
       577  + If the Program specifies that a proxy can decide which future
       578  + versions of the GNU Affero General Public License can be used, that proxy's
       579  + public statement of acceptance of a version permanently authorizes you
       580  + to choose that version for the Program.
       581  +
       582  + Later license versions may give you additional or different
600    583    permissions.  However, no additional obligations are imposed on any
601    584    author or copyright holder as a result of your choosing to follow a
602    585    later version.
603    586
604    -    __15. Disclaimer of Warranty.
       587  + 15. Disclaimer of Warranty.
605    588
606    -    __THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
       589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607    590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608    591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
```

N4J_019117

77/77

SER_2944

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 292 of 298 · GitHub

```
609  592      OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595      IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596      ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597

615       -    __16. Limitation of Liability.
     598  +  16. Limitation of Liability.
616  599

617       -    __IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  +  IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601      WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602      THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603      GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607      EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608      SUCH DAMAGES.
626  609

627       -    __17. Interpretation of Sections 15 and 16.
     610  +  17. Interpretation of Sections 15 and 16.
628  611

629       -    __If the disclaimer of warranty and limitation of liability provided
     612  +  If the disclaimer of warranty and limitation of liability provided
630  613      above cannot be given local legal effect according to their terms,
631  614      reviewing courts shall apply local law that most closely approximates
632  615      an absolute waiver of all civil liability in connection with the
633  616      Program, unless a warranty or assumption of liability accompanies a
634  617      copy of the Program in return for a fee.
635  618

636       -    _____END OF TERMS AND CONDITIONS
     619  +  END OF TERMS AND CONDITIONS
637  620

638       -    _____How to Apply These Terms to Your New Programs
     621  +  How to Apply These Terms to Your New Programs
639  622

640       -    __If you develop a new program, and you want it to be of the greatest
     623  +  If you develop a new program, and you want it to be of the greatest
641  624      possible use to the public, the best way to achieve this is to make it
642  625      free software which everyone can redistribute and change under these terms.
643  626

644       -    __To do so, attach the following notices to the program.  It is safest
     627  +  To do so, attach the following notices to the program.  It is safest
645  628      to attach them to the start of each source file to most effectively
646  629      state the exclusion of warranty; and each file should have at least
647  630      the "copyright" line and a pointer to where the full notice is found.
648  631

649       -    ____<one line to give the program's name and a brief idea of what it does.>
650       -    ____Copyright (C) <year>  <name of author>
     632  +  <one line to give the program's name and a brief idea of what it does.>
     633  +  Copyright (C) <year>  <name of author>
651  634

652       -    ____This program is free software: you can redistribute it and/or modify
653       -    ____it under the terms of the GNU Affero General Public License as
654       -    ____published by the Free Software Foundation, either version 3 of the
655       -    ____License, or (at your option) any later version.
     635  +  This program is free software: you can redistribute it and/or modify
     636  +  it under the terms of the GNU Affero General Public License as published by
     637  +  the Free Software Foundation, either version 3 of the License, or
     638  +  (at your option) any later version.
656  639

657       -    ____This program is distributed in the hope that it will be useful,
658       -    ____but WITHOUT ANY WARRANTY; without even the implied warranty of
659       -    ____MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660       -    ____GNU Affero General Public License for more details.
     640  +  This program is distributed in the hope that it will be useful,
     641  +  but WITHOUT ANY WARRANTY; without even the implied warranty of
```

78/237

N4J_019118

SER_2945

10/2/2019    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 393 of 1298 · GitHub

```
642    + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
643    + GNU Affero General Public License for more details.
661  644
662    -    You should have received a copy of the GNU Affero General Public License
663    -    along with this program.  If not, see <http://www.gnu.org/licenses/>.
     645  + You should have received a copy of the GNU Affero General Public License
     646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664  647
665  648    Also add information on how to contact you by electronic and paper mail.
666  649
667    -  If your software can interact with users remotely through a computer
     650  + If your software can interact with users remotely through a computer
668  651    network, you should also make sure that it provides a way for users to
669  652    get its source.  For example, if your program is a web application, its
670  653    interface could display a "Source" link that leads users to an archive
671  654    of the code.  There are many ways you could offer source, and different
672  655    solutions will be better for different programs; see section 13 for the
673  656    specific requirements.
674  657
675    -  You should also get your employer (if you work as a programmer) or school,
     658  + You should also get your employer (if you work as a programmer) or school,
676  659    if any, to sign a "copyright disclaimer" for the program, if necessary.
677  660    For more information on this, and how to apply and follow the GNU AGPL, see
678    - <http://www.gnu.org/licenses/>.
679    -
680    -
681    - "Commons Clause" License Condition
682    -
683    - The Software is provided to you by the Licensor under the License, as
684    - defined below, subject to the following condition. Without limiting
685    - other conditions in the License, the grant of rights under the License
686    - will not include, and the License does not grant to you, the right to
687    - Sell the Software.  For purposes of the foregoing, "Sell" means
688    - practicing any or all of the rights granted to you under the License
689    - to provide to third parties, for a fee or other consideration,
690    - a product or service that consists, entirely or substantially,
691    - of the Software or the functionality of the Software. Any license
692    - notice or attribution required by the License must also include
693    - this Commons Cause License Condition notice.
     661  + <https://www.gnu.org/licenses/>.
```



```
486  ■■■■   enterprise/cypher/acceptance-spec-suite/LICENSE.txt
...  ...   @@ -1,51 +1,35 @@
  1    - NOTICE
  2    - This package contains software licensed under different
  3    - licenses, please refer to the NOTICE.txt file for further
  4    - information and LICENSES.txt for full license texts.
     1  + GNU AFFERO GENERAL PUBLIC LICENSE
     2  +   Version 3, 19 November 2007
  5      3
  6    - Neo4j Enterprise object code can be licensed independently from
  7    - the source under separate commercial terms. Email inquiries can be
  8    - directed to: licensing@neo4j.com. More information is also
  9    - available at:https://neo4j.com/licensing/
     4  + Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
     5  + Everyone is permitted to copy and distribute verbatim copies
     6  + of this license document, but changing it is not allowed.
 10      7
 11    - The software ("Software") is developed and owned by Neo4j Sweden AB
 12    - (referred to in this notice as "Neo4j") and is subject to the terms
 13    - of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
     8  + Preamble
```

N4J_019119

SER_2946

```
14    9
15         -
16         -
17         -                    GNU AFFERO GENERAL PUBLIC LICENSE
18         -                       Version 3, 19 November 2007
19         -
20         -    Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
21         -    Everyone is permitted to copy and distribute verbatim copies
22         -    of this license document, but changing it is not allowed.
23         -
24         -                            Preamble
25         -
26         -     The GNU Affero General Public License is a free, copyleft license
27         - for software and other kinds of works, specifically designed to ensure
      10   + GNU Affero General Public License is a free, copyleft license for
      11   + software and other kinds of works, specifically designed to ensure
28      12   cooperation with the community in the case of network server software.
29      13
30         -    The licenses for most software and other practical works are
31         - designed to take away your freedom to share and change the works.  By
32         - contrast, our General Public Licenses are intended to guarantee your
33         - freedom to share and change all versions of a program--to make sure it
34         - remains free software for all its users.
      14   + The licenses for most software and other practical works are designed
      15   + to take away your freedom to share and change the works.  By contrast,
      16   + our General Public Licenses are intended to guarantee your freedom to
      17   + share and change all versions of a program--to make sure it remains free
      18   + software for all its users.
35      19
36         -    When we speak of free software, we are referring to freedom, not
      20   + When we speak of free software, we are referring to freedom, not
37      21   price.  Our General Public Licenses are designed to make sure that you
38      22   have the freedom to distribute copies of free software (and charge for
39      23   them if you wish), that you receive source code or can get it if you
40      24   want it, that you can change the software or use pieces of it in new
41      25   free programs, and that you know you can do these things.
42      26
43         -    Developers that use our General Public Licenses protect your rights
      27   + Developers that use our General Public Licenses protect your rights
44      28   with two steps: (1) assert copyright on the software, and (2) offer
45      29   you this License which gives you legal permission to copy, distribute
46      30   and/or modify the software.
47      31
48         -    A secondary benefit of defending all users' freedom is that
      32   + A secondary benefit of defending all users' freedom is that
49      33   improvements made in alternate versions of the program, if they
50      34   receive widespread use, become available for other developers to
51      35   incorporate.  Many developers of free software are heartened and
55      39   letting the public access it on a server without ever releasing its
56      40   source code to the public.
57      41
58         -    The GNU Affero General Public License is designed specifically to
      42   + The GNU Affero General Public License is designed specifically to
59      43   ensure that, in such cases, the modified source code becomes available
60      44   to the community.  It requires the operator of a network server to
61      45   provide the source code of the modified version running there to the
62      46   users of that server.  Therefore, public use of a modified version, on
63      47   a publicly accessible server, gives the public access to the source
64      48   code of the modified version.
65      49
66         -    An older license, called the Affero General Public License and
      50   + An older license, called the Affero General Public License and
67      51   published by Affero, was designed to accomplish similar goals.  This is
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019120

SER_2947

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 395 of 0298 · GitHub

```
68   52       a different license, not a version of the Affero GPL, but Affero has
69   53       released a new version of the Affero GPL which permits relicensing under
70   54       this license.
71
72       -   __The precise terms and conditions for copying, distribution and
     56   +   The precise terms and conditions for copying, distribution and
73   57       modification follow.
74   58
75       -                       TERMS AND CONDITIONS
     59   +   TERMS AND CONDITIONS
     60   +
     61   +   0. Definitions.
76   62
77       -   __0. Definitions.
     63   +   "This License" refers to version 3 of the GNU Affero General Public License.
78   64
79       -   "This License" refers to version 3 of the GNU Affero General Public
80       -   License.
     65   +   "Copyright" also means copyright-like laws that apply to other kinds of
     66   +   works, such as semiconductor masks.
81   67
82       -   "Copyright" also means copyright-like laws that apply to other kinds
83       -   of works, such as semiconductor masks.
84       -
85       -   "The Program" refers to any copyrightable work licensed under this
     68   +   "The Program" refers to any copyrightable work licensed under this
86   69       License.  Each licensee is addressed as "you".  "Licensees" and
87   70       "recipients" may be individuals or organizations.
88   71
89       -   __To "modify" a work means to copy from or adapt all or part of the work
     72   +   To "modify" a work means to copy from or adapt all or part of the work
90   73       in a fashion requiring copyright permission, other than the making of an
91   74       exact copy.  The resulting work is called a "modified version" of the
92   75       earlier work or a work "based on" the earlier work.
93   76
94       -   __A "covered work" means either the unmodified Program or a work based
     77   +   A "covered work" means either the unmodified Program or a work based
95   78       on the Program.
96   79
97       -   __To "propagate" a work means to do anything with it that, without
     80   +   To "propagate" a work means to do anything with it that, without
98   81       permission, would make you directly or secondarily liable for
99   82       infringement under applicable copyright law, except executing it on a
100  83       computer or modifying a private copy.  Propagation includes copying,
101  84       distribution (with or without modification), making available to the
102  85       public, and in some countries other activities as well.
103  86
104      -   __To "convey" a work means any kind of propagation that enables other
     87   +   To "convey" a work means any kind of propagation that enables other
105  88       parties to make or receive copies.  Mere interaction with a user through
106  89       a computer network, with no transfer of a copy, is not conveying.
107  90
108      -   __An interactive user interface displays "Appropriate Legal Notices"
     91   +   An interactive user interface displays "Appropriate Legal Notices"
109  92       to the extent that it includes a convenient and prominently visible
110  93       feature that (1) displays an appropriate copyright notice, and (2)
111  94       tells the user that there is no warranty for the work (except to the
114  97       the interface presents a list of user commands or options, such as a
115  98       menu, a prominent item in the list meets this criterion.
116  99
117      -   __1. Source Code.
     100  +   1. Source Code.
118  101
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019121

SER_2948

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 396 of 398 · GitHub

```
119            -  __The "source code" for a work means the preferred form of the work
       102     +  The "source code" for a work means the preferred form of the work
120    103        for making modifications to it.  "Object code" means any non-source
121    104        form of a work.
122    105

123            -  __A "Standard Interface" means an interface that either is an official
       106     +  A "Standard Interface" means an interface that either is an official
124    107        standard defined by a recognized standards body, or, in the case of
125    108        interfaces specified for a particular programming language, one that
126    109        is widely used among developers working in that language.
127    110

128            -  __The "System Libraries" of an executable work include anything, other
       111     +  The "System Libraries" of an executable work include anything, other
129    112        than the work as a whole, that (a) is included in the normal form of
130    113        packaging a Major Component, but which is not part of that Major
131    114        Component, and (b) serves only to enable use of the work with that
136    119        (if any) on which the executable work runs, or a compiler used to
137    120        produce the work, or an object code interpreter used to run it.
138    121

139            -  __The "Corresponding Source" for a work in object code form means all
       122     +  The "Corresponding Source" for a work in object code form means all
140    123        the source code needed to generate, install, and (for an executable
141    124        work) run the object code and to modify the work, including scripts to
142    125        control those activities.  However, it does not include the work's
149    132        such as by intimate data communication or control flow between those
150    133        subprograms and other parts of the work.
151    134

152            -  The Corresponding Source need not include anything that users
       135     +  The Corresponding Source need not include anything that users
153    136        can regenerate automatically from other parts of the Corresponding
154    137        Source.
155    138

156            -  __The Corresponding Source for a work in source code form is that
       139     +  The Corresponding Source for a work in source code form is that
157    140        same work.
158    141

159            -  __2. Basic Permissions.
       142     +  2. Basic Permissions.
160    143

161            -  __All rights granted under this License are granted for the term of
       144     +  All rights granted under this License are granted for the term of
162    145        copyright on the Program, and are irrevocable provided the stated
163    146        conditions are met.  This License explicitly affirms your unlimited
164    147        permission to run the unmodified Program.  The output from running a
165    148        covered work is covered by this License only if the output, given its
166    149        content, constitutes a covered work.  This License acknowledges your
167    150        rights of fair use or other equivalent, as provided by copyright law.
168    151

169            -  __You may make, run and propagate covered works that you do not
       152     +  You may make, run and propagate covered works that you do not
170    153        convey, without conditions so long as your license otherwise remains
171    154        in force.  You may convey covered works to others for the sole purpose
172    155        of having them make modifications exclusively for you, or provide you
177    160        and control, on terms that prohibit them from making any copies of
178    161        your copyrighted material outside their relationship with you.
179    162

180            -  __Conveying under any other circumstances is permitted solely under
       163     +  Conveying under any other circumstances is permitted solely under
181    164        the conditions stated below.  Sublicensing is not allowed; section 10
182    165        makes it unnecessary.
183    166

184            -  __3. Protecting Users' Legal Rights From Anti-Circumvention Law.
       167     +  3. Protecting Users' Legal Rights From Anti-Circumvention Law.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374                    82/37

N4J_019122

SER_2949

10/2/2019   Case 5:18-cv-07182-EJD Document 98-1 Updated ongdb to remove to not violate the AGPL by not Filed 12/11/20 ... Page 397 of 1298 · GitHub

| | | |
|---|---|---|
| 185 | 168 | |
| 186 | | - __No covered work shall be deemed part of an effective technological |
| | 169 | + No covered work shall be deemed part of an effective technological |
| 187 | 170 | measure under any applicable law fulfilling obligations under article |
| 188 | 171 | 11 of the WIPO copyright treaty adopted on 20 December 1996, or |
| 189 | 172 | similar laws prohibiting or restricting circumvention of such |
| 190 | 173 | measures. |
| 191 | 174 | |
| 192 | | - __When you convey a covered work, you waive any legal power to forbid |
| | 175 | + When you convey a covered work, you waive any legal power to forbid |
| 193 | 176 | circumvention of technological measures to the extent such circumvention |
| 194 | 177 | is effected by exercising rights under this License with respect to |
| 195 | 178 | the covered work, and you disclaim any intention to limit operation or |
| 196 | 179 | modification of the work as a means of enforcing, against the work's |
| 197 | 180 | users, your or third parties' legal rights to forbid circumvention of |
| 198 | 181 | technological measures. |
| 199 | 182 | |
| 200 | | - __4. Conveying Verbatim Copies. |
| | 183 | + 4. Conveying Verbatim Copies. |
| 201 | 184 | |
| 202 | | - __You may convey verbatim copies of the Program's source code as you |
| | 185 | + You may convey verbatim copies of the Program's source code as you |
| 203 | 186 | receive it, in any medium, provided that you conspicuously and |
| 204 | 187 | appropriately publish on each copy an appropriate copyright notice; |
| 205 | 188 | keep intact all notices stating that this License and any |
| 206 | 189 | non-permissive terms added in accord with section 7 apply to the code; |
| 207 | 190 | keep intact all notices of the absence of any warranty; and give all |
| 208 | 191 | recipients a copy of this License along with the Program. |
| 209 | 192 | |
| 210 | | - __You may charge any price or no price for each copy that you convey, |
| | 193 | + You may charge any price or no price for each copy that you convey, |
| 211 | 194 | and you may offer support or warranty protection for a fee. |
| 212 | 195 | |
| 213 | | - __5. Conveying Modified Source Versions. |
| | 196 | + 5. Conveying Modified Source Versions. |
| 214 | 197 | |
| 215 | | - __You may convey a work based on the Program, or the modifications to |
| | 198 | + You may convey a work based on the Program, or the modifications to |
| 216 | 199 | produce it from the Program, in the form of source code under the |
| 217 | 200 | terms of section 4, provided that you also meet all of these conditions: |
| 218 | 201 | |
| 219 | | - __a) The work must carry prominent notices stating that you modified |
| 220 | | - __it, and giving a relevant date. |
| | 202 | + a) The work must carry prominent notices stating that you modified |
| | 203 | + it, and giving a relevant date. |
| 221 | 204 | |
| 222 | | - __b) The work must carry prominent notices stating that it is |
| 223 | | - __released under this License and any conditions added under section |
| 224 | | - __7.  This requirement modifies the requirement in section 4 to |
| 225 | | - __"keep intact all notices". |
| | 205 | + b) The work must carry prominent notices stating that it is |
| | 206 | + released under this License and any conditions added under section |
| | 207 | + 7.  This requirement modifies the requirement in section 4 to |
| | 208 | + "keep intact all notices. |
| 226 | 209 | |
| 227 | | - __c) You must license the entire work, as a whole, under this |
| 228 | | - __License to anyone who comes into possession of a copy.  This |
| 229 | | - __License will therefore apply, along with any applicable section 7 |
| 230 | | - __additional terms, to the whole of the work, and all its parts, |
| 231 | | - __regardless of how they are packaged.  This License gives no |
| 232 | | - __permission to license the work in any other way, but it does not |
| 233 | | - __invalidate such permission if you have separately received it. |
| | 210 | + c) You must license the entire work, as a whole, under this |

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019123

SER_2950

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1 to view license. Not vilesithe Ibjapinformation qgo2b0o32198 · GitHub

```
      211  + License to anyone who comes into possession of a copy.  This
      212  + License will therefore apply, along with any applicable section 7
      213  + additional terms, to the whole of the work, and all its parts,
      214  + regardless of how they are packaged.  This License gives no
      215  + permission to license the work in any other way, but it does not
      216  + invalidate such permission if you have separately received it.
234   217
235        -    ___d) If the work has interactive user interfaces, each must display
236        -    ___Appropriate Legal Notices; however, if the Program has interactive
237        -    ___interfaces that do not display Appropriate Legal Notices, your
238        -    ___work need not make them do so.
      218  + d) If the work has interactive user interfaces, each must display
      219  + Appropriate Legal Notices; however, if the Program has interactive
      220  + interfaces that do not display Appropriate Legal Notices, your
      221  + work need not make them do so.
239   222
240        -    __A compilation of a covered work with other separate and independent
      223  + A compilation of a covered work with other separate and independent
241   224      works, which are not by their nature extensions of the covered work,
242   225      and which are not combined with it such as to form a larger program,
243   226      in or on a volume of a storage or distribution medium, is called an
247   230      in an aggregate does not cause this License to apply to the other
248   231      parts of the aggregate.
249   232
250        -    __6. Conveying Non-Source Forms.
      233  + 6. Conveying Non-Source Forms.
251   234
252        -    __You may convey a covered work in object code form under the terms
      235  + You may convey a covered work in object code form under the terms
253   236      of sections 4 and 5, provided that you also convey the
254   237      machine-readable Corresponding Source under the terms of this License,
255   238      in one of these ways:
256   239
257        -    ___a) Convey the object code in, or embodied in, a physical product
258        -    ___(including a physical distribution medium), accompanied by the
259        -    ___Corresponding Source fixed on a durable physical medium
260        -    ___customarily used for software interchange.
261        -
262        -    ___b) Convey the object code in, or embodied in, a physical product
263        -    ___(including a physical distribution medium), accompanied by a
264        -    ___written offer, valid for at least three years and valid for as
265        -    ___long as you offer spare parts or customer support for that product
266        -    ___model, to give anyone who possesses the object code either (1) a
267        -    ___copy of the Corresponding Source for all the software in the
268        -    ___product that is covered by this License, on a durable physical
269        -    ___medium customarily used for software interchange, for a price no
270        -    ___more than your reasonable cost of physically performing this
271        -    ___conveying of source, or (2) access to copy the
272        -    ___Corresponding Source from a network server at no charge.
273        -
274        -    ___c) Convey individual copies of the object code with a copy of the
275        -    ___written offer to provide the Corresponding Source.  This
276        -    ___alternative is allowed only occasionally and noncommercially, and
277        -    ___only if you received the object code with such an offer, in accord
278        -    ___with subsection 6b.
279        -
280        -    ___d) Convey the object code by offering access from a designated
281        -    ___place (gratis or for a charge), and offer equivalent access to the
282        -    ___Corresponding Source in the same way through the same place at no
283        -    ___further charge.  You need not require recipients to copy the
284        -    ___Corresponding Source along with the object code.  If the place to
285        -    ___copy the object code is a network server, the Corresponding Source
286        -    ___may be on a different server (operated by you or a third party)
```

N4J_019124

SER_2951

10/2/2019        Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 299 of 298 · GitHub

```
287     -    ____that supports equivalent copying facilities, provided you maintain
288     -    ____clear directions next to the object code saying where to find the
289     -    ____Corresponding Source.  Regardless of what server hosts the
290     -    ____Corresponding Source, you remain obligated to ensure that it is
291     -    ____available for as long as needed to satisfy these requirements.
292     -
293     -    ____e) Convey the object code using peer-to-peer transmission, provided
294     -    ____you inform other peers where the object code and Corresponding
295     -    ____Source of the work are being offered to the general public at no
296     -    ____charge under subsection 6d.
297     -
298     -    __A separable portion of the object code, whose source code is excluded
    240 + a) Convey the object code in, or embodied in, a physical product
    241 + (including a physical distribution medium), accompanied by the
    242 + Corresponding Source fixed on a durable physical medium
    243 + customarily used for software interchange.
    244 +
    245 + b) Convey the object code in, or embodied in, a physical product
    246 + (including a physical distribution medium), accompanied by a
    247 + written offer, valid for at least three years and valid for as
    248 + long as you offer spare parts or customer support for that product
    249 + model, to give anyone who possesses the object code either (1) a
    250 + copy of the Corresponding Source for all the software in the
    251 + product that is covered by this License, on a durable physical
    252 + medium customarily used for software interchange, for a price no
    253 + more than your reasonable cost of physically performing this
    254 + conveying of source, or (2) access to copy the
    255 + Corresponding Source from a network server at no charge.
    256 +
    257 + c) Convey individual copies of the object code with a copy of the
    258 + written offer to provide the Corresponding Source.  This
    259 + alternative is allowed only occasionally and noncommercially, and
    260 + only if you received the object code with such an offer, in accord
    261 + with subsection 6b.
    262 +
    263 + d) Convey the object code by offering access from a designated
    264 + place (gratis or for a charge), and offer equivalent access to the
    265 + Corresponding Source in the same way through the same place at no
    266 + further charge.  You need not require recipients to copy the
    267 + Corresponding Source along with the object code.  If the place to
    268 + copy the object code is a network server, the Corresponding Source
    269 + may be on a different server (operated by you or a third party)
    270 + that supports equivalent copying facilities, provided you maintain
    271 + clear directions next to the object code saying where to find the
    272 + Corresponding Source.  Regardless of what server hosts the
    273 + Corresponding Source, you remain obligated to ensure that it is
    274 + available for as long as needed to satisfy these requirements.
    275 +
    276 + e) Convey the object code using peer-to-peer transmission, provided
    277 + you inform other peers where the object code and Corresponding
    278 + Source of the work are being offered to the general public at no
    279 + charge under subsection 6d.
    280 +
    281 + A separable portion of the object code, whose source code is excluded
299 282   from the Corresponding Source as a System Library, need not be
300 283   included in conveying the object code work.
301 284
302     - __A "User Product" is either (1) a "consumer product", which means any
    285 + A "User Product" is either (1) a "consumer product", which means any
303 286   tangible personal property which is normally used for personal, family,
304 287   or household purposes, or (2) anything designed or sold for incorporation
305 288   into a dwelling.  In determining whether a product is a consumer product,
312 295   commercial, industrial or non-consumer uses, unless such uses represent
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019125

SER_2952

```
313  296      the only significant mode of use of the product.
314  297

315          -  __"Installation Information" for a User Product means any methods,
     298      +  "Installation Information" for a User Product means any methods,
316  299         procedures, authorization keys, or other information required to install
317  300         and execute modified versions of a covered work in that User Product from
318  301         a modified version of its Corresponding Source.  The information must
319  302         suffice to ensure that the continued functioning of the modified object
320  303         code is in no case prevented or interfered with solely because
321  304         modification has been made.
322  305

323          -  __If you convey an object code work under this section in, or with, or
     306      +  If you convey an object code work under this section in, or with, or
324  307         specifically for use in, a User Product, and the conveying occurs as
325  308         part of a transaction in which the right of possession and use of the
326  309         User Product is transferred to the recipient in perpetuity or for a
331  314         modified object code on the User Product (for example, the work has
332  315         been installed in ROM).
333  316

334          -  __The requirement to provide Installation Information does not include a
     317      +  The requirement to provide Installation Information does not include a
335  318         requirement to continue to provide support service, warranty, or updates
336  319         for a work that has been modified or installed by the recipient, or for
337  320         the User Product in which it has been modified or installed.  Access to a
338  321         network may be denied when the modification itself materially and
339  322         adversely affects the operation of the network or violates the rules and
340  323         protocols for communication across the network.
341  324

342          -  __Corresponding Source conveyed, and Installation Information provided,
     325      +  Corresponding Source conveyed, and Installation Information provided,
343  326         in accord with this section must be in a format that is publicly
344  327         documented (and with an implementation available to the public in
345  328         source code form), and must require no special password or key for
346  329         unpacking, reading or copying.
347  330

348          -  __7. Additional Terms.
     331      +  7. Additional Terms.
349  332

350          -  __"Additional permissions" are terms that supplement the terms of this
     333      +  "Additional permissions" are terms that supplement the terms of this
351  334         License by making exceptions from one or more of its conditions.
352  335         Additional permissions that are applicable to the entire Program shall
353  336         be treated as though they were included in this License, to the extent
356  339         under those permissions, but the entire Program remains governed by
357  340         this License without regard to the additional permissions.
358  341

359          -  __When you convey a copy of a covered work, you may at your option
     342      +  When you convey a copy of a covered work, you may at your option
360  343         remove any additional permissions from that copy, or from any part of
361  344         it.  (Additional permissions may be written to require their own
362  345         removal in certain cases when you modify the work.)  You may place
363  346         additional permissions on material, added by you to a covered work,
364  347         for which you have or can give appropriate copyright permission.
365  348

366          -  __Notwithstanding any other provision of this License, for material you
     349      +  Notwithstanding any other provision of this License, for material you
367  350         add to a covered work, you may (if authorized by the copyright holders of
368  351         that material) supplement the terms of this License with terms:
369  352

370          -  ____a) Disclaiming warranty or limiting liability differently from the
371          -  ____terms of sections 15 and 16 of this License; or
     353      +  a) Disclaiming warranty or limiting liability differently from the
     354      +  terms of sections 15 and 16 of this License; or
```

N4J_019126

SER_2953

10/2/2019    Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 401 of 298 · GitHub

```
372  355
373    -    ___b) Requiring preservation of specified reasonable legal notices or
374    -    ___author attributions in that material or in the Appropriate Legal
375    -    ___Notices displayed by works containing it; or
     356  + b) Requiring preservation of specified reasonable legal notices or
     357  + author attributions in that material or in the Appropriate Legal
     358  + Notices displayed by works containing it; or
376  359
377    -    ___c) Prohibiting misrepresentation of the origin of that material, or
378    -    ___requiring that modified versions of such material be marked in
379    -    ___reasonable ways as different from the original version; or
     360  + c) Prohibiting misrepresentation of the origin of that material, or
     361  + requiring that modified versions of such material be marked in
     362  + reasonable ways as different from the original version; or
380  363
381    -    ___d) Limiting the use for publicity purposes of names of licensors or
382    -    ___authors of the material; or
     364  + d) Limiting the use for publicity purposes of names of licensors or
     365  + authors of the material; or
383  366
384    -    ___e) Declining to grant rights under trademark law for use of some
385    -    ___trade names, trademarks, or service marks; or
     367  + e) Declining to grant rights under trademark law for use of some
     368  + trade names, trademarks, or service marks; or
386  369
387    -    ___f) Requiring indemnification of licensors and authors of that
388    -    ___material by anyone who conveys the material (or modified versions of
389    -    ___it) with contractual assumptions of liability to the recipient, for
390    -    ___any liability that these contractual assumptions directly impose on
391    -    ___those licensors and authors.
     370  + f) Requiring indemnification of licensors and authors of that
     371  + material by anyone who conveys the material (or modified versions of
     372  + it) with contractual assumptions of liability to the recipient, for
     373  + any liability that these contractual assumptions directly impose on
     374  + those licensors and authors.
392  375
393    -    ___All other non-permissive additional terms are considered "further
     376  + All other non-permissive additional terms are considered "further
394  377    restrictions" within the meaning of section 10.  If the Program as you
395  378    received it, or any part of it, contains a notice stating that it is
396    -  governed by this License along with a term that is a further restriction,
397    -  you may remove that term.  If a license document contains a further
398    -  restriction but permits relicensing or conveying under this License, you
399    -  may add to a covered work material governed by the terms of that license
400    -  document, provided that the further restriction does not survive such
401    -  relicensing or conveying.
402    -
403    -    ___If you add terms to a covered work in accord with this section, you
     379  + governed by this License along with a term that is a further
     380  + restriction, you may remove that term.  If a license document contains
     381  + a further restriction but permits relicensing or conveying under this
     382  + License, you may add to a covered work material governed by the terms
     383  + of that license document, provided that the further restriction does
     384  + not survive such relicensing or conveying.
     385  +
     386  + If you add terms to a covered work in accord with this section, you
404  387    must place, in the relevant source files, a statement of the
405  388    additional terms that apply to those files, or a notice indicating
406  389    where to find the applicable terms.
407  390
408    -    ___Additional terms, permissive or non-permissive, may be stated in the
     391  + Additional terms, permissive or non-permissive, may be stated in the
409  392    form of a separately written license, or stated as exceptions;
```

N4J_019127

SER_2954

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 402 of 198    ongdb/COPYING at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

```
410  393        the above requirements apply either way.
411  394
412       -  __8. Termination.
     395  + 8. Termination.
413  396
414       -  __You may not propagate or modify a covered work except as expressly
     397  + You may not propagate or modify a covered work except as expressly
415  398     provided under this License.  Any attempt otherwise to propagate or
416  399     modify it is void, and will automatically terminate your rights under
417  400     this License (including any patent licenses granted under the third
418  401     paragraph of section 11).
419  402
420       -  __However, if you cease all violation of this License, then your
     403  + However, if you cease all violation of this License, then your
421  404     license from a particular copyright holder is reinstated (a)
422  405     provisionally, unless and until the copyright holder explicitly and
423  406     finally terminates your license, and (b) permanently, if the copyright
424  407     holder fails to notify you of the violation by some reasonable means
425  408     prior to 60 days after the cessation.
426  409
427       -  __Moreover, your license from a particular copyright holder is
     410  + Moreover, your license from a particular copyright holder is
428  411     reinstated permanently if the copyright holder notifies you of the
429  412     violation by some reasonable means, this is the first time you have
430  413     received notice of violation of this License (for any work) from that
431  414     copyright holder, and you cure the violation prior to 30 days after
432  415     your receipt of the notice.
433  416
434       -  __Termination of your rights under this section does not terminate the
     417  + Termination of your rights under this section does not terminate the
435  418     licenses of parties who have received copies or rights from you under
436  419     this License.  If your rights have been terminated and not permanently
437  420     reinstated, you do not qualify to receive new licenses for the same
438  421     material under section 10.
439  422
440       -  __9. Acceptance Not Required for Having Copies.
     423  + 9. Acceptance Not Required for Having Copies.
441  424
442       -  __You are not required to accept this License in order to receive or
     425  + You are not required to accept this License in order to receive or
443  426     run a copy of the Program.  Ancillary propagation of a covered work
444  427     occurring solely as a consequence of using peer-to-peer transmission
445  428     to receive a copy likewise does not require acceptance.  However,
448  431     not accept this License.  Therefore, by modifying or propagating a
449  432     covered work, you indicate your acceptance of this License to do so.
450  433
451       -  __10. Automatic Licensing of Downstream Recipients.
     434  + 10. Automatic Licensing of Downstream Recipients.
452  435
453       -  __Each time you convey a covered work, the recipient automatically
     436  + Each time you convey a covered work, the recipient automatically
454  437     receives a license from the original licensors, to run, modify and
455  438     propagate that work, subject to this License.  You are not responsible
456  439     for enforcing compliance by third parties with this License.
457  440
458       -  __An "entity transaction" is a transaction transferring control of an
     441  + An "entity transaction" is a transaction transferring control of an
459  442     organization, or substantially all assets of one, or subdividing an
460  443     organization, or merging organizations.  If propagation of a covered
461  444     work results from an entity transaction, each party to that
465  448     Corresponding Source of the work from the predecessor in interest, if
466  449     the predecessor has it or can get it with reasonable efforts.
467  450
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019128

SER_2955

10/2/2019      Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 403 of 1298      · GitHub

```
468        - __You may not impose any further restrictions on the exercise of the
     451   + You may not impose any further restrictions on the exercise of the
469  452     rights granted or affirmed under this License.  For example, you may
470  453     not impose a license fee, royalty, or other charge for exercise of
471  454     rights granted under this License, and you may not initiate litigation
472  455     (including a cross-claim or counterclaim in a lawsuit) alleging that
473  456     any patent claim is infringed by making, using, selling, offering for
474  457     sale, or importing the Program or any portion of it.
475  458

476        - __11. Patents.
     459   + 11. Patents.
477  460

478        - __A "contributor" is a copyright holder who authorizes use under this
     461   + A "contributor" is a copyright holder who authorizes use under this
479  462     License of the Program or a work on which the Program is based.  The
480  463     work thus licensed is called the contributor's "contributor version".
481  464

482        - __A contributor's "essential patent claims" are all patent claims
     465   + A contributor's "essential patent claims" are all patent claims
483  466     owned or controlled by the contributor, whether already acquired or
484  467     hereafter acquired, that would be infringed by some manner, permitted
485  468     by this License, of making, using, or selling its contributor version,
489  472     patent sublicenses in a manner consistent with the requirements of
490  473     this License.
491  474

492        - __Each contributor grants you a non-exclusive, worldwide, royalty-free
     475   + Each contributor grants you a non-exclusive, worldwide, royalty-free
493  476     patent license under the contributor's essential patent claims, to
494  477     make, use, sell, offer for sale, import and otherwise run, modify and
495  478     propagate the contents of its contributor version.
496  479

497        - __In the following three paragraphs, a "patent license" is any express
     480   + In the following three paragraphs, a "patent license" is any express
498  481     agreement or commitment, however denominated, not to enforce a patent
499  482     (such as an express permission to practice a patent or covenant not to
500  483     sue for patent infringement).  To "grant" such a patent license to a
501  484     party means to make such an agreement or commitment not to enforce a
502  485     patent against the party.
503  486

504        - __If you convey a covered work, knowingly relying on a patent license,
     487   + If you convey a covered work, knowingly relying on a patent license,
505  488     and the Corresponding Source of the work is not available for anyone
506  489     to copy, free of charge and under the terms of this License, through a
507  490     publicly available network server or other readily accessible means,
515  498     in a country, would infringe one or more identifiable patents in that
516  499     country that you have reason to believe are valid.
517  500

518        - __If, pursuant to or in connection with a single transaction or
     501   + If, pursuant to or in connection with a single transaction or
519  502     arrangement, you convey, or propagate by procuring conveyance of, a
520  503     covered work, and grant a patent license to some of the parties
521  504     receiving the covered work authorizing them to use, propagate, modify
522  505     or convey a specific copy of the covered work, then the patent license
523  506     you grant is automatically extended to all recipients of the covered
524  507     work and works based on it.
525  508

526        - __A patent license is "discriminatory" if it does not include within
     509   + A patent license is "discriminatory" if it does not include within
527  510     the scope of its coverage, prohibits the exercise of, or is
528  511     conditioned on the non-exercise of one or more of the rights that are
529  512     specifically granted under this License.  You may not convey a covered
538  521     contain the covered work, unless you entered into that arrangement,
539  522     or that patent license was granted, prior to 28 March 2007.
```

N4J_019129

SER_2956

```
540  523
541   |      -   __Nothing in this License shall be construed as excluding or limiting
     | 524  +   Nothing in this License shall be construed as excluding or limiting
542  525      any implied license or other defenses to infringement that may
543  526      otherwise be available to you under applicable patent law.
544  527

545  528      -   __12. No Surrender of Others' Freedom.
     | 528  +   12. No Surrender of Others' Freedom.
546  529

547  530      -   __If conditions are imposed on you (whether by court order, agreement or
     | 530  +   If conditions are imposed on you (whether by court order, agreement or
548  531      otherwise) that contradict the conditions of this License, they do not
549  532      excuse you from the conditions of this License.  If you cannot convey a
550  533      covered work so as to satisfy simultaneously your obligations under this
554  537      the Program, the only way you could satisfy both those terms and this
555  538      License would be to refrain entirely from conveying the Program.
556  539

557  540      -   __13. Remote Network Interaction; Use with the GNU General Public License.
     | 540  +   13. Remote Network Interaction; Use with the GNU General Public License.
558  541

559  542      -   __Notwithstanding any other provision of this License, if you modify the
     | 542  +   Notwithstanding any other provision of this License, if you modify the
560  543      Program, your modified version must prominently offer all users
561  544      interacting with it remotely through a computer network (if your version
562  545      supports such interaction) an opportunity to receive the Corresponding
567  550      of the GNU General Public License that is incorporated pursuant to the
568  551      following paragraph.
569  552

570      -      -   __Notwithstanding any other provision of this License, you have permission
571      -      -   to link or combine any covered work with a work licensed under version 3
572      -      -   of the GNU General Public License into a single combined work, and to
573      -      -   convey the resulting work.  The terms of this License will continue to
574      -      -   apply to the part which is the covered work, but the work with which it is
575      -      -   combined will remain governed by version 3 of the GNU General Public
576      -      -   License.
577      -      -
578      -      -   __14. Revised Versions of this License.
579      -      -
580      -      -   __The Free Software Foundation may publish revised and/or new versions of
581      -      -   the GNU Affero General Public License from time to time.  Such new
582      -      -   versions will be similar in spirit to the present version, but may differ
583      -      -   in detail to address new problems or concerns.
584      -      -
585      -      -   __Each version is given a distinguishing version number.  If the
586      -      -   Program specifies that a certain numbered version of the GNU Affero
587      -      -   General Public License "or any later version" applies to it, you have
588      -      -   the option of following the terms and conditions either of that
589      -      -   numbered version or of any later version published by the Free
590      -      -   Software Foundation.  If the Program does not specify a version number
591      -      -   of the GNU Affero General Public License, you may choose any version
592      -      -   ever published by the Free Software Foundation.
593      -      -
594      -      -   __If the Program specifies that a proxy can decide which future
595      -      -   versions of the GNU Affero General Public License can be used, that
596      -      -   proxy's public statement of acceptance of a version permanently
597      -      -   authorizes you to choose that version for the Program.
598      -      -
599      -      -   __Later license versions may give you additional or different
     | 553  +   Notwithstanding any other provision of this License, you have
     | 554  +   permission to link or combine any covered work with a work licensed
     | 555  +   under version 3 of the GNU General Public License into a single
     | 556  +   combined work, and to convey the resulting work.  The terms of this
     | 557  +   License will continue to apply to the part which is the covered work,
```

N4J_019130

SER_2957

10/2/2019     Case 5:18-cv-07182-EJD   Document 98-1 ... Filed 12/11/20   Page 405 of 1293 · GitHub

```
558  + but the work with which it is combined will remain governed by version
559  + 3 of the GNU General Public License.
560  +
561  + 14. Revised Versions of this License.
562  +
563  + The Free Software Foundation may publish revised and/or new versions of
564  + the GNU Affero General Public License from time to time.  Such new versions
565  + will be similar in spirit to the present version, but may differ in detail to
566  + address new problems or concerns.
567  +
568  + Each version is given a distinguishing version number.  If the
569  + Program specifies that a certain numbered version of the GNU Affero General
570  + Public License "or any later version" applies to it, you have the
571  + option of following the terms and conditions either of that numbered
572  + version or of any later version published by the Free Software
573  + Foundation.  If the Program does not specify a version number of the
574  + GNU Affero General Public License, you may choose any version ever published
575  + by the Free Software Foundation.
576  +
577  + If the Program specifies that a proxy can decide which future
578  + versions of the GNU Affero General Public License can be used, that proxy's
579  + public statement of acceptance of a version permanently authorizes you
580  + to choose that version for the Program.
581  +
582  + Later license versions may give you additional or different
600  583    permissions.  However, no additional obligations are imposed on any
601  584    author or copyright holder as a result of your choosing to follow a
602  585    later version.
603  586
604       -   15. Disclaimer of Warranty.
     587  + 15. Disclaimer of Warranty.
605  588
606       -   THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
     589  + THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY
607  590    APPLICABLE LAW.  EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT
608  591    HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY
609  592    OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO,
612  595    IS WITH YOU.  SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF
613  596    ALL NECESSARY SERVICING, REPAIR OR CORRECTION.
614  597
615       -   16. Limitation of Liability.
     598  + 16. Limitation of Liability.
616  599
617       -   IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
     600  + IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
618  601    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MODIFIES AND/OR CONVEYS
619  602    THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY
620  603    GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE
624  607    EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF
625  608    SUCH DAMAGES.
626  609
627       -   17. Interpretation of Sections 15 and 16.
     610  + 17. Interpretation of Sections 15 and 16.
628  611
629       -   If the disclaimer of warranty and limitation of liability provided
     612  + If the disclaimer of warranty and limitation of liability provided
630  613    above cannot be given local legal effect according to their terms,
631  614    reviewing courts shall apply local law that most closely approximates
632  615    an absolute waiver of all civil liability in connection with the
633  616    Program, unless a warranty or assumption of liability accompanies a
634  617    copy of the Program in return for a fee.
635  618
636       -                        END OF TERMS AND CONDITIONS
```

N4J_019131

SER_2958

```
619      + END OF TERMS AND CONDITIONS
637 620
638      -              How to Apply These Terms to Your New Programs
    621  + How to Apply These Terms to Your New Programs
639 622
640      - __If you develop a new program, and you want it to be of the greatest
    623  + If you develop a new program, and you want it to be of the greatest
641 624    possible use to the public, the best way to achieve this is to make it
642 625    free software which everyone can redistribute and change under these terms.
643 626
644      - __To do so, attach the following notices to the program.  It is safest
    627  + To do so, attach the following notices to the program.  It is safest
645 628    to attach them to the start of each source file to most effectively
646 629    state the exclusion of warranty; and each file should have at least
647 630    the "copyright" line and a pointer to where the full notice is found.
648 631
649      - __<one line to give the program's name and a brief idea of what it does.>
650      - __Copyright (C) <year>  <name of author>
    632  + <one line to give the program's name and a brief idea of what it does.>
    633  + Copyright (C) <year>  <name of author>
651 634
652      - __This program is free software: you can redistribute it and/or modify
653      - __it under the terms of the GNU Affero General Public License as
654      - __published by the Free Software Foundation, either version 3 of the
655      - __License, or (at your option) any later version.
    635  + This program is free software: you can redistribute it and/or modify
    636  + it under the terms of the GNU Affero General Public License as published by
    637  + the Free Software Foundation, either version 3 of the License, or
    638  + (at your option) any later version.
656 639
657      - __This program is distributed in the hope that it will be useful,
658      - __but WITHOUT ANY WARRANTY; without even the implied warranty of
659      - __MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
660      - __GNU Affero General Public License for more details.
    640  + This program is distributed in the hope that it will be useful,
    641  + but WITHOUT ANY WARRANTY; without even the implied warranty of
    642  + MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    643  + GNU Affero General Public License for more details.
661 644
662      - __You should have received a copy of the GNU Affero General Public License
663      - __along with this program.  If not, see <http://www.gnu.org/licenses/>.
    645  + You should have received a copy of the GNU Affero General Public License
    646  + along with this program.  If not, see <https://www.gnu.org/licenses/>.
664 647
665 648    Also add information on how to contact you by electronic and paper mail.
666 649
667      - __If your software can interact with users remotely through a computer
    650  + If your software can interact with users remotely through a computer
668 651    network, you should also make sure that it provides a way for users to
669 652    get its source.  For example, if your program is a web application, its
670 653    interface could display a "Source" link that leads users to an archive
671 654    of the code.  There are many ways you could offer source, and different
672 655    solutions will be better for different programs; see section 13 for the
673 656    specific requirements.
674 657
675      - __You should also get your employer (if you work as a programmer) or school,
    658  + You should also get your employer (if you work as a programmer) or school,
676 659    if any, to sign a "copyright disclaimer" for the program, if necessary.
677 660    For more information on this, and how to apply and follow the GNU AGPL, see
678      - <http://www.gnu.org/licenses/>.
679      -
680      -
681      - "Commons Clause" License Condition
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019132

SER_2959

```
-
- The Software is provided to you by the Licensor under the License, as
- defined below, subject to the following condition. Without limiting
- other conditions in the License, the grant of rights under the License
- will not include, and the License does not grant to you, the right to
- Sell the Software.  For purposes of the foregoing, "Sell" means
- practicing any or all of the rights granted to you under the License
- to provide to third parties, for a fee or other consideration,
- a product or service that consists, entirely or substantially,
- of the Software or the functionality of the Software. Any license
- notice or attribution required by the License must also include
- this Commons Cause License Condition notice.
+ <https://www.gnu.org/licenses/>.
```

486 enterprise/cypher/compatibility-spec-suite/LICENSE.txt

```
@@ -1,51 +1,35 @@
- NOTICE
- This package contains software licensed under different
- licenses, please refer to the NOTICE.txt file for further
- information and LICENSES.txt for full license texts.
+ GNU AFFERO GENERAL PUBLIC LICENSE
+   Version 3, 19 November 2007

- Neo4j Enterprise object code can be licensed independently from
- the source under separate commercial terms. Email inquiries can be
- directed to: licensing@neo4j.com. More information is also
- available at:https://neo4j.com/licensing/
+ Copyright (C) 2007 Free Software Foundation, Inc. <https://fsf.org/>
+ Everyone is permitted to copy and distribute verbatim copies
+ of this license document, but changing it is not allowed.

- The software ("Software") is developed and owned by Neo4j Sweden AB
- (referred to in this notice as “Neo4j”) and is subject to the terms
- of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:
+ Preamble

-
-
-                      GNU AFFERO GENERAL PUBLIC LICENSE
-                         Version 3, 19 November 2007
-
-  Copyright (C) 2007 Free Software Foundation, Inc. <http://fsf.org/>
-  Everyone is permitted to copy and distribute verbatim copies
-  of this license document, but changing it is not allowed.
-
-                              Preamble
-
-   The GNU Affero General Public License is a free, copyleft license
- for software and other kinds of works, specifically designed to ensure
+ The GNU Affero General Public License is a free, copyleft license for
+ software and other kinds of works, specifically designed to ensure
  cooperation with the community in the case of network server software.

-   The licenses for most software and other practical works are
- designed to take away your freedom to share and change the works.  By
- contrast, our General Public Licenses are intended to guarantee your
- freedom to share and change all versions of a program--to make sure it
- remains free software for all its users.
+ The licenses for most software and other practical works are designed
+ to take away your freedom to share and change the works.  By contrast,
+ our General Public Licenses are intended to guarantee your freedom to
+ share and change all versions of a program--to make sure it remains free
```

```
35    18   + software for all its users.
      19

36    20   - ␣When we speak of free software, we are referring to freedom, not
      20   + When we speak of free software, we are referring to freedom, not
37    21     price.  Our General Public Licenses are designed to make sure that you
38    22     have the freedom to distribute copies of free software (and charge for
39    23     them if you wish), that you receive source code or can get it if you
40    24     want it, that you can change the software or use pieces of it in new
41    25     free programs, and that you know you can do these things.
42    26

43    27   - ␣Developers that use our General Public Licenses protect your rights
      27   + Developers that use our General Public Licenses protect your rights
44    28     with two steps: (1) assert copyright on the software, and (2) offer
45    29     you this License which gives you legal permission to copy, distribute
46    30     and/or modify the software.
47    31

48    32   - ␣A secondary benefit of defending all users' freedom is that
      32   + A secondary benefit of defending all users' freedom is that
49    33     improvements made in alternate versions of the program, if they
50    34     receive widespread use, become available for other developers to
51    35     incorporate.  Many developers of free software are heartened and
55    39     letting the public access it on a server without ever releasing its
56    40     source code to the public.
57    41

58    42   - ␣The GNU Affero General Public License is designed specifically to
      42   + The GNU Affero General Public License is designed specifically to
59    43     ensure that, in such cases, the modified source code becomes available
60    44     to the community.  It requires the operator of a network server to
61    45     provide the source code of the modified version running there to the
62    46     users of that server.  Therefore, public use of a modified version, on
63    47     a publicly accessible server, gives the public access to the source
64    48     code of the modified version.
65    49

66    50   - ␣An older license, called the Affero General Public License and
      50   + An older license, called the Affero General Public License and
67    51     published by Affero, was designed to accomplish similar goals.  This is
68    52     a different license, not a version of the Affero GPL, but Affero has
69    53     released a new version of the Affero GPL which permits relicensing under
70    54     this license.
71    55

72    56   - ␣The precise terms and conditions for copying, distribution and
      56   + The precise terms and conditions for copying, distribution and
73    57     modification follow.
74    58

75         -             TERMS AND CONDITIONS
      59   + TERMS AND CONDITIONS
      60   +
      61   + 0. Definitions.
76    62

77         - ␣0. Definitions.
      63   + "This License" refers to version 3 of the GNU Affero General Public License.
78    64

79         - ␣"This License" refers to version 3 of the GNU Affero General Public
80         - License.
      65   + "Copyright" also means copyright-like laws that apply to other kinds of
      66   + works, such as semiconductor masks.
81    67

82         - "Copyright" also means copyright-like laws that apply to other kinds
83         - of works, such as semiconductor masks.
84         -
85         - ␣"The Program" refers to any copyrightable work licensed under this
      68   + "The Program" refers to any copyrightable work licensed under this
86    69     License.  Each licensee is addressed as "you".  "Licensees and
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019134

SER_2961

10/2/2019          Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 409 of 1298   ongdb/LICENSE.txt at c0b23b21e051fe12bd01a50d46ca3a7ad9e88374 · graphfoundation/ongdb · GitHub

| 87 | 70 | | "recipients" may be individuals or organizations. |
| 88 | 71 | | |
| 89 | | - | __To "modify" a work means to copy from or adapt all or part of the work |
| | 72 | + | To "modify" a work means to copy from or adapt all or part of the work |
| 90 | 73 | | in a fashion requiring copyright permission, other than the making of an |
| 91 | 74 | | exact copy. The resulting work is called a "modified version" of the |
| 92 | 75 | | earlier work or a work "based on" the earlier work. |
| 93 | 76 | | |
| 94 | | - | __A "covered work" means either the unmodified Program or a work based |
| | 77 | + | A "covered work" means either the unmodified Program or a work based |
| 95 | 78 | | on the Program. |
| 96 | 79 | | |
| 97 | | - | __To "propagate" a work means to do anything with it that, without |
| | 80 | + | To "propagate" a work means to do anything with it that, without |
| 98 | 81 | | permission, would make you directly or secondarily liable for |
| 99 | 82 | | infringement under applicable copyright law, except executing it on a |
| 100 | 83 | | computer or modifying a private copy. Propagation includes copying, |
| 101 | 84 | | distribution (with or without modification), making available to the |
| 102 | 85 | | public, and in some countries other activities as well. |
| 103 | 86 | | |
| 104 | | - | __To "convey" a work means any kind of propagation that enables other |
| | 87 | + | To "convey" a work means any kind of propagation that enables other |
| 105 | 88 | | parties to make or receive copies. Mere interaction with a user through |
| 106 | 89 | | a computer network, with no transfer of a copy, is not conveying. |
| 107 | 90 | | |
| 108 | | - | __An interactive user interface displays "Appropriate Legal Notices" |
| | 91 | + | An interactive user interface displays "Appropriate Legal Notices" |
| 109 | 92 | | to the extent that it includes a convenient and prominently visible |
| 110 | 93 | | feature that (1) displays an appropriate copyright notice, and (2) |
| 114 | 97 | | tells the user that there is no warranty for the work (except to the |
| 115 | 98 | | the interface presents a list of user commands or options, such as a |
| 116 | 99 | | menu, a prominent item in the list meets this criterion. |
| 117 | | - | __1. Source Code. |
| | 100 | + | 1. Source Code. |
| 118 | 101 | | |
| 119 | | - | __The "source code" for a work means the preferred form of the work |
| | 102 | + | The "source code" for a work means the preferred form of the work |
| 120 | 103 | | for making modifications to it. "Object code" means any non-source |
| 121 | 104 | | form of a work. |
| 122 | 105 | | |
| 123 | | - | __A "Standard Interface" means an interface that either is an official |
| | 106 | + | A "Standard Interface" means an interface that either is an official |
| 124 | 107 | | standard defined by a recognized standards body, or, in the case of |
| 125 | 108 | | interfaces specified for a particular programming language, one that |
| 126 | 109 | | is widely used among developers working in that language. |
| 127 | 110 | | |
| 128 | | - | __The "System Libraries" of an executable work include anything, other |
| | 111 | + | The "System Libraries" of an executable work include anything, other |
| 129 | 112 | | than the work as a whole, that (a) is included in the normal form of |
| 130 | 113 | | packaging a Major Component, but which is not part of that Major |
| 131 | 114 | | Component, and (b) serves only to enable use of the work with that |
| 136 | 119 | | (if any) on which the executable work runs, or a compiler used to |
| 137 | 120 | | produce the work, or an object code interpreter used to run it. |
| 138 | 121 | | |
| 139 | | - | __The "Corresponding Source" for a work in object code form means all |
| | 122 | + | The "Corresponding Source" for a work in object code form means all |
| 140 | 123 | | the source code needed to generate, install, and (for an executable |
| 141 | 124 | | work) run the object code and to modify the work, including scripts to |
| 142 | 125 | | control those activities. However, it does not include the work's |
| 149 | 132 | | such as by intimate data communication or control flow between those |
| 150 | 133 | | subprograms and other parts of the work. |
| 151 | 134 | | |

N4J_019135

SER_2962

10/2/2019   Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 410 of 298 · GitHub

Update on the latest ... include to ... ongdb ... o or worked ... 2 - ... graph foundation/ongdb · GitHub

```
152          -    The Corresponding Source need not include anything that users
        135  +    The Corresponding Source need not include anything that users
153     136       can regenerate automatically from other parts of the Corresponding
154     137       Source.
155     138

156          -    The Corresponding Source for a work in source code form is that
        139  +    The Corresponding Source for a work in source code form is that
157     140       same work.
158     141

159          -    2. Basic Permissions.
        142  +    2. Basic Permissions.
160     143

161          -    All rights granted under this License are granted for the term of
        144  +    All rights granted under this License are granted for the term of
162     145       copyright on the Program, and are irrevocable provided the stated
163     146       conditions are met.  This License explicitly affirms your unlimited
164     147       permission to run the unmodified Program.  The output from running a
165     148       covered work is covered by this License only if the output, given its
166     149       content, constitutes a covered work.  This License acknowledges your
167     150       rights of fair use or other equivalent, as provided by copyright law.
168     151

169          -    You may make, run and propagate covered works that you do not
        152  +    You may make, run and propagate covered works that you do not
170     153       convey, without conditions so long as your license otherwise remains
171     154       in force.  You may convey covered works to others for the sole purpose
172     155       of having them make modifications exclusively for you, or provide you
177     160       and control, on terms that prohibit them from making any copies of
178     161       your copyrighted material outside their relationship with you.
179     162

180          -    Conveying under any other circumstances is permitted solely under
        163  +    Conveying under any other circumstances is permitted solely under
181     164       the conditions stated below.  Sublicensing is not allowed; section 10
182     165       makes it unnecessary.
183     166

184          -    3. Protecting Users' Legal Rights From Anti-Circumvention Law.
        167  +    3. Protecting Users' Legal Rights From Anti-Circumvention Law.
185     168

186          -    No covered work shall be deemed part of an effective technological
        169  +    No covered work shall be deemed part of an effective technological
187     170       measure under any applicable law fulfilling obligations under article
188     171       11 of the WIPO copyright treaty adopted on 20 December 1996, or
189     172       similar laws prohibiting or restricting circumvention of such
190     173       measures.
191     174

192          -    When you convey a covered work, you waive any legal power to forbid
        175  +    When you convey a covered work, you waive any legal power to forbid
193     176       circumvention of technological measures to the extent such circumvention
194     177       is effected by exercising rights under this License with respect to
195     178       the covered work, and you disclaim any intention to limit operation or
196     179       modification of the work as a means of enforcing, against the work's
197     180       users, your or third parties' legal rights to forbid circumvention of
198     181       technological measures.
199     182

200          -    4. Conveying Verbatim Copies.
        183  +    4. Conveying Verbatim Copies.
201     184

202          -    You may convey verbatim copies of the Program's source code as you
        185  +    You may convey verbatim copies of the Program's source code as you
203     186       receive it, in any medium, provided that you conspicuously and
204     187       appropriately publish on each copy an appropriate copyright notice;
205     188       keep intact all notices stating that this License and any
206     189       non-permissive terms added in accord with section 7 apply to the code;
207     190       keep intact all notices of the absence of any warranty; and give all
```

```
208  191      recipients a copy of this License along with the Program.
209  192

210       -  __You may charge any price or no price for each copy that you convey,
     193  +  You may charge any price or no price for each copy that you convey,
211  194      and you may offer support or warranty protection for a fee.
212  195

213       -  __5. Conveying Modified Source Versions.
     196  +  5. Conveying Modified Source Versions.
214  197

215       -  __You may convey a work based on the Program, or the modifications to
     198  +  You may convey a work based on the Program, or the modifications to
216  199      produce it from the Program, in the form of source code under the
217  200      terms of section 4, provided that you also meet all of these conditions:
218  201

219       -  ___a) The work must carry prominent notices stating that you modified
220       -  ___it, and giving a relevant date.
     202  +  a) The work must carry prominent notices stating that you modified
     203  +  it, and giving a relevant date.
221  204

222       -  ___b) The work must carry prominent notices stating that it is
223       -  ____released under this License and any conditions added under section
224       -  ____7.  This requirement modifies the requirement in section 4 to
225       -  ____"keep intact all notices".
     205  +  b) The work must carry prominent notices stating that it is
     206  +  released under this License and any conditions added under section
     207  +  7.  This requirement modifies the requirement in section 4 to
     208  +  "keep intact all notices".
226  209

227       -  ___c) You must license the entire work, as a whole, under this
228       -  ___License to anyone who comes into possession of a copy.  This
229       -  ___License will therefore apply, along with any applicable section 7
230       -  ___additional terms, to the whole of the work, and all its parts,
231       -  ___regardless of how they are packaged.  This License gives no
232       -  ___permission to license the work in any other way, but it does not
233       -  ___invalidate such permission if you have separately received it.
     210  +  c) You must license the entire work, as a whole, under this
     211  +  License to anyone who comes into possession of a copy.  This
     212  +  License will therefore apply, along with any applicable section 7
     213  +  additional terms, to the whole of the work, and all its parts,
     214  +  regardless of how they are packaged.  This License gives no
     215  +  permission to license the work in any other way, but it does not
     216  +  invalidate such permission if you have separately received it.
234  217

235       -  ___d) If the work has interactive user interfaces, each must display
236       -  ___Appropriate Legal Notices; however, if the Program has interactive
237       -  ___interfaces that do not display Appropriate Legal Notices, your
238       -  ___work need not make them do so.
     218  +  d) If the work has interactive user interfaces, each must display
     219  +  Appropriate Legal Notices; however, if the Program has interactive
     220  +  interfaces that do not display Appropriate Legal Notices, your
     221  +  work need not make them do so.
239  222

240       -  A compilation of a covered work with other separate and independent
     223  +  A compilation of a covered work with other separate and independent
241  224      works, which are not by their nature extensions of the covered work,
242  225      and which are not combined with it such as to form a larger program,
243  226      in or on a volume of a storage or distribution medium, is called an
247  230      in an aggregate does not cause this License to apply to the other
248  231      parts of the aggregate.
249  232

250       -  __6. Conveying Non-Source Forms.
     233  +  6. Conveying Non-Source Forms.
251  234
```

N4J_019137

SER_2964

```
252          -    You may convey a covered work in object code form under the terms
      235    +    You may convey a covered work in object code form under the terms
253   236         of sections 4 and 5, provided that you also convey the
254   237         machine-readable Corresponding Source under the terms of this License,
255   238         in one of these ways:
256   239
257          -    a) Convey the object code in, or embodied in, a physical product
258          -    (including a physical distribution medium), accompanied by the
259          -    Corresponding Source fixed on a durable physical medium
260          -    customarily used for software interchange.
261          -
262          -    b) Convey the object code in, or embodied in, a physical product
263          -    (including a physical distribution medium), accompanied by a
264          -    written offer, valid for at least three years and valid for as
265          -    long as you offer spare parts or customer support for that product
266          -    model, to give anyone who possesses the object code either (1) a
267          -    copy of the Corresponding Source for all the software in the
268          -    product that is covered by this License, on a durable physical
269          -    medium customarily used for software interchange, for a price no
270          -    more than your reasonable cost of physically performing this
271          -    conveying of source, or (2) access to copy the
272          -    Corresponding Source from a network server at no charge.
273          -
274          -    c) Convey individual copies of the object code with a copy of the
275          -    written offer to provide the Corresponding Source.  This
276          -    alternative is allowed only occasionally and noncommercially, and
277          -    only if you received the object code with such an offer, in accord
278          -    with subsection 6b.
279          -
280          -    d) Convey the object code by offering access from a designated
281          -    place (gratis or for a charge), and offer equivalent access to the
282          -    Corresponding Source in the same way through the same place at no
283          -    further charge.  You need not require recipients to copy the
284          -    Corresponding Source along with the object code.  If the place to
285          -    copy the object code is a network server, the Corresponding Source
286          -    may be on a different server (operated by you or a third party)
287          -    that supports equivalent copying facilities, provided you maintain
288          -    clear directions next to the object code saying where to find the
289          -    Corresponding Source.  Regardless of what server hosts the
290          -    Corresponding Source, you remain obligated to ensure that it is
291          -    available for as long as needed to satisfy these requirements.
292          -
293          -    e) Convey the object code using peer-to-peer transmission, provided
294          -    you inform other peers where the object code and Corresponding
295          -    Source of the work are being offered to the general public at no
296          -    charge under subsection 6d.
297          -
298          -    A separable portion of the object code, whose source code is excluded
      240    + a) Convey the object code in, or embodied in, a physical product
      241    + (including a physical distribution medium), accompanied by the
      242    + Corresponding Source fixed on a durable physical medium
      243    + customarily used for software interchange.
      244    +
      245    + b) Convey the object code in, or embodied in, a physical product
      246    + (including a physical distribution medium), accompanied by a
      247    + written offer, valid for at least three years and valid for as
      248    + long as you offer spare parts or customer support for that product
      249    + model, to give anyone who possesses the object code either (1) a
      250    + copy of the Corresponding Source for all the software in the
      251    + product that is covered by this License, on a durable physical
      252    + medium customarily used for software interchange, for a price no
      253    + more than your reasonable cost of physically performing this
      254    + conveying of source, or (2) access to copy the
```

N4J_019138

SER_2965

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1 to Dopuement ai8e o not violated 1a3/11/20n formago, 4nch3goof 0298 · GitHub

```
255  + Corresponding Source from a network server at no charge.
256  +
257  + c) Convey individual copies of the object code with a copy of the
258  + written offer to provide the Corresponding Source.  This
259  + alternative is allowed only occasionally and noncommercially, and
260  + only if you received the object code with such an offer, in accord
261  + with subsection 6b.
262  +
263  + d) Convey the object code by offering access from a designated
264  + place (gratis or for a charge), and offer equivalent access to the
265  + Corresponding Source in the same way through the same place at no
266  + further charge.  You need not require recipients to copy the
267  + Corresponding Source along with the object code.  If the place to
268  + copy the object code is a network server, the Corresponding Source
269  + may be on a different server (operated by you or a third party)
270  + that supports equivalent copying facilities, provided you maintain
271  + clear directions next to the object code saying where to find the
272  + Corresponding Source.  Regardless of what server hosts the
273  + Corresponding Source, you remain obligated to ensure that it is
274  + available for as long as needed to satisfy these requirements.
275  +
276  + e) Convey the object code using peer-to-peer transmission, provided
277  + you inform other peers where the object code and Corresponding
278  + Source of the work are being offered to the general public at no
279  + charge under subsection 6d.
280  +
281  + A separable portion of the object code, whose source code is excluded
299  282    from the Corresponding Source as a System Library, need not be
300  283    included in conveying the object code work.
301  284
302        - _A "User Product" is either (1) a "consumer product", which means any
     285  + A "User Product" is either (1) a "consumer product", which means any
303  286    tangible personal property which is normally used for personal, family,
304  287    or household purposes, or (2) anything designed or sold for incorporation
305  288    into a dwelling.  In determining whether a product is a consumer product,
312  295    commercial, industrial or non-consumer uses, unless such uses represent
313  296    the only significant mode of use of the product.
314  297
315        - _"Installation Information" for a User Product means any methods,
     298  + "Installation Information" for a User Product means any methods,
316  299    procedures, authorization keys, or other information required to install
317  300    and execute modified versions of a covered work in that User Product from
318  301    a modified version of its Corresponding Source.  The information must
319  302    suffice to ensure that the continued functioning of the modified object
320  303    code is in no case prevented or interfered with solely because
321  304    modification has been made.
322  305
323        - _If you convey an object code work under this section in, or with, or
     306  + If you convey an object code work under this section in, or with, or
324  307    specifically for use in, a User Product, and the conveying occurs as
325  308    part of a transaction in which the right of possession and use of the
326  309    User Product is transferred to the recipient in perpetuity or for a
331  314    modified object code on the User Product (for example, the work has
332  315    been installed in ROM).
333  316
334        - _The requirement to provide Installation Information does not include a
     317  + The requirement to provide Installation Information does not include a
335  318    requirement to continue to provide support service, warranty, or updates
336  319    for a work that has been modified or installed by the recipient, or for
337  320    the User Product in which it has been modified or installed.  Access to a
338  321    network may be denied when the modification itself materially and
339  322    adversely affects the operation of the network or violates the rules and
340  323    protocols for communication across the network.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019139

SER_2966

10/2/2019     Case 5:18-cv-07182-EJD   Updated the License to remove the non-violable informational and... Document 98-1 · ongdb-community/COPYING · GitHub   Filed 12/11/20   Page 414 of 1298

```
341   324
342         -  __Corresponding Source conveyed, and Installation Information provided,
      325   +  Corresponding Source conveyed, and Installation Information provided,
343   326      in accord with this section must be in a format that is publicly
344   327      documented (and with an implementation available to the public in
345   328      source code form), and must require no special password or key for
346   329      unpacking, reading or copying.
347   330
348         -  __7. Additional Terms.
      331   +  7. Additional Terms.
349   332
350         -  "Additional permissions" are terms that supplement the terms of this
      333   +  "Additional permissions" are terms that supplement the terms of this
351   334      License by making exceptions from one or more of its conditions.
352   335      Additional permissions that are applicable to the entire Program shall
353   336      be treated as though they were included in this License, to the extent
356   339      under those permissions, but the entire Program remains governed by
357   340      this License without regard to the additional permissions.
358   341
359         -  __When you convey a copy of a covered work, you may at your option
      342   +  When you convey a copy of a covered work, you may at your option
360   343      remove any additional permissions from that copy, or from any part of
361   344      it.  (Additional permissions may be written to require their own
362   345      removal in certain cases when you modify the work.)  You may place
363   346      additional permissions on material, added by you to a covered work,
364   347      for which you have or can give appropriate copyright permission.
365   348
366         -  __Notwithstanding any other provision of this License, for material you
      349   +  Notwithstanding any other provision of this License, for material you
367   350      add to a covered work, you may (if authorized by the copyright holders of
368   351      that material) supplement the terms of this License with terms:
369   352
370         -  ____a) Disclaiming warranty or limiting liability differently from the
371         -  ____terms of sections 15 and 16 of this License; or
      353   +  a) Disclaiming warranty or limiting liability differently from the
      354   +  terms of sections 15 and 16 of this License; or
372   355
373         -  ____b) Requiring preservation of specified reasonable legal notices or
374         -  ____author attributions in that material or in the Appropriate Legal
375         -  ____Notices displayed by works containing it; or
      356   +  b) Requiring preservation of specified reasonable legal notices or
      357   +  author attributions in that material or in the Appropriate Legal
      358   +  Notices displayed by works containing it; or
376   359
377         -  ____c) Prohibiting misrepresentation of the origin of that material, or
378         -  ____requiring that modified versions of such material be marked in
379         -  ____reasonable ways as different from the original version; or
      360   +  c) Prohibiting misrepresentation of the origin of that material, or
      361   +  requiring that modified versions of such material be marked in
      362   +  reasonable ways as different from the original version; or
380   363
381         -  ____d) Limiting the use for publicity purposes of names of licensors or
382         -  ____authors of the material; or
      364   +  d) Limiting the use for publicity purposes of names of licensors or
      365   +  authors of the material; or
383   366
384         -  ____e) Declining to grant rights under trademark law for use of some
385         -  ____trade names, trademarks, or service marks; or
      367   +  e) Declining to grant rights under trademark law for use of some
      368   +  trade names, trademarks, or service marks; or
386   369
387         -  ____f) Requiring indemnification of licensors and authors of that
388         -  ____material by anyone who conveys the material (or modified versions of
```

N4J_019140

SER_2967

10/2/2019    Case 5:18-cv-07182-EJD    Document 98-1    Update ongdb GPL to remove to other modules · graphfoundation/ongdb@c0b23b2 · GitHub    Filed 12/11/20    Page 415 of 198

```
389              -    it) with contractual assumptions of liability to the recipient, for
390              -    any liability that these contractual assumptions directly impose on
391              -    those licensors and authors.
         370     + f) Requiring indemnification of licensors and authors of that
         371     + material by anyone who conveys the material (or modified versions of
         372     + it) with contractual assumptions of liability to the recipient, for
         373     + any liability that these contractual assumptions directly impose on
         374     + those licensors and authors.
392      375
393              -    All other non-permissive additional terms are considered "further
         376     + All other non-permissive additional terms are considered "further
394      377        restrictions" within the meaning of section 10.  If the Program as you
395      378        received it, or any part of it, contains a notice stating that it is
396              -    governed by this License along with a term that is a further restriction,
397              -    you may remove that term.  If a license document contains a further
398              -    restriction but permits relicensing or conveying under this License, you
399              -    may add to a covered work material governed by the terms of that license
400              -    document, provided that the further restriction does not survive such
401              -    relicensing or conveying.
402              -
403              -    If you add terms to a covered work in accord with this section, you
         379     + governed by this License along with a term that is a further
         380     + restriction, you may remove that term.  If a license document contains
         381     + a further restriction but permits relicensing or conveying under this
         382     + License, you may add to a covered work material governed by the terms
         383     + of that license document, provided that the further restriction does
         384     + not survive such relicensing or conveying.
         385     +
         386     + If you add terms to a covered work in accord with this section, you
404      387        must place, in the relevant source files, a statement of the
405      388        additional terms that apply to those files, or a notice indicating
406      389        where to find the applicable terms.
407      390
408              -    Additional terms, permissive or non-permissive, may be stated in the
         391     + Additional terms, permissive or non-permissive, may be stated in the
409      392        form of a separately written license, or stated as exceptions;
410      393        the above requirements apply either way.
411      394
412              -    8. Termination.
         395     + 8. Termination.
413      396
414              -    You may not propagate or modify a covered work except as expressly
         397     + You may not propagate or modify a covered work except as expressly
415      398        provided under this License.  Any attempt otherwise to propagate or
416      399        modify it is void, and will automatically terminate your rights under
417      400        this License (including any patent licenses granted under the third
418      401        paragraph of section 11).
419      402
420              -    However, if you cease all violation of this License, then your
         403     + However, if you cease all violation of this License, then your
421      404        license from a particular copyright holder is reinstated (a)
422      405        provisionally, unless and until the copyright holder explicitly and
423      406        finally terminates your license, and (b) permanently, if the copyright
424      407        holder fails to notify you of the violation by some reasonable means
425      408        prior to 60 days after the cessation.
426      409
427              -    Moreover, your license from a particular copyright holder is
         410     + Moreover, your license from a particular copyright holder is
428      411        reinstated permanently if the copyright holder notifies you of the
429      412        violation by some reasonable means, this is the first time you have
430      413        received notice of violation of this License (for any work) from that
431      414        copyright holder, and you cure the violation prior to 30 days after
432      415        your receipt of the notice.
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

```
433   416
434         -   __Termination of your rights under this section does not terminate the
      417   +   Termination of your rights under this section does not terminate the
435   418       licenses of parties who have received copies or rights from you under
436   419       this License.  If your rights have been terminated and not permanently
437   420       reinstated, you do not qualify to receive new licenses for the same
438   421       material under section 10.
439   422
440         -   __9. Acceptance Not Required for Having Copies.
      423   +   9. Acceptance Not Required for Having Copies.
441   424
442         -   __You are not required to accept this License in order to receive or
      425   +   You are not required to accept this License in order to receive or
443   426       run a copy of the Program.  Ancillary propagation of a covered work
444   427       occurring solely as a consequence of using peer-to-peer transmission
445   428       to receive a copy likewise does not require acceptance.  However,
448   431       not accept this License.  Therefore, by modifying or propagating a
449   432       covered work, you indicate your acceptance of this License to do so.
450   433
451         -   __10. Automatic Licensing of Downstream Recipients.
      434   +   10. Automatic Licensing of Downstream Recipients.
452   435
453         -   __Each time you convey a covered work, the recipient automatically
      436   +   Each time you convey a covered work, the recipient automatically
454   437       receives a license from the original licensors, to run, modify and
455   438       propagate that work, subject to this License.  You are not responsible
456   439       for enforcing compliance by third parties with this License.
457   440
458         -   __An "entity transaction" is a transaction transferring control of an
      441   +   An "entity transaction" is a transaction transferring control of an
459   442       organization, or substantially all assets of one, or subdividing an
460   443       organization, or merging organizations.  If propagation of a covered
461   444       work results from an entity transaction, each party to that
465   448       Corresponding Source of the work from the predecessor in interest, if
466   449       the predecessor has it or can get it with reasonable efforts.
467   450
468         -   __You may not impose any further restrictions on the exercise of the
      451   +   You may not impose any further restrictions on the exercise of the
469   452       rights granted or affirmed under this License.  For example, you may
470   453       not impose a license fee, royalty, or other charge for exercise of
471   454       rights granted under this License, and you may not initiate litigation
472   455       (including a cross-claim or counterclaim in a lawsuit) alleging that
473   456       any patent claim is infringed by making, using, selling, offering for
474   457       sale, or importing the Program or any portion of it.
475   458
476         -   __11. Patents.
      459   +   11. Patents.
477   460
478         -   __A "contributor" is a copyright holder who authorizes use under this
      461   +   A "contributor" is a copyright holder who authorizes use under this
479   462       License of the Program or a work on which the Program is based.  The
480   463       work thus licensed is called the contributor's "contributor version".
481   464
482         -   __A contributor's "essential patent claims" are all patent claims
      465   +   A contributor's "essential patent claims" are all patent claims
483   466       owned or controlled by the contributor, whether already acquired or
484   467       hereafter acquired, that would be infringed by some manner, permitted
485   468       by this License, of making, using, or selling its contributor version,
489   472       patent sublicenses in a manner consistent with the requirements of
490   473       this License.
491   474
492         -   __Each contributor grants you a non-exclusive, worldwide, royalty-free
      475   +   Each contributor grants you a non-exclusive, worldwide, royalty-free
```

https://github.com/graphfoundation/ongdb/commit/c0b23b21e051fe12bd01a50d46ca3a7ad9e88374

N4J_019142

SER_2969