No. 24-5538

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

NEO4J, INC., NEO4J SWEDEN AB,

*Plaintiffs-Appellees,*

v.

JOHN MARK SUHY,

*Defendant-Appellant.*

On Appeal from the United States District Court
For the Northern District of California
No. 5:18-cv-07182-EJD
Hon. Edward J. Davila

_____

## APPELLEES' EXCERPTS OF RECORD
## Volume 13 of 18

_____

John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jeffrey M. Ratinoff (State Bar No. 197241)
jratinoff@spencerfane.com
Jeremy A. Moseley (MT Bar No. 44830177)
jmoseley@spencerfane.com

*Attorneys for Appellees*
Neo4j, Inc. and Neo4j Sweden AB

# EXHIBIT 46

SER_3270

| | |
|---|---|
| **From:** | Delawder, Colleen M CTR USARMY NGIC (USA)(colleen.m.delawder.ctr@mail.mil) |
| **To:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: [Non-DoD Source] Re: Links - follow up email #2 (UNCLASSIFIED) |
| **Attachments:** | |
| **Sent:** | 08/08/2019 04:46:52 AM -0700 (PST) |

CLASSIFICATION: UNCLASSIFIED

John Mark,

Yes, they did, thank you!  I'm looking through them now and I've spoken to Sheila as well.  Thanks for all the info and I'll reach back out to you once I've reviewed everything.

Thanks,
Colleen

Colleen Delawder, CTR
Lead Senior Systems Engineer
NGIC Mission Systems Engineering (NMSE) II
Phone: 434-951-1643
NIPR: colleen.m.delawder.ctr@mail.mil
SIPR: colleen.m.delawder.ctr@mail.smil.mil
JWICS: frdelcm@army.ic.gov

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Thursday, August 8, 2019 7:16 AM
To: Delawder, Colleen M CTR USARMY NGIC (USA) <colleen.m.delawder.ctr@mail.mil>
Cc: Stinemire, Daniel J CTR USARMY NGIC (USA) <daniel.j.stinemire.ctr@mail.mil>
Subject: [Non-DoD Source] Re: Links - follow up email #2

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

Good morning,

Could you please confirm if my 2 emails came through?

Thank you,

John Mark Suhy

On Tue, Aug 6, 2019, 1:39 PM John Mark Suhy <jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com > > wrote:

> Good morning,

Below are the links I mentioned on our call.

ONgDB (Open Native Graph Database): Neo4j Enterprise OSS distribution downloads 3.5.8 will be up next week.

Caution-https://www.graphfoundation.org/projects/ongdb/ < Caution-https://www.graphfoundation.org/projects/ongdb/ >

All ONgDB distributions are drop-in replacements for Neo4j Enterprise and Neo4j Community as they  use the same code base and versioning.

Ex: ONgDB 3.5.8 is a drop-in replacement for Neo4j Enterprise 3.5.8 and so on.

Neo4j Official Source Code Repo:
Caution-https://github.com/neo4j/ < Caution-https://github.com/neo4j/ >

ONgDB Official Source Code Fork Repo:
(Kept in Sync with the official Neo4j source code github repos)
Caution-https://github.com/graphfoundation/ < Caution-https://github.com/graphfoundation/ >

We compile Neo4j branded distributions for agencies who added Neo4j branded distributions instead of ONgDB branded distributions to their white lists.  We have all versions of the Neo4j branded distributions up to 3.5 available on our GovCloud s3 download site.  If you need a specific version - let me know and I can send you the direct link.

If you wanted Neo4j Enterprise 3.4.7 (neo4j branded) open source version of enterprise :  Caution-https://dist.igovsol.com/neo4j-enterprise-3.4.7-unix.tar.gz < Caution-https://dist.igovsol.com/neo4j-enterprise-3.4.7-unix.tar.gz >

We switched to the ONgDB branded Neo4j distributions starting with 3.5.x

The GraphFoundation, who releases ONgDB, was formed as a community run non-profit organization to ensure Neo4j stays free and open. It has a governance model similar to the Apache foundation.

The US Treasury switched to the ONgDB distributions last year, and other federal agencies are starting to make the switch as they learn about Neo4j's dual open source / commercial license models.

I am happy to connect you with the Internal Revenue Service - which is using ONgDB in production for a very large analytics graph.

They can tell you some of the experiences they have had with Neo4j as a company, and why they switched to the open source ONgDB distribution.

Dual open source /commercial licensed software , like Neo4j , are already causing previously unseen issues in procurement (ex: brand name justification), and the same confusion seems to be happening in the white-list / certification areas.  You may want to talk to GreyStones Group as they are experts in that area.

IGOV0001573310.0002

SER_3272

Regarding Hume - I am going to reach out to GraphAware this week to see if they have any legal restrictions on Hume being used with Neo4j open source licenses.

There would not be any technical restrictions as the licensing is 'virtual'.

You may also want to research the following technologies that offer same features / compete with Hume in the future if you find Hume to be too expensive, or not able to be configured to your needs.

- GraphGrid: Caution-https://www.graphgrid.com/gdp/ < Caution-https://www.graphgrid.com/gdp/ >

- GreyRaven (GreyStones Group) which also focuses on NLP, AI, etc.

- Linkurious (Not really a competitor of Hume - but it allows for the NLP and AI to be added easily and visualized.)

- GraphStack : iGov Inc will be releasing an open source platform to compete with Hume this year called GraphStack (Caution-https://graphstack.io < Caution-https://graphstack.io > ) - it is what powers the US Treasury research, analytics, and investigations platform we built out for them.  It leverages a micro-service architecture approach along with the top open source NLP, Machine learning. and 'big data' technologies to build extremely performant, software with no license costs.  (Think ONgDB, Elastic search, Kafka, Stanford NLP, and many OSS AI packages with different focus areas).

Some other things to consider:

Make sure your legal department reviews any documents Neo4j Inc wants it to sign.  You will want to remove any terms that say that once you purchase a commercial license, you can no longer use open source distributions, or terms that place virtual limitations on cores and instances when you agree to a commercial license or EULA.  ONgDB has none of these - as it's just the open source AGPL licensed Neo4j code base.

I hope this information is useful,

Feel free to reach out to me at any time if you have any questions.

Respectfully,

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com < Caution-mailto:jmsuhy@igovsol.com >
703-862-7780
Caution-https://igovsol.com < Caution-https://igovsol.com >


CLASSIFICATION: UNCLASSIFIED

# EXHIBIT 47

SER_3274

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | shahak.nagiel@nextcentury.com |
| **CC:** | diane.griffith@nextcentury.com |
| **BCC:** | |
| **Subject:** | Re: Neo4j licensing |
| **Attachments:** | |
| **Sent:** | 10/22/2018 06:50:27 PM -0700 (PST) |

---

Good evening,

The 'closed source components' referenced actually do have the related source code in the git repositories.  Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions.  Turning features such as causal clustering encryption back on.
See:  https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they have done.
See:  https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support.
Not to mention the US Treasury has now adopted ONgDB Enterprise  -  which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.   From a past performance perspective, the open source distributions are actually in production in the Federal government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source enterprise distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have more questions.


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573500.0001

On Mon, Oct 22, 2018 at 8:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, and other closed source components not present in this repository.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com
   

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

# EXHIBIT 48

SER_3277

**From:** Brad Nussbaum
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing
**Date:** Tuesday, February 19, 2019 7:21:50 AM

The Free Software foundation, which owns rights to AGPLv3 license and its use, reviewed the Commons Clause that had been added and determined that it was not valid. AGPLv3 has clauses preventing additional clauses from being added and still licensing under the AGPLv3 license.

Best,
Brad

On Feb 19, 2019, at 10:46, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi Brad,

Nice to meet you as well.  Could you please elaborate on this sentence:

And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules...

Neo4j sales guys actually contacted us recently specifically about the Commons Clause modifier to the AGPLv3 license, pointing out that we may be in violation of it (if we are using open-sourced builds of their software--including, by extension, ONgDB).  What is this realization you are referring to?

Appreciate your time.


Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 9:07 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

Hi Shahak,

Nice to e-meet you.

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. contributions will continue to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

Our repo (https://github.com/graphfoundation/ongdb/) has all the enterprise capabilities in 3.5. You can find access to new distributions on the foundation site at https://www.graphfoundation.org/projects/ongdb/.

You can read more about Neo4j, Inc.'s recent changes and the full Graph Foundation response here: https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/

Best,
Brad

On Feb 19, 2019, at 08:48, John Mark Suhy <jmsuhy@igovsol.com> wrote:

I wanted to introduce you to Brad Nussbaum from the Graph Foundation.

He can tell you more about the high level goals and plans around ONgDB and answer any specific questions as well relating to ONgDB.

I cc'd him on this thread.

Have a good day,

John Mark

On Mon, Feb 18, 2019 at 8:01 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
No concerns on my part; I'm just trying to understand the plans and the implications for the future.  So will the Community portion of the codebase be merged from the neo4j repo for every release?

Thanks, and good evening.

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:41:07 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Yes - the graph foundation will be managing the enterprise features moving forward.

If you are using ONgDB and have any concerns, or don't see it keeping up with enterprise features, you can always switch to a commercial Neo4j Enterprise package through any partner on the Neo4j.com website.

GFI 30(b)(6)
Brad Nussbaum
**Ex 32**
10/16/2020  D Myers

**CONFIDENTIAL**

GFI000071

SER_3278

On Mon, Feb 18, 2019 at 7:37 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Thanks, John. That helps, but this basically means that all enterprise changes moving forward (big fixes and new features alike) are completely forked off from Neo4j proper, right?  Any concerns about long-term consistency/parity/maintainability?

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:29:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Check out this issue - It may help you with your question.

https://github.com/graphfoundation/ongdb/issues/3

On Mon, Feb 18, 2019 at 6:33 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi John,

I presume you're aware that, as of the 3.5 branch in github, Neo4j seems to have close-sourced the entire enterprise/ directory.  (Here's one commit that was related.)

What's your take on this?  Where does this leave ONgDB moving forward?

Regards,
Shahak



Shahak Nagiel
Principal Engineer
☎ (240) 297-5089 | ☎ (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, October 22, 2018 9:50 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Good evening,

The 'closed source components' referenced actually do have the related source code in the git repositories.  Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions.  Turning features such as causal clustering encryption back on.
See:  https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they have done.
See:  https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support.  Not to mention the US Treasury has now adopted ONgDB Enterprise  –  which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.   From a past performance perspective, the open source distributions are actually in production in the Federal government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have any questions.

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Mon, Oct 22, 2018 at 8:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this

GFI000072
SER_3279

repository, **and other closed source components not present in this repository**.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that <u>one of the sub-modules</u> seems to be the Enterprise bundle?



**Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

GFI000073
SER_3280

# EXHIBIT 49

SER_3281

**From:** Shahak Nagiel
**To:** Brad Nussbaum
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing
**Date:** Tuesday, February 19, 2019 7:37:40 AM

Thanks for your perspective, and I did run across this Github thread (which John was involved in) that seems to discuss this issue.  However, there does not seem to be a resolution there (certainly not from the Neo4j perspective, which defends their use of both AGPL and the Commons Clause).  Are there any other sources of information / guidance in this respect?  e.g. have any independent or government legal authorities weighed in on this to your knowledge?

Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak_nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 11:21 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

The Free Software foundation, which owns rights to AGPLv3 license and its use, reviewed the Commons Clause that had been added and determined that it was not valid. AGPLv3 has clauses preventing additional clauses from being added and still licensing under the AGPLv3 license.

Best,
Brad

On Feb 19, 2019, at 10:46, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi Brad,

Nice to meet you as well.  Could you please elaborate on this sentence:

> *And when Neo4j, Inc. realized that the additional Commons Clause didn't prevent usage of enterprise features, it made the ultimate decision to remove all enterprise modules...*

Neo4j sales guys actually contacted us specifically about the Commons Clause modifier to the AGPLv3 license, pointing out that we may be in violation of it (if we are using open-sourced builds of their software--including, by extension, ONgDB).  What is this realization you are referring to?

Appreciate your time.

Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak_nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 9:07 AM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

Hi Shahak,

Nice to e-meet you.

Our intent is to move ONgDB forward in a fully open source manner governed by The Graph Foundation (non-profit). ONgDB 3.5 restores the Neo4j Enterprise source code that was removed by Neo4j, Inc. from https://github.com/neo4j/neo4j and continues development forward from there. Legacy Neo4j, Inc. continues to be licensed under AGPLv3 and net new Graph Foundation contributions will adopt a more open license structure. We are considering options right now from the community and would like to see the project eventually move fully to Apache2.

Our repo (https://github.com/graphfoundation/ongdb/) has all the enterprise capabilities in 3.5. You can find access to new distributions on the foundation site at https://www.graphfoundation.org/projects/ongdb/.

You can read more about Neo4j, Inc.'s recent changes and the full Graph Foundation response here: https://www.graphfoundation.org/neo4j-is-open-core-now-what-ujah7ein5mis/

Best,
Brad

On Feb 19, 2019, at 08:48, John Mark Suhy <jmsuhy@igovsol.com> wrote:

I wanted to introduce you to Brad Nussbaum from the Graph Foundation.

He can tell you more about the high level goals and plans around ONgDB and answer any specific questions as well relating to ONgDB.

I cc'd him on this thread.

Have a good day,



GFI 30(b)(6)
Brad Nussbaum
**Ex 33**
10/16/2020  D Myers

John Mark

On Mon, Feb 18, 2019 at 8:01 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
No concerns on my part; I'm just trying to understand the plans and the implications for the future.  So will the Community portion of the codebase be merged from the neo4j repo for every release?

Thanks, and good evening.

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:41:07 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Yes - the graph foundation will be managing the enterprise features moving forward.

If you are using ONgDB and have any concerns, or don't see it keeping up with enterprise features, you can always switch to a commercial Neo4j Enterprise package through any partner on the Neo4j.com website.

On Mon, Feb 18, 2019 at 7:37 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
Thanks, John. That helps, but this basically means that all enterprise changes moving forward (big fixes and new features alike) are completely forked off from Neo4j proper, right?  Any concerns about long-term consistency/parity/maintainability?

Get Outlook for Android

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, February 18, 2019 7:29:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Check out this issue - It may help you with your question.

https://github.com/graphfoundation/ongdb/issues/3

On Mon, Feb 18, 2019 at 6:33 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:
Hi John,

I presume you're aware that, as of the 3.5 branch in github, Neo4j seems to have close-sourced the entire enterprise/ directory.  (Here's one commit that was related.)

What's your take on this?  Where does this leave ONgDB moving forward?

Regards,
Shahak

Shahak Nagiel
Principal Engineer
o (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** John Mark Suhy <jmsuhy@igovsol.com>
**Sent:** Monday, October 22, 2018 9:50 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith
**Subject:** Re: Neo4j licensing

Good evening,

The 'closed source components' referenced actually do have the related source code in the git repositories.  Neo4j Inc removed the code from the current branches but they were still in the history.

We actually package these feature's source code back into the open source distributions.  Turning features such as causal clustering encryption back on.
See:  https://github.com/GraphFoundation/neo4j-oe

Also, you can read the following post to understand more about what they removed.
See:  https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html

These are just some of the reasons brand name justification for Neo4j Enterprise commercial packages is hard to support.  Not to mention the US Treasury has now adopted ONgDB Enterprise  -  which is the same code base, with just a different name and removal of the commons clause.

Even more, a side by side comparison of the commercial and open source enterprise distributions don't give an advantage from a technical perspective to the commercial side because they have the same feature parity as they come from the same core code base.

In fact the open source distributions have no limits on the number of cluster instances, cores, etc - not to mention they are 100% free.

Usually which one you go with falls to the cost of production support.  From a past performance perspective, the open source distributions are actually in production in the Federal

CONFIDENTIAL

GFI000069

**SER_3283**

government and there are companies such as us , AtomRain, GraphGrid, etc all have past performance providing production support for federal agencies for Neo4j Enterprise open source licenses.

One thing you will find in your research is that Neo4j partners are not allowed to promote or support the open source licenses, and furthermore , Neo4j Inc usually assigns a single partner to a specific deal, so from the commercial perspective, you actually have less options.

I would be happy to connect you with the US Treasury team we work with who are some of the original teams who moved to the open source enterprise distributions of Neo4j.    They have met with other agencies in the past to share their experience.

Feel free to call me anytime if you have more questions.

John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

On Mon. Oct 22, 2018 at 8:50 PM Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Hi John,

I am trying to better understand the licensing nuances of Neo4j Enterprise Edition, and came across some posts you made on StackOverflow.

Neo4j's github repo includes this at the bottom in the License section (emphasis mine):

Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 with the Commons Clause in this repository, **and other closed source components not present in this repository**.

When packaged as a binary, Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j Sweden AB or one of its affiliates.

I'm curious whether you're familiar with what this means (i.e. what's excluded), especially given that one of the sub-modules seems to be the Enterprise bundle?



Shahak Nagiel
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

**CONFIDENTIAL**

GFI000070

**SER_3284**

# EXHIBIT 50

SER_3285

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Shahak Nagiel |
| **Cc:** | Diane Griffith; John Mark Suhy |
| **Subject:** | Re: Neo4j licensing |
| **Date:** | Tuesday, February 19, 2019 11:00:55 AM |

ONgDB is currently in use at US Treasury (IRS). Their legal counsel conducted a thorough evaluation of the licensing situation and arrived at the conclusion that Graph Foundation distributions of ONgDB could be used without needing a Neo4j, Inc. license.

Best,
Brad


On Feb 19, 2019, at 11:37, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

perspective, which defends their use of both AGPL and the Commons Clause).  Are there any other sources of information / guidance in this respect?  e.g. have any independent or gove

GFI 30(b)(6)
Brad Nussbaum

**Ex 34**

10/16/2020   D Myers

**CONFIDENTIAL**                                                        GFI000067

**SER_3286**

# EXHIBIT 51

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Shahak Nagiel |
| **Cc:** | Diane Griffith; John Mark Suhy |
| **Subject:** | Re: Neo4j licensing |
| **Date:** | Tuesday, February 19, 2019 11:57:33 AM |

==It was an internal review so there isn't a document that can be distributed.== We are conducting a similar process with other agencies. If you connect us with parties heading up your evaluation then we can go through a similar process with them.

Best,
Brad

On Feb 19, 2019, at 15:04, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

Aha!

==Any chance I could get a copy of that?  (Or, any chance we could get our govies to request it through more official channels?)==

    **Shahak Nagiel**
Principal Engineer
w (240) 297-5089 | c (413) 274-2425
shahak.nagiel@nextcentury.com

2701 Technology Drive, Suite 300 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Sent:** Tuesday, February 19, 2019 3:00 PM
**To:** Shahak Nagiel
**Cc:** Diane Griffith; John Mark Suhy
**Subject:** Re: Neo4j licensing

==ONgDB is currently in use at US Treasury (IRS). Their legal counsel conducted a thorough evaluation of the licensing situation and arrived at the conclusion that Graph Foundation distributions of ONgDB could be used without needing a Neo4j, Inc. license.==

Best,
Brad

On Feb 19, 2019, at 11:37, Shahak Nagiel <shahak.nagiel@nextcentury.com> wrote:

perspective, which defends their use of both AGPL and the Commons Clause.)  Are there any other sources of information / guidance in this respect?  e.g. have any independent or gove

GFI 30(b)(6)
Brad Nussbaum
**Ex 35**
10/16/2020  D Myers

CONFIDENTIAL                                                           GFI000065

SER_3288

# EXHIBIT 52

SER_3289

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Michał Komorowski |
| **Subject:** | Re: Questions about ONgDB |
| **Date:** | Tuesday, February 11, 2020 8:53:54 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Michal,

Thank you for your interest in using ONgDB. I'd be happy to answer your questions and help guide you here as best I can.

1. As you mentioned, The Graph Foundation relies on community support to move development forward. Our current priority order for the 4.0 release is: multi-database support, sharding and then security. It is possible we will make an initial 4.0 release with multi-database support and continue to roll out new features in subsequent releases. We do anticipate it will take some time to reach feature parity. Our goal is to work toward feature parity for the features that have been released and that are the most desirable by the community. We will continue integrating in neo4j open core and stay as compatible as possible to allow for easy switching between Neo4j and ONgDB.

2. Programs are available for training, advisory and production support through our commercial sponsors such as GraphGrid. GraphGrid is the largest contributor to ONgDB to date with the most certified professionals on staff. Typical onsite delivery will cover all the topics you mentioned and you will have the ability to get continued development and production support going forward. All support is done with fully open source releases and always under the open source licenses. Any fixes are always committed back to the open source project.

I'd be happy to setup a call to discuss further.

Best,
Brad

**From:** Michał Komorowski <Michal.Komorowski@adform.com>
**Date:** Tuesday, February 11, 2020 at 6:19 AM
**To:** "devrel@graphfoundation.org" <devrel@graphfoundation.org>
**Subject:** Questions about ONgDB

Hi,

I'm writing because we seriously consider to build our IAM solution based on ONgDB graph database. Because of that I'd like to ask a few questions:

1. As far as I know ONgDB is developed only because of hard work of community contributors (thanks to that). However, it also means that it takes time to develop new features. My question is if there are plans to make ONgDB compatible with recently releases Neo4j v4 (sharding etc.) and if yes what is a timeline.

2. Do you organize trainings/workshops regarding ONgDB? We are mainly interested in topics like:

GFI000114

**SER_3290**

==administration, writing fast queries, efficient modelling, optimizations.==

If you prefer and have time we can also make a call.

Regards,
Michał Komorowski

---



**Michał Komorowski**
Lead Software Engineer

Email: Michal.Komorowski@adform.com
Mobile:
Ul. Waryńskiego 3a, 00-645 Warsaw, Poland
Sign up for the Latest News



Learn more

---

Disclaimer: The information contained in this message and attachments is intended solely for the attention and use of the named addressee and may be confidential. If you are not the intended recipient, you are reminded that the information remains the property of the sender. You must not use, disclose, distribute, copy, print or rely on this e-mail. If you have received this message in error, please contact the sender immediately and irrevocably delete this message and any copies.

# EXHIBIT 53

| | |
|---|---|
| **From:** | Brad Nussbaum |
| **To:** | Michał Komorowski |
| **Subject:** | Re: Regarding the yesterday"s meetings |
| **Date:** | Wednesday, February 19, 2020 7:42:49 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Michal,

I reached out to the folks at Tufin and will get you connected with Haggai who is the head of engineering there. They are using ONgDB 3.5 and we delivered a boot camp for them in October of last year.

I can cover both the training and the consultation work in a single 5-day boot camp delivery:

1. The weeks I have open are March 2nd, 16th and the 30th
2. The cost for the full week excluding expenses is $11,000
3. We would need to get through contracts this week yet to make March 2nd work but that's possible to do

If everything looks good here I can get this written up and sent over.

Best,
Brad

---

**From:** Brad Nussbaum <brad@graphfoundation.org>
**Date:** Friday, February 14, 2020 at 12:56 PM
**To:** Michał Komorowski <Michal.Komorowski@adform.com>
**Cc:** Izabela Błaszczyk <Izabela.Blaszczyk@adform.com>, Artur Kordzik <Artur.Kordzik@adform.com>, Alejandro Crespo <Alejandro.Crespo@adform.com>
**Subject:** Re: Regarding the yesterday's meetings

Hey Michael,

Thank you for the follow up and providing this additional information. Here are some answers point by point:

1. I will get an estimate for this early next week along with some dates for delivery.
2. Yes, that's correct. I will reach out to them and see if they are open to sharing their use case.
3. Yes, you have the roadmap correct.

Hope you have a good weekend and I will reach back out early next week.

Best,
Brad

GFI 30(b)(6)
Brad Nussbaum
**Ex 30**
10/16/2020   D Myers

**From:** Michał Komorowski <Michal.Komorowski@adform.com>
**Date:** Friday, February 14, 2020 at 2:13 AM
**To:** Brad Nussbaum <brad@graphfoundation.org>
**Cc:** Izabela Błaszczyk <Izabela.Blaszczyk@adform.com>, Artur Kordzik
<Artur.Kordzik@adform.com>, Alejandro Crespo <Alejandro.Crespo@adform.com>
**Subject:** Regarding the yesterday's meetings

Hi Brad,

Thanks for the yesterday's meeting.

1. Here are details of what we need. Can you estimate costs of such services?
   a. 2 days of advanced training for the group of up to 10 people
      i. Specific topics to cover:
         1. Administration
         2. Scalability
         3. Writing performant queries
         4. Topics and hints regarding modelling
   b. 3 days of consultations focused mainly on the review and optimization of our model and our queries.
   c. Place: Warsaw
   We are also welcomed for your suggestion regarding the plan above.
2. You mentioned some security company that uses OngDB.
   a. Is it this one: https://www.tufin.com/?
   b. Could you contact us with someone from Tufin so that we could talk with them about their experience with ONgDB (of course if they want and have time to do so)?
3. I also wanted to confirm your roadmap regarding development of ONgDB:
   a. The first step is to prepare ONgDB v4 based on Neo4j open core v4 and migrate there features that have been developed for ONgDB v3.5.
   b. Multidatabse.
   c. Sharding.
   d. Security.


Regards,
Michał

---



**Michał Komorowski**
Lead Software Engineer

Email: Michal.Komorowski@adform.com
Mobile:
Ul. Waryńskiego 3a, 00-645 Warsaw, Poland
Sign up for the Latest News



Accredited by
Media
Rating Council®

Learn more

---

CONFIDENTIAL

Disclaimer: The information contained in this message and attachments is intended solely for the attention and use of the named addressee and may be confidential. If you are not the intended recipient, you are reminded that the information remains the property of the sender. You must not use, disclose, distribute, copy, print or rely on this e-mail. If you have received this message in error, please contact the sender immediately and irrevocably delete this message and any copies.

# EXHIBIT 54

**From:**      John Mark Suhy (jmsuhy@igovsol.com)
**To:**        lee.e.smales.civ@mail.mil
**CC:**
**BCC:**
**Subject:**   Question regarding: Global Adaptive Planning Collaborative Information Environment 2.0
**Attachments:**
**Sent:**      08/22/2018 11:40:41 AM -0700 (PST)

I noticed in an older FBO sources sought (link below) that you were looking for people with experience with Neo4j, which you referred to as FOSS (Free and open source) which is not entirely true.

You may want to reference the Neo4j Enterprise open source distribution which has the name "ONgDB Enterprise". ONgDB = Open Native Graph Database.   This distribution is the free and open source fork of Neo4j Enterprise.   US Treasury and other agencies use this.

I figured you may want to pass this back to the team who had you put out the solicitation because when you use the name Neo4j (Enterprise), you are usually referencing the commercial license.

ONgDB Enterprise is built from the same official source code, but is 100% open source with no catches.

Link: https://www.graphfoundation.org/projects/ongdb/

I would be happy to connect you with our US Treasury point of contacts to verify everything.
If you create a follow up solicitation - and only name Neo4j, it could be a problem for you.

Below is the line this email discusses, and shows you how to change it to be accurate.

Other FOSS products incorporated include LeafletJS, GeoTools, TinyMCE, docx4j, Hazelcast, JQuery, JQuery UI, Spring, Hibernate, DropWizard, Docker, and **neo4j.**

to

Other FOSS products incorporated include LeafletJS, GeoTools, TinyMCE, docx4j, Hazelcast, JQuery, JQuery UI, Spring, Hibernate, DropWizard, Docker, and **neo4j/ONgDB**.

https://www.fbo.gov/spg/USAF/AFMC/ESC/FA8730-SS-GAPCIE/listing.html

Have a good day,


John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573588

**SER_3297**

# EXHIBIT 55

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

SER_3298

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 744 of 1198

# EXHIBIT 56

SER_3299

**From:**      John Mark Suhy (jmsuhy@purethink.com)
**To:**         licensing@fsf.org
**CC:**
**BCC:**
**Subject:**   Re: [gnu.org #1295811] Neo4j Inc recently added restrictive license conditions to AGPL license.
**Attachments:**
**Sent:**      06/20/2018 02:51:03 PM -0700 (PST)

Good evening Donald,

Thank you for taking the time to help us.    This was very useful.

I would like to add some context to the question and ask 2 follow up questions below.

We are creating a fork of the open source Neo4j graph database, and putting the fork under the control of a non profit organization with a governance model that will ensure the technology remains free and open to all in the future.

Neo4j Database (aka Neo4j)  is currently licensed under the GPL license for their community edition and AGPL v3 for their enterprise edition.

The AGPL license is found in License.txt files in the enterprise folders of their public GitHub repository:  https://github. com/neo4j/neo4j/

Our fork is only focused on the enterprise edition which is AGPL v3 - and which was modified by Neo4j Inc in the code base.

Neo4j Inc is the copyright holder of the Neo4j Database code we are going to fork.  We are calling the fork a different name, and the fork will remain AGPL as required.

Neo4j Inc has a separate commercial license for Neo4j Database (Neo4j) which as a copyright holder we understand is allowed.  This is not the issue.

Our issue and questions are around Neo4j Inc's recent addition of restrictive terms to the AGPL v3 license found in the License.txt files in their code base.

See:  https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

Below is a summary of their modifications they added to this file.  Each of the AGPL License.txt files are identical to the reference link below.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

At the top of the License file they added the following:

**The software ("Software") is developed and owned by Neo4j Sweden AB**
**(referred to in this notice as "Neo4j") and is subject to the terms**
**of the GNU AFFERO GENERAL PUBLIC LICENSE Version 3, with the Commons Clause as follows:**

.... AGPL v3 Standard  License content here.....

At the very bottom of the License file they added the following content:

**"Commons Clause" License Condition**

**The Software is provided to you by the Licensor under the License, as**
**defined below, subject to the following condition. Without limiting**



Witness:
John Mark Suhy
**Exhibit 23**
10/22/2020  B Gerald

IGOV0001570157.001

**other conditions in the License, the grant of rights under the License**
**will not include, and the License does not grant to you, the right to**
**Sell the Software.  For purposes of the foregoing, "Sell" means**
**practicing any or all of the rights granted to you under the License**
**to provide to third parties, for a fee or other consideration,**
**a product or service that consists, entirely or substantially,**
**of the Software or the functionality of the Software. Any license**
**notice or attribution required by the License must also include**
**this Commons Cause License Condition notice.**


Neo4j Inc is then referencing these new restrictive clauses to cause legal uncertainty to anyone who is considering using
their enterprise software, or any forks.

They have told us that our fork of Neo4j Database must abide by these additional restrictions added to the License.txt files
that contain the AGPL license content.

This behavior is what drove the need for an open and free fork in the first place.

Neo4j Inc has told us that the additional clauses they added to the AGPL License.txt files must not be removed, and must be
present in our new fork.

Below are the follow up questions we have relating to our fork of their project.  We want to ensure we are doing this right so
the community benefits and we honor our obligations under the AGPL license.

1) As the copyright holder, is Neo4j Inc allowed to add the specific additional terms mentioned above to the  License.txt file
(containing the AGPL license terms) and enforce these new additions?
https://github.com/neo4j/neo4j/blob/3.4/enterprise/neo4j-enterprise/LICENSE.txt

2) In our fork,  are we allowed to remove the additional terms and comments they have added to the License.txt files that go
beyond the standard AGPL v3 license content?
Neo4j Inc is telling us that we can not change these License.txt files, i.e. we must leave these additional restrictions and
content in the AGPL License.txt files of our forked code.
They then reference them to cause legal uncertainty.


The following GitHub diff link clarifies exactly what we would do by removing extraneous content beyond the standard
AGPLv3 license in those files:

https://github.com/graphstackio/neo4j/pull/5/commits/d5cf74ea538cf80a94c8eee059cfb5a0e2b2ac72

We appreciate your guidance, we have not been able to find answers to these questions for quite some time now.

Thank you,

Respectfully,

John Mark Suhy
PureThink
jmsuhy@purethink.com
703-862-7780
http://purethink.com


On Tue, May 22, 2018 at 11:38 AM, Donald R Robertson III via RT <licensing@fsf.org> wrote:

IGOV0001570157.002

**SER_3301**

On Sat May 19 03:00:41 2018, jmsuhy@purethink.com wrote:
> I am not sure whom to bring this up to, but Neo4j Inc, recently added
> restrictive licensing conditions to their AGPL license.  It is my
> understanding that this is not allowed.
>
> Being such a high profile company, I wanted to bring it to your
> attention and ask if these additions are allowed by AGPL, and if not -
> who would be responsible for ensuring they remain compliant?
>
> The addition of "Commons Clause" License condition was added to their
> AGPL license file.  The link is below.
>
> https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-
> enterprise/LICENSE.txt
>
> "Commons Clause" License Condition
> The Software is provided to you by the Licensor under the License, as
> defined below, subject to the following condition. Without limiting
> other conditions in the License, the grant of rights under the License
> will not include, and the License does not grant to you, the right to
> Sell the Software. For purposes of the foregoing, "Sell" means
> practicing any or all of the rights granted to you under the License
> to provide to third parties, for a fee or other consideration,
> a product or service that consists, entirely or substantially,
> of the Software or the functionality of the Software. Any license
> notice or attribution required by the License must also include
> this Commons Cause License Condition notice.
>
>
>
>
> John Mark Suhy
> PureThink
> jmsuhy@purethink.com
> 703-862-7780
> http://purethink.com

Thank you for your time. Both the GPL and AGPL prevent the addition of further restrictions:

"All other non-permissive additional terms are considered "further
restrictions" within the meaning of section 10.  If the Program as you
received it, or any part of it, contains a notice stating that it is
governed by this License along with a term that is a further restriction,
you may remove that term."

If the distribution includes code that is copyright to someone else, then you can follow the instructions at
<https://www.gnu.org/licenses/gpl-violation.html> for filing a violation report with the copyright holder. Only the copyright
holder has the power to enforce the terms of the license.

Thanks for checking in on this, and I hope this helps.
--
Sincerely,

Donald R. Robertson, III, J.D.
Licensing & Compliance Manager

IGOV0001570157.003

SER_3302

Free Software Foundation
51 Franklin Street, Fifth Floor
Boston, MA 02110, USA
Phone +1-617-542-5942
Fax +1-617-542-2652 ex. 56

---

# EXHIBIT 57

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# Open Native Graph DB (ONgDB)

**The free and open source <mark>Neo4j Enterprise</mark> project**

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language, ACID transactions and high availability clustering. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, ONgDB offers orders of magnitude performance benefits compared to relational DBs.

## <mark>Licensing</mark>

<mark>ONgDB distributions are licensed under AGPLv3 as a free and open drop-in replacements of Neo4j Enterprise commercial licensed distributions with the same version number.</mark>

## Latest Release

ONgDB **3.5.8** is expected to be out shortly. We skipped a few versions to allow Neo4j to fix some bugs in previous versions.

---

### ONgDB 3.5.4

**10 May 2019:** Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.4-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.4-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.4-windows.zip |
| Docker Image | ONgDB 3.5.4 Docker Hub |

GFI 30(b)(6)
Brad Nussbaum
**Ex 21**
10/16/2020   D Myers

N4J-GFI_000092

SER_3305

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5


Go to:  http://localhost:7474
```

## Recent Releases

- ONgDB 3.5.3
- ONgDB 3.5.1
- ONgDB 3.4.12
- ONgDB 3.4.11

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **Open Native Graph DB (ONgDB)**
  - **ONgDB Releases**
    - **ONgDB 3.4.11**
    - **ONgDB 3.4.12**
    - **ONgDB 3.4.9**
    - **ONgDB 3.5.1**
    - **ONgDB 3.5.3**
    - **ONgDB 3.5.4**

N4J-GFI_000093

SER_3306

**Support TGF**

- Donations
- Sponsorship
- Thanks

**The Graph Foundation**

- Public Records
  - Articles of Incorporation
  - Code of Regulations

# Site Search

Search …

Search

# Support GF Today!

Copyright © 2019 Graph Foundation, Inc.

N4J-GFI_000094

SER_3307

# EXHIBIT 58

SER_3308

graphfoundation / **ongdb**

ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo. https://www.graphfoundation.org/proje...

**61,025** commits | **26** branches | **278** releases | **177** contributors | AGPL-3.0

Branch: 3.5 ▾ | New pull request | Find File | Clone or download ▾

**bradnussbaum** Merge remote-tracking branch 'neo4j/3.5' into 3.5 — Latest commit `4b160f7` 9 hours ago

| | | |
|---|---|---|
| .github/ISSUE_TEMPLATE | Remove custom template. | 4 months ago |
| .mvn | Add the maven-profiler extension | 3 years ago |
| build-resources | 3.5.12 | 9 hours ago |
| build | Added build and intellij codestyle file for developers of ONgDB who u… | 9 months ago |
| community | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| enterprise | 3.5.12 | 9 hours ago |
| integrationtests | 3.5.12 | 9 hours ago |
| packaging | Merge remote-tracking branch 'neo4j/3.5' into 3.5 | 9 hours ago |
| stresstests | 3.5.12 | 9 hours ago |
| tools | 3.5.12 | 9 hours ago |
| .gitignore | Shade ASM to avoid conflicts in embedded deployments | 2 years ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 2 years ago |
| CONTRIBUTING.md | Change some more http to https | 3 years ago |
| LICENSE.txt | Updated the LICENSE.txt file to be pure AGPL as to not violate the fs… | 7 months ago |
| README.asciidoc | Updated documentation to reference jdkman usage for building distribu… | last month |
| pom.xml | 3.5.12 | 9 hours ago |

README.asciidoc

# ONgDB - Neo4j Enterprise Fork: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

Learn more about ONgDB at Graph Foundation website

## Using ONgDB & Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try Neo4j online.

## Extending ONgDB & Neo4j

We encourage experimentation with ONgDB & Neo4j. You can build extensions to ONgDB & Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

| Note | This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. The Enterprise edition (enterprise/) is licensed under the AGPLv3. |
| --- | --- |

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

OS X users need to have Homebrew installed.

### With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

### With apt-get on Ubuntu

### With SDKMan

Building Neo4j/ONgDB can be tricky with other JDKs such as open JDK. Currently Oracle 8 JDK works well, as we test other jdks we will update this documentation.

https://sdkman.io/

sdk use java oracle-8-221

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

## Building ONgDB

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n`. We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests`.

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

N4J-GFI_000298

SER_3310

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"` .

## Running ONgDB & Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474` . On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

ONgDB & Neo4j Community Edition is an open source product licensed under GPLv3.

ONgDB & Neo4j Enterprise Edition expands the functionality of Community Edition with Enterprise-grade features.

ONgDB & Neo4j Enterprise consists of modules from Neo4j Community Edition and modules licensed under AGPLv3 in this repository.

N4J-GFI_000299

SER_3311

# EXHIBIT 59



neo4j / **neo4j**

Graphs for Everyone    http://neo4j.com

#cypher  #graphdb  #database  #nosql  #graph  #graph-database

| 60,921 commits | 22 branches | 276 releases | 176 contributors |

| Branch: 3.5 ▾ | New pull request | | Find File | Clone or download ▾ |

klaren Add revapi ignore    Latest commit 90385f0 yesterday

| .github/ISSUE_TEMPLATE | Remove custom template. | 4 months ago |
| .mvn | Add the maven-profiler extension | 3 years ago |
| build-resources | updated poms to 3.5.12 | 2 days ago |
| community | Merge branch '3.4' into 3.5 | yesterday |
| packaging | Merge branch '3.4' into 3.5 | 2 days ago |
| .gitignore | Shade ASM to avoid conflicts in embedded deployments | 2 years ago |
| .scalafmt.conf | initial scala auto-formatting of util module | 2 years ago |
| CONTRIBUTING.md | Change some more http to https | 3 years ago |
| README.asciidoc | Removed reference to Enterprise AGPL post open-core. | 7 months ago |
| pom.xml | Add revapi ignore | yesterday |

README.asciidoc

# Neo4j: Graphs for Everyone

Neo4j is the world's leading Graph Database. It is a high performance graph store with all the features expected of a mature and robust database, like a friendly query language and ACID transactions. The programmer works with a flexible network structure of nodes and relationships rather than static tables — yet enjoys all the benefits of enterprise-quality database. For many applications, Neo4j offers orders of magnitude performance benefits compared to relational DBs.

Learn more on the Neo4j website.

## Using Neo4j

Neo4j is available both as a standalone server, or an embeddable component. You can download or try online.

## Extending Neo4j

We encourage experimentation with Neo4j. You can build extensions to Neo4j, develop library or drivers atop the product, or make contributions directly to the product core. You'll need to sign a Contributor License Agreement in order for us to accept your patches.

## Dependencies

Neo4j is built using Apache Maven version 3.3 and a recent version of supported VM. Bash and Make are also required. Note that maven needs more memory than the standard configuration, this can be achieved with `export MAVEN_OPTS="-Xmx512m"`.

N4J_019038

SER_3313

OS X users need to have Homebrew installed.

## With brew on OS X

```
brew install maven
```

Please note that we do not support building Debian packages on OS X.

## With apt-get on Ubuntu

```
apt install maven openjdk-8-jdk
```

On top of that, to build Debian packages and Neo4j Desktop:

```
apt install debhelper devscripts dos2unix dpkg make xmlstarlet
# You will need a license for install4j, which is only needed for Neo4j Desktop
curl -O http://download-keycdn.ej-technologies.com/install4j/install4j_linux_6_1_4.deb
dpkg -i install4j_linux_6_1_4.deb
```

# Building Neo4j

Before you start running the unit and integration tests in the Neo4j Maven project on a Linux-like system, you should ensure your limit on open files is set to a reasonable value. You can test it with `ulimit -n` . We recommend you have a limit of at least 40K.

- A plain `mvn clean install` will only build the individual jar files.

- Test execution is, of course, part of the build.

- In case you just want the jars, without running tests, this is for you: `mvn clean install -DskipTests` .

- To build product packages, do `export PATH="bin:$PATH" && make clean all` in the packaging directory after building artifacts with Maven.

- To build the documentation see the Neo4j documentation.

- If you are running into problems building on Windows you can try building Neo4j in a Ubuntu virtual machine.

- You may need to increase the memory available to Maven: `export MAVEN_OPTS="-Xmx512m"` .

# Running Neo4j

After running a `mvn clean install` cd into `packaging/standalone/target` and extract the version you want, then

```
bin/neo4j start
```

in the extracted folder to start Neo4j on `localhost:7474` . On Windows you want to run

```
bin\neo4j start
```

instead.

Or, if you are not interested in the tarballs and just want to run Neo4j you can instead run a `mvn clean install -DminimalBuild` and then cd into `community/server` and run

N4J_019039

SER_3314

```
mvn clean compile exec:java
```

to start Neo4j.

## Licensing

Neo4j Community Edition is an open source product licensed under GPLv3.

Neo4j Enterprise Edition includes additional closed-source components *not available in this repository* and requires a commercial license from Neo4j or one of its affiliates.

N4J_019040

SER_3315

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 761 of 1198

# EXHIBIT 60

SER_3316



The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB (Open Native Graph DB)

Downloads 12K+ | Star 167 | Pull 154K+

ONgDB is a fork of the neo4j enterprise project that continues development of neo4j enterprise as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

### ONgDB 3.6.0

23 June 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.0-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.0-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0-windows.zip |
| Docker Image | ONgDB 3.6.0 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

Go to: http://localhost:7474

## LTS Release

N4J_019945
SER_3317

# ONgDB 3.5.19

12 August 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.19-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.19-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.19-windows.zip |
| Docker Image | ONgDB 3.5.19 Docker Hub |

ONgDB 3.5.19 Docker Hub

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.5
```

Go to: http://localhost:7474

## Previous Releases

- 3.5.18
- 3.5.17
- 3.5.16
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

## Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

Accessibility

Get Involved

N4J  019946
SER_3318



- Graph Community
- Mission
- Projects
  - Heimdall
  - ONgDB (Open Native Graph DB)
    - ONgDB Releases
      - ONgDB 3.4.11
      - ONgDB 3.4.12
      - ONgDB 3.4.15
      - ONgDB 3.4.17
      - ONgDB 3.4.9
      - ONgDB 3.5.1
      - ONgDB 3.5.11
      - ONgDB 3.5.12
      - ONgDB 3.5.14
      - ONgDB 3.5.15
      - ONgDB 3.5.16
      - ONgDB 3.5.17
      - ONgDB 3.5.18
      - ONgDB 3.5.19
      - ONgDB 3.5.3
      - ONgDB 3.5.4
      - ONgDB 3.6.0
      - ONgDB 3.6.0.M1
      - ONgDB 3.6.0.M2
      - ONgDB 3.6.0.RC1
- Support TGF
  - Donations
  - Sponsorship
  - Thanks
- The Graph Foundation
  - Public Records
    - Articles of Incorporation
    - Code of Regulations

## Site Search

Search ...

Search

## Support GF Today!

Donate

Copyright © 2020 Graph Foundation, Inc.

N4J 019948
SER_3320

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 766 of 1198

# EXHIBIT 61

SER_3321



Search Twitter

Log in Sign up

**The Graph Foundation**
@GraphFoundation

Please report all #Neo4j Enterprise 3.5+ issues to the ongdb Github (github.com/GraphFoundatio...) so we can more effectively track bugs related to open source enterprise code vs. open core community.

graphfoundation/ongdb
ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB integrates Neo4j Open Core commits. - ...
github.com

4:40 AM · Jan 31, 2019 · Twitter Web Client

**1** Retweet **1** Like

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

US news · 45 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,158 Tweets

Golf · Trending
**#TheMemorialTournament**

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

Food · Trending
**#weloveyoudream**
2,083 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

GFI 30(b)(6)
Brad Nussbaum
**Ex 22**
10/16/2020 D Myers



Search Twitter

Log in

Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

US news · 45 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,158 Tweets

Golf · Trending
**#TheMemorialTournament**

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

Food · Trending
**#weloveyoudream**
2,083 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 62

SER_3324

iGov : Innovative Government Solutions



## Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

N4J_018824

SER_3325

iGov : Innovative Government Solutions

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

| NEO4J INC. COMMERCIAL SUBSCRIPTION $29K - $1M+ |
|---|
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

N4J_018825

SER_3326

iGov : Innovative Government Solutions

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_018826

SER_3327

iGov : Innovative Government Solutions

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
## FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW    **PRICE COMPARISON**    PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

## ☐ Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

N4J_018827

SER_3328

iGov : Innovative Government Solutions

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

☐ ## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

☐ ## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

☐ ## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

☐ ## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

☐ ## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

☐ ## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

N4J_018828

SER_3329

iGov : Innovative Government Solutions

□

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

N4J_018829

SER_3330

iGov : Innovative Government Solutions

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

N4J_018830

SER_3331

iGov : Innovative Government Solutions

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO<br><br>*The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO<br><br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES<br><br>*Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES<br><br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br><br>*The cost of a commercial support subscription is based on the cores and instances you use.* | YES |

N4J_018831

SER_3332

iGov : Innovative Government Solutions

| | | | |
|---|---|---|---|
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No\***<br>*Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all<br>*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

---

□

---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

□ [email protected]

N4J_018832

**SER_3333**

iGov : Innovative Government Solutions



7686 Richmond Highway Suite 111-B Alexandria, VA 22306

© 2018 iGov Inc. All Rights Reserved.

N4J_018833

SER_3334

# EXHIBIT 63

SER_3335



(index.html)



Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package (mailto:neo4j@igovsol.com)

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

## Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed

N4J_018842

SER_3336



distribution, then simply download ONgDB Enterprise hfoundation.org/projects/ongdb/) as a drop in replacement for an existing commercial licensed distribution of the same version number. (index.html)

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

| NEO4J INC. COMMERCIAL SUBSCRIPTION |
| :---: |
| **$29K - $1M+** |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

N4J_018843

SER_3337

## IGOV DEVELOPMENT PACKAGES

 (index.html)

# $25K+

☰

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES

# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_018844

SER_3338

**iGov** (index.html)

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects.

(See https://graphstack.io)

≡

## OPEN SOURCE
# FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source (downloads.html#neo4j-os-faqs)

**DEVELOPMENT PACKAGE OVERVIEW (NEO4J.HTML#NEO4J-DEV-FEATURES)**

**PRICE COMPARISON (NEO4J.HTML#NEO4J-PRICE-COMPARISON)**

**PROCUREMENT COMPARISON (NEO4J.HTML#NEO4J-COMPARISON)**

# Development Package Overview

**WHY IGOV INC (ABOUT.HTML#PROCUREMENT-INFO)**

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

 ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support

N4J_018845

SER_3339

provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j

 (index.html)

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.

You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

N4J_018846

SER_3340



We understand that many agencies have not adopted the newest technologies and best practices make modern web application development almost impossible. Our development (index.html) de use of GovCloud resources including EC2, S3,Container Services, and more.



# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
| --- | --- |
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |

https://igovsol.com/neo4j.html

N4J_018847

SER_3341

| Name & Description | Annual Subscription Price |
|---|---|
| (index.html) (up to 8 cores) | + $52,874 / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.



N4J_018848

SER_3342

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

**iGov** (index.html) ☰

> So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |

N4J_018849

SER_3343

**iGov**

| | Government Development Package (index.html) w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br><br>*The cost of a commercial support subscription is based on the cores and instances you use.* | YES |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES | YES |
| Does Neo4j Inc. provide official email and phone production support? | No*<br><br>*Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | YES | NO |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all<br>*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |



N4J_018850

SER_3344

 (index.html)

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

## (703) 672-1205

✉ info@igovsol.com (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

https://igovsol.com/neo4j.html

N4J_018851

SER_3345

# EXHIBIT 64

SER_3346

 (index.html)

Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package (mailto:neo4j@igovsol.com)

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

## Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise (https://www.graphfoundation.org/projects/ongdb/) as a drop in replacement for an existing commercial licensed distribution of the same version number.

Know your options



Witness:
John Mark Suhy
**Exhibit 14**
10/22/2020  B Gerald

N4J_018892

**SER_3347**

It is important to know your options before you make any procurement decisions around Neo4j. The information below [provides a co]mplete breakdown of the 3 main Neo4j offerings available including the free open source option. [Be aw]are that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

| NEO4J INC. COMMERCIAL SUBSCRIPTION |
| :---: |
| **$29K - $1M+** |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |
| IGOV DEVELOPMENT PACKAGES<br>**$25K+** |
| 100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!. |
| ONgDB Enterprise open source distributions |
| No annual subscription, you are free to do whatever you want in the future. |
| Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc. |

https://igovsol.com/neo4j.html

N4J_018893
SER_3348

# iGov

≡

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc. (index.html)

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
## $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
## FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source (downloads.html#neo4j-os-faqs)

https://igovsol.com/neo4j.html



DEVELOPMENT PACKAGE OVERVIEW (NEO4J.HTML#NEO4J-DEV-FEATURES)

(index.html)     PRICE COMPARISON (NEO4J.HTML#NEO4J-PRICE-COMPARISON)

PROCUREMENT COMPARISON (NEO4J.HTML#NEO4J-COMPARISON)     WHY IGOV INC ? (NEO4J.HTML#PROCUREMENT-INFO)

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.



## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.



## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly.
You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform

N4J_018895

SER_3350

components needed to get a robust and scalable ETL pipeline in place.

**iGov**

### Libraries and Repositories

(index.html)

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

### GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.



# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
| --- | --- |

N4J_018896

SER_3351

7/27/2020   Case 5:18-cv-07182-EJD   Document 36-1   Filed 12/11/20   Page 797 of 1198



| Name & Description | Annual Subscription Price |
|---|---|
| Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874 / yr |
| 8-Core pack | + $52,874 / yr |
| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

$25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

https://igovsol.com/neo4j.html

N4J_018897
SER_3352



# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

(index.html)

> So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | **YES** | **YES** | **YES** |
| Can purchase through Neo4j Inc. or its resellers | **NO** *The Government Packages for Neo4j are only available through iGov Inc.* | **YES** | **NO** *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | **YES** | **YES** *\*Your subscription has limits on number of cores and instances* | **YES** |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | **YES** *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | **NO** | **NO** |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | **YES** | **NO** | **NO** |

N4J_018898
SER_3353

| iGov (index.html) | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br>*The cost of a commercial support subscription is based on the cores and instances you use.* | YES |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES | YES |
| Does Neo4j Inc. provide official email and phone production support? | No*<br>*Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | YES | NO |
| Does NOT require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | YES for all<br>*You do NOT have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |



---

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

N4J_018899

SER_3354

**(703) 672-1205**



:(mailto:info@igovsol.com)

9 7800 Richmond Highway Suite 101-B Alexandria, VA 22306





(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018900

SER_3355

# EXHIBIT 65

SER_3356

iGov : Innovative Government Solutions



## Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

https://igovsol.com/neo4j.html[7/27/2020 11:16:40 AM]

N4J_018901

SER_3357

unecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

| NEO4J INC. COMMERCIAL SUBSCRIPTION $29K - $1M+ |
| --- |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

N4J_018902

SER_3358

iGov : Innovative Government Solutions

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 804 of 1198

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_018903

SER_3359

iGov : Innovative Government Solutions

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
## FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

Learn More about Neo4j Enterprise Open Source

DEVELOPMENT PACKAGE OVERVIEW     **PRICE COMPARISON**     PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

☐ ## Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

N4J_018904

SER_3360

iGov : Innovative Government Solutions

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

## UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

## Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

## Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

## GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

## Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

## GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

N4J_018905

SER_3361

iGov : Innovative Government Solutions

▢

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

https://igovsol.com/neo4j.html[7/27/2020 11:16:40 AM]

N4J_018906

**SER_3362**

iGov : Innovative Government Solutions

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

N4J_018907

SER_3363

iGov : Innovative Government Solutions

Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

|  | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO<br>*The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO<br>*Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES<br>*Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES<br>*This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO<br>*The cost of a commercial support subscription is based on the cores and instances you use.* | YES |

N4J_018908

SER_3364

iGov : Innovative Government Solutions

| | | | |
|---|---|---|---|
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
| Does Neo4j Inc. provide official email and phone production support? | **No*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |

⬜

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.
We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US
**(703) 672-1205**

 [email protected]

https://igovsol.com/neo4j.html[7/27/2020 11:16:40 AM]

N4J_018909

**SER_3365**

iGov : Innovative Government Solutions



7686 Richmond Highway Suite 101-B Alexandria, VA 22306

© 2019 iGov Inc. All Rights Reserved.

N4J_018910

SER_3366

# EXHIBIT 66

SER_3367



## Proven past performance and value supporting Neo4j Enterprise open source licensed distributions.

Our team has been providing Neo4j support to US Federal agencies for many years, and we now only offer commercial equivelent support packages for Neo4j Enterprise open source licensed distributions.

Request Procurement Document Package

Our team is the same team that created Neo4j Enterprise Government Edition. Further, we are the same team that sold and supported every US Federal Government procurement of Neo4j Enterprise Government Edition up until its retirement in July 2017.

We only focus on only supporting 100% free and open source ONgDB Enterprise & Neo4j Enterprise open source licensed distributions. Not only does this cut down on unecessary commercial license costs, the open source licenses do not place any restrictions on the number of cluster instances or cores like the commercial licenses do.

# Open source graph packages

Did you know that the Neo4j Enterprise commercial packages available from Neo4j Inc and their partners are essentially support offerings?

Are you aware that, unlike the commercial licensed options, the Neo4j Enterprise open source AGPL license does not place any restrictions on the number of cluster instances and cores?

iGov Inc's open source enterprise packages provide a better value than Neo4j Enterprise commercial support subscriptions because 100% of the cost goes to support and development services, not

N4J_019949

SER_3368

iGov : Innovative Government Solutions

unnecessary and more restrictive commercial licenses.

If you do not need support for your ONgDB Enterprise or Neo4j Enterprise open source licensed distribution, then simply download ONgDB Enterprise as a drop in replacement for an existing commercial licensed distribution of the same version number.

## Know your options

It is important to know your options before you make any procurement decisions around Neo4j. The information below provides you with a complete breakdown of the 3 main Neo4j offerings available including the free open source option. Most people are not aware that Neo4j Enterprise Edition is open source like its sibling, Neo4j Community edition. In fact, there is no reason you should be using the community edition. If you've chosen to use Neo4j open source, then you should use the enterprise edition under it's open source license.

The information below should provide you with a clear understanding of your options, so you can choose what's best for your agency.

View our blog post on Neo4j Commercial Prices

| NEO4J INC. COMMERCIAL SUBSCRIPTION |
| :---: |
| **$29K - $1M+** |
| Commercial packages are those sold by Neo4j solutions partners. You are paying for production support. The commercial license is actually more restrictive than the open source license! |
| Neo4j Enterprise Software |
| Available through Neo4j Inc. and all Neo4j Solution Partners |
| Yearly Subscription. You are paying for production support backed by Neo4j Inc.. If you don't renew your subscription you simply fall back to the Neo4j Enterprise open source license. |
| Production Email and Phone Support from vendor which is backed by Neo4j Inc. |
| Commercial License (Most government agencies do not need.) |
| Cost is based on number of instances and cores. (See below) |

N4J_019950

SER_3369

iGov : Innovative Government Solutions

## IGOV DEVELOPMENT PACKAGES
# $25K+

100% of the cost goes into services aimed at building a solution around Neo4j, not unnecessary production support for something not yet built!.

ONgDB Enterprise open source distributions

No annual subscription, you are free to do whatever you want in the future.

Production Email and Phone Support from iGov Inc, but not backed by Neo4j Inc.

ONgDB Enterprise is free and open source. You have all the feature parity of Neo4j Enterprise commercial licenses, but without limits on usage, cluster instances, cores, etc.

No limitations on usage, instances or cores - cost goes 100% to solutions development

FISMA and 508 Toolkit and Services

Suite of Tools, Frameworks, and Starter Projects we use for scalable big data graph projects.

## IGOV ENTERPRISE SUPPORT PACKAGES
# $1K+

We offer the same support features and SLAs as the Neo4j Enterprise commercial subscriptions offered by Neo4j Inc partners, but for the open source licensed enterprise distributions. This allows us to only charge for support, not an unecessary and more restrictive commercial license.

ONgDB Enterprise open source distributions

No limitations on cluster instances or cores.

ONgDB Enterprise is a drop In replacement for Neo4j Enterprise commercial packages downloaded from Neo4j.com

FISMA and 508 Toolkit and Services

N4J_019951

SER_3370

iGov : Innovative Government Solutions

Open source Suite of Tools, Frameworks, and Starter Projects we use for scalable big data Neo4j projects. (See https://graphstack.io)

## OPEN SOURCE
## FREE

Simply download the appropriate enterprise release version you need and start using it. There are no limitations on cluster instances, cores, etc.

The distributions we package for the federal government and community as a whole are drop in replacements for Neo4j Enterprise commercial packages you download from neo4j.com.

[ Learn More about Neo4j Enterprise Open Source ]

DEVELOPMENT PACKAGE OVERVIEW     **PRICE COMPARISON**     PROCUREMENT COMPARISON

WHY IGOV INC ?

# Development Package Overview

The Government Development Packages are aimed at agencies who need help building a robust and scalable solution around Neo4j. Unlike the commercial production support subscriptions, 100% of the cost goes into consulting services that help you build out your solution.

All iGov Inc packages also include a suite of tools and services which are combined to address critical FISMA and accessibility requirements relating to Neo4j.

☐ Customer Support

iGov Inc provides umbrella support across all the components of your Neo4j solution, including Neo4j itself. For example, a solution using Neo4j Enterprise, Apache Kafka, Elastic Search, and custom micro-

N4J_019952

SER_3371

service architecture components are all covered under the umbrella support provided with these packages. The Neo4j commercial support subscriptions only cover Neo4j Enterprise.

### ☐ UI/UX Development

The development packages include UI and UX design services to assist developing everything from your dashboards and visualization. We ensure all development meets 508(c) requirements. We cover all modern web design frameworks including ReactJS and AngularJS. Furthermore, we provide a toolbox of open source visualization libraries and webapp starter projects to get your project up and running quickly. You can also add on UI packages such as Linkurious OGMA and Graphlytic Visualization tools and APIs.

### ☐ Starter Projects and Toolsets

We provide a suite of starter projects (maven and gradle), templates, and tools to get your Neo4j projects off the ground quickly. Our Starters include Docker images, Microservice architecture components (api gateways, service registries, etc), UI and visualization components and more.

### ☐ Enterprise Architecture Development

Neo4j is usually just one of many components in a common graph solution. Other components include ElasticSearch, Apache Kafka, and other technologies.

Our team brings a wide range of enterprise architecture development expertise to the table. From monolithic to micro-service architectures, our team will help design a solution that best fit's your agency's needs.

### ☐ GraphGrid Data Platform

GraphGrid Data Platform (GDP) is an enterprise-grade graph data management platform that enables a centralized architecture for running batch, interactive and real-time analytics and data processing applications simultaneously across your connected graph data. Development packages include the tools, and platform components needed to get a robust and scalable ETL pipeline in place.

### ☐ Newest Libraries and Repositories

The Government Packages for Neo4j include many of the leading technologies which are all covered under the umbrella package support. In many cases, this allows for agencies to start working with new technologies that would have usage restrictions if not part of a vendor supported package such as this. All libraries and repositories are kept on Amazon GovCloud and can be easily accessed once an agency whitelists the servers. Development packages include access to the newest libraries and repositories for the tools we package and support.

### ☐ GovCloud Development and Continuous Integration Environment

We understand that many agencies have not adopted the newest technologies and best practices which can make modern web application development almost impossible. Our development packages include use of GovCloud resources including EC2, S3,Container Services, and more.

N4J_019953

SER_3372

iGov : Innovative Government Solutions

▢

# Pricing Comparison

Below is a price comparison for a Neo4j Inc. commercial subscription package covering 3 production instances with 8 cores each. (3x8). The Neo4j Inc. commercial package is not a perpetual license, and the commercial EULA limits your use of Neo4j open source licenses in many ways once accepted. Notice that it also has unnecessary production elements which you are paying for as part of the subscription. Neo4j Inc's pricing can be found via a simple GSA Advantage search.

## Neo4j Inc. Commercial Subscription (Annual Subscription)

Neo4j Enterprise Bundle – Standard cluster for enterprise applications that are used by more than one department (or by a larger department), or by customer-facing applications.

Neo4j Enterprise Bundle basic configuration includes:

- a. 3 Production Instances (up to 8 Cores per Instance).
- b. 3 Test Instances (no Core limit).
- c. Premium Support: 24 x 7 / 1-hour response time for Severity 1 issues, **email and phone.**
- d. Unlimited number of licensed developers.

| Name & Description | Annual Subscription Price |
|---|---|
| Neo4j Enterprise Bundle Base (3 Instances X 8 Cores Each) | $189,188 / yr |
| Additional Production Capacity (per Core) | + $6,609 / yr |
| Disaster Recovery (per Core) | + $3,305 / yr |
| Additional Test Instances (per Instance) | + $4,957 / yr |
| Additional Instance (up to 8 Cores) | + $52,874  / yr |
| 8-Core pack | + $52,874 / yr |

N4J_019954

SER_3373

iGov : Innovative Government Solutions

| 12-Core pack | + $79,310 / yr |
| 16-Core pack | + $105,747 / yr |
| 24-Core pack | + $158,621 / yr |
| 32-Core pack | + $211,494 / yr |

## iGov Inc's Government Development Package with Neo4j Enterprise

Comes with same physical Neo4j Enterprise software. Under open source license there are no limitations on how you use it. You have no limits on environments, number of instances, cores, etc!

Government Bundle for Neo4j Enterprise basic configuration includes:

- a. Unlimited instances with no core limits for any environment! (dev, test, staging, production, etc)
- c. Premium support and development services by iGov Inc. Unlike the Neo4j commercial package, we support your entire architecture not just Neo4j. (Neo4j, ElasticSearch, UI, Micro Services, etc..)
- d. No limitations on number of developers, etc.

## $25,000+

## 100% goes into development.

The minimum development package costs $25,000. For comparison - you can choose the $189,000 Development package option - where $189,000 goes into consulting services at GSA approved rates.

Of course - you can choose how much you want to spend. We simply offer packages that parallel commercial subscription rates to help make procurement easier.

---

# Neo4j Inc. Commercial Support vs iGov Inc. Development Package Comparison

So what exactly do you get with a Neo4j Inc. commercial subscription? You get the peace of mind knowing

N4J_019955

SER_3374

iGov : Innovative Government Solutions

> Neo4j Inc. is there to assist with production support tickets if the vendor you purchased it from can not solve an issue on their own. This is not very useful when you are in development, using Neo4j for R & D, or do not have a mission critical Neo4j deployment.

| | Government Development Package w/ Neo4j Enterprise | Neo4j Enterprise commercial support subscription | Neo4j Enterprise (default open source license) |
|---|---|---|---|
| Has full Neo4j Enterprise functionality. | YES | YES | YES |
| Can purchase through Neo4j Inc. or its resellers | NO *The Government Packages for Neo4j are only available through iGov Inc.* | YES | NO *Neo4j partners are forbidden on offering services or support for Neo4j open source licenses.* |
| Can use in any environment for any purpose? | YES | YES *Your subscription has limits on number of cores and instances* | YES |
| Comes with consulting services which can be used to build your solution around Neo4j. (Including UI/UX design, ETL implementation, enterprise architecture, and FISMA and 508c services) | YES *This is what seperates out the Government Development Package from the commercial support subscription. Support is swapped out with consulting services you can use to build your solution around Neo4j.* | NO | NO |
| Comes with tools, services and support to address Accessability (508c) and FISMA requirements. | YES | NO | NO |
| Can I use this with any amount of cores or instances without incurring additional costs? | YES | NO *The cost of a commercial support subscription is based on the cores and instances you use.* | YES |

N4J_019956

SER_3375

iGov : Innovative Government Solutions

| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | **YES** | **YES** | **YES** |
|---|---|---|---|
| Does Neo4j Inc. provide official email and phone production support? | **No\*** *Development packages do not need production support, they swap out production support for consulting services you use to build your solution.* | **YES** | **NO** |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for all  *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it's intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | | |



## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

 [email protected]

N4J_019957

**SER_3376**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 822 of 1198

iGov : Innovative Government Solutions



7686 Richmond Highway Suite 101-B Alexandria, VA 22306

© 2020 iGov Inc. All Rights Reserved.

N4J_019958

SER_3377

# EXHIBIT 67

SER_3378

11/11/2020



HOME (INDEX.HTML)    GRAPH PACKAGES (NEO4J.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

(index.html)

DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

## Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://web.archive.org/web/20190705044617/https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

### ONGDB ENTERPRISE 3.5.5

Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.
May 2019 Neo4j's Release Notes (https://web.archive.org/web/20190705044617/https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://web.archive.org/web/20190705044617/https://neo4j.com/whats-new-in-neo4j/)

| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |

N4J_019959

1/5

SER_3379



| Windows | ongdb-enterprise-3.5.5-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| --- | --- |
| Docker Image | ONgDB 3.5.5 Enterprise Docker Hub (https://web.archive.org/web/20190705044617/https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**October 14th, 2018 Neo4j's Release Notes (https://web.archive.org/web/20190705044617/https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://web.archive.org/web/20190705044617/https://neo4j.com/whats-new-in-neo4j/)**

| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |
| --- | --- |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip (https://web.archive.org/web/20190705044617/https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://web.archive.org/web/20190705044617/https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.4

    Go to:  http://localhost:7474
```



**iGov**   HOME (INDEX.HTML)    GRAPH PACKAGES (NEO4J.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)

## Neo4j Enterprise Open Source Frequently Asked Questions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

**Is Neo4j Enterprise Really Open Source?**

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://web.archive.org/web/20190705044617/https://github.com/neo4j).

N4J_019961

SER_3381

**iGov**

HOME (INDEX.HTML) GRAPH PACKAGES (NEO4J.HTML) ABOUT US (ABOUT.HTML) SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML) BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/) (index.html)

Where can I get the sourcecode for Neo4j Enterprise?

Get the Neo4j Enterprise source code at the official Neo4j GitHub Repositories

What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

==Can I use Neo4j Enterprise open source licenses in production?==

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.

If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

==No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation.==

View the AGPLv3 License (https://web.archive.org/web/20190705044617/https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. Download Neo4j



## Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.

N4J_019962

SER_3382

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

**iGov**   HOME (INDEX.HTML)    GRAPH PACKAGES (NEO4J.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20190705044617/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | **YES** for both *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* | |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**
**(703) 672-1205**

☐ info@igovsol.com
(mailto:info@igovsol.com)

☐ 7686 Richmond Highway Suite
101-B Alexandria, VA 22306

**iGov**
(index.html)    © 2019 iGov Inc. All Rights Reserved.

N4J_019963
5/5

SER_3383

# EXHIBIT 68

SER_3384

 (index.html)

> If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :  Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| --- | --- |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |

N4J_018836
SER_3385



Docker ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/)

(index.html)
```
docker run \
        --publish=7474:7474 --publish=7687:7687 \
        --volume=$HOME/neo4j/data:/data \
        graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**

**October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip) |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/)<br><br>```docker run \```<br>```        --publish=7474:7474 --publish=7687:7687 \```<br>```        --volume=$HOME/neo4j/data:/data \```<br>```        graphfoundation/ongdb:3.4```<br><br>```Go to:  http://localhost:7474``` |



N4J_018837

SER_3386



# Neo4j Enterprise Open Source **F**requently **A**sked

(index.html)

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

**Is Neo4j Enterprise Really Open Source?**

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your

Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-

N4J_018838

SER_3387

**iGov**

Where can I get the sourcecode for Neo4j Enterprise?

(index.html)

Neo4j Enterprise source code at the official Neo4j GitHub Repositories

## What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

## Can I use Neo4j Enterprise open source licenses in production?

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.

If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in

## Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-

## What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our



N4J_018839

SER_3388



# Neo4j Enterprise Commercial & Open Source Comparisons

iGov (index.html)

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | | **YES** for both *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

N4J_018840

SER_3389

CONTACT US

 (index.html)

mailto:info@igovsol.com)

7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018841

SER_3390

# EXHIBIT 69

SER_3391

 (index.html)

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site (https://github.com/graphfoundation).

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io (mailto:info@graphstack.io) and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONGDB ENTERPRISE 3.5.5

**Drop in replacement for Neo4j Core and Enterprise 3.5.5. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**May 2019 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-5-5/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.5-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-unix.tar.gz) |
| Windows 64 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Windows 32 bit | ongdb-enterprise-3.5.5-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.5.5-windows.zip) |
| Docker Image | ONgDB 3.5.5 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/) |

```
docker run \
      --publish=7474:7474 --publish=7687:7687 \
      --volume=$HOME/neo4j/data:/data \
      graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONGDB ENTERPRISE 3.4.12

**AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**October 14th, 2018 Neo4j's Release Notes (https://neo4j.com/release-notes/neo4j-3-4-12/) | Neo4j's Whats New Page (https://neo4j.com/whats-new-in-neo4j/)**

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-unix.tar.gz) |

N4J_018884

SER_3392

Windows 64 bit    ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip)
(index.html)ongdb-enterprise-3.4.12-windows.zip (https://cdn.graphfoundation.org/ongdb/dist/ongdb-enterprise-3.4.12-windows.zip)

Docker Image    ONgDB 3.4.12 Enterprise Docker Hub (https://hub.docker.com/r/graphfoundation/ongdb/)

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```



# Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at neo4j@igovsol.com (mailto:neo4j@igovsol.com).

## Is Neo4j Enterprise Really Open Source?

YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://www.gnu.org/licenses/agpl-3.0.en.html). This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government agencies are restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j. Instead they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple!

## What is the open source license does Neo4j Enterprise use?

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

## Where can I download the open source Neo4j Enterprise binaries?

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://github.com/neo4j).

See our blog post to learn more (https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-where-are-the-open-source-enterprise-binaries.html)

## Where can I get the sourcecode for Neo4j Enterprise?

You can get all the Neo4j Enterprise source code at the official Neo4j GitHub Repositories (https://github.com/neo4j/neo4j/).

N4J_018885

SER_3393



What are the restrictions of AGPLv3 and do I need to worry about them?

(index.html) one that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.

If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

**Can I use Neo4j Enterprise open source licenses in production?**

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.

If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation. View the AGPLv3 License (https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed to modify the standard license and still call it the

What is the difference between Neo4j Enterprise AGPLv3 and Neo4j Enterprise Trial?

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download Neo4j Enterprise**



# Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.

The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |

N4J_018886
SER_3394


(index.html)

| | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| become required if you to open source your systems that simply use Neo4j Enterprise as a component in your system. | | **YES** for both
*You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* |

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

**CONTACT US**

**(703) 672-1205**

✉ info@igovsol.com (mailto:info@igovsol.com)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018887
SER_3395

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 841 of 1198

# EXHIBIT 70

SER_3396

 **iGov**

HOME (INDEX.HTML)    GRAPH PACKAGES (GRAPH.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)

(index.html)    DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)

If you've been misled by Neo4j Inc sales people regarding your rights to use Neo4j Enterprise AGPL distributions with no limitations, please contact us. You can also view a few FAQs we have put together for our US Federal clients :

Neo4j open source FAQs (downloads.html#neo4j-os-faqs)

## Downloads

Please download the Open Native Graph Database (ONgDB) Enterprise distributions directly from the GraphFoundation Website (https://web.archive.org/web/20201022204041/https://www.graphfoundation.org/projects/ongdb/).

You can access the source code via the Graphfoundation GitHub Site (https://web.archive.org/web/20201022204041/https://github.com/graphfoundation/).

Please note that if you a Neo4j reseller, you may be prohibited from using <mark>open source neo4j packages</mark>, so please read your reseller agreement carefully.

iGov Inc is not a partner or reseller of Neo4j Inc and is not under any open source usage prohibitions that resellers and partners may be under.



## Neo4j Enterprise Open Source **F**requently **A**sked **Q**uestions

<mark>We've gathered together questions we receive from agencies and integrators regarding Neo4j Enterprise Open Source licenses. If you have a question for us, please email us at info@igovsol.com (mailto:info@igovsol.com).</mark>

<mark>Is Neo4j Enterprise Really Open Source?</mark>

<mark>YES, Neo4j Enterprise is open source under the AGPLv3 open source license created by the Free software foundation. View License (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html).</mark> This is the same license used by Mondgo DB and many other open source projects. As long as you follow the open source license terms you are free to use it in any environment, for

https://web.archive.org/web/20201022204041/https://igovsol.com/downloads.html

1/4

N4J_019964

SER_3397

any purpose you wish. These terms simply ensure custom derivatives of Neo4j Enterprise are also themselves open source. US government is not restricted from making closed source software in most situations and do not try to create their own derivative (version) of Neo4j when they use Neo4j as a server in a much larger enterprise architecture stack. AGPLv3 is a no-brainer for US government use cases! It's that simple.

**iGov**

HOME (INDEX.HTML)    GRAPH PACKAGES (GRAPH.HTML)    ABOUT US (ABOUT.HTML)    SUPPORT (SUPPORT.HTML)
DOWNLOADS (DOWNLOADS.HTML)    BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

**What is the open source license does Neo4j Enterprise use?**

Neo4j Enterprise can be used for free under the Free Software Foundation's GNU AFFERO GENERAL PUBLIC LICENSE Version 3 (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html).

It is the same license used by many open source tools such as MongoDb. There are no hidden or limiting terms beyond the standard AGPL v3.0 license (AGPLv3). With Neo4j Enterprise under its free open source AGPLv3 license, You simply don't get production email and phone support from Neo4j Inc. You can get a much cheaper support contract through iGov Inc for a fraction of the cost to support your production deployment, and our team is the only one with Neo4j federal past performance at this point in time.

**Where can I download the open source Neo4j Enterprise binaries?**

Neo4j removed the open source binaries they compiled from their distribution sites so you can no longer get open source packages from Neo4j Inc. Luckily iGov Inc compiles the binaries from the official Neo4j source code repositories (https://web.archive.org/web/20201022204041/https://github.com/neo4j).

See our blog post to learn more (https://web.archive.org/web/20201022204041/https://blog.igovsol.com/2017/11/14/Neo4j-330-is-out-but-

**Where can I get the sourcecode for Neo4j Enterprise?**

You can get all the Neo4j Enterprise source code at the official Neo4j GitHub Repositories

What are the restrictions of AGPLv3 and do I need to worry about them?

There simply are none that we've ever run into.

The AGPL license ensures that if you make a derivative of Neo4j that you must ensure that you release the code of the derivative back to the community. That's it! It does not require you to release the tools, other applications, that connect and use Neo4j.
If you are capable of creating your own derivative of Neo4j, then you may want to Neo4j Inc - they may be hiring!

**Can I use Neo4j Enterprise open source licenses in production?**

**Yes, of course you can.** It's 100% free and open source. The standard AGPLv3 open source license simply ensures that Neo4j remains open source and that any custom derivatives of Neo4j should be shared with the community.
If you are ever told by a Neo4j sales person that you can not use Neo4j Enterprise open source license in production, simple email or call us along with the person's name and we will make sure Neo's corporate knows about the mistake.

Does Neo4j open source license have any other restrictions above the AGPLv3 open source license?

N4J_019965

SER_3398

No, Neo4j Enterprise is released only under the standard AGPLv3 open source license that is managed by the free software foundation.



HOME (INDEX.HTML)     GRAPH PACKAGES (GRAPH.HTML)     ABOUT US (ABOUT.HTML)     SUPPORT (SUPPORT.HTML)

AGPLv3 License (https://web.archive.org/web/20201022204041/https://www.gnu.org/licenses/agpl-3.0.en.html) No one is allowed

What is the difference ... DOWNLOADS (DOWNLOADS.HTML)   AGP...   BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)
(index.html)

Read the Neo4j Enterprise Trial license agreement they ask you to agree to before downloading and you will see the difference. It tries to bind you to restrictive commercial terms. There is no reason you would want to agree to restrictive terms for the Trial download , when you can use Neo4j Enterprise for any environment including Production under the simple AGPLv3 open source license. Instead of downloading a trial - download Neo4j Enterprise from our the Neo4j Inc. distribution site, or from our Amazon Gov Cloud mirror. **Download ONgDB Enterprise Open Source Packages Here**

⌄

## Neo4j Enterprise Commercial & Open Source **Comparisons**

There are no physical differences between Neo4j Enterprise commercial and AGPL open source licenses! Neo4j Enterprise open source licenses have no other limitations beyond the standard GNU AGPL open source license.
The Neo4j Enterprise commercial end user license agreement (EULA) actually adds restrictions preventing you from using Neo4j open source licenses in many circumstances!! Make sure to read it!

| License | Neo4j Enterprise open source license | Neo4j Enterprise commercial license |
|---|---|---|
| Can use in any environment for any purpose? | YES | YES |
| Can I use this with any amount of cores without incurring additional costs? | YES | NO |
| Can I create custom derivative versions of Neo4j Enterprise? (Ex: My custom Neo4j Enterprise Edition) | YES | YES |
| Does **NOT** require you to open source your systems that simply use Neo4j Enterprise as a component in your system. | | **YES** for both *You do **NOT** have to open source your system that uses Neo4j Enterprise as a server as it is intended to be used. You only need to open source custom Neo4j Enterprise derivatives under the open source license and then only under certain distribution conditions.* |

SER_3399

About iGov

iGov

is a software development company located in the Washington DC metro area.

We provide innovative solutions for US Government agencies using leading open-source technologies.

(index.html)

HOME (INDEX.HTML)

GRAPH PACKAGES (GRAPH.HTML)

DOWNLOADS (DOWNLOADS.HTML)

ABOUT US (ABOUT.HTML)

BLOG (HTTPS://WEB.ARCHIVE.ORG/WEB/20201022204041/HTTPS://BLOG.IGOVSOL.COM/)

CONTACT US

**(703) 672-1205**

✉ info@igovsol.com

(mailto:info@igovsol.com)

SUPPORT (SUPPORT.HTML)

HTTPS://BLOG.IGOVSOL.COM/)

📍 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

iGov   © 2020 iGov Inc. All Rights Reserved.

(index.html)

https://web.archive.org/web/20201022204041/https://igovsol.com/downloads.html

**EXHIBIT 71**

SER_3401

iGov : Innovative Government Solutions



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post

## About iGov

N4J_019968

SER_3402

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 135 of 297

iGov : Innovative Government Solutions

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 848 of 1198

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

**iGov**

© 2019 iGov Inc. All Rights Reserved.

N4J_019969

**SER_3403**

# EXHIBIT 72

SER_3404

 (index.html)

iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post (https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html)

## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

https://igovsol.com

N4J_018834

SER_3405

1/2

CONTACT US



(index.html)

to:info@igovsol.com)

 7686 Richmond Highway Suite 101-B Alexandria, VA 22306



(index.html)

© 2019 iGov Inc. All Rights Reserved.

N4J_018835

SER_3406

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 852 of 1198

# EXHIBIT 73

SER_3407

iGov : Innovative Government Solutions



iGov Inc. is a Northern Virginia software development and consulting company focused on building innovative open source solutions for our US government customers. We focus on large scale graph and AI solutions.

# March 2019 News: ONgDB Enterprise 3.5.5 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.5 is Neo4j 3.5.5 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

Neo4j Enterprise Commercial Prices Blog Post

## About iGov

N4J_018890

SER_3408

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 141 of 297

iGov : Innovative Government Solutions

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 854 of 1198

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

[email protected]

7686 Richmond Highway Suite 101-B Alexandria, VA 22306

© 2019 iGov Inc. All Rights Reserved.

N4J_018891

SER_3409

# EXHIBIT 74

SER_3410

iGov : Innovative Government Solutions



# September 2019 News: ONgDB Enterprise 3.5.11 is ready for production.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j, the world's leading

Graph Database.

ONgDB (AKA ONgDB Enterprise) 3.5.11 is Neo4j 3.5.11 Core + the enterprise features Neo4j Inc removed from the code base as of v3.5.

All ONgDB and Neo4j Enterprise AGPL distributions can be used in production, in closed source projects, and with no limitations on # of cores or causal cluster instances. ONgDB is a drop in replacement for the Neo4j Community and Enterprise branded distributions.

As iGov Inc is not a Neo4j Inc partner, it is not prohibited from promoting open source Neo4j

options such as the ONgDB fork.

Neo4j Enterprise Commercial Prices Blog Post

N4J_019970

SER_3411

iGov : Innovative Government Solutions

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 857 of 1198



## About iGov

iGov Inc. is a software development company located in the Washington DC Metro area.

We focus on building innovative solutions for US Government agencies using leading open-source technologies.

CONTACT US

**(703) 672-1205**

☐ [email protected]

☐ 7686 Richmond Highway Suite 101-B Alexandria, VA 22306

© 2020 iGov Inc. All Rights Reserved.

N4J_019971

SER_3412

# EXHIBIT 75

SER_3413

# March 2019 : ONgDB Enterprise 3.5.3 (Neo4j Core 3.5.3 + Enterprise Code) is now available.

Open Native Graph DB (ONgDB) is a non-restrictive fork of Neo4j managed by the Non profit Graph Foundation. ONgDB is 100% free and open, and there are no limitations on instances in clusters, cores, etc!

It is a drop in replacement for any Neo4j Enterprise (or community) distribution of the same version number.

**ABOUT GRAPHSTACK**        **DOWNLOADS**

## About GraphStack

GraphStack was created and is run by iGov Inc. We have no relationship with Neo4j Inc, the company who created and open sourced Neo4j.

## What is GraphStack?

GraphStack is a development suite that allows teams to build large scale graph apps.

More information coming soon...

## Who is GraphStack for?

GraphStack is for anyone who had adopted Neo4j and plans on building a large scale graph solution with Neo4j Enterprise / ONgDB Enterprise, Elasticsearch, Microservices, and more.

N4J_018816

1/3

SER_3414

# Downloads

Below are Open Native Graph Database (ONgDB) Enterprise distributions.

You can access the source code via the Graphfoundation GitHub Site.

If you want an older Neo4j Enterprise open source distribution not found on the site, please email info@graphstack.io and tell us what version you would like. We are happy to package it for you then make it available on this site for everyone to benefit from.

## ONgDB Enterprise 3.5.3

**Drop in replacement for Neo4j Core and Enterprise 3.5.3. AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.**
**March 2019** Neo4j's Release Notes | Neo4j's Whats New Page

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.5.3-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.5.3-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.3-windows.zip |
| Docker Image | ONgDB 3.5.3 Enterprise Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.5

Go to:  http://localhost:7474
```

## ONgDB Enterprise 3.4.12

AGPLv3 Open Source License, no limitations on causal cluster instances, cores, or production usage.
**October 14th, 2018** Neo4j's Release Notes | Neo4j's Whats New Page

| | |
|---|---|
| Mac/Linux | ongdb-enterprise-3.4.12-unix.tar.gz |
| Windows 64 bit | ongdb-enterprise-3.4.12-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.4.12-windows.zip |
| Docker Image | ONgDB 3.4.12 Enterprise Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/neo4j/data:/data \
    graphfoundation/ongdb:3.4

Go to:  http://localhost:7474
```

N4J_018817

SER_3415

10/22/2020

Case 5:18-cv-07182-EJD Document 93 Filed 12/11/20 Page 861 of 198

# About Us

---

iGov Inc is the company behind GraphStack.

iGov Inc offers production support packages for Neo4j / ONgDB Enterprise open source distributions for US government agencies.

iGov Inc

GitHub

Docker Hub



Facebook



Twitter

info@igovsol.com

iGov Inc and GraphStack has no relationship with Neo4j Inc, the innovative software company who created Neo4j.

N4J_018818

SER_3416

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 149 of 297

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 862 of 1198

# EXHIBIT 76

SER_3417

| | |
|---|---|
| **From:** | Jyothi Viswanadham (jyothi.viswanadham@daytonatec.com) |
| **To:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **CC:** | |
| **BCC:** | |
| **Subject:** | RE: Neo 4j pricing |
| **Attachments:** | |
| **Sent:** | 03/10/2019 10:23:52 PM -0700 (PST) |

Thank you so much for the information. It helped a lot

From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Friday, 8 March 2019 5:51 PM
To: Jyothi Viswanadham <jyothi.viswanadham@daytonatec.com>
Subject: Re: Neo 4j pricing

We only focus on US government agencies, but I can guide you in the right direction.

I don't think the discovery bundle is worth the cost. Your are essentially paying for a limited email and phone support. It is a yearly subscription which also limits you in cores and instances.

I think you are better off using ONgDB, The free and open fork of Neo4j Enterprise, as it does not cost anything. It adds enterprise feature code such as causal clustering back into Neo4j Core. It is a drop in replacement for Neo4j, just ensure the version bumber matches your current version.

See: https://graphfoundation.org/ongdb/

You have no limitations on size of your cluster, number of cores, etc. and you can use it in production and in closed source projects.

We are not a Neo4j Partner because Partners are not allowed to work or promote open source distributions so you won't learn about your true options from any partners.

If you need support for your project using the unrestricted open source enterprise distributions, then check out http://graphgrid.com

I hope this is helpful.

Have a good day,

John Mark Suhy
CTO iGov Inc

On Fri, Mar 8, 2019 at 5:04 AM Jyothi Viswanadham <jyothi.viswanadham@daytonatec.com> wrote:

> Hello,
>
> I am looking at Neo4j pricing. Can you please help me with cost per GB and when we take discovery membership how

IGOV0001573375.0001

do we install it and other questions

Thanks!
jyothi

--
John Mark Suhy
iGov Inc
jmsuhy@igovsol.com
703-862-7780
https://igovsol.com

IGOV0001573375.0002

SER_3419

# EXHIBIT 77

SER_3420

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 866 of 1198

| | |
|---|---|
| **From:** | John Mark Suhy (jmsuhy@igovsol.com) |
| **To:** | Ron.Turner@XpressRules.com |
| **CC:** | |
| **BCC:** | |
| **Subject:** | SBIR award with Neo4j |
| **Attachments:** | |
| **Sent:** | 01/25/2019 08:27:41 PM -0800 (PST) |

Hello Ron,

I came across your SBIR award and saw you were using Neo4j.

I wanted to bring to your attention that if you want to use Neo4j Enterprise ( up through the latest 3.4 release ) under it's open source license , you can do so in a closed source project for free.  This is counter to what you probably have been told by Neo based on their last behavior.

As of Neo4j 3.5 , if you want to use enterprise features (causal clustering, etc) for free with no limitations, then you would want to use the Open Native Graph Database (ONgDB) as a drop in replacement (using same version number) - it adds in the enterprise features Neo4j removed from their code base a few weeks ago.

ONgDB is in production at Treasury for example, it is just not well known yet.

https://www.graphfoundation.org/projects/ongdb/

Below is a blog post I wrote about pricing so you understand why this information could really help you with your commercialization strategy.

https://blog.igovsol.com/2018/01/10/Neo4j-Commercial-Prices.html

Feel free to reach out to me anytime, I am in the Washington DC metro area.

Have a good weekend,


John Mark

IGOV0001573421

**SER_3421**

# EXHIBIT 78

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 868 of 1198

# The Neo4j Developer Manual v3.4

Copyright © 2018 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1,   *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2,   *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3,   *Cypher* — Reference for the Cypher query language.
- Chapter 4,   *Drivers* — Uniform language driver manual.
- Chapter 5,   *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6,   *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A,   *Reference* — Neo4j status code reference.
- Appendix B,   *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

N4J_019917

SER_3423

# EXHIBIT 79

SER_3424

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 870 of 1198

# The Neo4j Developer Manual v3.4

Copyright © 2020 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the developer manual for Neo4j version 3.4, authored by the Neo4j Team.*

The main parts of the manual are:

- Chapter 1,  *Introduction* — Introducing graph database concepts and Neo4j.
- Chapter 2,  *Get started* — Get started using Neo4j: Cypher and Drivers.
- Chapter 3,  *Cypher* — Reference for the Cypher query language.
- Chapter 4,  *Drivers* — Uniform language driver manual.
- Chapter 5,  *HTTP API* — Reference for the HTTP API for operating and querying Neo4j.
- Chapter 6,  *Extending Neo4j* — How to use procedures, user-defined functions, and authentication and authorization plugins for extending Neo4j.
- Appendix A,  *Reference* — Neo4j status code reference.
- Appendix B,  *Terminology* — Graph database terminology.

*Who should read this?*

This manual is written for the developer of a Neo4j client application.

N4J_019916

SER_3425

# EXHIBIT 80

# The Neo4j Operations Manual v3.4

Copyright © 2018 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,  *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,  *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,  *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,  *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,  *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,  *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,  *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,  *Security* — Instructions on server security.
- Chapter 9,  *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,  *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,  *Tools* — Description of Neo4j tools.
- Appendix A,  *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,  *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,  *HA cluster* — Information about Neo4j HA clusters.

N4J_019934

SER_3427

The Neo4j Operations Manual v3.4

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019935

**SER_3428**

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 874 of 1198

# EXHIBIT 81

SER_3429

# The Neo4j Operations Manual v3.4

Copyright © 2020 Neo4j, Inc.

License:    Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.4, authored by the Neo4j Team.*

The manual covers the following areas:

- Chapter 1,    *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,    *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,    *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 4,    *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 5,    *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 6,    *Backup* — Instructions on setting up Neo4j backups.
- Chapter 7,    *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 8,    *Security* — Instructions on server security.
- Chapter 9,    *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 10,    *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 11,    *Tools* — Description of Neo4j tools.
- Appendix A,    *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,    *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,    *HA cluster* — Information about Neo4j HA clusters.

N4J_019910

SER_3430

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019911

SER_3431

# EXHIBIT 82

Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 878 of 1198

# The Neo4j Operations Manual v3.5

Copyright © 2019 Neo4j, Inc.

License:  Creative Commons 4.0

> *This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.*

This manual covers the following areas:

- Chapter 1,   *Introduction* — Introduction of Neo4j Community and Enterprise Editions.
- Chapter 2,   *Installation* — Instructions on how to install Neo4j in different deployment contexts.
- Chapter 3,   *Docker* — Instructions on how to use Neo4j on Docker.
- Chapter 4,   *Configuration* — Instructions on how to configure certain parts of the product.
- Chapter 5,   *Clustering* — Comprehensive descriptions of Neo4j Causal Clustering.
- Chapter 6,   *Upgrade* — Instructions on upgrading Neo4j.
- Chapter 7,   *Backup* — Instructions on setting up Neo4j backups.
- Chapter 8,   *Authentication and authorization* — Instructions on user management and role-based access control.
- Chapter 9,   *Security* — Instructions on server security.
- Chapter 10,   *Monitoring* — Instructions on setting up Neo4j monitoring.
- Chapter 11,   *Performance* — Instructions on how to go about performance tuning for Neo4j.
- Chapter 12,   *Tools* — Description of Neo4j tools.
- Appendix A,   *Reference* — Listings of all Neo4j configuration parameters.
- Appendix B,   *Tutorials* — Step-by-step instructions on various scenarios for setting up Neo4j.
- Appendix C,   *Advanced Causal Clustering* — Advanced concepts and

N4J_019932

SER_3433

actions for Neo4j Causal Clustering.

- Appendix D, *Index key calculations* — Details for calculating index key sizes.
- Appendix E, *HA cluster* — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

- the engineer performing the Neo4j production deployment.
- the operations engineer supporting and maintaining the Neo4j production database.
- the enterprise architect investigating database options.
- the infrastructure architect planning the Neo4j production deployment.

N4J_019933

SER_3434

**EXHIBIT 83**

SER_3435



# The Neo4j Operations Manual v3.5

© 2020 Neo4j, Inc.

License: Creative Commons 4.0

> This is the operations manual for Neo4j version 3.5, authored by the Neo4j Team.

This manual covers the following areas:

- Introduction — Overview of Neo4j Community and Enterprise Editions.

- Installation — Instructions on how to install Neo4j in different deployment contexts.

- Docker — Instructions on how to use Neo4j on Docker.

- Configuration — Instructions on how to configure certain parts of the product.

- Clustering — Comprehensive descriptions of Neo4j Causal Clustering.

- Backup — Instructions on setting up Neo4j backups.

- Upgrade — Instructions on upgrading Neo4j.

- Authentication and authorization — Instructions on user management and role-based access control.

- Security — Instructions on server security.

- Monitoring — Instructions on setting up Neo4j monitoring.

- Performance — Instructions on how to go about performance tuning for Neo4j.

- Tools — Description of Neo4j tools.

- Reference — Listings of all Neo4j configuration parameters.

- Tutorials — Step-by-step instructions on various scenarios for setting up Neo4j.

- Advanced Causal Clustering — Advanced concepts and actions for Neo4j Causal Clustering.

- Index key calculations — Details for calculating index key sizes.

- HA cluster — Information about Neo4j HA clusters.

*Who should read this?*

This manual is written for:

N4J_019906

SER_3436

The Neo4j Operations Manual v3.5 - Operations Manual

- the engineer performing the Neo4j production deployment.

- the operations engineer supporting and maintaining the Neo4j production database.

- the enterprise architect investigating database options.

- the infrastructure architect planning the Neo4j production deployment.

Was this page helpful?

**Learn**

☐ Sandbox
☐ Neo4j Community Site
☐ Neo4j Developer Blog
☐ Neo4j Videos
☐ GraphAcademy
☐ Neo4j Labs

**Social**

☐ Twitter
☐ Meetups
☐ Github
☐ Stack Overflow

Want to Speak? Get $ back.

© 2020 Neo4j, Inc.

Terms | Privacy | Sitemap

Neo4j®, Neo Technology®, Cypher®, Neo4j® Bloom™ and Neo4j® Aura™ are registered trademarks of Neo4j, Inc. All other marks are owned by their respective companies.

Contact Us →

US: 1-855-636-4532
Sweden +46 171 480 113
UK: +44 20 3868 3223
France: +33 (0) 8 05 08 03 44

N4J_019907

SER_3437

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 170 of 297

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 883 of 1198

**EXHIBIT 84**

SER_3438



graphfoundation / **ongdb**

‹› Code     ⓘ Issues `3`     ⚠ Pull requests `2`     ⊙ Actions     ▦ Projects     📖 Wiki     ⊘ Security     ⎍ Insights

## ONgDB 3.5 Changelog

Brad Nussbaum edited this page on Aug 12 · 6 revisions

### 3.5.19

#### Kernel

- Includes store file name in version/ids debug.log printout
- The `BatchInserter` now honors the `dbms.read_only` setting. Furthermore, read-only batch inserters are faster to shut down because they don't rebuild indexes.
- Fixes issue where created indexes would stop being resampled after restart

#### Cypher

- Planner bug fix to avoid cases where the planner gives up without considering all possible plans

### 3.5.18

#### Kernel

- Fixes a bug that in rare cases can lead to a JVM crash with a `sysmalloc: Assertion` or `SIGSEGV` error message.
- Includes NodeRecord in dynamic label record load error
- Attempting to create a full-text index with a non-existent analyser will now fail the creating query, instead of failing at commit time.
- Fixes issue shrinking high_limit double-unit record back to single-unit

#### Cypher

- Update Apache Shiro to 1.5.2 to fix BlackDuck warning

#### Docker

- Removed docker specific configuration overrides incompatible with windows networking

### 3.5.17

Pages `15`

- Website
- Wiki home
- Docs
- Changelog
- Get Involved

**Clone this wiki locally**

`https://github.com/graphf`  📋

https://web.archive.org/web/20200930084540/https://github.com/graphfoundation/ongdb/wiki/ONgDB-3.5-Changelog

N4J_019972

1/2

SER_3439

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 885 of 1198

### Kernel

- Fix a bug in DETACH DELETE on dense nodes that could lead to inconsistencies.
- Fix a bug where DETACH DELETE would not lock the relationships being deleted, allowing overlapping transactions to make changes, such as property updates and chain linkage changes, to those records, which could lead to inconsistencies.

### Cypher

- Fixed a bug where shadowed variable from outer scope would be accessible inside list comprehension when combined with aggregating function.
- Parsing or compilation related errors are now also logged in the query log.

### Cypher-shell version

- 1.1.13

## 3.5.16

### Kernel

- Fix a problem where the combination of parallel `apoc.periodic.iterate`, and `dbms.logs.query.parameter_logging_enabled=true`, could lead to a JVM crash.
- Last line in the configuration file is no longer ignored if there is a missing new line.
- Add jvm argument, `-Dorg.neo4j.kernel.impl.storemigration.participant.StoreMigrator.migration_threads= <nbrOfThreads>`, to set number of threads used to read and write when upgrading store. By setting a lower value the contention on disk can be reduced. Default value is the number of processors available to the process. Fix bug where store upgrade could see `IndexOutOfBoundsException` when upgrading store that was much larger than available memory.

N4J_019973

SER_3440

# EXHIBIT 85

License

# License

Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International (CC BY-NC-SA 4.0)

You are free to

**Share**

copy and redistribute the material in any medium or format

**Adapt**

remix, transform, and build upon the material

The licensor cannot revoke these freedoms as long as you follow the license terms.

Under the following terms

**Attribution**

You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

**NonCommercial**

You may not use the material for commercial purposes.

**ShareAlike**

If you remix, transform, or build upon the material, you must distribute your contributions under the same license as the original.



License

**No additional restrictions**

You may not apply legal terms or technological measures that legally restrict others from doing anything the license permits.

**Notices.** You do not have to comply with the license for elements of the material in the public domain or where your use is permitted by an applicable exception or limitation.

No warranties are given. The license may not give you all of the permissions necessary for your intended use. For example, other rights such as publicity, privacy, or moral rights may limit how you use the material.

See https://creativecommons.org/licenses/by-nc-sa/4.0/ for further details. The full license text is available at https://creativecommons.org/licenses/by-nc-sa/4.0/legalcode.

SER_3443

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 889 of 1198

# EXHIBIT 86

SER_3444

Explore

Settings

Tweet

**The Graph Foundation**
@GraphFoundation

Latest #ONgDB 3.4.9 support release is out with important security fixes for LDAP integrations.

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

1:49 PM · Oct 25, 2018 · Hootsuite Inc.

**1** Retweet

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

Visual arts · Last night
**Spain makes headlines once again with another botched art restoration**

Gaming · LIVE
**The PlayStation 5 has been released**

US elections · Yesterday
**Trump projected to win Alaska's 3 electoral votes, AP, NBC and ABC report**

In memoriam · 4 hours ago
**Bollywood actor Asif Basra has died, aged 53**

US elections · LIVE
**Colorado: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# EXHIBIT 87

SER_3446

Search Twitter | Log in | Sign up

**The Graph Foundation** @GraphFoundation · Nov 17, 2018
It's official: #Neo4j Enterprise is closed source. As of November 2, 2018, Neo4j, Inc. has moved all enterprise modules of the 3.5 release to a private repository. Starting with version 3.5, neo4j is open core only for community edition.
1

**The Graph Foundation** @GraphFoundation · Nov 17, 2018
Up to this point, the #Neo4j Enterprise has been open source under an #AGPL license while Community Edition has been under #GPL. Enterprise has a special graph database format incompatible with Community Edition making this a move to a proprietary format for Enterprise customers.
1

**The Graph Foundation** @GraphFoundation · Nov 17, 2018
#Neo4j raised $80M in Series E funding and its first action was a change to a common core model. This is a betrayal to the community that has backed neo4j all these years. The only reason it made sense to use neo4j was because of the open source enterprise scalability features.
1

**The Graph Foundation** @GraphFoundation · Nov 17, 2018
#Neo4j Enterprise is proprietary now. Check the github repository and see the enterprise modules are gone. This included data formats, clustering, monitoring, security and more. All gone.

neo4j/neo4j
Graphs for Everyone. Contribute to neo4j/neo4j development by creating an account on GitHub.
github.com

1 1

**The Graph Foundation**
@GraphFoundation

The @GraphFoundation is moving forward the development of a #Neo4j Enterprise 3.5 release. This will be a divergent but open source #AGPL release that continues the commitment we forged at the beginning of this journey. Graphs for everyone!

graphfoundation/neo4j
Graphs for Everyone. Contribute to graphfoundation/neo4j development by creating an account on GitHub.
github.com

7:25 PM · Nov 17, 2018 · Twitter for iPhone

GFI 30(b)(6)
Brad Nussbaum
**Ex 18**
10/16/2020 D Myers

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** @GraphFoundation Follow
Open Graph Technology for Public Good

## What's happening

COVID-19 · LIVE
**COVID-19: WHO warns of potential hydroxychloroquine side effects**

**#DisneyBundle**
Better together on Streaming Day
Promoted by Disney+

COVID-19 · LIVE
**COVID-19 updates for the US**

NFL · Trending
**Taysom Hill**
1,420 Tweets

NFL
The Saints think Taysom Hill will be 'the guy' when Drew Brees ...

BuzzFeed News · 5 hours ago
**A Coronavirus Patient Shared Shocking Before-And-After Hospital Photos**



https://twitter.com/GraphFoundation/status/1063996716310044678

# EXHIBIT 88

SER_3449



Search Twitter | Log in | Sign up

GraphGrid Retweeted

**The Graph Foundation**
@GraphFoundation

Our vision for #ONgDB is to provide a single edition of a native graph database built for scale. For that reason we're breaking from the past naming that has separated "community" and "enterprise" editions and instead focusing on a unified vision for a single ongdb release.

7:49 AM · Jan 23, 2019 · Twitter Web Client

**3** Retweets **5** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** @GraphFoundation Follow
Open Graph Technology for Public Good

## What's happening

COVID-19 · LIVE
**COVID-19: WHO warns of potential hydroxychloroquine side effects**

**#DisneyBundle**
Better together on Streaming Day
Promoted by Disney+

COVID-19 · LIVE
**COVID-19 updates for the US**

NFL · Trending
**Taysom Hill**
1,437 Tweets

NFL
The Saints think Taysom Hill will be 'the guy' when Drew Brees ...

**BuzzFeed News** · Earlier today
**A Coronavirus Patient Shared Shocking Before-And-After Hospital Photos**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 89

SER_3451

Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.3 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

12:31 PM · Mar 17, 2019 · Twitter Web Client

**2** Retweets **5** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic
72.5K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,582 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

GFI 30(b)(6)
Brad Nussbaum
**Ex 38**
10/16/2020 D Myers

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

# EXHIBIT 90

SER_3453



Explore

Settings

## Tweet

**The Graph Foundation**
@GraphFoundation

Our #ONgDB/#Neo4j Enterprise CI server is up and running builds at bamboo.graphfoundation.org/browse/GF

5:03 AM · Mar 21, 2019 · Hootsuite Inc.

**1** Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

US elections · LIVE
**Election results: Voters await results in key swing states as ballot counting continues**

US elections · LIVE
**California: Get local updates about the elections**

US elections · 2 hours ago
**Mauree Turner becomes the first nonbinary state legislator and first Muslim lawmaker in Oklahoma history**

US elections · 5 hours ago
**Detroit TV station WXYZ says video shows photographer loading equipment for work at TCF Center**

US elections · Last night
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

# EXHIBIT 91

SER_3455

Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more:

1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets **2** Likes

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,636 Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

N4J_018665

SER_3456

**EXHIBIT 92**

SER_3457

Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

5:25 AM · May 10, 2019 · Twitter Web Client

**3** Retweets **3** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,636 Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

GFI 30(b)(6)
Brad Nussbaum
**Ex 39**
10/16/2020 D Myers

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

**EXHIBIT 93**

Explore

Settings

Tweet

**The Graph Foundation**
@GraphFoundation

#ONgDB 3.5.11 support release is out:
graphfoundation.org/projects/ongdb/

What is ONgDB?
Open Native Graph DB is an open source fork of #Neo4j, that picks up prior to Neo4j, Inc.'s removal of enterprise code from the main Github repository.

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

9:31 AM · Oct 9, 2019 · Twitter Web App

**1** Retweet **1** Quote Tweet **1** Like

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

Politics · Yesterday
**SCOTUS hearings: Senators, Barrett deliver opening remarks on first day of confirmation hearings**
Trending with Klobuchar, Ted Cruz

Politics · Trending
**Eli Lilly**
7,314 Tweets

Trending in United States
**Berta**
Trending with Two and a Half Men

Sports · Trending
**Dan Mullen**
1,597 Tweets

US elections · LIVE
**California: Election news and updates**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

GFI 30(b)(6)
Brad Nussbaum
Ex 40
10/16/2020 D Myers

10/13/2020          The Graph Foundation on Twitter: "ongdb is an open source fork of #Neo4j, that picks…



Explore

Settings

Search Twitter

Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

N4J_019696

SER_3461

**EXHIBIT 94**



Explore

Settings

**Tweet**

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.12 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

6:58 PM · Nov 27, 2019 · Twitter Web App

**1** Retweet **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
73.3K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,636 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

GFI 30(b)(6)
Brad Nussbaum
**Ex 41**
10/16/2020 D Myers

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up



# EXHIBIT 95

SER_3464





Explore

Settings

## Tweet

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets **2** Likes

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord**
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic Games
72.8K Tweets

MLB · LIVE
**Nationals at Mets**
Trending with: Tomas Nido and David Peterson

NFL · Trending
**Ertz**
1,630 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

GFI 30(b)(6)
Brad Nussbaum
**Ex 42**
10/16/2020 D Myers

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

**EXHIBIT 96**

SER_3466

8/13/2020 The Graph Foundation on Twitter: "Latest #ONgDB apoc 3.5.0.8 procedure release is out. github.com/dist/org/neo4j" / Twitter



Tweet

**The Graph Foundation**
@GraphFoundation

Latest #ONgDB apoc 3.5.0.8 procedure release is out.
github.com/graphfoundatio... #Neo4j

Release 3.5.0.8 · graphfoundation/ongdb-apoc
Full
https://cdn.graphfoundation.org/apoc/dist/org/neo4j/proced...
github.com

11:31 AM · May 19, 2020 · Twitter Web App

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**
@GraphFoundation        Follow

Open Graph Technology for Public Good

**What's happening**

World news · 3 hours ago
**Israel and UAE reach deal to normalize relations**
Trending with: Middle East

**#OnTheRecord** 🔴
Watch live at 7PM PT
Promoted by HBO Max

Gaming · Trending
**App Store**
Trending with: Epic
72.5K Tweets

UEFA Champions League · LIVE
**RB Leipzig vs Atletico Madrid: Goalless at half-time**
Trending with: Leipzig and #RBLAtleti

NFL · Trending
**Ertz**
1,582 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up


GFI 30(b)(6)
Brad Nussbaum
**Ex 43**
10/16/2020   D Myers

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 913 of 1198

# EXHIBIT 97

Explore

Settings

Search Twitter

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
I'm exploring graph databases a bit. Neo4j has one of the fanciest developer on-boarding experiences I've seen to date. But the early examples don't really differentiate it from RDBMS. There are entities (movies, users, ratings) and they have relationships.
24 7 48

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
You can ask questions like "How many users rated each matrix movie", but I can do the same with RDBMS, using almost identical query language.
I'm sure there's a point to graph databases, but I'm not seeing it yet.
6 1

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
Oh and the license is a bit of a problem. AFAIK AGPL is incompatible with Apache V2, so I can't see a future where Kafka Streams or Flink have embedded Neo4j. Also, the DB is only HA in the very expensive version. I could use Kafka for dual-writes, I guess.
3 3

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
Tweeps who do graph databases:
1. Why? What's the use-case?
2. Which one is your fave?
20 4 11

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
I've been corrected that while Neo4j itself is AGPL, the drivers are Apache V2. So we can include the drivers in ASF projects and have users bring their own DB.
Not super friendly, but some projects do it.
4 2

**Philip Rathle**
@prathle

Replying to @gwenshap

Community Edition is GPLv3.

Drivers are Apache 2.0. The Kafka adapter is Apache 2.0:

confluent.io/blog/kafka-con...

Enterprise Edition is commercial = paid. But free for startups, education, development (via Neo4j Browser). More entry-level modalities on their way soon...

CONFLUENT
All About the Kafka Connect Neo4j Sink Plugin | Confluent
We've been using the work we did for the Kafka sink – Neo4j extension and have made it available via remote connections ...
confluent.io

**Tweet**

**2** Likes

**John Mark Suhy** @jmsuhy · Sep 25, 2019
Replying to @prathle and @gwenshap
You can use the GraphFoundation's fork called Open Native Graph Database (ONgDB). It adds the enterprise code Neo removed back on top of Neo4j core. 3.5.11 is ready to go, it should be out in the next few days. Carefully read the terms for the 'free' offerings Neo4j mentions!
1

Witness:
John Mark Suhy
**Exhibit 37**
10/22/2020 B Gerald

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**Relevant people**

**Philip Rathle** @prathle Follow
Head of Products for Neo4j. Graphs are everywhere.

**Gwen (Chen) Shapira** @gwenshap Follow
Engineering Manager. Opinionated. Appreciates good software engineering whenever it can be found. High latency, high throughput. She/her.

**What's happening**

NFL · LIVE
**Cardinals at Cowboys**
Trending with Cardinals, Dallas

NFL · Trending
**breeland**
Bashaud Breeland costs Kansas City Chiefs early penalties

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

Search Twitter

**#ItsBeenProvenThat**

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

SER_3470

# EXHIBIT 98

SER_3471

5/18/2020    steven mapes on Twitter: "I love the product and use neo daily but the costs are often a barrier for client…

## Twitter

Search Twitter          Log in    Sign up

**Neo4j** ✓ @neo4j · Nov 6, 2019
Introducing #Neo4jAura: A New Graph Database as a Service – by @emileifrem

r.neo4j.com/33kr0Ql
#Neo4j #GraphDatabase

**neo4j aura™**

Introducing Neo4j Aura: A New Graph Database as a Service
Discover unique features of Neo4j Aura, the first fully managed native graph database as a service, and why it was built to be developer friendly.
🔗 neo4j.com

💬 5        ⟲ 37        ♡ 74

**steven mapes** @stevenamapes · Nov 6, 2019
It's a lovely product but why so expensive? It prices out the small and medium businesses the press release aim at. I have one client I'd love to move to it but it's 10* the cost of their current cloud solution

💬 1        ⟲        ♡

**Emil Eifrem** @emileifrem · Nov 6, 2019
My experience has been that if you have any kind of funding (customers, angels, etc) then ~$65 / mo isn't a problem. But if it's pre any of that, i.e. it's still a labor of love weekend-and-evenings type of project that you're not getting paid for, then 65 bucks *is* steep.

💬 1        ⟲        ♡ 1

**Emil Eifrem** @emileifrem · Nov 6, 2019
… and we're beyond my capacity. ;) hashtag ceo. @kfreytag can probably chime in when he gets back.

💬 1        ⟲        ♡ 1

**steven mapes** @stevenamapes · Nov 6, 2019
Sorry deleted the wrong tweet. The question was asking what the CPUs are and how they compare to AWS/Azure

💬 2        ⟲        ♡

**steven mapes**
@stevenamapes

Replying to @stevenamapes @emileifrem and 2 others

I love the product and use neo daily but the costs are often a barrier for clients from making the move to Enterprise so it'd be handy to be able to compare CPU

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**steven mapes**            Follow
@stevenamapes
PHP / Python Dev, DBA, AWS, SEO, Social Media, Sci-Fi, Gaming, History, Action Figures, I really do have too many interests

**Emil Eifrem**             Follow
@emileifrem

https://mobile.twitter.com/stevenamapes/status/1192140266116911109?p=v

N4J_018946
SER_3472

1/3

10:02 AM · Nov 6, 2019 · Twitter for Android

**Kurt Freytag** @kfreytag · Nov 6, 2019
Replying to @stevenamapes @emileifrem and @neo4j
There's one level at which this axis of comparison is really important (how might this be compared to my existing self-managed Neo4j database). On another axis, a fully-managed DBaaS is qualitatively different for many customers who simply cannot or do not want to deal with ops.

⬡ 2           ⬆ 2

**steven mapes** @stevenamapes · Nov 6, 2019
Totally agree, it's like other managed dbaas solutions, but for those where they will care more about keeping performance stable the CPU comparison is important especially as consultants advising clients when they ask 😉.

⬡            ♡ 1

**John Mark Suhy** @jmsuhy · Dec 5, 2019
Replying to @stevenamapes @emileifrem and 2 others
You can use the ONgDB fork of Neo4j which adds enterprise code back into Neo4j core. It is 100% free and open. There are no limitations for causal clustering instances, cores, etc.

**ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation**
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
🔗 graphfoundation.org

⬡ 1          ⬆ 1          ♡ 1

**steven mapes** @stevenamapes · Dec 6, 2019
I've looked into it before without actually having a play. Is there a timeline of when it forked and what was added Vs the closed enterprise version?

⬡ 2

**John Mark Suhy** @jmsuhy · Dec 7, 2019
Just an FYI - ONgDB will also have the enterprise features for 4.x.  There was a lot of refactoring in Neo4j 4.x core code base - but luckily Neo4j is very well written.  I'll post a new blog post on running newest 3.5.x causal clustering via docker soon.

⬡            ♡ 1

---

🐦

🔍 Search Twitter

Log in    Sign up    ⋯

@neo4j
The #1 platform for connected data.
Developers start here:
neo4j.com/developer/

**What's happening**

COVID-19 · LIVE
**COVID-19: China commits $2 billion to fight the pandemic**

**#EpicMegaSale** 🎮
GTAV free on PC until 5/21. Keep it forever, only on Epic Games Store.
📷 Promoted by Epic Games Store

COVID-19 · LIVE
**COVID-19 updates for the US**

Politics · Trending
**Saudi**
235K Tweets

Politics · Trending
**He's LYING**
60.7K Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄
© 2020 Twitter, Inc.

N4J_018947
SER_3473

Search Twitter

Log in

Sign up

N4J_018948
SER_3474

# EXHIBIT 99

SER_3475



5/19/2020    Rolf Streefkerk on Twitter: "@MuddyBootsCode are any managed services available for Neo4j. This is what has…

**Michael Porter** @MuddyBootsCode · Dec 14, 2019
I've managed to learn so much about graphs via Neo4j that I now get upset when dealing with problems that I know are perfect for graphs and people still want to use SQL DB's despite continuously failing to be able to model the data correctly. #GraphAddict

💬 2     🔁 7     ♥ 45

**Rolf Streefkerk**
@rpstreefkerk

Replying to @MuddyBootsCode and @neo4j

Are there any affordable managed services available for Neo4j. This is what has stopped me from using this in the past. Otherwise great tech

2:23 AM · Dec 15, 2019 · Twitter for Android

**Bert** @taseroth · Dec 15, 2019
Replying to @rpstreefkerk @MuddyBootsCode and @neo4j
We started it some weeks ago:

neo4j aura™

The world's most flexible, reliable and developer-friendly graph database as a service.

Neo4j Aura: The Simplest Way to Run Neo4j in the Cloud
The world's most flexible, reliable and developer-friendly graph database as a service lets you focus on building rich, graph-powered applications.
🔗 neo4j.com

💬 1     🔁

**Rolf Streefkerk** @rpstreefkerk · Dec 15, 2019
Starting from 65.50 USD per month is pretty expensive for just 1GB of memory and 2GB of storage. This is pretty much in line with services I've seen a few years ago as well.

💬 3     🔁

4 more replies

**John Mark Suhy** @jmsuhy · Dec 15, 2019
Replying to @rpstreefkerk @MuddyBootsCode and @neo4j
Use ONgDB - Neo4j Core + Enterprise code Neo removed when they went open core.  Just copy data folder over (use same version).  No restrictions on cluster instances, cored, etc and can be used in production.

**New to Twitter?**
Sign up now to get your own personalized timeline!
[ Sign up ]

**Relevant people**

**Rolf Streefkerk**
@rpstreefkerk    [ Follow ]
AWS enthusiast, product manager and interested in real science. populi.one kindi.menu multithreadlabs.io

**Michael Porter**
@MuddyBootsCode    [ Follow ]
Digitized the oil fields of West Texas by learning to code. Love React, JavaScript, Python and Graphs. Neo4J Certified Professional.

**Neo4j** ✓
@neo4j    [ Follow ]
The #1 platform for connected data. Developers start here: neo4j.com/developer/

N4J_018949

SER_3476

Search Twitter

Log in Sign up

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

1

**John Mark Suhy** @jmsuhy · Dec 15, 2019
Replying to @rpstreefkerk @MuddyBootsCode and @neo4j
Also Look at @graphgrid :

Home - GraphGrid
graphgrid.com

1

COVID-19 · LIVE
**COVID-19: Medical experts warn the virus may be a constant threat for some time**
200K people are Tweeting about this

COVID-19 · LIVE
**COVID-19 updates for the US**

Food · Trending
**Krispy Kreme**
6,245 Tweets

Entertainment · Trending
**#ThankYouRavi**
14K Tweets

**CNBC Make It** · 3 hours ago
**Unemployment benefits are not "free money"**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 923 of 1198

# EXHIBIT 100

SER_3478



Explore

Settings

**Tweet**

Search Twitter

**Michael McKenzie** @mckenzma · Jan 8

It's fun playing in @neo4j! Currently rocking 217.7 million nodes and 261.7 million relationships of bridge data like a champ!

1 8

**John Mark Suhy**
@jmsuhy

Replying to @mckenzma and @neo4j

Try your data out on ONgDB which is Neo4j core + enterprise code neo removed. Just copy your graph.db directory over and any plugins (using same version). 100% open source - no limits on cluster instances, cores, etc. 3.5.14 will be ready next week.

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

4:24 PM · Jan 10, 2020 · Twitter for iPhone

**2** Likes

**Phanor Coll** @phanor · Jan 10
Replying to @jmsuhy @mckenzma and @neo4j
Sweet. Im going to give this a look.

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**Relevant people**

**John Mark Suhy** @jmsuhy Follow
software developer / enterprise architect, entrepreneur, and amateur angler.

**Michael McKenzie** @mckenzma Follow
My imagination is where I explore what is possible within.

**Neo4j** @neo4j Follow
The #1 platform for connected data. Developers start here: neo4j.com/developer/

**What's happening**

NFL · LIVE
**Cardinals at Cowboys**
Trending with #MNFXESPN, #AZvsDAL

NFL · Trending
**Budda Baker**
1,976 Tweets

Wrestling · Trending
**IIconics**
The WWE Universe is reacting to Peyton Royce in a new tag team on Monday night Raw following The IIconics breakup in August
1,379 Tweets

Celebrities · Trending
**Jeff Bridges**
Actor Jeff Bridges reveals his Lymphoma cancer diagnosis
4,772 Tweets

US elections · LIVE
**California: Election news and**

Witness:
John Mark Suhy
**Exhibit 39**
10/22/2020 B Gerald

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 212 of 297

10/19/2020

Explore

Settings

Search Twitter

Ads info   More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

SER_3480

# EXHIBIT 101

SER_3481



Thread

John Mark Suhy @jmsuhy · Jan 24
If you have a @neo4j commercial subscription and are planning a switch to the open source ONgDB fork - remember to read your agreements and make sure you give proper notice.  (It May be 90 days).

John Mark Suhy @jmsuhy · Jan 24
One more thing - if you purchased a @neo4j commercial license because you were told you could not use the open sourced Neo4j enterprise distributions for any reason - send me a PM.

John Mark Suhy
@jmsuhy

Replying to @jmsuhy

You may be able to get a refund if you bought a costly enterprise commercial subscription based on @neo4j enterprise open source licensing deception. An upcoming court case is going to expose what Neo has done.   More to come...

7:11 AM · Jan 29, 2020 · Twitter for iPhone

Search Twitter

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

Relevant people

John Mark Suhy          Follow
@jmsuhy
software developer / enterprise architect, entrepreneur, and amateur angler.

Neo4j ✔          Follow
@neo4j
The #1 platform for connected data. Developers start here: neo4j.com/developer/

What's happening

NFL · LIVE
Cardinals at Cowboys
Trending with #AZvsDAL, #RedSea 🏈

Sports · Trending
CeeDee
3,926 Tweets

NFL · Trending
Budda Baker
Cardinals defensive back Budda Baker makes big plays against the Cowboys, strips running back Ezekiel Elliott
2,142 Tweets

Politics · Trending
#MarchToThePollsForJoe
23.5K Tweets

US elections · LIVE
California: Election news and updates

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ⌄  © 2020 Twitter, Inc.

Witness:
John Mark Suhy
Exhibit 38
10/22/2020  B Gerald

Don't miss what's happening
People on Twitter are the first to know.
Log in   Sign up

**EXHIBIT 102**

SER_3483

5/20/2020          John Mark Suhy on Twitter: "@gwenshap @neo4j enterprise used to be open source until 3.4 or 3.5. After they closed EE - a fork called ...

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 029 of 1108

Twitter

🔍 Search Twitter                                    Log in    Sign up    •••

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
I'm exploring graph databases a bit. Neo4j has one of the fanciest developer on-boarding experiences I've seen to date. But the early examples don't really differentiate it from RDBMS. There are entities (movies, users, ratings) and they have relationships.

💬 24          ⟲ 5          ♡ 49          ⬆

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
You can ask questions like "How many users rated each matrix movie", but I can do the same with RDBMS, using almost identical query language. I'm sure there's a point to graph databases, but I'm not seeing it yet.

💬 6          ⟲          ♡ 1          ⬆

**Gwen (Chen) Shapira** @gwenshap · Sep 22, 2019
Oh and the license is a bit of a problem. AFAIK AGPL is incompatible with Apache V2, so I can't see a future where Kafka Streams or Flink have embedded Neo4j. Also, the DB is only HA in the very expensive version. I could use Kafka for dual-writes, I guess.

💬 3          ⟲          ♡ 3          ⬆

**John Mark Suhy**
@jmsuhy

Replying to @gwenshap

@neo4j enterprise used to be open source until 3.4 or 3.5. After they closed EE - a fork called #ONgDB (Open Native Graph Database) put the enterprise code back in the code base. It is 100% free and open - no costs for causal clustering, cores, etc.

Graph Community - The Graph Foundation
OPEN. THE GRAPH FOUNDATION provides support for The Graph Foundation Community of Open Source software projects, which provide software products ...
🔗 graphfoundation.org

8:07 PM · Apr 2, 2020 · Twitter for iPhone

**1** Like

💬          ⟲          ♡          ⬆

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**John Mark Suhy**          Follow
@jmsuhy
software developer / enterprise architect, entrepreneur, and amateur angler.

**Gwen (Chen) Shapira**          Follow
@gwenshap
Engineering Manager. Opinionated. Appreciates good software engineering whenever it can be found. High latency, high throughput. She/her.

**Neo4j** ✓          Follow
@neo4j
The #1 platform for connected data. Developers start here:
neo4j.com/developer/

**What's happening**

COVID-19 · LIVE
**COVID-19: WHO warns of potential hydroxychloroquine side effects**
170K people are Tweeting about this

#DisneyBundle

https://mobile.twitter.com/jmsuhy/status/1245910792135991296

N4J_018989

SER_3484

Search Twitter

Log in

Sign up

COVID-19 · LIVE

**COVID-19 updates for the US**

NFL · Trending

**Taysom Hill**

1,073 Tweets

**BuzzFeed News** · 5 hours ago

**A Coronavirus Patient Shared Shocking Before-And-After Hospital Photos**

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

**EXHIBIT 103**

SER_3486



Explore

Settings

**Tweet**

**Emil Eifrem** @emileifrem · Aug 19
I'm SOOOO excited about this!

> **Neo4j** @neo4j · Aug 19
> Announcing #Neo4jAura on #GoogleCloudPlatform – by David Allen (@mdavidallen)
>
> r.neo4j.com/34acrls
> #Neo4jInTheCloud #GraphDatabase #GCP

1 6 20

**Hågen Hasle** @haagenhasle · Aug 20
Congrats! I work at Nav in Norway. We are already using GCP. Is Aura on GCP managed by you or by Google? Do we need a new deal to use Neo4j? (An additional deal with you?) Do we need a new «data processor agreement» (gdpr)? Or is everything taken care of?

3

**John Mark Suhy**
@jmsuhy

Replying to @haagenhasle and @emileifrem

You can also use ONgDB. It is an up to date fork of neo4j with ee features added back in. No limit on cluster size, cores. Its adoption has been growing as people learn about @neo4j's bad behavior and deception around their licensing. More to come..

Graph Community - The Graph Foundation
OPEN. THE GRAPH FOUNDATION provides support for The Graph Foundation Community of Open Source software projects, which provide software products ...
graphfoundation.org

9:40 AM · Aug 22, 2020 · Twitter for iPhone

**John Mark Suhy** @jmsuhy · 3h
Replying to @jmsuhy @haagenhasle and 2 others
4.x is around the corner as well. ONgDB is being used on large production deployments for the US government.

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up

**Relevant people**

**John Mark Suhy** @jmsuhy Follow
software developer / enterprise architect, entrepreneur, and amateur angler.

**Hågen Hasle** @haagenhasle Follow

**Emil Eifrem** @emileifrem Follow
Neo4j. Graphs Are Everywhere.

**What's happening**

Entertainment · 3 hours ago
**New trailer for Wonder Woman 1984 is here**
Trending with: Chris Pine

**#DCFanDome**
DCFanDome.com, A Global 24-hr Show
Promoted by DC

Trending in United States
**Avengers**
39.6K Tweets

NBA · 3 hours ago
**Raptors' Nick Nurse named NBA's 2019-2020 Coach of the Year**
Trending with: Nick Nurse

Politics · Trending
**#ByeEric**
21.5K Tweets

Show more

Terms Privacy policy Cookies Ads info More
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



Explore

Settings

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**John Mark Suhy** @jmsuhy Follow

software developer / enterprise architect, entrepreneur, and amateur angler.

**Hågen Hasle** @haagenhasle Follow

**Emil Eifrem** @emileifrem Follow

Neo4j. Graphs Are Everywhere.

**What's happening**

Entertainment · 3 hours ago

**New trailer for Wonder Woman 1984 is here**

Trending with: Chris Pine

**#DCFanDome**

DCFanDome.com, A Global 24-hr Show

Promoted by DC

Trending in United States

**Avengers**

39.6K Tweets

NBA · 3 hours ago

**Raptors' Nick Nurse named NBA's 2019-2020 Coach of the Year**

Trending with: Nick Nurse

Politics · Trending

**#ByeEric**

21.5K Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

**Don't miss what's happening**

People on Twitter are the first to know.

Log in Sign up

# EXHIBIT 104

SER_3489



John Mark Suhy
@jmsuhy

**Follow**

Replying to @chpanto @akchux @neo4j

If you ever want to use causal clustering while staying 100% open source, you can do so with #ONgDB
(Neo4j core + enterprise features they removed when they closed Neo4j Enterprise edition at 3.5).
Just ensure you use the same version number as your current Neo4j version.

9:39 AM - 23 Feb 2019

**1** Like

💬 2    ⟲    1

John Mark Suhy @jmsuhy · Feb 23
Replying to @jmsuhy @chpanto and 2 others
Just to be clear - #ONgDB is a free and open fork of Neo4j managed by the GraphFoundation. It merges in the neo4j core code for each release.

**graphfoundation/ongdb**
ONgDB (Open Native Graph DB) - Neo4j fork with enterprise code base. ONgDB keeps in sync with the Neo4j github repo. - graphfoundation/ongdb
github.com

💬 1    ⟲    1

Cesar Pantoja, PhD @chpanto · Feb 24
Great! We'll have a look!

💬    ⟲

John Mark Suhy @jmsuhy · Feb 23
Replying to @jmsuhy @chpanto and 2 others
see

N4J_018927

SER_3490

**EXHIBIT 105**

SER_3491



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (Open #Neo4j Enterprise) release 3.4.12 support release is out:

ONgDB 3.4.12 - Open Neo4j Enterprise - The Graph Foundation
The ONgDB 3.4.12 maintenance release of the open source Neo4j Enterprise distribution by The Graph Foundation under the AGLPv3 License.
graphfoundation.org

7:30 AM · Jan 23, 2019 · Twitter Web Client

**2** Retweets **2** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



Search Twitter

Log in Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow

Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 106

SER_3494



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.1 support release is out with 3.5.2 on the way:

ONgDB 3.5.1 - Open Neo4j Enterprise - The Graph Foundation
The ONgDB 3.5.1 maintenance release of the open source Neo4j Enterprise distribution by The Graph Foundation under ...
graphfoundation.org

4:36 AM · Jan 31, 2019 · Twitter Web Client

**1** Retweet

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** @GraphFoundation Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 107



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.3 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

12:31 PM · Mar 17, 2019 · Twitter Web Client

**2** Retweets **5** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

← Search Twitter Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** @GraphFoundation Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



# EXHIBIT 108

SER_3500



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB, Open #Neo4j Enterprise, marches on with 1,000th download. Read more:

1,000th ONgDB (Open Native Graph Database) 3.5 Download
We are excited to announce today that we have reached our 1,000th download of ONgDB 3.5, the Open Neo4j Enterprise project!
graphfoundation.org

6:24 AM · Mar 21, 2019 · Hootsuite Inc.

**3** Retweets **2** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow

Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 948 of 1198

# EXHIBIT 109

SER_3503



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.4 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

5:25 AM · May 10, 2019 · Twitter Web Client

**3** Retweets **3** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



Search Twitter

Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** Follow
@GraphFoundation
Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

# EXHIBIT 110



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.12 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

6:58 PM · Nov 27, 2019 · Twitter Web App

**1** Retweet **2** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation**
@GraphFoundation
Follow
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Search Twitter

Log in

Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation**
@GraphFoundation

Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 954 of 1198

**EXHIBIT 111**

SER_3509



Search Twitter

Log in Sign up

John Mark Suhy Retweeted

**The Graph Foundation**
@GraphFoundation

#ONgDB (#FOSS #Neo4j Enterprise) 3.5.14 support release is out:

ONgDB - Open Source Neo4j Enterprise Graph - The Graph Foundation
ONgDB is an open source fork of Neo4j Enterprise that is developed and released under the AGPLv3 License by The Graph Foundation.
graphfoundation.org

2:16 PM · Jan 18, 2020 · Twitter Web App

**2** Retweets **2** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**The Graph Foundation** @GraphFoundation Follow
Open Graph Technology for Public Good

## What's happening

US news · 48 minutes ago
**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**
Trending with: Kanye and Harriet Tubman

Trending in United States
**Kayne**
3,236 Tweets

Wrestling · Trending
**Cesaro**
Trending with: Nakamura
4,275 Tweets

US news · 2 hours ago
**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**
Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending
**Reddick**
1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.



Search Twitter

Log in Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**The Graph Foundation** @GraphFoundation Follow

Open Graph Technology for Public Good

**What's happening**

US news · 48 minutes ago

**Kanye West says Harriet Tubman 'never actually freed the slaves' during his South Carolina campaign rally**

Trending with: Kanye and Harriet Tubman

Trending in United States

**Kayne**

3,236 Tweets

Wrestling · Trending

**Cesaro**

Trending with: Nakamura

4,275 Tweets

US news · 2 hours ago

**President Trump refuses to say whether he will accept election results during recent interview with Chris Wallace**

Trending with: Chris Wallace and #NationalIceCreamDay

NASCAR · Trending

**Reddick**

1,550 Tweets

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

**EXHIBIT 112**

SER_3512

9/25/2019    Case 5:18-cv-07182-EJD    Document 98-1    Filed 12/11/20    Page 958 of 1198
1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

# The Graph Foundation

Open Graph Technology for Public Good

<div style="border:1px solid">Menu</div>

## 1,000th ONgDB (Open Neo4j Enterprise) 3.5 Download

**21** MAR 2019                    ADD A COMMENT

We are excited to announce today that we have reached our **1,000th download of ONgDB 3.5**, the Open Neo4j Enterprise project!

Up until 3.5, Neo4j Enterprise had always been an open source project managed by Neo4j, Inc. After Neo4j, Inc. raised an 80M Series E round in October 2018, it quickly closed the open source code and removed it entirely from the neo4j GitHub project. This sudden shock to the community was swiftly responded to by The Graph Foundation to organize a community that will keep the original vision of a developing a native, scalable open source graph database alive. You can learn more about the Neo4j, Inc. shift to Open Core in this article.

We are proud of this community that has worked to keep Neo4j Enterprise 3.5 open source. Building an open native graph database to reach the masses is our mission and reaching the 1000th download is a sign that we are succeeding in our mission to put a scalable graph to work for everyone. We are excited to be on this journey with you all and to keep this project advancing in the open for all to see, experience and build exciting businesses and products around. For more information on the ONgDB project and access to downloads visit the ONgDB Project page.

Thank you all and hope to see you around in the community!

 Brad Nussbaum

Tags: **FOSS**, **Neo4j**, **ONgDB**

PREVIOUS

## Neo4j is Open Core – Now What?

N4J_018701

SER_3513

9/25/2019          Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 959 of 1198

# Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

**Post Comment**

# Pages

Accessibility

Get Involved

Graph Community

Mission

Projects

N4J_018702

SER_3514

- Heimdall
- Open Native Graph DB (ONgDB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.3
    - ONgDB 3.5.4

Support TGF
- Donations
- Sponsorship
- Thanks

The Graph Foundation
- Public Records
  - Articles of Incorporation
  - Code of Regulations

## Site Search

Search …

**Search**

## Support GF Today!



Copyright © 2019 Graph Foundation, Inc.

N4J_018703

SER_3515

# EXHIBIT 113

6/10/2020                                                                ONgDB - Open Native Graph DB | The Graph Foundation

## The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB (Open Native Graph DB)

| 🌐 Downloads | 10K+ | | ⬤ Star | 121 | | 🔵 Pull | 154K+ |

ONgDB is a fork of <mark>the neo4j enterprise project</mark> that continues development of <mark>neo4j enterprise</mark> as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

<mark>ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.</mark>

## Current Release

## ONgDB 3.6.0.RC1

**2 May 2020:** **Release Notes** | **Source Code** | **Documentation**

| Mac/Linux | ongdb-enterprise-3.6.0.RC1-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.0.RC1-windows.zip |
| Docker Image | ONgDB 3.6.0.RC1 Docker Hub |

https://www.graphfoundation.org/projects/ongdb/

1/5

GFI 30(b)(6)
Brad Nussbaum
**Ex 26**
10/16/2020  D Myers

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

Go to: http://localhost:7474

## Latest Stable Release

# ONgDB 3.5.17

**9 April 2020: Release Notes | Source Code**

| Mac/Linux | ongdb-enterprise-3.5.17-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.17-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.17-windows.zip |
| Docker Image | ONgDB 3.5.17 Docker Hub<br><br>```docker run \    --publish=7474:7474 --publish=7687:7687 \    --volume=$HOME/ongdb/data:/data \    graphfoundation/ongdb:3.5```<br><br>Go to: http://localhost:7474 |

## Previous Releases

N4J_018733

SER_3518

- 3.5.16
- 3.5.15
- 3.5.14
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

## Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

**Accessibility**

**Get Involved**

**Graph Community**

**Mission**

**Projects**

- **Heimdall**
- **ONgDB (Open Native Graph DB)**
  - **ONgDB Releases**

N4J_018734

SER_3519

- ○ **ONgDB 3.4.11**
- ○ **ONgDB 3.4.12**
- ○ **ONgDB 3.4.15**
- ○ **ONgDB 3.4.17**
- ○ **ONgDB 3.4.9**
- ○ **ONgDB 3.5.1**
- ○ **ONgDB 3.5.11**
- ○ **ONgDB 3.5.12**
- ○ **ONgDB 3.5.14**
- ○ **ONgDB 3.5.15**
- ○ **ONgDB 3.5.16**
- ○ **ONgDB 3.5.17**
- ○ **ONgDB 3.5.3**
- ○ **ONgDB 3.5.4**
- ○ **ONgDB 3.6.0.M1**
- ○ **ONgDB 3.6.0.M2**
- ○ **ONgDB 3.6.0.RC1**

**Support TGF**

- ○ **Donations**
- ○ **Sponsorship**
- ○ **Thanks**

**The Graph Foundation**

- ○ **Public Records**
  - ○ **Articles of Incorporation**
  - ○ **Code of Regulations**

# Site Search

Search …

**Search**

# Support GF Today!

N4J_018735

SER_3520



Copyright © 2020 Graph Foundation, Inc.

N4J_018736

SER_3521

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 967 of 1198

# EXHIBIT 114

SER_3522

# The Graph Foundation

Open Graph Technology for Public Good

Menu

# ONgDB (Open Native Graph DB)

🌐 **Downloads** **14K+**   🐙 Star 174   🐦 **Pull** **154K+**

ONgDB is a fork of **the neo4j enterprise project** that continues development of **neo4j enterprise** as a fully open source project after Neo4j Inc's Open Core Shift that suspended development of enterprise as an open source project and removed the open source code.

ONgDB is a high performance, native graph store with everything you would expect from an enterprise-ready database, including high availability clustering, ACID transactions, and uses the intuitive, pattern-centric open cypher query language. Developers use graph theory-based structures that we call nodes and relationships instead of rows and columns. For many use cases, ONgDB will provide orders of magnitude performance benefits compared to non-native graph, relational and NoSQL databases.

## Open Source License

ONgDB distributions are licensed under AGPLv3 as a free and open source alternative to currently available proprietary native graph offerings such as Neo4j Enterprise Edition.

## Current Release

## ONgDB 3.6.2

4 December 2020: Release Notes | Source Code | Documentation

| Mac/Linux | ongdb-enterprise-3.6.2-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.6.2-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.6.2-windows.zip |
| Docker Image | ONgDB 3.6.2 Docker Hub |

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.6
```

N4J_019978

SER_3523

ONgDB - Open Native Graph Database | GraphFoundation

Go to: http://localhost:7474

## LTS Release

### ONgDB 3.5.22

28 October 2020: Release Notes | Source Code

| Mac/Linux | ongdb-enterprise-3.5.22-unix.tar.gz |
|---|---|
| Windows 64 bit | ongdb-enterprise-3.5.22-windows.zip |
| Windows 32 bit | ongdb-enterprise-3.5.22-windows.zip |
| Docker Image | ONgDB 3.5.22 Docker Hub |

ONgDB 3.5.22 Docker Hub

```
docker run \
    --publish=7474:7474 --publish=7687:7687 \
    --volume=$HOME/ongdb/data:/data \
    graphfoundation/ongdb:3.5
```

Go to: http://localhost:7474

## Previous Releases

- 3.5.19
- 3.5.18
- 3.5.17
- 3.4.17
- 3.4.15

Not seeing the perfect release? Browse all ONgDB Releases for the full list of supported releases.

## Interested in Contributing to ONgDB Development?

There are many ways to contribute to the exciting development of the worlds most powerful open source graph database. For steps on how to get started and joining the community Slack, head over to Get Involved to learn more.

## Looking for ONgDB Build Results and Distributions?

N4J_019979

SER_3524

The Graph Foundation Build Server will build and make distributions available for git branches on active projects. If you would like a distribution built with your modification, follow the steps for committers and submit a Pull Request with your contribution.

# Interested in supporting our mission?

Our mission helps improve our world through the open development of graph technology. Learn more about our mission and how you can support today.

## Pages

Accessibility

Get Involved

Graph Foundation

Mission

Projects

- Heimdall
- ONgDB (Open Native Graph DB)
  - ONgDB Releases
    - ONgDB 3.4.11
    - ONgDB 3.4.12
    - ONgDB 3.4.15
    - ONgDB 3.4.17
    - ONgDB 3.4.9
    - ONgDB 3.5.1
    - ONgDB 3.5.11
    - ONgDB 3.5.12
    - ONgDB 3.5.14
    - ONgDB 3.5.15
    - ONgDB 3.5.16
    - ONgDB 3.5.17
    - ONgDB 3.5.18
    - ONgDB 3.5.19
    - ONgDB 3.5.22
    - ONgDB 3.5.3
    - ONgDB 3.5.4
    - ONgDB 3.6.0
    - ONgDB 3.6.0.M1
    - ONgDB 3.6.0.M2
    - ONgDB 3.6.0.RC1
    - ONgDB 3.6.1
    - ONgDB 3.6.2

N4J_019980

SER_3525



N4J_019981

SER_3526

# EXHIBIT 115

SER_3527

9/13/2019

Case 5:18-cv-07182-EJD  Document 98-1  Filed 12/11/20  Page 973 of 1198
Neo4j Desktop vs Neo4j Server - Neo4j Graph Platform

# Neo4j Desktop vs Neo4j Server

**Neo4j Graph Platform**

---

**stephanie** (Stephanie) #1  November 16, 2018, 7:31pm

Do the terms of use for "neo4j Desktop" apply to the ONGDB server which I downloaded under AGPLv3 license? I read the Desktop terms carefully and they refer everywhere to "neo4j Desktop software". Has anybody encountered this issue? I am feeling really stupid for not thinking this through before downloading the Desktop Software, especially as database authentication keeps failing. Before I spend any more time troubleshooting, could someone indicate any features of Desktop that are really worth it (other than UI)? I am planning production, so the license is important to me. Thank you!

---

**andrew.bowman** (Andrew Bowman) #2  November 16, 2018, 10:47pm

Hi Stephanie,

You may want to review our **licensing page**. In particular, for Neo4j Desktop:

> Neo4j Desktop is the new mission control center for Developers. It's free with registration, and it includes a **free** development license for Enterprise Edition **allowing you to use Neo4j Enterprise on your local desktop for developing applications** .

Basically it's for local development only, Neo4j Desktop isn't intended or licensed for deployment or usage as a server version (we have the server versions of Neo4j Community and Enterprise for that instead). It can freely be used as a client to connect to a separate server deployment, however.

You may want to review the rest of the licensing page, as there are various scenarios which will allow free Neo4j Enterprise usage (see the FAQ for details).

---

**stephanie** (Stephanie) #3  November 17, 2018, 7:27pm

Witness:
John Mark Suhy

**Exhibit 27**

10/22/2020  B Gerald

GFI 30(b)(6)
Brad Nussbaum

**Ex 36**

10/16/2020  D Myers

N4J-GFI_000008

**SER_3528**

9/13/2019     Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 974 of 1198

Thanks! I will try to get the Desktop version working a bit longer before I entirely give up!

---

N4J-GFI_000009

SER_3529

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 262 of 297

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 975 of 1198

# EXHIBIT 116

SER_3530

**From:**       Benjamin Nussbaum (ben@atomrain.com)
**To:**         John Mark Suhy (jmsuhy@purethink.com)
**CC:**         Brad Nussbaum (brad@atomrain.com)
**BCC:**
**Subject:**    Re: Neo4j Desktop vs Neo4j Server - Neo4j Graph Platform - Neo4j Online Community
**Attachments:**
**Sent:**       01/09/2019 05:01:28 PM -0800 (PST)

---

That's unfortunate, but lol that they posted it on the neo4j site.


--
**Benjamin Nussbaum**
President and Chief Technology Officer
AtomRain, Inc.
Phone: (310) 433-9305
Email:  ben@atomrain.com

 AtomRain | Innovation for a Connected World


> On Jan 9, 2019, at 7:45 PM, John Mark Suhy <jmsuhy@purethink.com> wrote:
>
> thought you would like this. Someone having issues using ongdb with neo4j-desktop
>
> https://community.neo4j.com/t/neo4j-desktop-vs-neo4j-server/3066



Witness:
John Mark Suhy
**Exhibit 26**
10/22/2020  B Gerald



GFI 30(b)(6)
Brad Nussbaum
**Ex 37**
10/16/2020  D Myers

IGOV0001570054

**SER_3531**

# EXHIBIT 117

SER_3532

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub



neo4j / neo4j

Sign up

Code    Issues 🔵    Pull requests 🔵    Projects 🔵    Actions    Wiki    Security    Pulse

# Modifying the AGPL License by adding restrictions is not allowed #11821

New issue

**Closed**    jmsuhy opened this issue May 19, 2018 · 12 comments



**jmsuhy** commented May 19, 2018 • edited

The AGPL license files had a restrictions added to it which I am pretty sure is not allowed by AGPL.
So it seems that you have either just made Neo4j Enterprise closed source - i.e. no longer AGPL - or you've made a mistake and accidentally added restrictions to it.

I am pretty sure the community would like to know what is going on with this.

https://github.com/neo4j/neo4j/blob/3.4/enterprise/server-enterprise/LICENSE.txt

"Commons Clause" License Condition

The Software is provided to you by the Licensor under the License, as defined below, subject to the following condition. Without limiting other conditions in the License, the grant of rights under the License will not include, and the License does not grant to you, the right to Sell the Software. For purposes of the foregoing, "Sell" means practicing any or all of the rights granted to you under the License to provide to third parties, for a fee or other consideration, a product or service that consists, entirely or substantially, of the Software or the functionality of the Software. Any license notice or attribution required by the License must also include this Commons Cause License Condition notice.

2



Witness:
John Mark Suhy
**Exhibit 25**
10/22/2020  B Gerald

N4J_019444
SER_3533

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

 eebus added the `operability` label May 21, 2018



 **xizhao** commented May 21, 2018

To try to get ahead of any misunderstandings, the AGPL doesn't "disable-itself" if exceptions are added from the original licensor. It simply becomes a new license.

The scope of license alteration restrictions (as well as these kinds of restrictions in all OSS licenses) is to disable the ability for "man-in-the-middle" sub-licensing, effectively ensuring that the license grant comes from the original copyright holder no matter how the software is conveyed. However, as the original copyright holder of the codebase is Neo, they can add whatever terms or exceptions best fit their original licensing intent for their commercial product -- the protections in the original AGPL prevents third parties from altering or sub-licensing those terms.

We're not dealing with a copy of the software here -- the whole file is the original license document provided by Neo. Sure it's not the original AGPL, but there's no way I'd call it "Enterprise closed source".

1

 **jmsuhy** commented May 22, 2018 • edited

The issue at hand is that you can not add restrictions to AGPL then misguide the community and committers as to what is happening.

Not only does AGPL forbid this, it is not fair to committers and the community as a whole.

If your intention was to keep Neo4j free and open, then you should know your restrictions are not allowed by AGPL and we can continue the 'debate' in that direction.

I think you should be upfront with the community that helped make Neo4j what it is today.

1

 **digitalstain** commented May 22, 2018

N4J_019445

SER_3534

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

Neo4j is a broad church. We have to balance the interests of our amazing community, our customers and the company too. We've done a lot of thinking about how to best align those interests in our licensing and made a choice to add the Commons Clause to the AGPL license. We think this is the best way we can ensure the long term viability of neo4j as both an open source project and as a commercial endeavour to keep that open source flowing.

Github issues probably aren't the best place to have detailed licensing discussions, and much as we appreciate the input and enthusiasm of the participants we're going to close it now. This is clearly deserving of a longer piece on why the license is changing and we'll get that published as soon as we can.

Thanks to everyone for sharing your views!

| 3 | 4 | 1 |



 digitalstain closed this May 22, 2018

digitalstain referenced this issue May 22, 2018



Updates enterprise LICENSE.txt and NOTICE.txt  …

6558e5e

 Zappes commented Aug 23, 2018

I would expect the text of a a License to be subject to copyright, and the author probably has the right to forbid changes to the text. Without being a legal expert, I can't say if you may perhaps be allowed to copy the AGPL, add your clause and use the license under a different name like Neo4jPL - but I am quite sure that you can't change the text and re-publish it using the same name, i.e. "AGPL".

| 2 |

 akhmerov commented Aug 23, 2018

@Zappes it's more strict than it just being not allowed to call the license

N4J_019446

SER_3535

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

AGPL. The header of AGPL clearly states that modifying it is a violation of the FSF copyright:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

Therefore even using significant parts of AGPL is a copyright violation.

8



**lsmith77** commented Aug 23, 2018

also whatever the copyright situation might be, its important to communicate clearly, which I think is what the issue creator is asking for. if you want to use the AGPL, then use it without modification. if you want a mix of the AGPL and common clause, then make sure you do so in a clear and transparent manner.

6



**greve** commented Aug 23, 2018

I've given my take on the Commons Clause at
https://twitter.com/ggreve/status/1032520322170462208 and
https://twitter.com/ggreve/status/1032657522400866305.

TL;DR: This turns anything licensed under it into proprietary software with a very vague, wide reaching license that establishes serious legal liability for all developers and users. It is the end of the commons that is formed by an Open Source community, project and companies.

I assume the CLA will cover this, but at the very least I would assume developers did not expect a

> "Haha, we're taking this proprietary and by the way we're reserving the right to sue you in case you work with Neo4j professionally"

kind of move when they signed the CLA.

Yet that is precisely what this change seems to represent.

3

N4J_019447

SER_3536

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub



**jmsuhy** commented Aug 24, 2018

I wanted to chime in too. When the ticket was closed the way it was, I just gave up on it.

@greve , the other companies who adopted the 'commons clause' do not have AGPL licenses like Neo4j adopted for the enterprise edition, and which the clause was added to.

The other companies who adopted this 'commons clause' have non GPL licenses.

Redis: BSD
dGraph: Apache 2

The AGPL license states: If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term.

We contacted the free software foundation as well, I made sure to do my homework before submitting the original ticket.

Neo's intentions around this clause seem obvious to me. Their government sales team have already been trying to scare agencies from using neo4j enterprise under the open source license by referencing the commons clause. I'll write a blog post on this since most are not aware of some of this behavior.

I started working with the guys from GraphGrid on a way of ensuring Neo4j stays free and open to the community.

We already formed a non-profit called the GraphFoundation (https://graphfoundation.org), with an apache like governance model, which ensures no single company or person(s) control the future direction.

We invite the community to help us with this 'labor of love'.

I have nothing but respect for what Neo has built, they have a very talented team!

If more people call them out on this behavior, maybe things can change and they can embrace open source and support the community that made them who they are.

Just my 2 cents...

| 11 | 1 |

N4J_019448

SER_3537

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

 jmsuhy mentioned this issue Sep 10, 2018

license additions ineffective #12027

`Open`

MrBerg added a commit to MrBerg/neo4j that referenced this issue Oct 15, 2018

 Mention Commons Clause more in README   ...

`Verified`

205a00a

 MrBerg mentioned this issue Oct 15, 2018

Mention Commons Clause once more in README #12052

`Closed`



belarm commented Nov 4, 2018

"Github issues probably aren't the best place to have detailed licensing discussions"

Then where is, exactly?



heathermeeker commented Nov 13, 2018

The provision in AGPL about removing restrictions (Section 7) does not conflict with Commons Clause, if the author of the AGPL code applies Commons Clause. There may seem to be a conflict, but only when Section 7 is read out of context.

In AGPL, "you" refers to the recipient of the code, in other words, the licensee. (See Section 0, which says, "Each licensee is addressed as "you".") Section 7 is about what terms recipients -- meaning licensees -- of AGPL code can and cannot add when they redistribute the code to others. Section 7 starts by saying, "When you convey a copy of a covered work, you may at your option…" The entire Section was written to govern the actions of licensees only. The "conflicting" clause in Section 7 says, "If the

N4J_019449

SER_3538

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a further restriction, you may remove that term." This is not a limitation on the licensor, who is not referred to as "you" anywhere in the document.

To be clear, I represent Neo4j and I am responding on behalf of Neo4j at their request.

2



**akhmerov** commented Nov 13, 2018 • edited

@heathermeeker can you please also comment on the statement in the preface of AGPL:

> Copyright (C) 2007 Free Software Foundation, Inc. http://fsf.org/
> Everyone is permitted to copy and distribute verbatim copies
> of this license document, but changing it is not allowed.

In your opinion, does the addition of the commons clause constitute a violation of FSF copyright? If not, can you please explain why?

---

Regarding the clause in Section 7: in your opinion, does "this License" refer to AGPL or AGPL + commons clause? The latter seems to contradict the definition in Section 0.

If "this License" does indeed refer to AGPL alone, do you disagree that Section 7 permits the licensees to remove the commons clause?

To me it seems to be the case because: the program as you (the licensee) received it contains contains a notice (the notice at the header of the document) stating that it is governed by this License along with a term that is a further restriction (commons clause) you may remove that term.

Please let me know what this interpretation misses.

3



**belarm** commented Nov 23, 2018

Granted in all cases, but I believe you've missed something:
"If the Program as you received it, or any part of it, contains a notice stating that it is governed by this License along with a term that is a

N4J_019450

SER_3539

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

further restriction, you may remove that term."

If 'you' in this sentence refers to the licensee, as you claim, then *I*
(the licensee) am free to remove that clause.

...

3

**Sign up for free**  to join this conversation on GitHub. Already have an account?
Sign in to comment

Assignees

No one assigned

Labels

operability

Projects

None yet

Milestone

No milestone

Linked pull requests

Successfully merging a pull
request may close this issue.

None yet

10 participants

© 2020 GitHub, Inc.

Terms

Privacy

Security

N4J_019451

SER_3540

Case: 24-5538, 02/24/2025, DktEntry: 52.14, Page 273 of 297

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 986 of 1198

Modifying the AGPL License by adding restrictions is not allowed · Issue #11821 · neo4j/neo4j · GitHub

Status

Help

Contact GitHub
Pricing
API
Training
Blog
About

N4J_019452

SER_3541

# EXHIBIT 118

SER_3542

| | |
|---|---|
| **From:** | Bob Trudeau (btrudeau) |
| **To:** | Graph Foundation Admin |
| **Subject:** | Re: GraphStack Neo4j Question |
| **Date:** | Tuesday, July 17, 2018 11:55:17 AM |

Hi GF,

Thanks for the information. ==Unfortunately, my head is swimming with licenses and terminology.==

==When you say "ONgDB – this is a fully AGPL fork of the open source Neo4j Github repository" what does AGPL mean? Is that AGPLv3 ("GNU AFFERO GENERAL PUBLIC LICENSE Version 3, 19 November 2007") from the FSF? Is that the same AGPLv3 license referenced below regarding Neo4j Enterprise from the Neo4j Github repository (https://github.com/neo4j/neo4j) albeit with the "additional sections" you mentioned?==



Essentially, I want to be able to provide the Micron Legal department with the most-correct licensing information so that they can perform their due diligence regarding liability and exposure. If there is a "non-shield" option that would be preferable. Otherwise Micron would simply be trading one commercial license with Neo4j for another commercial license with another provider such as GraphGrid, correct?

When I feel like I have more of the licensing basics in-hand and have specific questions to ask (so I don't waste your time answering questions that I could have answered online) I may want to take you up on your offer of a phone call.

Thanks,

Bob Trudeau
Enterprise Architect
IT Enterprise Analytics & Data
Micron Technology, Inc.
Office +1 (916) 458-3277
btrudeau@micron.com

**From:** Graph Foundation Admin [mailto:admin@graphfoundation.org]
**Sent:** Monday, July 16, 2018 6:53 AM
**To:** Bob Trudeau (btrudeau) <btrudeau@micron.com>
**Subject:** [EXT] Re: GraphStack Neo4j Question

Hi Bob,

I received your question from iGov. We're consolidating support of the open source neo4j graph database distributions under a non-profit organization: Graph Foundation - www.graphfoundation.org

I can help you answer your questions.

The naming you'll see for the build on the foundation site is ONgDB - this is a fully AGPL fork of the open source Neo4j Github repository with all restrictive marks from Neo4j, Inc. removed. We've taken the necessary steps make sure we keep the repository fully AGPL which is the license that Neo4j, Inc has released it under, but then added additional sections to the AGPL license, which in our conversations with FSF (Free Software Foundation) is not legal to do when using the AGPL license.

If you are looking for a full shield of liability, we recommend using one of our supporters such as GraphGrid. I can put you in contact with them if that full shield is of interest.

If it makes sense to have a call or if you have specific references that would help your organization assess the validity of it, please let us know and we can try to accommodate.

Thanks You,
GF


---------- Forwarded message ---------
From: **Bob Trudeau (btrudeau)** <btrudeau@micron.com>
Date: Wed, Jul 11, 2018 at 11:47 AM
Subject: GraphStack Neo4j Question
To: info@igovsol.com <info@igovsol.com>


To:       iGov Information (info@igovsol.com)
From:   Bob Trudeau (Micron Technology, Inc.)
Date:   Wednesday, July 11, 2018

I am currently evaluating potential Neo4j options other than a commercial license. The availability of a free, open-source version of Neo4j Enterprise from GraphStack is of obvious interest.

As an employee of Micron I need to ensure that I am operating with integrity and complying with all legal requirements in the procurement and use of software such as Neo4j.

What references and/or other information can GraphStack provide to assist me in confirming the legality of the GraphStack Neo4j Enterprise software?

Regards,

Bob Trudeau
Enterprise Architect
IT Enterprise Analytics & Data

**CONFIDENTIAL**

GFI000285
**SER_3544**

Micron Technology, Inc.
Office +1 (916) 458-3277
btrudeau@micron.com

GFI000286
SER_3545

**EXHIBIT 119**

SER_3546

**From:**      Keshav Nagpal (Keshav@gravityilabs.com)
**To:**        John Mark Suhy (jmsuhy@igovsol.com)
**CC:**        Lewis Lu (Lewis@gravityilabs.com)
**BCC:**
**Subject:**   RE: Neo4j Pricing
**Attachments:**
**Sent:**      12/05/2018 09:27:00 PM -0800 (PST)

---

Thanks for your response John,
I'm working with neo4j 3.4.9 Enterprise on my desktop
And we want to host this on Azure, But can we use this DB to support our commercial software without making it open source,

I found this on ONGDB Github repo

This GitHub repository contains mixed GPL and AGPL code. Our Community edition (in the community/ directory) is GPLv3. Our Enterprise edition (enterprise/) is differently licensed under the AGPLv3.
source: https://github.com/GraphFoundation/ongdb

@Lewis Lu can you please take a look at this, and see if we can host this without any license issues.


From: John Mark Suhy <jmsuhy@igovsol.com>
Sent: Wednesday, December 5, 2018 7:09 PM
To: Keshav Nagpal <Keshav@gravityilabs.com>
Subject: Re: Neo4j Pricing

Hello Keshav,

Sure, I can give some guidance.  Just so you know ONgDB 3.5 will be out soon as well.

Neo4j removed the enterprise code from the 3.5 codebase, but the ONgDB team took the code before the move and has been working on updating the open enterprise module.

You may also want to look at GraphGrid (http://graphgrid.com)

What version are you currently working with?

On Tue, Dec 4, 2018, 10:50 PM Keshav Nagpal <Keshav@gravityilabs.com wrote:

> Hi John,
>
> I read your article, it was very informative
> But recently Neo4j changed their licensing structure
>
> Neo4j Enterprise : Solely on Commercial license
> Neo4j Community: GPLv3
>
> We are building one module to be added to our product
> That module uses neo4j db, We'll be hosting everything on Azure
>
> Can you help us figure out how can we use Neo4j with BYOL model for the license of neo4j on azure.

IGOV0001573440.0001

SER_3547

thanks

IGOV0001573440.0002

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 994 of 1198

# EXHIBIT 120

SER_3549

| | |
|---|---|
| **From:** | Michael Smolyak |
| **To:** | Brad Nussbaum |
| **Cc:** | John Mark Suhy; Shahak Nagiel |
| **Subject:** | OngDB release schedule |
| **Date:** | Wednesday, January 22, 2020 1:10:56 PM |

Hello Brad,

I work with Shahak Nagiel who wrote to you earlier regarding the possibility of using OngDB instead of the enterprise edition of Neo4j.

I am currently leading the Graph Database team responsible for deploying an OngDB-based solution into production.

I saw that Neo4j version 4.0 was recently released and wanted to inquire into your foundation's plans to release the corresponding version of OngDB.

Is it in the plans? If so, what is the time frame for such a release?

Thank you,

Michael



**Michael Smolyak**
Principal Engineer
w (443) 545-3109 | c (443) 739-9200
michael.smolyak@nextcentury.com



2701 Technology Drive, Suite 100 | Annapolis Junction, MD 20701
main: 443.545.3100 | fax: 240.456.0010 | www.nextcentury.com


CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible to the intended recipient, please be advised that any disclosure, copying, distribution, or taking of action based on the contents of this message is prohibited. If you have received this transmission in error, please notify the sender immediately.



# EXHIBIT 121

SER_3551

# Unable to connect to Neo4J/ONgDB Browser when port forwarding

Asked 7 months ago   Active 7 months ago   Viewed 115 times



0





1

I am running the ONgDB container as per [their Docker run command](#).
I have tested this locally on my laptop and it worked before, I was able to navigate to the graph browser and log in.

Now I am running this Graph in a server.
I did port forwarding to my laptop successfully, and am able to see ONgDB Browser in my laptop.
However I am unable to log in, I get the error: `ServiceUnavailable: WebSocket connection failure. Due to security constraints in your web browser, the reason for the failure is not available to this Neo4j Driver. Please use your browsers development console to determine the root cause of the failure. Common reasons inc...`

I found [Neo4J article](#) on how to resolve it.
I entered the ONgDB container filesystem and opened the .conf file, but there was no line to uncomment.
I tried to add the suggested line `dbms.connector.bolt.address=0.0.0.0:7687` but it does not work as well.

How can I enable ONgDB Docker container for remote access?

neo4j

asked Feb 18 at 4:10

cryanbhu
**834**   7   15

## 1 Answer



0



I figured out the problem, in Neo4J/ONgDB browser, it fills the database host with `localhost` by default.
You just have to fill it in with the server's IP there and it works.

Also, you can connect using a desktop Neo4J/ONgDB browser to a remote graph, its just like a database (RDBMS) where you can connect to it from a client running locally.

answered Feb 18 at 5:05

cryanbhu
**834**   7   15

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019552

SER_3552

**EXHIBIT 122**

SER_3553

6/10/2020 Case 5:18-cv-07182-EJD Document 98-1 Filed 12/11/20 Page 999 of 1198
ONgDB neo4j not starting up - Stack Overflow

# ONgDB neo4j not starting up

Asked 1 month ago · Active 1 month ago · Viewed 16 times



Windows 10 OS. Can somebody help on this.

neo4j



asked Apr 29 at 8:26
user3300034
41 · 1 · 3

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service. ✕

N4J_019553
SER_3554

**EXHIBIT 123**

SER_3555

Gremlin-server not starting with ongdb

# Gremlin-server not starting with ongdb

Asked 7 months ago    Viewed 92 times



0





I am trying to start the Gremlin server with ONGDB. I am using Gremlin Server (v3.4.0) and ONgDB (v3.2.3). Following the conf changes, I made

### neo4j-empty.properties

```
gremlin.graph=org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph
gremlin.neo4j.directory=/home/rgupta/Documents/Gremlin-db/neo4j.server1
gremlin.neo4j.conf.ha.server_id=1
gremlin.neo4j.conf.ha.initial_hosts=localhost:5001\,localhost:5002\,localhost:5003
gremlin.neo4j.conf.ha.host.coordination=localhost:5001
gremlin.neo4j.conf.ha.host.data=localhost:6001
```

### gremlin-server-neo4j.yaml

```
host: localhost
port: 8182
scriptEvaluationTimeout: 30000
channelizer: org.apache.tinkerpop.gremlin.server.channel.WebSocketChannelizer
graphs: {
  graph: conf/neo4j-empty.properties}
scriptEngines: {
  gremlin-groovy: {
    plugins: { org.apache.tinkerpop.gremlin.server.jsr223.GremlinServerGremlinPlugin:
{},
             org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin: {},
             org.apache.tinkerpop.gremlin.jsr223.ImportGremlinPlugin: {classImports:
[java.lang.Math], methodImports: [java.lang.Math#*]},
             org.apache.tinkerpop.gremlin.jsr223.ScriptFileGremlinPlugin: {files:
[scripts/empty-sample.groovy]}}}}
serializers:
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}
  # application/vnd.gremlin-v3.0+gryo
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GryoMessageSerializerV3d0,
config: { serializeResultToString: true }}
  # application/vnd.gremlin-v3.0+gryo-stringd
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphSONMessageSerializerV3d0,
config: { ioRegistries:
[org.apache.tinkerpop.gremlin.tinkergraph.structure.TinkerIoRegistryV3d0] }}      #
application/json
  - { className: org.apache.tinkerpop.gremlin.driver.ser.GraphBinaryMessageSerializerV1
}
  # application/vnd.graphbinary-v1.0
processors:
  - { className: org.apache.tinkerpop.gremlin.server.op.session.SessionOpProcessor,
config: { sessionTimeout: 28800000 }}
  - { className: org.apache.tinkerpop.gremlin.server.op.traversal.TraversalOpProcessor,
config: { cacheExpirationTime: 600000, cacheMaxSize: 1000 }}
metrics: {
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019544

SER_3556

```
    slf4jReporter: {enabled: true, interval: 180000}}
strictTransactionManagement: false
idleConnectionTimeout: 0
keepAliveInterval: 0
maxInitialLineLength: 4096
maxHeaderSize: 8192
maxChunkSize: 8192
maxContentLength: 65536
maxAccumulationBufferComponents: 1024
resultIterationBatchSize: 64
writeBufferLowWaterMark: 32768
writeBufferHighWaterMark: 65536
ssl: {
    enabled: false}
```

At the time of running the gremlin server, I get the following error:

```
[INFO] GremlinServer - 3.4.0
         \,,,/
         (o o)
-----oOOo-(3)-oOOo-----

[INFO] GremlinServer - Configuring Gremlin Server from conf/gremlin-server-neo4j.yaml
[INFO] MetricManager - Configured Metrics ConsoleReporter configured with report
interval=180000ms
[INFO] MetricManager - Configured Metrics CsvReporter configured with report
interval=180000ms to fileName=/tmp/gremlin-server-metrics.csv
[INFO] MetricManager - Configured Metrics JmxReporter configured with domain= and
agentId=
[INFO] MetricManager - Configured Metrics Slf4jReporter configured with
interval=180000ms and
loggerName=org.apache.tinkerpop.gremlin.server.Settings$Slf4jReporterMetrics
[WARN] DefaultGraphManager - Graph [graph] configured at [conf/neo4j-empty.properties]
could not be instantiated and will not be available in Gremlin Server.  GraphFactory
message: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
java.lang.RuntimeException: GraphFactory could not find
[org.apache.tinkerpop.gremlin.neo4j.structure.Neo4jGraph] - Ensure that the jar is in
the classpath
    at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:63)
    at
org.apache.tinkerpop.gremlin.structure.util.GraphFactory.open(GraphFactory.java:104)
    at
org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.lambda$new$0(DefaultGraphMana

    at java.util.LinkedHashMap$LinkedEntrySet.forEach(LinkedHashMap.java:671)
    at org.apache.tinkerpop.gremlin.server.util.DefaultGraphManager.<init>
(DefaultGraphManager.java:55)
    at sun.reflect.NativeConstructorAccessorImpl.newInstance0(Native Method)
    at
sun.reflect.NativeConstructorAccessorImpl.newInstance(NativeConstructorAccessorImpl.java:6

    at
sun.reflect.DelegatingConstructorAccessorImpl.newInstance(DelegatingConstructorAccessorImp

    at java.lang.reflect.Constructor.newInstance(Constructor.java:423)
    at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
```

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019545

SER_3557

python gremlin server not starting with ongdb - Stack Overflow

```
[INFO] ServerGremlinExecutor - Initialized Gremlin thread pool.  Threads in pool named
with pattern gremlin-*
Exception in thread "main" java.lang.IllegalStateException:
java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

        at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:108)
        at org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.<init>
(GremlinExecutor.java:77)
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor$Builder.create(GremlinExecutor.

        at org.apache.tinkerpop.gremlin.server.util.ServerGremlinExecutor.<init>
(ServerGremlinExecutor.java:128)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:122)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.<init>(GremlinServer.java:86)
        at org.apache.tinkerpop.gremlin.server.GremlinServer.main(GremlinServer.java:345)
Caused by: java.lang.ClassNotFoundException:
org.apache.tinkerpop.gremlin.neo4j.jsr223.Neo4jGremlinPlugin
        at java.net.URLClassLoader.findClass(URLClassLoader.java:381)
        at java.lang.ClassLoader.loadClass(ClassLoader.java:424)
        at sun.misc.Launcher$AppClassLoader.loadClass(Launcher.java:349)
        at java.lang.ClassLoader.loadClass(ClassLoader.java:357)
        at java.lang.Class.forName0(Native Method)
        at java.lang.Class.forName(Class.java:264)
        at
org.apache.tinkerpop.gremlin.groovy.engine.GremlinExecutor.initializeGremlinScriptEngineMa

        ... 7 more
[INFO] OpLoader - Adding the standard OpProcessor.
[INFO] OpLoader - Adding the session OpProcessor.
[INFO] OpLoader - Adding the traversal OpProcessor.
[INFO] GremlinServer - Shutting down OpProcessor[]
[INFO] GremlinServer - Shutting down OpProcessor[session]
[INFO] GremlinServer - Shutting down OpProcessor[traversal]
[INFO] GremlinServer - Shutting down thread pools.
Exception in thread "gremlin-server-shutdown" java.lang.NullPointerException
        at org.apache.tinkerpop.gremlin.server.GremlinServer.stop(GremlinServer.java:255)
        at
org.apache.tinkerpop.gremlin.server.GremlinServer.lambda$new$0(GremlinServer.java:103)
        at java.lang.Thread.run(Thread.java:748)
```

I also tried ONgdb (neo4j) with different gremlin server versions like v3.3.0 and v3.3.1

python    neo4j    gremlin-server

edited Feb 27 at 15:27            asked Feb 21 at 8:41
Radostin Nanov                    Ravindra Gupta
132    1    5                     368    1    20

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.

N4J_019546

SER_3558

**EXHIBIT 124**

9/13/2019                    Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/23   Page 1005 of 1198

# Loading large cypher file in Neo4J

Asked 7 months ago    Active 7 months ago    Viewed 196 times



0





I'm having some difficulty loading a Cypher file into Neo4J in Windows 10. The file in question is a 175 Mb .cql file filled with more than a million lines of nodes and edges (separated by semicolons) in the Cypher language -- CREATE [node], that sort of thing. For smaller items, I have been using an APOC command in the web browser:

```
call apoc.cypher.runFile('file:///<file path>')
```

but this is too slow for a million+ query file. I've created indexes for the nodes, and am currently running it through a command:

```
neo4j-shell -file <file path> -path localhost
```

but this is still slow. I was wondering, is there any way to speed up the intake?

Also, note that I am using an recent ONGDB build, rather than straight Neo4J; I do not believe this will make any substantial difference.

`performance`  `neo4j`  `cypher`

edited Jan 16 at 20:14

asked Jan 16 at 19:45
tq343
45 ● 8

## 2 Answers

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.  ✕

https://stackoverflow.com/questions/54224244/loading-large-cypher-file-in-neo4j



2

If you are ingesting into a new neo4j DB, you should consider refactoring the data out of it and using the import command of neo4j-admin tool to efficiently ingest the data.

If you are ingesting into an existing DB, you should consider refactoring the data and logic out of the CQL file and using LOAD CSV.

answered Jan 16 at 20:50

 cybersam
**45.3k** ● 5 ● 35 ● 58

---

1

I ended up ingesting it using cypher-shell. It's still slow, but at least it does finish. Using it requires one to first open a Neo4J console then, in a second command line, use:

```
type <filepath>\data.cql | bin\cypher-shell.bat -a localhost -u <user> -p <password> --
fail-at-end
```

 This works for Windows 10, although it does take a while.

answered Jan 22 at 14:56

 tq343
45 ● 8

---

By using our site, you acknowledge that you have read and understand our Cookie Policy, Privacy Policy, and our Terms of Service.  ✕

N4J_019551

SER_3561

Case 5:18-cv-07182-EJD   Document 98-1   Filed 12/11/20   Page 1007 of 1198

# EXHIBIT 125

SER_3562

Code Issues 3 Pull requests 2 Actions Projects Wiki Security Insights

Join GitHub today
GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.
Sign up
Dismiss

# query logging is not working on enterprise #4

New issue

Closed ghost opened this issue on May 26, 2019 · 3 comments

ghost commented on May 26, 2019 • edited by ghost

- Neo4j version: 3.5.4
- Operating system: Ubuntu 16.04
- API/Driver: none
- **Steps to reproduce**
- Expected behavior : query.log file collect the logs, with configuration of enabling query.log. set true (on conf/neo4j.conf)
- Actual behavior: not collecting any query, the file size of query.log is always 0

Additionally, include (as appropriate) log-files, stacktraces, and other debug output.

## Steps to reproduce

1. download tarball on https://www.graphfoundation.org/projects/ongdb/

- file name: ongdb-enterprise-3.5.4-unix.tar.gz

2. set enable query logging on file, "conf/neo4j.conf" (remove '#' query.log~~= )
3. start neo4j

Assignees
No one assigned

Labels
None yet

Projects
None yet

Milestone
No milestone

Linked pull requests
Successfully merging a pull request may close this issue.
None yet

2 participants





collect query.log.

"query.log" is only activated on enterprise model on neo4j.

**Expected behavior**

`logs/query.log` should be collecting the logs and changing of file size

**Actual behavior**

`logs/query.log` file size always 0.

---

**bradnussbaum** commented on May 28, 2019 — Contributor

@Sumin-Lim Thanks for reporting this. We're taking a look.

---

**jmsuhy** commented on May 28, 2019 — Contributor

I will verify the issue also exists in 3.5.6-SNAPSHOT as well so we can pinpoint the issue and fix it.

---

**jmsuhy** commented on Sep 17, 2019 — Contributor

I tested in 3.5.3, 3.5.4 and 3.5.9-SNAPSHOT and it works fine. I suspect you did not set query.threshold to zero to log all queries. See the instructions below.

dbms.logs.query.enabled=true
dbms.logs.query.threshold=0

https://neo4j.com/docs/operations-manual/current/monitoring/logging/query-logging/

---

jmsuhy closed this on Sep 17, 2019

https://github.com/graphfoundation/ongdb/issues/4

N4J_019983
2/2

SER_3564

# EXHIBIT 126

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

SER_3565