IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CASE NO.: 24-5538
**NEO4J, INC., et al.,**
Plaintiffs-Appellees,

v.

**JOHN MARK SUHY,**
Defendant-Appellant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO SEAL VOLUME 18 OF SUPPLEMENTAL EXCERPTS OF RECORD**

Defendant-Appellant John Mark Suhy respectfully moves this Court for an extension of time to file his opposition to Plaintiffs-Appellees' Motion to Seal Volume 18 of the Supplemental Excerpts of Record, which was originally filed as Document 54 - EXCERPTS OF RECORD Volume 18 submitted UNDER SEAL by Plaintiffs-Appellees, and entered into the record on February 25, 2025 [DE 53].

I. Current Deadline and Requested Extension

- The current deadline to file an opposition to the motion to seal is March 6, 2025.
- Defendant-Appellant requests a brief extension of seven (7) additional days, making the new deadline March 13, 2025.

1

II. Basis for the Request

The parties are currently engaged in discussions regarding a potential path forward that may provide Defendant-Appellant an opportunity to review the contents of Volume 18 before determining whether an opposition to the motion to seal is necessary. While it remains uncertain whether an agreement will be reached, this extension allows additional time for continued discussions without immediately requiring further filings.

III. Opposing Counsel's Position

- Counsel for Plaintiffs-Appellees has confirmed that they do not oppose this request.
- Because this is an unopposed request, granting the extension will not prejudice any party or impose any burden on the Court.

IV. Conclusion

For the foregoing reasons, Defendant-Appellant respectfully requests that the Court grant this motion and extend the deadline to file his

opposition to the motion to seal from March 6, 2025, to March 13, 2025.

Respectfully submitted,

**John Mark Suhy**
Pro Se
Dated: 03/05/2025
8814 Danewood Dr
Alexandria, VA 22308
Tel: (703) 862-7780
Email: jmsuhy@gmail.com

## CERTIFICATE OF SERVICE

I, John Mark Suhy Jr, hereby certify that on this March 5, 2025, I electronically filed the foregoing motion, exhibit, and declaration with the United States

Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr.

John Mark Suhy Jr

8814 Danewood Dr

Alexandria, VA 22308

jmsuhy@gmail.com

703-862-7780