IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>　　　Plaintiffs-ctr-defendants-Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>　　　Defendant-ctr-claimant-Appellant.<br><br>and<br><br>PURETHINK LLC, a Delaware limited liability company; and IGOV, INC., a Virginia corporation,<br><br>　　　Defendants. | No. 24-5538<br><br>District No. 5:18-cv-07182-EJD<br>U.S. District Court for the Northern District of California<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' OPPOSITION TO MOTION OF THE FREE SOFTWARE FOUNDATION, INC. FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

I, Jeffrey M. Ratinoff, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and admitted to this Court, and am a partner of Spencer Fane LLP, attorneys of record for Plaintiffs-Appellees Neo4j, Inc. ("Neo4j USA"), and Neo4j Sweden AB ("Neo4j Sweden," collectively "Appellees"). I make this declaration in support of Appellees' Opposition to the Motion for Leave to File Amicus Brief by the Free Software Foundation, Inc. ("FSF").

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. On February 27, 2025, David Schultz, counsel for the FSF left a voicemail for me inquiring whether Appellees would oppose a motion for leave to file an amicus brief on behalf of FSF. In that voicemail, Mr. Schultz represented that the FSF would not be "taking a position in support of either party, but [intended] to address various statements that Neo4j made about the Free Software Foundation in [Neo4j's] opposition to the motion for the Software Freedom Conservancy to file its amicus brief."

4. On February 28, 2025, I spoke with Mr. Schultz and Sa'id Vakili, also counsel for the FSF, wherein they again confirmed that the FSF was not seeking

1

leave to address any of the arguments asserted by either Suhy or Appellees in their respective appellate briefs. Rather, the FSF was merely seeking leave to respond to unspecified factual statements made by Appellees in opposition to the SFC's motion for leave to file its amicus brief. I informed counsel for the FSF that Appellees would oppose the FSF's motion on the grounds that such matters were irrelevant as it was improper to seek leave to file an amicus brief on such an ancillary motion.

5. I further indicated that Appellees would oppose the FSF's motion as untimely because the deadlines to file an amicus brief and to file a reply brief in support of the SFC's motion for leave had long since passed. When I asked why the FSF believed its motion was relevant to the substantive issues raised on appeal timely, counsel for the FSF conceded it was not and that they simply need to "correct the record" regarding statements made by Appellees' about the FSF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 7th day of March, 2025, at San Jose, California.

 */s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on March 7, 2025, I electronically filed the foregoing DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY SOFTWARE FREEDOM CONSERVANCY, INC. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**John Mark Suhy**
jmsuhy@gmail.com

**Rick Sanders**
rick@sfconservancy.org

**Aaron Kyle Williamson**
aaron@williamson.legal

**Said Vakili**
vakili@vakili.com

**David N. Schultz**
schu1984@yahoo.com

　　　　　　　　　　　　　　　　　／s／　*Jeffrey M. Ratinoff*
　　　　　　　　　　　　　　　　　Jeffrey M. Ratinoff

1