IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>    Plaintiffs-ctr-defendants-Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>    Defendant-ctr-claimant-Appellant.<br><br>and<br><br>PURETHINK LLC, a Delaware limited liability company; and IGOV, INC., a Virginia corporation,<br><br>    Defendants. | No. 24-5538<br><br>District No. 5:18-cv-07182-EJD<br>U.S. District Court for the Northern District of California<br><br>**REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' MOTION TO SEAL VOLUME 18 OF SUPPLEMENTAL EXCERPTS OF RECORD** |

I, Jeffrey M. Ratinoff, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and admitted to this Court, and am a partner of Spencer Fane LLP, attorneys of record for Plaintiffs-Appellees Neo4j, Inc. ("Neo4j USA"), and Neo4j Sweden AB ("Neo4j Sweden," collectively "Appellees"). I make this declaration in support of Appellees' Reply in Support of their Motion to Seal Volume 18 of the Supplemental Excerpts of Record.

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between myself and Appellant John Mark Suhy, the relevant portion thereof spanning the date range of March 4, 2025 through March 5, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the continuation of the email exchange in Exhibit 1 between myself and Appellant John Mark Suhy through March 12, 2025.

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 18th day of March, 2025, at San Jose, California.

　　　　　　　　　　　　　　　　　　  */s/ Jeffrey M. Ratinoff*
　　　　　　　　　　　　　　　　　　　Jeffrey M. Ratinoff

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on March 18, 2025, I electronically filed the foregoing REPLY DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' MOTION TO SEAL VOLUME 18 OF SUPPLEMENTAL EXCERPTS OF RECORD with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**John Mark Suhy**
jmsuhy@gmail.com

**Rick Sanders**
rick@sfconservancy.org

**Aaron Kyle Williamson**
aaron@williamson.legal

**Said Vakili**
vakili@vakili.com

**David N. Schultz**
schu1984@yahoo.com

/s/ Jeffrey M. Ratinoff
Jeffrey M. Ratinoff

1

# EXHIBIT 1

**Ratinoff, Jeff**

| | |
|---|---|
| **From:** | Ratinoff, Jeff |
| **Sent:** | Wednesday, March 5, 2025 12:49 PM |
| **To:** | John Mark Suhy |
| **Cc:** | Moseley, Jeremy; Picone, John; Cherng, Gene; Ramsey, Rachel; Bustos, Kelsey; Kern, Kelsey |
| **Subject:** | RE: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration |

Mr. Suhy,

If there are other specific AEO documents you believe you require access to in preparing your reply brief please let us know and we can discuss with our client. To that end, it seems that a reasonable extension on responding to Neo4j's pending motion to seal makes sense. Please send us a draft for review before filing so we can confirm Neo4j's non-opposition.

However, the disclosure of any AEO documents will still be conditioned on the withdrawal of your motion to modify the protective order since it seeks an overly broad modification that goes beyond any such specific materials.

Sincerely,
Jeffrey Ratinoff

---

**From:** John Mark Suhy <jmsuhy@gmail.com>
**Sent:** Wednesday, March 5, 2025 12:32 PM
**To:** Ratinoff, Jeff <jratinoff@spencerfane.com>
**Cc:** Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
**Subject:** Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Mr. Ratinoff,

I can file a motion for an extension to allow more time for discussion
if you still think it would be useful.

However, I am unsure whether I am willing to withdraw my motion to
modify the protective order, as there may be AEO-designated documents
beyond those cited in your answering brief that could be relevant to
my reply brief.

If you still think an extension would be beneficial to discuss this
specific motion to seal with that in mind, let me know and I will make

1

the request.

Respectfully,

John Mark Suhy

On Wed, Mar 5, 2025 at 12:12 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
>
> Mr. Suhy,
>
>
>
> Neo4j is willing to disclose the contents of Vol. 18 to you, subject to the provisions of the Protective Order, only under the condition that you withdraw your motion to modify the protective order (Dkt. Entry 44.1).
>
>
>
> Recall, the main point of your motion was to obtain access to AEO documents that Neo4j would rely upon in its answering brief. The only AEO documents relied upon by Neo4j are contained in Volume 18. Thus, your motion would be moot and it would be wise to reduce the burden of ancillary matters that the Court must address beyond the merits of the appeal.
>
>
>
> As for opposing Neo4j's pending appeal, we would hope that you'd not oppose since your counsel had no issue with the sealing of these same documents. You'd receive access under the Protective Order so there would be no prejudice to you. Again, we strongly advise that you consider reducing the burden on the Court on motions that have nothing to do with the merits of the appeal. That being said, we are still willing to agree to an extension until March 10th for you to decide whether to oppose.
>
>
>
> Sincerely,
> Jeffrey Ratinoff
>
>
>
> From: John Mark Suhy <jmsuhy@gmail.com>
> Sent: Tuesday, March 4, 2025 6:21 PM
> To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
>

2

&gt;
&gt;
&gt; [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
&gt;
&gt; Mr. Ratinoff,
&gt;
&gt; Thank you for your response. Given the tight deadline for filing an
&gt; opposition, I do not believe there is enough time to resolve this
&gt; through further discussion. Since I still do not have access to Volume
&gt; 18, I will likely need to file an opposition to the motion to seal.
&gt;
&gt; If you can provide Volume 18 tomorrow, I will review it and reconsider
&gt; whether an opposition is necessary. However, without timely access to
&gt; the document, I must proceed under the assumption that I am being
&gt; denied the ability to assess the motion fully.
&gt;
&gt; I am unsure how to file an extension for this motion. If you would
&gt; like to request one, or can provide me with the steps to do so, I
&gt; would be happy to proceed with that.
&gt;
&gt; Respectfully,
&gt;
&gt; John Mark Suhy
&gt;
&gt; On Tue, Mar 4, 2025 at 6:52 PM Ratinoff, Jeff &lt;jratinoff@spencerfane.com&gt; wrote:
&gt; &gt;
&gt; &gt; Mr. Suhy,
&gt; &gt;
&gt; &gt;
&gt; &gt; We need to confer with our client regarding disclosing Volume 18 to you since it contains the following AEO-designated materials: (a) the relevant excerpt of TX15 containing sales info for the MPO; and (b) Pages 127–129 and 171–176 of the trial transcript previously sealed by the court. Please be advised that any disclosure of such materials would still be subject to the Protective Order. It would be conditioned on you agreeing to withdrawing you pending motion to modify the protective order since the main grounds for that motion was the anticipated inability to review sealed materials cited Appellees' Answering Brief.
&gt; &gt;
&gt; &gt;
&gt; &gt;
&gt; &gt; I cannot guarantee that we will receive a response from our client by tomorrow. As such, are willing to agree to a short extension of the deadline to oppose the motion to seal.
&gt; &gt;
&gt; &gt;
&gt; &gt; Sincerely,
&gt; &gt; Jeffrey Ratinoff
&gt; &gt;
&gt; &gt;

3

> >
> >
> >
> > From: John Mark Suhy <jmsuhy@gmail.com>
> > Sent: Tuesday, March 4, 2025 12:10 PM
> > To: Kern, Kelsey <kkern@spencerfane.com>
> > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Ratinoff, Jeff <jratinoff@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>
> > Subject: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> >
> >
> >
> > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> >
> > Good afternoon,
> >
> > Thank you for providing the attached filings. However, I have not
> > received a copy of Volume 18 of the Supplemental Excerpts of Record
> > and can not access it on pacer. I need to review this document to
> > determine whether I will oppose the motion to seal.
> >
> > Please provide me with a copy as soon as possible. If there is a
> > reason for withholding it, please clarify the basis for that decision.
> >
> > Given the deadline to file an opposition, I ask for a response by
> > tomorrow afternoon. If I do not receive the document, I may oppose
> > the motion based on this refusal.
> >
> > Please confirm whether you will provide Volume 18.
> >
> > Respectfully,
> >
> > John Mark Suhy
> >
> > 703-862-7780
> >
> > On Mon, Feb 24, 2025 at 11:28 PM Kern, Kelsey <kkern@spencerfane.com> wrote:
> > >
> > > Mr. Suhy - Please find the attached filings, filed February 24, 2025.
> > >
> > >
> > >
> > > Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record
> > > Declaration of Jason Zagalsky
> > >

4

> > >
> > >
> > > Should you have any problems opening the attached PDF's, please feel free to contact me.
> > >
> > >
> > >
> > > Thank you,
> > >
> > > Kelsey
> > >
> > >
> > >
> > > Kelsey Kern Legal Administrative Assistant
> > > Spencer Fane LLP
> > >
> > > _____
> > >
> > > 1700 Lincoln Street, Suite 2000 | Denver, CO 80203
> > > O 303.839.3782
> > > kkern@spencerfane.com | spencerfane.com
> > >
> > >

5

# EXHIBIT 2

**Ratinoff, Jeff**

| | |
|---|---|
| **From:** | John Mark Suhy <jmsuhy@gmail.com> |
| **Sent:** | Wednesday, March 12, 2025 1:20 PM |
| **To:** | Ratinoff, Jeff |
| **Cc:** | Moseley, Jeremy; Picone, John; Cherng, Gene; Ramsey, Rachel; Bustos, Kelsey; Kern, Kelsey |
| **Subject:** | Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration |

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Mr. Ratinoff,

If you have another pathway to suggest, I am open to hearing it. As I am pro se, I will rely on you to propose any alternative solutions to keep these discussions efficient. Otherwise, I will proceed with my opposition to the motion.

Respectfully,

John Mark Suhy


On Wed, Mar 12, 2025 at 4:06 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
>
> Mr. Suhy,
>
> It's unclear why you would need to proceed with the motion to modify the protective order when the disclosure of Vol 18 would resolve the concerns raised in the motion. Perhaps you could explain you position to give some clarity as to whether there is another path forward. Otherwise, it appears that you are seeking to gain access to AEO materials unrelated to the parties' briefing of the issues on appeal for improper purposes.
>
>
>
> Sincerely,
> Jeffrey Ratinoff
>
>
>
> From: John Mark Suhy <jmsuhy@gmail.com>
> Sent: Wednesday, March 12, 2025 12:52 PM
> To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>;

1

Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
>
>
>
> [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
>
> Mr. Ratinoff,
>
> After consideration, I do not wish to withdraw the motion to modify
> the protective order.
>
> Is there another pathway we can discuss that could work for your client?
>
> If so, let me know your ideas.
>
> Respectfully,
>
> John Mark Suhy Jr.
>
> On Wed, Mar 12, 2025 at 2:48 PM Ratinoff, Jeff
> <jratinoff@spencerfane.com> wrote:
> >
> > Mr. Suhy,
> >
> >
> > I have not heard back from you regarding our offer to disclose Volume 18 to you in exchange for dropping your motion to modify the protective over. Please let me know if you are agreeable.
> >
> >
> > Sincerely,
> > Jeffrey Ratinoff
> >
> >
> >
> > From: John Mark Suhy <jmsuhy@gmail.com>
> > Sent: Wednesday, March 5, 2025 1:54 PM
> > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> > Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> >
> >

2

> >
> > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> >
> > Mr. Ratinoff,
> >
> > I will update the motion to request an extension until March 13, 2025
> > and proceed with filing it later this evening or in the morning.
> >
> > Respectfully,
> >
> > John Mark Suhy
> >
> > On Wed, Mar 5, 2025 at 4:50 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
> > >
> > > Mr. Suhy,
> > >
> > >
> > > The draft is fine. However, I am leaving town tomorrow. So, I would recommend making the extension longer to March 13th to give us time next week to further confer.
> > >
> > >
> > >
> > > Sincerely,
> > > Jeffrey Ratinoff
> > >
> > >
> > >
> > > From: John Mark Suhy <jmsuhy@gmail.com>
> > > Sent: Wednesday, March 5, 2025 1:40 PM
> > > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> > > Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> > >
> > >
> > >
> > > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> > >
> > > Mr. Ratinoff,
> > >
> > > Attached is a PDF draft of the Unopposed Motion for Extension of Time
> > > to file my opposition to the motion to seal for your review.
> > >
> > > Please confirm that it accurately reflects Neo4j's non-opposition

3

> > > before I proceed with filing.
> > >
> > > If you have any proposed edits, including adjustments to the extension
> > > date, please let me know. Otherwise, I plan to file it later this
> > > evening or tomorrow morning.
> > >
> > > Respectfully,
> > >
> > > John Mark Suhy
> > >
> > > On Wed, Mar 5, 2025 at 3:48 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
> > > >
> > > > Mr. Suhy,
> > > >
> > > >
> > > > If there are other specific AEO documents you believe you require access to in preparing your reply brief please let us know and we can discuss with our client. To that end, it seems that a reasonable extension on responding to Neo4j's pending motion to seal makes sense. Please send us a draft for review before filing so we can confirm Neo4j's non-opposition.
> > > >
> > > >
> > > >
> > > > However, the disclosure of any AEO documents will still be conditioned on the withdrawal of your motion to modify the protective order since it seeks an overly broad modification that goes beyond any such specific materials.
> > > >
> > > >
> > > > Sincerely,
> > > > Jeffrey Ratinoff
> > > >
> > > >
> > > >
> > > > From: John Mark Suhy <jmsuhy@gmail.com>
> > > > Sent: Wednesday, March 5, 2025 12:32 PM
> > > > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > > > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> > > > Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> > > >
> > > >
> > > >
> > > > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> > > >
> > > > Mr. Ratinoff,
> > > >

4

> > > > I can file a motion for an extension to allow more time for discussion
> > > > if you still think it would be useful.
> > > >
> > > > However, I am unsure whether I am willing to withdraw my motion to
> > > > modify the protective order, as there may be AEO-designated documents
> > > > beyond those cited in your answering brief that could be relevant to
> > > > my reply brief.
> > > >
> > > > If you still think an extension would be beneficial to discuss this
> > > > specific motion to seal with that in mind, let me know and I will make
> > > > the request.
> > > >
> > > > Respectfully,
> > > >
> > > > John Mark Suhy
> > > >
> > > > On Wed, Mar 5, 2025 at 12:12 PM Ratinoff, Jeff
> > > > <jratinoff@spencerfane.com> wrote:
> > > > >
> > > > > Mr. Suhy,
> > > > >
> > > > >
> > > > >
> > > > > Neo4j is willing to disclose the contents of Vol. 18 to you, subject to the provisions of the Protective Order, only under the condition that you withdraw your motion to modify the protective order (Dkt. Entry 44.1).
> > > > >
> > > > >
> > > > >
> > > > > Recall, the main point of your motion was to obtain access to AEO documents that Neo4j would rely upon in its answering brief. The only AEO documents relied upon by Neo4j are contained in Volume 18. Thus, your motion would be moot and it would be wise to reduce the burden of ancillary matters that the Court must address beyond the merits of the appeal.
> > > > >
> > > > >
> > > > >
> > > > > As for opposing Neo4j's pending appeal, we would hope that you'd not oppose since your counsel had no issue with the sealing of these same documents. You'd receive access under the Protective Order so there would be no prejudice to you. Again, we strongly advise that you consider reducing the burden on the Court on motions that have nothing to do with the merits of the appeal. That being said, we are still willing to agree to an extension until March 10th for you to decide whether to oppose.
> > > > >
> > > > >
> > > > >
> > > > > Sincerely,
> > > > > Jeffrey Ratinoff
> > > > >

5

> > > > >
> > > > >
> > > > > From: John Mark Suhy <jmsuhy@gmail.com>
> > > > > Sent: Tuesday, March 4, 2025 6:21 PM
> > > > > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > > > > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> > > > > Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> > > > >
> > > > >
> > > > >
> > > > > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> > > > >
> > > > > Mr. Ratinoff,
> > > > >
> > > > > Thank you for your response. Given the tight deadline for filing an
> > > > > opposition, I do not believe there is enough time to resolve this
> > > > > through further discussion. Since I still do not have access to Volume
> > > > > 18, I will likely need to file an opposition to the motion to seal.
> > > > >
> > > > > If you can provide Volume 18 tomorrow, I will review it and reconsider
> > > > > whether an opposition is necessary. However, without timely access to
> > > > > the document, I must proceed under the assumption that I am being
> > > > > denied the ability to assess the motion fully.
> > > > >
> > > > > I am unsure how to file an extension for this motion. If you would
> > > > > like to request one, or can provide me with the steps to do so, I
> > > > > would be happy to proceed with that.
> > > > >
> > > > > Respectfully,
> > > > >
> > > > > John Mark Suhy
> > > > >
> > > > > On Tue, Mar 4, 2025 at 6:52 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
> > > > > >
> > > > > > Mr. Suhy,
> > > > > >
> > > > > >
> > > > > > We need to confer with our client regarding disclosing Volume 18 to you since it contains the following AEO-designated materials: (a) the relevant excerpt of TX15 containing sales info for the MPO; and (b) Pages 127–129 and 171–176 of the trial transcript previously sealed by the court. Please be advised that any disclosure of such materials would still be subject to the Protective Order. It would be conditioned on you agreeing to withdrawing you pending motion to modify the protective order since the main grounds for that motion was the anticipated inability to review sealed materials cited Appellees'

6

Answering Brief.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; I cannot guarantee that we will receive a response from our client by tomorrow. As such, are willing to agree to a short extension of the deadline to oppose the motion to seal.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Sincerely,
&gt; &gt; &gt; &gt; &gt; &gt; Jeffrey Ratinoff
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; From: John Mark Suhy &lt;jmsuhy@gmail.com&gt;
&gt; &gt; &gt; &gt; &gt; &gt; Sent: Tuesday, March 4, 2025 12:10 PM
&gt; &gt; &gt; &gt; &gt; &gt; To: Kern, Kelsey &lt;kkern@spencerfane.com&gt;
&gt; &gt; &gt; &gt; &gt; &gt; Cc: Moseley, Jeremy &lt;jmoseley@spencerfane.com&gt;; Ratinoff, Jeff &lt;jratinoff@spencerfane.com&gt;; Picone, John &lt;jpicone@spencerfane.com&gt;; Cherng, Gene &lt;gcherng@spencerfane.com&gt;; Ramsey, Rachel &lt;rramsey@spencerfane.com&gt;; Bustos, Kelsey &lt;kbustos@spencerfane.com&gt;
&gt; &gt; &gt; &gt; &gt; &gt; Subject: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Good afternoon,
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Thank you for providing the attached filings. However, I have not
&gt; &gt; &gt; &gt; &gt; &gt; received a copy of Volume 18 of the Supplemental Excerpts of Record
&gt; &gt; &gt; &gt; &gt; &gt; and can not access it on pacer. I need to review this document to
&gt; &gt; &gt; &gt; &gt; &gt; determine whether I will oppose the motion to seal.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Please provide me with a copy as soon as possible. If there is a
&gt; &gt; &gt; &gt; &gt; &gt; reason for withholding it, please clarify the basis for that decision.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Given the deadline to file an opposition, I ask for a response by
&gt; &gt; &gt; &gt; &gt; &gt; tomorrow afternoon. If I do not receive the document, I may oppose
&gt; &gt; &gt; &gt; &gt; &gt; the motion based on this refusal.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Please confirm whether you will provide Volume 18.
&gt; &gt; &gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; &gt; &gt; Respectfully,
&gt; &gt; &gt; &gt; &gt; &gt;

> > > > > > John Mark Suhy
> > > > > >
> > > > > > 703-862-7780
> > > > > >
> > > > > > On Mon, Feb 24, 2025 at 11:28 PM Kern, Kelsey <kkern@spencerfane.com> wrote:
> > > > > > >
> > > > > > > Mr. Suhy - Please find the attached filings, filed February 24, 2025.
> > > > > > >
> > > > > > >
> > > > > > >
> > > > > > > Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record
> > > > > > > Declaration of Jason Zagalsky
> > > > > > >
> > > > > > >
> > > > > > >
> > > > > > > Should you have any problems opening the attached PDF's, please feel free to contact me.
> > > > > > >
> > > > > > >
> > > > > > >
> > > > > > > Thank you,
> > > > > > >
> > > > > > > Kelsey
> > > > > > >
> > > > > > >
> > > > > > >
> > > > > > > Kelsey Kern Legal Administrative Assistant
> > > > > > > Spencer Fane LLP
> > > > > > >
> > > > > > > _____
> > > > > > >
> > > > > > > 1700 Lincoln Street, Suite 2000 | Denver, CO 80203
> > > > > > > O 303.839.3782
> > > > > > > kkern@spencerfane.com | spencerfane.com
> > > > > > >
> > > > > > >

8