IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>　　　Plaintiffs-ctr-defendants-Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>　　　Defendant-ctr-claimant-Appellant,<br><br>and<br><br>PURETHINK LLC, a Delaware limited liability company, and IGOV, INC., a Virginia corporation,<br><br>　　　Defendants. | No. 24-5538<br><br>District No. 5:18-cv-07182-EJD<br>U.S. District Court for the Northern District of California<br><br>**REPLY DECLARATION OF JASON ZAGALSKY IN SUPPORT OF APPELLEES' MOTION TO SEAL VOLUME 18 OF SUPPLEMENTAL EXCERPTS OF RECORD** |

I, Jason Zagalsky, declare:

1.     I am currently the Federal Technical Account Manager at Neo4j, Inc. and have held this position since October 2016. During that time, I have been responsible for sales of Neo4j® software to the federal government and federal government contractors. I submit this declaration in conjunction with the Motion to Seal Volume 18 of Appellee's Supplemental Excerpts of Record filed by Neo4j, Inc. and Neo4j Sweden AB (collectively "Appellees").

2.     I have reviewed the following excerpts of the appellate record, which either contain Appellees' highly confidential, commercially sensitive business information, or confidential, commercially sensitive business information:

   a.     **Trial Exhibit 15** is a highly confidential report of government customer wins inside and outside of the United States. This report contains highly confidential and proprietary sales and financial information relating to Neo4j, Inc.'s customers, which they continue to treat as highly confidential as of the time of this declaration. Neo4j, Inc. is a privately held company and does not publicly disclose its internal financial and sales information, or in particular, the amount of licensing and subscription fees specific customers pay for commercial licenses to Neo4j® Enterprise Edition. It also limits access of this internal financial information on a "need-to-know basis" to a small number of high-level employees of Appellees, and limits its disclosure subject to a non-disclosure/confidentiality agreement. **Page**

1

**4527 of Vol. 18** of Appellee's Supplemental Excerpts of Record is an excerpt of Trial Exhibit 15 limited to the lines regarding the Maryland Procurement Office (MPO) discussed at trial and what I understand remain at issue on appeal. I believe that the public disclosure of this information would substantially harm our competitive standing in the marketplace, hurt our relationship with the MPO, and provide competitors, including Suhy and his companies, iGov Inc. and PureThink LLC, with information that could be used to obtain a competitive advantage by obtaining insight into the financial condition of Neo4j, Inc. subscription pricing structure, the profitability of its software business that are not otherwise publicly available.

    b. **Pages 4528-4537** of Vol. 18 of Appellees' Supplemental Excerpts of Record contain my trial testimony presented under seal in the district court regarding Trial Exhibit 15 and other Trial Exhibits that were submitted under seal, which contain highly confidential and propriety business information. This testimony provides information regarding Neo4j, Inc.'s subscription models and marketing strategy. I believe that the disclosure of this information would substantially harm our competitive standing in the marketplace and would wrongly provide competitors with information that could be used to obtain a competitive advantage over Neo4j, Inc. and damage actual and potential customer relationships.

2

3. All of the documents, information and testimony discussed above contain information that is highly confidential and competitively sensitive. Neo4j, Inc. takes significant precaution to ensure that this type of information is not publicly disclosed. It continues to treat and maintain this information as confidential as of the time of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 17th day of March, 2025 at Annapolis, Maryland.

_____
Jason Zagalsky

3