IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CASE NO.: 24-5538
**NEO4J, INC., et al.,**
Plaintiffs-Appellees,

v.

**JOHN MARK SUHY Jr,**
Defendant-Appellant.

APPELLANT'S SUPPLEMENTAL OPPOSITION TO APPELLEES' MOTION TO SEAL SER VOL. 18

I. INTRODUCTION

Appellant, John Mark Suhy, respectfully submits this Supplemental Opposition to Appellees' Motion to Seal SER Vol. 18. This filing is necessary to address misrepresentations made by Appellees in their Reply (DktEntry 62.1) regarding the nature of Appellant's Motion to Modify the Protective Order (DktEntry 44.1).

II. APPELLEES MISREPRESENT THE SCOPE OF APPELLANT'S MOTION TO MODIFY PROTECTIVE ORDER

In their Reply, Appellees state that Appellant "preemptively sought access to all of the materials produced during discovery and designated as AEO by Appellees irrespective of their relevancy to the pending appeal." (DktEntry 62.1 at 3). This is a **mischaracterization** of Appellant's request.

Appellant's Motion to Modify the Protective Order (DktEntry 44.1) specifically requested access only to materials relevant to responding to Neo4j's opposition in this appeal. Appellant explicitly identified key AEO documents that were directly cited in Neo4j's filings and necessary for rebuttal, including:

- **Non-Exclusive Agreement** (relevant to trademark disputes);
- **Monthly Closed Won Reports** (relating to revenue and damages); and
- **NSA-related documents** (pertinent to Neo4j's damages claims).

Further, Appellant proposed alternative solutions, such as requiring Neo4j to provide redacted versions, summaries, or alternative descriptions of the documents if full access was not permitted. These accommodations demonstrate that Appellant's request was narrowly

2

tailored and not an attempt to gain unrestricted access to AEO materials.

## A. The Email Record Confirms Appellant's Good-Faith Request

The email thread between Appellant and Appellees (attached as Exhibit A) further disproves Appellees' claim that Appellant sought broad, irrelevant access. Specifically:

1. **Appellant stated that additional AEO materials beyond Volume 18 might be relevant to the reply brief**.
   "*However, I am unsure whether I am willing to withdraw my motion to modify the protective order, as there may be AEO-designated documents beyond those cited in your answering brief that could be relevant to my reply brief.*" Exhibit A, Email from Appellant to Jeff Ratinoff, dated March 5, 2025, Page 5 (highlighted)
   This statement directly supports the request in **DktEntry 44.1**, which sought access to appeal-relevant AEO materials.

2. **Appellant made repeated attempts to confer with Neo4j in good faith**, asking whether alternative solutions existed.

3

Neo4j's refusal to negotiate demonstrates that they were not concerned with confidentiality but rather with **restricting Appellant's ability to oppose the motion to seal**.

3. **Neo4j conditioned access to Volume 18 on Appellant withdrawing his Motion to Modify the Protective Order**, thereby obstructing Appellant's ability to fairly evaluate the motion to seal.

This coercive approach undermines Appellees' claim that Appellant was acting improperly, in reality, it was Neo4j who sought to use access as leverage.

## B. The Record Refutes Neo4j's "Overbroad Request" Argument

- The specificity of Appellant's motion and the alternative proposals (redacted versions, summaries, or descriptions) directly contradict Appellees' claim that Appellant sought **all** AEO materials without regard to relevance.
- Appellant's willingness to accept limited disclosures confirms that the intent was to ensure fairness in the appellate process—not to engage in an improper fishing expedition.

## III. CONCLUSION

Neo4j's assertion that Appellant sought "unfettered" access to AEO materials is not supported by the record. The email thread and DktEntry 44.1 confirm that Appellant's request was:

1. **Narrowly tailored** to the appeal;
2. **Made in good faith** with an effort to negotiate; and
3. **Obstructed by Neo4j**, who refused reasonable alternatives and conditioned access on withdrawal of a pending motion.

Accordingly, Appellees' attempt to misrepresent Appellant's position should be **disregarded**, and the Court should recognize that Appellant acted appropriately and within the scope of a fair litigation process.

Respectfully submitted,

**John Mark Suhy**
Pro Se
Dated: 03/18/2025
8814 Danewood Dr
Alexandria, VA 22308
Tel: (703) 862-7780
Email: jmsuhy@gmail.com

5

## DECLARATION OF JOHN MARK SUHY IN SUPPORT OF SUPPLEMENTAL OPPOSITION

I, John Mark Suhy, declare as follows:

1. I am the Defendant-Appellant in this case, proceeding pro se. I submit this declaration in support of my Supplemental Opposition to Appellees' Motion to Seal SER Vol. 18.

2. Attached hereto as Exhibit A is a true, correct and complete copy of email communications between myself and counsel for Appellees, dated between March 4, 2025, and March 12, 2025. These emails accurately reflect the discussions concerning access to Volume 18 and Appellees' refusal to negotiate alternative solutions.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2025  in Alexandria, Virginia


/s/ John Mark Suhy
John Mark Suhy

## CERTIFICATE OF SERVICE

I, John Mark Suhy Jr, hereby certify that on this March 18, 2025, I electronically filed the foregoing motion with the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr

John Mark Suhy Jr

8814 Danewood Dr

Alexandria, VA 22308

jmsuhy@gmail.com

703-862-7780

# Exhibit A

**A true and correct copy** of email communications between myself and counsel for Appellees, dated between **March 4, 2025, and March 12, 2025**.

(9 of 14), Page 9 of 14    Case: 24-5538, 03/18/2025, DktEntry: 63.1, Page 9 of 14

3/18/25, 9:09 PM    Gmail - Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & D…



John Mark Suhy <jmsuhy@gmail.com>

---

# Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration

---

**John Mark Suhy** <jmsuhy@gmail.com>  Wed, Mar 12, 2025 at 4:19 PM
To: "Ratinoff, Jeff" <jratinoff@spencerfane.com>
Cc: "Moseley, Jeremy" <jmoseley@spencerfane.com>, "Picone, John" <jpicone@spencerfane.com>, "Cherng, Gene" <gcherng@spencerfane.com>, "Ramsey, Rachel" <rramsey@spencerfane.com>, "Bustos, Kelsey" <kbustos@spencerfane.com>, "Kern, Kelsey" <kkern@spencerfane.com>

Mr. Ratinoff,

If you have another pathway to suggest, I am open to hearing it. As I am pro se, I will rely on you to propose any alternative solutions to keep these discussions efficient.    Otherwise, I will proceed with my opposition to the motion.

Respectfully,

John Mark Suhy


On Wed, Mar 12, 2025 at 4:06 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
>
> Mr. Suhy,
>
> It's unclear why you would need to proceed with the motion to modify the protective order when the disclosure of Vol 18 would resolve the concerns raised in the motion.  Perhaps you could explain you position to give some clarity as to whether there is another path forward.  Otherwise, it appears that you are seeking to gain access to AEO materials unrelated to the parties' briefing of the issues on appeal for improper purposes.
>
>
>
> Sincerely,
> Jeffrey Ratinoff
>
>
>
> From: John Mark Suhy <jmsuhy@gmail.com>
> Sent: Wednesday, March 12, 2025 12:52 PM
> To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
>
>
>
> [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
>
> Mr. Ratinoff,
>
> After consideration, I do not wish to withdraw the motion to modify
> the protective order.
>
> Is there another pathway we can discuss that could work for your client?

```
>
> If so, let me know your ideas.
>
> Respectfully,
>
> John Mark Suhy Jr.
>
> On Wed, Mar 12, 2025 at 2:48 PM Ratinoff, Jeff
> <jratinoff@spencerfane.com> wrote:
> >
> > Mr. Suhy,
> >
> >
> > I have not heard back from you regarding our offer to disclose Volume 18 to you in exchange for dropping your motion to modify the protective over. Please let me know if you are agreeable.
> >
> >
> > Sincerely,
> > Jeffrey Ratinoff
> >
> >
> >
> > From: John Mark Suhy <jmsuhy@gmail.com>
> > Sent: Wednesday, March 5, 2025 1:54 PM
> > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> > Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> >
> >
> >
> > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> >
> > Mr. Ratinoff,
> >
> > I will update the motion to request an extension until March 13, 2025
> > and proceed with filing it later this evening or in the morning.
> >
> > Respectfully,
> >
> > John Mark Suhy
> >
> > On Wed, Mar 5, 2025 at 4:50 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
> > >
> > > Mr. Suhy,
> > >
> > >
> > > The draft is fine. However, I am leaving town tomorrow. So, I would recommend making the extension longer to March 13th to give us time next week to further confer.
> > >
> > >
> > >
> > >
> > > Sincerely,
> > > Jeffrey Ratinoff
> > >
> > >
> > >
> > > From: John Mark Suhy <jmsuhy@gmail.com>
> > > Sent: Wednesday, March 5, 2025 1:40 PM
> > > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey
```

&gt; &gt; &gt; <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
&gt; &gt; &gt; Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
&gt; &gt; &gt;
&gt; &gt; &gt;
&gt; &gt; &gt;
&gt; &gt; &gt; [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
&gt; &gt; &gt;
&gt; &gt; &gt; Mr. Ratinoff,
&gt; &gt; &gt;
&gt; &gt; &gt; Attached is a PDF draft of the Unopposed Motion for Extension of Time
&gt; &gt; &gt; to file my opposition to the motion to seal for your review.
&gt; &gt; &gt;
&gt; &gt; &gt; Please confirm that it accurately reflects Neo4j's non-opposition
&gt; &gt; &gt; before I proceed with filing.
&gt; &gt; &gt;
&gt; &gt; &gt; If you have any proposed edits, including adjustments to the extension
&gt; &gt; &gt; date, please let me know. Otherwise, I plan to file it later this
&gt; &gt; &gt; evening or tomorrow morning.
&gt; &gt; &gt;
&gt; &gt; &gt; Respectfully,
&gt; &gt; &gt;
&gt; &gt; &gt; John Mark Suhy
&gt; &gt; &gt;
&gt; &gt; &gt; On Wed, Mar 5, 2025 at 3:48 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Mr. Suhy,
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; If there are other specific AEO documents you believe you require access to in preparing your reply brief please let us know and we can discuss with our client. To that end, it seems that a reasonable extension on responding to Neo4j's pending motion to seal makes sense. Please send us a draft for review before filing so we can confirm Neo4j's non-opposition.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; However, the disclosure of any AEO documents will still be conditioned on the withdrawal of your motion to modify the protective order since it seeks an overly broad modification that goes beyond any such specific materials.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Sincerely,
&gt; &gt; &gt; &gt; Jeffrey Ratinoff
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; From: John Mark Suhy <jmsuhy@gmail.com>
&gt; &gt; &gt; &gt; Sent: Wednesday, March 5, 2025 12:32 PM
&gt; &gt; &gt; &gt; To: Ratinoff, Jeff <jratinoff@spencerfane.com>
&gt; &gt; &gt; &gt; Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
&gt; &gt; &gt; &gt; Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
&gt; &gt; &gt;
&gt; &gt; &gt; &gt; Mr. Ratinoff,
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I can file a motion for an extension to allow more time for discussion
&gt; &gt; &gt; &gt; if you still think it would be useful.
&gt; &gt; &gt; &gt;

(12 of 14), Page 12 of 14    Case: 24-5538, 03/18/2025, DktEntry: 63.1, Page 12 of 14

3/18/25, 9:09 PM    Gmail - Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & D…

> > > > However, I am unsure whether I am willing to withdraw my motion to
> > > > modify the protective order, as there may be AEO-designated documents
> > > > beyond those cited in your answering brief that could be relevant to
> > > > my reply brief.
> > > >
> > > > If you still think an extension would be beneficial to discuss this
> > > > specific motion to seal with that in mind, let me know and I will make
> > > > the request.
> > > >
> > > > Respectfully,
> > > >
> > > > John Mark Suhy
> > > >
> > > > On Wed, Mar 5, 2025 at 12:12 PM Ratinoff, Jeff
> > > > <jratinoff@spencerfane.com> wrote:
> > > > >
> > > > > Mr. Suhy,
> > > > >
> > > > >
> > > > > Neo4j is willing to disclose the contents of Vol. 18 to you, subject to the provisions of the Protective Order, only under the condition that you withdraw your motion to modify the protective order (Dkt. Entry 44.1).
> > > > >
> > > > >
> > > > > Recall, the main point of your motion was to obtain access to AEO documents that Neo4j would rely upon in its answering brief. The only AEO documents relied upon by Neo4j are contained in Volume 18. Thus, your motion would be moot and it would be wise to reduce the burden of ancillary matters that the Court must address beyond the merits of the appeal.
> > > > >
> > > > >
> > > > > As for opposing Neo4j's pending appeal, we would hope that you'd not oppose since your counsel had no issue with the sealing of these same documents. You'd receive access under the Protective Order so there would be no prejudice to you. Again, we strongly advise that you consider reducing the burden on the Court on motions that have nothing to do with the merits of the appeal. That being said, we are still willing to agree to an extension until March 10th for you to decide whether to oppose.
> > > > >
> > > > >
> > > > > Sincerely,
> > > > > Jeffrey Ratinoff
> > > > >
> > > > >
> > > > > From: John Mark Suhy <jmsuhy@gmail.com>
> > > > > Sent: Tuesday, March 4, 2025 6:21 PM
> > > > > To: Ratinoff, Jeff <jratinoff@spencerfane.com>
> > > > > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> > > > > Subject: Re: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> > > > >
> > > > >
> > > > > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> > > > >
> > > > > Mr. Ratinoff,
> > > > >
> > > > > Thank you for your response. Given the tight deadline for filing an
> > > > > opposition, I do not believe there is enough time to resolve this
> > > > > through further discussion. Since I still do not have access to Volume
> > > > > 18, I will likely need to file an opposition to the motion to seal.

> > > > >
> > > > > If you can provide Volume 18 tomorrow, I will review it and reconsider
> > > > > whether an opposition is necessary. However, without timely access to
> > > > > the document, I must proceed under the assumption that I am being
> > > > > denied the ability to assess the motion fully.
> > > > >
> > > > > I am unsure how to file an extension for this motion. If you would
> > > > > like to request one, or can provide me with the steps to do so, I
> > > > > would be happy to proceed with that.
> > > > >
> > > > > Respectfully,
> > > > >
> > > > > John Mark Suhy
> > > > >
> > > > > On Tue, Mar 4, 2025 at 6:52 PM Ratinoff, Jeff <jratinoff@spencerfane.com> wrote:
> > > > > >
> > > > > > Mr. Suhy,
> > > > > >
> > > > > >
> > > > > > We need to confer with our client regarding disclosing Volume 18 to you since it contains the following AEO-designated materials: (a) the relevant excerpt of TX15 containing sales info for the MPO; and (b) Pages 127–129 and 171–176 of the trial transcript previously sealed by the court. Please be advised that any disclosure of such materials would still be subject to the Protective Order. It would be conditioned on you agreeing to withdrawing you pending motion to modify the protective order since the main grounds for that motion was the anticipated inability to review sealed materials cited Appellees' Answering Brief.
> > > > > >
> > > > > >
> > > > > >
> > > > > > I cannot guarantee that we will receive a response from our client by tomorrow. As such, are willing to agree to a short extension of the deadline to oppose the motion to seal.
> > > > > >
> > > > > >
> > > > > > Sincerely,
> > > > > > Jeffrey Ratinoff
> > > > > >
> > > > > >
> > > > > >
> > > > > >
> > > > > > From: John Mark Suhy <jmsuhy@gmail.com>
> > > > > > Sent: Tuesday, March 4, 2025 12:10 PM
> > > > > > To: Kern, Kelsey <kkern@spencerfane.com>
> > > > > > Cc: Moseley, Jeremy <jmoseley@spencerfane.com>; Ratinoff, Jeff <jratinoff@spencerfane.com>; Picone, John <jpicone@spencerfane.com>; Cherng, Gene <gcherng@spencerfane.com>; Ramsey, Rachel <rramsey@spencerfane.com>; Bustos, Kelsey <kbustos@spencerfane.com>
> > > > > > Subject: [EXTERNAL] Re: Neo4j, Inc., et al. v. Suhy, et al. 24-5538 - 051 - Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record & Declaration
> > > > > >
> > > > > >
> > > > > >
> > > > > > [Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.
> > > > > >
> > > > > > Good afternoon,
> > > > > >
> > > > > > Thank you for providing the attached filings. However, I have not
> > > > > > received a copy of Volume 18 of the Supplemental Excerpts of Record
> > > > > > and can not access it on pacer. I need to review this document to
> > > > > > determine whether I will oppose the motion to seal.
> > > > > >
> > > > > > Please provide me with a copy as soon as possible. If there is a
> > > > > > reason for withholding it, please clarify the basis for that decision.
> > > > > >
> > > > > > Given the deadline to file an opposition, I ask for a response by
> > > > > > tomorrow afternoon. If I do not receive the document, I may oppose

> > > > > > the motion based on this refusal.
> > > > > >
> > > > > > Please confirm whether you will provide Volume 18.
> > > > > >
> > > > > > Respectfully,
> > > > > >
> > > > > > John Mark Suhy
> > > > > >
> > > > > > 703-862-7780
> > > > > >
> > > > > > On Mon, Feb 24, 2025 at 11:28 PM Kern, Kelsey <kkern@spencerfane.com> wrote:
> > > > > > >
> > > > > > > Mr. Suhy - Please find the attached filings, filed February 24, 2025.
> > > > > > >
> > > > > > >
> > > > > > > Plaintiffs-Appellees' Motion to Seal Volume 18 of Supplemental Excerpts of Record
> > > > > > > Declaration of Jason Zagalsky
> > > > > > >
> > > > > > >
> > > > > > > Should you have any problems opening the attached PDF's, please feel free to contact me.
> > > > > > >
> > > > > > >
> > > > > > > Thank you,
> > > > > > >
> > > > > > > Kelsey
> > > > > > >
> > > > > > >
> > > > > > >
> > > > > > > Kelsey Kern Legal Administrative Assistant
> > > > > > > Spencer Fane LLP
> > > > > > >
> > > > > > > _____
> > > > > > >
> > > > > > > 1700 Lincoln Street, Suite 2000 | Denver, CO 80203
> > > > > > > O 303.839.3782
> > > > > > > kkern@spencerfane.com | spencerfane.com
> > > > > > >
> > > > > > >