IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,

Plaintiffs-ctr-defendants-Appellees,

v.

JOHN MARK SUHY,

Defendant-ctr-claimant-Appellant.

and

PURETHINK, LLC, a Delaware limited liability company; and IGOV, INC., a Virginia corporation,

Defendants.

No. 24-5538

District No. 5:18-cv-07182-EJD
U.S. District Court for the Northern District of California

**APPELLEES' MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

# TABLE OF CONTENTS

**Page**

I. INTRODUCTION ........................................................ 1

II. FACTUAL AND PROCEDURAL BACKGROUND ........................................................ 1

III. ARGUMENT ........................................................ 3

IV. CONCLUSION ........................................................ 4

## I. INTRODUCTION

Plaintiffs-Appellees Neo4j, Inc. ("Neo4j USA"), and Neo4j Sweden AB ("Neo4j Sweden," collectively "Appellees") respectfully file this Motion to Supplement the Record on Appeal due to the gross misrepresentation of the record and attempt to raise a new grounds for appeal in the Reply Brief filed by Appellant John Mark Suhy ("Appellant" or "Suhy"). Specifically, he argues that the trial court erred in dismissing his unclean hands affirmative defense on summary judgment.

It was not the district court that struck that defense. Rather, Suhy ***unilaterally dismissed*** his unclean hands defense after the trial court took Appellees' summary judgment motion challenging the viability of that defense under submission. Suhy omitted this critical fact in his Reply Brief and asks for a reversal and remand on his unclean hands defense under false pretenses therein. Accordingly, Appellees seek to supplement the record for the present appeal with the dismissal filed by Suhy to ensure that the Court is fully apprised of the proceedings below.

## II. FACTUAL AND PROCEDURAL BACKGROUND

Before trial, Appellees filed a second motion for summary judgment on their DMCA claim and Defendant PureThink LLC's breach-of-contract counterclaim. 8-SER-1962–2011. Appellees also moved for summary judgment on Defendants' unclean hands defense. 8-SER-1986–0060 (Motion, 16:17–20:16); 5-SER–1025-1029 (Opposition, 17:8–21:17); 5-SER–0951-0953 (Reply, 8:11-10:20). After the

district court took the motion under submission, Defendants (including Suhy) filed their Withdrawal of Unclean Hands Defense (Dkt. No. 215). Declaration of Jeffrey Ratinoff, Exhibit A.

On October 25, 2023, the district court granted the second motion for summary judgment in favor of Appellees on their DMCA claim and PureThink's breach of contract counterclaim. 1-SER-0052–0060 (16:23–24:6). In doing so, the district court also acknowledged that "Defendants withdrew [their] unclean hands defense to be dismissed upon final judgment." 1-SER-0043 (7:18-25).

In his opening brief filed with this Court, Suhy challenged the district court's findings on both the DMCA claim and the breach of contract counterclaim in the October 25, 2023 order. *See* Dkt Entry 17.1 at 9, 53–60, 69-75. Notably, Suhy did not raise any issues concerning his unclean hands defense. *See id.*; *see also* Dkt Entry 17.1 at 13-16.

In his Reply Brief filed with this Court, however, Suhy argues for the first time that the district court improperly stuck his unclean hands defense. Dkt. No. 64.1 at 16-19. Aside from improperly raising an issue for the first time in his reply, this assertion is contradicted by Defendants' Withdrawal of Unclean Hands Defense, which was not originally part of the excerpts of record submitted by Suhy or the supplemental excerpts of record filed by Appellees.

## III. ARGUMENT

The following constitute the record on appeal: "(1) the original papers and exhibits filed in the district court; (2) the transcript of proceedings, if any; and (3) a certified copy of the docket entries prepared by the district clerk." Fed. R. App. P. 10(a). In relevant part, Rule 10(e) provides for the correction or modification of the appellate record as follows:

> If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded: (a) on stipulation by the parties; (b) by the district court before or after the record has been forwarded; or (c) by the court of appeals.

Fed. R. App. P. 10(e)(2).

Appellees seek to supplement the record with Suhy's dismissal of his unclean hands defense filed with the trial court to correct his misstatements of the record in his Reply Brief that (1) "Neo4j contends that the district court properly dismissed my … unclean hands defense because [it was] either "meritless" or not timely supported;" and (2) "the record demonstrates that these arguments were both procedurally and substantively premature for dismissal, and their exclusion improperly stripped me of defenses directly tied to the heart of Neo4j's damages claim." Dkt Entry No. 64.1 at 16-17. Appellees further seek to supplement the record to correct Suhy's misstatement that his "Unclean Hands Defense Was

Improperly Stricken and Remains Relevant" and refute his arguments in support thereof. *Id.* at 18-19.

The foregoing misstatements by Suhy are material to the present appeal since he argues that the district court erred in dismissing his unclean hands defense when, in fact, the filing subject to this motion conclusively establishes that he voluntarily dismissed that defense while a summary judgment motion was pending. *See* Ratinoff Declaration, Ex. A. Accordingly, there is good cause to supplement the appellate record with Defendants' Withdrawal of Unclean Hands Defense.

## IV. CONCLUSION

For the foregoing reasons, Appellees respectfully request that this Court grant their Motion to Supplement the Record on Appeal.

Dated: May 7, 2025

Respectfully submitted,

*s/ Jeffrey M. Ratinoff*

Jeremy A. Moseley (MT Bar #44830177)
**SPENCER FANE LLP**
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: 303.839.3800
Facsimile: 303.839.3838
Email: jmoseley@spencerfane.com

[continued on the following page]

John V. Picone (CA Bar #187226)
Jeffrey M. Ratinoff (CA Bar #197241)
**SPENCER FANE LLP**
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113
Telephone: 408.286.5100
Facsimile: 408.286.5722
Email: jpicone@spencerfane.com
jratinoff@spencerfane.com

Attorneys for Plaintiffs-Appellees NEO4J, INC., and NEO4J SWEDEN AB

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on May 7, 2025, I electronically filed the foregoing APPELLEES' MOTION TO SUPPLEMENT THE RECORD ON APPEAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**John Mark Suhy**
jmsuhy@gmail.com

**Rick Sanders**
rick@sfconservancy.org

**Aaron Kyle Williamson**
aaron@williamson.legal

**Said Vakili**
vakili@vakili.com

**David N. Schulz**
Schu1984@yahoo.com

*/s/ Jeffrey M. Ratinoff*
Jeffrey M. Ratinoff