IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br><br>    Plaintiffs-ctr-defendants-Appellees,<br><br>v.<br><br>JOHN MARK SUHY,<br><br>    Defendant-ctr-claimant-Appellant.<br><br>and<br><br>PURETHINK, LLC, a Delaware limited liability company; and IGOV, INC., a Virginia corporation,<br><br>    Defendants. | No. 24-5538<br><br>District No. 5:18-cv-07182-EJD<br>U.S. District Court for the Northern District of California<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' MOTION TO SUPPLEMENT THE RECORD ON APPEAL** |

I, Jeffrey M. Ratinoff, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and admitted to this Court, and am a partner of Spencer Fane LLP, attorneys of record for Plaintiffs-Appellees Neo4j, Inc. ("Neo4j USA"), and Neo4j Sweden AB ("Neo4j Sweden," collectively "Appellees"). I make this declaration in support of Appellees' Motion to Supplement the Record on Appeal.

2. The facts stated herein are based on my personal knowledge, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify as a witness in this matter, I could and would do so competently.

3. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Withdrawal of Unclean Hands Defense, filed as ECF Document 215 in *Neo4j Inc. et al. v. PureThink LLC et al.*, Northern District of California Case No. 5:18-cv-07182-EJD on October 10, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 7th day of May, 2025, at San Jose, California.

                                         */s/ Jeffrey M. Ratinoff*
                                         Jeffrey M. Ratinoff

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on May 7, 2025, I electronically filed the foregoing DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF APPELLEES' MOTION TO SUPPLEMENT THE RECORD ON APPEAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**John Mark Suhy**
jmsuhy@gmail.com

**Rick Sanders**
rick@sfconservancy.org

**Aaron Kyle Williamson**
aaron@williamson.legal

**Said Vakili**
vakili@vakili.com

**David N. Schulz**
Schu1984@yahoo.com

　　　　　　　　　　　　　　　　　　*/s/  Jeffrey M. Ratinoff*
　　　　　　　　　　　　　　　　　　Jeffrey M. Ratinoff

# EXHIBIT A

```
1   Adron W. Beene SB# 129040
    Adron G. Beene SB# 298088
2   Attorney at Law
    7960 Soquel Drive Ste B #296
3   Aptos CA 95003
    Tel: (408) 392-9233
4   adron@adronlaw.com

5
    Attorneys for defendants:
6   PURETHINK LLC, a Delaware limited
    liability company, IGOV INC., a Virginia
7   corporation, and JOHN MARK SUHY
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEO4J, INC., a Delaware corporation, and NEO4J SWEDEN AB, a Swedish corporation,<br>Plaintiffs,<br>v.<br><br>PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 5:18-CV-7182 EJD<br><br>**DEFENDANTS' Withdrawal of Unclean Hands Defense**<br><br>Trial Date November 14, 2023 |

DEFENDANTS' Withdrawal of Unclean Hands Defense
CASE NO. 5:18-cv-7182 EJD

1

1 | In DEFENDANTS PURETHINK, LLC, IGOV INC AND JOHN MARK SUHY'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT, defendants asserted a defense of Unclean Hands. Dkt. 91. 16:20-19:7.

Defendants' unclean hands defense was reserved as a phase 2 issue. See Dkt.118. 34:9-14

Defendants hereby withdraw the Unclean Hands defense which shall be dismissed on final judgment.

Dated: October 13, 2023

      /s/ Adron W. Beene
Adron W. Beene SB# 129040
Adron G. Beene SB# 298088
Attorneys At Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233
adron@adronlaw.com

Attorneys for Defendants
PURETHINK LLC, a Delaware limited liability company, IGOV INC., a Virginia corporation, and JOHN MARK SUHY

DEFENDANTS' Withdrawal of Unclean Hands Defense
CASE NO. 5:18-cv-7182 EJD

2

1 **ATTESTATION OF E-FILED SIGNATURE**

2 Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the

3 concurrence in the filing of this document from all signatories for whom a

4 signature is indicated by a "conformed" signature (/s/) within this

5 electronically filed document and I have on file records to support this

6 concurrence for subsequent production to the Court if so ordered or for

7 inspection upon request.

8 Dated: October 13, 2023

                     */s/ Adron G. Beene*
Adron W. Beene
Adron G. Beene
Attorneys At Law
7960 Soquel Drive, Suite B #296
Aptos, CA 95003
Tel: (408) 392-9233

Attorneys for Defendants and
Counter-Claimants
PURETHINK LLC, IGOV INC.,
and JOHN MARK SUHY

DEFENDANTS' Withdrawal of Unclean Hands Defense
CASE NO. 5:18-cv-7182 EJD

3