No. 24-5538
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NEO4J, INC., et al.,
*Plaintiff and Appellee,*
v.
Suhy, et al.,
*Defendant-Appellant.*

Appeal From a Judgment of the United States District Court
For the Northern District of California
Hon. Edward J. Davila
United States District Judge
N. D. Cal. No. 5:18-cv-07182 EJD

**Appellant's Response to Appellees' Motion to Supplement the Record**

Appellant John Mark Suhy respectfully submits this response to Appellees' Motion to Supplement the Record.

Appellees contend that Appellant misrepresented the procedural history of the unclean hands defense in his Reply Brief. Appellant acknowledges and has no objection to the Court taking notice of, that the unclean hands defense was formally withdrawn via Dkt. 215 prior to entry of final judgment in the district court. This procedural fact is not in dispute.

1

Appellant does not oppose Appellees' request to supplement the record with Dkt. 215 and takes no issue with the Court's consideration of that filing.

To clarify: Appellant's reference to the unclean hands defense in the Reply Brief (pp. 16–19) was not intended to imply that the district court struck it sua sponte or ruled upon it post-briefing. Rather, Appellant referenced the issue as an illustrative example of how certain equitable defenses, closely tied to the broader factual narrative, were effectively lost from consideration due to practical constraints.

The defense was voluntarily withdrawn in the context of litigation pressure and resource limitations, not because of a lack of underlying factual basis. Nonetheless, Appellant recognizes that this issue is peripheral to the central legal claims on appeal.

To the extent the Court finds it helpful to narrow the focus of the appeal to dispositive issues, such as damages causation, licensing interpretation, and application of controlling precedent, Appellant is amenable to the Court disregarding or striking the portions of the Reply Brief that discuss the unclean hands defense.

This clarification is submitted in good faith, solely to aid the Court in resolving the appeal on the merits. The withdrawal of the unclean hands defense has no bearing on the substance of the legal issues raised in the Opening or Reply Briefs.

Respectfully submitted,

/s/ John Mark Suhy Jr.
Pro Se Defendant-Appellant
8814 Danewood Dr.
Alexandria, VA 22308
Email: jmsuhy@gmail.com
Phone: 703-862-7780
Date: May 19, 2025

# CERTIFICATE OF SERVICE

I, John Mark Suhy Jr, hereby certify that on this May 19, 2025, I electronically filed the foregoing brief with the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr
John Mark Suhy Jr
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780

4