No. 24-5538
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NEO4J, INC., et al.,
*Plaintiff and Appellee,*
v.
Suhy, et al.,
*Defendant-Appellant.*

Appeal From a Judgment of the United States District Court
For the Northern District of California
Hon. Edward J. Davila
United States District Judge
N. D. Cal. No. 5:18-cv-07182 EJD

**Re: Neo4j, Inc. v. Suhy, Case No. 24-5538 Citation of Supplemental Authority Pursuant to F.R.A.P. 28(j)**

Dear Clerk:

Appellant respectfully submits *Yuga Labs, Inc. v. Ripps*, No. 24-879 (9th Cir. July 23, 2025), decided after briefing. The panel reversed summary judgment on Yuga's trademark-infringement and cybersquatting claims and affirmed summary judgment on Defendants' DMCA counterclaim.

**Likelihood of confusion & summary judgment.** The court called likelihood of confusion an "inherently fact-specific inquiry," noted it

1

"may be decided at summary judgment" in an appropriate case, but held "this is not an appropriate case," adding that "summary judgment on 'likelihood of confusion' grounds is generally disfavored." It also faulted the district court for failing "to thoroughly consider all the relevant variables." (OB 39-48; RB 26-31).

**Sophisticated purchasers, price differential, and plaintiff's burden (Factor 6).** The opinion found an "extreme price differential" likely to alert consumers and "undercut[] the likelihood of confusion"; the sixth *Sleekcraft* factor favored defendants. It reiterated that "the plaintiff always maintains the burden to establish consumer confusion." (OB 19-26, 29-30; RB 32-34).

**Dual motives & intent (Factor 7).** The record "could have been fueled by dual motives," and the panel warned that their "relative weight … may emerge at trial," cautioning courts to be careful untangling them on summary judgment. Yuga "must do so before a factfinder." (OB 59; RB 36-37).

*Yuga Labs* thus reinforces that resolving confusion and intent disputes on summary judgment is exceptional, and that evidence of sophisticated

2

purchasers and stark price differences can defeat a plaintiff's push for summary judgment, supporting Appellant's arguments.

Respectfully submitted,

/s/ John Mark Suhy Jr.
Pro Se Defendant-Appellant
8814 Danewood Dr.
Alexandria, VA 22308
Email: jmsuhy@gmail.com
Phone: 703-862-7780
Date: July 29, 2025

## CERTIFICATE OF SERVICE

I, John Mark Suhy Jr, hereby certify that on this July 29, 2025, I electronically filed the foregoing with the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ John Mark Suhy Jr
John Mark Suhy Jr
8814 Danewood Dr
Alexandria, VA 22308
jmsuhy@gmail.com
703-862-7780